**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York
                    (State)

Case number (if known): _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Wonderwork, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Surgery for the Poor, Inc.

3. **Debtor's federal Employer Identification Number (EIN)**

   27-4154217

4. **Debtor's address**

   Principal place of business:

   411 Fifth Avenue
   Number / Street

   Suite 702

   New York    NY    10016
   City        State  ZIP Code

   New York
   County

   Mailing address, if different from principal place of business:

   Number / Street

   P.O. Box

   City    State    ZIP Code

   Location of principal assets, if different from principal place of business:

   Number / Street

   City    State    ZIP Code

5. **Debtor's website (URL)**

   www.wonderwork.org

6. **Type of debtor**

   ☒ Corporation (Including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  Wonderwork, Inc.
        _____
        Name

Case number (if known) _____

### 7. Describe debtor's business

**A. Check one:**

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

**B. Check all that apply:**

☒ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___ ___ ___ ___

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

Check one:

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____ When ___/___/_____ Case number _____
                                      MM / DD / YYYY
        District _____ When ___/___/_____ Case number _____
                                      MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____ Relationship _____
        District _____ When ___/___/_____
                                   MM / DD / YYYY
        Case number, if known _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 2

Debtor   Wonderwork, Inc.
         Name                                                              Case number (if known)

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                         Number    Street

_____
City                         State      ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
         Contact name       _____
         Phone              _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49                ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99               ☐ 5,001-10,000         ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000        ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☒ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

Debtor  Wonderwork, Inc.
_____
Name

Case number (if known)_____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ☒ I have been authorized to file this petition on behalf of the debtor.
- ☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/29/16
            MM / DD / YYYY

X _____           Brian Mullaney
Signature of authorized representative of debtor     Printed name

Title  Chief Executive Officer

**18. Signature of attorney**

X _____           Date  12/29/2016
Signature of attorney for debtor                MM / DD / YYYY

Aaron R. Cahn
Printed name

Carter Ledyard & Milburn LLP
Firm name

2           Wall Street
Number      Street

New York                        NY          10005
City                            State       ZIP Code

(212) 238-8629                  bankruptcy@clm.com
Contact phone                   Email address

1329424                         New York
Bar number                      State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

# WONDERWORK, INC.

## SECRETARY'S CERTIFICATE

_John J. Coneys_, individually and as the Secretary of **Wonderwork, Inc.**, a Delaware nonstock corporation (the "Corporation"), certifies that:

Annexed hereto as Exhibit A is a true and correct copy of the resolution adopted by the Board of Directors of the Corporation on December 6, 2016, and such resolution has not been modified, amended, superseded or revoked in any manner and is in full force and effect.

IN WITNESS WHEREOF, I have executed this Certificate on December 28, 2016.

_____ Name:

Title: Secretary

# EXHIBIT A

6395069.1

## Resolutions of the Board of Directors
## of WonderWork, Inc.
## Regarding the Filing of a Chapter 11 Petition
## for consideration at a Special Meeting Held on December 6, 2016

The members of the Board of Directors (the "Board") of WonderWork, Inc., a Delaware nonstock corporation ("WonderWork"), pursuant to WonderWork's governing documents and the General Corporation Law of the State of Delaware, hereby take the following actions set forth below:

**WHEREAS**, the Board has considered presentations by the management of, and the financial and legal advisors to, WonderWork regarding the assets, liabilities and liquidity situation of WonderWork, the strategic alternatives available to it, and the effect of the foregoing on WonderWork's mission, business, creditors, and other parties in interest;

**WHEREAS**, the Board has had the opportunity to consult with WonderWork's management, and financial and legal advisors and other professionals, and to fully consider each of the strategic alternatives available to WonderWork;

**WHEREAS**, based on its review of all available information and advice provided by such advisors and professionals, the Board has determined that it is advisable and in the best interests of WonderWork and its respective stakeholders for WonderWork to file a petition with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") seeking relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and to take the actions specified in the following resolutions;

**NOW THEREFORE, BE IT RESOLVED**, as follows:

### Filing of Chapter 11 Petition

**RESOLVED**, that WonderWork is hereby authorized, and any of the officers of WonderWork, or such other persons as the Board shall designate (each, an "Authorized Person"), shall be and hereby is, authorized on behalf of WonderWork, to commence a case under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") by executing and verifying a voluntary petition in the name of WonderWork under chapter 11 of the Bankruptcy Code and causing the same to be filed with the Bankruptcy Court in such form and at such time as the Authorized Person executing said petition shall determine;

### Debtor in Possession Financing

**RESOLVED**, that WonderWork is hereby authorized, and each Authorized Person shall be and hereby is, authorized on behalf of WonderWork, to obtain the use of cash collateral, or to borrow or otherwise obtain additional funds, either as a debtor in possession under chapter 11 of the Bankruptcy Code or otherwise, and that each Authorized Person is hereby authorized, on behalf of WonderWork, to negotiate and agree with potential lenders or other funders as to the terms and amounts of any such cash collateral use or further borrowings or funding, and to grant such security interests in, or liens on the assets of WonderWork, and to execute and deliver appropriate agreements for such use of postpetition financing in connection with the Chapter 11

7886407.3

Case, including the granting of liens to any such lender(s) to such agreement(s), and to take such additional actions and execute and deliver such other agreements, instruments, or documents proposed to be executed and delivered by or on behalf of WonderWork pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any such Authorized Person, in his or her sole discretion, may deem necessary or proper in connection with such further borrowings or funding;

### Retention of Advisors

**RESOLVED**, that WonderWork is hereby authorized, and each Authorized Person shall be and hereby is, authorized on behalf of WonderWork, to retain and employ (a) the law firm of Carter Ledyard & Milburn LLP to act as bankruptcy counsel for WonderWork in the Chapter 11 Case and (b) any other professionals or consultants to WonderWork as are deemed necessary to represent and assist WonderWork in carrying out its duties under the Bankruptcy Code; and in connection therewith, each Authorized Person is hereby authorized to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed appropriate applications for authority to retain the services of the foregoing;

### General Authorization; Ratification of Past Actions

**RESOLVED**, that WonderWork and each Authorized Person are hereby authorized, empowered, and directed, in the name of and on behalf of WonderWork, to (a) take or cause to be taken any and all actions, and to make or cause to be made all payments (including but not limited to payments of expenses, retainers and filing fees), (b) make or cause to be made all federal, state and local governmental, administrative and/or regulatory filings as may be required or advisable under the laws or regulations of any jurisdiction, and (c) negotiate, enter into, execute, verify, deliver, file, and perform, or cause to be negotiated, entered into, executed, verified, delivered, filed, and performed, and to amend, supplement, or otherwise modify from time to time, all other documents, agreements, certificates or instruments, including without limitation, petitions, affidavits, schedules, motions, lists, applications, and pleadings as may be necessary, appropriate, convenient or proper, in connection with the Chapter 11 Case or to effectuate the intent of, and the actions contemplated by, the foregoing resolutions, and the execution and delivery thereof by such Authorized Person to be conclusive evidence of such approval; and

**RESOLVED**, that any and all past actions heretofore lawfully taken by WonderWork, or any officers, directors or advisors of WonderWork in the name of and on behalf of WonderWork, in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

2

7886407.3

# EXHIBIT B

1159069.1

| | | |
|---|---|---|
| Absolute Electrical Contracting Inc. | | 146 West 29th Street Suite 11W, New York, NY 10001 |
| Access to Media | | 432 Front Street, Chicopee, MA 01013 |
| Action Mailers | Action Mailers | 90 Commerce Drive, Aston, PA 19014 |
| Action Without Borders | | 302 Fifth Avenue, 11th floor, New York, NY 10001 |
| Adams & Company Real Estate, LLC | Adams & Company Real Estate, LLC | PO Box 95000-5385, Philadelphia, PA 19195-5385 |
| ADP | | |
| Ai Fiori Altamarea Group | Ai Fiori Altamarea Group | |
| AJ2E Consulting Inc. | AJ2E Consulting Inc. | 136 Forest Hill Road, West Orange, NJ 07052 |
| Akhand Jyoti Eye Hospital | | Mastichak, Kishun Das, Bihar 841219, India |
| Alamy Inc | | 20 Jay Street<br>Suite 848, Brooklyn, NY 11201 |
| Alert Hospital | | Department of Plastic Reconstructive<br>and Hand Surgery ALERT Center<br>Kolfe keranio, subcity, Kebele, Ethiopia |
| Allied Printing Resources | Allied Printing Resources | 33 Commerce Road, Carlstadt, NJ 07072 |
| Allister Business Solutions | | 225 Sand Road Suite 100, Fairfield, NJ 07004 |
| Ambassador Construction Company, Inc. | | 317 Madison Ave<br>12th floor, New York, NY 10017 |
| American Arbitration Association | | 950 Warren Ave., East Providence, RI 02914 |
| American Express | | PO Box 1270, Newark, NJ 07101-1270 |
| American List Counsel, Inc. | | PO Box 416030, Boston, MA 02241-6030 |
| American Pediatric Surgical Association | American Pediatric Surgical Association | One Parkview Plaza Suite 800, Oakbrook Terrace, IL 6( |
| American Society of Cataract & Refractive | | Surgery<br>4000 Legato Road, Fairfax, VA 22033 |
| Ameritas Life Insurance | | PO Box 82582, Lincoln, NE 68501-2582 |
| AMREF | | 4 West 43rd Street<br>2nd floor, New York, NY 10036 |
| Aravind Eye Foundation | | 1 Anna Nagar, Madurai, Tamilnadu 625 020, India |
| arc l andrea retzky communications | | 575 West End Ave.<br>#3D, New York, NY 10024 |
| Associated Press | | P.O. Box 414212, Boston, MA 02241-4212 |
| BBB Wise Giving Alliance | BBB Wise Giving Alliance | National Charity Seal Program 3033 Wilson Boulevard ; |
| Bee Green Industries Inc. | Bee Green Industries Inc. | 309 Westbury Ave. #181, Carle Place, NY 11514 |
| Believe and See | | 7328 Old Jacksonville Hwy, Tyler, TX 75703 |
| Bethany Kids | | PO Box 1297, Abingdon, VA 24212-1297 |
| Big Apple Unlimited Group | | 519 8th Ave.<br>Suite 815, New York, NY 10018 |
| Blue Chalk Media | Blue Chalk Media | 68 Jay Street Suite 201, Brooklyn, NY 11201 |
| Bond Street Studio | | 235 Bond Street, Brooklyn, NY 11217 |
| Bura Construction Corp. | Bura Construction Corp. | 37-24 24th Street, LIC, NY 11101 |
| Canlis | Canlis | 2576 Aurora Ave. N., Seattle, Washington 98109 |
| Carter Ledyard & Milburn LLP | | 2 Wall Street, New York, NY 10005 |
| Catholic Health Association of India (CHAI) | | CHAI<br>STaff Road<br>Gunrock Enclave, Secunderabad 500 009, India |
| CCBRT | CCBRT | Kupona Foundation 12 Bensonhurst Ave, Saratoga Spr |
| CCTV Security LTD. | | 41-23 39th Street, Long Island City, NY 11104 |
| CDR Fundraising Group | CDR Fundraising Group | 16900 Science Drive Suite 210, Bowie, MD 20715 |
| CENVEO | CENVEO | Commercial Env Products PO Box 802035, Chicago, IL 2035 |
| Children's Burn & Wound Care Foundation | Children's Burn & Wound Care Foundation | Box 2012, N-9497, Harstad, Norway |
| Children's Surgical Centre | | PO Box 2545, Kodiak, AK 99615 |
| Christina Sotelo | | 26 Madeline Ave., Clifton, NJ 07011 |
| Chronicle of Philanthropy | | PO Box 16359, North Hollywood, CA 91615-6359 |
| Classic Restaurants Corp. | | 99 East 52nd Street, New York, NY 10022 |

| | | |
|---|---|---|
| Color Tree Group | Color Tree Group | 8000 Villa Park Drive, Henrico, VA 23228-6500 |
| Commissioner of Taxation & Finance | | MCTMT Processing Center<br>PO Box 4139, Binghamton, NY 13902-4139 |
| Communications Corporation of America | Communications Corporation of America | 13195 Freedom Way, Boston, VA 22713 |
| Contemporary Graphics | | 7001 North Park Drive, Pennsauken, NJ 08109 |
| Copilevitz & Canter, LLC | | 310 West 20th Street<br>Suite 300, Kansas City, MO 64108 |
| Corbis Corporation | | 13159 Collection Center Drive, Chicago, IL 60693 |
| Corporate Filing Solutions, LLC | | 425 Boylston Street, 3rd floor, Boston, MA 02116 |
| Corporate Interiors Contracting, Inc. | | 104 East 25th Street<br>7th floor, New York, NY 10010 |
| Corporate Press Inc | Corporate Press Inc | 9700 Philadelphia Court, Lanham, MD 20706 |
| CoRSU | | PO Box 46, Kampals, Uganda |
| Creative Direct Response | Creative Direct Response | |
| Creative Office Pavilion | | PO Box 845577, Boston, MA 02284-5577 |
| CRP | | the Paralyzed, Dhaka, Bangladesh |
| CSI Cleaning Service Industries, Inc. | CSI Cleaning Service Industries, Inc. | 1384 Broadway Suite 408, New York, NY 10018 |
| CURE | | 701 Bosler Avenue, Lemoyne, PA 17043 |
| Delaware Secretary of State | | |
| Deluxe for Business | | |
| Development Resources Inc. | Development Resources Inc. | 1820 N.Fort Meyer Drive, Suite 702, Arlington, VA 2220 |
| Direct Mail Processors, Inc. | | 1150 Conrad Ct., Hagerstown, MD 21740 |
| Direct Mail Solutions | Direct Mail Solutions | 4500 Sarellen Road, Richmond, VA 23231 |
| Direct Marketing Association, Inc. | | General Post Office<br>PO Box 29814, New York, NY 10087-9814 |
| DMI Data Management Inc. | DMI Data Management Inc. | PO Box 846, Stoneville, NC 27048 |
| Doctors Collaborating to Help Children | | 32 Overlook Rd, Wayland, MA 01778 |
| Dr. Agarwal's Group of Eye Hospitals | | , Chennai 600086, India |
| Dr. Shroff's Charity Eye Hospital | | 5027 Kedarnath Road, New Delhi 110002, India |
| Drashti Netralaya | | Chakalia Road,<br>Dahod, Gujarat 389151, India |
| E1 Digital Direct | E1 Digital Direct | 491 McClurg Road, Boardman, OH 44512 |
| Emergenza Sorrisi | | Via Salaria 95, Roma 00198, Italy |
| Eye Foundation Hospital | | , Lagos, Nigeria |
| Fast Company | | PO Box 3016, Harlan, IA 51593-0107 |
| FedEx | FedEx | PO Box 223125, Pittsburgh, PA 15251-2125 |
| First Rehab Life | | 600 Northern Blvd., Great Neck, NY 11021 |
| Five Star Carting, Inc | Five Star Carting, Inc | 58-35 47th Street, Maspeth, NY 11378 |
| Foundation Center | | Subscription Service<br>79 Fifth Avenue, New York, NY 10003 |
| Gary G. Ellis | | 1405 Clark Springs Drive, Keller, TX 76248 |
| Gombai Netralaya | | , Nimach, Madhya Pradesh 458441, India |
| Group Gordon | | 747 Third Ave., Suite 32A, New York, NY 10017 |
| GS Memorial | | B-38/63-4, Brijwas Ciny, Infront of Harsh Gas, Mahmoo |
| GUARD Insurance Company | | PO Box 62479, Baltimore, MD 21264-2479 |
| Harvard | Harvard | 59 Maiden Lane, 17th Floor, New York, NY 10038 |
| Harvard Business Review | | PO Box 62180, Tampa, FL 33662-2108 |
| Harvard Club of New York City | | 35 West 44th Street, New York, NY 10036-6645 |
| Help a Child Face Tomorrow | | PO Box 19969, Nairobi 00202, Kenya |
| Himalayan Cataract Project | | PO Box 55, Waterbury, VT 05676 |
| Hosp&Rehab Cen. Disabled Child<br>Hospital | | PO Box 6757, Kathmandu, Nepal |
| ICARE Eye Hosp. & Post Grad. Ins | | Noida-201 301, U.P., India |
| IDMI | | 490 White Pond Drive, Akron, OH 44320 |

| | | |
|---|---|---|
| IESI-NY Corporation | | 1099 Wall Street West, Lyndhurst, NJ 07071-3617 |
| Impact Foundation | | 151 Western Road, Haywards Heath, West Sussex RH16 3LH, UK |
| Infogroup | | PO Box 3243, Omaha, NE 68103 |
| Integra Audio Video | | 524 East 11th Street 1B, New York, NY 10009 |
| Intelligencer | Intelligencer | PO Box 1328, Lancaster, PA 17608-1382 |
| Interburns Limited | | Welsh Centre for Burns & Plastic Surgery, Swansea, SA6 6NL, Wales, UK |
| Ispahani Islamia Eye Institute & Hospital | | Farmgate, Dhaka 1215, Bangladesh |
| ITC/Choithram Hospital Burn Unit | | Manik Bagh Road, Indore 452012, India |
| JAMS | JAMS | 620 Eighth Ave. 34th floor, New York, NY 10018 |
| Jones Day | | 222 East 41st Street, NY, NY 10017-6702 |
| Jorhat Lions Eye Hospital | | MG Road, Jorhat Assam, India |
| Kalinga Eye Hospital | | , Odisha 759001, India |
| Kalyanam Karoti | | , Uttar Paradesh, India |
| Kaplan & Levenson P.C. | | 630 Third Avenue, 5th floor, New York, NY 10017-6705 |
| Kaplan Kravet & Vogel P.C. | Kaplan Kravet & Vogel P.C. | 630 Third Ave., 5th floor, New York, NY 10017-6705 |
| Kenmore Envelope | Kenmore Envelope | 4641 International Trade Court, Richmond, Virginia 232 |
| Kenneth Thomas | Kenneth Thomas | 175 West 93rd Street Suite 3C, New York, NY 10025 |
| Khairabad Eye Hospital | Khairabad Eye Hospital | Swaroop Nagar, Kanpur 208002, India |
| KLEAR Electric Corp. | | 31-00 47th Street, Long Island City, NY 11101 |
| Koala Design | | Mike Schell 1606 NE 1st Street, Fort Lauderdale, FL 33 |
| KPMG LLP | | Dept. 0511 POB 120511, Dallas, TX 75312-0511 |
| Kravet & Vogel, LLP | Kravet & Vogel, LLP | 1040 Avenue of the Americas - Suite 1101, New York, I |
| L&E Meridian | | 8000 Corporate Court, Springfield, VA 22153 |
| Laura Casale Architect PC | | 84 Bridge Road, Manhasset, NY 11030 |
| Leaders of Design Council LLC | | |
| Lifebox | | 21 Portland Place, London W1B 1PY, United Kingdom |
| Lincoln National Life Insurance Company | Lincoln National Life Insurance Company | PO Box 7247-0477, Philadelphia, PA 19170-0477 |
| Lions NAB Eye Hospital | | MIDC Industrial Area, Miraj, Maharashtra 41640, India |
| Log-On | Log-On | 520 Eighth Avenue - 14th floor, New York, NY 10018-6! |
| Lok Nayak Hospital | | , New Delhi, India |
| Lorraine Flooring, Inc. | | 47-45 31st Place, Long Island City, NY 11101-2908 |
| Lumbini Eye Institute | | Post Box No. 30, Siddharthanagar-3, Rupandeh 32901, |
| LV Prasad Eye Institute | | 226 Idlewood Road, Rochester, NY 14618 |
| Mac-Tech, LL | | 594 Broadway #404, New York, NY 10012-3234 |
| Mail America Communications | Mail America Communications | PO Box 870, Forest, VA 24551 |
| Mansi International Travel | | 28A Corner Ground Floor Street 11 Delhi, India |
| Maria Ferrari | | 150 West 25th Street #605, New York, NY 10001 |
| Market Wired | | 100 N. Sepulveda Blvd. Suite 325, El Segundo, CA 90: |
| Marsh & McLennan Agency LLP | | PO Box 405591, Atlanta, GA 30384-5591 |
| Mastek Limited | Mastek Limited | , Mumbai, India |
| Matros Automated | Matros Automated | 5-33 50th Avenue, L.I.C., New York 11101 |
| McVicker & Higginbotham, Inc. | | 43-34 32nd Place, 1st floor, Long Island City, NY 11101 |
| MDI Imaging and Mail | MDI Imaging and Mail | 21955 Cascades Parkway, Dulles, VA 20166 |
| Media Nation Enterprises LLC | | 15271 Barranca Pkwy, Irvine, CA 92618 |
| Medical Benevolence Foundation | | 10707 Corporate Drive, Stafford, TX |
| Metlife Investors USA Insurance Co. | | PO Box 371487, Pittsburgh, PA 15250-7487 |
| Microsoft | | PO Box 842103, Dallas, TX 75284-2103 |
| Mobility Outreach International | | 192 Nickerson Street Suite 201, Seattle, WA 98109 |
| MOFILM | | 4th floor Lakeview Manor 20 |

3

| | | |
|---|---|---|
| MyungSung Christian Medical Center | | Narayan Redy Colony, Annaswarmy Mudaliar Road, U, Ethiopia |
| Names in the News | Names in the News | 180 Grand Avenue, Suite 1545, Oakland, CA 94612-37 |
| National Fundraising Lists | National Fundraising Lists | 16900 Science Drive Suite 210, Bowie, MD 20715 |
| National Graphics | National Graphics | PO Box 508, Route 139, North Branford, CT 06471-050 |
| Nestle Pure Life Direct | | PO Box 856192, Louisville, KY 40285-6172 |
| New Channel Direct | New Channel Direct | 2659 Center Road, Hincklely, OH 44233-9562 |
| Nextiva | Nextiva | 8800 E Chaparrel Rd. Ste 300 Attn: Billing, Scottsdale, . 85250 |
| NNE Marketing | | 754 Massachusetts Ave., Arlington, MA 02476 |
| Nonprofit Quarterly | | 112 Water St. Ste 400, Boston, MA 02109-9868 |
| North Dakota Secretary of State | | |
| NY State | | |
| NYS Department of Law | | Office of the Attorney General Charities Bureau - Regist |
| NYS Employment Taxes | | PO Box 4119, Binghamton, NY 13902-4119 |
| NYS Unemployment Insurance | | PO Box 4301, Binghamton, NY 13902-4301 |
| Office Depot | Office Depot | PO Box 633204, Cincinnati, OH 45263-3204 |
| Operation First Cambodia | | Chey Chumnas General Hodpital, Takmoa, Kandal Prov KHM |
| Operation Heart Foundation, Inc | | 32nd Street, Bonifacio Global City, Taguig, Metro Manila |
| Otto Creative Marketing Inc. | | 1611-C Colley Avenue, Norfolk, VA 23517 |
| Oxford Health Plans | | PO Box 1697, Newark, NJ 07101-1697 |
| Panos Pictures | | 9 White Lion Street, London N1 9PD, UK |
| Paradysz Matera Co. Inc. | | 5 Hanover Square<br>6th floor, New York, NY 10004 |
| Passport Plus | | 20 East 49th Street<br>3rd floor, New York, NY 10017 |
| Pay-by-Pay | Pay-by-Pay | |
| PayPal | | |
| Pearl Meyer & Partners, LLC | | Department # 41287<br>PO Box 650823, Dallas, TX |
| Philadelphia Insurance Companies | | PO Box 70251, Philadelphia, PA 19176-0251 |
| Ponseti International Association | | International Office 118<br>CMAB, Iowa City, IA 52242 |
| Postmaster of New York | | |
| President and Fellows of Harvard College | | Jane Boatright Ariadne Labs 401 Park Drive, Boston, M |
| Print Mail Communications | Print Mail Communications | 4333 Davenport Road, Fredericksburg, VA 22408 |
| Production Solutions | | 1953 Gallows Road<br>Suite 600, Vienna, VA 22182 |
| Project Vision | | 4000 Legato Road, Suite 700, Fairfax, VA 22033 |
| ProList Direct Marketing Services | ProList Direct Marketing Services | Attn: Darla Curtis 4510 Buckeystown Pike Suite M, Frec |
| Prosthetics Outreach Foundation | | 400 East Pine Street<br>Suite 325, Seattle, WA 98122 |
| Public Health Concern Trust | | GPO Box 6064<br>Pradarshani Marg, Kathmandu, Nepal |
| R. Carnegie Associates, Inc. | | PO Box 1178<br>Ten Pleasant Street, Upton, MA 01568 |
| Rainforest Inc. | | 420 5th Ave.<br>27th floor, NY, NY 10018 |
| Reputation.com, Inc. | Reputation.com, Inc. | 1001 Marshall St. Fl 2, Redwood City, CA 94063 |
| Resource One | Resource One | 2900 E. Apache, Tulsa, OK 74116 |
| ReSurge | | 145 N Wolfe Road, Sunnyvale, CA 94086 |
| Rosanna Menza | | 533 Monroe Street<br>Suite 3A, Hoboken, NJ 07030 |
| Rose Charities | | 1870 Ogden Ave., Vancouver, BC V6J 1A1, Canada |
| Royal Envelope Corporation | Royal Envelope Corporation | 4114 South Peoria Street, Chicago, IL 60609 |
| RR Donnelley | | 14880 Sweitzer Lane, Laurel, MD 20707-2913 |

| | | |
|---|---|---|
| RST Associates, Inc. | RST Associates, Inc. | 1272 Corporate Park Drive, Forest, VA 24551 |
| Sadguru Netra Chikitsalaya | | Jankikund, Chitrakoot, Satna, India |
| Sankara Eye Care Institutions | | 1900 McCarthy Blvd #302, Milpitas, CA 95035 |
| Sankara Nethralaya Ophthalmic Mission Trust, | | 9710 Traville Gateway Drive, Rockville, MD 20850 |
| Sard Verbinnen & Co. LLC | Sard Verbinnen & Co. LLC | 630 Third Ave., NY, NY 10017 |
| SeaChange Capital Partners | | 1385 Broadway, 23rd Floor, New York, NY 10018 |
| Sewa Sadan Eye Hospital | Sewa Sadan Eye Hospital | , Bhopal, Madya Pradesh 462030, India |
| ShelterPoint Life | ShelterPoint Life | PO Box 220727, Great Neck, New York 11021 |
| Shree Jagannath Hospital&Research Cen | Shree Jagannath Hospital&Research Cen | Booty Road , Behind Machli Ghar<br>Through Radium Road, Ranchi, Jharkhand 834001, Inc |
| Shri Sadguru, Seva Sangh Trust | | Jankikund, Chitrakoot, Madhya Pradesh 210204, India |
| Sight For All Foundation | | c/o South Australian Institute of Ophthalmology<br>Level 8, East Wing, Royal Adelaide Hospital, North Ter |
| Sightsavers Inc. | | PO Box 942, Ayer, MA 01432 |
| Siliguri Greater Lions Eye Hospital | | Sevoke Rd, Dasath Paly,<br>Bhanu Nagar, Siliguri, West Bengal 734003, India |
| Simpson Thacher & Bartlett LLP | | 425 Lexington Ave., New York, NY 10017 |
| Sitapur Eye Hospital | | Civil Lines, Sitapur, Uttar Pradesh 261001, India |
| Skyline Credit Ride Inc. | | 52-29 35th Street, Long Island City, NY 11101 |
| Small Fortune LLC | | 422 Hillcrest Street, Orlando, FL 32803 |
| SMS Direct | | 8461 Virginia Meadows Drive, Manassas, VA 20109 |
| Southern Advertising | | 14 Bill Drive, Greer, SC 29651 |
| Southwest Publishing & Mailing Corporation | Southwest Publishing & Mailing Corporation | 4000 SE Adams Street, Topeka, KS 66609-1481 |
| SPARSH Hospital | | #146 Infantry Road, Bangalore 560 001, India |
| Sri Lanka Eye Foundation | | Kandy, Centre for Sight, General Hospital, Kandy, Sri L; |
| Sri Sankardeva Nethralaya | Sri Sankardeva Nethralaya | 96 Basistha Rd, Guwahati 781028, India |
| Srikiran Institute | | , India |
| St. Mary's Hospital | | 45 Bishop's House<br>Cantt, Varanasi 221102, India |
| St. Stephen's Hospital | | Tis Hazari, Delhi 110401, India |
| Stanford Social Innovation Review | | PO Box 3099, Langhorne, PA 19047-9199 |
| Stanford University | | PO Box 3099, Langhorne, PA 19047-9199 |
| Staples Contract and Commercial, Inc. | | PO Box 414524, Boston, MA 02241-4524 |
| Surgical Volunteers International | | 65712 E. Mesa Ridge Ct., Tucson, AZ 85739 |
| Target MarkeTeam | | 600 Northpark Town Center<br>Suite 1600<br>1200 Abernathy Rd NE, Atlanta, GA 30328 |
| TASC | | |
| Tejas Eye Hospital | | Opp. Hanuman Temple<br>Suthar faliya, Mandvi, Dist. Surat Gujarat India |
| Tenwek Mission Hospital | | PO Box 39, Bomet 20400, Kenya |
| The Bridgespan Group | | 112 West 34th Street<br>Suite 1510, New York, NY 10120 |
| The Chronicle of Philanthropy | | PO Box 16359, North Hollywood, CA 91615-6359 |
| The Holewinski Group | The Holewinski Group | 253 Rainbow Drive #15398, Livingston, TX 77399 |
| The John Fawcett Foundation | | United Charitable Programs<br>6201 Leesburg Pike, Falls Church, VA 22044 |
| The New York Times | | PO Box 19218, Newark, NJ 07195-0218 |
| The US Life Insurance Co. | | PO Box 305045, Nashville, TN 37230-5045 |
| The Wells & Drew Companies | | PO Box 10554, Jacksonville, FL 32247 |
| Thomas & White | | 104 West 27th Street, New York, NY 10001 |
| Thomson Reuters (Markets) LLC | | PO Box 415983, Boston, MA 02241 |
| Time Moving, Inc. | Time Moving, Inc. | 118 Church Street, Freeport, NY 11520 |
| Time Shred Services, Inc. | Time Shred Services, Inc. | 120 Church Street, Freeport, NY 11520 |

| | | |
|---|---|---|
| Time Warner Cable | | PO Box 11820, Newark, NJ 07101-8120 |
| Tipping Gardner LLC | | 270 Lafayette Street<br>Suite 506, New York, NY 10012 |
| Today's Handyman Service | | 657 Meeker Ave., Brooklyn, NY 11222 |
| Tourism Consultants Ltd | | |
| TowerData Inc. | | 379 Park Ave. South<br>5th floor, New York, NY 10016 |
| Treasurer State of Maine | | |
| Tri-State Envelope Corp. | Tri-State Envelope Corp. | PO Box 433, Beltville, MD 20704-0433 |
| Tulsi Chanrai Foundation | | Adam House<br>27 Mississippi Street,, Maitama, Abuja 900271, Nigeria |
| U.S.Treasury | | Internal Revenue Service<br>PO Box 804521, Cincinnati, OH 45280-4521 |
| ULINE | ULINE | PO Box 88741, Chicago, IL 60680-1741 |
| Union ID and Mail | Union ID and Mail | 8516 Rainswood Drive, Landover, MD 20785 |
| Unite for Sight | | 234 Church Street, New Haven, CT 06510 |
| Valtim Marketing Solutions | Valtim Marketing Solutions | PO Box 809, Forest, VA 24551 |
| Vanguard | Vanguard | c/o Ascensus PO Box 28067, New York, NY 10087 |
| VedderPrice PC | VedderPrice PC | 8677 Solution Center, Chicago, IL 60677-8006 |
| Venu Eye Institute | | 1/31 Sheikh Sarai Institutional Area-II, New Delhi 110 0 |
| Vision Foundation of India | | Apex Centre,<br>5 Babulnath Road, Mumbai India, 400007 |
| Vista Imaging Group, LLC | | 20 West 22nd Street, New York, NY 10010 |
| Vivekananda Mission Asram | | Veveknagar, PO Chaitanyapur, Purba Medinipur 72164 |
| W.B.Mason Co. Inc. | | PO Box 981191, Boston, MA 02298-1101 |
| Walk for Life | | House #4 Road #15 Block D, Dhaka 1212, Bangladesh |
| WB Wood/NY | | 225 Park Ave. South<br>Suite 201, New York, NY 10003 |
| Wealth-X LLC | | 259 West 30th Street<br>Suite 403, New York, NY 10001 |
| Wells Fargo Financial Leasing | | PO Box 10306, Des Moines, IA 50306-0306 |
| WENN | | 352 7th Avenue. Suite 1105, 11th floor, New York, NY 1 |
| Workwell Partners | | 6 East 32nd Street, 8th Floor, New York, NY 10016 |
| World Federation of Societies | | of Anaesthesiologists<br>21 Portland Place, London W1B 1PY, UK |
| XPO Logistics | Urban Express | PO Box 2693, New York, NY 10108 |
| Yekatit 12 Hospital | | PO Box 26493, Addis Ababa, Ethiopia |
| YILMAZ | | , Istanbul Turkey |
| Zero Clubfoot | | , Chittagong 4225, Bangladesh |
| Zuri Group | | 328 NW Bond Street<br>2nd floor, Bend, OR 97701 |