Aaron R. Cahn
Leonardo Trivigno
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
Telephone:   (212) 738-3200
Facsimile:   (212) 738-3232
Email:       cahn@clm.com
             trivigno@clm.com

Proposed Counsel to the Debtor
and Debtor in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
**In re**                                                     :       Chapter 11
                                                              :
**WONDERWORK, INC.**                                          :       Case No. 16-13607 (SMB)
                                                              :
          Debtor.                                      :
------------------------------------------------------------- X

## DEBTOR'S CREDITOR MATRIX

## WonderWork Creditor Matrix – Case No. 16-13607 (SMB)

Action Mailers
90 Commerce Drive
Aston, PA 19014

Action Without Borders
302 Fifth Avenue, 11th floor
New York, NY 10001

ADP, LLC
1851 N Resler Dirve, M100
El Paso, TX 79912

Adams & Company Real Estate, LLC
411 Fifth Avenue
New York, NY 10016

Adams & Company Real Estate, LLC
PO Box 95000-5385
Philadelphia, PA 19195-5385

Allied Printing Resources
33 Commerce Road
Carlstadt, NJ 07072

Allister Business Solutions
225 Sand Road Suite 100
Fairfield, NJ 07004

American Arbitration Association
950 Warren Ave.
East Providence, RI 02914

American Express
PO Box 1270
Newark, NJ 07101-1270

American List Counsel, Inc.
PO Box 416030
Boston, MA 02241-6030

Ameritas Life Insurance
PO Box 82582
Lincoln, NE 68501-2582

BBB Wise Giving Alliance National Charity Seal Program
3033 Wilson Boulevard #600
Arlington, VA 22201

Bill & Ann Ziff Foundation
350 Park Avenue, 4th Floor
New York, NY 10022

Blue Chalk Media
68 Jay Street Suite 201
Brooklyn, NY 11201

Bura Construction Corp.
37-24 24th Street
LIC, NY 11101

CDR Fundraising Group
16900 Science Drive Suite 210
Bowie, MD 20715

CENVEO
Commercial Env Products
PO Box 802035, Chicago, IL 60680-2035

Christina Sotelo
26 Madeline Ave.
Clifton, NJ 07011

Color Tree Group
8000 Villa Park Drive
Henrico, VA 23228-6500

Communications Corporation of America
13195 Freedom Way
Boston, VA 22713

Copilevitz & Canter, LLC
310 West 20th Street Suite 300
Kansas City, MO 64108

Corporate Press Inc.
9700 Philadelphia Court
Lanham, MD 20706

CSI Cleaning Service Industries, Inc.

7901047.1

1384 Broadway Suite 408
New York, NY 10018

Detter Family Foundation
11519 Aerie Lane
Naples, FL 34120

Development Resources Inc.
1820 N.Fort Meyer Drive, Suite 702
Arlington, VA 22209

Direct Mail Processors, Inc.
1150 Conrad Ct.
Hagerstown, MD 21740

Direct Mail Solutions
4500 Sarellen Road
Richmond, VA 23231

DMI Data Management Inc.
PO Box 846
Stoneville, NC 27048

E1 Digital Direct
491 McClurg Road
Boardman, OH 44512

First Rehab Life
600 Northern Blvd.
Great Neck, NY 11021

Five Star Carting, Inc.
58-35 47th Street
Maspeth, NY 11378

Foundation Center
79 Fifth Avenue
New York, NY 10003

Gary G. Ellis
1405 Clark Springs Drive
Keller, TX 76248

GUARD Insurance Company
PO Box 62479
Baltimore, MD 21264-2479

7901047.1

Harvard Club of New York City
35 West 44th Street
New York, NY 10036-6645

HelpMeSee, Inc.
20 West 36th Street, Floor 4
New York, NY 10018

IDMI
490 White Pond Drive
Akron, OH 44320

Infogroup
PO Box 3243
Omaha, NE 68103

Intelligencer
PO Box 1328
Lancaster, PA 17608-1382

JAMS
620 Eighth Ave. 34th floor
New York, NY 10018

Jones Day
222 East 41st Street
New York, NY 10017-6702

Joseph Mullaney
512 River Road
Westport, MA  02790

Arnold & Porter Kaye Scholer
250 West 55th Street
New York, NY 10019

Kaplan Kravet & Vogel P.C.
630 Third Avenue, 5th floor
New York, NY 10017-6705

Koala Design
Attn: Mike Schell
1606 NE 1st Street
Fort Lauderdale, FL 33301

7901047.1

KPMG LLP
Dept. 0511
PO Box 120511
Dallas, TX 75312-0511

L&E Meridian
8000 Corporate Court
Springfield, VA 22153

Lincoln National Life Insurance Company
PO Box 7247-0477
Philadelphia, PA 19170-0477

Log-On
520 Eighth Avenue - 14th floor
New York, NY 10018-6507

Mac-Tech, LL
594 Broadway #404
New York, NY 10012-3234

Mail America Communications
PO Box 870
Forest, VA 24551

Maria Ferrari
150 West 25th Street #605
New York, NY 10001

Market Wired
100 N. Sepulveda Blvd., Suite 325
El Segundo, CA 90245

Marsh & McLennan Agency LLP
PO Box 405591
Atlanta, GA 30384-5591

Mastek Ltd
SDF IV
Seepz, Andheri (E)
Mumbai 400096 India

MDI Imaging and Mail
21955 Cascades Parkway
Dulles, VA 20166

7901047.1

Meadowlark Foundation
P.O. Box 860 Saratoga Springs
NY 12866-0860

Metlife Investors USA Insurance Co.
PO Box 371487
Pittsburgh, PA 15250-7487

Names in the News
180 Grand Avenue, Suite 1545
Oakland, CA 94612-3799

National Fundraising Lists
16900 Science Drive Suite 210
Bowie, MD 20715

National Graphics
PO Box 508, Route 139
North Branford, CT 06471-0508

Nestle Pure Life Direct
PO Box 856192
Louisville, KY 40285-6172

New Channel Direct
2659 Center Road
Hincklely, OH 44233-9562

Nextiva
8800 E Chaparrel Rd. Ste 300
Attn: Billing
Scottsdale, AZ 85250

NYS Department of Law
Office of the Attorney General Charities Bureau - Registration Section
120 Broadway, New York, NY 10271

Oxford Health Plans
PO Box 1697
Newark, NJ 07101-1697

Paradysz Matera Co. Inc.
5 Hanover Square 6th floor
New York, NY 10004

Passport Plus

7901047.1

20 East 49th Street 3rd floor
New York, NY 10017

PayPal Inc.
2211 N First St.
San Jose, CA 95131

Philadelphia Insurance Companies
PO Box 70251
Philadelphia, PA 19176-0251

Print Mail Communications
4333 Davenport Road
Fredericksburg, VA 22408

ProList Direct Marketing Services
Attn: Darla Curtis
4510 Buckeystown Pike, Suite M
Frederick, MD 21704-7539

Rainforest Inc.
420 5th Ave. 27th floor
New York, NY 10018

Resource One
2900 E. Apache
Tulsa, OK 74116

RR Donnelley
14880 Sweitzer Lane
Laurel, MD 20707-2913

RST Associates, Inc.
1272 Corporate Park Drive
Forest, VA 24551

Sard Verbinnen & Co. LLC
630 Third Ave.
New York, NY 10017

ShelterPoint Life
PO Box 220727
Great Neck, New York 11021

Skyline Credit Ride Inc.
52-29 35th Street

7901047.1

Long Island City, NY 11101

SMS Direct
8461 Virginia Meadows Drive
Manassas, VA 20109

Target MarkeTeam
600 Northpark Town Center, Suite 1600
1200 Abernathy Rd NE
Atlanta, GA 30328

TASC
2302 International Lane
Madison, WI 53704-3140

The Bridgespan Group
112 West 34th Street Suite 1510
New York, NY 10120

The Holewinski Group
253 Rainbow Drive #15398
Livingston, TX 77399

The Raphael & Diana Vinoly Foundation
350 Fifth Avenue, 41st Floor
New York, NY  10118

The US Life Insurance Co.
PO Box 305045
Nashville, TN 37230-5045

Thompson Family Foundation
660 Newport Center Dr., Ste 1220
Newport Beach, CA 92660

Tri-State Envelope Corp.
PO Box 433
Beltville, MD 20704-0433

Union ID and Mail
8516 Rainswood Drive
Landover, MD 20785

Valtim Marketing Solutions
PO Box 809
Forest, VA 24551

7901047.1

Vanguard
c/o Ascensus
PO Box 28067
New York, NY 10087

VedderPrice PC
8677 Solution Center
Chicago, IL 60677-8006

Wells Fargo Financial Leasing
PO Box 10306
Des Moines, IA 50306-0306

Workwell Partners
6 East 32nd Street, 8th Floor
New York, NY 10016

XPO Logistics
PO Box 2693
New York, NY 10108

7901047.1