**Fill in this information to identify the case:**

Debtor name WonderWork, Inc.

United States Bankruptcy Court for the: Southern District    District of NY
(State)

Case number (If known): 16-13607 (SMB)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2. **Cash on hand**                                                                                         $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Please see attached schedule | | ___ ___ ___ ___ | $_____ |
| 3.2. | | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

4.1. _____    $_____
4.2. _____    $_____

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ 20,645,787

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
7.1. Security Deposit for Rent   Adams & Company Real Estate, LLC    $ 56,625
7.2. _____    $_____

Debtor    WonderWork, Inc.
          _____
          Name

Case number (if known) 16-13607 (SMB)

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $ _____

8.2. _____    $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ _____

---

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:  Please see the attached schedule  – _____ = ....... →    $ _____
                           face amount                          doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ....... →    $ _____
                        face amount              doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ Please see attached schedule

---

## Part 4:  Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. All investments are listed on the attached Schedule in response to Question 3    _____    $ _____

14.2. _____    _____    $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:          % of ownership:

15.1. _____    _____%    _____    $ _____

15.2. _____    _____%    _____    $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    $ _____

16.2. _____    $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ _____

---

Debtor    **WonderWork, Inc.**    Case number (*if known*)    16-13607 (SMB)

Name

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

---

Debtor    WonderWork, Inc.
_____    Case number (if known) 16-13607 (SMB)
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Desks, Chairs, Conference Room Table | $ 16616 | in excess of $1,000 over 5 years | $ 16616 |
| 40. **Office fixtures** | | | |
| N/A | $_____ | | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers | $ 3737 | in excess of $1,000 over 3 years | $ 3737 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 N/A | $_____ | | $_____ |
| 42.2 | $_____ | | $_____ |
| 42.3 | $_____ | | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 20352

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    WonderWork, Inc.    Case number (if known)    16-13607 (SMB)
_____    _____
Name

| **Part 8:** | **Machinery, equipment, and vehicles** |

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| | | | |
|---|---|---|---|
| 47.1 Kyocera/TASKalfa 3050ci copy machine | $ _____ | _____ | $ 5,430 |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |

48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |

49. Aircraft and accessories

| | | | |
|---|---|---|---|
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| | | | |
|---|---|---|---|
| _____ | $ _____ | _____ | $ _____ |

51. Total of Part 8.
Add lines 47 through 50. Copy the total to line 87.

| $ 5,430 |

52. Is a depreciation schedule available for any of the property listed in Part 8?

☑ No

☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?

☑ No

☐ Yes

| Debtor | WonderWork, Inc. | | Case number (if known) | 16-13607 (SMB) |
|---|---|---|---|---|
| | Name | | | |

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  411 Fifth Avenue, Suite 702, New York, NY 10016 | Lessee | $_____ | _____ | $ Unknown |
| 55.2  _____ | _____ | $_____ | _____ | $_____ |
| 55.3  _____ | _____ | $_____ | _____ | $_____ |
| 55.4  _____ | _____ | $_____ | _____ | $_____ |
| 55.5  _____ | _____ | $_____ | _____ | $_____ |
| 55.6  _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $ Value unknown |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $ Value unknown |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor   WonderWork, Inc.                                         Case number (*if known*)  16-13607 (SMB)
_____
Name

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
■ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?

■ No
☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?

■ No
☐ Yes

## Part 11:   All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|

71. Notes receivable
Description (include name of obligor)

_____     _____  —  _____  = →  $_____
                                 Total face amount    doubtful or uncollectible amount

72. Tax refunds and unused net operating losses (NOLs)

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. Interests in insurance policies or annuities

                                                                        $_____

74. Causes of action against third parties (whether or not a lawsuit has been filed)

_____            $_____
Nature of claim        _____
Amount requested       $_____

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

_____            $_____
Nature of claim        _____
Amount requested       $_____

76. Trusts, equitable or future interests in property

_____            $_____

77. Other property of any kind not already listed  *Examples:* Season tickets, country club membership

_____            $_____
_____            $_____

78. Total of Part 11.
Add lines 71 through 77. Copy the total to line 90.                    $_____

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
☐ No
☐ Yes

| Debtor | WonderWork, Inc. | Case number (if known) | 16-13607 (SMB) |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 20,645,787 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 5,625 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 1,042,500 | |
| 83. Investments. *Copy line 17, Part 4.* | $ see line 80 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 0 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 20,352 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 5,430 | |
| 88. Real property. *Copy line 56, Part 9.* ............................................................ → | | $ |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ unknown | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ | |
| 91. Total. Add lines 80 through 90 for each column............................91a. | $ 21,770,674 | + 91b. $ |

92. Total of all property on Schedule A/B.  Lines 91a + 91b = 92. ....................................................................  $ 21,770,674

In re WonderWork Inc. (Case No. 16-13607) (SMB)
Attachment to Schedule A/B

**3. Checking, savings, money market, or financial brokerage accounts**

| HSBC | Type of Account | Last 4 Digits of Account Number | Current Balance |
|---|---|---|---|
| HSBC WW | Checking | 9896 | $ 553,269.00 |
| HSBC 20/20/20 | Checking | 4089 | $ 802,650.00 |
| HSBC BurnRescue | Checking | 4512 | $ 336,228.00 |
| HSBC 1stStep | Checking | 4679 | $ 357,210.00 |
| **PayPal** | | | |
| wonderwork.org | Credit Card Processor | | $ 56,990.29 |
| 20x20x20.org | Credit Card Processor | | $ 186,912.08 |
| BurnRescue.org | Credit Card Processor | | $ 5,387.25 |
| 1stStep.org | Credit Card Processor | | $ 65,143.73 |
| **Vanguard** | | 7064 | |
| Money Market | | 9446 | $ 17,948,454.71 |
| Brokerage Account | | 7064 | $ 333,541.82 |
| | | | $ - |

Add lines 2 through 4 (including amounts on any additional sheets).

Total      $      **20,645,786.88**

**Part 3: Accounts receivable**

    **11. Accounts Receivable**

| | | |
|---|---|---|
| 11a. 90 days old or less | None | |
| 11b. Over 90 days old | | $ 42,500.00 |
| | | $ 1,000,000.00 |
| **12. Total of Part 3** | | $ **1,042,500.00** |

**Fill in this information to identify the case:**

Debtor name ___WonderWork, Inc.___

United States Bankruptcy Court for the: ___Southern District___ District of ___NY___
(State)

Case number (If known): ___16-13607 (SMB)___

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1** | Creditor's name
_____

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
_____
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**2.2** | Creditor's name
_____

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_____
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

Debtor    WonderWork, Inc.                              Case number *(if known)* 16-13607 (SMB)
        Name

---

**Part 1:**    **Additional Page**

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral |
| | Do not deduct the value | that supports this |
| | of collateral. | claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

2.__    Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred   _____
Last 4 digits of account
number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____  $_____  $_____
_____
_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.__    Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred   _____
Last 4 digits of account
number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____  $_____  $_____
_____
_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D      Additional Page of Schedule D: Creditors Who Have Claims Secured by Property      page ___ of ___

| Debtor | WonderWork, Inc. | Case number *(if known)* 16-13607 (SMB) |
|--------|------------------|------------------------------------------|
|        | Name |  |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|--------------------------------------------------------------|--------------------------------------------------|
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |

| Fill in this information to identify the case: |
|---|

Debtor ___WonderWork, Inc.___

United States Bankruptcy Court for the: ___Southern District___    District of ___NY___
(State)

Case number ___16-13607 (SMB)___
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

| | | |
|---|---|---|
| Debtor | WonderWork, Inc. | Case number (if known) 16-13607 (SMB) |
| | Name | |

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2._    Priority creditor's name and mailing address**

$ _____    $ _____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2._    Priority creditor's name and mailing address**

$ _____    $ _____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2._    Priority creditor's name and mailing address**

$ _____    $ _____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2._    Priority creditor's name and mailing address**

$ _____    $ _____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

Debtor    WonderWork, Inc.
          _____     Case number (if known)  16-13607 (SMB)
          Name

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 18,839.14 |
|---|---|---|---|

**Action Mailers**

90 Commerce Drive

Aston, PA  19014

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services rendered

Date or dates debt was incurred    Aug 2016

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | $ 0 |
|---|---|---|

**Action Without Borders**

302 Fifth Avenue, 11th Floor

New York, NY  10001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | $ 0 |
|---|---|---|

**ADP, LLC**

1851 N Resler Drive, M100

El Paso, TX  79912

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | $ 0 |
|---|---|---|

**Adams & Company Real Estate, LLC**

411 Fifth Avenue

New York, NY  10016

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | $ 0 |
|---|---|---|

**Adams & Company Real Estate, LLC**

P.O. Box 95000-5385

Philadelphia, PA 19195-5385

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | $ 0 |
|---|---|---|

**Allied Printing Resources**

33 Commerce Road

Carlstadt, NJ 07072

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor    WonderWork, Inc.
_____
Name

Case number (if known) 16-13607 (SMB)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ Nonpriority creditor's name and mailing address
American Arbitration Association

950 Warren Ave.

East Providence, RI 02914

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

3.___ Nonpriority creditor's name and mailing address
American Express

PO Box 1270

Newark, NJ 07101-1270

Date or dates debt was incurred    Dec 2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: services rendered

Is the claim subject to offset?
■ No
☐ Yes

$ 6,338.10

---

3.___ Nonpriority creditor's name and mailing address
American List Counsel, Inc.

PO Box 416030

Boston, MA 02241-6030

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

3.___ Nonpriority creditor's name and mailing address
Ameritas Life Insurance

PO Box 82582

Lincoln, NE 68501-2582

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

3.___ Nonpriority creditor's name and mailing address
BBB Wise Giving Alliance National Charity Seal Program

3033 Wilson Boulevard #600

Arlington, VA 22201

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

| Debtor | WonderWork, Inc. | Case number *(if known)* 16-13607 (SMB) |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3.___ Nonpriority creditor's name and mailing address
Bill & Ann Ziff Foundation

350 Park Avenue, 4th Floor
New York, NY  10022

Date or dates debt was incurred       May 2014
Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Loan

Is the claim subject to offset?
☐ No
☐ Yes

$ 845,500

---

3.___ Nonpriority creditor's name and mailing address
Blue Chalk Media

68 Jay Street Suite 201
Brooklyn, NY 11201

Date or dates debt was incurred     _____
Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

3.___ Nonpriority creditor's name and mailing address
Bura Construction Corp.

37-24 24th Street
LIC, NY 11101

Date or dates debt was incurred     _____
Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

3.___ Nonpriority creditor's name and mailing address
CDR Fundraising Group

16900 Science Drive Suite 210
Bowie, MD 20715

Date or dates debt was incurred     Oct 2016
Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   services rendered

Is the claim subject to offset?
☐ No
☐ Yes

$ 32,500

---

3.___ Nonpriority creditor's name and mailing address
CENVEO

Commercial Env Products
PO Box 802035, Chicago, IL 60680-2035

Date or dates debt was incurred     Oct 2016
Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
■ No
☐ Yes

$ 4,949.13

---

Debtor    WonderWork, Inc.
          _____          Case number (if known)    16-13607 (SMB)
          Name

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3.___ | Nonpriority creditor's name and mailing address
Christina Sotelo

26 Madeline Ave.

Clifton, NJ 07011

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 465.25

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___ | Nonpriority creditor's name and mailing address
Color Tree Group

8000 Villa Park Drive

Henrico, VA 23228-6500

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21,719.22

Basis for the claim:    serviced rendered

Date or dates debt was incurred    Sept 2016

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___ | Nonpriority creditor's name and mailing address
Communications Corporation of America

13195 Freedom Way

Boston, VA 22713

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,714.26

Basis for the claim:    services rendered

Date or dates debt was incurred    Nov 2016

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___ | Nonpriority creditor's name and mailing address
Copilevitz & Canter, LLC

310 West 20th Street Suite 300

Kansas City, MO 64108

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 570.93

Basis for the claim:    legal services rendered

Date or dates debt was incurred    Dec 2016

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___ | Nonpriority creditor's name and mailing address
Corporate Press Inc.

9700 Philadelphia Court

Lanham, MD 20706

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,078.69

Basis for the claim:    services rendered

Date or dates debt was incurred    Nov 2016

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | WonderWork, Inc. | Case number (if known) 16-13607 (SMB) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3.___  Nonpriority creditor's name and mailing address
CSI Cleaning Service Industries, Inc.

1384 Broadway Suite 408

New York, NY 10018

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

3.___  Nonpriority creditor's name and mailing address
Detter Family Foundation

11519 Aerie Lane

Naples, FL  34120

Date or dates debt was incurred    Aug 2013

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Loan

Is the claim subject to offset?
☐ No
☐ Yes

$ 106,833.33

---

3.___  Nonpriority creditor's name and mailing address
Development Resources Inc.

1820 N.Fort Meyer Drive, Suite 702

Arlington, VA 22209

Date or dates debt was incurred    Nov 2016

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    services rendered

Is the claim subject to offset?
■ No
☐ Yes

$ 10,000

---

3.___  Nonpriority creditor's name and mailing address
Direct Mail Processors, Inc.

1150 Conrad Ct.

Hagerstown, MD 21740

Date or dates debt was incurred    Sept 2016

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    services rendered

Is the claim subject to offset?
☐ No
☐ Yes

$ 11,290.96

---

3.___  Nonpriority creditor's name and mailing address
Direct Mail Solutions

4500 Sarellen Road

Richmond, VA 23231

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

| Debtor | WonderWork, Inc. | | Case number (if known) | 16-13607 (SMB) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___ **Nonpriority creditor's name and mailing address**
DMI Data Management Inc.

PO Box 846

Stoneville, NC 27048

Date or dates debt was incurred    Dec 2016

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    services rendered

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,628.12

---

3.___ **Nonpriority creditor's name and mailing address**
E1 Digital Direct

491 McClurg Road

Boardman, OH 44512

Date or dates debt was incurred    Dec 2016

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    services rendered

Is the claim subject to offset?
☑ No
☐ Yes

$ 15,098.74

---

3.___ **Nonpriority creditor's name and mailing address**
First Rehab Life

600 Northern Blvd.

Great Neck, NY 11021

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

3.___ **Nonpriority creditor's name and mailing address**
Five Star Carting, Inc.

58-35 47th Street

Maspeth, NY 11378

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

3.___ **Nonpriority creditor's name and mailing address**
Foundation Center

79 Fifth Avenue

New York, NY 10003

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

| Debtor | WonderWork, Inc. | Case number (if known) | 16-13607 (SMB) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.___** Nonpriority creditor's name and mailing address

Gary G. Ellis

1405 Clark Springs Drive

Keller, TX 76248

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

**3.___** Nonpriority creditor's name and mailing address

GUARD Insurance Company

PO Box 62479

Baltimore, MD 21264-2479

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

**3.___** Nonpriority creditor's name and mailing address

Harvard Club of New York City

35 West 44th Street

New York, NY 10036-6645

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

**3.___** Nonpriority creditor's name and mailing address

HelpMeSee, Inc.

20 West 36th Street, Floor 4

New York, NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 16,059,833.50

---

**3.___** Nonpriority creditor's name and mailing address

IDMI

490 White Pond Drive

Akron, OH 44320

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services rendered

Date or dates debt was incurred  Oct 2016

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,628.52

---

Debtor    WonderWork, Inc.
_____
          Name

Case number (if known)    16-13607 (SMB)

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| 3.___ Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| **Infogroup** | Check all that apply. |
| | ☐ Contingent |
| **PO Box 3243** | ☐ Unliquidated |
| | ☐ Disputed |
| Omaha, NE 68103 | ☐ Liquidated and neither contingent nor disputed |
| | |
| | Basis for the claim: _____ |
| Date or dates debt was incurred  _____ | Is the claim subject to offset? |
| Last 4 digits of account number  __ __ __ __ | ☐ No  ☐ Yes |

$0

| | |
|---|---|
| 3.___ Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| **Intelligencer** | Check all that apply. |
| | ☐ Contingent |
| **PO Box 1328** | ☐ Unliquidated |
| | ☐ Disputed |
| Lancaster, PA 17608-1382 | |
| | Basis for the claim: _____ |
| Date or dates debt was incurred  _____ | Is the claim subject to offset? |
| Last 4 digits of account number  __ __ __ __ | ☐ No  ☐ Yes |

$0

| | |
|---|---|
| 3.___ Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| **JAMS** | Check all that apply. |
| | ☐ Contingent |
| **620 Eighth Ave. 34th floor** | ☐ Unliquidated |
| | ☐ Disputed |
| New York, NY 10018 | |
| | Basis for the claim: _____ |
| Date or dates debt was incurred  _____ | Is the claim subject to offset? |
| Last 4 digits of account number  __ __ __ __ | ☐ No  ☐ Yes |

$0

| | |
|---|---|
| 3.___ Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| **Jones Day** | Check all that apply. |
| | ☐ Contingent |
| **222 East 41st Street** | ☐ Unliquidated |
| | ☐ Disputed |
| New York, NY 10017-6702 | |
| | Basis for the claim: _____ |
| Date or dates debt was incurred  _____ | Is the claim subject to offset? |
| Last 4 digits of account number  __ __ __ __ | ☐ No  ☐ Yes |

$0

| | |
|---|---|
| 3.___ Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| **Joseph Mullaney** | Check all that apply. |
| | ☐ Contingent |
| **512 River Road** | ☐ Unliquidated |
| | ☐ Disputed |
| Westport, MA  02790 | |
| | Basis for the claim:  Loan |
| Date or dates debt was incurred  Aug 2013 | Is the claim subject to offset? |
| Last 4 digits of account number  __ __ __ __ | ☐ No  ☐ Yes |

$110,750

| Debtor | WonderWork, Inc. | Case number (if known) | 16-13607 (SMB) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___ **Nonpriority creditor's name and mailing address**
Kaye Scholer (Arnold & Porter Kaye Scholer)

250 West 55th Street

New York, NY 10019

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ unknown

---

3.___ **Nonpriority creditor's name and mailing address**
Kaplan Kravet & Vogel P.C.

630 Third Avenue, 5th floor

New York, NY 10017-6705

Date or dates debt was incurred   Dec 2016

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   services rendered

Is the claim subject to offset?
☒ No
☐ Yes

$ 8,259.03

---

3.___ **Nonpriority creditor's name and mailing address**
Koala Design Attn: Mike Schell

1606 NE 1st Street

Fort Lauderdale, FL 33301

Date or dates debt was incurred   Dec 2016

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   services rendered

Is the claim subject to offset?
☒ No
☐ Yes

$ 8,500

---

3.___ **Nonpriority creditor's name and mailing address**
KPMG LLP

Dept. 0511, PO Box 120511

Dallas, TX 75312-0511

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

3.___ **Nonpriority creditor's name and mailing address**
L&E Meridian

8000 Corporate Court

Springfield, VA 22153

Date or dates debt was incurred   Oct 2016

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   services rendered

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,359.48

---

Debtor __WonderWork, Inc._____
Name

Case number (if known) __16-13607 (SMB)__

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3.___ Nonpriority creditor's name and mailing address
**Lincoln National Life Insurance Company**

**PO Box 7247-0477**

Philadelphia, PA 19170-0477

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

3.___ Nonpriority creditor's name and mailing address
**Log-On**

**520 Eighth Avenue - 14th floor**

New York, NY 10018-6507

Date or dates debt was incurred **Sept 2016**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$ 43,282.67

---

3.___ Nonpriority creditor's name and mailing address
**Mac-Tech, LL**

**594 Broadway #404**

New York, NY 10012-3234

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

3.___ Nonpriority creditor's name and mailing address
**Mail America Communications**

**PO Box 870**

Forest, VA 24551

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

3.___ Nonpriority creditor's name and mailing address
**Maria Ferrari**

**150 West 25th Street #605**

New York, NY 10001

Date or dates debt was incurred **Dec 2016**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services rendered**

Is the claim subject to offset?
☑ No
☐ Yes

$ 275

---

Debtor __WonderWork, Inc.__
Name

Case number (if known) __16-13607 (SMB)__

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ Nonpriority creditor's name and mailing address
**Market Wired**

**100 N. Sepulveda Blvd., Suite 325**
El Segundo, CA 90245

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 0

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address
**Marsh & McLennan Agency LLP**

**PO Box 405591**
Atlanta, GA 30384-5591

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated

$ 0

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address
**Mastek Ltd**

**SDF IV, Seepz, Andheri (E)**
Mumbai 400096 India

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address
**MDI Imaging and Mail**

**21955 Cascades Parkway**
Dulles, VA 20166

Date or dates debt was incurred __Oct 2016__
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,657.64

Basis for the claim: services rendered

Is the claim subject to offset?
☒ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address
**Meadowlark Foundation**

**P.O. Box 860**
Saratoga Springs, NY  12866-0860

Date or dates debt was incurred __Jan 2014__
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 524,833.33

Basis for the claim: Loan

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | WonderWork, Inc. | Case number (*if known*) | 16-13607 (SMB) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.___** Nonpriority creditor's name and mailing address

Metlife Investors USA Insurance Co.

PO Box 371487

Pittsburgh, PA 15250-7487

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 0

---

**3.___** Nonpriority creditor's name and mailing address

Names in the News

180 Grand Avenue, Suite 1545

Oakland, CA 94612-3799

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 0

---

**3.___** Nonpriority creditor's name and mailing address

National Fundraising Lists

16900 Science Drive Suite 210

Bowie, MD 20715

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 0

---

**3.___** Nonpriority creditor's name and mailing address

National Graphics

PO Box 508, Route 139

North Branford, CT 06471-0508

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 0

---

**3.___** Nonpriority creditor's name and mailing address

Nestle Pure Life Direct

PO Box 856192

Louisville, KY 40285-6172

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Office Supplies

Date or dates debt was incurred Dec 2016

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 22.33

---

Debtor    WonderWork, Inc.
_____    Case number *(if known)* ___16-13607 (SMB)___
         Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ Nonpriority creditor's name and mailing address
**New Channel Direct**

**2659 Center Road**

Hincklely, OH 44233-9562

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 0

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address
**Nextiva**

**8800 E Chaparrel Rd. Ste 300**

Scottsdale, AZ 85250

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  utilities

$ 527.56

Date or dates debt was incurred    Nov 2016
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address
**NYS Department of Law**

Office of the Attorney General Charities Bureau - Registration Section

120 Broadway, New York, NY 10271

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 0

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address
**Oxford Health Plans**

**PO Box 1697**

Newark, NJ 07101-1697

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 0

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address
**Paradysz Matera Co. Inc.**

**5 Hanover Square 6th floor**

New York, NY 10004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 0

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | WonderWork, Inc. | Case number (if known) | 16-13607 (SMB) |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___ Nonpriority creditor's name and mailing address

Passport Plus

20 East 49th Street 3rd floor

New York, NY 10017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 0

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address

PayPal Inc.

2211 N First St.

San Jose, CA 95131

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address

Philadelphia Insurance Companies

PO Box 70251

Philadelphia, PA 19176-0251

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 847.05

Basis for the claim: insurance

Date or dates debt was incurred Dec 2016

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address

Print Mail Communications

4333 Davenport Road

Fredericksburg, VA 22408

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address

ProList Direct Marketing Services

4510 Buckeystown Pike, Suite M

Frederick, MD 21704-7539

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | WonderWork, Inc. | Case number (if known) | 16-13607 (SMB) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___ **Nonpriority creditor's name and mailing address**
Rainforest Inc.

420 5th Ave. 27th floor
New York, NY 10018

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 0

---

3.___ **Nonpriority creditor's name and mailing address**
Resource One

2900 E. Apache
Tulsa, OK 74116

Date or dates debt was incurred    Nov 2016
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: services rendered

**Is the claim subject to offset?**
■ No
☐ Yes

$ 2,165.80

---

3.___ **Nonpriority creditor's name and mailing address**
RR Donnelley

14880 Sweitzer Lane
Laurel, MD 20707-2913

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 0

---

3.___ **Nonpriority creditor's name and mailing address**
RST Associates, Inc.

1272 Corporate Park Drive
Forest, VA 24551

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 0

---

3.___ **Nonpriority creditor's name and mailing address**
Sard Verbinnen & Co. LLC

630 Third Ave.
New York, NY 10017

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 0

---

| Debtor | WonderWork, Inc. | |
|---|---|---|
| | Name | |
| | | Case number (if known)  16-13607 (SMB) |

---

**Part 2:**    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___ Nonpriority creditor's name and mailing address

**ShelterPoint Life**

**PO Box 220727**

Great Neck, New York 11021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

3.___ Nonpriority creditor's name and mailing address

**Skyline Credit Ride Inc.**

**52-29 35th Street**

Long Island City, NY 11101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

3.___ Nonpriority creditor's name and mailing address

**SMS Direct**

**8461 Virginia Meadows Drive**

Manassas, VA 20109

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

3.___ Nonpriority creditor's name and mailing address

**Target MarkeTeam**

**600 Northpark Town Center, Suite 1600**

1200 Abernathy Rd NE, Atlanta, GA 30328

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

3.___ Nonpriority creditor's name and mailing address

**TASC**

**2302 International Lane**

Madison, WI 53704-3140

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

Debtor    WonderWork, Inc.

    Name

Case number (if known)    16-13607 (SMB)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___ Nonpriority creditor's name and mailing address

The Bridgespan Group

112 West 34th Street Suite 1510

New York, NY 10120

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 0

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

3.___ Nonpriority creditor's name and mailing address

The Holewinski Group

253 Rainbow Drive #15398

Livingston, TX 77399

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 120

Basis for the claim:    services rendered

Date or dates debt was incurred    Nov 2016

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

3.___ Nonpriority creditor's name and mailing address

The Raphael & Diana Vinoly Foundation

350 Fifth Avenue, 41st Floor

New York, NY  10118

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 60,083.33

Basis for the claim:    Loan

Date or dates debt was incurred    Sept 2013

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

3.___ Nonpriority creditor's name and mailing address

The US Life Insurance Co.

PO Box 305045

Nashville, TN 37230-5045

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 0

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

3.___ Nonpriority creditor's name and mailing address

Thompson Family Foundation

660 Newport Center Dr., Ste 1220

Newport Beach, CA 92660

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 7,954,166.67

Basis for the claim:    Loan

Date or dates debt was incurred    May 2013

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

Debtor    WonderWork, Inc.
_____
         Name

Case number (if known)    16-13607 (SMB)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___  Nonpriority creditor's name and mailing address
**Tri-State Envelope Corp.**

**PO Box 433**

Beltville, MD 20704-0433

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    services rendered

Date or dates debt was incurred    Nov 2016

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,841.32

---

3.___  Nonpriority creditor's name and mailing address
**Union ID and Mail**

**8516 Rainswood Drive**

Landover, MD 20785

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    services rendered

Date or dates debt was incurred    Nov 2016

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,311.81

---

3.___  Nonpriority creditor's name and mailing address
**Valtim Marketing Solutions**

**PO Box 809**

Forest, VA 24551

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    services rendered

Date or dates debt was incurred    Oct 2016

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,967.73

---

3.___  Nonpriority creditor's name and mailing address
**Vanguard**

**c/o Ascensus , PO Box 28067**

New York, NY 10087

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

3.___  Nonpriority creditor's name and mailing address
**VedderPrice PC**

**8677 Solution Center**

Chicago, IL 60677-8006

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 0

---

Debtor    WonderWork, Inc.    Case number (if known) 16-13607 (SMB)
_____
Name

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.___ Nonpriority creditor's name and mailing address
**Wells Fargo Financial Leasing**

**PO Box 10306**

Des Moines, IA 50306-0306

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: **copier lease**

$ **452.50**

Date or dates debt was incurred    **Dec 2016**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address
**Workwell Partners**

**6 East 32nd Street, 8th Floor**

New York, NY 10016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ **0**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address
**XPO Logistics**

**PO Box 2693**

New York, NY 10108

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services rendered**

$ **40.28**

Date or dates debt was incurred    **Nov 2016**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
■ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address
_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___ Nonpriority creditor's name and mailing address
_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor    WonderWork, Inc. _____    Case number *(if known)* 16-13607 (SMB)
          Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    WonderWork, Inc.
_____    Case number *(if known)* 16-13607 (SMB)
          Name

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.___ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    WonderWork, Inc.

Name

Case number (if known)    16-13607 (SMB)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a. Total claims from Part 1

5a.    $ 0

5b. Total claims from Part 2

5b.    +    $ 25882442.4

5c. Total of Parts 1 and 2
    Lines 5a + 5b = 5c.

5c.    $ 25882442.4

**Fill in this information to identify the case:**

Debtor name  WonderWork, Inc.

United States Bankruptcy Court for the: Southern District    District of    NY
                                                                            (State)
Case number (If known):  16-13607 (SMB)    Chapter    11

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease of office space located at 411 Fifth Avenue, New York, NY 10016 | 411 5th Ave Associates<br>Adams & Company Real Estate LLC Agent<br>PO Box 95000-5385 Philadelphia PA 19195-5385 |
| | State the term remaining | December 2020 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Printer and copy machine Kyocera/TASKalfa 3050ci | Wells Fargo Financial Leasing<br>PO Box 10306Des Moines IA 50306-0306" |
| | State the term remaining | November 2017 | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Direct Mail list rental | ALC - list management<br>750 College Road East, 2nd floor, Princeton, NJ 08540 |
| | State the term remaining | Automatic Renewal each year | |
| | List the contract number of any government contract | Sept 17, 2015 - Auto renewal | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | List exchange wiih other charitites | ALC - brokerage<br>50 College Road East, 2nd floor, Princeton, NJ 08540 |
| | State the term remaining | Automatic Renewal each year | |
| | List the contract number of any government contract | Sept 17, 2015 - Auto renewal | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Caging/processing of donations | DMP Direct Mail Processors<br>1150 Conrad Court, Hagerstown, MD 21740 |
| | State the term remaining | May 14, 2012 - Auto renewal | |
| | List the contract number of any government contract | | |

Debtor    WonderWork, Inc.                                           Case number (if known) 16-13607 (SMB)
_____
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases          State the name and mailing address for all other parties with
                                                  whom the debtor has an executory contract or unexpired lease

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | Database management | DMI |
| | | | 160 Stone St., Stoneville, NC 27048 |
| | State the term remaining | September 2017 | |
| | List the contract number of any government contract | | |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | Direct marketing agency that oversees and manages direct mail | CDR |
| | | | 16900 Science Drive, Suite 210, Bowie, MD 20715 |
| | State the term remaining | Jan 2, 2015 - Auto renewal | |
| | List the contract number of any government contract | | |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | Program data warehouse development | Mastek Ltd |
| | | | 804/805 President House, Opp. CN Vidyalaya |
| | | | Near Ambawadi Circle |
| | State the term remaining | Sept 2016-Sept 2017 | Ahmedabad 380 006 India |
| | List the contract number of any government contract | | |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name __WonderWork, Inc.__

United States Bankruptcy Court for the: __Southern District__ _____ District of __NY__
                                                  (State)

Case number (If known): __16-13607 (SMB)__

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1: Codebtor* | | *Column 2: Creditor* | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor _____    Case number (if known)_____
　　　　　Name

■ **Additional Page if Debtor Has More Codebtors**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |

2.___   _____    Street _____    _____    ❏ D
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ E/F
　　　　　　　　　　　　_____    　　　　　　　　　❏ G
　　　　　　　　　　　　City　　　State　　　ZIP Code

2.___   _____    Street _____    _____    ❏ D
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ E/F
　　　　　　　　　　　　_____    　　　　　　　　　❏ G
　　　　　　　　　　　　City　　　State　　　ZIP Code

2.___   _____    Street _____    _____    ❏ D
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ E/F
　　　　　　　　　　　　_____    　　　　　　　　　❏ G
　　　　　　　　　　　　City　　　State　　　ZIP Code

2.___   _____    Street _____    _____    ❏ D
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ E/F
　　　　　　　　　　　　_____    　　　　　　　　　❏ G
　　　　　　　　　　　　City　　　State　　　ZIP Code

2.___   _____    Street _____    _____    ❏ D
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ E/F
　　　　　　　　　　　　_____    　　　　　　　　　❏ G
　　　　　　　　　　　　City　　　State　　　ZIP Code

2.___   _____    Street _____    _____    ❏ D
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ E/F
　　　　　　　　　　　　_____    　　　　　　　　　❏ G
　　　　　　　　　　　　City　　　State　　　ZIP Code

2.___   _____    Street _____    _____    ❏ D
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ E/F
　　　　　　　　　　　　_____    　　　　　　　　　❏ G
　　　　　　　　　　　　City　　　State　　　ZIP Code

2.___   _____    Street _____    _____    ❏ D
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　❏ E/F
　　　　　　　　　　　　_____    　　　　　　　　　❏ G
　　　　　　　　　　　　City　　　State　　　ZIP Code