Aaron R. Cahn
Leonardo Trivigno
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
Telephone:  (212) 738-3200
Facsimile:  (212) 738-3232
Email:  cahn@clm.com
trivigno@clm.com

Proposed Counsel to the Debtor
and Debtor in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :
**In re**                                                    :    **Chapter 11**
                                                             :
**WONDERWORK, INC.**                                         :    **Case No. 16-13607 (SMB)**
                                                             :
            **Debtor.**                                      :
------------------------------------------------------------ X

## CERTIFICATE OF SERVICE

    I am over the age of eighteen years, am not party to this proceeding and am employed as an Assistant Managing Clerk with the law firm of Carter Ledyard & Milburn LLP. I hereby certify that on the 28th day of February, 2017, I caused a true and correct copy of the Corporate Monthly Operating Report (December 29, 2016 – January 31, 2017 to be served By Mail upon:

        Brian S. Masumoto
        Office of the United States Trustee
        U.S. Federal Office Building
        201 Varick Street, Room 1006
        New York, New York 10014

Dated: March 1, 2017

        Antonio Malaspina

7901047.1