UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                            :

**In re**                                       :        **Chapter 11**

**WONDERWORK, INC.,**                    :        **Case No. 16-13607 (MKV)**

              **Debtor.**                      :
------------------------------------------------------------ X

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 10, 2017 AT 11:00 A.M.[1]**

### I. CONTESTED MATTERS

1. *Help Me See, Inc.'s Motion for the Entry of an Order Directing the Appointment of a Chapter 11 Trustee* [Docket No. 16 – filed on January 18, 2017]

    Related Documents:

    A. *Declaration of Benjamin Mintz in Support of Help Me See, Inc.'s Motion for the Entry of an Order Directing the Appointment of a Chapter 11 Trustee* [Docket No. 17 – filed on January 18, 2017]

    B. *Amended Notice of Hearing for Help Me See, Inc.'s Motion for the Entry of an Order Directing the Appointment of a Chapter 11 Trustee* [Docket No. 21 – filed on January 24, 2017]

    C. *Letter to the Court Advising of Schedule Adopted for Motion to Appoint a Chapter 11 Trustee* [Docket No. 24 – filed on January 27, 2017]

    D. *Help Me See, Inc.'s Reply Brief in Further Support of Its Motion for the Entry of an Order Directing the Appointment of a Chapter 11 Trustee* [Docket No. 70 – filed on March 3, 2017]

    E. *Notice of Adjournment of Hearing* [Docket No. 71 – filed on March 3, 2017]

    Objection Deadline: February 24, 2017 at 4:00 p.m.

---

[1] The hearing will be held before The Honorable Mary Kay Vyskocil, in Room 501 of the United States Bankruptcy Court, U.S. Custom House, One Bowling Green, New York, New York 10004.

Objections/Responses Received:

A. *Debtor's Opposition to Application for Appointment of Chapter 11 Trustee* [Docket No. 62 – filed on February 24, 2017]

B. *Declaration of Iris Detter in Opposition to Help Me See's Motion to Appoint a Chapter 11 Trustee* [Docket No. 49 – filed February 24, 2017]

C. *Declaration of Dr. Joseph McCarthy in Opposition to Help Me See's Motion to Appoint a Chapter 11 Trustee* [Docket No. 50 – filed February 24, 2017]

D. *Declaration of Brian Mullaney in Opposition to Help Me See's Motion to Appoint a Chapter 11 Trustee* [Docket No. 51 – filed February 24, 2017]

E. *Declaration of Clark Kokich in Opposition to Help Me See's Motion to Appoint a Chapter 11 Trustee* [Docket No. 52 – filed February 24, 2017]

F. *Declaration of Garrett Moran in Opposition to Help Me See's Motion to Appoint a Chapter 11 Trustee* [Docket No. 53 – filed February 24, 2017]

G. *Declaration of Joseph Mullaney in Opposition to Help Me See's Motion to Appoint a Chapter 11 Trustee* [Docket No. 54 – filed February 24, 2017]

H. *Declaration of John J. Coneys, Jr. in Opposition to Help Me See's Motion to Appoint a Chapter 11 Trustee* [Docket No. 55 – filed February 24, 2017]

I. *Declaration of Steven D. Levitt in Opposition to Help Me See's Motion to Appoint a Chapter 11 Trustee* [Docket No. 56 – filed February 24, 2017]

J. *Declaration of Richard T.G. Price in Opposition to Help Me See's Motion to Appoint a Chapter 11 Trustee* [Docket No. 57 – filed February 24, 2017]

K. *Declaration of Steven N. Rappaport in Opposition to Help Me See's Motion to Appoint a Chapter 11 Trustee* [Docket No. 58 – filed February 24, 2017]

7923340.2

L. *Declaration of Tamsen Ann Ziff in Opposition to Help Me See's Motion to Appoint a Chapter 11 Trustee* [Docket No. 59 – filed February 24, 2017]

M. *Declaration of Mark E. Atkinson in Opposition to Help Me See's Motion to Appoint a Chapter 11 Trustee* [Docket No. 60 – filed February 24, 2017]

N. *Declaration of Aaron R. Cahn in Opposition to Help Me See's Motion for the Entry of an Order Directing the Appointment of a Chapter 11 Trustee* [Docket No. 61 – filed February 24, 2017]

O. *Declaration of Roman Vinoly in Opposition to Help Me See's Motion to Appoint a Chapter 11 Trustee* [Docket No. 63 – filed February 24, 2017]

Status: This matter is going forward.

2. *Motion of Help Me See, Inc. for an Order Directing Production of Documents and Examination Pursuant to Bankruptcy Rule 2004* [Docket No. 27 – filed on January 27, 2017]

Related Documents:

A. *Declaration of Benjamin Mintz in Support of Help Me See, Inc.'s Motion for an Order Directing Production of Documents and Examination Pursuant to Bankruptcy Rule 2004* [Docket No. 28 – filed on January 27, 2017]

B. *Notice of Adjournment of Hearing* [Docket No. 71 – filed on March 3, 2017]

Objection Deadline: February 9, 2017 at 4:00 p.m.

Objections/Responses Received:

A. *Debtor's Opposition to Motion of Help Me See, Inc. for an Order Directing Production of Documents and Examination Pursuant to Bankruptcy Rule 2004* [Docket No. 36 – filed on February 9, 2017]

Status: The Debtor has provided movant with its objections and responses to the proposed document requests and has commenced the production of certain documents. This matter is going forward.

3

Dated: March 9, 2017
      New York, New York

                      CARTER LEDYARD & MILBURN LLP

                      */s/ Pamela A. Mann*
                      Aaron R. Cahn
                      Pamela A. Mann
                      2 Wall Street
                      New York, New York 10005
                      Telephone:  (212) 732-3200
                      Facsimile:  (212) 732-3232
                      Email:  cahn@clm.com
                                    mann@clm.com

                      *Counsel to the Debtor*
                      *and Debtor in Possession*