**Fill in this information to identify the case:**

Debtor    WonderWork, Inc.

United States Bankruptcy Court for the:   Southern District     District of   NY
                                                      (State)

Case number   16-13607 (MKV)
(if known)

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507.)**
   ☐ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:   $_____      $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:

_____

Last 4 digits of account number   \_\_\_ \_\_\_ \_\_\_ \_\_\_

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_\_)

**2.2**   Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:   $_____      $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:

_____

Last 4 digits of account number   \_\_\_ \_\_\_ \_\_\_ \_\_\_

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_\_)

**2.3**   Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:   $_____      $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:

_____

Last 4 digits of account number   \_\_\_ \_\_\_ \_\_\_ \_\_\_

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_\_)

| Debtor | WonderWork, Inc. | Case number (if known) 16-13607 (MKV) |
|---|---|---|
| | Name | |

## Part 1:    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.__    Priority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____    $_____

**2.__    Priority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____    $_____

**2.__    Priority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____    $_____

**2.__    Priority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____    $_____

| Debtor | WonderWork, Inc. | Case number (if known) | 16-13607 (MKV) |
|---|---|---|---|
| | Name | | |

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**
Nonpriority creditor's name and mailing address
Action Mailers

90 Commerce Drive
Aston, PA  19014

Date or dates debt was incurred    Aug 2016
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services rendered

Is the claim subject to offset?
☑ No
☐ Yes

$ 18,839.14

**3.2**
Nonpriority creditor's name and mailing address
Bill & Ann Ziff Foundation

350 Park Avenue, 4th Floor
New York, NY 10022

Date or dates debt was incurred    May 2014
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Is the claim subject to offset?
☑ No
☐ Yes

$ 845,500.00

**3.3**
Nonpriority creditor's name and mailing address
Brian Mullaney

1 Sumner Lane
Belmont, MA 02478

Date or dates debt was incurred    2016
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  2016 Salary/2016 Bonus/Unreimbursed Expenses

Is the claim subject to offset?
☑ No
☐ Yes

$ 641,320.07

**3.4**
Nonpriority creditor's name and mailing address
CDR Fundraising Group

16900 Science Drive, Suite 210
Bowie, MD 20715

Date or dates debt was incurred    Oct. 2016
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services rendered

Is the claim subject to offset?
☑ No
☐ Yes

$ 48,750.00

**3.5**
Nonpriority creditor's name and mailing address
CENVEO

Commercial Env. Products
PO Box 802035, Chicago, IL 60680-2035

Date or dates debt was incurred    Oct. 2016
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services rendered

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,949.13

**3.6**
Nonpriority creditor's name and mailing address
Color Tree Group

8000 Villa Park Drive
Henrico, VA 23228-6500

Date or dates debt was incurred    Sept. 2016
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services rendered

Is the claim subject to offset?
☑ No
☐ Yes

$ 21,719.22

| Debtor | WonderWork, Inc. | Case number (if known) | 16-13607 (MKV) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.___** Nonpriority creditor's name and mailing address
Communications Corporation of America

13195 Freedom Way

Boston, VA 22713

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Services rendered

Date or dates debt was incurred    Nov. 2016
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

$ 6305.63

---

**3.___** Nonpriority creditor's name and mailing address
Copilevitz & Canter, LLC

310 West 20th St., Suite 300

Kansas City, MO 64108

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services rendered

Date or dates debt was incurred    Dec. 2016
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

$ 1140.93

---

**3.___** Nonpriority creditor's name and mailing address
Corporate Press, Inc.

9700 Philadelphia Court

Lanham, MD 20706

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services rendered

Date or dates debt was incurred    Nov. 2016
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

$ 7,078.69

---

**3.___** Nonpriority creditor's name and mailing address
Detter Family Foundation

11519 Aerie Lane

Naples, FL 34120

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred    Aug. 2013
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

$ 106,833.33

---

**3.___** Nonpriority creditor's name and mailing address
Development Resources, Inc.

1820 N. Fort Meyer Drive, Suite 702

Arlington, VA 22209

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services rendered

Date or dates debt was incurred    Nov. 2016
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

$ 10,000

---

| Debtor | WonderWork, Inc. | Case number (if known) | 16-13607 (MKV) |
| --- | --- | --- | --- |
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ Nonpriority creditor's name and mailing address
Direct Mail Processors, Inc.

1150 Conrad Ct.
Hagerstown, MD 21740

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Services rendered

Date or dates debt was incurred  Sept. 2016
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 11,200.96

3.___ Nonpriority creditor's name and mailing address
DMI Data Management, Inc.

PO Box 846
Stoneville, NC 27048

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services rendered

Date or dates debt was incurred  Dec. 2016
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 4997.49

3.___ Nonpriority creditor's name and mailing address
Hana Fuchs

60 Riverside Drive, Apt. 7F
New York, NY 10024

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unreimbursed expenses

Date or dates debt was incurred  2016
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 8881.02

3.___ Nonpriority creditor's name and mailing address
HelpMeSee, Inc.

20 West 36th St., Fl. 4
New York, NY 10018

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred  2016
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 16,059,833.50

3.___ Nonpriority creditor's name and mailing address
IDMI

490 White Pond Drive
Akron, OH 44320

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services rendered

Date or dates debt was incurred  Oct. 2016
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$ 1628.52

| Debtor | WonderWork, Inc. | Case number (if known) | 16-13607 (MKV) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.___  Nonpriority creditor's name and mailing address
Joseph Mullaney

512 River Road
Westport, MA 02790

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Loan

Date or dates debt was incurred    Aug. 2013

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

$ 110,750.00

---

3.___  Nonpriority creditor's name and mailing address
Kaplan Kravet & Vogel P.C.

630 Third Avenue, 5th Floor
New York, NY 10017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services rendered

Date or dates debt was incurred    Dec. 2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

$ 8259.03

---

3.___  Nonpriority creditor's name and mailing address
Koala Design

Attn: Mike Schell 1606 NE 1st St.
Fort Lauderdale, FL 33301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services rendered

Date or dates debt was incurred    Dec. 2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

$ 8,500.00

---

3.___  Nonpriority creditor's name and mailing address
L&E Meridian

8000 Corporate Court
Springfield, VA 22153

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred    Oct. 2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

$ 1359.48

---

3.___  Nonpriority creditor's name and mailing address
Log-On

520 Eighth Avenue, 14 Fl.
New York, NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services rendered

Date or dates debt was incurred    Sept. 2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

$ 48,538.28

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor | WonderWork, Inc. | Case number (if known) | 16-13607 (MKV) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.___** Nonpriority creditor's name and mailing address
MDI Imaging and Mail

21955 Cascades Parkway

Dulles, VA 20166

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 4657.64

| Date or dates debt was incurred | Oct. 2016 |
|---|---|
| Last 4 digits of account number | ___ ___ ___ ___ |

Basis for the claim: Services rendered

Is the claim subject to offset?
■ No
☐ Yes

**3.___** Nonpriority creditor's name and mailing address
Meadowlark Foundation

PO Box 860

Saratoga Springs, NY 12866

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 524,833.33

| Date or dates debt was incurred | Jan. 2014 |
|---|---|
| Last 4 digits of account number | ___ ___ ___ ___ |

Basis for the claim: Loan

Is the claim subject to offset?
■ No
☐ Yes

**3.___** Nonpriority creditor's name and mailing address
Nestle Pure Life Direct

PO Box 856192

Louisville, KY 40285

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.33

| Date or dates debt was incurred | Dec. 2016 |
|---|---|
| Last 4 digits of account number | |

Basis for the claim: Office supplies

Is the claim subject to offset?
■ No
☐ Yes

**3.___** Nonpriority creditor's name and mailing address
Nextiva

8800 E Chaparrel Rd. Ste 300

Scottsdale, AZ 85250

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 527.56

| Date or dates debt was incurred | Nov. 2016 |
|---|---|
| Last 4 digits of account number | ___ ___ ___ ___ |

Basis for the claim: Utilities

Is the claim subject to offset?
■ No
☐ Yes

**3.___** Nonpriority creditor's name and mailing address
Resource One

2900 E. Apache

Tulsa, OK 74116

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2165.80

| Date or dates debt was incurred | Nov. 2016 |
|---|---|
| Last 4 digits of account number | ___ ___ ___ ___ |

Basis for the claim: Services rendered

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | WonderWork, Inc. | Case number (if known) | 16-13607 (MKV) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___** Nonpriority creditor's name and mailing address

Skyline Credit Ride, Inc.

52-29 35th St.

Long Island City, NY 11101

Date or dates debt was incurred    2016
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Services rendered

Is the claim subject to offset?
■ No
☐ Yes

$ 43.05

---

**3.___** Nonpriority creditor's name and mailing address

The Holewinsk Group

253 Rainbow Drive #15398

Livingston, TX 77399

Date or dates debt was incurred    Nov. 2016
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services rendered

Is the claim subject to offset?
■ No
☐ Yes

$ 120.00

---

**3.___** Nonpriority creditor's name and mailing address

The Raphael & Diana Vinoly Foundation

350 Fifth Avenue, 41 Fl.

New York, NY 10118

Date or dates debt was incurred    Sept. 2013
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Loan

Is the claim subject to offset?
■ No
☐ Yes

$ 60.083.33

---

**3.___** Nonpriority creditor's name and mailing address

Thompson Family Foundation

c/o Kevin Maclay

One Thomas Circle, NW, Ste. 1100, Washington, DC 20005

Date or dates debt was incurred    May 2013
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Loan

Is the claim subject to offset?
■ No
☐ Yes

$ 7,979,166.67

---

**3.___** Nonpriority creditor's name and mailing address

Tri-State Envelope Corp.

PO Box 433

Beltville, MD 20704

Date or dates debt was incurred    Nov. 2016
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services rendered

Is the claim subject to offset?
■ No
☐ Yes

$ 2841.32

---

| Debtor | WonderWork, Inc. | Case number (if known) | 16-13607 (MKV) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.___** Nonpriority creditor's name and mailing address

Union ID and Mail

8516 Rainswood Drive

Landover, MD 20785

As of the petition filing date, the claim is: $ 3171.06
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Services rendered

Date or dates debt was incurred    Nov. 2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

**3.___** Nonpriority creditor's name and mailing address

Valtim Marketing Solutions

PO Box 809

Forest, VA 24551

As of the petition filing date, the claim is: $ 1967.73
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services rendered

Date or dates debt was incurred    Oct. 2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

**3.___** Nonpriority creditor's name and mailing address

Wells Fargo Financial Leasing

PO Box 10306

Des Moines, IA 50306

As of the petition filing date, the claim is: $ 452.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Copier Lease

Date or dates debt was incurred    Dec. 2013

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

**3.___** Nonpriority creditor's name and mailing address

XPO Logistics

PO Box 2693

New York, NY 10108

As of the petition filing date, the claim is: $ 76.32
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services rendered

Date or dates debt was incurred    Nov. 2016

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is: $ _____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| Debtor | WonderWork, Inc. | Case number (if known) | 16-13607 (MKV) |
|---|---|---|---|
| | Name | | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
    assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    WonderWork, Inc.                                    Case number (if known) 16-13607 (MKV)
          Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.___ _____ | Line ____ | ___ ___ ___ ___ |
| _____ | ☐ Not listed. Explain _____ | |
| 4.___ _____ | Line ____ | ___ ___ ___ ___ |
| _____ | ☐ Not listed. Explain _____ | |
| 4.___ _____ | Line ____ | ___ ___ ___ ___ |
| _____ | ☐ Not listed. Explain _____ | |
| 4.___ _____ | Line ____ | ___ ___ ___ ___ |
| _____ | ☐ Not listed. Explain _____ | |
| 4.___ _____ | Line ____ | ___ ___ ___ ___ |
| _____ | ☐ Not listed. Explain _____ | |
| 4.___ _____ | Line ____ | ___ ___ ___ ___ |
| _____ | ☐ Not listed. Explain _____ | |
| 4.___ _____ | Line ____ | ___ ___ ___ ___ |
| _____ | ☐ Not listed. Explain _____ | |
| 4.___ _____ | Line ____ | ___ ___ ___ ___ |
| _____ | ☐ Not listed. Explain _____ | |
| 4.___ _____ | Line ____ | ___ ___ ___ ___ |
| _____ | ☐ Not listed. Explain _____ | |
| 4.___ _____ | Line ____ | ___ ___ ___ ___ |
| _____ | ☐ Not listed. Explain _____ | |
| 4.___ _____ | Line ____ | ___ ___ ___ ___ |
| _____ | ☐ Not listed. Explain _____ | |
| 4.___ _____ | Line ____ | ___ ___ ___ ___ |
| _____ | ☐ Not listed. Explain _____ | |
| 4.___ _____ | Line ____ | ___ ___ ___ ___ |
| _____ | ☐ Not listed. Explain _____ | |
| 4.___ _____ | Line ____ | ___ ___ ___ ___ |
| _____ | ☐ Not listed. Explain _____ | |

| Debtor | WonderWork, Inc. | Case number (if known) | 16-13607 (MKV) |
|---|---|---|---|
| | Name | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

| 5a. Total claims from Part 1 | 5a. | $ 0 |
|---|---|---|
| 5b. Total claims from Part 2 | 5b. + | $ 26,556,513.06 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 26,556,513.06 |