```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :     Chapter 11
In re                                                      :
                                                           :     Case No. 16-13607 (MKV)
WONDERWORK, INC.,                                          :
                                                           :
                                                           :
                        Debtor.                            :
                                                           :
-----------------------------------------------------------x
```

# NOTICE OF APPOINTMENT OF EXAMINER

To:    Jason R. Lilien, Esq.
        Loeb & Loeb LLP
        345 Park Avenue
        New York, New York 10154
        (212) 407-4911

You are hereby notified of your appointment as Examiner in the above-captioned case.

Dated: New York, New York
May 5, 2017

                              WILLIAM K. HARRINGTO
                              UNITED STATES TRUSTEE

                By    */s/ Brian S. Masumoto*
                        Brian S. Masumoto
                        Trial Attorney
                        201 Varick Street, Room 1006
                        New York, New York 10014
                        Tel. No. (212) 510-0500