UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                          :         Chapter 11
In re                                     :
                                          :         Case No. 16-13607 (MKV)
WONDERWORK, INC.,                         :
                                          :
                        Debtor.           :
---------------------------------------------------------x

## ORDER APPROVING THE APPOINTMENT OF CHAPTER 11 EXAMINER

Upon the application of the William K. Harrington, the United States Trustee for Region 2 for

an order approving the appointment of an examiner [ECF No. 130]; and it appearing that Jason R.

Lilien, Esq.is a disinterested person as set forth in 11 U.S.C. § 101(14), and has been appointed by the

United States Trustee in the above-captioned Chapter 11 case; and after due deliberation and sufficient

cause appearing therefor, it is hereby

ORDERED, that the appointment of Jason R. Lilien, Esq., as Examiner is approved pursuant to

11 U.S.C. § 1104(d).


Dated: New York, New York
       May 10, 2017

                                          _s/ Mary Kay Vyskocil_____
                                          HONORABLE MARY KAY VYSKOCIL
                                          UNITED STATES BANKRUPTCY JUDGE