UNITED STATES BANKRUPTCY COURT   HEARING DATE: June 27, 2017
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                              :
In re                                         :   Case No.   16-13607 (MKV)
                                              :
WONDERWORK, INC.,                  :   (Chapter 11)
                                              :
                       Debtor.      :
                                              :
-------------------------------------------------------------x

**OBJECTION OF THE UNITED STATES TRUSTEE TO
APPLICATION SEEKING ALLOWANCE OF FIRST
INTERIM COMPENSATION AND REIMBURSEMENT
OF OUT-OF-POCKET EXPENSES FOR PROFESSIONAL
<u>RETAINED BY THE DEBTOR</u>**

TO THE HONORABLE: MARY KAY VYSKOCIL
UNITED STATES BANKRUPTCY JUDGE

      William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), hereby submits this objection[1] (the "Objection") to the Application Seeking Allowance of First Interim Compensation and Reimbursement of Out-of-Pocket Expenses for Professional Retained by the Debtor (the "Application") (ECF Doc. No. 167) for the period indicated below.

| **APPLICANT** | **PERIOD** | **FEES** | **EXPENSES** |
|---|---|---|---|
| Carter Ledyard & Milburn LLP<br>Counsel for Debtor | 12/1/16-<br>4/30/17 | $1,141,154.00 | $17,238.03 |
| Total | | $1,141,154.00 | $17,238.03 |

## BACKGROUND

---

[1] The United States Trustee has had preliminary discussion with the applicant and is prepared to continue efforts to resolve the objections set forth herein.

**A.      General Information**

1.      On December 29, 2016 (the "Petition Date"), WonderWork, Inc. ("WonderWork" or "Debtor") filed a petition for relief under chapter 11, title 11, United States Code (the "Bankruptcy Code").  ECF Doc. No. 1.

2.      WonderWork was founded in November 2010 to help provide life-changing surgeries for children and adults who are blind, severely burned or crippled with clubfoot.  Instead of sending American doctors on missions, WonderWork empowers local doctors through financial aid, free training and free equipment.  WonderWork has 61 partners in 42 countries worldwide and worked to provide more than 130,000 surgeries for children and adults during 2016.  Declaration of Brian Mullaney; ¶ 7.  ECF Doc. No. 2.

3.      On May 10, 2017, the Court entered an Order approving the appointment of Jason Lilien, Esq. as the Chapter 11 Examiner in the case.

**Legal Standard**

4.      Section 330 of the Bankruptcy Code, 11 U.S.C. § 330, states in pertinent part, that a court may award to professionals retained pursuant to 11 U.S.C. § 327:

(1) reasonable compensation for actual, necessary services rendered by such . . . attorney, . . . and by any paraprofessional persons employed by such . . . attorney based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under this title, and

(2) reimbursement for actual, necessary expenses.

11 U.S.C. § 330.  In calculating legal fees, the Supreme Court has stated that "'[t]he most useful starting point for determining the amount of a reasonable fee is the number of hours reasonably expended on the litigation multiplied by a reasonable rate.'"  In re Henry A. Szymczak, 246 B.R. 774, 779 (Bankr. D.N.J. 2000) (citing Hensley v. Eckerhart, 461 U.S. 424, 433 (1983)).

1

This approach is commonly referred to as the lodestar method. There are a number of factors that may warrant a departure from the lodestar method. For example, the court may consider the time and labor required, the skill requisite to perform the legal service property, the customary fee, the amount involved and the results obtained, the experience, reputation and ability of the attorneys, and awards in similar cases. Johnson v. Georgia Highway Express, Inc., 488 F.2d 714, 717-19 (5th Cir. 1974).

5. The applicant bears the burden of proof in all fee matters. In re Recycling Industries, Inc., 243 B.R. 396, 401 (Bankr. D. Colo. 2000); In re Keene Corporation, 205 B.R. 690, 695 (Bankr. S.D.N.Y. 1997). Accord In re Sounds Distributing Corp., 122 B.R. 952, 956 (Bankr. W.D. Pa. 1991) ("The burden of proof as to the reasonableness of the requested compensation rests with the applicant"). The burden of proof to show entitlement to fees should "not be taken lightly, especially given that every dollar expended on legal fees results in a dollar less that is available for distribution to the creditors." In re Spanjer Brothers, Inc., 191 B.R. 738, 747 (Bankr. N.D. Ill. 1996), citing In re Pettibone Corp., 74 B.R. 293, 294 (Bankr. N.D. Ill. 1987).

6. The Bankruptcy Court has the duty to independently examine the reasonableness of the fees requested by retained professionals, notwithstanding the absence of objections by the trustee, debtor or creditor. In re AutoParts Club, Inc., 211 B.R. 29, 33 (Bankr., 9th Cir. 1997), citing In re Busy Beaver Building Centers, Inc., 19 F.3d 833, 841 (3d Cir. 1994).

7. With respect to the interim fee applications, interim fee awards are discretionary, and are subject to reexamination and adjustment during the course of the case. In re Stable Mews Assocs., 778 F.2d 121, 123 n.3 (2d Cir. 1985) (interim awards are interlocutory and subject to full

review and adjustment at a later date). Any interim fees awarded or paid under 11 U.S.C. 331, are payable on account and are subject to the Court's review at the time of final fee applications.

8. Pursuant to Section 330 of the Bankruptcy Code, the applicants are entitled to "reasonable compensation" for their services in this case. To determine "reasonable compensation," Bankruptcy Courts in the Southern District of New York are guided by, among other things, the <u>Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases</u> dated January 29, 2013 (Administrative Order M-447)(the "Amended Guidelines") and the <u>United States Trustee Guidelines For Reviewing Applications For Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330</u> (the "United States Trustee Guidelines").

## OBJECTION

**Carter Ledyard & Milburn LLP**

9. The United States Trustee respectfully requests that this Court reduce any fees awarded to this applicant by a percent reduction pending the final resolution of this case. The results that will be achieved serve as an important factor in determining the success of the efforts of this applicant. Because these results are still unknown, the United States Trustee believes that a percentage reduction is proper at this time. <u>See</u>, <u>e.g.</u>, <u>In re Bank of New England Corp.</u>, 134 B.R. 450, 459 (Bankr. D. Mass. 1991), <u>aff'd</u>, 142 B.R. 584 (D.Mass. 1992) (because of the difficulty in determining whether services were actual and necessary when reviewing interim applications, bankruptcy courts routinely require hold backs until the end of the case).

10. The applicant has advised the United States Trustee that it intends to defer its request for prepetition services (in the amount of $99,508.83) for purposes of this interim fee application.

11. The United States Trustee objects to the lumped, vague, and mismatched time entries in the amounts of $92,048.50, $1,369.50 and $2,736.25, respectively (totaling $96,154.25), as set forth in Exhibit A attached hereto. As this Court's Amended Guidelines provide, services should be noted in detail, with each service showing a separate time entry and not combined or "lumped" together. Amended Guidelines, A(4)(vii). Furthermore, time entries should be given sufficient detail to identify the parties to and the nature of the communication. Id. and also A(4)(iii). Here, there were an extraordinary number of lumped time entries.

12. The United States has no objection to the request for reimbursement of expenses.

WHEREFORE, the United States Trustee respectfully requests that the request for compensation and reimbursement of expenses be allowed subject to the conditions noted above and for such other and further relief as the Court deems appropriate.

Dated: New York, New York
      June 20, 2017

                              Respectfully Submitted,

                              WILLIAM K. HARRINGTON
                              UNITED STATES TRUSTEE

                By:   /s/ Brian S. Masumoto
                      Brian S. Masumoto
                      Trial Attorney
                      201 Varick Street, Room 1006
                      New York, New York 10014
                      Tel. No. (212) 510-0500

# EXHIBIT A

Carter Ledyard Milburn LLP

| PROJECT | DATE | TIMEKEEPER | HOURS | AMOUNT | DESCRIPTION | CLASSIF | EXP/FEE | REDUCTION | COMMENT |
|---|---|---|---|---|---|---|---|---|---|
| Case Adminis | 12/1/2016 | Mann, Pamela A. | 1 | $700.00 | Attention to numerous e-mails and drafts regarding bankruptcy; related discussions with team. | Partner | F | 350.00 | Lumped |
| Case Adminis | 12/2/2016 | Mann, Pamela A. | 2 | $1,400.00 | Review draft checklist of bankruptcy next steps and information needed for meeting with client; discussion with team regarding same, next steps. | Partner | F | 1,050.00 | Lumped |
| Case Adminis | 12/7/2016 | Ruffi, Dylan L. | 4 | $1,140.00 | Conducted further research on the treatment of restricted funds in bankruptcy; corresponded with Mr. Cahn regarding same. | Associate | F | 997.50 | Lumped |
| Case Adminis | 12/7/2016 | Trivigno, Leonardo | 1 | $475.00 | Revise draft exhibits for first day affidavit; discuss next steps with Mr. Cahn. | Counsel | F | 237.50 | Lumped |
| Case Adminis | 12/12/2016 | Ruffi, Dylan L. | 2 | $570.00 | Met with Mr. Trivigno to set plan for first day affidavit filing and related motions; began formatting document. | Associate | F | 427.50 | Lumped |
| Case Adminis | 12/13/2016 | Cahn, Aaron R. | 0.7 | $472.50 | Correspond with Ms. Mann regarding restraining notice; review client questions regarding new donations and raise issue regarding efficacy of restraining notice. | Counsel | F | 135.00 | Lumped |
| Case Adminis | 12/23/2016 | Cahn, Aaron R. | 5 | $3,375.00 | Continue prepare documents for bankruptcy filing; review client changes to documents and further revise. | Counsel | F | 3,037.50 | Lumped |
| Case Adminis | 1/3/2017 | Ruffi, Dylan L. | 1 | $285.00 | Drafted letters to Judge Kern, Ballard Spahr, and Pennsylvania court of common pleas to provide notice of bankruptcy; sent to Ms. Wallace for review. | Associate | F | 142.50 | Lumped |
| Case Adminis | 1/5/2017 | Mann, Pamela A. | 1.3 | $942.50 | Attend first day hearing and related discussion with opposing counsel; U.S. Trustee. | Partner | F | 580.00 | Lumped |
| Case Adminis | 1/10/2017 | Ruffi, Dylan L. | 1.6 | $456.00 | Conference call with client regarding restricted funds and new spreadsheets; team debriefing. | Associate | F | 313.50 | Lumped |
| Case Adminis | 1/10/2017 | Ruffi, Dylan L. | 2.4 | $684.00 | Conference call with client regarding restricted funds; complete review of unrestricted funds and related spreadsheets. | Associate | F | 541.50 | Lumped |
| Case Adminis | 1/11/2017 | Ruffi, Dylan L. | 0.8 | $228.00 | Edited Excel file attachment to WW's schedules; corresponded with Mr. Trivigno regarding same. | Associate | F | 85.50 | Lumped |
| Case Adminis | 1/12/2017 | Cahn, Aaron R. | 1.6 | $1,120.00 | Review final schedules and statement of affairs; confer with Mr. Trivigno and Mr. Ruffi regarding filing and uploading. | Counsel | F | 770.00 | Lumped |
| Case Adminis | 1/12/2017 | Cahn, Aaron R. | 2.4 | $1,680.00 | Prepare for and attend settlement meeting with Ms. Mann; B. Mintz and P. Gordon at HMS counsel office. | Counsel | F | 1,330.00 | Lumped |
| Case Adminis | 1/16/2017 | Mann, Pamela A. | 0.8 | $580.00 | Discussions with team regarding settlement options; review e-mail from Mr. Trivigno regarding procedures, issues in bankruptcy proceeding, appeal. | Partner | F | 217.50 | Lumped |
| Case Adminis | 2/7/2017 | Mann, Pamela A. | 1.5 | $1,087.50 | Draft language related to restricted fund issue in motion opposing discovery; related e-mails and discussion with team. | Partner | F | 725.00 | Lumped |
| Case Adminis | 2/10/2017 | Mann, Pamela A. | 2.5 | $1,812.50 | Review materials previously submitted to Charities Bureau and related in preparation for meeting with Charities Bureau; draft e-mails analyzing same for team. | Partner | F | 1,450.00 | Lumped |
| Case Adminis | 2/16/2017 | Mann, Pamela A. | 1.8 | $1,305.00 | Attend status conference; related discussion with client, team while in court. | Partner | F | 942.50 | Lumped |
| Case Adminis | 2/17/2017 | Ruffi, Dylan L. | 0.6 | $171.00 | Correspondence with K. Lazarus and D. Greenwood regarding creditor mailings and related issues; conferred with Mr. Cahn regarding same. | Associate | F | 28.50 | Lumped |
| Case Adminis | 2/28/2017 | Mann, Pamela A. | 1.2 | $870.00 | Review draft monthly report and make revisions; discussion with Mr. Trivigno regarding same, next steps; review further draft and attention to numerous related e-mails. | Partner | F | 507.50 | Lumped |
| Case Adminis | 3/6/2017 | Mann, Pamela A. | 0.8 | $580.00 | Attention to e-mails and attachments regarding updating schedules; discussion with Mr. Cahn regarding creditor meeting; discussion with Mr. Steckel regarding board materials, related issues. | Partner | F | 217.50 | Lumped |
| Case Adminis | 3/6/2017 | Steckel, Jeremy S. | 4.1 | $1,537.50 | Review board materials; discuss same with and request follow up materials from H. Fuchs; discuss same with Ms. Mann. | Associate | F | 1,350.00 | Lumped |
| Case Adminis | 3/7/2017 | Steckel, Jeremy S. | 1 | $375.00 | E-mails and telephone calls with H. Fuchs regarding operational issue, IRS notice; research same. | Associate | F | 187.50 | Lumped |
| Case Adminis | 3/16/2017 | Trivigno, Leonardo | 0.9 | $450.00 | Review and revise February Monthly Operating Report; confer with Mr. Ruffi regarding same. | Counsel | F | 200.00 | Lumped |
| Case Adminis | 3/17/2017 | Ruffi, Dylan L. | 0.8 | $228.00 | Redacted documents for production in February monthly operating report; coordinated same with Mr. Borenstein; reported to Mr. Trivigno. | Associate | F | 85.50 | Lumped |
| Case Adminis | 3/20/2017 | Ruffi, Dylan L. | 5.4 | $1,539.00 | Reviewed donor appeals for FY2017; conferred with Mr. Steckel regarding same; prepared documents for redaction and met with Mr. Borenstein regarding same; reported to Mr. Steckel. | Associate | F | 1,396.50 | Lumped |
| Case Adminis | 3/22/2017 | Mann, Pamela A. | 1.5 | $1,087.50 | E-mails with client regarding document production, next steps, finalizing retention of auditor, etc.; discussion with Mr. Steckel regarding same. | Partner | F | 725.00 | Lumped |
| Case Adminis | 3/28/2017 | Mann, Pamela A. | 0.8 | $580.00 | Review restricted gift materials and related discussions with Mr. Steckel; attention to related e-mails. | Partner | F | 217.50 | Lumped |
| Case Adminis | 4/11/2017 | Trivigno, Leonardo | 4.3 | $2,150.00 | Review and revise letter in response HMS discovery letter; draft and revise agenda; draft oral argument outline. | Counsel | F | 1,900.00 | Lumped |
| Case Adminis | 4/20/2017 | Mann, Pamela A. | 1.8 | $1,305.00 | Communicate with counsel for HMS regarding revisions to examiner order; e-mails and calls with examiner candidates; attention to e-mails from audit firm regarding retention papers. | Partner | F | 942.50 | Lumped |
| Case Adminis | 4/21/2017 | Mann, Pamela A. | 2.8 | $2,030.00 | Attention to numerous e-mails regarding examiner order, accountant motion, discovery issues, financial analysis, communications with Court, opposing counsel, and US Trustee regarding examiner next steps; review examiner order issued by court and discussion with team, client regarding next steps; attention to e-mails regarding cash management order, trustee order, etc. | Partner | F | 1,667.50 | Lumped |
| Case Adminis | 4/22/2017 | Steckel, Jeremy S. | 2.5 | $937.50 | E-mail correspondence with WonderWork and CLM teams regarding court order regarding restricted and unrestricted fund balances; e-mails with B. Mullaney regarding internal systems. | Associate | F | 750.00 | Lumped |

1

Carter Ledyard Milburn LLP

| PROJECT | DATE | TIMEKEEPER | HOURS | AMOUNT | DESCRIPTION | CLASSIF | EXP/FEE | REDUCTION | COMMENT |
|---|---|---|---|---|---|---|---|---|---|
| Case Adminis | 4/23/2017 | Steckel, Jeremy S. | 1.6 | $600.00 | Telephone call with Mr. Peters regarding restricted fund balances; conference call with B. Mullaney, H. Fuchs, D. Greenwood and K. Lazarus to discuss restricted fund balances and presentation; e-mail CLM team to summarize same. | Associate | F | 412.50 | Lumped |
| Case Adminis | 4/24/2017 | Steckel, Jeremy S. | 3.5 | $1,312.50 | Review K. Lazarus responses regarding restricted funds donor backup; meet with Mr. Peters and Ms. Mann to discuss same; telephone call with K. Lazarus to discuss same; discuss total balances to be included in letter to court. | Associate | F | 1,125.00 | Lumped |
| Case Adminis | 4/24/2017 | Steckel, Jeremy S. | 6.3 | $2,362.50 | Draft letter to HMS, New York Attorney General and U.S. Trustee setting forth restricted and unrestricted fund balances and explanatory notes regarding same; discuss same with Ms. Mann; telephone calls with H. Fuchs to discuss same. | Associate | F | 2,175.00 | Lumped |
| Case Adminis | 4/24/2017 | Mann, Pamela A. | 1.5 | $1,087.50 | Discussions with Mr. Steckel regarding restricted/unrestricted fund schedule; attention to numerous e-mails and review documents regarding same. | Partner | F | 725.00 | Lumped |
| Case Adminis | 4/24/2017 | Peters, Justin L | 3.5 | $1,085.00 | Reviewed financial documents; discussions with Mr. Steckel regarding same. | Associate | F | 930.00 | Lumped |
| Case Adminis | 4/26/2017 | Mann, Pamela A. | 0.8 | $580.00 | Attention to numerous e-mails with client regarding proper interpretation of examiner order, next steps; e-mails regarding whether various forms of correspondence comply with cash management order and related discussion with Mr. Trivigno. | Partner | F | 217.50 | Lumped |
| Case Adminis | 4/27/2017 | Mann, Pamela A. | 2.3 | $1,667.50 | Prepare presentation for board meeting regarding approval of budget and participate in board meeting, field board questions, etc.; attention to numerous e-mails regarding finalizing budget, next steps. | Partner | F | 1,305.00 | Lumped |
| Case Adminis | 4/28/2017 | Steckel, Jeremy S. | 0.8 | $300.00 | Attend to e-mails from CLM and WonderWork teams regarding restricted/unrestricted fund balances set forth in letter to US Trustee; review and comment to e-mails from Mr. Trivigno to HMS regarding remaining discovery requests. | Associate | F | 112.50 | Lumped |
| Fee / Employ | 3/9/2017 | Mann, Pamela A. | 1.2 | $870.00 | Calls with two audit firms under consideration by client regarding process, next steps; attention to e-mails with press firm. | Partner | F | 507.50 | Lumped |
| Disputes With | 1/3/2017 | Cahn, Aaron R. | 3.3 | $2,310.00 | Receive client correspondence; draft response and confer with team regarding hearing and litigation strategy. | Counsel | F | 1,960.00 | Lumped |
| Disputes With | 1/29/2017 | Ruffi, Dylan L. | 0.7 | $199.50 | Researched for facts countering allegations in motion to appoint a trustee; reported to Ms. Wallace regarding same. | Associate | F | 57.00 | Lumped |
| Disputes With | 1/29/2017 | Ruffi, Dylan L. | 3.2 | $912.00 | Reviewed SLC report for trustee opposition; reviewed related news publications; reported findings to Ms. Wallace and Ms. Mann regarding same. | Associate | F | 769.50 | Lumped |
| Disputes With | 1/29/2017 | Ruffi, Dylan L. | 1.5 | $427.50 | Reviewed case law detailing res judicata and collateral estoppel in New York; reported to Ms. Wallace and Ms. Mann. | Associate | F | 285.00 | Lumped |
| Disputes With | 2/1/2017 | Gerson, Anne K. | 2.4 | $1,140.00 | Review articles and documents concerning proposed and abandoned merger between Smile Train and Operation Smile; research on settlement payment characterization. | Counsel | F | 902.50 | Lumped |
| Disputes With | 2/1/2017 | Wallace, Judith | 5 | $2,875.00 | For motion in opposition to trustee, locate and review Computer Associates case law and news articles; call with Mr. Ruffi regarding papers needed for motion. | Partner | F | 2,587.50 | Lumped |
| Disputes With | 2/3/2017 | Trivigno, Leonardo | 5.8 | $2,900.00 | Continue draft opposition to motion for Rule 2004 discovery; confer and e-mail with Mr. Cahn regarding same. | Counsel | F | 2,650.00 | Lumped |
| Disputes With | 2/7/2017 | Mann, Pamela A. | 2.3 | $1,667.50 | Draft summary for client of information and declarations needed for opposition to motion for trustee; confer with team regarding same; attention to related e-mails. | Partner | F | 1,305.00 | Lumped |
| Disputes With | 2/8/2017 | Ruffi, Dylan L. | 0.6 | $171.00 | Reviewed opposition to motion for 2004 examination; conferred with Mr. Trivigno regarding same. | Associate | F | 28.50 | Lumped |
| Disputes With | 2/9/2017 | Mann, Pamela A. | 2.8 | $2,030.00 | Review e-mails, draft letter regarding IP infringement, drafts of declarations and make changes; e-mails and calls with team. | Partner | F | 1,667.50 | Lumped |
| Disputes With | 2/14/2017 | Mann, Pamela A. | 1.5 | $1,087.50 | Attention to e-mails regarding next steps in finalizing draft of trustee motion; call with client regarding his proposed changes to brief; discussion with team regarding finalizing same. | Partner | F | 725.00 | Lumped |
| Disputes With | 2/22/2017 | Ruffi, Dylan L. | 12 | $3,420.00 | Drafted and revised declarations; conferred with Ms. Wallace; corresponded with K. Lazarus. | Associate | F | 3,277.50 | Lumped |
| Disputes With | 2/22/2017 | Wallace, Judith | 4.5 | $2,587.50 | Review and revise brief to reflect additional comments from client and team; discussion with Mr. Ruffi regarding same. | Partner | F | 2,300.00 | Lumped |
| Disputes With | 2/24/2017 | Cahn, Aaron R. | 1.6 | $1,120.00 | Review, revise and finalize documents submitted in opposition to trustee motion; confer with Ms. Wallace. | Counsel | F | 770.00 | Lumped |
| Disputes With | 2/28/2017 | Mann, Pamela A. | 0.8 | $580.00 | Review final opposition brief, joint pretrial order; discussion with Ms. Wallace regarding evidentiary hearing issues. | Partner | F | 217.50 | Lumped |
| Disputes With | 3/1/2017 | Ruffi, Dylan L. | 1 | $285.00 | Reviewed discovery response; conferred with Mr. Trivigno regarding same. | Associate | F | 142.50 | Lumped |
| Disputes With | 3/1/2017 | Steckel, Jeremy S. | 2.2 | $825.00 | Review and comment to written response to discovery motion and discuss same with Mr. Trivigno; attend to e-mails regarding document production. | Associate | F | 637.50 | Lumped |
| Disputes With | 3/3/2017 | Trivigno, Leonardo | 2.1 | $1,050.00 | Final review of documents prior to production; review reply memorandum of law filed by HMS. | Counsel | F | 800.00 | Lumped |
| Disputes With | 3/3/2017 | Ruffi, Dylan L. | 4.5 | $1,282.50 | Prepared documents for production; reviewed bates stamped documents; conferred with Mr. Trivigno regarding same. | Associate | F | 1,140.00 | Lumped |

2

Carter Ledyard Milburn LLP

| PROJECT | DATE | TIMEKEEPER | HOURS | AMOUNT | DESCRIPTION | CLASSIF | EXP/FEE | REDUCTION | COMMENT |
|---|---|---|---|---|---|---|---|---|---|
| Disputes With | 3/3/2017 | Ruffi, Dylan L. | 0.9 | $256.50 | Communications with K. Lazarus regarding additional declaration; reviewed additional declaration; conferred with Ms. Wallace regarding same. | Associate | F | 114.00 | Lumped |
| Disputes With | 3/3/2017 | Borenstein, Bill | 3 | $825.00 | Review briefs, conform cites, create case binder, index regarding same; prepare for attorney review, brief e-mails, discussions regarding same. | Legal Assist | F | 687.50 | Lumped |
| Disputes With | 3/3/2017 | Wallace, Judith | 3.5 | $2,012.50 | Review briefs and record materials and prepare outline and points for oral argument; related discussion with Ms. Mann. | Partner | F | 1,725.00 | Lumped |
| Disputes With | 3/3/2017 | Mann, Pamela A. | 4.3 | $3,117.50 | Review case law, declarations and documents filed with trustee opposition papers, arbitration transcript excerpts, HMS reply papers in preparation for oral argument on trustee motion; related discussion with Ms. Wallace. | Partner | F | 2,755.00 | Lumped |
| Disputes With | 3/6/2017 | Ruffi, Dylan L. | 4 | $1,140.00 | Researched various issues in relation to the reply memorandum of law; discussions with Ms. Wallace regarding same; reported findings to Ms. Wallace. | Associate | F | 997.50 | Lumped |
| Disputes With | 3/6/2017 | Dunn, Matthew | 4.2 | $2,415.00 | Reviewed papers submitted to bankruptcy court in connection with motion to appoint a trustee; reviewed related cases and law cited; met with Ms. Mann and Ms. Wallace to assist in preparation for oral argument. | Partner | F | 2,127.50 | Lumped |
| Disputes With | 3/7/2017 | Ruffi, Dylan L. | 1.5 | $427.50 | Planned and prepared for meeting regarding discovery responses; meeting with team regarding same. | Associate | F | 285.00 | Lumped |
| Disputes With | 3/7/2017 | Ruffi, Dylan L. | 2.9 | $826.50 | Reviewed additional donor declarations; conferred with Ms. Wallace and Ms. Mann; revised and edited declarations; corresponded with K. Lazarus and B. Mullaney regarding same. | Associate | F | 684.00 | Lumped |
| Disputes With | 3/7/2017 | Mann, Pamela A. | 1.2 | $870.00 | Attention to e-mails regarding response to letter from HMS regarding their 2004 motion; meeting with team regarding same. | Partner | F | 507.50 | Lumped |
| Disputes With | 3/8/2017 | Wallace, Judith | 1 | $575.00 | Conference with Ms. Mann regarding legal and factual issues for oral argument; conference with Mr. Ruffi on declarations. | Partner | F | 287.50 | Lumped |
| Disputes With | 3/8/2017 | Mann, Pamela A. | 4.5 | $3,262.50 | Review trustee papers, case law, background materials and discussion with team, client regarding same; attention to e-mails regarding same. | Partner | F | 2,900.00 | Lumped |
| Disputes With | 3/8/2017 | Mann, Pamela A. | 1.5 | $1,087.50 | Attention to e-mails regarding discovery, response to B. Mintz; draft and revise e-mails regarding same and related discussion with team members; meet with Mr. Steckel regarding related issues. | Partner | F | 725.00 | Lumped |
| Disputes With | 3/10/2017 | Ruffi, Dylan L. | 0.9 | $256.50 | Prepared for hearing attendance, printing materials and filing amended notice of agenda; conferred with Ms. Wallace and Mr. Trivigno regarding same. | Associate | F | 114.00 | Lumped |
| Disputes With | 3/10/2017 | Trivigno, Leonardo | 2.7 | $1,350.00 | Review motion papers ahead of hearing on 2004 motion and motion to appoint a trustee; discussion with Mr. Cahn regarding same. | Counsel | F | 1,100.00 | Lumped |
| Disputes With | 3/10/2017 | Mann, Pamela A. | 2.5 | $1,812.50 | Review notes, presentation outline, case authorities in preparation for hearing on trustee motion; review papers for court appearance on 2004 motion; confer with team regarding same. | Partner | F | 1,450.00 | Lumped |
| Disputes With | 3/13/2017 | Steckel, Jeremy S. | 1.7 | $637.50 | Review and comment to WW response to HMS letter regarding document production; speak with Mr. Trivigno regarding same. | Associate | F | 450.00 | Lumped |
| Disputes With | 3/13/2017 | Wallace, Judith | 0.9 | $517.50 | Discuss next steps with Mr. Trivigno; review discovery response and orders and respond to team by e-mail regarding instructions to client. | Partner | F | 230.00 | Lumped |
| Disputes With | 3/15/2017 | Ruffi, Dylan L. | 1.3 | $370.50 | Reviewed and revised letter response to request for document production; conferred with Mr. Trivigno regarding same; reviewed documents to be produced. | Associate | F | 228.00 | Lumped |
| Disputes With | 3/16/2017 | Trivigno, Leonardo | 1.4 | $700.00 | Revise draft confidentiality stipulation; confer with team regarding same. | Counsel | F | 450.00 | Lumped |
| Disputes With | 3/16/2017 | Cahn, Aaron R. | 1 | $700.00 | Review correspondence and draft confidentiality agreement and letter to UST; confer Ms. Wallace and Mr. Trivigno regarding same. | Counsel | F | 350.00 | Lumped |
| Disputes With | 3/20/2017 | Ruffi, Dylan L. | 0.9 | $256.50 | Reviewed 2015 financial documents; conferred with Mr. Trivigno regarding same; met with Mr. Borenstein regarding redaction of documents; corresponded with Mr. Borenstein regarding same. | Associate | F | 114.00 | Lumped |
| Disputes With | 3/21/2017 | Trivigno, Leonardo | 0.9 | $450.00 | Meet with Mr. Borenstein regarding production of documents; meet with Mr. Ruffi regarding same. | Counsel | F | 200.00 | Lumped |
| Disputes With | 3/22/2017 | Ruffi, Dylan L. | 3 | $855.00 | Reviewed documents for production; redacted various items; reported to Mr. Trivigno. | Associate | F | 712.50 | Lumped |
| Disputes With | 3/22/2017 | Mann, Pamela A. | 0.8 | $580.00 | Review e-mails regarding intervention motion on appeal, next steps; communicate with Ms. Wallace regarding same. | Partner | F | 217.50 | Lumped |
| Disputes With | 3/24/2017 | Mann, Pamela A. | 1.2 | $870.00 | Attention to various e-mails regarding intervention on appeal and draft responses regarding same; related discussion with Ms. Wallace. | Partner | F | 507.50 | Lumped |
| Disputes With | 3/27/2017 | Mann, Pamela A. | 1.3 | $942.50 | Draft various e-mails to client regarding HMS opposition to current motions, next steps; communications with team regarding same. | Partner | F | 580.00 | Lumped |
| Disputes With | 3/28/2017 | Borenstein, Bill | 0.8 | $220.00 | Discussions regarding production details; review Appeal documents regarding redaction issues; draft instructions to vendor. | Legal Assist | F | 82.50 | Lumped |
| Disputes With | 3/29/2017 | Mann, Pamela A. | 0.8 | $580.00 | Attention to e-mails from client regarding intervention issue and call with him regarding same; discussion with Ms. Wallace regarding same and attention to further e-mails. | Partner | F | 217.50 | Lumped |
| Disputes With | 3/29/2017 | Mann, Pamela A. | 1 | $725.00 | Review various e-mails, drafts regarding discovery issues; discussion with Mr. Steckel regarding meet and confer, next steps. | Partner | F | 362.50 | Lumped |
| Disputes With | 3/30/2017 | Peters, Justin L | 3.7 | $1,147.00 | Discussion with Mr. Steckel regarding grant document production; reviewed grant documents. | Associate | F | 992.00 | Lumped |

3

Carter Ledyard Milburn LLP

| PROJECT | DATE | TIMEKEEPER | HOURS | AMOUNT | DESCRIPTION | CLASSIF | EXP/FEE | REDUCTION | COMMENT |
|---|---|---|---|---|---|---|---|---|---|
| Disputes With | 4/11/2017 | Leff, Mara | 2 | $570.00 | Redact documents to be produced; confer with Messrs. Trivigno, Peters, and Steckel regarding same. | Legal Assist | F | 427.50 | Lumped |
| Disputes With | 4/13/2017 | Peters, Justin L | 1 | $310.00 | Prepared files for production; discussion regarding new production of documents. | Associate | F | 155.00 | Lumped |
| Disputes With | 4/17/2017 | Peters, Justin L | 4.7 | $1,457.00 | Reviewed documents for production; discussion regarding same with Mr. Steckel. | Associate | F | 1,302.00 | Lumped |
| Disputes With | 4/22/2017 | Peters, Justin L | 2 | $620.00 | Reviewed financial documents; discussion with Mr. Steckel and attention to e-mails regarding same. | Associate | F | 465.00 | Lumped |
| Disputes With | 4/23/2017 | Peters, Justin L | 3 | $930.00 | Reviewed financial documents; discussion with Mr. Steckel and WonderWork staff regarding same; e-mail communications regarding same. | Associate | F | 775.00 | Lumped |
| Disputes With | 4/27/2017 | Leff, Mara | 4 | $1,140.00 | Redact documents; confer with Mr. Trivigno and IT regarding various; arrange for production. | Legal Assist | F | 997.50 | Lumped |
| Plan and Disc | 4/3/2017 | Peters, Justin L | 2.3 | $713.00 | Reviewed grant documents; telephone call with Mr. Steckel and WonderWork grant staff. | Associate | F | 558.00 | Lumped |
| Plan and Disc | 4/26/2017 | Cahn, Aaron R. | 2.4 | $1,680.00 | Continue revise motion to extend exclusivity; review internal comments; telephone chambers for motion date. | Counsel | F | 1,330.00 | Lumped |
| Financing | 1/26/2017 | Trivigno, Leonardo | 1.2 | $600.00 | Research case law and complete draft 345 motion; related conference with Mr. Cahn. | Counsel | F | 350.00 | Lumped |
| Financing | 4/25/2017 | Mann, Pamela A. | 2.5 | $1,812.50 | Conference call with client regarding proposed budget next steps, order setting controls, cash management order; review and revise unanimous written consent and transmit to client; attention to numerous e-mails regarding budget, other open issues. | Partner | F | 1,450.00 | Lumped |
| Business Ope | 4/24/2017 | Mann, Pamela A. | 1 | $725.00 | Draft e-mails to client regarding use of invested funds; draft and revise e-mail to court regarding effect of putting DIP status on correspondence, cash management order. | Partner | F | 362.50 | Lumped |
| Tax Issues | 3/10/2017 | Mann, Pamela A. | 0.8 | $580.00 | Attention to e-mails regarding court appearance, next steps, open issues; update from Mr. Steckel regarding IRS issue. | Partner | F | 217.50 | Lumped |
| Tax Issues | 3/13/2017 | Gerson, Anne K. | 0.6 | $285.00 | Attention to summary of oral argument; discuss inquiry from IRS with Mr. Steckel. | Counsel | F | 47.50 | Lumped |
| Tax Issues | 3/14/2017 | Steckel, Jeremy S. | 1.7 | $637.50 | Telephone call to IRS regarding tax returns; speak with H. Fuchs regarding same; e-mail correspondence with prior auditors and H. Fuchs regarding Form 940 for 2011; draft letter to IRS regarding same. | Associate | F | 450.00 | Lumped |
| Examiner Issu | 3/31/2017 | Trivigno, Leonardo | 4.9 | $2,450.00 | Begin revisions to draft response to motion to appoint examiner; related discussion with Mr. Peters. | Counsel | F | 2,200.00 | Lumped |
| Examiner Issu | 3/31/2017 | Peters, Justin L | 3.4 | $1,054.00 | Researched case law regarding examiners; discussion regarding same with Mr. Trivigno. | Associate | F | 899.00 | Lumped |
| Examiner Issu | 4/4/2017 | Mann, Pamela A. | 1.3 | $942.50 | Revise further draft of papers regarding appointment of an examiner and related discussion with Mr. Trivigno; attention to related e-mails to and from client regarding same. | Partner | F | 580.00 | Lumped |
| Examiner Issu | 4/5/2017 | Mann, Pamela A. | 3.5 | $2,537.50 | Review comments from client on draft examiner motion and discussion with Mr. Trivigno regarding same; e-mails and discussion with client, team regarding finalizing papers; review and approve papers for filing and transmit same to client; review HMS papers and discussion with team, client regarding same. | Partner | F | 2,175.00 | Lumped |
| Examiner Issu | 4/12/2017 | Mann, Pamela A. | 2 | $1,450.00 | Attend court conference; argue examiner motion, related matters. | Partner | F | 1,087.50 | Lumped |
| Examiner Issu | 4/21/2017 | Steckel, Jeremy S. | 2.7 | $1,012.50 | Review Court order regarding appointment of examiner and requirements therein; discuss same with Ms. Mann and Mr. Trivigno; e-mail correspondence with B. Mullaney and H. Fuchs regarding same. | Associate | F | 825.00 | Lumped |
| | | | | | | | | 92,048.50 | |
| Case Adminis | 12/6/2016 | Cahn, Aaron R. | 0.8 | $540.00 | Call with board of directors. | Counsel | F | 540.00 | Vague |
| Case Adminis | 1/6/2017 | Trivigno, Leonardo | 0.3 | $150.00 | Call with Mr. Ruffi; e-mail to Ms. Mann concerning meeting with client to discuss restricted funds analysis. | Counsel | F | 150.00 | Vague |
| Case Adminis | 1/13/2017 | Ruffi, Dylan L. | 0 | $0.00 | Call with K. Lazarus; follow-up with Mr. Trivigno. | Associate | F | 0.00 | Vague |
| Case Adminis | 2/1/2017 | Ruffi, Dylan L. | 1.5 | $427.50 | Review of restricted funds and supporting documents on file (0.60); conferred with Mr. Steckel regarding restricted gifts, data storage (0.50); calls with K. Lazarus (0.40). | Associate | F | 427.50 | Vague |
| Case Adminis | 3/29/2017 | Ruffi, Dylan L. | 0.2 | $57.00 | Prepared for call with K. Lazarus and others. | Associate | F | 57.00 | Vague |
| Disputes With | 4/11/2017 | Borenstein, Bill | 0.2 | $55.00 | E-mails, discussion, update production files. | Legal Assist | F | 55.00 | Vague |
| Case Adminis | 2/8/2017 | Cahn, Aaron R. | 0.2 | $140.00 | Correspond Thompson counsel. | Counsel | F | 140.00 | Vague |
| | | | | | | | | 1,369.50 | |
| Case Adminis | 1/20/2017 | Ruffi, Dylan L. | 0.4 | $114.00 | Meeting with Mr. Steckel regarding restricted funds and most recent donor solicitations. | Associate | F | | Mismatched time entry with Timekeeper Steckel |
| Case Adminis | 1/20/2017 | Steckel, Jeremy S. | 0.9 | $337.50 | Meetings with Mr. Ruffi to discuss restricted funds analysis (0.70); meet with Ms. Mann to discuss same (0.20). | Associate | F | 168.75 | Mismatched time entry with Timekeeper Ruffi and no matching time entry for Timekeeper Mann |
| Disputes With | 2/9/2017 | Wallace, Judith | 0.2 | $115.00 | Telephone conference with Ms. Mann on issues for memorandum of law for trustee motion. | Partner | F | | Mismatch time entry with Timekeeper Mann |

4

Carter Ledyard Milburn LLP

| PROJECT | DATE | TIMEKEEPER | HOURS | AMOUNT | DESCRIPTION | CLASSIF | EXP/FEE | REDUCTION | COMMENT |
|---|---|---|---|---|---|---|---|---|---|
| Disputes With | 2/9/2017 | Mann, Pamela A. | 3.5 | $2,537.50 | Review background materials on trustee motion, HMS's motion papers, cases, etc. in order to comment on draft memorandum of law (1.90); review draft memorandum and related discussion with Ms. Wallace (1.60). | Partner | F | 797.50 | Mismatch time entry with Timekeeper Wallace - lumped time entry (1.60) reduced to .5 |
| Case Adminis | 2/23/2017 | Cahn, Aaron R. | 0.6 | $420.00 | Confer with Mr. Trivigno regarding preparation of monthly operating report and accounting issues. | Counsel | F | 420.00 | No matching time entry |
| Case Adminis | 2/23/2017 | Cahn, Aaron R. | 0.8 | $560.00 | Review declarations and confer with Ms. Wallace regarding declaration exhibits (0.40); confer with Mr. Trivigno regarding proposed schedule for exchange of exhibits (0.40). | Counsel | F | | Mismatched time entry with Timekeeper Trivigno |
| Case Adminis | 2/23/2017 | Trivigno, Leonardo | 1 | $500.00 | Confer with Mr. Cahn regarding proposed schedule for exchange of exhibits. | Counsel | F | 300.00 | Mismatched time entry with Timekeeper Cahn |
| Case Adminis | 3/31/2017 | Mann, Pamela A. | 2.2 | $1,595.00 | Review questions from B. Mullaney regarding upcoming board meeting and timing, tactics for balance of bankruptcy (1.40); discussion with Mr. Cahn regarding same (0.40); discussion with B. Mullaney regarding same (0.40). | Partner | F | | Mismatched time entry with Timekeeper Cahn |
| Disputes With | 3/31/2017 | Cahn, Aaron R. | 1.2 | $840.00 | Confer Ms. Mann regarding strategy for examiner motion and plan proposals. | Counsel | F | 560.00 | Mismatched time entry with Timekeeper Mann |
| Case Adminis | 4/4/2017 | Cahn, Aaron R. | 1.2 | $840.00 | Confer with Mr. Trivigno regarding discovery status and amendments to schedules and statement of affairs (0.70); conferences with Ms. Mann regarding auditor and plan issues (0.50). | Counsel | F | $490.00 | No matching time entry for Timekeeper Trivigno |
| | | | | | | | | 2,736.25 | |
| | | | | | | Grand Total | | 96,154.25 | |

5