| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor | WonderWork, Inc. | |
| United States Bankruptcy Court for the: | Southern District | District of NY (State) |
| Case number (If known) | 16-13607 (MKV) | |

■ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number ___ ___ ___ ___ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | Is the claim subject to offset? ☐ No ☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number ___ ___ ___ ___ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | Is the claim subject to offset? ☐ No ☐ Yes | | |
| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number ___ ___ ___ ___ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | Is the claim subject to offset? ☐ No ☐ Yes | | |

Debtor: WonderWork, Inc.
Case number (if known): 16-13607 (MKV)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**3.1** Nonpriority creditor's name and mailing address: Action Mailers, 90 Commerce Drive, Aston, PA 19014
Date or dates debt was incurred: Aug. 2016
Last 4 digits of account number:
As of the petition filing date, the claim is: ☐ Contingent ☐ Unliquidated ☐ Disputed
Basis for the claim: Services rendered
Is the claim subject to offset? ■ No ☐ Yes
Amount of claim: $18,839.14

**3.2** Nonpriority creditor's name and mailing address: Bill & Ann Ziff Foundation, 350 Park Avenue, 4th Floor, New York, NY 10022
Date or dates debt was incurred: May 2014
Last 4 digits of account number:
As of the petition filing date, the claim is: ☐ Contingent ☐ Unliquidated ☐ Disputed
Basis for the claim: Loan
Is the claim subject to offset? ■ No ☐ Yes
Amount of claim: $845,500.00

**3.3** Nonpriority creditor's name and mailing address: Brian Mullaney, 1 Sumner Lane, Belmont, MA 02478
Date or dates debt was incurred: 2016
Last 4 digits of account number:
As of the petition filing date, the claim is: ☐ Contingent ☐ Unliquidated ☐ Disputed
Basis for the claim: 2016 Salary/Unreimbursed expenses
Is the claim subject to offset? ■ No ☐ Yes
Amount of claim: $641,320.07

**3.4** Nonpriority creditor's name and mailing address: CDR Fundraising Group, 16900 Science Drive, Suite 210, Bowie, MD 20715
Date or dates debt was incurred: Oct. 2016
Last 4 digits of account number:
As of the petition filing date, the claim is: ☐ Contingent ☐ Unliquidated ☐ Disputed
Basis for the claim: Services rendered
Is the claim subject to offset? ■ No ☐ Yes
Amount of claim: $48,750.00

**3.5** Nonpriority creditor's name and mailing address: CENVEO, Commercial Env. Products, PO Box 802035, Chicago, IL 60680-2035
Date or dates debt was incurred: Oct. 2016
Last 4 digits of account number:
As of the petition filing date, the claim is: ☐ Contingent ☐ Unliquidated ☐ Disputed
Basis for the claim: Services rendered
Is the claim subject to offset? ■ No ☐ Yes
Amount of claim: $4,949.13

**3.6** Nonpriority creditor's name and mailing address: Color Tree Group, 8000 Villa Park Drive, Henrico, VA 23228-6500
Date or dates debt was incurred: Sept. 2016
Last 4 digits of account number:
As of the petition filing date, the claim is: ☐ Contingent ☐ Unliquidated ☐ Disputed
Basis for the claim: Services rendered
Is the claim subject to offset? ■ No ☐ Yes
Amount of claim: $21,719.22

Debtor: WonderWork, Inc.
Case number (if known): 16-13607 (MKV)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| # | Nonpriority creditor's name and mailing address | Basis / Claim details | Amount of claim |
|---|---|---|---|
| 3. | Communications Corporation of America<br>13195 Freedom Way<br>Boston, VA 22713<br>Date debt incurred: Nov. 2016 | Liquidated and neither contingent nor disputed<br>Basis: Services rendered<br>Subject to offset: No | $6305.63 |
| 3. | Copilevitz & Canter, LLC<br>310 West 20th St., Suite 300<br>Kansas City, MO 64108<br>Date debt incurred: Dec. 2016 | Basis: Services rendered<br>Subject to offset: No | $1140.93 |
| 3. | Corporate Press, Inc.<br>9700 Philadelphia Court<br>Lanham, MD 20706<br>Date debt incurred: Nov. 2016 | Basis: Services rendered<br>Subject to offset: No | $7,078.69 |
| 3. | Detter Family Foundation<br>11519 Aerie Lane<br>Naples, FL 34120<br>Date debt incurred: Aug. 2013 | Basis: Loan<br>Subject to offset: No | $106,833.33 |
| 3. | Development Resources, Inc.<br>1820 N. Fort Meyer Drive, Suite 702<br>Arlington, VA 22209<br>Date debt incurred: Nov. 2016 | Basis: Services rendered<br>Subject to offset: No | $10,000.00 |

Debtor  WonderWork, Inc.                                  Case number (if known) 16-13607 (MKV)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.__ Nonpriority creditor's name and mailing address
Direct Mail Processors, Inc.
1150 Conrad Ct.
Hagerstown, MD 21740

As of the petition filing date, the claim is:  $11,200.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Services rendered

Date or dates debt was incurred: Sept. 2016
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

3.__ Nonpriority creditor's name and mailing address
DMI Data Management, Inc.
PO Box 846
Stoneville, NC 27048

As of the petition filing date, the claim is:  $4997.49
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services rendered

Date or dates debt was incurred: Dec. 2016
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

3.__ Nonpriority creditor's name and mailing address
Hana Fuchs
60 Riverside Drive, Apt. 7F
New York, NY 10024

As of the petition filing date, the claim is:  $8881.02
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unreimbursed expenses

Date or dates debt was incurred: 2016
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

3.__ Nonpriority creditor's name and mailing address
HelpMeSee, Inc.
20 West 36th St., Fl. 4
New York, NY 10018

As of the petition filing date, the claim is:  $16,059,833.50
Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _____

Date or dates debt was incurred: 2016
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

3.__ Nonpriority creditor's name and mailing address
IDMI
490 White Pond Drive
Akron, OH 44320

As of the petition filing date, the claim is:  $1628.52
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services rendered

Date or dates debt was incurred: Oct. 2016
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

Debtor: WonderWork, Inc.  
Case number (if known): 16-13607 (MKV)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| # | Nonpriority creditor's name and mailing address | Claim details | Amount of claim |
|---|---|---|---|
| 3.__ | Joseph Mullaney<br>512 River Road<br>Westport, MA 02790<br>Date debt incurred: Aug. 2013 | Basis for the claim: Loan<br>Subject to offset: No | $110,750.00 |
| 3.__ | Kaplan Kravet & Vogel P.C.<br>630 Third Avenue, 5th Floor<br>New York, NY 10017<br>Date debt incurred: Dec. 2016 | Basis for the claim: Services rendered<br>Subject to offset: No | $8259.03 |
| 3.__ | Koala Design<br>Attn: Mike Schell 1606 NE 1st St.<br>Fort Lauderdale, FL 33301<br>Date debt incurred: Dec. 2016 | Basis for the claim: Services rendered<br>Subject to offset: No | $8,500.00 |
| 3.__ | L&E Meridian<br>8000 Corporate Court<br>Springfield, VA 22153<br>Date debt incurred: Oct. 2016 | Basis for the claim: Services rendered<br>Subject to offset: No | $1359.48 |
| 3.__ | Log-On<br>520 Eighth Avenue, 14 Fl.<br>New York, NY 10018<br>Date debt incurred: Sept. 2016 | Basis for the claim: Services rendered<br>Subject to offset: No | $48,538.28 |

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page __ of __

Debtor: WonderWork, Inc.  
Case number (if known): 16-13607 (MKV)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.___ Nonpriority creditor's name and mailing address  
MDI Imaging and Mail  
21955 Cascades Parkway  
Sterling, VA 20166  

As of the petition filing date, the claim is: $4657.64  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☐ Liquidated and neither contingent nor disputed  

Basis for the claim: Services rendered  

Date or dates debt was incurred: Oct. 2016  
Last 4 digits of account number: ___ ___ ___ ___  
Is the claim subject to offset?  
■ No  
☐ Yes  

3.___ Nonpriority creditor's name and mailing address  
Meadowlark Foundation  
PO Box 860  
Saratoga Springs, NY 12866  

As of the petition filing date, the claim is: $524,833.33  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: Loan  

Date or dates debt was incurred: Jan. 2014  
Last 4 digits of account number: ___ ___ ___ ___  
Is the claim subject to offset?  
■ No  
☐ Yes  

3.___ Nonpriority creditor's name and mailing address  
Nestle Pure Life Direct  
PO Box 856192  
Louisville, KY 40285  

As of the petition filing date, the claim is: $22.33  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: Office supplies  

Date or dates debt was incurred: Dec. 2016  
Last 4 digits of account number: ___ ___ ___ ___  
Is the claim subject to offset?  
■ No  
☐ Yes  

3.___ Nonpriority creditor's name and mailing address  
Nextiva  
8800 E Chaparrel Rd. Ste 300  
Scottsdale, AZ 85250  

As of the petition filing date, the claim is: $527.56  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: Utilities  

Date or dates debt was incurred: Nov. 2016  
Last 4 digits of account number: ___ ___ ___ ___  
Is the claim subject to offset?  
■ No  
☐ Yes  

3.___ Nonpriority creditor's name and mailing address  
Resource One  
2900 E. Apache  
Tulsa, OK 74116  

As of the petition filing date, the claim is: $2165.80  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: Services rendered  

Date or dates debt was incurred: Nov. 2016  
Last 4 digits of account number: ___ ___ ___ ___  
Is the claim subject to offset?  
■ No  
☐ Yes  

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page ___ of ___

Debtor: WonderWork, Inc.
Case number (if known): 16-13607 (MKV)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.__** Nonpriority creditor's name and mailing address
Skyline Credit Ride, Inc.
52-29 35th St.
Long Island City, NY 11101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$43.05

Basis for the claim: Services rendered

Date or dates debt was incurred: 2016
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

**3.__** Nonpriority creditor's name and mailing address
The Holewinski Group
253 Rainbow Drive #15398
Livingston, TX 77399

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$120.00

Basis for the claim: Services rendered

Date or dates debt was incurred: Nov. 2016
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

**3.__** Nonpriority creditor's name and mailing address
The Raphael & Diana Vinoly Foundation
350 Fifth Avenue, 41 Fl.
New York, NY 10118

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$60,083.33

Basis for the claim: Loan

Date or dates debt was incurred: Sept. 2013
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

**3.__** Nonpriority creditor's name and mailing address
Thompson Family Foundation
c/o Kevin Maclay
One Thomas Circle, NW, Ste. 1100, Washington, DC 20005

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,979,166.67

Basis for the claim: Loan

Date or dates debt was incurred: May 2013
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

**3.__** Nonpriority creditor's name and mailing address
Tri-State Envelope Corp.
1 West 34 St., Suite 704
New York NY 10001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2841.32

Basis for the claim: Services rendered

Date or dates debt was incurred: Nov. 2016
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

Debtor: WonderWork, Inc.
Case number (if known): 16-13607 (MKV)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.__ Nonpriority creditor's name and mailing address**
Union ID and Mail
8516 Rainswood Drive
Landover, MD 20785

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$3171.06

Basis for the claim: Services rendered

Date or dates debt was incurred: Nov. 2016
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

**3.__ Nonpriority creditor's name and mailing address**
Valtim Marketing Solutions
PO Box 809
Forest, VA 24551

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1967.73

Basis for the claim: Services rendered

Date or dates debt was incurred: Oct. 2016
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

**3.__ Nonpriority creditor's name and mailing address**
Wells Fargo Financial Leasing
800 Walnut St., MAC N0005-055
Des Moines, IA 50309

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$452.50

Basis for the claim: Copier Lease

Date or dates debt was incurred: Dec. 2013
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

**3.__ Nonpriority creditor's name and mailing address**
XPO Logistics
PO Box 2693
New York, NY 10108

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$76.32

Basis for the claim: Services rendered

Date or dates debt was incurred: Nov. 2016
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
■ No
☐ Yes

**3.__ Nonpriority creditor's name and mailing address**
_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page ___ of ___

| Debtor | WonderWork, Inc. | Case number (if known) | 16-13607 (MKV) |
|---|---|---|---|
| | Name | | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0 |
| 5b. Total claims from Part 2 | 5b. + | $ 26,556,513.06 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 26,556,513.06 |

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page ___ of ___