

WALTER H. CURCHACK
Partner and Chair, Bankruptcy,
Restructuring and Creditors'
Rights

345 Park Avenue
New York, NY 10154

Direct 212.407.4861
Main 212.407.4000
Fax 212.504.8058
wcurchack@loeb.com

Via ECF

September 20, 2017

The Honorable Mary Kay Vyskocil
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re: In re WonderWork
Case No. 16-13607(MKV)

Dear Judge Vyskocil:

On behalf of Jason R. Lilien, the Court-appointed Examiner for WonderWork, Inc., we write to ask the Court to extend until October 20, 2017, a period of approximately three weeks, the timeframe for the delivery of the Examiner's Final Report to this Court.

The original Order directing the appointment of the Examiner called for the issuance of his report within 90 days of his appointment. On July 28, in response to the Status Report and Revised Work Plan filed by the Examiner (Docket # 213), the Court entered an Endorsed Order extending such time until September 29, 2017 (Docket # 211).

As was indicated at the time the Status Report was filed, the Examiner then assumed that the 2016 fiscal year audit would be completed within two weeks and there would be no further delay in the production of requested materials.

However, the Examiner has yet to receive from the Debtor critical information necessary to complete his report. Specifically, the Debtor has yet to finish the time-consuming task of matching "transaction codes" to solicitations, which is necessary in order to finalize the Examiner's restricted vs unrestricted gift analysis. In addition, the long promised audit for the 2016 fiscal year has still not been completed. Finally, additional disclosure materials continue to be produced, some of which may prove highly relevant to the Examiner's conclusions.

The Examiner has determined to complete and submit his report based on the materials at hand and expected to be received in the near future. The Examiner believes he will have sufficient information to be able to reach appropriate conclusions.

Therefore the Examiner is highly confident that no further extension will be necessary.

We would therefore ask the Court to note the requested extension on the docket. The Examiner and we are available at Your Honor's convenience to address any questions the Court may have. Thank you for your consideration.



Sincerely,

LOEB & LOEB LLP

By: _____
Walter H. Curchack
*Counsel to Jason R. Lilien, Esq.*


cc:   Jason R. Lilien