

**BETHANY D. SIMMONS**
Attorney At Law

345 Park Avenue
New York, NY 10154

**Direct** 212.407.4982
**Main** 212.407.4000
**Fax** 646.924.3681
bsimmons@loeb.com

VIA ECF

November 10, 2017

Honorable Mary Kay Vyskocil
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re: *In re WonderWork, Inc.* (Case No. 16-13607 (MKV))

Dear Judge Vyskocil:

We are counsel to Jason R. Lilien, whom your Honor appointed as Examiner in the above referenced case. In accordance with the *Order (i) Extending the Deadline to Submit Proposed Redactions to the Appendices to the Examiner's Report or to Submit Any Unresolved Issues to the Bankruptcy Court and (ii) Converting the November 16, 2017 Hearing Into a Status Conference* [Docket No. 318], we write to inform the Court that Debtor's counsel has provided its proposed redactions to the Appendices to the Examiner's Report to the Examiner.

The Examiner and his counsel are available at the Court's convenience to address any questions the Court may have.

LOEB & LOEB LLP

By: _____
Bethany D. Simmons
*Counsel to Jason R. Lilien, Esq.*

cc: Walter H. Curchack
Jason R. Lilien
Chambers of Judge Vyskocil