# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

Pamela A. Mann
Partner

Direct Dial: 212-238-8758
E-mail: mann@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

November 15, 2017

**BY ECF**

The Honorable Mary Kay Vyskocil
United States Bankruptcy Judge
United States Courthouse for the Southern District of New York
One Bowling Green, Courtroom 501
New York, New York 10004-1408

      Re:   *In re WonderWork, Inc.* (Case No. 16-13607) (MKV)

Dear Judge Vyskocil:

    By Order entered November 9, 2017, the Court directed the Debtor to provide to the New York Attorney General a copy of the Examiner's Report and Appendices with no redactions other than redactions based on claims of attorney-client privilege by 12:00 p.m. on November 15, 2017. I write to inform that Court that the Debtor has complied with the Court's instruction, and that the redacted Examiner's Report and Appendices were delivered to Assistant Attorney General Carl Distefano on November 14, 2017.

Respectfully submitted,

Pamela A. Mann

PAM:tym

8158678.1