**LOEB & LOEB LLP**
Walter H. Curchack, Esq.
Bethany D. Simmons, Esq.
345 Park Avenue
New York, New York 10154
Telephone: 212-407-4000
Facsimile: 212-407-4990
Email: wcurchack@loeb.com

*Counsel to Jason R. Lilien, Examiner*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | Chapter 11 |
| **WONDERWORK, INC.,** | Case No. 16-13607 (MKV) |
| **Debtor.** | |

### NOTICE OF FILING OF VOLUME 1 OF REDACTED DOCUMENT EXHIBITS TO FINAL REPORT OF JASON R. LILIEN, EXAMINER

**PLEASE TAKE NOTICE** that, in accordance with the (1) *Order Granting Examiner's Ex Parte Motion for Entry of an Order Authorizing the Filing of Examiner's Report Under Seal* [Docket No. 279]; (2) *Endorsed Order* entered by the Court on October 30, 2017 [Docket No. 291]; (3) *Order (I) Extending the Deadline to Submit Proposed Redactions to the Appendices to the Examiner's Report or to Submit Any Unresolved Issues to the Bankruptcy Court and (II) Converting the November 16, 2017 Hearing Into a Status Conference* [Docket No. 318]; and (4) *Order Following Status Conference* [Docket No. 329], Jason R. Lilien, the Court-appointed Examiner (the "Examiner") and the Debtor have reached an agreement on the proposed redactions to the Appendices to the *Final Report of Jason R. Lilien, Examiner* (the "Report").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the agreement reached with the Debtor, the Examiner hereby files for the Court's review the proposed redactions to **Volume 1 of the Document Exhibits Appendix consisting of Document Exhibits 1 – 100**.

Dated: November 21, 2017
       New York, New York

LOEB & LOEB LLP

By: */s/* Walter H. Curchack
    Walter H. Curchack
    Bethany D. Simmons
345 Park Avenue
New York, NY 10154
Telephone: (212) 407-4000
Facsimile: (212) 407-4990
Email: wcurchack@loeb.com

*Counsel to Jason R. Lilien, the Examiner*