UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
In re                                              : Case No.   16-13607 (MKV)

WONDERWORK, INC.,                                  : (Chapter 11)

                    Debtor.                        :
-----------------------------------------------------------

## ORDER APPROVING THE APPOINTMENT OF THE CHAPTER 11 TRUSTEE

**Upon** the United States Trustee's Amended Application for Entry of an Order Approving the Appointment of Chapter 11 Trustee, dated November 20, 2017 [ECF No. 331] and the Exhibits to Amended Application for Order Approving Appointment of Chapter 11 Trustee [ECF No. 332] (collectively, the "Application"), submitted on Notice of Presentment pursuant to Rule 9074-1 of the Local Bankruptcy Rules for the Southern District of New York; and the Application having been properly served on all the parties in interest; and no opposition having been filed; and it appearing that Stephen S. Gray has been appointed by the United States Trustee as the Chapter 11 trustee in the above-captioned case for the Debtor and is a disinterested person within the meaning of 11 U.S.C. § 101(14); and after due deliberation and sufficient cause appearing thereof; it is hereby

**ORDERED**, that the appointment of Stephen S. Gray, as Chapter 11 trustee, is approved, pursuant to 11 U.S.C. § 1104(d).

Dated: New York, New York
    November 22, 2017        *s/ Mary Kay Vyskocil*
                                          Honorable Mary Kay Vyskocil
                                          United States Bankruptcy Judge