# MULLANEY
## 8/16/2017

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

CASE NO. 16-13607(SMB)

------------------------------------------------

IN RE:

WONDERWORK, INC.,

          Debtor.

------------------------------------------------


INTERVIEW of BRIAN MULLANEY

VOLUME I

August 16, 2017

New York, New York


Reported by: Arielle Santos

Job No. 19384

1       INTERVIEW of BRIAN MULLANEY, before S.
2  Arielle Santos, Registered Professional Reporter,
3  Certified Shorthand Reporter, Certified LiveNote
4  Reporter and Notary Public, taken at the offices
5  of Loeb & Loeb, 345 Park Avenue, New York, NY
6  on Wednesday August 16, 2017, at 1:00 p.m.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1       APPEARANCES:
2
3  FOR THE DEBTORS:
4  BY - LEONARDO TRIVIGNO, ESQ.
5  CARTER LEDYARD & MILBURN LLP
6  2 Wall Street
7  New York, NY 10005
8
9  BY - BETHANY SIMMONS, ESQ.
10  BY - WALTER CURCHACK, ESQ.
11  LOEB & LOEB
12  345 Park Avenue
13  New York, New York  10022
14
15  BY - GARY POLKOWITZ, CPA, CIRA
16  GOLDIN ASSOCIATES
17  350 Fifth Avenue
18  New York, NY  10118
19
20  COURT-APPOINTED EXAMINER:
21  BY - JASON LILIEN
22
23
24
25

1
2       INDEX
3  BRIAN MULLANEY         6
4    BY MR. CURCHACK      6
5
6
7     EXHIBITS MARKED - ATTACHED
8  Exhibit 1, WonderWork Measuring     126
9    Effectiveness Policy, Bates
10   0070025
11  Exhibit 2, e-mail, dated December 18,   128
12    2011, Bates 0246343
13  Exhibit 3, e-mail, dated February 12,   129
14    2016, Bates 0070023
15  Exhibit 4, e-mail, Bates 0254693     132
16  Exhibit 5, e-mail, Bates 0020577     212
17  Exhibit 6, e-mail, Bates 0020580     218
18  Exhibit 7, e-mail, Bates 0020512     221
19  Exhibit 8, letter, dated April 7, 2017,  227
20    on WonderWork stationery
21  Exhibit 9, package of three       233
22    solicitations
23  Exhibit 10, solicitation packages    246
24  Exhibit 11, e-mail, October 21st, Bates  251
25    40124 and 40125

1  Exhibit 12, acquisition mailing for    253
2    20/20/20, April 14, 2015, Bates
3    02544 through 02555
4  Exhibit 13, Progress Report for the    267
5    █████████████████████,
6    dated July 2014
7  Exhibit 14, letter, July 1, 2015, on   275
8    WonderWork stationery, Bates
9    012929
10  Exhibit 15, document         281
11  Exhibit 16, four grant reports.      286
12  Exhibit 17, WonderWork, Inc., Form   292
13    CHAR-500, fiscal year-ended
14    June 30, 2014, Bates 0172 and
15    runs through 0236
16
17
18
19
20
21
22
23
24
25

TransPerfect Legal Solutions
212-400-8845  depo@transperfect.com

BRIAN MULLANEY - VOLUME I

1 BRIAN MULLANEY, One Sumner Lane,
2 Belmont, Massachusetts, interviewed as
3 follows:

4

5 INTERVIEW
6 BY MR. CURCHACK:
7 Q Good afternoon. My name is
8 Walter Curchack. I represent Jason
9 Lilien, who is with us in the room
10 today. Jason is the court-appointed
11 examiner, as you know, for WonderWork,
12 Inc.
13 I will be asking you a
14 series of questions. The reporter
15 will be taking down your answers.
16 While this interview is not
17 under oath, we do, of course, expect
18 you to tell the truth.
19 Do you understand that?
20 A Yes.
21 Q Because the reporter is
22 taking notes, please make your answers
23 verbal. No nodding, things like that,
24 so she can get it down.

BRIAN MULLANEY - VOLUME I

1 A Sure.
2 Q And also with me today is my
3 colleague Bethany Simmons and Mr.
4 Lilien is noted and Gary Polkowitz,
5 who is the firm Goldin Associates, and
6 with you is Len Trivigno from Carter
7 Ledyard.
8 I am going to be asking you
9 most of the questions today, but
10 because of the informal nature of
11 this, Jason will have questions, I am
12 sure, from time to time, and there are
13 a couple of financial things where
14 Gary may ask, but not like a usual
15 deposition.
16 A Sure.
17 Q I just want to alert you to
18 that so you understand.
19 A Sure.
20 Q A couple of other
21 housekeeping matters. Please wait for
22 me to finish asking the question
23 before you answer. At some point you
24 don't understand the question, don't

BRIAN MULLANEY - VOLUME I

1 hesitate to ask me to restate it or
2 clarify something.
3 A Sure.
4 Q At some time, if you -- if
5 something comes to your mind, if you
6 want to revise your answer, you think
7 of something you didn't remember
8 before, just say so and we will put it
9 on the record.
10 A Okay.
11 Q We will be taking breaks,
12 but before I need one, if you need
13 one, just ask, and when we get to a
14 convenient stopping point, we will do
15 that.
16 A Thank you.
17 Q Could you please state your
18 full name and address for the record,
19 please.
20 A Brian Mullaney, One Sumner
21 Lane, Belmont, Massachusetts.
22 Q Are you feeling okay today?
23 A Yeah, I feel great.
24 Q Did you prepare for this

BRIAN MULLANEY - VOLUME I

1 interview with anybody?
2 A I sat with Len for an hour
3 to talk about what to expect, and
4 that's about it.
5 Q Okay.
6 Did you discuss with any of
7 the other WonderWork employees who we
8 have spoken to what we discussed with
9 them?
10 A Not in detail. I saw Hana
11 today and asked her how it went and I
12 saw Karen Lazarus and asked her how it
13 went and I haven't talked to anyone
14 else.
15 Q Did you review any documents
16 in preparation for today?
17 A No.
18 Q Okay.
19 Could you please tell us
20 about your education.
21 A Sure. I went to Belmont
22 Hill School in Boston for high school,
23 and then I went to Harvard College and
24 graduated with a degree in business

BRIAN MULLANEY - VOLUME I

1        BRIAN MULLANEY - VOLUME I
2  economics in 1983.
3      Q   Okay.
4        What did you major --
5  business economics, you said.
6        Did you do any graduate
7  work?
8      A   No.
9      Q   Have you ever taken any
10  postcollege professional
11  certifications or --
12     A   No.
13     Q   -- continuing education?
14     A   No.  It took me six years to
15  get my four-year degree, so that was
16  enough.
17     Q   And what was your first job
18  after graduating from college?
19     A   I came to Manhattan and
20  worked for Young & Rubicam
21  Advertising.
22     Q   And what did you do there?
23     A   I was a copy trainee.
24     Q   What does that mean?
25     A   It means I was a creative --

1        BRIAN MULLANEY - VOLUME I
2  I was a writer, and I learned how to
3  write, print ads and TV commercials
4  and jingles and all that.  Worked my
5  way up.
6     Q   Okay.
7       How far did you get as you
8  worked your way up?
9     A   I got from '83 as a copy
10  trainee to a senior vice president at
11  J. Walter Thompson in -- six years
12  later, 1989, creative director.
13     Q   Was that a change of firms?
14     A   Yeah, from Y&R to J. Walter
15  Thompson, yes.
16     Q   And how long were you at J.
17  Walter Thompson?
18     A   Five years.
19     Q   What were your
20  responsibilities while you were there?
21     A   I created advertising for
22  large brands like Miller Beer and
23  Burger King and Computer Associates,
24  Kodak.
25     Q   Any -- did you do any work

1        BRIAN MULLANEY - VOLUME I
2  for any non-profits during that
3  period?
4     A   I did some work for
5  United -- you mean through J. Walter
6  Thompson?
7     Q   Yes.
8     A   Because --
9     Q   Let's start professionally.
10     A   Yeah.
11     Q   Clients, non-profit?
12     A   Yeah, at Young & Rubicam, I
13  did some work for the United Way, for
14  the internal fundraising at Y&R.  When
15  I was at J. Walter Thompson, I
16  volunteered and did work for the
17  Andrew Glover Foundation down on the
18  Lower Eastside.  It's an alternative
19  sentencing program.  And did work for
20  Church of Our Savior.  It's a church
21  on Park Avenue and 39th Street.
22     Q   What was the nature of that
23  work?
24     A   You are going up to J.
25  Walter?

1        BRIAN MULLANEY - VOLUME I
2     Q   Yes.
3     A   Well, I did brochures or
4  helped marketing or fundraising ideas
5  to help them raise money, non-profit.
6     Q   Was this pro bono work by
7  J.W. or was this -- were they paying
8  the firm?
9     A   No, it was separate.  It was
10  just on my own.
11     Q   So through your professional
12  responsibilities, did you ever have
13  any clients who were non-profits?
14     A   No.
15     Q   Okay.
16       So at J.W. Thompson, you
17  stayed there about five years and then
18  where did you go?
19     A   I started my own tech ad
20  agency in my apartment with my life
21  savings in January 1990, at the
22  beginning of the recession and Desert
23  Storm.
24     Q   What do you mean by tech
25  advertising?

TransPerfect Legal Solutions
212-400-8845  depo@transperfect.com

BRIAN MULLANEY - VOLUME I

1
2    A    Well, in 1988, I never used
3    a computer before, but we pitched the
4    Computer Associates account out in
5    Long Island and won it and I learned
6    all about computers and met Michael
7    Dell and Bill Gates, and I saw the
8    beginning of the tech thing.
9        I said wow.  And at J.
10   Walter, I couldn't get anyone to work
11   on the computer account.  At that
12   time, believe it or not, at J. Walter
13   Thompson, my boss was James Patterson,
14   and there was one Mac in all of J.
15   Walter Thompson and no one saw it, so
16   I said I am going to quit and start an
17   ad agency in my apartment with two
18   Dell computers and an account
19   executive came with me.
20   Q    And who was that?
21   A    That was Frances McDonald
22   was her name.
23   Q    And what was the name of
24   the --
25   A    My firm was called Schell

BRIAN MULLANEY - VOLUME I

1
2    Mullaney.  My partner was Mike Schell,
3    who was an art director, and I was the
4    writer.
5        Q    So who were your clients?
6    A    Well, I starved for like
7    three or four months, thinking it was
8    the biggest mistake of my life, as my
9    parents pointed out, and then we
10   pitched and won the Computer
11   Associates account, which was a huge
12   account.
13       That -- how you run at J.
14   Walter Thompson -- and they fired
15   Thompson and came with us.  And so we
16   started to handle them domestically,
17   and then they loved the work we did
18   and then they had us fire every ad
19   agency in the world and we opened an
20   office in Paris and we handled all
21   their work.
22       From there we picked up the
23   Wall Street Journal.  We launched the
24   first digital version of that in '96
25   or so.  We worked for Standard

BRIAN MULLANEY - VOLUME I

1
2    Microsystems, which was a chip company
3    out in Long Island as well.  We worked
4    for Ziff Davis.  But the idea was all
5    tech stuff because no one at general
6    ad agencies knew or could talk to the
7    engineers and understand what was
8    going on.
9        You understand this is
10   before e-mail and this is before
11   networking and this is before the
12   Internet.
13   Q    So tell me what it was that
14   you were doing as a tech agency that
15   the other firms weren't.
16   A    Oh, we were a big name
17   talent that had worked and won Clios
18   for the biggest brands in America, and
19   we were learning about computers and
20   we could talk to engineers and do an
21   ad for the computer world for a
22   mainframe, for a database or financial
23   software or any of that.  So we
24   specialized in it.
25       So that's why the clients

BRIAN MULLANEY - VOLUME I

1
2    liked us and we could then take a very
3    boring engineer and do an ad in
4    computer world that would score two or
5    three times as well as the other ads,
6    which were done by engineers.
7    Q    So you were basically using
8    your knowledge of the technology to
9    create the advertising for a tech
10   company selling technology?
11   A    Yeah, it was more like up
12   until us, most of the ad agencies were
13   run by engineers, very boring stuff.
14   We were guys that had done
15   million-dollar commercials and my
16   partner won Lions at the Cannes Film
17   Festival.  We brought that talent to a
18   very nerdy group.  This was before
19   tech was hip and the Silicon Valley TV
20   show.
21   Q    Was the advertising you were
22   doing tech?
23   A    Yes.
24   Q    Technical in any kind of
25   way?

BRIAN MULLANEY - VOLUME I

1     A   Yes, because the products --
2 we were selling software. We were
3 selling chips. We were selling
4 database.
5     Q   I understand.
6     That's what you were
7 advertising, were technology products,
8 but your place -- was the advertising
9 medium any different than it would
10 have been if you were selling beer or
11 cigarettes?
12     A   Yes, in that it was a B2B,
13 business-to-business, primarily print.
14 We did a little TV at the end, but it
15 was mostly B2B.
16     Q   Okay.
17     But it was still print
18 primarily as opposed to --
19     A   Yeah, this was before the
20 Internet. It was mostly print and
21 then we branched out and started doing
22 direct mail and we did trade shows --
23 B2B tech trade shows.
24     We kind of morphed into

*Note: lines renumbered below*

---

BRIAN MULLANEY - VOLUME I

1    A  Yes, because the products --
2 we were selling software. We were
3 selling chips. We were selling
4 database.
5    Q  I understand.
6    That's what you were
7 advertising, were technology products,
8 but your place -- was the advertising
9 medium any different than it would
10 have been if you were selling beer or
11 cigarettes?
12    A  Yes, in that it was a B2B,
13 business-to-business, primarily print.
14 We did a little TV at the end, but it
15 was mostly B2B.
16    Q  Okay.
17    But it was still print
18 primarily as opposed to --
19    A  Yeah, this was before the
20 Internet. It was mostly print and
21 then we branched out and started doing
22 direct mail and we did trade shows --
23 B2B tech trade shows.
24    We kind of morphed into

BRIAN MULLANEY - VOLUME I

1 doing all the marketing things they
2 would need, product conception, naming
3 products, branding them, package
4 design. I wrote the speeches for the
5 chairman, stuff like that. Just about
6 everything we could do.
7    Q  Okay. You mentioned direct
8 mail.
9    Was this the first time you
10 started working with direct mail?
11    A  Yes, but it was very
12 different direct mail than what I did
13 later on because it was B2B direct
14 mail, so it's a very different animal,
15 but yes.
16    Q  And how did you learn about
17 how to do that?
18    A  Well, I really learned about
19 direct mail at Smile Train because I
20 knew nothing about consumer direct
21 mail and we learned by doing and then
22 we had a really good vendor who taught
23 me a lot.
24    So the first letter -- so

BRIAN MULLANEY - VOLUME I

1 can I jump ahead to that or --
2    Q  How long did you have
3 your --
4    A  I didn't learn about direct
5 mail at Schell Mullaney.
6    MR. LILIEN: When you say
7 "direct mail," what are you
8 referring to? What would you send
9 out?
10    THE WITNESS: Well, direct
11 mail --
12    MR. LILIEN: The B2B.
13    THE WITNESS: We would send
14 letters to the CEO of every
15 high-tech company there was or we
16 would send letters to, you know,
17 titles at tech companies.
18    MR. LILIEN: What was the
19 content of the letters?
20    THE WITNESS: I sent a box
21 with, you know, the boss style you
22 could rip the head off of. We had
23 to send one of those to Johnny,
24 the chairman of IBM. So that was

BRIAN MULLANEY - VOLUME I

1 a very expensive piece. Anything
2 from that to a bowling ball, a
3 ball and chain that had IBM
4 printed on it and it said is this
5 how you feel about your database
6 vendor, so creative things to
7 boring letters and brochures,
8 things like that.
9    MR. LILIEN: The purpose of
10 a letter was what?
11    THE WITNESS: To get a lead,
12 to get a meeting, to get -- you
13 know, call us, to get a salesman
14 in the door to sell the product.
15    MR. LILIEN: Okay.
16 BY MR. CURCHACK:
17    Q  Would you be involved in the
18 sales process?
19    A  No.
20    Q  So these letters actually
21 came from your client?
22    A  Yes. Yep.
23    Q  So how long were you running
24 this agency?

BRIAN MULLANEY - VOLUME I

1
2    A    Ten years.
3    Q    So that takes us to about --
4    A    1999.
5    Q    And what happened next?
6    A    Well, I was really
7    fortunate.  I sold my agency in 1996,
8    and I only had to run it for two or
9    three years, which I did.
10    Q    Who did you sell it to?
11    A    I sold it to CKS
12    Interactive, which was the first kind
13    of tech agency that Goldman Sachs took
14    public.  We were there for the
15    acquisition.  They had 140 employees.
16    That was in '96.  In 1999, they had
17    10,000 employees.
18    MR. LILIEN:  Who owned CKS
19    at the time?
20    THE WITNESS:  They are
21    publicly traded because Goldman
22    took them public.
23    MR. LILIEN:  They took them
24    public before your sale?
25    THE WITNESS:  Yes.

BRIAN MULLANEY - VOLUME I

1
2    MR. LILIEN:  Got it.
3    THE WITNESS:  They raised
4    the money to go buy -- do the
5    roll-ups.  They went and bought 70
6    firms.  Then they crescendoed with
7    10,000 employees and one billion
8    in sales and they were the biggest
9    bankruptcy of the TechReg in
10    April 2000.
11    We had luckily sold all our
12    stock, but we bought back selected
13    assets a year before and kept
14    operating on our own.
15    BY MR. CURCHACK:
16    Q    So in other words -- well,
17    during that period, from 1996 to 1999,
18    you were under contract to CKS as part
19    of the sale?
20    A    Yes.  Yes.
21    Q    And then when they went
22    bankrupt, you bought back some --
23    A    No, before -- before -- six
24    months before.
25    Q    Okay.

BRIAN MULLANEY - VOLUME I

1
2    And --
3    A    I got a call from a lawyer
4    that said would you like to buy back
5    some selected assets.  I said, sure.
6    He goes, well, you have to do it by
7    next Friday.  I said that sounds good
8    to me.
9    Q    Okay.
10    So were you still employed
11    at the time by them?
12    A    Well, yeah, I was buying my
13    freedom back from them.
14    Q    Okay.
15    So in connection with buying
16    the assets --
17    A    I was one of the assets I
18    buying back.
19    Q    Your employment terminated.
20    Okay.
21    You went back to running
22    your own agency --
23    A    Yeah.
24    Q    -- for some period of time?
25    A    Yes.

BRIAN MULLANEY - VOLUME I

1
2    Q    For how long?
3    A    The overlay of this is --
4    when I had my own agency, I did a lot
5    of charity work as well.  And in
6    '92 -- in '93, I started at charity
7    called Operation Smile in New York
8    City to provide cosmetic -- not
9    cosmetic -- reconstructive children
10    for poor children in New York City
11    public schools.
12    And we started work with the
13    public school system to identify the
14    kids.  Then I lined up all the major
15    hospitals in New York who agreed to
16    provide free surgery.
17    Q    And what drew you to that
18    cause?
19    A    Well, I was riding the
20    subway in '88, 89, when I was
21    completely broke, up Park Avenue
22    because I was doing freelance work for
23    cosmetic surgeons that were making
24    millions and millions of dollars.
25    I rode the subway up there.

BRIAN MULLANEY - VOLUME I

1    I learned a lot about cosmetic
2    surgery.  I would see kids when school
3    got out that had giant hairy nevuses
4    or hemangiomas or six fingers or no
5    ears.
6         So I went to those doctors
7    and said if I find kids, would you
8    help them for free, and I started it
9    that way.
10        MR. LILIEN:  I'm sorry, what
11   were you doing for plastic
12   surgery?
13        THE WITNESS:  I was doing
14   marketing for them.  I was doing
15   newspaper ads and TV commercials.
16   BY MR. CURCHACK:
17        Q    So --
18        A    I was unmarried and I was a
19   yuppy and I was very fortunate.  I
20   wanted to do charity work.  So I went
21   to Koch's Office of Volunteerism down
22   near City Hall and I had this nice
23   little old lady who said what do you
24   want to do.  I said I travel a lot,

BRIAN MULLANEY - VOLUME I

1    so -- but I would like to work with
2    some black kids who don't have a
3    father or the boys' and girls' club,
4    something like that, because I was a
5    jock.
6         She said you want to do
7    that?  That will be horrible.  She
8    goes you went to Harvard.  She goes I
9    have these Japanese business men that
10   need to learn English and I want you
11   to volunteer to do that.
12        I stormed out of there and
13   said I am going to start my own
14   charity and I am going to help these
15   kids on the subway, so that was the
16   genesis of that.
17        MR. LILIEN:  When you say
18   you started your own charity, what
19   does that mean?
20        THE WITNESS:  I wrote to
21   Chancellor Fernandez.  He was the
22   chancellor of all the public city
23   schools, and told him my idea, and
24   he wrote back, this is a great

BRIAN MULLANEY - VOLUME I

1    idea, meet with so and so.  I
2    started traveling to Brooklyn to
3    have these meetings.
4         And the idea was free
5    surgery for kids who were mostly
6    immigrants or really poor who were
7    disfigured.  So it took us two
8    years to get approval from the
9    bureaucracy there.  At the very
10   last minute, they wanted me to
11   sign personally that if anything
12   happened to a kid I would lose all
13   my assets and my house.
14        So I told the lawyer at the
15   board of education, I was going to
16   call the New York Post.  She said,
17   okay, you don't need to do that.
18   We started in 79 schools and grew
19   to 500 schools and grew to all
20   1200 schools and we found hundreds
21   and hundreds of kids with
22   problems.
23        MR. LILIEN:  So where in the
24   timeline of this is relative to

BRIAN MULLANEY - VOLUME I

1    where you were forming your new
2    company?
3         THE WITNESS:  When I had my
4    new company, so '92, '93.
5         MR. LILIEN:  So you're
6    running your advertising agency?
7         THE WITNESS:  Yeah.
8         MR. LILIEN:  Marketing
9    company?
10        THE WITNESS:  Yeah.
11        MR. LILIEN:  And the same
12   time forming charity?
13        THE WITNESS:  Yeah, I was
14   financing the charity work,
15   whatever expenses there were from
16   my new company.
17        MR. LILIEN:  I see.
18        THE WITNESS:  But there
19   weren't that many expenses.
20        MR. LILIEN:  The role you
21   were playing -- what was the
22   official role in the charity?
23        THE WITNESS:  Well, the
24   lawyer that helped me sell my

8 (Pages 26 to 29)

BRIAN MULLANEY - VOLUME I

1      BRIAN MULLANEY - VOLUME I
2 company of Jones Day, he
3 incorporated us and registered the
4 name and we weren't doing
5 fundraising because I was
6 financing it. So we really had to
7 make it work.
8      MR. LILIEN: What position
9 did you have at the time when you
10 were forming it?
11      THE WITNESS: I don't know.
12 President or CEO. There wasn't
13 much there. It was me and my
14 partner. And then we hired a
15 woman to kind of run it for us, I
16 believe, for like 30 grand a year.
17 BY MR. CURCHACK:
18      Q So this Operation Smile was,
19 at that point -- by "that point," I
20 mean when it's being formed in early
21 1990s -- was not raising any funds.
22      You were just connecting
23 people in need with people willing to
24 perform the service?
25      A Yes. We were like a Uber

1      BRIAN MULLANEY - VOLUME I
2 platform. Then in '94 and '95, I
3 opened up People magazine and on the
4 cover is another charity called
5 Operation Smile, and that is in
6 Virginia, and I never heard of them.
7      They had bad lawyers because
8 they weren't registered in New York.
9 I wrote to them. I flew down and met
10 them, the founder. Very charismatic
11 guy. And his wife, the co-founders.
12 They were much bigger than us. They
13 helped kids overseas.
14      I said my program is to help
15 Inner city kids. As successful as it
16 is in New York, we want to take it to
17 Chicago, Detroit and large urban
18 areas. They said why don't we merge
19 together and we did. We merged. Then
20 I went on their board of directors
21 around '94, '95, and I started going
22 on missions around the world.
23      MR. LILIEN: Who did you
24 meet with at the time? Do you
25 recall?

1      BRIAN MULLANEY - VOLUME I
2      THE WITNESS: At
3 Operation Smile, the two founders,
4 the people who started it, Bill
5 Magee and Kathy Magee.
6 BY MR. CURCHACK:
7      Q Now, did the organization
8 that you were setting up in New York
9 with Jones Day --
10      A Yeah.
11      Q -- organized for you, did
12 that have a name?
13      A Yeah, it was
14 Operation Smile.
15      Q I'm sorry, I thought that
16 was the name of the people in --
17      A Yes.
18      Q It was the same --
19      A They never registered in New
20 York, so we registered it.
21      Q So it was a coincidence that
22 the names were the same?
23      A It was a coincidence, yes.
24      MR. LILIEN: How long did
25 the organization last; '92 to '95,

1      BRIAN MULLANEY - VOLUME I
2 your organization?
3      THE WITNESS: Yes. When I
4 went on the board, I turned over
5 all my operations to them and then
6 they -- the 501(c)(3) stuff was
7 never closed out, and when I
8 started Smile Train years later,
9 the same Jones Day lawyer
10 Rob Smith used that and we brought
11 it back to life, as bizarre as
12 that sounds.
13      MR. LILIEN: Let me make
14 sure I understand this.
15      The (c)(3) organization was
16 formed in '92; received tax exempt
17 status as a (c)(3) organization.
18      THE WITNESS: Yeah.
19      MR. LILIEN: In 1995 you
20 merged with the Virginia
21 Operation Smile?
22      THE WITNESS: Right. Right.
23      MR. LILIEN: But it wasn't a
24 formal merger?
25      THE WITNESS: It was a

BRIAN MULLANEY - VOLUME I

1  formal merger. The board approved
2  it.
3     MR. LILIEN: The corporation
4  that existed in New York --
5     THE WITNESS: Yeah, it was
6  never snuffed out. It was never
7  closed.
8     MR. TRIVIGNO: Let him
9  finish.
10    MR. LILIEN: Was it formally
11 merged into the Virginia entity
12 such that the New York corporation
13 no longer was in existence, or did
14 it remain in existence in New
15 York?
16    THE WITNESS: Unbeknownst to
17 me, it remained in existence.
18    MR. LILIEN: So when -- when
19 you were merging, what did you
20 think was happening at the time?
21    THE WITNESS: Oh, I went on
22 their board and started raising
23 money for them and traveling and I
24 didn't spend a second doing my own

*(Line numbers above correspond to lines 1–25)*

BRIAN MULLANEY - VOLUME I

1  stuff at all.
2     MR. LILIEN: Just moving
3  forward now to Smile Train, can
4  you explain again -- explain what
5  you meant by Smile Train using --
6  where you reengaged this entity --
7  renew this entity.
8     THE WITNESS: Sure. So I go
9  on the board of Smile Train, and I
10 loved it. It was great work.
11 BY MR. CURCHACK:
12    Q   Smile Train or
13 Operation Smile?
14    A   Sorry, Operation Smile. I
15 started traveling to Gaza, China and
16 all around the world, to Vietnam, and
17 I was -- I just loved it and started
18 to help them raise money.
19    When I joined them they were
20 raising $60,000 a year in New York,
21 which is like nothing. I never raised
22 money before, but I knew it was
23 nothing. So the next year, I
24 introduced them to the chairman at

BRIAN MULLANEY - VOLUME I

1  Johnson & Johnson.
2     He was our honoree. We
3  raised $1.2 million. So I raised
4  money, traveled around the world, got
5  very involved, and then I sold my
6  agency, which gave me more time to do
7  this and I loved it. It was like a
8  labor of love. So I did that and it
9  was a life-changing experience. But
10 every mission I would go on, 400 kids
11 would show up and you turn away 300
12 because the mission is a two-week
13 medical mission and you can only
14 operate on 100 kids.
15    MR. LILIEN: Why could you
16 only operate on 100 kids?
17    THE WITNESS: They only had
18 so much time, so much surgeons, so
19 many beds. They posed a list of
20 100 kids. And someone has to tell
21 300 mothers their kid was not
22 getting surgery. It was horrific.
23 I watched that for years. And I
24 kept telling Bill Magee, the

BRIAN MULLANEY - VOLUME I

1  surgery is a miracle, but your
2  business model is horrible. He
3  says what is a business model. I
4  said it's so expensive. Your ROI
5  is bad. It cost so much to ship
6  10,000 pounds of equipment.
7     He said what is ROI? If you
8  throw all your numbers into a
9  spreadsheet -- he is like what is
10 a spreadsheet. I did that for
11 five years, and then I finally
12 quit to start a better charity in
13 1998 -- around there, '98.
14 BY MR. CURCHACK:
15    Q   That was Smile Train?
16    A   That was Smile Train. So we
17 separated from them and we took money
18 from them that we had raised because
19 the Smile Train was a special project.
20 I came up with the idea of a train
21 while at Operation Smile that would
22 travel around China, and the local
23 surgeons would do the surgeries.
24    It was very controversial at

BRIAN MULLANEY - VOLUME I

1  BRIAN MULLANEY - VOLUME I
2  the time because Magee was like, well,
3  what am I going to do then. I wasn't
4  a surgeon. I didn't care who did the
5  surgery. But he did. So we had two
6  years. It was a special project
7  there.
8        There was a lot of tension
9  because he didn't like the local
10  surgeons operating and we did and so
11  we separated from them around '98,
12  '99. I formally started Smile Train
13  then.
14        MR. LILIEN: When you did
15  separate --
16        THE WITNESS: Yeah.
17        MR. LILIEN: -- how did that
18  come about? How did the
19  conversation with Mr. Magee go?
20        THE WITNESS: Well, it was
21  horrible. There was a lot of
22  tension because he didn't --
23  because I raised 10 million for
24  the Smile Train thing. He wanted
25  that 10 million for his own

1  BRIAN MULLANEY - VOLUME I
2  project.
3        He had a project called the
4  Pope Project where he was going to
5  bring 5,000 kids into the Vatican
6  with clefts, disfigured, and the
7  Pope was going to bless them and
8  then they were going to go home
9  and get operated on in 40
10  countries and then come back.
11        We thought -- or I thought
12  it was the worst idea in the
13  world, because it's so expensive
14  and -- for a lot of reasons. He
15  was raising money for that. I
16  come up with this Smile Train idea
17  and I get 10 million like that.
18  We get on the Today Show like
19  that. And President George Bush
20  takes it to the president of
21  China, Jiang Zemin, who loved it.
22        So we were taking off. He
23  couldn't raise any money for his
24  Pope project. He didn't like our
25  project. There was a lot of

1  BRIAN MULLANEY - VOLUME I
2  tension. And we had good people
3  on the board, like Bob Darretta,
4  who was the CEO of Johnson &
5  Johnson.
6        We were trying to get the
7  Magees to get professional
8  management stuff, and then a
9  horrible thing happened in August.
10  They sent a mission to Beijing,
11  and two kids died on the first
12  day. And so that is the day I
13  quit with Charles Wang. He was on
14  the board as well.
15  BY MR. CURCHACK:
16    Q  I was going to ask you, who
17  else was on the board?
18    A  Who was on the Smile Train
19  board?
20    Q  Who was on the board when
21  you quit?
22    A  When I quit, Bill Magee;
23  Kathy Magee; Charles Wang; Ann Ziff,
24  the chairman of Metropolitan Opera. I
25  don't know if she was chairman then,

1  BRIAN MULLANEY - VOLUME I
2  but she is now. John Wrenn from
3  Minneapolis.
4        I can't remember all the
5  names, but there were like 15 people.
6        MR. LILIEN: Brian, I think
7  you mentioned you raised 10 or
8  $12 million --
9        THE WITNESS: Yeah.
10        MR. LILIEN: -- for
11  Operation -- for the Smile Train
12  project.
13        THE WITNESS: For the
14  Smile Train project.
15        MR. LILIEN: Where was that
16  money accounted for? Was that on
17  Operation Smile's --
18        THE WITNESS: Yes.
19        MR. LILIEN: -- bank?
20  Okay.
21        THE WITNESS: Yes.
22        MR. LILIEN: And when you
23  left Operation Smile --
24        THE WITNESS: Yes.
25        MR. LILIEN: -- you resigned

BRIAN MULLANEY - VOLUME I

1 as a board member?
2 THE WITNESS: Yes.
3 MR. LILIEN: Did you have
4 any other role at Operation Smile
5 beyond board member?
6 THE WITNESS: No.
7 MR. LILIEN: Did you take
8 any of that money with you --
9 THE WITNESS: Yes.
10 MR. LILIEN: -- to
11 Smile Train?
12 THE WITNESS: Yes.
13 MR. LILIEN: How did that
14 process work out?
15 THE WITNESS: My Jones Day
16 lawyer negotiated with them,
17 because we had a big fundraiser in
18 January 1998 at the Winter Garden
19 down in Wall Street, and we had
20 all these bigwigs there and we
21 raised a lot of money and Charles
22 Wang had given a couple of million
23 and Bill Gates had given a million
24 for the Smile Train project.

BRIAN MULLANEY - VOLUME I

1 So we arrived at a figure of
2 4 and a half million, something
3 like that, and that's what they
4 gave us.
5 MR. LILIEN: Was that
6 memorialized in any sort of
7 agreement?
8 THE WITNESS: Well, it's on
9 our 990 for starting Smile Train.
10 I know that is the accurate
11 number. I don't know. I wasn't
12 running Smile Train. I was on the
13 board, but I wasn't the CEO, so I
14 don't know.
15 MR. LILIEN: Okay. The
16 accident you referred to in
17 China --
18 THE WITNESS: Yeah.
19 MR. LILIEN: -- was that a
20 Smile Train project?
21 THE WITNESS: No, it was on
22 the cover of The New York Times in
23 November '99, two days in a row.
24 It was really

BRIAN MULLANEY - VOLUME I

1 outrageous because -- if I could
2 tell you what the accident was.
3 There's a machine called the
4 pulse oximeter. It measures the
5 oxygen in your blood, and it makes
6 sure you are getting oxygen. So
7 they shipped the machine there to
8 Beijing, but the anesthesiologist
9 didn't plug it in because he likes
10 to do it the old-fashion way,
11 cowboy medicine. This kid wasn't
12 getting any oxygen, and he died.
13 Like, no one should ever die from
14 a cleft surgery.
15 MR. LILIEN: As a result,
16 were you asked to resign as a
17 result of the accident?
18 THE WITNESS: No.
19 MR. LILIEN: Did you resign
20 as a result of the accident?
21 THE WITNESS: Charles Wang
22 called me and he heard it first
23 because his people in China called
24 him and said we are both resigning

BRIAN MULLANEY - VOLUME I

1 today because they just killed two
2 kids.
3 He got a special report in
4 Chinese that they sent to him.
5 BY MR. CURCHACK:
6 Q So you don't recall whether
7 there was a formal separation
8 agreement between, what I will call
9 Smile Train and Operation Smile?
10 A No, I don't.
11 Q Is Mr. Smith still
12 practicing?
13 Do you know?
14 A Yes. I can put you in touch
15 with him, if you'd like.
16 Q Okay.
17 Thanks.
18 A Do you want me to --
19 Q We will reach out for him.
20 A He works for some Chinese
21 importer company in Manhattan.
22 Q If you can send me his
23 contact information, I would
24 appreciate it. Thanks.

1         BRIAN MULLANEY - VOLUME I
2            So let's talk about setting
3  up Smile Train.
4            You said -- you said the
5  existing 501(c) corporation, which was
6  your New York Operation Smile was
7  still apparently in existence?
8       A    Yes.
9       Q    Okay.
10           So what did you do?
11      A    Well, my Jones Day lawyer
12  Rob Smith changed all the names, and
13  that was going to be our new name.
14      Q    The name was changed to
15  Smile Train?
16      A    Yes.
17      Q    Okay.
18      A    He wrote up some bylaws, and
19  we created a small board.
20      Q    Who was on that board?
21      A    It was Charles Wang, and me,
22  and Rob Smith and I believe Joe
23  McCarthy -- Dr. Joe McCarthy from NYU,
24  and Ann Ziff.  I don't know if I said
25  her.

1         BRIAN MULLANEY - VOLUME I
2       Q    Did Operation Smile continue
3  in operation?
4       A    Oh, yes.
5       Q    Is it still in operation?
6       A    Yes.
7       Q    Okay.
8            So what was your -- now,
9  when Smile Train was set up, you were
10  still running, I guess, the second
11  version of your ad agency?
12      A    Yes.
13      Q    Okay.
14           And did you have any formal
15  title other than being on the board of
16  directors?
17      A    At Smile --
18      Q    At Smile Train?
19      A    At Smile -- sorry.  I still
20  mix them up.
21           No, I was just on the board,
22  but I was very -- there's only four of
23  us or five of us.  The first thing of
24  business was to hire a CEO.
25      Q    Who did you hire?

1         BRIAN MULLANEY - VOLUME I
2       A    We stole away -- DeLois
3  Greenwood quit Op Smile, or was
4  actually fired.  They were mad at her
5  because she didn't like the Pope
6  project, and she liked the
7  Smile Train, so she came with us.  And
8  then we hired a headhunter to hire our
9  first CEO.
10      Q    Who was that?
11      A    His name was Don Moores,
12  M-O-O-R-E-S, and he came fresh out of
13  the Peace Corps.
14      Q    Okay.
15           MR. LILIEN:  Fresh out of
16  the Peace Corps in what capacity?
17           THE WITNESS:  He just got
18  back from Uganda or Congo, a
19  two-year stint.  He was a
20  volunteer.
21           MR. LILIEN:  He was a
22  volunteer; he wasn't in
23  administrative capacity?
24           THE WITNESS:  No.
25  BY MR. CURCHACK:

1         BRIAN MULLANEY - VOLUME I
2       Q    What money did Smile Train
3  have at that point?
4       A    Well, all we had was the
5  transfer from Operation Smile.
6       Q    Okay.
7       A    We didn't start raising
8  money until years later.
9       Q    Okay.
10           So what did you -- what did
11  Smile Train do when you first -- when
12  it first was set up?
13      A    Well, we had a lot of money
14  because in addition to the WonderWork
15  money, Wang had -- made a big pledge
16  of a million shares of CA stock.
17           MR. LILIEN:  WonderWork
18  money?
19           THE WITNESS:  Smile Train.
20           MR. LILIEN:  You mentioned
21  WonderWork.
22  BY MR. CURCHACK:
23      Q    You meant to give
24  Operation Smile money.
25           When you first --

BRIAN MULLANEY - VOLUME I

1
2    A    We are talking Smile Train
3  now.  We got the money from
4  Operation Smile, and it's 2000 --
5  2000, 1999, yes.
6    Q    And --
7    A    We had, in addition to that,
8  four-something million.  We had a
9  pledge from Charles Wang for one
10  million shares of CA stock and
11  matching that was his mentor or patron
12  Walter Haefner, who owned one of the
13  companies Wang bought, and he pledged
14  a million shares as well.
15    So we had -- the stock was
16  at like 35 bucks.  That's $60 million.
17  So we didn't worry about raising money
18  at all.  We worried about getting
19  surgeries going as quickly as we
20  could.
21    Q    What was the model for
22  getting those surgeries done?
23    A    It was a tricky business
24  because I never started a charity
25  before and this whole new model was

BRIAN MULLANEY - VOLUME I

1
2  brand new of local surgeons, so we
3  didn't know how to do it.
4    We went to the Chinese
5  government and they said just give us
6  the money and we will take care of it
7  and we didn't trust them and we didn't
8  like that.
9    So we went to China, because
10  we had to start there because Wang was
11  Chinese.  He wanted us to start there.
12  That was the least we could do because
13  he was giving us a lot of money.
14    To operate in China, you
15  need a shadow company or Chinese
16  company, so they hooked us up with
17  China Charity Federation.  That was
18  our sponsor charity.  We met with
19  them.  And we told them we wanted to
20  find local surgeons to do clefts and
21  they said, well, this is a crazy idea.
22  No one has done this before, but we
23  have this one surgeon out in Shanghai,
24  China.  You should go meet him.  He's
25  our best cleft surgeon.

BRIAN MULLANEY - VOLUME I

1
2    I didn't go there.  DeLois
3  went and met with him for a week and
4  saw he was a good surgeon and gave him
5  a pilot grant to do 2,000 surgeries.
6  He finished them in six months.
7    Operation Smile hadn't done
8  2,000 surgeries in 10 years.  So we
9  go, wow, this is a great model.  These
10  local guys can do it.  When we left
11  Operation Smile, Magee said children
12  are going to die if you do this.
13  Local surgeons stink.  They kept
14  saying, Brian, you are not a doctor.
15  You don't know what you are doing.  We
16  started with that and then found other
17  surgeons like that and started to grow
18  like crazy around China because the
19  surgeons there are excellent.  They do
20  more clefts than American surgeons.
21  They are talented and care about their
22  kids.
23    So we started to grow very
24  quickly in China.  And then Wang was
25  going to be in India for a press

BRIAN MULLANEY - VOLUME I

1
2  conference.  He said I want to mention
3  this program in India.  So we started
4  finding partners in India and then
5  that grew really quick.  Our
6  surgeries, the first year were 2,000.
7  But then the second and third year,
8  they were 20,000 and 30,000, 40,000.
9    Now, Op Smile when I joined
10  them were doing 3,000 surgeries a year
11  after 20 years, so we took off like a
12  Google startup.  So it was just like
13  an entrepreneurial thing.  It was very
14  busy and hectic and fast-growing.
15    Q    What was your role as a
16  board member at Smile Train?
17    A    Well, it changed.  We hired
18  Don Moores.  He was really slow.  He
19  was -- after like a year, we weren't
20  close to doing any surgeries.  He said
21  it's going to be years and years.  We
22  have to establish relationships.  So
23  we fired him.  We hired a guy from
24  Sesame Street named -- I am blanking
25  on his name.  A really nice guy.  But

BRIAN MULLANEY - VOLUME I

1 BRIAN MULLANEY - VOLUME I
2 also really slow.
3 His name is Boris. He just
4 wasn't -- we had $60 million in the
5 bank. We weren't doing the growth I
6 just said. We were doing no
7 surgeries. So in 2001, we had done,
8 like, no surgeries or 500 surgeries
9 after two years and we had
10 $60 million. So we fired him. I
11 agreed to become interim president for
12 one year.
13 So that was April of 2001.
14 So that's when my role changed from a
15 board member to employee.
16 Q And so at that point -- had
17 you received any compensation --
18 A No.
19 Q -- from Smile Train before
20 that?
21 A No.
22 Q Did you start getting
23 compensation at that point?
24 A Yes.
25 Q Do you remember how much?

1 BRIAN MULLANEY - VOLUME I
2 A No.
3 MR. LILIEN: One more
4 question.
5 The 2,000 surgeries you
6 mentioned in China, Mr. Wang was
7 there, what year did that occur?
8 THE WITNESS: Oh, the guinea
9 pig in Shanghai, the 2,000
10 surgeries?
11 MR. LILIEN: Yeah.
12 THE WITNESS: In 2000 or
13 2001, right around there.
14 MR. LILIEN: How did that
15 correlate with the hiring of the
16 first two CEOs?
17 THE WITNESS: It was kind of
18 incidental to them because I don't
19 know -- I don't remember anything
20 specific about that.
21 We wanted to do a hundred
22 thousand surgeries a year, so
23 those 2,000 that we did was a
24 six-month project. That was a
25 one-off thing because DeLois

1 BRIAN MULLANEY - VOLUME I
2 Greenwood went and found that guy.
3 I don't know how -- I don't
4 remember if it was Boris was on
5 duty or Don Moores. I think
6 Boris.
7 BY MR. CURCHACK:
8 Q Other than that one surgeon
9 prior to your becoming interim CEO --
10 A Yeah.
11 Q -- had Smile Train paid for
12 any surgeries?
13 A I don't know the exact --
14 that's 17 years ago. I don't know.
15 There may have been a couple others,
16 but the first two COs we hired were
17 slow and bureaucratic and that's why
18 we let them go.
19 Q So when did you stop all
20 work related to your advertising
21 agency?
22 A When I started at
23 Smile Train.
24 Q Started as the CEO or --
25 A Yes.

1 BRIAN MULLANEY - VOLUME I
2 MR. LILIEN: Did you sell
3 the business?
4 THE WITNESS: Well, I sold
5 it previously in '96.
6 MR. LILIEN: I thought you
7 bought it back.
8 THE WITNESS: I did, but
9 there was really nothing to sell.
10 We had selected assets. I bought
11 a couple leases back. My partner
12 was 10 years older and kind of
13 wanted to retire, so it just
14 closed down.
15 BY MR. CURCHACK:
16 Q That was Mr. Schell?
17 A Yes.
18 Q Okay.
19 So you're now the interim
20 CEO?
21 A I was president, actually.
22 Q Okay.
23 President of Smile Train and
24 on the staff, you got DeLois
25 Greenwood?

BRIAN MULLANEY - VOLUME I

1           BRIAN MULLANEY - VOLUME I
2     A   Yes.
3     Q   Anybody else?
4     A   Yes.  Michele Sinesky, Troy
5  Reichman.  There was like a staff of
6  five.
7     Q   Okay.
8          And the board was still the
9  same?
10         You said there were 15
11  people, I think.
12     A   Five people.
13     Q   Five.  That was you,
14  Smith --
15     A   Ann Ziff.
16     Q   -- Ziff, Wang and McCarthy?
17     A   And Joe McCarthy.
18         MR. LILIEN:  Wang is the
19  chair?
20         THE WITNESS:  No, Ann Ziff
21  was the chair.
22  BY MR. CURCHACK:
23     Q   So what happened then?
24     A   Well, then we -- it was a
25  mess because there was no map or there

1           BRIAN MULLANEY - VOLUME I
2  was no business plan.  They would just
3  go to work every day and say, oh, I
4  think I am going to go to China next
5  month or something.
6         So we had the success with
7  the one surgeon.  We thought that was
8  a test program that worked really
9  well.  And we said, how are we going
10  to systemize it.  We created a whole
11  business plan to generate -- to find
12  surgeons and hospitals that could do
13  the surgeries.
14         And we had to decide how we
15  would interact with them.  We pay the
16  surgeons.  We pay the hospitals.  How
17  much would we pay them?  How would we
18  pay them?  We built a whole business
19  plan over the next year, year and a
20  half.
21         And the phone started
22  ringing off the hook, because as word
23  spread among these surgeons, who were
24  used to rich Americans coming in and
25  humiliating them and pushing them

1           BRIAN MULLANEY - VOLUME I
2  aside on these missions, they all
3  loved the idea of being, you know,
4  empowered, to help their own kids.
5         So it was really hectic, and
6  our surgeries went from 2,000 a
7  year -- you got the board
8  presentations.  You could see 2,000 to
9  10,000 to 20- to 30,000 to 40,000 to
10  50,000.
11     Q   We are still with
12  Smile Train?
13     A   Yes.
14     Q   But you were still working
15  off of that initial capitalization of
16  the $60 million?
17     A   We hadn't received Wang's
18  and -- capitalization, and Haefner
19  decided to pay his in cash, five
20  million a year over seven years, or
21  seven million over five years.  I
22  don't remember.  We had plenty of
23  money.
24         There was an urgency to get
25  the money out the door and help people

1           BRIAN MULLANEY - VOLUME I
2  and stuff.
3     Q   Okay.
4         So when did Smile Train
5  start raising money?
6     A   Well, one of the first --
7  within the first year I went to the
8  board and said, now we are doing
9  surgeries and we are scaling extremely
10  fast and we need to develop an ability
11  to raise money, because all the money
12  is going out.  We are not raising any
13  money.
14         So I made a board
15  presentation.  And my background was
16  advertising, so I found a firm that
17  would place remnant ads.
18         Do you know what those are?
19         They are space the newspaper
20  can't sell.  So you don't know when
21  your ad is going to run or where, but
22  it cost 90 percent less.  So we
23  started to run remnant ads with a
24  coupon that said, "Give a kid with a
25  cleft a second chance in life."  I did

BRIAN MULLANEY - VOLUME I

1     BRIAN MULLANEY - VOLUME I
2 all the ads. They started to become
3 very successful. We started to raise
4 money that way.
5     Q    Do you remember when this
6 was?
7     A    Right after I started, like
8 2002.
9     Q    Okay.
10          Keep going.
11    A    So a gentleman who ran the
12 largest direct mail firm in America
13 saw the ads and said this would really
14 work in direct mail.
15    Q    Who was that?
16    A    I will think of it. It's
17 Operation Smile's firm today. So we
18 said, okay, we will do a test with you
19 and we met with them and said how does
20 direct mail work because we didn't
21 know and they said, like, how much
22 does a letter cost? How much does the
23 printing cost? You don't need to know
24 that. Just give us a hundred grand or
25 150 grand and this is how much is

1     BRIAN MULLANEY - VOLUME I
2 going to come in. They go away. So I
3 didn't really trust them.
4          And so they did that. Then
5 I secretly wrote our own letter and
6 mailed it to 50,000 people.
7     Q    Where did you get the
8 mailing list?
9     A    My secretary Karen is
10 phenomenal. She found a list of
11 companies. She rented a list, and we
12 did our own mailing. And we met with
13 them again and -- Russ Reid -- Russ
14 Reid is the name of that company.
15         So we met with them and they
16 had a half percent response rate and
17 they said -- it was a disaster. It
18 was like nowhere near the results they
19 had promised, and they said but we
20 know what the problem is. We
21 shouldn't have said the surgery was
22 $250. It's too expensive. We have to
23 change that.
24         Our mailer had tripled the
25 response rate, one and a half percent.

1     BRIAN MULLANEY - VOLUME I
2 So we shook hands with them and said
3 good-bye and we started our direct
4 mail program in-house.
5          MR. LILIEN: When you say
6 one and a half percent -- one and
7 half response rate, what does that
8 mean?
9          THE WITNESS: This is
10 acquisition mailing to acquire
11 donors. So direct mail is you're
12 acquiring a donor, and once I have
13 Jason's name, I cultivate you.
14 You're a donor.
15         So in acquisition mailings,
16 you always lose money. Usually a
17 good mailing you lose half. So it
18 costs $2 to raise a dollar to
19 acquire people. And that's -- so
20 the 1 percent -- one and a half
21 percent would be we mailed a
22 million people and we got 10,000
23 responses, you know, 1 percent.
24 BY MR. CURCHACK:
25    Q    So the percentage of --

1     BRIAN MULLANEY - VOLUME I
2     A    Of responses.
3     Q    -- responses to the mailing?
4          Now, was that the first
5 direct mail piece that you had ever
6 sent out?
7     A    Yes, to consumers.
8     Q    Right.
9          Other than the
10 business-to-business stuff?
11    A    Yeah.
12    Q    Okay. So keep going.
13         What happened then?
14    A    So we kind of did the best
15 we could on our own for a year or two.
16 The results were really good.
17 Americans really liked that they could
18 give money to a charity that solved
19 the problem, that had a before and
20 after picture, that was so cheap and
21 we were a tiny charity and we said we
22 are small and this is real. And they
23 called up, and I would answer the
24 phone.
25         So we grew really quickly,

1          BRIAN MULLANEY - VOLUME I
2 and the donors liked it. It got too
3 big for us to manage in-house so, we
4 started looking for an outside vendor
5 and we ended up at Target Market Team.
6     Q    This is Smile Train?
7     A    Yes.
8     Q    Okay.
9        And what was your
10 relationship with them?
11     A    They were a vendor, but they
12 were very smart, very experienced and
13 they helped us find better printers so
14 we could get better prices and they
15 coordinated all the work.
16        There's a ton of work to
17 getting a letter out in the mail at a
18 good price on a certain date. And
19 then when the results come back in,
20 you need help analyzing all the
21 results to see which lists worked and
22 what didn't work and all that.
23        So they kind of took us
24 under their wing and we learned a lot
25 under them and it was a great

1          BRIAN MULLANEY - VOLUME I
2 partnership.
3        MR. LILIEN: Who was your
4 principal contact there at the
5 time?
6        THE WITNESS: Ron Bell.
7        MR. LILIEN: Ron Bell was
8 the principal person throughout
9 the relationship while at
10 Smile Train?
11        THE WITNESS: Yeah. I know.
12 It's -- yes, Smile Train.
13        He's a Harvard business
14 school guy. He's really sharp.
15 He's probably the best in the
16 business.
17 BY MR. CURCHACK:
18     Q    Since Smile Train was -- how
19 long did this relationship with TMT go
20 on?
21     A    Well, they are still there.
22     Q    Okay.
23        When did you leave
24 Smile Train?
25     A    I left in October 2010.

1          BRIAN MULLANEY - VOLUME I
2     Q    So from --
3     A    Although, formally, my term,
4 they say went through June 2011, but
5 physically I left in October 2010.
6     Q    So from 2002, when you first
7 put the remnant ads in until
8 October 2010, briefly could you sort
9 of describe the course of Smile Train?
10     A    We had a great 10-year run.
11 We earned the trust of millions of --
12 more than 2 million donors. We found
13 great partners everywhere that could
14 do surgeries safely.
15        We had a really good medical
16 advisory board because it's -- don't
17 do surgery because if you mess up,
18 people die. It was like a dream. And
19 the fundraising was going well. The
20 programs were going well.
21        We wanted to raise awareness
22 about the problem with clefts. We did
23 a movie and won an Oscar. That was in
24 the meeting notes. Let's try to do a
25 movie and win an Oscar. We

1          BRIAN MULLANEY - VOLUME I
2 distributed that Oscar to a million of
3 the richest homes in America and
4 licensed it to HBO. It's been seen by
5 30 million people. So it was all
6 perfect.
7        And then in 2010, Charles
8 Wang left us alone. He was my
9 co-founder. He would show up for
10 three meetings a year. He would never
11 go to the office any other times. He
12 was not very involved. Something
13 changed with him, and he wanted more
14 control.
15     Q    Before we get there --
16     A    Okay. All right.
17     Q    -- you said your programs
18 were doing well, I think.
19     A    Yes.
20     Q    What exactly was the
21 program?
22     A    The program was finding
23 hospitals in poor countries where
24 there was a great need for cleft
25 surgery, so we would -- you can't just

BRIAN MULLANEY - VOLUME I

1 BRIAN MULLANEY - VOLUME I
2 say it's a developing country, because
3 if you look at it closely, the
4 hundredth poorest country, there's a
5 huge difference between Mexico and
6 Pakistan.
7 So we would find the poorest
8 countries with the greatest number of
9 clefts and target them. We would not
10 go to Sierra Leone and Sri Lanka. We
11 would go to places that we could scale
12 up. We learned that by starting in
13 China and India.
14 We find a hospital that --
15 you got to understand, there's no
16 concept of pro bono over there.
17 Everyone comes up to me, and says let
18 the doctor do it for free. Everyone
19 is poor. The hospital is poor.
20 Doctors are poor. The nurses make $10
21 a month.
22 Typically, the only people
23 who get surgery are people with money.
24 So we find a hospital that did a
25 hundred cleft surgeries last year,

1 BRIAN MULLANEY - VOLUME I
2 because a hundred people could pay.
3 We go to them and say we want to scale
4 you up and help you, how much does it
5 cost to do a surgery and they would
6 say $800.
7 We would say we will give
8 you 250 but we will buy a thousand of
9 them, and we would scale them up,
10 while monitoring their quality and
11 monitoring their financial integrity
12 with anti-fraud stuff to make sure the
13 quality and safety was good and that
14 the money was going where we wanted it
15 to.
16 Q How did you -- how did they
17 pay for the other $550 of the $800
18 surgery, if you only gave them 250?
19 A The $800 was because they
20 went to our website and they saw it
21 cost 750 or whatever. That was a
22 fictitious number. We would haggle
23 with them. Some hospitals are poorer
24 than others or richer than others.
25 We would try to find a good

1 BRIAN MULLANEY - VOLUME I
2 number, but we started out at 250,
3 which is pretty good. The surgery in
4 US is 5,000 or more. And we would ask
5 them -- we wanted to make sure these
6 were incremental surgeries. We wanted
7 to make sure we weren't displacing
8 money.
9 And I was convinced they
10 were going to cheat us. So in 2002,
11 2003 we developed a database and we
12 forced them to upload their charts
13 to -- this is before any hospitals
14 were computerized in America. It was
15 an electronic health records database.
16 That was awesome because -- we did it
17 for fraud. So we didn't want people
18 submitting a record more than once and
19 getting paid for it because it was
20 like the invoice.
21 But then we said, wow, we
22 have a hundred thousand records and
23 each one has a before and after
24 picture. We said this would be a
25 great tool for quality. So we had one

1 BRIAN MULLANEY - VOLUME I
2 of our expert cleft surgeons in Texas
3 start reviewing them and grading them
4 and so that program grew and pretty
5 soon we had a quality rating for every
6 participating surgeon.
7 So any month we could say
8 here are our ten worst surgeons and
9 wrap our arms around them or help them
10 or make them better and we had the
11 leverage with the money, that they
12 would do whatever we wanted and send
13 an American surgeon there.
14 Q Okay.
15 So during this period, you
16 started doing direct mail?
17 A Yes.
18 Q Those direct mail
19 solicitations I take it were
20 successful?
21 A Yes, beyond our wildest
22 dreams.
23 Q So let's go to 2010.
24 I think you said it was that
25 things started -- the relationship

BRIAN MULLANEY - VOLUME I

1 with Mr. Wang started to change.
2 A Right. So since 2007, if
3 you look at our board stuff, I would
4 mention, wow, we got $20 million extra
5 in the bank. We got $30 million extra
6 in the bank. We got 40 million extra.
7 It kept growing.
8 My name was on all the
9 letters. I knew a lot of the donors,
10 so it made me uncomfortable. As early
11 as 2006, 2007, I talked about
12 expanding the program. Then 2008 came
13 along and the world fell apart.
14 Q What do you mean -- what do
15 you mean by "expanding the program"?
16 A We were only doing cleft
17 surgeries, and I'd visit these
18 hospitals and they would say, Brian,
19 and they begged me to go to the burn
20 ward or begged me to go to the
21 orthopedic ward and see the crippled
22 kids with clubfoot or beg me to see
23 fistula -- you know, because all these
24 hospitals are overflowing.

BRIAN MULLANEY - VOLUME I

1 We were like the rich white
2 guys coming and only helping clefts
3 when they had much bigger problems.
4 Q Okay.
5 A The money kept mounting up.
6 And 2008 came. I put all my plans on
7 hold. In 2008, we panicked also when
8 Lehman went down and we cut all of our
9 contributions around the world to all
10 our partners because we thought the
11 world was coming to an end.
12 It turned out to be one of
13 our best years ever in terms of
14 fundraising. So now it's 2009 and we
15 are back and raising much more than we
16 need and the surplus is 90 million, a
17 hundred million. It's not good. So
18 in --
19 MR. LILIEN: What is not
20 good, I'm sorry?
21 THE WITNESS: It's not good
22 to raise that money and not spend
23 it.
24 MR. POLKOWITZ: Excess cash?

BRIAN MULLANEY - VOLUME I

1 THE WITNESS: Yeah, and it's
2 untruthful. It's not Harvard
3 going into an endowment. The
4 donors expected us to spend it. I
5 was writing letters saying your
6 donation is going to give a kid a
7 second chance at life, not sitting
8 in some bank, Brown Brothers.
9 So I was pushing and I
10 didn't want to run a bank. So in
11 the September board meeting, as
12 you can see in the minutes,
13 October 2009, I went to the board
14 and said this is getting
15 ridiculous. We are over a hundred
16 million now, and we talked about
17 it before, but I want to go do
18 some testing for blindness, to see
19 if a blindness direct mail piece
20 would work. And the board said
21 yes at that meeting. And so we
22 spent the fall doing that. We
23 decided not to do the mailer
24 because the mailer takes

BRIAN MULLANEY - VOLUME I

1 three months to figure out. It's
2 got a longer lead time where you
3 can place an ad in The New York
4 Times and see if it works or not.
5 So we placed ads in The New
6 York Times and Wall Street Journal
7 that fall, and the results were
8 very encouraging.
9 MR. LILIEN: What did the ad
10 say?
11 THE WITNESS: Well, the
12 first ads -- we knew nothing about
13 blindness. So we said, a seven
14 cent tablet of vitamin A will keep
15 this kid from going blind. That
16 was one ad. A $7 pair of glasses
17 will let this kid go to school.
18 And the third one was a $250
19 surgery would give this blind kid
20 their eyesight back.
21 MR. LILIEN: And the board
22 approved spending Smile Train's
23 funds --
24 THE WITNESS: Yes.

1       BRIAN MULLANEY - VOLUME I
2       MR. LILIEN: -- to launch
3 this program?
4       THE WITNESS: To do the
5 test.
6       MR. LILIEN: To do the test?
7       THE WITNESS: Yes.
8       MR. LILIEN: Was Mr. Wang
9 one of those board members that
10 approved it.
11      THE WITNESS: Yes. Yes.
12 He's revised a lot of his stuff.
13 Yes. The minutes show it and
14 presentation shows it and
15 Rob Smith, who was there, will
16 tell you, and the other board
17 members.
18      So I was all excited. Now,
19 it's February 2010, and I go to
20 the board with these results that
21 are good and my plan -- my plan
22 was, look, we can't spend more
23 than 40 million a year on clefts.
24 We were trying to give it away in
25 China. We were buying vans like a

1       BRIAN MULLANEY - VOLUME I
2 drunken sailor. There was no way
3 to spend more, and the surgeries
4 had stopped growing.
5      So we grew from 2,000 to 20,
6 30, 40. They leveled off at
7 around 120,000 surgeries a year
8 and --
9       MR. LILIEN: What did you
10 do, Brian, with the money you
11 raised from this test program?
12      THE WITNESS: Oh, Wang shut
13 it down, and we gave it to
14 charities that do blindness.
15      MR. LILIEN: Let's explore
16 this for a moment.
17      THE WITNESS: Yeah.
18      MR. LILIEN: When were the
19 ads placed, approximately when?
20      THE WITNESS:
21 December 2009 --
22 November/December 2009, somewhere
23 in January.
24      MR. LILIEN: How much money
25 was raised roughly?

1       BRIAN MULLANEY - VOLUME I
2      THE WITNESS: Not much,
3 because it was an acquisition, and
4 I don't know -- 40, 50 grand,
5 something like that.
6      MR. LILIEN: Okay.
7      THE WITNESS: So Wang came
8 along later and shut it all down
9 and dispersed that to blindness
10 charities.
11      So I forget where I was.
12 BY MR. CURCHACK:
13    Q   Why did he shut it down?
14    A   Well, let me finish with the
15 meeting so you have the full context.
16    Q   Sure.
17    A   So previously in that fall
18 also, or that summer, the Chinese
19 government -- they knew us now. We
20 were the biggest children charity in
21 China, and we met the administrative
22 of health. They have 75,000
23 hospitals. We had money coming out of
24 our ears, so we said let's go to the
25 government and see if they will help

1       BRIAN MULLANEY - VOLUME I
2 us expand.
3      We are only in 150 hospitals
4 in China. So the government of China
5 was great. They go we want to go from
6 150 to 400. This is after being in
7 China for nine years, eight years, you
8 know. So it's China, and they go
9 boom. And we are in 400 hospitals in
10 six months -- maybe a year. That is
11 the beauty of China.
12      But the surgeries didn't go
13 up. We were all freaked out. Why
14 aren't they going up. We go, did they
15 pick the wrong hospitals. Did they
16 not give them directions? So we went
17 to Steve Levitt, who is a brilliant
18 guy. He's on our board of governors.
19 We said, Steve, what do you think is
20 going on here? And we gave him all of
21 our records. And he's a brilliant
22 guy. What he did -- I will keep this
23 short.
24      He said the median age of
25 your patients when you started in 2001

TransPerfect Legal Solutions
212-400-8845 depo@transperfect.com

BRIAN MULLANEY - VOLUME I

1    BRIAN MULLANEY - VOLUME I
2  was 4 and a half years old. So in
3  America, 5,000 clefts are born, and
4  the median age is nine months when
5  they get surgery. So it's four and a
6  half years. Now it's close to two
7  years. The median age has dropped
8  down.
9        If you look at the
10  distribution of the surgeries, many
11  fewer 15-year-olds, 12-year-olds,
12  nine-year-olds. Because in America,
13  they are all nine months. Ethiopia
14  the operating median age is 11,
15  because they are poor. You see this
16  relationship with the backdrop.
17        So he gave us these maps and
18  showed us that. And we said, well,
19  maybe it's China. Let's look at
20  India. Same thing. India was poorer
21  than China. Their median age started
22  at six and half. After nine years of
23  our surgeries and raising awareness
24  about it and all of that stuff, it was
25  down to three.

1    BRIAN MULLANEY - VOLUME I
2        So we go, wow, we have this
3  tool that can tell you. We have done
4  many more surgeries than we thought.
5  The backlog is almost cleaned up.
6  These surgeries have no place to go
7  but down. We really have to spend
8  money on other stuff.
9        So that was part of my
10  presentation. Wang hated that part
11  because he wanted spending in China to
12  go up.
13        MR. LILIEN: When was this,
14  Brian?
15        THE WITNESS: This was at
16  the board meeting in
17  February 2010. So what I was
18  saying was clefts are still going
19  to be born, but the big number is
20  the backlog. When you clean up
21  the backlog, you're dealing with
22  the new births.
23        I say clefts are going to go
24  down. It is 125,000 today. If
25  you go to the Smile Train website,

1    BRIAN MULLANEY - VOLUME I
2  they are down to 105,000.
3        He didn't want spending to
4  go down in China. He told us, you
5  need to spend a lot of money
6  there. My businesses are there.
7  My future is there. We met the
8  president of China. He met Jiang
9  Zemin. I was with him meeting
10  him.
11        He has a lot of stuff going
12  on. He wanted spending up, up, up
13  in China. He saw my plan, which
14  was really -- I wasn't going to
15  close down spending in China. And
16  I knew that he wanted to spend in
17  China.
18        I said blindness is a huge
19  problem in China. He hated the
20  idea. I said let's take five
21  million out of 135 million was the
22  backlog then. It's going up --
23  BY MR. CURCHACK:
24    Q    By "backlog" you mean cash?
25    A    Surplus of unused donations.

1    BRIAN MULLANEY - VOLUME I
2  In my presentation I said this is
3  going to hit 500 million. Here is my
4  data and here is my ideas and here is
5  my plan and he reacted, pounded the
6  table. He said that's bullshit.
7  Surgery is going to go up. Steve
8  Levitt is a moron.
9        MR. LILIEN: Was this the
10  first time that you and Mr. Wang
11  had that discussion?
12        THE WITNESS: No, I tried to
13  sell it to him privately. And
14  then he was really upset that day.
15  And screamed. I don't think we
16  should go into this expanding the
17  mission and he said no, no. I
18  want you to make that presentation
19  and watch how your friend
20  Don Murphy votes.
21        MR. LILIEN: When did that
22  private conversation take place?
23        THE WITNESS: It happened
24  immediately before that board
25  meeting and it happened a month

BRIAN MULLANEY - VOLUME I

1 earlier or two. I used to meet
2 him privately and stuff.
3
4 I was shocked. Don Murphy
5 was a friend of mine who I brought
6 on the board and he told me he
7 controlled his vote. I said,
8 well, look, I don't want to be out
9 of sync with you. We have been
10 friends 23 years. Let's work this
11 out. And he said no, no. I want
12 you to go ahead.
13 MR. LILIEN: When you went
14 into the board meeting, you were
15 expecting a reaction from
16 Mr. Wang?
17 THE WITNESS: I always
18 thought I could talk him into it.
19 It was the right thing to do. We
20 would have given -- restored the
21 eyesight of a million kids in
22 China as well. I knew that was
23 important to him, and I respected
24 that. We never would have had a
25 Smile Train without him.

BRIAN MULLANEY - VOLUME I

1
2 Something had changed.
3 He -- his businesses were all
4 going bankrupt. His accountant
5 Bob Bell told me all his
6 businesses are bankrupt except
7 Smile Train. I said, well,
8 Smile Train isn't a business. He
9 said, yeah, but it has a
10 $100 million.
11 So I was met with fury. I
12 thought we would have a
13 discussion. He wouldn't let
14 anyone discuss it. It was a
15 disaster.
16 BY MR. CURCHACK:
17 Q So the board voted on your
18 proposal to expand --
19 A There wasn't any discussion.
20 He pounded the table and screamed and
21 that was it.
22 Q Okay.
23 And then what happened?
24 A So he said -- I said, I
25 didn't know what to do. I wasn't

BRIAN MULLANEY - VOLUME I

1 going to keep raising $150 million a
2 year that wasn't going to be spent. I
3 thought he would cool off.
4 That was February. I said
5 let's do a meeting in April. Let's
6 have a strategic meeting on what to do
7 with all this money. It was going to
8 go up. He agreed to that special
9 board meeting in April. Then I get on
10 an airplane to India on March 3rd, and
11 March 4th he started a takeover of the
12 board.
13 MR. LILIEN: What does that
14 mean?
15 THE WITNESS: He sent in Bob
16 Bell, his accountant of 35 years,
17 to our offices saying he need to
18 go through all our books and all
19 my expense accounts, looking for
20 dirt.
21 And they called me in India,
22 the people running, crying, and
23 said what is he doing. He said
24 this is a board investigation.
25

BRIAN MULLANEY - VOLUME I

1 Bob Bell says that. I call other
2 board members, Rob Smith. There
3 is no board investigation. There
4 was no discussion.
5 No, we don't need to do
6 anything. When I called Don
7 Murphy, I knew he was bought then.
8 He paused and said, well, he's
9 chair of the audit committee. I
10 guess he can do whatever he wants.
11 So they went looking through
12 all this stuff. They found
13 nothing. And the April meeting
14 was coming up and I asked Ann Ziff
15 to call Bob -- Don Murphy, who was
16 a very close friend of hers,
17 because he was the swing vote. We
18 had six, seven people on the
19 board, and three of them were Wang
20 and his employees. And he would
21 have four if he had Don Murphy.
22 Don Murphy drove out and
23 told Wang he wasn't going to go
24 through with it. He chickened

BRIAN MULLANEY - VOLUME I

1     out.  That bought me more time at
2     the regular meeting.  I was
3     running around to Jones Day and
4     law firms to stop him from taking
5     over the charity.  There was
6     nothing I could do.
7            In June, he put another
8     lawyer on the board and an
9     accountant, in June, and voted him
10    out.  Rammed him down our throat.
11    Then it was over.  He called me
12    into his office a week later,
13    two weeks later and said you got
14    to figure out how to get lost.
15    This is all my money, and this is
16    my show now.  So you have to find
17    a way to disappear.
18           That was July 7th.
19    BY MR. CURCHACK:
20    Q    Did he fire you?
21    A    No.
22    Q    He asked you to resign?
23    A    No.  So that was July 7th.
24    And I asked him -- you know, he was

BRIAN MULLANEY - VOLUME I

1     just on a rampage.  And then September
2     he called a special meeting of the
3     board, and we didn't know what to do
4     that summer.  We were like he's going
5     to take it over and we called our
6     counsel for Smile Train of 10 years
7     and he said he couldn't call me back.
8     He was on vacation.  He was secretly
9     hired by Wang that summer.
10    Q    Who was that?
11    A    Omar -- weird name.
12    Q    Do you remember the firm
13    name?
14    A    Patterson.
15    Q    Patterson Belknap?
16    A    He's a non-profit guy.  So I
17    am calling him.  I say I have a
18    director trying to take over the
19    company.  He said I will have to call
20    you back.  I am busy.  He never called
21    us.
22           Then he marched in with
23    Wang.  He was on his payroll.  We
24    found secret documents.  Wang hired

BRIAN MULLANEY - VOLUME I

1     him away that summer.  They made me
2     leave.  They went into executive
3     session, and then they held a kangaroo
4     court saying Mullaney has got to go.
5            The two independent
6     directors fought for me for like
7     three hours, but it just became how is
8     he going to go.  Wang said walk him
9     out on the street.  Screw him.  They
10    said this is going to be a PR debacle.
11           So they brought me in and
12    said all right.  If you resign, we are
13    going to let you finish your term to
14    June, and then we are going to give
15    you a consulting agreement and then we
16    are going to give you severance, and
17    we are going to give you all this
18    stuff.
19           I love the charity.  I
20    didn't want to be in The New York
21    Times.  I didn't want to be in a mud
22    fight with Charles Wang, who is a very
23    controversial guy.  So I agreed to go.
24    Q    And so there was -- you got

BRIAN MULLANEY - VOLUME I

1     some sort of severance package?
2     A    No, they never honored any
3     of it.  I got a few more paychecks and
4     then reneged on everything.
5     Q    Did you ever sue them?
6     A    No.  They started suing me.
7     Q    And without getting into
8     the --
9     A    They wanted me to sue them,
10    but --
11    Q    That litigation --
12    A    Yeah.
13    Q    -- was that ultimately
14    resolved?
15    A    Which litigation?
16    Q    You said they sued you.
17    A    Oh, it's still going on.
18    This arbitration is the Charles Wang
19    thing.  He sued me in State Court.
20    Q    This is Smile Train, we are
21    talking about?
22    A    Charles Wang sued me
23    personally in State Court.
24    Q    Okay.

24  (Pages 90 to 93)

BRIAN MULLANEY - VOLUME I

1
2    A    Then Smile Train file
3  lawsuits against me in State Court
4  that I didn't know about because I
5  wasn't given notice.  Then they filed
6  a Federal lawsuit against me and
7  WonderWork and then they filed a
8  lawsuit against me in London.
9    Q    Hang on.  We are not at
10 WonderWork yet.
11   A    Okay.  You are talking about
12 after I left?
13   Q    I am saying at the time you
14 left Smile Train --
15   A    Yes.
16   Q    -- in September of 2010 --
17   A    Yeah.
18   Q    -- after that special board
19 meeting --
20   A    Yeah.
21   Q    -- they offered you a
22 severance package?
23   A    Right.
24   Q    And you said they honored it
25 for a couple of months?

BRIAN MULLANEY - VOLUME I

1
2    A    Yeah.  That was in
3  October 13th, I signed it.  They gave
4  me three more paychecks, I believe,
5  until April -- March, April and then
6  they stopped without explanation.
7  They promised me --
8        MR. LILIEN:  Did you say
9  March, April?
10       THE WITNESS:  Yes.
11       MR. LILIEN:  The timing -- I
12 want to make sure I understand --
13       THE WITNESS:  Special
14 meeting in September.
15       MR. LILIEN:  Yeah.
16       THE WITNESS:  I said I will
17 think about their offer.  I agreed
18 at the meeting in October and
19 signed it --
20       MR. LILIEN:  Did you
21 leave --
22       THE WITNESS:  -- under
23 duress.
24       MR. LILIEN:  You left the
25 office --

BRIAN MULLANEY - VOLUME I

1
2        THE WITNESS:  I left in
3  October.
4        MR. LILIEN:  And then what
5  happened after October?
6        THE WITNESS:  They promised
7  me $500,000 by December to start
8  my new charity WonderWork.
9  BY MR. CURCHACK:
10   Q    They knew you were going to
11 be starting a new charity?
12   A    Yes.
13   Q    Was that part of the
14 discussions about the separation?
15   A    Yeah, they said you want to
16 do blindness?  Go do blindness.  Start
17 your own charity.  We will give you
18 half a million dollars.
19       MR. LILIEN:  In form of a
20 grant?
21       THE WITNESS:  Yes.
22       MR. LILIEN:  Was that
23 memorialized in writing?
24       THE WITNESS:  Yes.
25       MR. LILIEN:  How was that

BRIAN MULLANEY - VOLUME I

1
2  memorialized?
3        THE WITNESS:  It's in my
4  separation agreement.
5  BY MR. CURCHACK:
6    Q    Was that a grant to the
7  charity, or was that compensation to
8  you?
9    A    No.  No.  It was a grant to
10 the charity.
11   Q    To the charity?
12   A    So they said that I would
13 stay on the payroll through June and
14 then I would get a one-year consulting
15 arrangement and then I would get
16 another bonus and all this stuff.  It
17 was all --
18   Q    Okay.  So a couple of
19 specific questions.
20       You said -- they said they
21 would pay you until June, but they
22 stopped writing the checks in March or
23 April?
24   A    Yes.
25   Q    They said they would give

BRIAN MULLANEY - VOLUME I

1 you a $500,000 grant?
2 A   Yeah.
3 Q   Did that grant ever get
4 made?
5 A   No.
6 Q   So what did you do when they
7 stopped paying?
8 A   I looked to them and asked
9 them why.
10 Q   What did they respond?
11 A   They never responded.
12 Q   Okay.
13 And then at some point,
14 Charles Wang commenced litigation
15 against you personally?
16 A   Yes, but before that
17 happened, the real humdinger was he
18 got rid of me in October, and my staff
19 was all shaking.  He said all your
20 jobs are safe.  But he got the staff
21 together and he told the staff that I
22 had been stealing from the charity for
23 years.
24 And he got the managers

BRIAN MULLANEY - VOLUME I

1 together in December of 2010 and said
2 he was going to destroy me and if
3 anyone didn't have the stomach for it,
4 they should resign right now.
5 And then a month later, he
6 announces -- the first week of
7 February, he announces that he had
8 secretly met with -- because I stayed
9 on the board.  I was a board member.
10 So at the February board
11 meeting, he announced that he had
12 secretly negotiated a merger agreement
13 with Operation Smile, and that all the
14 assets for Smile Train were going to
15 be sent to Virginia and that was the
16 new setup.
17 And a hundred million -- 125
18 million was going into a special
19 account he would control with his
20 employees.
21 Q   Okay.
22 So did that merger ever
23 happen?
24 A   No.  We --

BRIAN MULLANEY - VOLUME I

1 Q   When you say "we" --
2 A   Independent directors went
3 running to Jones Day and we
4 represented them/us and a sent letter
5 to the AG's office or charities bureau
6 saying you need to look into this.
7 A petition went online and
8 thousands and thousands of Smile Train
9 donors signed it saying they were
10 against this and some lawyer had told
11 Wang that it would be a rubber stamp
12 with the AG, and the minute he heard
13 the AG was going to look into what he
14 was doing, he withdrew the merger and
15 he blamed it all on me, so we stopped
16 it.
17 Q   And then -- then he sued
18 you?
19 A   Then -- that's February,
20 March.  Then he tried to hire DeLois
21 back, and said I am trying to save
22 DeLois because the lawsuits are
23 coming.  And come back and work for
24 me.  You have to get away from Brian.

BRIAN MULLANEY - VOLUME I

1 And she politely declined.
2 And he filed state lawsuits
3 that summer 2011, and then the big one
4 was the Federal lawsuit in December
5 of 2011.
6 MR. LILIEN:  When he claims
7 that you were stealing and told
8 your employees at Smile Train you
9 were stealing, what was he
10 referring to?
11 THE WITNESS:  He was lying.
12 MR. LILIEN:  What were the
13 allegations?
14 THE WITNESS:  Oh, that was
15 it.  He was saying I was stealing.
16 In the arbitration, he testified
17 for two days.  He told the
18 arbitrator, you know, I gave
19 10 million to Smile Train and only
20 4 million ended up -- I gave to
21 Operation Smile and only 4 million
22 ended up there and Mullaney stole
23 that money.
24 He said that in his

BRIAN MULLANEY - VOLUME I

1      BRIAN MULLANEY - VOLUME I
2  testimony, and the arbitrator
3  wrote it in his decision. He
4  just -- he's -- I don't need to
5  tell you about him.
6      MR. LILIEN: This is
7  Operation Smile, the 10 million
8  that you are referring to?
9      THE WITNESS: Yes, he made a
10 pledge of 10 million. He never
11 gave them that money. So he said
12 that and a lot of bad things about
13 me, and any one of my friends -- I
14 worked with these people for
15 10 years -- to talk to me, they
16 had to leave the office because
17 they were listening in on phone
18 calls.
19     He brought in all of his
20 employees. They started going
21 through everyone's direct mail and
22 reading who they are talking to
23 and stuff. They brought in a
24 high-end surveillance company to
25 put cameras everywhere in the

1      BRIAN MULLANEY - VOLUME I
2  middle of the night so none of the
3  employees would know it, to see
4  who they are talking with, meeting
5  with.
6      It was horrible. Everyone
7  was scared to death.
8  BY MR. CURCHACK:
9      Q  Okay.
10     So I take it you had counsel
11 at the time in response to this?
12     A  Yeah.
13     Q  Who was your counsel?
14     A  Well, when they stopped
15 paying me -- they didn't pay me the
16 grant. They didn't pay me -- I got a
17 human resource labor lawyer from
18 Proskauer.
19     Q  Hm-hm.
20     A  So he said this merger is
21 great. They will give you whatever
22 you want. Just tell Wang you helped
23 to do the merger, and they will give
24 you $2 million to walk away. But I
25 spent 10 years building this charity,

1      BRIAN MULLANEY - VOLUME I
2  so I said I didn't want to do that.
3      So that was the end of him.
4  And then I just was busy trying to set
5  up WonderWork and raising money for it
6  and running around doing that.
7      MR. LILIEN: Who represented
8  you after you fired the Proskauer
9  lawyer?
10     THE WITNESS: The next
11 lawyer -- I have had like ten --
12 was Jones Day for the Federal
13 lawsuit.
14 BY MR. CURCHACK:
15     Q  Now, are the state suits
16 still going on?
17     A  No, they were -- I wasn't
18 even aware of them.
19     Q  So they've never been
20 settled, but --
21     A  Yeah, they are. With the
22 Federal lawsuit, they were all wiped
23 away.
24     Q  Federal lawsuit settlement
25 settled everything?

1      BRIAN MULLANEY - VOLUME I
2      A  Yeah, and I got a release
3  and they got a release but they
4  refused to include England, so they
5  got done -- the state lawsuits -- they
6  sued me in the Federal thing. That
7  took six months and cost a ton of
8  money.
9      When that was all tied up,
10 he launched the lawsuits in London
11 against me.
12     Q  The Smile Train UK lawsuits?
13     A  Yes.
14     Q  And what happened to those?
15     A  In the UK, we were raising
16 $18 million a year out of a P.O. Box.
17 We had no office and no staff. The
18 auditor said where is this money
19 coming from? Who is doing all the
20 work? We were doing all the work in
21 New York.
22     So the auditors allocated
23 one-third of our highest three paid
24 employees to Smile Train UK and it was
25 deducted from our pay in the US and

27 (Pages 102 to 105)

BRIAN MULLANEY - VOLUME I

1       BRIAN MULLANEY - VOLUME I
2 wired to us once or twice a year from
3 the UK.
4       The auditors knew about it.
5 We did it for six years. It's -- a
6 lot of multi-nationals do this. So I
7 had payroll come into me. He went to
8 the UK government and he said I was a
9 consultant that finagled my way onto
10 the UK board and I was stealing all
11 that money.
12       And to do that, he knocked
13 everyone off the board, including me,
14 and replaced them all with his friends
15 and got them to do the lawsuit and I
16 had to defend it. And to receive
17 compensation as a board member, you
18 have to do certain things, and we did
19 not do the paperwork because our
20 counsel in London didn't tell us, so
21 we didn't know.
22       So the Barrister who signed
23 the thing said, I am really sorry.
24 You got to pay all this money back,
25 but you have a suit against New York

1       BRIAN MULLANEY - VOLUME I
2 because it's income that they owe you.
3 And Rob Smith in Smile Train board
4 meeting said, we owe Brian this money.
5 Let's just pay him. And Wang said,
6 no, let him sue us for it.
7       It cost me a great deal of
8 time and anguish.
9      MR. LILIEN: What were you
10 compensated as a board member?
11      THE WITNESS: I wasn't paid
12 as a board member. I was paid as
13 an employee in New York doing
14 marketing work for the UK.
15      MR. LILIEN: I see.
16      THE WITNESS: So the top
17 three paid officers had one-third
18 of their pay deducted from the New
19 York pay and they went to London
20 and said it was incremental money
21 and I was stealing.
22       It was typical Wang. It was
23 a nightmare.
24 BY MR. CURCHACK:
25    Q   So the money that you were

1       BRIAN MULLANEY - VOLUME I
2 paid by the UK was money --
3    A   It was out of my New York
4 paycheck.
5    Q   So it wasn't additional
6 compensation?
7    A   Uh-uh.
8    Q   Did you actually receive the
9 money?
10    A   Yes, I received the money
11 and paid taxes on it and then --
12    Q   Here or there?
13    A   Here.
14    Q   Okay.
15    A   And then had to pay it all
16 back, plus their legal fees.
17    Q   Okay.
18    A   It was horrible.
19    Q   Who were the other -- you
20 said the top three officers.
21    A   Yeah. It was Pricilla Ma,
22 who was like the chief marketing
23 officer, and DeLois Greenwood, who was
24 the chief operating officer.
25       They went to DeLois and said

1       BRIAN MULLANEY - VOLUME I
2 you see what we are doing to Brian.
3 We won't sue you if you vote these
4 people on the Smile Train Canada board
5 or else we will crush you.
6       So I am still on the
7 sponsoring Canada board.
8    Q   What is the sponsoring
9 Canada board?
10    A   There were all these boards
11 around the world for Smile Train.
12    Q   DeLois was on those boards?
13    A   Yeah.
14      MR. LILIEN: What was the
15 relationship between the
16 countries -- the chapters -- what
17 way were they affiliated with New
18 York?
19      THE WITNESS: They were
20 directly controlled by New York,
21 established by then. They weren't
22 independent at all. It was all
23 Wang's friends, and they reported
24 to New York, and all the money got
25 sucked out of the UK and went to

BRIAN MULLANEY - VOLUME I

1       BRIAN MULLANEY - VOLUME I
2  New York.
3       MR. LILIEN: So these are
4  advisory boards.
5       THE WITNESS: No. You
6  needed a board in the UK, so we
7  had -- you know, legally, and we
8  have a good law firm then, you
9  know, and we had a good 10 years
10  with it.
11      But then he came along and
12  saw it as another opportunity.
13      MR. LILIEN: What I'm asking
14  is, in the individual countries,
15  were these separate corporations,
16  separate entities, or were these
17  programs or parts of the US
18  entity?
19      THE WITNESS: They were a
20  separate legal entity --
21      MR. LILIEN: Okay.
22      THE WITNESS: -- controlled
23  by New York.
24  BY MR. CURCHACK:
25    Q   So how long did this

BRIAN MULLANEY - VOLUME I

1       BRIAN MULLANEY - VOLUME I
2  litigation go on before it was finally
3  resolved?
4    A   Which litigation; the
5  Federal?
6    Q   The Federal.
7    A   I think that was filed in
8  December 2012, I believe.
9    Q   Okay.
10    A   Yeah, because -- I think it
11  was December 2012. Then we settled it
12  in June of the following year. We
13  settled it because the magistrate told
14  me that it would cost us 2 to
15  $3 million to litigate.
16    Q   That is the -- okay.
17    A   The Federal.
18    Q   US Federal case?
19    A   Yeah.
20    Q   Okay.
21      Let's move to the
22  establishment of WonderWork.
23    A   Okay.
24    Q   When -- the initial name of
25  WonderWork was not WonderWork, was it?

BRIAN MULLANEY - VOLUME I

1       BRIAN MULLANEY - VOLUME I
2    A   No, it was Surgery for the
3  Poor.
4    Q   Okay.
5      When did Surgery for the
6  Poor get organized?
7    A   Right after I walked out the
8  door of Smile Train in October of
9  2010. I hired a lawyer and initiated
10  the process to get a -- set up a
11  501(c)(3).
12    Q   Okay.
13      And what was the -- what was
14  the purpose of WonderWork?
15    A   The mission?
16    Q   I'm sorry, Surgery for the
17  Poor.
18    A   The mission was to take the
19  successful strategy and business model
20  that we built of empowering local
21  doctors and local surgeons, which was
22  been very successful, and bring that
23  to even larger global health problems,
24  such as clubfoot, burns and blindness.
25    Q   And has that always been the

BRIAN MULLANEY - VOLUME I

1       BRIAN MULLANEY - VOLUME I
2  mission of the organization?
3    A   Well, we included a hole in
4  the heart and water in the brain
5  originally, but six months later we
6  did some test mailings with donors and
7  they didn't respond well to those
8  appeals, so then we scaled it back to
9  focus on just three causes.
10    Q   Okay.
11      A number of the mailings
12  that I have seen when you signed them,
13  you say co-founder.
14      Who are the other founders?
15    A   I know. People asked me
16  about that. I do that because there's
17  no such thing called as co-founder
18  syndrome. I was keeping it open
19  because I thought of a few people who
20  might join me and become a co-founder
21  and I never really got around to
22  inviting anyone, so I don't have a
23  co-founder.
24    Q   At some point, I believe,
25  the WonderWork board -- just for the

1      BRIAN MULLANEY - VOLUME I
2  record, I am going to use the word
3  "WonderWork," and it mean Surgery for
4  the Poor or WonderWork, depending on
5  what was in place.
6          Let me ask this foundation
7  question.
8          Is there any reason why
9  using one name or the other would be
10 inaccurate?
11         In other words, was there
12 some period of time when they overlap?
13     A    No.
14     Q    Okay.
15         I know at some point, the
16 WonderWork board of directors passed a
17 resolution to indemnify you for your
18 legal fees in connection with
19 Smile Train.
20     A    Yeah.
21     Q    Do you recall that?
22     A    Vaguely, yes.
23     Q    Okay.
24         And the resolution, I will
25 state for the record -- the document

1      BRIAN MULLANEY - VOLUME I
2  is in the record -- had a cap of
3  $150,000.
4      A    Yeah.
5      Q    Do you recall what the
6  actual legal fees were?
7      A    Well, what happened was I
8  got the lawsuit and it named me
9  individually.  It was for actions that
10 I had taken to benefit WonderWork.
11         I raised millions of dollars
12 doing that, so I went to the board and
13 said they are suing me for raising --
14 I know this money went to me.
15         They said okay.  We will
16 indemnify.  The next week or month,
17 they put WonderWork as a defendant.
18 It became a non-issue and there was
19 haven't a cap and I never received any
20 money for legal fees.
21         So we hired Jones Day, and
22 they represented WonderWork and me.
23     Q    Okay.
24         Do you know whether any
25 claim was made against the indemnity

1      BRIAN MULLANEY - VOLUME I
2  policy for that?
3      A    An indemnity policy?  You
4  mean D&O insurance?
5      Q    Yes.  Yes.
6      A    Not to my knowledge, no.
7      Q    Do you know why a claim
8  wasn't made?
9      A    For our legal bills with the
10 Smile Train thing?
11     Q    Yes.
12     A    I believe I tried to get a
13 claim, but they said the accusations
14 were fraud and that's not covered by
15 D&O insurance.
16     Q    You mentioned ████████
17 as someone you met while you were --
18     A    I never met him, actually.
19     Q    Tell me about your
20 relationship with him.
21     A    He -- I used to correspond
22 with him and send letters.  So he was
23 a reclusive Swiss billionaire who
24 owned a company called Uccel that
25 Charles Wang bought and he told --

1      BRIAN MULLANEY - VOLUME I
2  Wang don't tell him don't sell your
3  stock.  Keep it.  And he kept it and
4  became billions -- worth billions.
5          He felt a real debt to
6  Charles Wang.  So when Wang started
7  Smile Train, he said I am going to
8  give him a million shares of stock.
9  Will you please match mine.  Walter
10 said yes, because he owed Charles, you
11 know.
12         So I would write to him and
13 say we are starting Smile Train and
14 thank you.  And he would write me back
15 letters saying -- you know, he's a
16 very accomplished, self-made billion,
17 worth 6, 7 billion.
18         He said of all the things I
19 have done in my life, starting
20 Smile Train is what I am most proud
21 of.  So I invited him to China to meet
22 President Bush and the president of
23 China once.
24         He said I am too old, but
25 can my son come, so his son ████

BRIAN MULLANEY - VOLUME I

1        BRIAN MULLANEY - VOLUME I
2  came on that trip, and I have been
3  friendly with him ever since.
4     Q   At some point, did you
5  approach -- at any time while you were
6  at Smile Train, were you aware of any
7  issues between ▓▓▓▓▓▓▓▓▓▓▓
8  ▓▓▓▓▓▓▓▓, and Mr. Wang?
9     A   Well, there was the issue of
10  CA suing Wang for $600 million.
11     Are you talking about that?
12     Q   Well, were the ▓▓▓▓▓ on
13  the other side of that --
14     A   The ▓▓▓▓▓ are the largest
15  shareholders of CA. They conducted a
16  board of investigation that you guys
17  should look at that says Wang
18  masterminded the whole thing, and he
19  created a culture of fear and
20  betrayal.
21     Eight people went to prison.
22  And Wang used to tell me, because I
23  became friendly with ▓▓▓▓▓▓▓▓,
24  he said you should tell him they
25  should drop their lawsuit for me

1        BRIAN MULLANEY - VOLUME I
2  because they are paying my law fees
3  and I am going to drive them up into
4  hundreds of millions of dollars.
5     The legal fees were $500
6  million.
7     Q   Other than the million
8  shares of CA stock, did the ▓▓▓▓▓
9  ever contribute anything to
10  Smile Train?
11     A   Oh, yes. They were
12  incredibly loyal donors. They gave
13  $50 million in total. 35 million
14  initial gift, and then 5 million a
15  year after that.
16     Q   When did that stop?
17     A   That stopped when I left.
18     Q   Okay.
19     Did you approach them about
20  giving money to your new organization?
21     A   Yes.
22     Q   And they agreed to do that?
23     A   Yes.
24     (Whereupon a Recess
25  Commenced at 2:51 and Testimony

BRIAN MULLANEY - VOLUME I

1        BRIAN MULLANEY - VOLUME I
2  Recommenced at 3:09.)
3  BY MR. CURCHACK:
4     Q   Back on the record.
5     Two other questions before
6  we move past Smile Train.
7     At one point, did you learn
8  that a company called Infogroup had
9  been told they couldn't do work for
10  WonderWork?
11     A   Yes.
12     Q   And tell us about that.
13     A   Well, the first week we
14  opened our office at WonderWork, TMT
15  called us up and quit because Wang --
16  Charles Wang made them quit.
17     And then he went on to get
18  Infogroup to quit and then two weeks
19  ago, he got -- he keeps doing it. He
20  got our Cajun company DMP, who I
21  worked with for 20 years, quit.
22     Q   And how did you find out
23  that this happened?
24     A   Well, Ron Bell called me at
25  TMT and said Wang put a gun to my

1        BRIAN MULLANEY - VOLUME I
2  head. They told us under no uncertain
3  terms.
4     Q   Okay.
5     MR. LILIEN: When did that
6  happen?
7     THE WITNESS: That
8  happened -- we were in our
9  brand-new offices, first day of
10  the first week, which was
11  September or October 2011.
12     And then Digital Pulp, they
13  told them they couldn't come over.
14  That was a web firm we wanted to
15  use. We couldn't use them.
16     MR. LILIEN: After that
17  period, did you ever work with
18  them?
19     THE WITNESS: No.
20  BY MR. CURCHACK:
21     Q   Okay.
22     A   We did work with TMT
23  afterwards. It was weird. This was
24  the Help -- to HelpMeSee account. We
25  hired them -- actually, we hired them

BRIAN MULLANEY - VOLUME I

1      before we did.  They came back, and it
2  was really mysterious.  We couldn't
3  understand why.
4      I think it was to spy on us
5  or something, because then they quit
6  again and then had to find another
7  firm.
8      We paid TMT six-hundred
9  grand a year when I was there running
10 Smile Train.  Today they make
11 1.8 million under Wang.
12     Q    Okay.
13     Where did you meet Hana
14 Fuchs?
15     A    I met Hana Fuchs at
16 Smile Train before I took over.  She
17 came from Sesame Street.  Boris -- I
18 forget his last name -- brought her
19 over.
20     Q    And did you know DeLois
21 Greenwood before?
22     A    Yes, I met DeLois Greenwood
23 way back in '94 when I was merging my
24 charity into Operation Smile.


BRIAN MULLANEY - VOLUME I

1      Q    So that was before
2  Smile Train was even --
3      A    Yes.
4      Q    -- around?
5      When did you meet Karen
6  Lazarus?
7      A    Karen Lazarus used to be my
8  assistant when I had my ad agency,
9  Schell Mullaney.  We have been
10 together for 18 years.
11     Q    Who is responsible for
12 developing the mission of WonderWork?
13     A    Well, the board is
14 governance, so they have ultimate say
15 on what we do.  And, you know, you say
16 developing -- I mean, we had the
17 mission from the beginning, but
18 changes to it would be the board or
19 governance.
20     Q    Other than dropping the hole
21 in the heart and hydrocephalous, have
22 there been any changes in the mission?
23     A    Well, that's the program
24 mission.  There have been slight

BRIAN MULLANEY - VOLUME I

1      evolving of the direct mail, you know,
2  things like that.
3      Q    You mean the business plan
4  model?
5      A    Yeah.
6      Q    How to raise funds?
7      A    Yeah.  Direct mail has
8  changed a lot since I was at
9  Smile Train.  It doesn't work as well
10 as it used to because a lot of the
11 donors have died.
12     It's a demographic thing.
13 So we have been forced to kind of
14 pivot and we have been trying to
15 evolve our mail program from a
16 Smile Train, mail a hundred million
17 people, to mail like 10 million but
18 make them high-end people, and stuff
19 like that.
20     Q    Okay.
21     A    But I don't know if that's
22 the mission.
23     Q    By "mission," I mean, you
24 know, the --

BRIAN MULLANEY - VOLUME I

1      A    The reason for being?
2      Q    The reason for being, yes.
3      A    No, our reason for being is
4  to do surgeries for people who don't
5  have access to it.
6      Q    Let me mark as an exhibit --
7  at some point, did WonderWork apply
8  for -- I don't know if the right word
9  is certification by the Better
10 Business Bureau?
11     A    Yes.
12     Q    And whose decision was it to
13 do that?
14     A    Well, we always wanted it
15 and it was kind of a no-brainer.  It
16 wasn't really a decision, but we
17 couldn't do it until we had five board
18 members.  So the meeting that we had
19 five board members -- I think that was
20 the one requirement we didn't fulfill.
21 We raced out and applied for it.
22     Q    And when was that?
23     A    Probably two years ago this
24 December, I am thinking.  I don't

TransPerfect Legal Solutions
212-400-8845  depo@transperfect.com

1          BRIAN MULLANEY - VOLUME I
2    know.
3        Q    December 2015, roughly?
4        A    Yes, I think.
5        Q    Okay.
6        A    I don't know exactly.
7            MR. CURCHACK:  I would like
8    to ask the reporter to mark a
9    document that's called "WonderWork
10   Measuring Effectiveness Policy."
11   It bears production number
12   0070025, and ask you if you recall
13   ever seeing this.
14           (Exhibit 1 is Marked.)
15           THE WITNESS:  I don't know
16   if I have seen it.
17   By MR. CURCHACK:
18       Q    Okay.
19           I believe this is a part of
20   the Better Business Bureau
21   application.
22       A    Oh.
23       Q    One of the requirements
24   was -- let me ask a different question
25   first.

1          BRIAN MULLANEY - VOLUME I
2            Who was responsible for
3    pursuing that Better Business Bureau
4    application?
5        A    You mean filling out the
6    form?
7        Q    And dealing with them as
8    well.
9        A    I believe Hana did it or
10   Karen.
11       Q    Do you have any involvement
12   in it, in the application process?
13       A    No, other than saying please
14   do it as quickly as you can.
15       Q    Okay.
16           Do you know whether the
17   board of directors ever adopted this
18   measuring effectiveness policy?
19       A    I don't think we needed to.
20   We measure our effectiveness at every
21   single board meeting three times a
22   year.  We do all of these things.
23       Q    Okay.
24       A    So I don't know, but this is
25   everything that we do at every board

1          BRIAN MULLANEY - VOLUME I
2    meeting.
3            MR. CURCHACK:  Okay.
4            I would like to then mark as
5    the next exhibit an e-mail from
6    you to Karen, Hana and DeLois
7    dated December 18, 2011.  It bears
8    production number 0246343.
9            (Exhibit 2 is Marked.)
10   By MR. CURCHACK:
11       Q    Do you recall sending this
12   e-mail?
13       A    Can I review it?
14       Q    Sure.
15       A    (Reviewing.)  Yes, I
16   remember it.
17       Q    Okay.
18           If you look at the last
19   paragraph -- maybe next-to-last
20   paragraph on the last page, it says,
21   "As a small token of appreciation...I
22   am going to give all of you a $15,000
23   year-end bonus."
24           Do you know whether that
25   bonus ever got paid?

1          BRIAN MULLANEY - VOLUME I
2        A    No idea.
3        Q    Okay.  Okay.
4            Who was the original board
5    of WonderWork?
6        A    It was Ravi Kant, Ted Dysart
7    and myself.
8        Q    Was there a chairman?
9        A    No.
10       Q    Okay.
11           (Exhibit 3 is Marked.)
12           THE REPORTER:  3.
13   BY MR. CURCHACK:
14       Q    This is an e-mail from Karen
15   Lazarus to Brian Mullaney dated
16   February 12, 2016, production number
17   0070023, and it's six pages.
18           Does this refresh your
19   recollection at all about your
20   involvement in the Better Business
21   Bureau application?
22       A    (Reviewing.)  I guess so.
23       Q    You guess so or it does?
24       A    (Reviewing.)  Yes.  She ran
25   this by me, and I gave her feedback or

BRIAN MULLANEY - VOLUME I

1           BRIAN MULLANEY - VOLUME I
2  approved it.
3     Q   Okay.
4       Do you recall having any --
5  any of the comments that you made?
6     A   (Reviewing.) So where are
7  my comments; in the red?
8     Q   I am not sure. If you don't
9  recall, that's fine. We will move on.
10    A   I will move onto my e-mail.
11  Okay. Sorry.
12      (Reviewing.) So, yeah,
13  these are my comments.
14     MR. TRIVIGNO: When you say
15  "these," there's two places,
16  right, just to make sure?
17     THE WITNESS: Well, I am
18  reading from Brian Mullaney.
19  BY MR. CURCHACK:
20    Q   So looking at page 3 where
21  it says, "Thanks. My comment is
22  below," is that what you are referring
23  to?
24    A   Yes, in the caps.
25    Q   Okay.

BRIAN MULLANEY - VOLUME I

1           BRIAN MULLANEY - VOLUME I
2       If you look --
3     A   Well, I didn't type we
4  didn't -- (Reviewing.) -- yeah, not --
5  I misspoke. Not -- page 3, that's my
6  e-mail. Here are my comments --
7      (Reviewing.) Okay.
8    Q   If you look at page 4 of
9  the --
10    A   Yeah.
11    Q   There's a reference to page
12  4.
13    A   Yes.
14    Q   And it says, "Where does it
15  say that? And if that is so, I am not
16  the chairman as I wasn't during the
17  last fiscal year."
18      Do you see that?
19    A   Right.
20    Q   So is that you saying to her
21  that you were not the chairman during
22  the fiscal year before this?
23    A   (Reviewing.) Yes.
24    Q   But did you at some
25  subsequent point become the chair?

BRIAN MULLANEY - VOLUME I

1           BRIAN MULLANEY - VOLUME I
2    A   No.
3    Q   Okay.
4      I would like to show you --
5     MR. CURCHACK: -- mark as
6  the next exhibit an e-mail number
7  0254693.
8      (Exhibit 4 is marked.)
9     THE REPORTER: Exhibit 4.
10  BY MR. CURCHACK:
11    Q   It's another e-mail thread.
12  The first one is from you to Karen
13  dated February 2nd. Then look at the
14  second page.
15    A   Right. Second page.
16    Q   It's an e-mail from you to
17  Karen.
18    A   (Reviewing.)
19    Q   Go to the third line
20  beginning "Ravi is treasurer."
21      Can you read that, please?
22    A   Yeah. "Ravi is treasurer,
23  JJ Coneys is the lead director and
24  secretary and I am chairman and CEO."
25    Q   So at some point you did

BRIAN MULLANEY - VOLUME I

1           BRIAN MULLANEY - VOLUME I
2  become the chairman of the board?
3    A   No. I found out it was
4  illegal for me to be the chairman.
5    Q   Illegal in what way?
6    A   I think it is one of the BBB
7  requirements as CEO, I cannot be
8  chairman of the board.
9    Q   Okay.
10    A   So I found that out in or
11  around that time. I was going to be
12  chairman because I thought it was bad
13  that we didn't have one, and -- but I
14  never became it.
15     MR. LILIEN: So did the
16  board vote you in as chairman?
17     THE WITNESS: We discussed
18  it on the phone.
19     MR. LILIEN: But if you look
20  at the first -- if you look at the
21  page --
22     THE WITNESS: With the
23  minutes?
24     MR. LILIEN: Yes, the first
25  page. It's 254693.

BRIAN MULLANEY - VOLUME I

1         BRIAN MULLANEY - VOLUME I
2         THE WITNESS: Yeah.
3         MR. LILIEN: This is your
4 direction to Karen to write
5 minutes --
6         THE WITNESS: Right.
7         MR. LILIEN: -- for the
8 meeting based on your taking the
9 minutes at the meeting.
10         THE WITNESS: Yeah.
11         MR. LILIEN: And one of the
12 items is that you were -- it
13 appears you were appointed to be
14 service chair.
15         THE WITNESS: Yeah, I know
16 it was a discussion we had. We
17 didn't have a resolution, but I
18 found out that I could not serve,
19 so I did not become chairman.
20       I can find, I think, another
21 e-mail explaining that to JJ and
22 the other guys, but I never became
23 chairman.
24 BY MR. CURCHACK:
25     Q   And no one else became

---

1         BRIAN MULLANEY - VOLUME I
2 chairman?
3     A   No one else became chairman,
4 no, but JJ is the lead and the
5 director.
6         MR. LILIEN: So since
7 WonderWork was formed, has anyone
8 served as chairman?
9         THE WITNESS: No.
10         MR. LILIEN: Who runs board
11 meetings?
12         THE WITNESS: I do.
13 BY MR. CURCHACK:
14     Q   Okay.
15       What was the business plan
16 for WonderWork initially?
17     A   It came from Smile Train. I
18 can find it for you and send it to
19 you, if you'd like, if you don't have
20 it.
21     Q   Describe it for me.
22     A   The business plan was to
23 take this successful model of
24 empowering local doctors and exactly
25 what we did to Smile Train and import

---

1         BRIAN MULLANEY - VOLUME I
2 that to solve bigger global health
3 problems such as clubfoot, blindness
4 and burns and we were going to use the
5 same direct mail model to finance
6 that. It was like Smile Train 2.0.
7     Q   When I said business plan, I
8 was referring to the method of
9 operations.
10       So it was direct mail,
11 primarily?
12     A   Yes.
13     Q   Has that business plan ever
14 changed?
15     A   Yes, it's evolved. Our
16 direct mail, we started out spending
17 huge amounts on acquisition and it did
18 not work as well as when we were at
19 Smile Train, so we had to kind of
20 pivot and reduce -- the original plan
21 was five causes, and I was trying to
22 raise $5 million for each cause and
23 actually was very close to it.
24       And then the whole Charles
25 Wang thing with Smile Train blew up

---

1         BRIAN MULLANEY - VOLUME I
2 and I lost a lot of donations, as you
3 can read in one of these things. So
4 that killed us. So we trenched from
5 that and we said, well, we have enough
6 capital to do three causes: Burns,
7 clubfoot and blindness.
8       But as we did that, we found
9 out that donors responded better to
10 blindness than other causes, so we
11 kind of evolved that and we also lost
12 a lot of money on the lawsuits with
13 Wang.
14       So from our grand plans of
15 seven years ago, we are not doing five
16 causes. We are doing primarily
17 blindness, because it is the cheapest
18 and donors like it the best and you
19 can help ten times the patients as per
20 burns or per clubfoot.
21     Q   That's because -- why can
22 you help ten times as many?
23     A   Because you can restore an
24 adult's eyesight for 25 bucks and it
25 costs 300 to do a burn surgery or 250

BRIAN MULLANEY - VOLUME I

1
2  to do a clubfoot and a child is about
3  $300 cost. We make a contribution of
4  150.
5      Q    Most of the pictures that I
6  have seen on the promotions for
7  WonderWork or one of the causes are
8  pictures of children, and I understand
9  that clubfoot is primarily a child --
10     A    Right.
11     Q    -- situation.
12         I am not sure about the burn
13  patients. I will come back to that.
14         Are most of the blind
15  patients, children or adults?
16     A    No, 90 percent adults.
17     Q    Why do you emphasize
18  children in the campaigns?
19     A    Because we emphasize with
20  photos, but when I write all the copy
21  and I always say children and adults,
22  children and adults. We do have some
23  adults in the brochures.
24         But people have much more
25  empathy for children than adults.

BRIAN MULLANEY - VOLUME I

1
2  That's why we use kids.
3      Q    What was the relationship --
4  what role did the relationship with
5  HelpMeSee play in the business plan
6  for Surgery for the Poor when it was
7  first set up?
8      A    None.
9      Q    Okay.
10         When Surgery for the Poor
11  was established, did it have a
12  relationship with HelpMeSee?
13     A    No.
14     Q    Did it ever have a
15  relationship with HelpMeSee?
16     A    Yeah, a year after I kind of
17  developed the business plan.
18     Q    And how did that come to
19  play?
20     A    Well, again, we were
21  struggling because we had Charles
22  Wang, the front page of The New York
23  Times, the thing. So ▮▮▮▮
24  ▮▮▮▮▮▮▮▮▮▮ was going to give me
25  five million and ▮▮▮▮▮▮▮

BRIAN MULLANEY - VOLUME I

1
2  ▮▮▮▮▮ all ran away, so we were
3  struggling for -- to raise money and
4  HelpMeSee came along and they wanted
5  me to work for them or work with them,
6  but then they said, oh, I -- I said I
7  am looking five gals or guys with five
8  million apiece.
9         It started out they were
10  going to us a donation, then a loan,
11  and then it deteriorated to a service
12  agreement with them.
13     Q    Who -- if I asked you who
14  was behind HelpMeSee, what would your
15  answer be?
16     A    Two people: Jim Ueltschi
17  and his lieutenant, Mohan Thazhathu.
18     Q    And how did you meet them?
19     A    They approached me when they
20  were at Orbis and asked me to give
21  marketing advice and meet with their
22  board of directors.
23     Q    Who is Orbis?
24     A    Orbis was a huge blindness
25  charity started by Ueltschi's father.

BRIAN MULLANEY - VOLUME I

1
2      Q    So sometime in 2011 -- late
3  2011 time frame, we are talking, or
4  early 2012?
5      A    Oh, no. 2009, 2010.
6      Q    This is while you are still
7  at Smile Train?
8      A    Yes.
9      Q    So did they want to work
10  with you, or did they want to work
11  with Smile Train?
12     A    They wanted a lot of things.
13  First of all, they wanted me to give
14  them marketing advice because they
15  thought the Orbis fundraising people
16  were bad.
17         They thought -- they admired
18  what we had done with direct mail.
19  They asked me to come in and I went to
20  a board meeting and presented them
21  with our results.
22         That was one thing. Then
23  they invited me to go to Orbis. I did
24  all this for free for them. I gave
25  them free stuff for a year.

BRIAN MULLANEY - VOLUME I

Then they asked me to come
in and look at the marketing
fundraising plans that their staff had
created and I did that. And then I
shared with them that we were thinking
of expanding the program and stuff,
and so they got all excited and
submitted a grant proposal to
Smile Train, asking us for money,
which we looked at.

It was unsolicited, but then
we turned it down and we said, Wang is
shutting down the blindness; we are
not giving you any money for
blindness.

MR. LILIEN: Did your idea
of expanding Smile Train and the
blindness occur before, during or
after your interactions with them
regarding fundraising advice?

THE WITNESS: Oh, after --
my idea occurred before. I have
that -- I don't know. You
probably have it. I have the

BRIAN MULLANEY - VOLUME I

structure from 2007, 2008 of an
umbrella company that could run
the street programs to help
people.

MR. LILIEN: To the best of
your recollection, do they call
you out of the blue, or do they
contact you through someone else?

THE WITNESS: No, I used to
go to these CEO dinners for heads
of charities. It met like every
six months from some consulting
group. I forget the name. So I
met Mohan at one of those. And I
think it was actually at
Smile Train. I hosted it. We all
took turns hosting it. So Save
the Children, UNICEF. It was a
great things. You talk about all
your troubles.

I met Mohan at that. He
said I want you to meet Ueltschi.
My father is in Vero Beach where
Ueltschi is. He said will you

BRIAN MULLANEY - VOLUME I

play golf with him next time
you're down. I said sure. So I
got to know him and met him, you
know.
BY MR. CURCHACK:

Q    So they approached -- did
you have an employment agreement with
Smile Train?

A    I did, yes. It was expired,
but I did at the beginning.

Q    Did it have any restrictions
on competition?

A    No, I don't believe it did.

Q    Did the other members of the
board of Smile Train know that you
were providing this free advice to
Orbis initially while you were still
working at Smile Train?

A    It's something -- I met with
charities all the time and I still do
and give them free advice. I did it a
month ago.

MR. LILIEN: Was there any
work product that came out of

BRIAN MULLANEY - VOLUME I

those discussions?

THE WITNESS: For Orbis?

MR. LILIEN: Any -- either
side.

THE WITNESS: You mean like
a direct mail letter or something?

I told them to hire Ron Bell
because I wasn't in a position to
do direct mail. I tried to help
them. They met with him and hired
him but no, nothing.

Our business wasn't into
direct mail. And they fired Mohan
and threw Ueltschi off the board
six to eight months after I met
them.
BY MR. CURCHACK:

Q    And is that when they set up
HelpMeSee?

A    Yes. So I helped them
there. Wang said you are not doing
blindness. That's that. We had done
the test in The New York Times and
stuff, so I sold him the logo for a

BRIAN MULLANEY - VOLUME I

1 dollar in the name HelpMeSee.
2 Q You sold HelpMeSee, the
3 logo?
4 A And the name.
5 Q When you say "you," do you
6 mean you --
7 A Smile Train owned it, so
8 Smile Train did a letter. Wang wanted
9 it shut down. We gave him that. We
10 distributed the funds we raised to
11 blindness charities. I don't remember
12 which ones.
13 Q And after that $1 sale, what
14 was your next contact with HelpMeSee?
15 A Well, it was -- it was very
16 fluid because Smile Train was blowing
17 up. Wang fired the whole staff. It
18 was in The New York Times. He hadn't
19 sued me yet, but it was just a mess.
20 He was in The Times blaming
21 me for the merger falling through. So
22 they were busy setting up HelpMeSee
23 and I was busy trying to set up my
24 next move, trying to figure out how to

BRIAN MULLANEY - VOLUME I

1 do it, stuff like that.
2 Q So after you set up Surgery
3 for the Poor, did you reach out to
4 them?
5 Did they reach out to you?
6 A Both. Both.
7 Q And tell us about it.
8 A Like I said, will you come
9 to New Jersey at the flight simulator
10 place. I went there and gave a little
11 pitch. You guys can have blindness.
12 They gave me their pitch and stuff.
13 It was, you know, an ongoing thing.
14 Q Tell me about --
15 A This is after I left
16 Smile Train.
17 Q Understood. But you're now
18 at Surgery for the Poor --
19 A That's just me in an empty
20 cubicle, 34th Street.
21 Q When you say you can have
22 blindness -- you said -- I think you
23 said to them you can have blindness.
24 What does that mean?

BRIAN MULLANEY - VOLUME I

1 A Well, my dream was to set up
2 Surgery for the Poor and pick five
3 solvable things that was simple,
4 inexpensive surgery like clefts and
5 get one wealthy person who cared about
6 that particular thing.
7 So they cared a lot about
8 blindness. So I said blindness would
9 be your thing, but you would be the
10 patron or major donor. It would be
11 our charity. And I would find someone
12 else who cared about clubfoot and find
13 somebody else who cared about burns.
14 That was the goal, to raise
15 $25 million. I felt very short of
16 that. I only raised 5 million. They
17 were very stubborn. They had a
18 different opinion. They wanted to do
19 it their own way and looked at me at
20 the end like some guy that's really
21 good at raising money.
22 Like I said, it went from a
23 grant -- they said we will loan you
24 five million. Interest rates are low.

BRIAN MULLANEY - VOLUME I

1 We can loan it to you.
2 They kind of kept teasing me
3 for like a year and then it finally
4 devolved into a services agreement
5 that we ended up signing in August of
6 that year.
7 Q And that is the agreement
8 that ultimately went into arbitration?
9 A Yes.
10 Q Who was the five million
11 that you got? You said you only
12 raised five million.
13 A ████████████
14 Q And what was his cause?
15 A Me, us. He knew DeLois,
16 Hana, all of us. He was here in New
17 York. When Wang fired them all, we
18 met with them and said we want to take
19 the plan that we developed at
20 Smile Train and I ran to Switzerland
21 right after I was -- left Smile Train
22 to talk to him and he said we would
23 help us.
24 And we didn't have our tax

BRIAN MULLANEY - VOLUME I

1 ID then, so we can't accept money, but
2 it was ████.
3     Q    Out of the five potential
4 causes, did he have one --
5     A    No, no.
6     Q    -- he cared about
7 particularly?
8     A    No, he didn't care.
9     Q    So WonderWork entered into a
10 service agreement.
11        Did it enter into a similar
12 service agreement with anyone else?
13     A    No.  We considered it.  It
14 was a nightmare, so no.
15     Q    What was the nightmare?
16     A    Well.  That service
17 agreement, they had a Skadden Arps
18 lawyer on their side.  We had no
19 lawyer representing us in negotiating
20 it.
21        They kept changing it and
22 making it more penal, this that and
23 the other thing.  We at the end sent
24 it to Greg Lam, our lawyer, and he

BRIAN MULLANEY - VOLUME I

1 said ████████████████
2 ████████████████████
3 ████████████████████
4 ████.
5        So we called Ueltschi.  We
6 showed it to our non-profit lawyer
7 Greg Lam, who is very respected out in
8 Kansas City.  I forget the name of his
9 firm, but really great non-profit guy.
10 And Ueltschi said take it or leave it.
11 Screw it.  I am not changing a word.
12        We were anxious to get
13 going, so we said, look, we have a
14 year.  They can't fire us for a year.
15 Let's work our tail off, do the best
16 we can and at worse, it will be a year
17 we lose doing this, so --
18     Q    And do you remember the
19 other companies that you were --
20 entities that you were considering
21 working with?
22     A    Well, Mercy Ships -- the
23 cofounder of Mercy Ships,
24 Don Stephens, who I had given a

BRIAN MULLANEY - VOLUME I

1 million dollars' worth of grant to at
2 Smile Train did really good work,
3 called me and asked if I would meet
4 with his marketing guy.  I forget his
5 name.
6        And I met with him and I
7 showed him all of our direct mail.
8 But I have done this with a gazillion
9 charities because I don't view them as
10 competition.
11        I met with him.  He said,
12 yes, sign us up.  We want you to do
13 this for Mercy Ships.  I told him we
14 were restricted for six months with
15 taking on other clients and we
16 couldn't do it.  And --
17     Q    Restricted under the --
18     A    The contract says it was
19 exclusive for six months.
20     Q    HelpMeSee?
21     A    Yeah.  I said we are
22 restricted.  The more we had the
23 experience with HelpMeSee -- it was a
24 really negative experience, horrible,

BRIAN MULLANEY - VOLUME I

1 so I said I don't think we are going
2 to be able to do it and I urged them
3 to hire Target Market Team, so we did
4 not do that, no.
5     Q    In this context, who is
6 Perkins?
7     A    Okay.
8        Perkins -- I went to see
9 Wyc Grousbeck, who owns the Celtics,
10 and he has a son who is blind and a
11 friend of mine knew him from Martha's
12 Vineyard and I met with him and he has
13 200 million in his charitable
14 foundation with his father, a very big
15 guy.
16        So he said, yeah, I like
17 your business plan.  I don't know.  I
18 like Smile Train.  But maybe you could
19 help me.  Would you do me a favor and
20 meet with two non-profits dearest to
21 my heart?  One was Perkins School for
22 the Blind where his son goes and the
23 other one was Mass. Eye and Ear.  He
24 put me in a cab that day and sent me

BRIAN MULLANEY - VOLUME I

1    there.
2    Q    Okay.
3         What are your
4    responsibilities at WonderWork?
5    A    I am responsible for
6    everything.  We raise our money, meet
7    our goals, keep our donors happy, do
8    things by the book, and that our
9    programs provide safe and quality
10   surgeries for our target, which are
11   extremely poor children and adults
12   living in the poorest countries in the
13   world.
14   Q    And have those
15   responsibilities changed over the
16   years at WonderWork?
17   A    No, same ones I had at
18   Smile Train and same ones now.
19   Budgets change.
20   Q    Are there regular staff
21   meetings at WonderWork?
22   MR. LILIEN:  Off the record.
23        (Whereupon a Recess
24   Commenced at 3:48 and Testimony

BRIAN MULLANEY - VOLUME I

1    Recommenced at 3:51.)
2    BY MR. CURCHACK:
3    Q    Are there regular staff
4    meetings at WonderWork?
5    A    Yes.
6    Q    And who attends those?
7    A    Well, I am not there every
8    week.  So often they are weekly with
9    DeLois, who is my COO, DeLois
10   Greenwood, and then I will have a
11   staff meeting -- we had more lately
12   because of all this turmoil and stuff.
13   We will have one with me, and we
14   usually do a staff dinner in June, and
15   a staff dinner at Christmas and stuff.
16   Q    By "turmoil," you are
17   referring to the bankruptcy?
18   A    Yeah.
19   Q    If you are not in New York,
20   where are you?
21   A    I live in Boston.
22   Q    And have you --
23   A    I travel quite a bit too, so
24   either I am raising money or I am in a

BRIAN MULLANEY - VOLUME I

1    developing country, you know, visiting
2    a partner.
3    Q    Have you always lived in
4    Boston?
5    A    You know, I grew up in
6    Boston and when I got out of college,
7    I went to New York for 30 years and
8    just moved back four years ago.
9    Q    Okay.
10        So other than these
11   meetings, how does information flow
12   within WonderWork?
13   A    E-mail and phone calls.
14   Q    Do you have a practice of
15   recording notes when you're on phone
16   calls?
17   A    No.
18   Q    Do you have any e-mail other
19   than the WonderWork account?
20   A    Not that I use for business.
21   Q    Okay.
22        I want to turn to direct
23   marketing.
24        (Whereupon a Discussion is

BRIAN MULLANEY - VOLUME I

1    Held Off the Record.)
2    THE WITNESS:  Can I explain
3    something?
4         So we are talking about
5    blindness surgeries and one thing
6    you should understand is, if you
7    operate on a 70-year old woman who
8    is blind and give her her eyesight
9    back, you save her for five years
10   of blindness.  She dies at 75,
11   around there.
12        If you operate on a
13   five-year old who is blind, you
14   save them 70 years of blindness.
15   So the adults are 90 percent or --
16   or very high.  But a child is
17   worth three or four or five adults
18   in terms of numbers of years saved
19   of blindness.
20   BY MR. CURCHACK:
21   Q    How do you define blindness?
22   A    Well, I don't define it.
23   The medical people do.  In America,
24   it's 2200 is the definition of

BRIAN MULLANEY - VOLUME I

1 blindness. The WHO is a different
2 number. It's 3/60. It's about the
3 same. But the thing about blindness
4 is we are focused only on cataract
5 blindness.
6 So once you have cataracts,
7 they progress until you're blind. So
8 in America, people get cataracts --
9 very mild cataracts and they can't
10 drive at night. They get surgeries,
11 outpatient thing, but over there, they
12 have had it for years and they have
13 been going blind and they come to get
14 help when they can't work or they
15 can't farm, stuff like that.
16 A lot of the children who
17 are born blind, they don't even know
18 they are blind until they send them to
19 school and realize they can't see the
20 board or anything.
21 So it's a continuum and it's
22 not you're blind or you are not.
23 Blindness can mean anything from no
24 light or dark or no hand movement.

BRIAN MULLANEY - VOLUME I

1 They actually use the words hand
2 movement on some of the charts and
3 stuff to being legally blind where
4 you're just insanely nearsighted and
5 it's blurry and you can't see.
6 Q But are the surgeries that
7 you do on people who would meet the
8 WHO standard of blindness?
9 A Yeah.
10 Q Okay.
11 Who develops the content for
12 WonderWork-branded mailings?
13 When I say "WonderWork," I
14 mean specifically WonderWork.
15 A You mean not 20/20/20?
16 Q Correct.
17 For our conversation, when I
18 say "WonderWork," I will generally
19 mean WonderWork itself, and I will use
20 the DBA's to mean 20/20/20, BurnRescue
21 or FirstStep.
22 Okay?
23 A I write most, if not all of
24 it for WonderWork.

BRIAN MULLANEY - VOLUME I

1 Q Okay.
2 Does anyone else provide
3 input?
4 A Yes.
5 Q Who?
6 A My staff. They say Brian,
7 this number is wrong. This is an
8 exaggeration. This -- and so we go
9 back and forth until we arrive at
10 something that people find it
11 acceptable.
12 Q Who has the last word?
13 A I do. Someone has to.
14 Q What is the strategy that
15 you use in developing the materials?
16 A The strategy -- my goal is
17 to write a letter so that the reader
18 feels they are with me in Bangladesh
19 or Afghanistan or Somalia or wherever
20 I am.
21 That's my goal and to be
22 very intimate and honest with them and
23 tell it like it is and not give a
24 sanitized version, anything like that.

BRIAN MULLANEY - VOLUME I

1 So that's my strategy when I write a
2 letter.
3 Q Okay.
4 Is there a formula for the
5 information that gets included in the
6 solicitations?
7 A Not really. Sometimes you
8 write a long letter, and it works.
9 Sometimes you write a short letter and
10 it works.
11 There is no formula -- it's
12 more of an art than a science. So I
13 would say no. Also we are always
14 trying to do better. We are all
15 driven by results, response rate, plus
16 gift size, put together gives you your
17 cost to raise a dollar.
18 So we know what is good and
19 what is bad and you're always trying
20 to do a successful direct mail piece
21 that beats your average and that
22 raises a lot of money.
23 Q And now let's turn to the
24 DBAs.

41 (Pages 158 to 161)

BRIAN MULLANEY - VOLUME I

A    Right.

Q    I will ask the same questions.

Who generally prepares the materials?

A    Usually our direct mail vendor has been doing it.  I have been really unhappy with their writing because it's usually some 22-year-old who has never been in a burn ward in Delhi, and it sounds like it.

So I have been writing -- over the last year, I have been writing much more even though it's more work.

MR. LILIEN:  Which vendor are you referring to?

THE WITNESS:  DMP -- not DMP.  They are our Cajun people.

I am blanking on the name.  Angela Scrubling (ph) is the president.  Our current direct mail --

BRIAN MULLANEY - VOLUME I

BY MR. CURCHACK:

Q    CDR?

A    Yes.

Q    Okay.

Is that the only direct mail firm that you have worked with over the years?

A    No, I have worked with five or six.

Q    Who was the first one that you?

A    Russ Reid.

Q    At --

A    Sorry.  You said over the years.

Q    I did.  I did.

A    Yeah, WonderWork we started and a key part of our business plan was getting TMT.  We raised $700 million with them in Smile Train.  We were a good team.

So they signed up with us and then Wang made them quit.  Then we went to Boston and hired a firm called

BRIAN MULLANEY - VOLUME I

Northeast or something.  Four NorE [sic] or something like that.

They were horrible.  We fired them and came back and then TMT came back to us and then TMT quit again and we had to do another search and ended up with CDR.

MR. LILIEN:  When TMT quit the second time, did they give you a reason?

THE WITNESS:  Yes.

MR. LILIEN:  What was the reason?

THE WITNESS:  They were threatened by Wang.

MR. LILIEN:  Any more detail?

THE WITNESS:  Susie Schaefer, the CEO, she is Wang's personal secretary.  She is also vice chairman of the board, his secretary.  She is at Smile Train.  She goes back and reports to him and does whatever he says.

BRIAN MULLANEY - VOLUME I

She was on the board for 10 years when I was there.  She didn't say one word at the meeting on the board in 10 years.

BY MR. CURCHACK:

Q    Do you recall when you started working with CDR?

A    Not exactly, no.

Q    Who is American List Counsel?

A    I don't know.

Q    Does WonderWork use any list brokers?

A    Yes.

Q    How did they find them?

A    There are a million of them, because there are tens of thousands of lists.  We use CDR's list broker for our first six, nine months with them.  The guy was horrible.

So we -- this broker is horrible.  He's on the phone.  Sounds really bad.  I went to the website with the list broker, and he was the

BRIAN MULLANEY - VOLUME I

1  receptionist.
2       MR. LILIEN:  Brian, before
3  you get into that, what is a list
4  broker?
5       THE WITNESS:  A list broker
6  goes out and gets your list.  What
7  do you want to reach?  I am
8  raising money for veterans.  There
9  are millions of lists you can
10 rent.  Nobody sells names.  You
11 rent names.  They cost seven cents
12 a name, ten cents a name.
13      MR. LILIEN:  What is a good
14 list broker?
15      THE WITNESS:  A good list
16 broker can help you find the right
17 list and then negotiate great
18 deals with you on the list.
19      And it's getting more
20 complicated because it used to be
21 you just go by Habitat For
22 Humanity's list or UNICEF's list
23 or Frontgate catalog,
24 Architectural Digest.

BRIAN MULLANEY - VOLUME I

1       We used to have all these
2  lists, but now they are putting
3  them all together in databases
4  like Experian.  You can buy a
5  slice of that repository with
6  different things, you know.
7  BY MR. CURCHACK:
8       Q   Do you buy that from the
9  repository, or does the list broker do
10 that for you?
11      A   No.  We buy it the
12 repository with a list broker.  It's
13 like a real estate broker.
14      MR. LILIEN:  They get a cut?
15      THE WITNESS:  Yeah, they get
16 a cut.  They have great expertise.
17 They can help you if they are
18 good.  But since you asked about
19 this question, Steve Levitt, who
20 is a brilliant guy -- he's on the
21 board.  He's the smartest guy I
22 ever met.
23      He was helping us at
24 Smile Train and he says, you

BRIAN MULLANEY - VOLUME I

1  know -- I told him my biggest
2  problem, I was drowning in data.
3  You mail all this stuff and it
4  comes in.  You are doing testing
5  and stuff.  And the vendors lie to
6  you because they just want more
7  tonnage, so the answer to every
8  question is you got to mail more.
9       He said it's a horrible
10 thing.  I am going to send you my
11 smartest PhD for a year for free
12 to work out of your office.  Buy
13 her a $10,000 computer.
14      The first thing she does --
15 she comes in and we tell her what
16 we do.  You goes you people are
17 idiots because you keep renting
18 Walter's name and you mail him 40
19 times and you are paying for him
20 and he's not giving you any money.
21 You got to stop mailing to Walter.
22      So we said what should we
23 do?  She said stop buying this
24 list.  Let's get every name in

BRIAN MULLANEY - VOLUME I

1  America.  We will make our own
2  list.  She was a genius.  And she
3  did that.  She took our average
4  list cost from eight cents down to
5  two cents.
6       MR. LILIEN:  What was she
7  focused on?
8       THE WITNESS:  You can say do
9  they have college education?  Do
10 they have a pool?  Do they have a
11 dog?  Is their name Jack?  Jack
12 donates more than the name Ted.
13 You do all these filters.  You can
14 generate a list.
15      Have they given in the last
16 12 months?  What was the gift?
17 It's predictive modeling.  And
18 Steve Levitt was involved too.  We
19 said, Steve, we are going to send
20 30 million people this mailer for
21 acquisition and he would take the
22 30 million and he would take out
23 eight, and say mail these 22
24 million; eight are not going to

43 (Pages 166 to 169)

BRIAN MULLANEY - VOLUME I

1  BRIAN MULLANEY - VOLUME I
2  give you money.
3  BY MR. CURCHACK:
4      Q    Where did the information to
5  enable him to pull out that 8 million
6  come from?
7      A    You can get all this
8  information.  You can find out what
9  the credit card is, when was the last
10  time they used it, when was the last
11  time they bought a car, when was the
12  last time they gave to a charity.
13      There's all these things you
14  can put on and above, but it's way
15  above my pay grade.  He did it.  When
16  he did that with that girl, we were at
17  Smile Train and we were mailing 40
18  million homes a year.  There's only 90
19  million homes in the US.  We were
20  mailing 40 million letters.  Of the 90
21  million homes, only 20 million are
22  worth mailing.
23      MR. LILIEN:  Why is that?
24      THE WITNESS:  Because
25  they -- they are just not

1  BRIAN MULLANEY - VOLUME I
2  profitable.  You know, you have to
3  take all the ways and how much you
4  have to mail.  We were getting
5  half a percent response rate, so
6  mailing 200 letters to get one
7  check.
8      It's really data-driven.
9  With their help, we went from 40
10  million letters to a hundred
11  million letters.
12  BY MR. CURCHACK:
13      Q    Okay.
14      A    Sorry.  That was a long
15  answer.
16      Q    Okay.
17      Is Amee Kamdar the person
18  you're talking about?
19      A    Yes.  Amee.
20      Q    And how long did she work at
21  WonderWork?
22      A    Okay.
23      Not Smile Train.  She came
24  to us at Smile Train, lived with us
25  for a year, went to Chicago and then

1  BRIAN MULLANEY - VOLUME I
2  we hired her again at WonderWork in
3  the beginning.
4      Q    So this list construction
5  that you are talking about was at
6  Smile Train?
7      A    Yes, yes.
8      Q    I misunderstood.
9      A    That was part of our
10  business plan.  Wow, if we can buy
11  names for two cents instead of eight
12  cents that gives us a huge advantage.
13      Q    Well, when you started
14  WonderWork, did you go back to the
15  beginning of buying lists?
16      A    Yes, renting lists.  Yes.
17      Q    And now doing what you had
18  done --
19      A    Right.
20      Q    Okay.
21      A    We did.
22      Q    And why did you come back to
23  that basic?
24      A    We didn't have the money,
25  and there were different causes.  So

1  BRIAN MULLANEY - VOLUME I
2  at Smile Train, once you mail two or
3  300 million letters, you have all that
4  experience.
5      So you put that in the
6  computer and you can slice it and dice
7  it and you can say, of these 200
8  million letters we sent, what type of
9  people do we want go find lists that
10  have those people on it.
11      MR. LILIEN:  What kind of
12  people are those?
13      THE WITNESS:  Well, it's
14  actually all kinds.  Like, you
15  want old ladies to give you 35
16  bucks and then they leave a
17  million dollars in their will and
18  you want 50-year-olds.  You want
19  80-year olds.
20      It's kind of like Coca-Cola.
21  It's a pyramid, you want everyone
22  and then you want to do a
23  marketing program that treats them
24  all the right way.
25      MR. LILIEN:  When you wrote

1       BRIAN MULLANEY - VOLUME I
2    acquiring lists for WonderWork --
3           THE WITNESS:  Renting lists.
4           MR. LILIEN:  -- renting
5    lists, did you apply any of the
6    similar principles you applied at
7    Smile Train?
8           THE WITNESS:  Yes.
9           MR. LILIEN:  What were they?
10          THE WITNESS:  Well, for one
11   we knew -- we knew what lists
12   really worked for Smile Train.
13   And it's a third-world surgery to
14   help a kid, so there was an
15   overlap.  We predicted that any
16   list Smile Train was using would
17   work for us.
18          MR. LILIEN:  Work in what
19   sense?
20          THE WITNESS:  Be effective.
21   You are talking a donor.
22   95 percent of the money raised in
23   the US doesn't leave America.
24   Very few Americans -- they want to
25   help Boys' and Girls' Clubs.  They

1       BRIAN MULLANEY - VOLUME I
2    want to help kids in Kentucky.
3           We are going after a small
4    group of people that care about a
5    kid in India.  It's very rare.  So
6    we mimic the whole Smile Train
7    list and we knew a lot of them and
8    hired the same list company that
9    worked with Smile Train.
10          MR. LILIEN:  Your goal with
11   renting the list is trying to find
12   donors who are more likely to give
13   to countries -- international
14   countries?
15          THE WITNESS:  Yeah, it could
16   be turned on because it's a
17   children charity or a third-world
18   charity and/or it's global health.
19          But you never know, it could
20   be the Republicans list or
21   Democrats or, you know, Amnesty
22   International.
23   BY MR. CURCHACK:
24      Q    When you say you don't know,
25   it's because the list broker doesn't

1       BRIAN MULLANEY - VOLUME I
2    tell you the source of the list; it
3    just gives you the names?
4      A    No, they tell us the source
5    and they tell us here is what this
6    list performs.  This is the usual
7    response.  Here is the people that
8    bought the list.  The list comes with
9    a whole pedigree of stuff that you
10   look at.
11      Q    And did you rely on
12   information that you learned while you
13   were at Smile Train to be able to list
14   brokers when you were at WonderWork?
15      A    Yes.  I never dealt with the
16   list brokers, though.  I never met
17   them.  I would meet the direct mail
18   vendor and it was -- they would go --
19   you know, just to be clear.
20          MR. LILIEN:  Who would then
21   work with your list brokers?
22          THE WITNESS:  Well, they
23   would do a list plan.  They show
24   me the list plan.  They would say
25   here is the list we come up to,

1       BRIAN MULLANEY - VOLUME I
2    and I would look at it and say I
3    like this.  I don't like this, you
4    know.  And it was frustrating
5    because at Smile Train, as your
6    volume goes up, it's harder to
7    find quality so it degrades.
8           So if I just mailed a
9    million people, I could get a
10   hundred dollar gift.  But to mail
11   a hundred million people, you're
12   down to a $20 gift.
13          So the secret is to go up in
14   volume and keep the quality up,
15   so...
16   BY MR. CURCHACK:
17      Q    I noticed on some of the
18   mailings that have check the box for
19   how much your donation is going to be,
20   50, 75, a hundred --
21      A    Yeah.
22      Q    -- or $88.
23      A    Yeah.
24      Q    Why does it say $88?
25      A    I don't know the answer to

TransPerfect Legal Solutions
212-400-8845  depo@transperfect.com

BRIAN MULLANEY - VOLUME I

1       BRIAN MULLANEY - VOLUME I
2  that.  That's called a gift array.
3     Q   Yeah.
4     A   We test it and we go a
5  hundred, 50, 75.  You go 75, up -- you
6  go up and down.  You test it for
7  things.  What helped us a lot is to do
8  an amount for a whole surgery, the
9  average donor gives you 50 bucks.
10       But you would say if you
11  give us $250, you would be paying for
12  an entire surgery for a kid with
13  clubfoot and you became a founding
14  member.  People like that.  We would
15  see a bump in those.  That is the
16  reasoning.
17     Q   When that $250 came in, was
18  it treated any differently than the
19  five other $50 contributes?
20     A   No.  But the donor would be
21  treated differently.  We would say,
22  wow, they are a major donor.  They
23  gave us five times as much.  You would
24  write to them and thank them for that.
25     Q   But their $250 didn't

1       BRIAN MULLANEY - VOLUME I
2  actually go to pay for a surgery?
3     A   It goes in a big pot.  We
4  can't track that.  We can't say we are
5  sending the money now.  All the DBAs
6  were 100 percent restricted.  It was
7  going to all surgeries.
8     Q   Let's segue into the next
9  section, which is restricted and
10  unrestricted --
11     A   Okay.
12     Q   -- funds.
13       Who is responsible for
14  classifying donations as restricted
15  and unrestricted?
16     A   I am responsible for
17  everything, but the way it worked for
18  six years at WonderWork and at
19  Smile Train is Hana, who I raised 700
20  million with, would sit down with KPMG
21  at the end of the year and do our
22  financials and say these are
23  restricted, unrestricted and primarily
24  that direction would come from KPMG.
25       This year has been different

1       BRIAN MULLANEY - VOLUME I
2  because of all the turmoil, I've
3  gotten much more involved.  Usually we
4  would only see that number at the end
5  of the year in our 990 and our audited
6  financials.
7     Q   And what is your
8  understanding of the basis on which
9  that determination was made?
10     A   Donor intent.  If the donor
11  intended it to go to a specific cause
12  as it clearly is within our DBA then
13  that qualifies as restricted.
14       If you can't tell the donor
15  intent, you go to the appeal and say
16  was the appeal written in a restricted
17  way.  If you send money, we are going
18  to build a stadium at NYU.  That's
19  another way to do it.
20       And some people would just
21  write notes, use this for burns, spend
22  this in China, blah, blah, blah.
23  Stuff like that.
24       So we keep track of all the
25  notes during the year and at the end

1       BRIAN MULLANEY - VOLUME I
2  of the year, Hana would add it up with
3  the auditors and with JJ Coneys, who
4  is our chair of the audit committee
5  and former vice chairman at
6  PriceWaterhouse.
7       I had tremendous confidence
8  in these people and faith.  I would
9  accept whatever they showed me with
10  rare instances.
11     Q   What were the rare
12  instances?
13     A   One issue was HelpMeSee
14  legal fees.  So Wang found out about
15  the arbitration and he went and met
16  with Jim Ueltschi and at this point,
17  they had no counterclaims against us
18  at all, no complaints, zero.
19       Wang met with Ueltschi
20  secretly and said you should fire your
21  lawyers.  My lawyers have been suing
22  Brian for years, and I will help you.
23  So Ueltschi did that.  Wang's lawyers
24  got involved and then they concocted
25  all of the claims of the arbitration

BRIAN MULLANEY - VOLUME I

1    and stuff.
2           And their motivation is to
3    put us out of business and destroy us.
4    Part of that is through legal fees,
5    driving it through the roof.  We
6    offered to settle the arbitration for
7    600 grand and instead they spent 6
8    million.
9           And the thing -- I think I
10   signed that we send in for the
11   arbitration, we asked for two days of
12   hearings and my lawyer told me it
13   would take two months and cost 20 to
14   30 grand and it took four years.
15          So those legal fees -- I'm
16   sorry for giving you long answers.  I
17   wanted to give you context.
18          Those legal fees were from
19   our partnership with a partner and
20   that we have given hundreds of
21   thousands of dollars of stuff, so KPMG
22   agreed and those fees went into our
23   program expenses.
24          Q    So that I am clear, you're

BRIAN MULLANEY - VOLUME I

1    talking about the legal fees with
2    HelpMeSee?
3           A    Yeah.
4           Q    The HelpMeSee arbitration --
5           A    Yep.
6           Q    -- being treated as --
7           A    A program expense.
8           Q    -- a program expense?
9           What does a program expense
10   mean to you?
11          A    A program expense is an
12   expense related to our program.  It
13   can be a wide variety of things.
14          Q    I think you said earlier
15   your programs are providing surgeries
16   for blindness, clubfeet?
17          A    Right.  That is the end
18   product but we have people on staff
19   that go out and find these hospitals
20   and monitor them, so we have salaries
21   for that.  We have overhead that we
22   allocate towards that.
23          I go on trips.  I was just
24   in Bangladesh for that.  That is a

BRIAN MULLANEY - VOLUME I

1    legitimate program expense for that.
2    Those allocations, Hana, again, does
3    that at the end of the fiscal year
4    with auditors by interviewing people,
5    how much time are you working on this
6    and that.
7           Q    I am trying to understand
8    why -- withdrawn.
9           Let me ask you a different
10   specific question.
11          What do you consider a
12   partner of WonderWork?
13          A    A partner of ours is someone
14   that we give money to provide
15   surgeries --
16          Q    Okay.
17          A    -- and/or that we
18   collaborate with for our mission in
19   providing surgeries.  So it could be
20   like the ███████
21   ████████, I consider a
22   partner.
23          Q    And how does --
24          A    But 99 percent of them are

BRIAN MULLANEY - VOLUME I

1    hospitals or NGOs.
2           Q    Okay.
3           I can -- hospitals, I
4    understand.
5           A    Yep.
6           Q    NGOs would be how -- how
7    would they fit into the model?
8           A    Because they provide
9    surgeries, so we work through them.
10   So the best clubfoot group in the
11   world is ████.
12          We know them because we
13   worked with them for decade at
14   Smile Train.  We give them our money
15   for clubfoot, as well as a couple
16   other places but primarily them and
17   they have 20 orthopedic hospitals in
18   the world for which they provide.
19   They are kind of like a wholesaler.
20          Q    Okay.
21          And how would the ██████
22   ██████████████ fit into that?
23          A    Well, part of our mission is
24   safety and quality.  So they help

1         BRIAN MULLANEY - VOLUME I
2    provide quality assurance with our
3    partners.  One of their members is on
4    our medical advisory board and stuff
5    like that.
6         Anesthesia is super
7    important with surgery.  That's where
8    all the trouble is and stuff.  But
9    that's kind of a rare exception.  We
10   don't have a lot of those, but that's
11   all I can think of.
12   Q    That's fine.
13        And how is HelpMeSee a
14   partner?
15   A    HelpMeSee is a partner
16   because we signed a contract with them
17   that we would give them millions of
18   dollars in grants and we started
19   writing them grants right away.
20        They said they have no money
21   for cataract surgeries four months
22   after they hired us and we gave them
23   235,000.  Then we gave them another
24   150,000.  Then we gave a $400,000
25   grant.  I gave them personally $25,000

1         BRIAN MULLANEY - VOLUME I
2    to help them with their mission of
3    providing cataract surgeries.
4         So the whole dispute arose
5    between us and them.  The service
6    agreement, it was two like-minded
7    charities who were out to solve
8    cataract blindness.  That was the
9    initial attraction before the
10   relationship deteriorated.
11   Q    What did they hire you to do
12   for them?
13        You described it as a
14   services agreement, so --
15   A    They hired us to help them
16   raise money.  They didn't have any
17   expertise in it.  They had a
18   two-person office.  They hired us.
19   Hana set up their books.  They didn't
20   have a G-out.
21   Q    Did you send out mailings on
22   their behalf?
23   A    Yes.  We didn't send them,
24   because we are not registered to send
25   them.  But we helped them develop the

1         BRIAN MULLANEY - VOLUME I
2    creative and the writing and the
3    pictures and stuff like that.
4    Q    And they would hire --
5    A    TMT.
6    Q    -- TMT or somebody like
7    that?
8    A    Yeah.
9         MR. LILIEN:  Would you
10   create their copy -- the content?
11        THE WITNESS:  Their
12   intellectual content, yes.
13   BY MR. CURCHACK:
14   Q    Okay.
15        And who would the money come
16   into?
17   A    To them.  We never touched
18   the money.
19        MR. LILIEN:  These were
20   solicitations made under
21   HelpMeSee --
22        THE WITNESS:  Yes.
23        MR. LILIEN:  -- paper,
24   literature?
25        THE WITNESS:  Yes.

1         BRIAN MULLANEY - VOLUME I
2    BY MR. CURCHACK:
3    Q    Money would go to them?
4    A    Yeah.
5    Q    So where the grants come
6    into this?
7    A    Well, as part of our
8    contract, we had to pay them -- I
9    forget -- I forget how much.  But a
10   percentage of our fees from them, we
11   had to give them back in terms of
12   grants.
13        MR. LILIEN:  I'm sorry, I am
14   not following that.
15        THE WITNESS:  As part of our
16   contract, we had to give them back
17   a percentage of our fees from them
18   in grants.
19   BY MR. CURCHACK:
20   Q    So they paid you -- I am
21   making up the numbers -- $200,000 a
22   month.
23        You had to give them -- I am
24   making up the numbers -- you had to
25   give them a $50,000 grant that month?

BRIAN MULLANEY - VOLUME I

1

2    A    It was at the end of the
3  contract or prorated, if the contract
4  was terminated.  In addition to that,
5  we gave them grants of our own
6  discretion, trying to be good guys.
7  We are like why aren't you doing
8  cataract surgeries.
9         And the conflict they had is
10  Ueltschi.  They come from flight
11  simulator world.
12         You know this, right.
13         Do you know this.
14         MR. LILIEN:  We are aware.
15         THE WITNESS:  Ueltschi's
16  father invented the flight
17  simulator.  So they see everything
18  through that.  They wanted to
19  develop an operating simulator,
20  and they want to sell it
21  commercially.  They came to us and
22  said we want you to raise money.
23  We said nobody is going to give
24  money for a simulator, but all
25  these people need cataract

BRIAN MULLANEY - VOLUME I

1

2  surgeries.  You can do that.
3         So if you look at their
4  books or if you look at their 990,
5  they are spending nothing on
6  cataract surgeries.  They are
7  spending all their money on the
8  simulator which they want to
9  commercialize.
10         So we -- we are doing all
11  this direct mail for you, and we
12  built their website and it says we
13  will do one hundred thousand
14  surgeries this year and they
15  called up and said make it 70,000,
16  make it 40,000, make it 30.
17         They brought it down to
18  nothing.  We said why aren't you
19  doing surgeries.  We said we don't
20  have money to do it.  We said here
21  is a grant from our own donors
22  that we don't have to give you.
23  It's not on the contract.  Here is
24  $235,000.
25  BY MR. CURCHACK:

BRIAN MULLANEY - VOLUME I

1

2    Q    So -- so they could then in
3  their mailings say we have done
4  surgeries?
5    A    Yeah.  They weren't telling
6  the truth.  Yeah.  And I met with
7  their auditor and told them.
8         I said it's not fair to talk
9  about showing pictures of kids or
10  adults.  Their direct mail is
11  identical to ours and most -- very
12  little of the money is going to
13  surgeries.
14         They spend more money on
15  legal fees than they spend on
16  surgeries.
17    Q    Let's go back to WonderWork
18  as opposed to DBAs.
19    A    Sure.
20    Q    How does WonderWork account
21  for funds raised under the WonderWork
22  name as between restricted and
23  unrestricted?
24         MR. TRIVIGNO:  Could we do
25  timing, because there was a

BRIAN MULLANEY - VOLUME I

1

2  change?
3  BY MR. CURCHACK:
4    Q    Okay.
5         Sure.  Initially.
6    A    Initially, it was all coming
7  in unrestricted.
8    Q    Okay.
9    A    Because we needed the money
10  for -- we were glad it was
11  unrestricted, and so the appeals were
12  unrestricted in general helping us,
13  startup money.
14         If you start at the
15  beginning, help us get this new
16  charity on track.  We need your money.
17         When the big direct mail
18  wasn't working and we stopped
19  acquisition, it cut our spending
20  tremendously.
21    Q    When was that?
22    A    That was like two years ago,
23  roughly.  In the board reports, you
24  will see I talked to the board.  It's
25  not working as well as we hoped.  It's

BRIAN MULLANEY - VOLUME I

1     BRIAN MULLANEY - VOLUME I
2 not working like Smile Train. We have
3 to pivot. So we focused our efforts
4 to do direct mail but make it more
5 high-end.
6     We stopped spending seven,
7 eight million a year with these mass
8 mailing, which worked well but not
9 very good. The margin wasn't good.
10    Q   Did you do mass mailings at
11 WonderWork, or did you do mass
12 mailings --
13    A   Never at WonderWork.
14    Q   Okay.
15    So just dealing with
16 WonderWork for the moment.
17    A   Okay.
18    When that happened over
19 here --
20    Q   "Over here" meaning --
21    A   DBAs.
22    Q   Okay.
23    A   The nature of our appeals
24 changed and then became more explicit
25 at -- for WonderWork. So if you read

BRIAN MULLANEY - VOLUME I

1     BRIAN MULLANEY - VOLUME I
2 the letter, some of them say help us.
3 You know, we got a waiting list at
4 this partner. They need surgeries.
5 We need your help. Your money will go
6 to help pay for these surgeries, stuff
7 like that, or sometimes the appeal is
8 not, and it's general.
9    Q   Do you recall when that
10 shift happened at the WonderWork
11 level?
12    A   There was no specific. It
13 was like an evolution.
14    MR. LILIEN: Could you go
15 back to what you said a moment
16 ago, they help us; there are
17 waiting lists for surgeries?
18    THE WITNESS: Yeah.
19    MR. LILIEN: What point are
20 you making with that?
21    THE WITNESS: The urgency of
22 the problem. One-third of all the
23 blind are in India.
24    MR. LILIEN: Let me ask -- I
25 was asking a different question.

BRIAN MULLANEY - VOLUME I

1     BRIAN MULLANEY - VOLUME I
2 I think you were talking in the
3 context of restricted,
4 unrestricted and having specific
5 language in your mailings.
6    That was the conversation.
7 You then referred to having some
8 of your materials referred to
9 helping Wonder -- there are lines
10 of people waiting for surgeries.
11    THE WITNESS: Yeah.
12    MR. LILIEN: How does that
13 relate to the restricted,
14 unrestricted?
15    THE WITNESS: It relates
16 because it says specifically your
17 money is going to go towards
18 surgeries.
19    MR. LILIEN: In your mind,
20 what does that mean?
21    THE WITNESS: It should be
22 restricted.
23    MR. LILIEN: For that
24 purpose?
25    THE WITNESS: Yes, if it's

BRIAN MULLANEY - VOLUME I

1     BRIAN MULLANEY - VOLUME I
2 that mailer. But I write all the
3 mailers, but I write different
4 kinds.
5    Sometimes it's Christmas,
6 and you say it's been a great
7 year. You helped us do this, this
8 and this. We want to thank you.
9 If you can help us again. You
10 know, stuff like that.
11 BY MR. CURCHACK:
12    Q   When you prepare the
13 mailings, do you consider whether the
14 funds are going to come in restricted,
15 unrestricted?
16    A   Not really.
17    Can I say that with an
18 exception like ███████ said do a
19 matched program thing, so that mailing
20 was written for her, but that's an
21 exception.
22    Usually it's me trying to
23 write the most emotional thing I can.
24    Q   So now, just dealing with
25 the period before the bankruptcy

TransPerfect Legal Solutions
212-400-8845 depo@transperfect.com

BRIAN MULLANEY - VOLUME I

1          BRIAN MULLANEY - VOLUME I
2  filing.
3         Did the way that WonderWork
4  classified its donations as
5  restricted, unrestricted, did that
6  change at any point?
7     A  Yes.
8     Q  Tell us about that.
9     A  Well, we realized somewhere
10 around our June board meeting that --
11    Q  June of what year, please?
12    A  2016.
13    Q  Okay.
14    A  We realized, wow, we are not
15 doing these huge mailings anymore,
16 which was kind of a relief to me
17 because it's a lot of money.
18       It was a lot of waste. The
19 net was very small, you know. So we
20 stopped doing that. We are not doing
21 any acquisition. We are limited with
22 blindness acquisition. So we said,
23 wow, our expenses have come down. We
24 don't have this huge direct mail bill.
25 We can probably live on our

1          BRIAN MULLANEY - VOLUME I
2  unrestricted money.
3       And we could tell donors a
4  hundred percent is going to surgeries
5  and stuff. So we have seven
6  employees, and our overhead is very
7  low and our rent is very low.
8       So in September, we
9  discussed that and then we said, Hana,
10 look at the numbers. Do you think we
11 can live on money coming in, primarily
12  █████████ money and tell other
13 WonderWork donors their money will be
14 unrestricted also?
15       And we came to the
16 conclusion that we could, and in
17 September we put it on our websites
18 and our stationery in September of
19 last year.
20    Q  And that is the line that
21 says 100 percent of your donation will
22 go towards our surgeries?
23    A  Not surgeries, surgery
24 programs, because like I said, it pays
25 for all the stuff that goes with

1          BRIAN MULLANEY - VOLUME I
2  programs, people, overhead, rent, all
3  the allocations.
4    Q  Tell us what you view those
5  allocations as being.
6    A  Well, we have two program
7  people that spend almost all their
8  time on programs, don't do anything
9  else. We have two fundraising people,
10 Janet and Vera. They do nothing with
11 programs.
12       I am kind of a split. Hana
13 is split. At the end of the year,
14 Hana goes around with KPMG and decides
15 what the allocation is and how much do
16 I allocate for Brian's salary, rent,
17 overhead, all that stuff.
18    Q  Hana decides how much to
19 allocate?
20    A  The auditors really do, but
21 she enables it to happen.
22    Q  Do you know how much of your
23 salary is allocated one way or the
24 other?
25    A  I don't know offhand, but I

1          BRIAN MULLANEY - VOLUME I
2  see it at the end of the year. I
3  think it is usually half and half. I
4  don't know.
5    Q  Did you ever question how it
6  was allocated?
7    A  I don't remember.
8      MR. LILIEN: Do you see a
9  distinction between program and
10 restriction -- or restricted --
11 let me rephrase it a little
12 different.
13      It sounds as though -- I
14 don't want to put words in your
15 mouth, but it sounds like you are
16 using those program allocations --
17 cost allocations to program as
18 being the same criteria you use in
19 determining when a gift is
20 restricted.
21      Is that right?
22    THE WITNESS: No.
23    MR. LILIEN: Tell me --
24    THE WITNESS: I don't quite
25 understand what you are saying.

BRIAN MULLANEY - VOLUME I

1      BRIAN MULLANEY - VOLUME I
2          MR. LILIEN:  Let me ask you
3  a question.
4          Well, let me ask you a
5  question.  When in your mind does
6  the gift became restricted?
7          THE WITNESS:  All of our
8  DBAs are restricted to WonderWork.
9  The gift is restricted if the
10  donor let's us know what their
11  intent is or expectation.
12          So if the donor is giving us
13  400 grand, and the first 50 grand
14  they say I want all my money going
15  to surgeries, we treat it because
16  we know them and that's their
17  expectation.
18          If you don't have any idea
19  from the donor intent, you look at
20  the appeal.
21          MR. LILIEN:  Okay.
22          THE WITNESS:  You see if the
23  appeal is specific or general.  If
24  it's general, your gift will help
25  in the general ongoing expenses.

1      BRIAN MULLANEY - VOLUME I
2  That's a general gift.
3          If it's a specific appeal --
4  I just got back from Bangladesh,
5  and they need a new microscope,
6  stuff like that.  That would be
7  restricted --
8          MR. LILIEN:  Can you --
9          THE WITNESS:  -- in my
10  belief.
11          MR. LILIEN:  -- go a little
12  further and give an example what a
13  general --
14          THE WITNESS:  What an
15  general appeal would be?
16          MR. LILIEN:  Yes.
17          THE WITNESS:  Oh, that would
18  be an appeal that's talking about
19  all the great things we are doing.
20  Thank you, Jason, for helping us
21  start this charity.  We are in 43
22  countries now.  Our surgery is
23  going strong.  We are doing burns,
24  clubfoot.  We have a viral video
25  that 16 million people just saw.

1      BRIAN MULLANEY - VOLUME I
2  Our staff is still tiny.  Our
3  overhead is low, but we appreciate
4  your support.
5          MR. LILIEN:  What about a
6  specific appeal?
7          THE WITNESS:  A specific
8  appeal would be I just got back
9  from Bangladesh.  I met with three
10  partners they have waiting lists.
11  They have people that they are
12  turning away.  We need help for
13  more surgeries.  We are trying to
14  reach a goal of 92,000 this year.
15  Will you help us reach that goal?
16          MR. LILIEN:  And if
17  something is restricted according
18  to that appeal --
19          THE WITNESS:  Yeah.
20          MR. LILIEN:  -- what does
21  the scope of that restriction
22  mean?  What do you think you could
23  use that money for?
24          THE WITNESS:  That would
25  have to be used, in my opinion,

1      BRIAN MULLANEY - VOLUME I
2  for surgeries, surgery programs.
3          MR. LILIEN:  What would be
4  included again --
5          THE WITNESS:  For that,
6  blindness.
7          MR. LILIEN:  Let me ask you,
8  what do you believe would be
9  included in the surgery program?
10          THE WITNESS:  All the stuff
11  the auditors say is program, so
12  it's salaries, overhead,
13  in-country costs, program costs.
14          MR. LILIEN:  And if your
15  mailings had language on them that
16  a donor has paid for all
17  overhead --
18          THE WITNESS:  Right.
19          MR. LILIEN:  -- and
20  administrative expenses --
21          THE WITNESS:  Right.
22          MR. LILIEN:  -- would you
23  still think it's appropriate to
24  use the restricted gift to pay for
25  overhead?

BRIAN MULLANEY - VOLUME I

1
2     THE WITNESS: It's a good
3  question. I don't know. So you
4  are saying I write a general
5  appeal, but it says all your money
6  is going to surgeries?
7     To me the donor read what
8  you are doing with their money,
9  and they responded to it.
10    So, yes, I would say that's
11  restricted.
12    MR. LILIEN: For surgeries?
13    THE WITNESS: Yeah. That's
14  even more explicit than my
15  example. You should know, too, we
16  only put that on stationery in
17  September and then we went
18  bankrupt two months later.
19    We did have that appeal --
20  we did use that for five, six
21  years at Smile Train, you should
22  know too, and it was effective,
23  but we got too big.
24  BY MR. CURCHACK:
25    Q    Let me ask you another

BRIAN MULLANEY - VOLUME I

1
2  question.
3     MR. LILIEN: Brian, I just
4  want to make sure I understand.
5     If that same mailing said we
6  will use your money for surgeries
7  or our surgery programs --
8     THE WITNESS: Yeah.
9     MR. LILIEN: -- let me know
10  if there's a difference between
11  the two -- but didn't have the
12  100 percent language on them --
13    THE WITNESS: Yeah.
14    MR. LILIEN: -- how would
15  you view that --
16    THE WITNESS: I would view
17  it as restricted with a specific
18  appeal.
19    MR. LILIEN: Okay.
20    I'm sorry.
21  BY MR. CURCHACK:
22    Q    Some of the -- I don't want
23  to take the time to pick out examples.
24  We could, if it would help you. I am
25  happy to.

BRIAN MULLANEY - VOLUME I

1
2     A    That's okay.
3     Q    Sometimes it says
4  100 percent of your donation will go
5  towards surgeries. Sometimes it says
6  100 percent will go towards our
7  surgery programs.
8     A    Right.
9     Q    Do you recall that that
10  distinction exists?
11    A    Yes.
12    Q    And in your mind, what is
13  the distinction?
14    A    Well, one is more accurate.
15  I think the intent is the same, but
16  it's more accurate language, programs.
17  We got more buttoned up and said we
18  should always use those words.
19    Q    So if money came in under a
20  surgery-only appeal --
21    A    Yeah.
22    Q    -- you would have treated it
23  as if it was for surgery programs?
24    A    Yes.
25    Q    Am I saying that correctly?

BRIAN MULLANEY - VOLUME I

1
2     A    Yes, you should always say
3  programs, and we didn't. We amiss in
4  doing that. There's no way to say --
5  where does it end? You pay for the
6  anesthesia. You pay for the surgeon.
7  It's impossible to separate it.
8     MR. LILIEN: Is there any --
9  sounds like what you are saying is
10  that -- and correct me if I am
11  wrong -- when it refers to
12  surgeries or surgery programs, you
13  would use or could use restricted
14  money to pay not just for the
15  surgeries but for the overhead or
16  administrative expense allocated
17  with a portion of the staff's
18  time --
19    THE WITNESS: I think so.
20    MR. LILIEN: -- in arranging
21  for or providing -- arranging for
22  the surgeries and providing grants
23  for the partners.
24    Is there anything beyond the
25  staff time -- I know you mentioned

TransPerfect Legal Solutions
212-400-8845  depo@transperfect.com

BRIAN MULLANEY - VOLUME I

1      BRIAN MULLANEY - VOLUME I
2 travel before. You visit some of
3 the facilities.
4      Beyond the staff time and
5 beyond the travel expenditure, is
6 there anything else that would be
7 part of the surgery programs?
8      THE WITNESS: Well, you're
9 talking surgery programs.
10      Are you talking program
11 money.
12      MR. LILIEN: Let's start
13 with surgery program -- surgery to
14 surgery programs.
15      THE WITNESS: Nothing with
16 surgery programs. We have
17 awareness programs. It's part of
18 our mission to raise awareness.
19      We did a video that's 16
20 million people have seen. It was
21 the most favored video on the
22 National Geographic website for a
23 year.
24      MR. LILIEN: What video?
25      THE WITNESS: It's called

1      BRIAN MULLANEY - VOLUME I
2 First Sight. It's about two
3 Indian girls -- sisters born
4 blind, we gave them their eyesight
5 back.
6      It got us donations from 92
7 countries, including Kazakhstan
8 where Borat is from. So we do
9 that.
10      We also have public
11 information stuff that -- that is
12 in the direct mail that is in all
13 our acquisition -- we are not
14 doing acquisition, so it's not
15 relevant.
16      That counts as program
17 spending but not surgery programs.
18 BY MR. CURCHACK:
19      Q So the informational
20 component is program but not surgery
21 program; is that correct?
22      A Well, the way he's asking
23 with the money, yeah, it's a program
24 expense.
25      Q But if the donation came in

1      BRIAN MULLANEY - VOLUME I
2 in response to a mailing that said
3 surgery programs as opposed to
4 programs, then is there a distinction
5 there?
6      A That is a good question. So
7 you are saying could that money be
8 used to send out information? I don't
9 know. I don't know.
10      I have the auditor that
11 tells us that.
12      (Whereupon a Discussion is
13      Held Off the Record.)
14      (Exhibit 5 is Marked.)
15      THE REPORTER: 5.
16      (Whereupon a Discussion is
17      Held Off the Record.)
18 BY MR. CURCHACK:
19      Q Mr. Mullaney, I asked the
20 reporter to mark Exhibit 5, an e-mail
21 thread. The identification number
22 0020577. That's from -- the first
23 e-mail is from you to Hana dated
24 December 7, 2016.
25      Do you recall this e-mail?

1      BRIAN MULLANEY - VOLUME I
2      A Not really, but I believe it
3 is what it is.
4      Q Okay.
5      I would like you to look at
6 the e-mail down at the bottom, which
7 is from Hana to you. I would like to
8 ask you some specific things to the
9 best of your recollection.
10      The first line says, "Of the
11 total WonderWork donations we have
12 already restricted
13 ██████████████████"
14      Do you know what that is
15 referring to?
16      A (Reviewing.)
17      I think it is referring to a
18 pledge from ████ that he later
19 rescinded and a $400,000 grant from
20 ██████ for an IT program.
21      Q For an --
22      A IT program.
23      Q So that was restricted to
24 that particular program?
25      A Yes.

BRIAN MULLANEY - VOLUME I

1          BRIAN MULLANEY - VOLUME I
2      Q    That was, I believe, the
3  database that was being prepared?
4      A    Yes, exactly.
5      Q    Okay.
6          Next it says, "We can
7  reclassify $255,000 and change from WW
8  to blindness restriction based on
9  grant proposals."
10         What does that mean to you?
11     A    (Reviewing.)
12         I really don't understand it
13  because if it -- I don't understand
14  it.  If it came in through our
15  20/20/20 blindness website, it's going
16  towards blindness.
17         If it came into the
18  WonderWork website, maybe that's
19  something that mentioned blindness or
20  a reference to the video.  I don't
21  know.
22     Q    If a -- if a WonderWork
23  mailing?
24     A    Yeah.
25     Q    -- said we will take your

1          BRIAN MULLANEY - VOLUME I
2  money and use it for our blindness
3  program, do you think that's what that
4  might mean?
5      A    No, I think that the
6  donor -- it's a weird number -- may
7  have given it -- it's a web donation,
8  so it came in -- it could have been
9  donations that came in through the
10  WonderWork website that are intended
11  for blindness.
12         We got a lot of donations in
13  the website from that video that 16
14  million people saw, so it could
15  probably be that.
16         MR. LILIEN:  Do you know
17     whether the website indicated that
18     money raised would go towards
19     blindness?
20         THE WITNESS:  You mean
21     100 percent?
22         MR. LILIEN:  Any language.
23         THE WITNESS:  I don't know.
24     All I know from the very
25     beginning, KPMG said by definition

1          BRIAN MULLANEY - VOLUME I
2  every DBA is restricted, and we
3  operated on that for six years, so
4  I don't know.
5  BY MR. CURCHACK:
6      Q    The last line on the bottom
7  of this page says, "If we restrict
8  ██████ funds, maybe send a letter?
9  We have 1,925,179 remaining."
10         Do you know what that means?
11     A    Well, he did not restrict
12  his money.  It's been unrestricted, so
13  I am surprised he's asking that, but
14  no.
15         I think that's what she is
16  saying.  Did he send me a letter?
17  Sometimes he sends me e-mails, and she
18  doesn't get it.  No, he did not
19  restrict it.
20     Q    Do you know what the 1
21  million 925 remaining is referring to?
22     A    (Reviewing.)
23         Well, on the next page he
24  has that remaining amount, which is
25  the wrong amount because ██████

1          BRIAN MULLANEY - VOLUME I
2  money is not restricted.  It's
3  WonderWork money that she views as
4  restricted.
5      Q    Oh, I see.
6          That's -- that's not
7  ██████ 1 million 9 that he's
8  referring to?
9      A    No, he gave us two million.
10  Yeah.
11     Q    I see.
12     A    (Reviewing.)
13     Q    Okay.
14         When it says, "WW letter
15  sent to these 1.9 million remaining
16  donors, asks them to fund surgeries in
17  support of our mission," how would you
18  interpret that?
19     A    As unrestricted.  Support of
20  our mission, I think is wording that
21  means unrestricted.
22         MR. LILIEN:  So if it says
23     to fund surgeries in support of
24     our mission --
25         THE WITNESS:  Yeah, I view

BRIAN MULLANEY - VOLUME I

1 it as ancillary to our general
2 mission.
3 MR. CURCHACK: I would like
4 to mark as the next exhibit, which
5 is Exhibit 6, an e-mail thread,
6 three-pages long, production
7 number 0020580, and the only
8 e-mail I am going to ask you about
9 is the first one on the first
10 page, which is from you to
11 Pamela Mann and Hana Fuchs.
12 MR. TRIVIGNO: While he's
13 reading, we have a continuing
14 understanding about the
15 reservation of rights, so going
16 forward --
17 MR. CURCHACK: Absolutely.
18 (Exhibit 6 is Marked.)
19 THE WITNESS: (Reviewing.)
20 Okay.
21 BY MR. CURCHACK:
22 Q Do you remember writing this
23 e-mail?
24 A Yes.

BRIAN MULLANEY - VOLUME I

1 Q Who is Kimberly?
2 A She is our auditor at KPMG.
3 Q Is she still your auditor?
4 A No.
5 Q But at the time of this
6 letter, she was?
7 A Yes. At least she was.
8 Q Why did you tell her that
9 you think you have been doing your
10 restrictions wrong?
11 A Well, because I was confused
12 mand I was in a panic. We had just
13 got this judgment and these are things
14 that I saw at the end of the year and
15 just signed and not really was
16 involved with restricting,
17 unrestricting, so I was trying to
18 understand it.
19 In the -- the custom was to
20 restrict all the DBAs and the
21 WonderWork stuff was unrestricted.
22 After I looked into it and learned
23 more about restricted in the last
24 three months than I ever knew, and

BRIAN MULLANEY - VOLUME I

1 with the legal definition of
2 restricted, we said some of the
3 WonderWork stuff should be restricted,
4 especially after we put that on the
5 stationery.
6
7
8
9
10
11
12
13
14
15 Q When you started to put the
16 hundred percent on --
17 A Yeah.
18 Q -- was the purpose to
19 encourage donations, or was the
20 purpose to create a restriction on the
21 funds?
22 A Oh, raise donations. I
23 never cared what was restricted or not
24 before this. To tell you the truth,
25 whatever the number was at the end of

BRIAN MULLANEY - VOLUME I

1 the year, I didn't care. It was never
2 an issue. It was to help us raise
3 more money, get a better response.
4 MR. LILIEN: What was never
5 an issue?
6 THE WITNESS: Restricted,
7 unrestricted. We never ran out of
8 money. We never had a thing.
9 If you ask me what the split
10 was, I never really knew. Hana
11 did it with Kimberly and JJ and --
12 BY MR. CURCHACK:
13 Q Did WonderWork ever have an
14 outside auditor other than KPMG until
15 recently?
16 A I don't believe so.
17 Q Okay.
18 (Exhibit 7 is Marked.)
19 BY MR. CURCHACK:
20 Q I am going to ask the
21 reporter to mark as Exhibit 7, an
22 e-mail tread with the production
23 number 0020512, and I would like to
24 focus your attention initially to the



BRIAN MULLANEY - VOLUME I
1
2  first e-mail, which is from you to
3  Hana dated December 7th.
4      A    Hm-hm.
5      Q    Do you recall this e-mail?
6      A    Yes.
7      Q    The first line says, "This
8  is from major donors and we need every
9  penny, so please don't research just
10  the large gifts."
11          What is that referring to?
12      A    To make it correct so that
13  we weren't blindly leaving them all
14  unrestricted.
15      Q    In other words, to --
16      A    Correct the record.
17      Q    To --
18      A    Make it accurate.
19      Q    To reflect more funds as
20  restricted rather than unrestricted?
21      A    (Reviewing.)
22      Q    When I say "reflect," I mean
23  so -- why don't you explain what you
24  mean.
25      A    I wanted it to be accurate.

BRIAN MULLANEY - VOLUME I
1
2  We were in bankruptcy.  I knew
3  everyone was going to look at our
4  stuff and it was embarrassing if we
5  had been doing it wrong.
6          And I never sat down with
7  Kimberly and knew the definition of
8  restricted.  Once I understood what it
9  was and that we can go back and look
10  at the extra work, that's what I was
11  asking her to do.
12      Q    Okay.
13      A    However it fell -- I mean,
14  you heard her say about ████████  I
15  could have called him up.  His was
16  unrestricted.  It always has been.
17          We never took any steps to
18  restrict something that shouldn't be
19  restricted.  I said simply go find
20  stuff that we missed or that should be
21  restricted and correct it.
22          MR. LILIEN:  During this
23  period, did anyone ever advise you
24  in connection with the bankruptcy,
25  the impact of a restricted gift --

BRIAN MULLANEY - VOLUME I
1
2  the importance of a gift being
3  restricted versus unrestricted?
4  BY MR. CURCHACK:
5      Q    I am going to rephrase this
6  question for him.
7          Did anyone other than your
8  lawyers ever discuss with you the
9  importance or the reason why it
10  mattered whether a gift was restricted
11  or unrestricted?
12      A    I don't remember.
13      Q    ███████████████
14  ████████████████████
15  ████████████████████████
16  ███████████
17      A    ████
18      Q    ███.
19      A    ██████████████████
20  ███████████████████████
21  ████████
22  ████████████████
23  ████████████████████
24  ████████  ████████████
25  █████████████████████

BRIAN MULLANEY - VOLUME I
1
2  ████████████████████████
3  ████████████████████████
4  ████████████████████████
5  ████████████████████████
6  ████████████████████████
7  ████████████████████████
8  ████████████████████████
9  ████████████████████████
10  ████████████████████████
11  ████████████████████████
12  ████████████████████████
13  ████████████████████████
14  ████████████████████████
15  ████████████████████████
16  ████████████████████████
17  ████████████████████████
18  ████████████████████████
19  ████████████████████████
20  ████████████████████████
21  ████████████████████████
22      Q    ████████████████
23  ████████████████████████
24  ████████████████████████
25  ████████████████████████

TransPerfect Legal Solutions
212-400-8845  depo@transperfect.com

BRIAN MULLANEY - VOLUME I

3    A   I don't think they did.  I
4  mean, I am smart enough to know.  I
5  know a lot of these donors, and I know
6  why they give.  I have known a lot of
7  them for many, many years.
8       So I wanted to be -- honor
9  intentions and stuff, so it meant a
10  lot to me for that reason.  I don't
11  recall any lawyers telling me one way
12  or the other that -- you know, about
13  that.
14    Q   Okay.
15       MR. LILIEN:  I would like to
16  follow up on that.
17       What do you believe the
18  significance of a restricted -- of
19  a gift being restricted is in the
20  context of bankruptcy?
21       THE WITNESS:  A restricted
22  gift has to be spent on what the
23  donor intended it to and can't be
24  diverted to another use.  I think
25  that is the difference.

BRIAN MULLANEY - VOLUME I

2       MR. CURCHACK:  I would like
3  to ask the reporter to mark a copy
4  of a letter dated April 7, 2017,
5  on WonderWork stationery, signed
6  by Brian.
7       This particular letter is
8  addressed to
9  , and it bears
10  production number W0N 07255, and I
11  will represent this is one of the
12  number of letters of very similar
13  and we don't need to mark them
14  all.
15       (Exhibit 8 is Marked.)
16  BY MR. CURCHACK:
17    Q   Do you recall this?
18    A   No, we sent out 17 of these,
19  I think.
20    Q   Who were they sent out to?
21    A   They were sent to major
22  donors that we discussed amongst
23  ourselves, and said, like I just told
24  you about          , who we all
25  know personally -- we said,          ,

BRIAN MULLANEY - VOLUME I

2  we have no idea what his expectations
3  were and we said, let's send out this
4  letter and we spoke with our lawyers
5  about it and said, sure, and it came
6  back and I don't even know what the
7  winner was or loser.
8    Q   You said you think there
9  were 17 of these that went out?
10    A   I am pretty positive that it
11  was 17 donors out of a hundred
12  thousand donors.
13    Q   And they were chosen by
14  whom?
15    A   I think we did a list of
16  large donations and we said -- these
17  are people we don't know.  Let's give
18  them a chance.  You know, we are in
19  the Appellate Court appealing our
20  arbitration because it took away the
21  rights of the donor.
22       You know, the arbitrator
23  took money away from charity, gave to
24  another without saying -- without
25  talking to the donor.  It was in that

BRIAN MULLANEY - VOLUME I

2  vein -- that spirit.
3    Q   Who actually drafted this
4  letter?
5    A   I wrote it and then had it
6  approved by our lawyers.
7    Q   Did WonderWork ever ask a
8  donor to clarify a donation prior to
9  2017?
10    A   (Reviewing.)
11       I don't know.  I would say
12  probably, but I don't know.
13    Q   Were there any other
14  communications with any of these 17
15  donors other than the letter that was
16  sent out?
17    A   I don't know.
18       MR. TRIVIGNO:  At the time.
19  BY MR. CURCHACK:
20    Q   Yes, at the time at or about
21  the time?
22       MR. TRIVIGNO:  Same letter.
23       THE WITNESS:  Oh, it is the
24  same letter (Reviewing.)
25       I don't know.

BRIAN MULLANEY - VOLUME I
BY MR. CURCHACK:
1     

Q   Okay.
MR. LILIEN:  Was a version
of this letter ever used or
something similar to this letter
ever used in any -- before
April 7th --
THE WITNESS:  No, this is
the only thing we did.  This is
the only time we thought it's
important for us to know what
these donors want, and they are
our biggest donors.
We didn't want to screw it
up so.
MR. CURCHACK:  Let's take a
quick break.
(Whereupon a Recess
Commenced at 4:57 and Testimony
Recommenced at 5:19.)
BY MR. CURCHACK:
Q   We may come back to some of
this discussion tomorrow, but I will
move on for now.

BRIAN MULLANEY - VOLUME I
I want to ask you what you
understand joint cost allocation to
refer to.
A   It is the percentage of your
direct mail efforts that pertain to
public awareness and it's considered a
program expense.
It's a very wacky rule.  If
I was running the IRS, I would not be
doing that but it is the rule and we
came across it at Smile Train and our
auditors recommend that we treat it
that way, as most charities do, so we
did.
And I have always been
conservative with it.  If you look at
Smile Train, I think they are claiming
70, 80 percent.  We put a lid on it of
50 percent at Smile Train no matter
what.  I don't think it's a very smart
thing but it is the rule and it is
whatever auditors told us to do.
KPMG told us to do it and
Hana found a professional -- I don't

BRIAN MULLANEY - VOLUME I
know what you call him, but he reviews
all our appeals and he decides for her
what is appropriate.
Q   Is that Ray Gelis?
A   I don't know his name.
Q   Do you know what the
criteria that WonderWork uses -- what
are the criteria that WonderWork uses
to allocate the costs between
fundraising and the program?
A   For joint allocation?
Q   Yes.
A   No, specifically no.  I know
the principles, but I don't know the
specific --
Q   Okay.
A   I am not involved with that
at all.
MR. LILIEN:  Before you do
that, who is your auditor at
Smile Train?
THE WITNESS:  I believe it
was a firm called Titus.  It was a
minority-owned firm.

BRIAN MULLANEY - VOLUME I
BY MR. CURCHACK:
Q   Do you recall whether KPMG
and WonderWork had any disagreements
over the allocation of costs?
A   I don't recall.
Q   Do you know --
A   I don't think we did.
Q   -- BDO and WonderWork were
having any disagreements over the
allocation of costs?
A   I actually think I got an
e-mail 10 seconds ago saying
everything that has worked out, but I
don't know.  I don't know.
Q   Who is WonderWork -- let me
rephrase that.
I want to show you --
MR. LILIEN:  Off the record.
(Whereupon a Discussion is
Held Off the Record.)
MR. CURCHACK:  We are going
to mark as Exhibit 9 a package of
three solicitations.  One is from
20/20/20.  One is from BurnRescue

BRIAN MULLANEY - VOLUME I

1     BRIAN MULLANEY - VOLUME I
2  and FirstStep.
3     (Exhibit 9 is Marked.)
4  BY MR. CURCHACK:
5    Q   I would like to first ask
6  you to look at the 20/20/20
7  solicitation and tell us what you
8  believe to be program-related content
9  in this solicitation.
10    A  (Reviewing.)
11      Well, I think there are
12  different ways of doing it.  Some
13  people do it with a word count.  I
14  don't know because I haven't discussed
15  this in years, but usually this is the
16  public awareness type of information
17  that counts.
18    Q   You're pointing to pages --
19    A  (Reviewing.)
20     9025 and 9026.
21    Q   Okay.
22      And let's look at the
23  BurnRescue, if we could.
24      Again, tell us what the
25  pages are that you think --

1     BRIAN MULLANEY - VOLUME I
2    A  (Reviewing.)
3    Q   -- are relevant here.
4     MR. TRIVIGNO:  By
5  "relevant," you mean the program?
6     MR. CURCHACK:  Program.
7     THE WITNESS:  9064, 9065.
8  BY MR. CURCHACK:
9    Q   Okay.
10      And FirstStep.
11    A  (Reviewing.)
12     The 9073 and 9074.
13    Q   Looking at page 9073, do you
14  see the reference to the Ponseti
15  treatment?
16    A   Yes.
17    Q   What is that?
18    A   That is a miracle cure for
19  clubfoot that was invented by this guy
20  named Ponseti in Omaha or Wyoming,
21  like somewhere out there, and it
22  replaced these horrific
23  Frankenstein-type surgeries that they
24  used to do and it can straighten even
25  the most twisted feet in as little as

1     BRIAN MULLANEY - VOLUME I
2  six weeks.
3    Q   How is it done?
4    A   The kid comes in and you put
5  a series of casts on just like braces
6  on your feet.
7    Q   So there is no surgery
8  involved in that?
9    A   There is surgery called a
10  tenotomy at the end, but the feet are
11  straight.  They do a little -- it
12  takes five minutes.  It's a little
13  release of some ligament.
14      I am not a surgeon, but
15  there is a surgical part of it called
16  tenotomy.  Then they sleep with a
17  wire -- a steel rod that keeps their
18  feet like this for a year or two and
19  they are perfectly healed and it costs
20  250 bucks.
21     MR. LILIEN:  Brian, turn to
22  page 9073 for a minute.
23     THE WITNESS:  Sure.
24     MR. LILIEN:  This is where
25  you identified the public

1     BRIAN MULLANEY - VOLUME I
2  education material about up-flip.
3     THE WITNESS:  Yeah.
4     MR. LILIEN:  What is the
5  purpose of including this
6  material?
7     THE WITNESS:  To inform
8  people about clubfoot.  And people
9  get clubfoot in America.  There's
10  probably about 5,000.  I am saying
11  that because it is the same
12  incidence of clefts, and that's
13  how many clefts are born every
14  year.
15      Some people look at it and
16  they read about it and it helps
17  them and they come to our website
18  or they learn more.
19      The purpose is to raise
20  awareness of the problem and
21  inform them -- give them practical
22  information that may help them.
23     MR. LILIEN:  Do you think
24  people that have clubfoot are
25  aware they have clubfoot?

TransPerfect Legal Solutions
212-400-8845  depo@transperfect.com

1    BRIAN MULLANEY - VOLUME I
2         THE WITNESS:  Yes.  Yes.
3         MR. LILIEN:  Again, what are
4    you informing them about?
5         THE WITNESS:  They could be
6    with an orthopedic surgeon that
7    wants to operate on them and
8    doesn't want to use the Ponseti
9    method.
10        MR. LILIEN:  Do you have any
11   data as to whether people who read
12   this information ever use the
13   information to help them get those
14   surgeries --
15        THE WITNESS:  No.
16        MR. LILIEN:  -- those
17   procedures?
18        THE WITNESS:  (Shaking
19   head.)
20   BY MR. CURCHACK:
21   Q    What mailings are these
22   materials included in?
23   A    I believe only acquisition
24   mailings.
25   Q    Again, what is an

1    BRIAN MULLANEY - VOLUME I
2    acquisition mailing?
3    A    That is a mailing to people
4    who don't know you, non-donors,
5    soliciting to acquire them as a donor
6    and then once they are a donor, they
7    get retention mailings.
8    Q    Do you ever send out a
9    mailing to the same list twice?
10   A    Yes.
11   Q    Would you ever send an
12   acquisition mailing to the same list
13   twice?
14   A    Yes, of course.
15   Q    So that this material could
16   conceivably go to somebody who has
17   already received this material; is
18   that correct?
19   A    Conceptually, yes.  We had
20   no idea.  I was telling you it takes
21   200 letters to get a donation back.
22   So that is a half percent.
23        So the people who read --
24   who open the mail, God knows what that
25   is.  The people who read every piece

1    BRIAN MULLANEY - VOLUME I
2    in the mail, God knows what that is
3    too, but yes.
4         MR. LILIEN:  Why do you
5    target acquisition mailings?  Why
6    do you include these in
7    acquisition mailings?
8         THE WITNESS:  Because it is
9    the law that you can do it and you
10   spend a ton of money in
11   acquisition.  So all the other
12   charities we are competing with do
13   the same thing.
14        Like I said, I agree with
15   you.  If I ran the IRS, I would
16   get rid of this law.  But if you
17   look at all the Red Cross and
18   UNICEF, they do all this.
19   Malaria -- like no one gets
20   malaria in the United States.  And
21   they take advantage of it and our
22   auditors told us we should do it.
23        MR. LILIEN:  Is it your
24   understanding it's a law or
25   accounting principle?

1    BRIAN MULLANEY - VOLUME I
2         THE WITNESS:  It's an
3    accounting provision that if you
4    include an information booklet,
5    you are entitled to write off a
6    certain amount of your direct
7    mail.
8    BY MR. CURCHACK:
9    Q    You are a charity, right?
10   You are a 501(c)(3).  You don't pay
11   taxes.
12   A    Right.
13   Q    There's nothing to write
14   off.
15        What do you mean by "write
16   off"?
17   A    You'd much rather have --
18   there's a huge advantage because you
19   have lower direct mail costs, and you
20   have higher program costs.
21   Q    And how is that an
22   advantage?
23   A    That is a huge advantage
24   because donors look at you what are
25   you spending on direct mail.  What are

TransPerfect Legal Solutions
212-400-8845  depo@transperfect.com

BRIAN MULLANEY - VOLUME I

1 you spending on programs? They want
2 programs to be high and they want
3 direct mail there.
4 So that's why everyone does
5 this. It is the law. They do it. I
6 am with you. I didn't invent it. Our
7 auditors recommend we use it. We
8 could be the only ones -- surgical
9 charity not doing it, but we are not.
10 We took the advice.
11 MR. LILIEN: Who informed
12 you it is the law?
13 THE WITNESS: I didn't
14 mean -- we don't have to do it. I
15 used the wrong word, it is the
16 law. It's -- it's a practice.
17 It's a practice that's very
18 commonly used by charities, the
19 biggest and the best in America
20 and all our auditors have always
21 said you should do this too and it
22 will help you.
23 BY MR. CURCHACK:
24 Q Now -- and help you, again,

BRIAN MULLANEY - VOLUME I

1 in what respect?
2 A It helps you because it
3 lowers the cost of your direct mail,
4 and it increases your program costs.
5 Q So basically --
6 A Arbitrarily, I agree but
7 that's what it does and that's why
8 everyone does it.
9 MR. LILIEN: Let me ask you
10 a question on this and tie it back
11 to the restricted gifts for a
12 moment.
13 Would your understanding be
14 that money that came in for a
15 restricted purpose could also be
16 used to pay for mailings?
17 THE WITNESS: You asked me
18 this before.
19 I don't know the answer to
20 that, but it shouldn't be. But I
21 don't know the answer to that.
22 MR. LILIEN: Okay.
23 BY MR. CURCHACK:
24 Q Has WonderWork always

BRIAN MULLANEY - VOLUME I

1 allocated joint costs to your
2 knowledge?
3 A On acquisition, yeah. I
4 believe we kept the same practice we
5 had at Smile Train. Yes, I believe.
6 Q Did you allocate any joint
7 costs on renewal mailings?
8 A I don't know. I don't think
9 so because the expenditures is so much
10 smaller. The savings would be not
11 nearly as big, but I don't know. I
12 don't think so.
13 I know at Smile Train we
14 never did, but...
15 Q If WonderWork were to cease
16 acquisition mailings --
17 A Yeah.
18 Q -- which sounds like was
19 where you were headed --
20 A Yes.
21 Q -- then you would -- is it
22 your understanding you would cease
23 doing this kind of allocation?
24 A Yeah. It's one of the

BRIAN MULLANEY - VOLUME I

1 reasons I was so relieved to pivot
2 away from these big mailings. You
3 know, we came and tried to be
4 Smile Train again and we ramped up
5 quickly with Amee Kamdar's help.
6 The results weren't good.
7 It makes me sick to my stomach. I
8 want to do surgeries. I don't want to
9 do 3 million a year in public
10 information costs. I want to do 3
11 million a year in surgeries.
12 So, yeah, that's one of the
13 reasons.
14 Q When did -- you may have
15 said this earlier, but let me ask it
16 again.
17 When did you start including
18 the language in your solicitation
19 materials that a hundred percent of
20 all donations will go towards
21 surgeries or surgery programs?
22 A I believe September of 2016.
23 After the June board meeting, it was
24 discussed.

1     BRIAN MULLANEY - VOLUME I
2          MR. TRIVIGNO:  Off the
3     record.
4          (Whereupon a Discussion is
5     Held Off the Record.)
6          MR. CURCHACK:  I am now
7     going to mark as the next exhibit
8     a set of three difference
9     solicitation packages, and I am
10    going to refer you to the specific
11    lines.  You don't need to read the
12    whole thing.
13         If you look at the first
14    one, which is dated August XX,
15    2016, the one that starts with
16    06087, and turn to 06088 and look
17    at the paragraph that says begins
18    with "We are very proud..."
19         See where I am?
20         THE WITNESS:  Yes.
21         (Exhibit 10 is Marked.)
22    BY MR. CURCHACK:
23    Q     It says one of our founding
24    donors pay for all of our non-program
25    expenses so that all -- so that a

1     BRIAN MULLANEY - VOLUME I
2     hundred percent of all donations
3     including yours can go towards
4     programs.
5          Who is that founding donor?
6     A     ▮▮▮▮▮.  He gives it to me
7     in a year of unrestricted donations.
8     Q     When it says can go towards
9     programs, I know this is a WonderWork
10    solicitation.  What does that mean?
11    A     (Reviewing.)
12         It would be our surgery
13    programs.
14    Q     Okay.
15    A     It is kind of vague, I
16    admit.  It should say surgery.  I
17    believe it said surgery on the
18    stationery.
19    Q     Okay.
20         We can look at the back page
21    of it, and it says our free surgery
22    programs.
23    A     Yeah.
24         (Reviewing.)
25    Q     The next package, if you

1     BRIAN MULLANEY - VOLUME I
2     flip to page 06164.
3     A     Yep.
4     Q     It says we will use a
5     hundred percent of our donation for
6     our free surgery programs as opposed
7     to our programs.
8     A     Right.
9     Q     Who would have drafted these
10    solicitations?
11    A     Me.
12    Q     In your view, is there a
13    difference between the wording --
14    between the meaning of the wording in
15    the two solicitations?
16    A     Well, I should have used the
17    word "surgery" in the one before.
18    Q     Okay.
19         This one says one of our
20    founding donors is very generously
21    paying all of our rent, admin and
22    salaries.
23         Is that different than all
24    of our non-program expenses?
25    A     (Reviewing.)

1     BRIAN MULLANEY - VOLUME I
2          So what page am I on here?
3     Q     If you look --
4     A     06164.
5     Q     At -- 6164, yes, and compare
6     it to --
7     A     One of our founding --
8     (Reading) -- life changing
9     surgeries -- (Reading) -- so...
10    Q     My question is simple.  When
11    you say in one case rent, admin and
12    salaries and the other case
13    non-program expenses, is there a
14    difference between those two things?
15    A     (Reviewing.)
16         Well, I am just pausing
17    because it should be non-program, but
18    our overhead is so low he could be
19    paying for all of it.  It's needlessly
20    vague.
21         It should be more buttoned
22    up than it is.  It's my fault.  Should
23    say program or non-program.
24    Q     If you look at page 9341,
25    which is a 20/20/20 solicitation, it

TransPerfect Legal Solutions
212-400-8845  depo@transperfect.com

BRIAN MULLANEY - VOLUME I

1 
2 says 100 percent of donation will go
3 towards programs, zero percent goes to
4 overhead or fundraising.
5      So it's yet another
6 variation.
7      A   (Reviewing.)
8      I didn't write this letter,
9 not that it matters.  I am still
10 responsible for it.
11      Q    Who would have written this
12 letter?
13      A    Our vendor.
14      Q    Thanks.
15      A    I --
16      MR. TRIVIGNO:  You had a
17 question before when he said he
18 didn't write it.
19      THE WITNESS:  It was
20 100 percent go toward programs.
21 It should say surgery programs
22 too.
23 BY MR. CURCHACK:
24      Q    And overhead or fundraising
25 as opposed to rent, admin and

BRIAN MULLANEY - VOLUME I

1 
2 salaries?
3      A   (Reviewing.)
4      Yeah.
5      Q    Is there a difference
6 between those?
7      A    No, it's a different way of
8 saying the same thing.
9      (Exhibit 11 is Marked.)
10 BY MR. CURCHACK:
11      Q    I would like to ask the
12 reporter to mark as the next exhibit
13 an e-mail dated October 21st from Hana
14 Fuchs to Brian Mullaney, production
15 number is 40124 and 40125 and there's
16 a spreadsheet attached to the e-mail.
17      A   (Reviewing.)
18      Q    Do you recall seeing this
19 e-mail and the attached spreadsheet?
20      A   (Reviewing.)
21      Not specifically but I am
22 not saying I didn't receive it.
23      Q    Do you recall asking Hana
24 to prepare this spreadsheet?
25      A    I don't know if I did ask

BRIAN MULLANEY - VOLUME I

1 
2 her but -- was this right after we got
3 the judgment?
4      I am sure we did.  We were
5 in a mad rush to figure out what
6 our -- that's what the auditors told
7 us, you have to figure out what your
8 restricted assets are.  And I had no
9 idea.
10      Q    Why did they tell you you
11 had to figure out what your restricted
12 assets were?
13      A    Because we were in
14 bankruptcy.
15      Q    You weren't in bankruptcy in
16 October.
17      A    No, but -- we were bankrupt
18 in that we had a judgment against us,
19 and we had no money to pay it.
20      Anyhow, so I don't know if I
21 asked for it or not.  I could have.  I
22 was trying to get a handle on our
23 financial situation.
24      Q    What does this chart seem to
25 show to you?

BRIAN MULLANEY - VOLUME I

1 
2      A   (Reviewing.)
3      It shows no WonderWork
4 donations, which is not good.
5      Q    And it shows a $4 million
6 donation on the line that says Project
7 Varanasi.
8      What is that?
9      A    That is a hospital we had
10 been trying to build for three years
11 in Varanasi, India.
12      Q    Did that donation, in fact,
13 come in?
14      A    No.
15      (Exhibit 12 is marked.)
16 BY MR. CURCHACK:
17      Q    The next exhibit I would
18 like to mark is Exhibit 12 and this is
19 a 20/20/20 apparently -- an
20 acquisition mailing for 20/20/20 dated
21 April 14, 2015.  It bears production
22 numbers 02544 through 02555.
23      I will just ask you to look
24 at page 25347.
25      A   (Reviewing.)

BRIAN MULLANEY - VOLUME I

1        BRIAN MULLANEY - VOLUME I
2    Q   See where it says at about
3 2 percent, 20/20/20 has one of the
4 lowest administrative costs of any
5 major charity?
6    A   Hm-hm.
7    Q   How was that 2 percent
8 calculated?
9    A   (Reviewing.)
10    I do not know. I didn't
11 write this letter but I approved it,
12 so I don't know.
13    I could find out for you.
14    Q   Okay.
15    MR. LILIEN: Let's turn to
16 page 2548.
17    THE WITNESS: Yep.
18 (Reviewing.)
19    MR. LILIEN: There are a
20 series of boxes that can be --
21 that donors can check as
22 indicating what level of giving
23 they will do. The first box says
24 $300, which can provide one full
25 eye surgery.

1        BRIAN MULLANEY - VOLUME I
2    So the full line is enclosed
3 is a generous gift in the amount
4 of and in this case $300 and the
5 donor checks that box --
6    THE WITNESS: Right.
7    MR. LILIEN: -- which can
8 provide one full eye surgery?
9    THE WITNESS: Right.
10    MR. LILIEN: Our
11 understanding is an eye surgery
12 for an adult, as I think you
13 pointed out earlier is $25.
14    THE WITNESS: Right.
15 Depending on the place. 25 or 35.
16 Our contribution is 25, yeah.
17    MR. LILIEN: So could you
18 explain to us why this says $300,
19 which can provide one full eye
20 surgery if all you are giving to
21 hospitals is $25?
22    THE WITNESS: (Reviewing.)
23    Well, it says children and
24 adults, but you're right. The
25 picture is of a child, and it's

1        BRIAN MULLANEY - VOLUME I
2 all about a girl -- it should be
3 clearer.
4    And we -- subsequent to
5 this, we have changed the
6 language, and I would like to send
7 that to you, if I can.
8    MR. TRIVIGNO: I think we
9 probably have it.
10    THE WITNESS: You probably
11 have it.
12    All right. We were always
13 in this thing where they would say
14 what does it cost and that is what
15 it costs for a kid's thing, but we
16 would haggle with our partners and
17 pay a different amount and so the
18 challenge was, well, do you tell
19 the donors what it costs or do you
20 tell them what you contribute and
21 all that stuff.
22    So six months or so ago we
23 clarified the language to say this
24 is what they cost and this is what
25 our contribution is.

1        BRIAN MULLANEY - VOLUME I
2    MR. LILIEN: So.
3    THE WITNESS: But I agree
4 with you. It's misleading.
5    MR. LILIEN: Regarding eye
6 surgery for children, is $300 the
7 cost -- following up on your point
8 now, is $300 the amount you
9 provide your partner hospitals?
10    THE WITNESS: No, retail
11 value is $300 for a child to have
12 surgery because they need general
13 anesthesia. That's why it's so
14 much more expensive.
15    MR. LILIEN: What would you
16 provide to the hospital?
17    THE WITNESS: We contribute
18 150 for every pediatric thing. We
19 just changed that a year ago. We
20 used to say, look, here is 30
21 grand. Please make 2 percent of
22 your surgeries kids, not adult.
23    We didn't track it enough.
24 Some would fall short. We stopped
25 that practice a year ago and are

TransPerfect Legal Solutions
212-400-8845  depo@transperfect.com

BRIAN MULLANEY - VOLUME I

giving adult grants and that
contribution is $25 and the cost
could be 25 to 35 to 50.  It
varies.

In India, there's government
reimbursement.  In kids, it's
pediatric grant.  For a certain
amount of kids, it's a certain
amount of contribution.

BY MR. CURCHACK:

Q   When you say there's
government reimbursement, does that
mean the government is actually paying
for the surgery?

A   It means they are making a
contribution towards the surgery.  We
never pay the full cost of the
surgery.  We make a contribution
towards it.

Q   And if you didn't make the
contribution, would the government pay
the full cost?

A   No.  No.  Depending on which
partner you visit in India and ask,

BRIAN MULLANEY - VOLUME I

does the government contribute, yes,
they do.

No, we ask for it, and we
never get it stuff like that.

MR. LILIEN:  So what would
happen --

THE WITNESS:  We are not
displacing any money.  That's
something that I have been very
aware of for my whole career, but
we make a contribution that's fair
and helping them generate
incremental surgeries, so that we
monitor what they are doing before
we arrived and how many surgeries
did you do last year, blah, blah,
blah.

MR. LILIEN:  So what
happens?

You contribute say $25 for a
surgery.

THE WITNESS:  Yeah.

MR. LILIEN:  How does the --
how does the hospital you partner

BRIAN MULLANEY - VOLUME I

with in India pay for the rest?

THE WITNESS:  Oh, we are
never the only donor to that
hospital.  They have been doing it
for 40 years.  And they could have
other NGOs from Europe or America
supporting them.

But it's a tough business
and there are a lot of NGOs
like -- there was a huge one that
no longer does blindness.  Helen
Keller doesn't do cataract
surgeries anymore.  They give out
vitamins.

So a lot of times they will
have support for ten years and
then they will give away.  So you
have to be careful with the
incremental thing because
sometimes you are replacing
funding for funding that they
lost.

And we are working on now --
the $400,000 gift is for another

BRIAN MULLANEY - VOLUME I

cloud-based repository, so that
they will soon be sending us
patient charts for every surgery.

MR. LILIEN:  Going back to
where you said there are other
NGOs that will fund and fund --
the government may provide a piece
of it as well?

THE WITNESS:  Right.

MR. LILIEN:  And hospitals
may contribute --

THE WITNESS:  Yes.

MR. LILIEN:  -- some piece
of it?

THE WITNESS:  Yeah.

MR. LILIEN:  What happens --
you explained to me with the
process, you contribute $25.

What happens if another NGO
doesn't step up or government
doesn't step up?  Would you --
would you pay the difference?

THE WITNESS:  You mean after
the fact?

BRIAN MULLANEY - VOLUME I

1    MR. LILIEN: You make a
2 grant for $25.
3    What happens if the hospital
4 cannot find another NGO or get
5 government support.
6    THE WITNESS: Typically what
7 happens they do the surgeries.
8 They do camps -- registration
9 camps. They will put out radio
10 ads, and I have been to them. As
11 many as 1500 blind people will
12 show up and register. They get
13 screened. Of the 1,500, 800 have
14 cataracts. They schedule their
15 surgery and they do them.
16    And then we come back to New
17 York and say can we do another
18 camp and we say no or we say yes
19 and they don't do it unless they
20 have the money to do the
21 surgeries, whether it's coming
22 from us or somebody else.
23    So it really is just in time
24 surgeries and it's based on

BRIAN MULLANEY - VOLUME I

1 funding from us and every extra
2 dollar we give them is more
3 surgeries and then when we stop,
4 it stops.
5 BY MR. CURCHACK:
6    Q    Some of your mailings talked
7 about waiting lists.
8    A    Yes.
9    Q    But if they are actually
10 soliciting people to come to these
11 camps --
12    A    Yeah.
13    Q    -- that would not seem like
14 a waiting list to me.
15    A    Well, I can give you the
16 lowdown on every hospital and get you
17 more information out on that.
18    Some of them have waiting
19 lists and I always write "and huge
20 backlogs," you know. But I can get
21 you more information on that, if you
22 want.
23    MR. LILIEN: Do the
24 hospitals maintain those backlogs?

BRIAN MULLANEY - VOLUME I

1    THE WITNESS: What do you
2 mean maintain it? They are trying
3 to get rid of the backlog.
4    MR. LILIEN: Do they have a
5 backlog --
6    THE WITNESS: Yeah.
7    MR. LILIEN: -- in a
8 document?
9    THE WITNESS: Yeah, it's
10 really -- there's 12 million blind
11 in India. Our partners
12 collectively do about, I would
13 guess 500,000 surgeries a year.
14    MR. LILIEN: If we were to
15 ask -- we are -- if we would ask
16 one of the partner hospitals for a
17 list of individuals on a waiting
18 list or a backlog, they would have
19 that document?
20    THE WITNESS: The backlog is
21 anecdotal, but a waiting list with
22 names and stuff, I can get that
23 for you.
24    MR. LILIEN: Is it your

BRIAN MULLANEY - VOLUME I

1 understanding those lists -- those
2 waiting lists are maintained by
3 partner hospitals in the regular
4 course -- in the ordinary course?
5    THE WITNESS: It depends on
6 the hospital. We do have surveys
7 we send to our partners and ask
8 them do you have waiting lists, do
9 you have backlogs.
10    But I will get that for you
11 also. We have surveys monthly we
12 send out to them and I will show
13 you what they say.
14    MR. LILIEN: To the best of
15 your recollection, do you have --
16 have you ever entered into an
17 agreement with a hospital where
18 you serve as effectively a
19 guarantor where you agree to pay
20 an amount beyond the original
21 grant if the hospitals cannot find
22 alternative funding to pay for the
23 surgeries?
24    THE WITNESS: No, not to my

BRIAN MULLANEY - VOLUME I
1    knowledge, no.  What we do here is
2    25,000 bucks, send us your charts,
3    let's see if you do a good job,
4    and they come back and say we
5    spent all the money, here is the
6    names, here is the pictures, can
7    we have another grant.
8        And it's like hand to mouth.
9        MR. LILIEN:  Okay.
10   Great.
11       MR. POLKOWITZ:  So the cost
12   for an adult is $300, you said?
13       THE WITNESS:  No.
14       MR. POLKOWITZ:  It's $25?
15       THE WITNESS:  25 to 35 to
16   50, depending on the country, but
17   around that.
18       MR. POLKOWITZ:  And then the
19   child is?
20       THE WITNESS:  A standard
21   cost would be $300, because they
22   need general anesthesia.
23       MR. POLKOWITZ:  I appreciate
24   it.

BRIAN MULLANEY - VOLUME I
1        THE WITNESS:  We contribute
2    150.
3        MR. CURCHACK:  The next
4    exhibit is Exhibit 13, and it's a
5    document that's called "Progress
6    Report for the ███████
7    ██████," dated July 2014.
8        Do you recall seeing this
9    report?
10       THE WITNESS:  (Reviewing.)
11       (Exhibit 13 is Marked.)
12       THE WITNESS:  Yes.
13   BY MR. CURCHACK:
14       Q    Were you involved in the
15   preparation of this report?
16       A    Yep.
17       Q    If you could please turn to
18   page 017986.
19       A    (Reviewing.)
20       017986.
21       Q    It's called FY'14, expense
22   summary.
23       A    Yeah.
24       Q    It says -- there's a line

BRIAN MULLANEY - VOLUME I
1    section called overhead admin
2    expenses.
3        A    Right.
4        Q    And it says total overhead
5    admin -- the budget was 4.8 million.
6    The actual is 5.9 million.
7        Do you see that?
8        A    (Reviewing.)
9        Yeah.
10       Q    If you go to the prior page,
11   which is called FY'14 revenue summary,
12   it says down at the bottom total
13   revenue is 14 million --
14   $14.4 million, round numbers.
15       Do you see that?
16       A    (Reviewing.)
17       Total revenue, yeah.
18       Q    So on this report it says
19   the overhead is almost $6 million
20   against $14 million of revenue.
21       What supports the claim that
22   we saw earlier that said overhead is
23   2 percent?
24       A    So that is the same time

BRIAN MULLANEY - VOLUME I
1    frame as this.
2        Q    I believe it is -- the
3    mailing date of that was in April of
4    '15.  This is fiscal '14.
5        So it's the subsequent
6    fiscal --
7        A    As I told you, I need to
8    figure out how she calculated that.
9        Q    Okay.
10       A    I don't think our overhead
11   is 2 percent.  It was less than
12   2 percent, but I don't know.
13       Q    You think it was less than
14   2 percent?
15       A    No.  No.
16       Q    Okay.
17       A    (Reviewing.)
18       You know, the overhead for
19   20/20/20 may have been calculated as
20   different than the overhead for
21   WonderWork.
22       Q    Could you explain that to
23   us?
24       A    I am -- I'd rather get you

BRIAN MULLANEY - VOLUME I

1       BRIAN MULLANEY - VOLUME I
2  the accurate information.
3     Q  Why do you think it might
4  have been calculated differently?
5     A  Well, we'd certainly get a
6  different number if you did
7  allocations per charity program and
8  did overhead that way rather than just
9  doing overhead for all the numbers.
10      You could take the revenue
11  for 20/20/20 and labor for 20/20/20
12  and, you know, the marketing, but I am
13  not -- I'd rather get you accurate
14  information than guess.
15     Q  So you are saying there
16  could be a different overhead
17  percentage for 20/20/20, BurnRescue --
18     A  I know it would be
19  different, but I don't know how.
20     Q  -- and WonderWork?
21     A  Yes. But also one thing I
22  would say is the difference between 15
23  and 14 -- this may have been the last
24  year in '14 when we were spending huge
25  amounts on direct mail, but, again, I

1       BRIAN MULLANEY - VOLUME I
2  don't want to guess.
3      I would rather get you
4  accurate information.
5     MR. LILIEN: Brian, just to
6  follow up on that.
7     20/20/20 is not a legal
8  entity?
9     THE WITNESS: No, it's a
10  DBA.
11  BY MR. CURCHACK:
12     Q  And it has no employees. It
13  doesn't rent out office space?
14     A  Right.
15     Q  It's --
16     MR. LILIEN: It's all
17  WonderWork?
18     THE WITNESS: Right.
19     MR. LILIEN: I want to make
20  sure I understand what you are
21  saying is that --
22     THE WITNESS: I am trying to
23  figure out how anyone can get the
24  2 percent. And I didn't write
25  that letter, but that may be one

1       BRIAN MULLANEY - VOLUME I
2  way they did.
3     I will find out how they got
4  the 2 percent, and I will share it
5  with you.
6     MR. LILIEN: We will wait
7  for that.
8  BY MR. CURCHACK:
9     Q  In your mind, what is an
10  in-kind donation?
11     A  Oh. An in-kind donation can
12  be a lot of different things. We had
13  groups that gave us a million dollars'
14  worth of free consulting a couple
15  years ago, which was really valuable
16  to us and it was the genesis of the
17  whole IT project with the repository.
18     We have a medical advisory
19  board that donates their time. That's
20  an in-kind donation of their time to
21  us. That is a small number.
22     The biggest number is an
23  in-kind donation from surgeries where
24  we are paying below market rate for a
25  surgery that no one else would fill

1       BRIAN MULLANEY - VOLUME I
2  the void.
3     And that is the in-kind
4  donation and we did that for 10 years
5  at Smile Train. This year.
6  Smile Train will record 58 million in
7  in-kind donations from the surgeries.
8     I don't know what our number
9  was, but that is the concept.
10     Q  Explain to me how you
11  understand that number is calculated.
12     A  The number is calculated by
13  getting a fair value for the surgery
14  or what the hospital could have
15  charged or what -- the cost the
16  surgery.
17     So -- so we go to the
18  hospitals -- as part of the
19  methodology, we go to the hospital and
20  say what is your cost for these
21  cataract surgeries? They say $60. We
22  go we are giving you 25 for adult
23  surgeries, and that would be a $35
24  in-kind donation.
25     MR. LILIEN: What if they

BRIAN MULLANEY - VOLUME I

1  receive the $35 from another NGO
2  or from the government?
3  THE WITNESS: Yeah.
4  Um, that is a good question.
5  I don't know how to police that or
6  we ask that.
7  I don't know.
8  BY MR. CURCHACK:
9  Q    And is the information that
10  you base that on, the SurveyMonkey
11  results that you mentioned earlier?
12  A    The SurveyMonkey is more
13  like a partner annual thing, how are
14  you doing, what do you like, what do
15  you need.
16  This is more at the end of
17  the year.
18  I think Tiffany just went
19  through it for our new auditor's BDO
20  and kind of verified the in-kind
21  amounts and donations.
22  Q    Do you know when WonderWorks
23  started including in-kind donations on
24  its financial statements?

BRIAN MULLANEY - VOLUME I

1  A    Probably -- we were a couple
2  of years late. We should have done it
3  the first year.
4  I don't know.
5  MR. CURCHACK: I would like
6  to ask the reporter to please mark
7  as Exhibit 14, a letter dated
8  July 1, 2015, on WonderWork
9  stationery. Production number is
10  012929. It's addressed to Dear
11  Sir or Madame, signed by Hana
12  Fuchs, and attached to it is a
13  multi-page spreadsheet that's not
14  labeled, but I will ask you what
15  it is.
16  MS. SIMMONS: For the
17  record, we removed two columns
18  from it to make it more readable
19  because it was one of these giant
20  spreadsheets.
21  (Exhibit 14 is Marked.)
22  BY MR. CURCHACK:
23  Q    Do you recognize this
24  letter?

BRIAN MULLANEY - VOLUME I

1  A    I don't believe I have ever
2  seen it, but I understand it. I know
3  she does this, and we do this to be
4  accurate when we figure out our
5  in-kind --
6  Q    And she is "Hana"?
7  A    Yeah.
8  Q    And have you ever seen the
9  chart that's attached?
10  A    No.
11  Q    As you look at it, can you
12  tell what it is?
13  A    (Reviewing.)
14  Yes.
15  Q    And what is it?
16  A    It's a survey of our
17  partners to get their costs per
18  surgeries, so we can figure out the
19  accurate in-kind donations, I believe.
20  Am I right?
21  Q    I don't know. I'm asking
22  you, but thank you for your view.
23  Do you know whether the
24  partners who are --

BRIAN MULLANEY - VOLUME I

1  A    She didn't send this chart
2  to all these people.
3  Q    I have no reason to --
4  A    She wouldn't share with
5  other partners the prices.
6  MR. TRIVIGNO: Do you think
7  these were together?
8  MS. SIMMONS: This is the
9  collection of the responses.
10  MR. CURCHACK: No.
11  MS. SIMMONS: This is the
12  collection of the responses.
13  MR. TRIVIGNO: Got it.
14  THE WITNESS: Okay.
15  BY MR. CURCHACK:
16  Q    You believe this is done
17  every year?
18  A    Yeah, it should be.
19  Q    Do you know if your partners
20  are told how the information that they
21  are responding with will be used?
22  A    I don't know. I don't think
23  so, but I don't know.
24  Q    Do you know whether your

BRIAN MULLANEY - VOLUME I

1        BRIAN MULLANEY - VOLUME I
2 partners know that WonderWork
3 considers the delta between their
4 costs and your contribution to be
5 deemed a donation?
6     A   I don't know.
7     Q   Again, you said this was
8 done when you were at Smile Train?
9     A   Oh, yeah, and it's still
10 done. In-kind donations are over
11 $50 million a year.
12    Q   Who whose idea was it?
13    A   To do this?
14    Q   Yes.
15    A   At Smile Train?
16    Q   Yes.
17    A   I don't know.
18    Our auditors. I didn't even
19 know what it was.
20    MR. LILIEN: Would it be
21 common for your auditors to
22 propose to you ways of how to
23 increase your amount of in-kind
24 donations?
25    THE WITNESS: To increase

1        BRIAN MULLANEY - VOLUME I
2 it? You mean say don't make $35,
3 make it $45?
4    MR. LILIEN: To put it a
5 little differently, would it be
6 typical for your auditors to
7 suggest to you ways of treating
8 some of your donations on your
9 financial statements?
10    THE WITNESS: No, I don't
11 think so.
12    In thinking about this, I
13 first learned about this when I
14 was at Operation Smile, because
15 they had thousands of volunteers,
16 and they would apply a crazy
17 hourly rate to those people --
18    MR. LILIEN: Right.
19    THE WITNESS: -- and come up
20 with millions of dollars of
21 in-kind donations. So it's a
22 common term, theme, and we did
23 it --
24    MR. LILIEN: So I
25 understand, I know it's been

1        BRIAN MULLANEY - VOLUME I
2 sometime, but what were those
3 volunteers doing?
4    THE WITNESS: They were
5 going -- they sent volunteer
6 missions at Operation Smile. They
7 were Americans that were taking
8 two-week vacations and making a
9 hundred grand a year or a surgeon
10 making a million a year and they
11 would have every person in their
12 job and say, well, what would you
13 had gotten paid those two weeks.
14    MR. LILIEN: Those are
15 volunteers to Operation Smile?
16    THE WITNESS: To
17 Operation Smile, yes.
18    MR. LILIEN: And going on
19 these missions on behalf of
20 Operation Smile?
21    THE WITNESS: Yes.
22    MR. LILIEN: Understand.
23 Okay.
24    MR. CURCHACK: I would like
25 to mark as the next exhibit a

1        BRIAN MULLANEY - VOLUME I
2 composite of WonderWork field
3 reports. I believe these -- the
4 identification number is e-mail
5 0009471.
6    I believe they reflect
7 reports of visits to facilities in
8 Bangladesh, and these were
9 identified by Ujjal when we spoke
10 with him.
11    I am going to ask you two
12 questions about this.
13    THE WITNESS: Did he tell
14 you that his sister died of burns?
15    (Whereupon a Discussion is
16 Held Off the Record.)
17    THE WITNESS: She was making
18 dinner with her three kids and her
19 sari caught on fire and burnt to
20 death, three or four years ago.
21    (Exhibit 15 is Marked.)
22    MR. CURCHACK: He was
23 working with you already?
24    THE WITNESS: And the --
25 maybe five years ago. He's a

TransPerfect Legal Solutions
212-400-8845  depo@transperfect.com

BRIAN MULLANEY - VOLUME I

1     great guy.
2          This is where I just went.
3     Okay.
4     BY MR. CURCHACK:
5          Q    Okay.
6          Now, I ask you turn, please,
7     to page 947 -- sorry. It doesn't
8     help. They have the same number on
9     every page.
10          Page 6.
11          A    (Reviewing.)
12          Who needs eye surgery now?
13          Page 6.
14          Q    I believe this is the report
15     from the floating hospital.
16          A    Yes.
17          Q    Look at the heading -- the
18     section headed "Finance."
19          A    (Reviewing.) Yes.
20          Q    I am going to read a
21     sentence that says, "Target population
22     is below 20 percent poor and cost of
23     cataract surgeries is approximately
24     $35 on which some portion of the funds

BRIAN MULLANEY - VOLUME I

1     shared by patient."
2          Now, I read that to mean
3     that, in fact, the patient contributes
4     to the cost of the surgery; is that
5     correct?
6          A    Yes.
7          Q    So this would not be a free
8     surgery?
9          A    Some of our partners have a
10     sliding scale, and they charge their
11     patients.
12          Q    Okay.
13          If you turn to the report,
14     five pages later, which is with
15     respect to ███████.
16          A    (Reviewing.) Yeah.
17          Q    Again, it says per surgery
18     cost is $35, and free patients pay
19     partial cost.
20          A    Yes.
21          Q    Same answer there?
22          A    Yes.
23          Q    How do you define a major
24     donor?

BRIAN MULLANEY - VOLUME I

1          A    It depends on the channel
2     that they come in. A direct mail
3     retail donor we usually define it as
4     500 or a thousand bucks.
5          Someone who is a WonderWork
6     donor who -- they are all kind of
7     major donors, because they are all
8     above that level. I would say a
9     hundred thousand and up.
10          Q    What is the difference
11     between a major donor and a -- not a
12     major donor?
13          A    Well, we try to send better
14     letters to the WonderWork donors. We
15     can afford -- it's not that we just --
16     but we can afford to use better
17     stationery and first-class stamps and
18     more pictures and spend more on a
19     mailing to a WonderWork major donor
20     than to someone who is sending us 50
21     bucks a year.
22          So when someone becomes a
23     donor, direct mail, we mail them 18
24     times a year to get one and a half

BRIAN MULLANEY - VOLUME I

1     gifts. So those mailings are 34
2     cents, 35 cents. That's all you can
3     afford. We have over a hundred
4     thousand types of those donors.
5          But with the major donors,
6     we can spend more on mail and I try to
7     meet with them and fly to L.A. to meet
8     with them or have dinner with them,
9     call them on the phone, stuff like
10     that.
11          Again, it's almost like
12     buying a series of spectrum from 25
13     bucks up to a million bucks.
14          Q    If you were making one of
15     those trips -- going out to dinner
16     with one of these donors, who would
17     pay for that, the trip or the dinner?
18          A    I am misunderstanding. A
19     dinner on the trip, or are you saying
20     who would pay for a trip for me to go
21     to Bangladesh?
22          Q    No, a donor trip. If you
23     are going to meet with a donor in Los
24     Angeles --

BRIAN MULLANEY - VOLUME I

1
2   A  Oh.
3   Q  -- who would pay for the
4 cost of the trip?
5   A  WonderWork would.
6   Q  And if you were taking a
7 donor out to dinner, who would pay for
8 the cost of the dinner?
9   A  WonderWork would, although
10 sometimes I deduct it from my pay.
11   MR. LILIEN: Let's take a
12 two-minute break.
13   (Whereupon a Recess
14 Commenced at 6:14 and Testimony
15 Recommenced at 6:17.)
16   (Exhibit 16 is Marked.)
17   MR. CURCHACK: Our next
18 exhibit is Exhibit 16 and it
19 consists of three -- four grant
20 reports.
21   (Whereupon a Discussion is
22 Held Off the Record.)
23   MR. CURCHACK: Back on the
24 record.
25   THE WITNESS: So that letter

BRIAN MULLANEY - VOLUME I

1
2 with all the boxes, I want you to
3 know we never did anything like
4 that before. It was all part of
5 this, hey, you guys have to figure
6 out what is restricted and what
7 isn't and we came to those donors
8 and those amounts and we didn't
9 know what to put.
10   So we said -- we went to our
11 lawyers and said can we just send
12 them a letter and let them check
13 the box so there won't be anyone
14 second-guessing us or anything
15 like that.
16   That was the thought behind
17 it.
18 BY MR. CURCHACK:
19   Q  So this exhibit consists of
20 four grant reports. Some cases they
21 say final -- we will identify them as
22 we go.
23   The first one, which begins
24 with production number 011860, it is
25 called "Final Grant Report For the

BRIAN MULLANEY - VOLUME I

1
2 ████████████████████████████"
3   A  (Reviewing.)
4   Q  Do you recall this grant?
5   A  Yes.
6   Q  And were you involved in the
7 preparation of this report?
8   A  I am sure I approved it.
9   Q  If you turn to page 11861.
10   A  (Reviewing.)
11   Q  It says under overview, "The
12 end of November 2013, the █████████
13 ████████████████████ honored us
14 with a very generous grant of
15 $1 million. We distributed this grant
16 immediately to WonderWork partner
17 hospitals who had long waiting lists
18 and the capacity to increase
19 surgeries."
20   Did I read that correctly?
21   A  (Reviewing.)
22   Yep.
23   Q  Was that million dollars, in
24 fact, distributed to partner
25 hospitals?

BRIAN MULLANEY - VOLUME I

1
2   A  I believe so.
3   Q  Okay.
4   Now, let's look at the ██████
5 ████████████████████ initial
6 grant report, which is dated
7 February 12, 2014, and it's just a
8 one -- it's two pages, the front and
9 back.
10   If you look at page 11858,
11 it says, "When? This grant was
12 received December 31, 2013. A hundred
13 percent of this money was distributed
14 to WonderWork partners and partner
15 hospitals on or before January 17,
16 2014. All surgeries should be
17 completed by June 2014."
18   Do you see that?
19   A  Right.
20   Q  Do you recall this grant?
21   A  Yeah.
22   Q  And was that money, in fact,
23 distributed to partner hospitals?
24   A  I believe so.
25   Q  Okay.

BRIAN MULLANEY - VOLUME I

1        BRIAN MULLANEY - VOLUME I
2      Now, let's look at the final
3  grant report for the ██████
4  ████████████.
5    A  ██████.
6    Q  ██████, sorry.  It begins
7  with production number 012302.
8    A  Right.
9    Q  And let's look at page
10  012291.
11    A  Right.
12    Q  And that says, "In
13  February 2014, you honored us with a
14  very generous pledge of $4,000 to
15  provide a thousand eye surgeries."
16      MR. LILIEN:  40,000.
17      MR. CURCHACK:  40,000.
18  Sorry.
19  BY MR. CURCHACK:
20    Q  I will read it again.
21      "February 2014, you honored
22  us with a very generous pledge of
23  $40,000 to provide a thousand eye
24  surgeries," and I will leave out some
25  words.

1        BRIAN MULLANEY - VOLUME I
2      "We distributed this grant
3  to our partner ████████████, who
4  was able to put this money to use
5  immediately."
6    Do you see that?
7    A  Hm-hm.
8    Q  And do you recall receiving
9  that grant?
10    A  ██████, yes.
11    Q  Do you recall distributing
12  that money to ██████?
13    A  I assume we did, yes.
14    Q  Last, I would like to refer
15  to the final grant report for ██
16  ████████████, which is production
17  number 012099, and this says -- first,
18  do you remember receiving the ██████
19  grant?
20    A  Yep.
21    Q  "As of September 2013, we
22  received four grants from ████████
23  ██████ totalling $500,000.  Each of
24  those was distributed immediately to
25  WonderWork partner hospitals."

1        BRIAN MULLANEY - VOLUME I
2    Q  Do you see that?
3    A  Hm-hm.
4    Q  Okay.
5    Now, each of these grants
6  was received in fiscal year 2014; is
7  that correct?
8    You have November 2013 for
9  ██████; February -- I'm sorry,
10  December 31, 2013, for Arnold;
11  February 2014 for ██████;
12  September 2013 for ██████.
13    A  Okay.
14    Q  So we got 1 million;
15  500,000; 40,000; and 500,000 --
16    A  (Reviewing.)
17    Q  -- is that correct?
18    A  Yes.
19    Q  So that's a total of
20  $2,040,000.
21    Okay?
22    A  Right.
23      MR. CURCHACK:  I would like
24  to mark as the next exhibit the
25  WonderWork, Inc. Form CHAR-500 for

1        BRIAN MULLANEY - VOLUME I
2  the fiscal year-ended June 30,
3  2014.  It begins at production
4  number 0172 and runs through 0236.
5      THE REPORTER:  17.
6      (Exhibit 17 is Marked.)
7      MR. CURCHACK:  And for the
8  record, this consists of the New
9  York CHAR-500 Form, attached to
10  which is the Form 990 and attached
11  to that is the audited financial
12  statements for fiscal year 2014.
13      THE WITNESS:  Okay.
14  BY MR. CURCHACK:
15    Q  I ask you -- when you get
16  that, look at page 0227.  It is headed
17  "Statement of Functional Expenses."
18    Okay?
19    A  Yep.
20    Q  Now, the first line on that
21  table says grants, and this would be
22  the amount that was distributed in
23  grants by WonderWork during this
24  fiscal year; is that correct?
25    A  Right.

1        BRIAN MULLANEY - VOLUME I
2        Q    The number on the chart is
3    $1,543,055.
4            Is that right?
5        A    Right.  It doesn't match.  I
6    will have to find out why.  I don't
7    have an answer for you.
8            Do you want me to find out
9    why?
10       Q    I would be interested in
11   knowing why you told these grants that
12   their money was distributed when
13   according to your audited financial
14   statement it apparently wasn't.  So
15   yes, please.
16       A    Okay.
17           Can I leave that exhibit and
18   take your copy?
19           MR. TRIVIGNO:  Yeah.
20           MR. CURCHACK:  I think this
21   is a good point to take a break.
22           (Whereupon Testimony
23   Concluded at 6:32 p.m.)
24
25

1
2        I, S. Arielle Santos, a Registered
3        Professional Reporter, Certified
4        Shorthand Reporter and Certified
5        LiveNote Reporter do hereby certify:
6    That prior to being examined, the
7        witness named in the forgoing
8        deposition, was by me duly sworn to
9        testify the truth, the whole truth,
10       and nothing but the truth.
11   That said deposition was taken before
12       me at the time and place set forth and
13       was taken down by me in shorthand and
14       thereafter reduced to computerized
15       transcription under my direction and
16       supervision, and I hereby certify the
17       foregoing deposition is a full, true
18       and correct transcript of my shorthand
19       notes so taken.
20   I further certify that I am neither
21       counsel for nor related to any party
22       to said action nor in anywise
23       interested in the outcome thereof.
24
25       _____

TransPerfect Legal Solutions
212-400-8845  depo@transperfect.com

## A

**ability** 61:10
**able** 153:3 176:13
291:4
**Absolutely** 218:18
**accept** 150:2 181:9
**acceptable** 160:12
**access** 125:6
**accident** 43:17
44:3,18,21
**accomplished**
117:16
**account** 14:4,11,18
15:11,12 99:20
121:24 156:20
192:20
**accountant** 87:4
88:17 90:10
**accounted** 41:16
**accounting** 240:25
241:3
**accounts** 88:20
**accurate** 43:11
208:14,16 222:18
222:25 270:2,13
271:4 276:5,20
**accusations** 116:13
**acquire** 64:10,19
239:5
**acquiring** 64:12
174:2
**acquisition** 5:1
22:15 64:10,15
80:3 136:17
169:22 193:19
198:21,22 211:13
211:14 238:23
239:2,12 240:5,7
240:11 244:4,17
253:20
**action** 295:22
**actions** 115:9
**actual** 115:6 268:7
**ad** 13:19 14:17
15:18 16:6,21
17:3,12 47:11

61:21 77:4,10,17
123:9
**add** 181:2
**addition** 49:14
50:7 190:4 220:7
**additional** 108:5
**address** 8:19
**addressed** 227:8
275:11
**admin** 248:21
249:11 250:25
268:2,6
**administrative**
48:23 80:21
205:20 209:16
254:4
**admired** 141:17
**admit** 247:16
**adopted** 127:17
**ads** 11:3 17:5
26:16 61:17,23
62:2,13 68:7 77:6
77:13 79:19
262:11
**adult** 255:12
257:22 258:2
266:13 273:22
**adult's** 137:24
**adults** 138:15,16
138:21,22,23,25
154:12 157:16,18
192:10 255:24
**advantage** 172:12
240:21 241:18,22
241:23
**advertising** 10:21
11:21 13:25 17:9
17:21 18:8,9 29:7
56:20 61:16
**advice** 140:21
141:14 142:21
144:17,22 242:11
**advise** 223:23
225:23
**advisory** 68:16
110:4 186:4

272:18
**affiliated** 109:17
**afford** 284:16,17
285:4
**Afghanistan**
160:20
**afternoon** 6:8
**AG** 100:13,14
**AG's** 100:6
**age** 81:24 82:4,7
82:14,21
**agencies** 16:6
17:12
**agency** 13:20
14:17 15:19
16:14 21:25 22:7
22:13 24:22 25:4
29:7 36:7 47:11
56:21 123:9
**ago** 56:14 120:19
125:24 137:15
144:23 156:9
193:22 195:16
233:13 256:22
257:19,25 272:15
281:20,25
**agree** 240:14 243:7
257:3 265:20
**agreed** 25:15 54:11
88:9 92:24 95:17
119:22 182:23
**agreement** 43:8
45:9 92:16 97:4
99:13 140:12
144:8 149:5,8
150:11,13,18
151:3 187:6,14
265:18
**ahead** 20:2 86:12
**airplane** 88:11
**alert** 7:18
**allegations** 101:14
**allocate** 183:23
200:16,19 232:10
244:7
**allocated** 105:22

200:23 201:6
209:16 244:2
**allocation** 200:15
231:3 232:12
233:5,11 244:24
**allocations** 184:3
200:3,5 201:16
201:17 270:7
**alternative** 12:18
265:23
**Amee** 171:17,19
245:6
**America** 16:18
62:12 69:3 72:14
82:3,12 157:24
158:9 169:2
174:23 237:9
242:20 260:7
**American** 52:20
73:13 165:10
**Americans** 59:24
65:17 174:24
280:7
**amiss** 209:3
**Amnesty** 175:21
**amount** 178:8
216:24,25 241:6
255:3 256:17
257:8 258:9,10
265:21 278:23
293:22
**amounts** 136:17
270:25 274:22
287:8
**analyzing** 66:20
**ancillary** 218:2
**and/or** 175:18
184:18
**Andrew** 12:17
**anecdotal** 264:22
**anesthesia** 186:6
209:6 257:13
266:23
**anesthesiologist**
44:9

Angela 162:23
**Angeles** 285:25
**anguish** 107:8
**animal** 19:15
**Ann** 40:23 46:24
58:15,20 89:15
**announced** 99:12
**announces** 99:7,8
**annual** 274:14
**answer** 7:24 8:7
65:23 140:15
168:8 171:15
177:25 243:20,22
283:22 294:7
**answers** 6:16,23
182:17
**anti-fraud** 71:12
**anxious** 151:13
**anybody** 9:2 58:3
**anymore** 198:15
260:14
**anywise** 295:22
**apart** 74:14
**apartment** 13:20
14:17
**apiece** 140:8
**apparently** 46:7
253:19 294:14
**appeal** 180:15,16
195:7 202:20,23
203:3,15,18
204:6,8,18 206:5
206:19 207:18
208:20 225:11
**appealing** 228:19
**appeals** 113:8
193:11 194:23
220:11 232:3
**APPEARANCES**
3:1
**appears** 134:13
**Appellate** 228:19
**application** 126:21
127:4,12 129:21
**applied** 125:22

174:6
**apply** 125:8 174:5
    279:16
**appointed** 134:13
**appreciate** 45:25
    204:3 266:24
**appreciation**
    128:21
**approach** 118:5
    119:19
**approached**
    140:19 144:7
**appropriate**
    205:23 232:4
**approval** 28:9
**approved** 34:2
    77:23 78:10
    130:2 229:6
    254:11 288:8
**approximately**
    79:19 282:24
**April** 4:19 5:2
    23:10 54:13 88:6
    88:10 89:14 95:5
    95:5,9 97:23
    227:4 230:8
    253:21 269:4
**Arbitrarily** 243:7
**arbitration** 93:19
    101:17 149:9
    181:15,25 182:7
    182:12 183:5
    228:20
**arbitrator** 101:19
    102:2 228:22
**Architectural**
    166:25
**areas** 31:18
**Arielle** 1:24 2:2
    295:2
**arms** 73:9

**arose** 187:4
**Arps** 150:18
**arrangement**

97:15
**arranging** 209:20
    209:21
**array** 178:2
**arrive** 160:10
**arrived** 43:2
    259:16
**art** 15:3 161:13
**aside** 60:2
**asked** 9:12,13
    44:17 89:15
    90:23,25 98:9
    113:15 140:13,20
    141:19 142:2
    152:4 167:19
    182:12 212:19
    224:19 243:18
    252:21
**asking** 6:14 7:9,23
    110:13 142:10
    195:25 211:22
    216:13 223:11
    251:23 276:22
**asks** 217:16
**assets** 23:13 24:5
    24:16,17 28:14
    57:10 99:15
    252:8,12
**assistant** 123:9
**Associates** 3:16 7:6
    11:23 14:4 15:11
**assume** 291:13
**assurance** 186:2
**attached** 4:7
    251:16,19 275:13
    276:10 293:9,10
**attends** 155:7
**attention** 221:25
**attraction** 187:9
**audit** 89:10 181:4
**audited** 180:5
    293:11 294:13
**auditor** 105:18
    192:7 212:10
    219:3,4 221:15
    232:21

**auditor's** 274:20
**auditors** 105:22
    106:4 181:3
    184:5 200:20
    205:11 231:13,23
    240:22 242:8,21
    252:6 278:18,21
    279:6
**August** 1:13 2:6
    40:9 149:6
    246:14
**Avenue** 2:5 3:12
    3:17 12:21 25:21
**average** 161:22
    169:4 178:9
**aware** 104:18
    118:6 190:14
    237:25 259:11
**awareness** 68:21
    82:23 210:17,18
    231:7 234:16
    237:20
**awesome** 72:16

**B**
**B2B** 18:13,16,24
    19:14 20:13
**back** 23:12,22 24:4
    24:13,18,21
    27:25 33:11
    39:10 48:18 57:7
    57:11 66:19
    75:16 77:21 91:8
    91:21 100:22,24
    106:24 108:16
    113:8 117:14
    120:4 122:2,24
    138:13 156:9
    157:10 160:10
    164:5,6,24
    172:14,22 189:11
    189:16 192:17
    195:15 203:4
    204:8 211:5
    223:9 228:6
    230:23 239:21

243:11 247:20
    261:5 262:17
    266:5 286:23
    289:9
**backdrop** 82:16
**background** 61:15
**backlog** 83:5,20,21
    84:22,24 264:4,6
    264:19,21
**backlogs** 263:21
    263:25 265:10
**bad** 31:7 37:6
    102:12 133:12
    141:16 161:20
    165:24
**ball** 21:3,4
**Bangladesh**
    160:19 183:25
    203:4 204:9
    281:8 285:22
**bank** 41:19 54:5
    74:6,7 76:9,11
**bankrupt** 23:22
    87:4,6 206:18
    252:17
**bankruptcy** 1:2
    23:9 155:18
    197:25 223:2,24
    224:23 225:24
    226:20 252:14,15
**Barrister** 106:22
**base** 274:11
**based** 134:8 214:8
    262:25
**basic** 172:23
**basically** 17:7
    243:6
**basis** 180:8
**Bates** 4:9,12,14,15
    4:16,17,18,24 5:2
    5:8,14
**BBB** 133:6
**BDO** 233:9 274:20
**Beach** 143:24
**bears** 126:11 128:7
    227:9 253:21

**beats** 161:22
**beauty** 81:11
**becoming** 56:9
**beds** 36:20
**beer** 11:22 18:11
**beg** 74:23
**begged** 74:20,21
**beginning** 13:22
    14:8 123:18
    132:20 144:11
    172:3,15 193:15
    215:25
**begins** 246:17
    287:23 290:6
    293:3
**behalf** 187:22
    280:19
**Beijing** 40:10 44:9
**belief** 203:10
**believe** 14:12
    30:16 46:22 95:4
    111:8 113:24
    116:12 126:19
    127:9 144:14
    205:8 213:2
    214:2 221:17
    226:17 232:23
    234:8 238:23
    244:5,6 245:23
    247:17 269:3
    276:2,20 277:17
    281:3,6 282:15
    289:2,24
**Belknap** 91:16
**Bell** 67:6,7 87:5
    88:17 89:2
    120:24 145:8
**Belmont** 6:3 8:22
    9:22
**benefit** 115:10
**best** 51:25 65:14
    67:15 75:14
    137:18 143:6
    151:16 185:11
    213:9 242:20
    265:15

**Bethany** 3:9 7:4
**betrayal** 118:20
**better** 37:13 66:13
  66:14 73:10
  125:10 126:20
  127:3 129:20
  137:9 161:15
  221:4 284:14,17
**beyond** 42:6 73:21
  209:24 210:4,5
  265:21
**big** 16:16 42:18
  49:15 66:3 83:19
  101:4 153:15
  179:3 193:17
  206:23 244:12
  245:3
**bigger** 31:12 75:4
  136:2
**biggest** 15:8 16:18
  23:8 80:20 168:2
  230:14 242:20
  272:22
**bigwigs** 42:21
**bill** 14:7 32:4
  36:25 40:22
  42:24 198:24
**billion** 23:7 117:16
  117:17
**billionaire** 116:23
**billions** 117:4,4
**bills** 116:9
**births** 83:22
**bit** 155:24
**bizarre** 33:11
**black** 27:3
**blah** 180:22,22,22
  259:17,17,18
**blamed** 100:16
**blaming** 146:21
  ▮▮▮▮▮▮▮▮
**blanking** 53:24
  162:22
**bless** 39:7
**blew** 136:25
**blind** 77:16,20

138:14 153:11,23
157:9,14 158:8
158:14,18,19,23
159:4 195:23
211:4 262:12
264:11
**blindly** 222:13
**blindness** 76:19,20
77:14 79:14 80:9
84:18 96:16,16
112:24 136:3
137:7,10,17
140:24 142:14,16
142:19 145:23
146:12 147:12,23
147:24 148:9,19
157:6,11,15,20
157:22 158:2,4,6
158:24 159:9
183:17 187:8
198:22 205:6
214:8,15,16,19
215:2,11,19
260:12
**blood** 44:6
**blowing** 146:17
**blue** 143:8
**blurry** 159:6
**board** 28:16 31:20
33:4 34:2,23
35:10 40:3,14,17
40:19,20 42:2,6
43:14 46:19,20
47:15,21 53:16
54:15 58:8 60:7
61:8,14 68:16
74:4 76:12,14,21
77:22 78:9,16,20
81:18 83:16
85:24 86:6,14
87:17 88:10,13
88:25 89:3,4,20
90:9 91:4 94:18
99:10,10,11
106:10,13,17
107:3,10,12

109:4,7,9 110:6
113:25 114:16
115:12 118:16
123:14,19 125:18
125:20 127:17,21
127:25 129:4
133:2,8,16
135:10 140:22
141:20 144:16
145:15 158:21
164:22 165:2,5
167:22 186:4
193:23,24 198:10
245:24 272:19
**boards** 109:10,12
110:4
**Bob** 40:3 87:5
88:16 89:2,16
**bono** 13:6 70:16
**bonus** 97:16
128:23,25
**book** 154:9
**booklet** 241:4
**books** 88:19
187:19 191:4
**boom** 81:9
**Borat** 211:8
**boring** 17:3,13
21:8
**Boris** 54:3 56:4,6
122:18
**born** 82:3 83:19
158:18 211:3
237:13
**boss** 14:13 20:22
**Boston** 9:23
155:22 156:5,7
163:25
**bottom** 213:6
216:6 268:13
**bought** 23:5,12,22
50:13 57:7,10
89:8 90:2 116:25
170:11 176:8
**bowling** 21:3
**box** 20:21 105:16

177:18 254:23
255:5 287:13
**boxes** 254:20 287:2
**boys'** 27:4 174:25
**braces** 236:5
**brain** 113:4
**branched** 18:22
**brand** 51:2
**brand-new** 121:9
**branding** 19:4
**brands** 11:22
16:18
**break** 230:18
286:12 294:21
**breaks** 8:12
**Brian** 1:11 2:1 4:3
6:1,2 7:1 8:1,21
9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1,6
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1,14 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1,19
75:1 76:1 77:1
78:1 79:1,10 80:1
81:1 82:1 83:1,14
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1

96:1 97:1 98:1
99:1 100:1,25
101:1 102:1
103:1 104:1
105:1 106:1
107:1,4 108:1
109:1,2 110:1
111:1 112:1
113:1 114:1
115:1 116:1
117:1 118:1
119:1 120:1
121:1 122:1
123:1 124:1
125:1 126:1
127:1 128:1
129:1,15 130:1
130:18 131:1
132:1 133:1
134:1 135:1
136:1 137:1
138:1 139:1
140:1 141:1
142:1 143:1
144:1 145:1
146:1 147:1
148:1 149:1
150:1 151:1
152:1 153:1
154:1 155:1
156:1 157:1
158:1 159:1
160:1,7 161:1
162:1 163:1
164:1 165:1
166:1,3 167:1
168:1 169:1
170:1 171:1
172:1 173:1
174:1 175:1
176:1 177:1
178:1 179:1
180:1 181:1,22
182:1 183:1
184:1 185:1
186:1 187:1

188:1 189:1
190:1 191:1
192:1 193:1
194:1 195:1
196:1 197:1
198:1 199:1
200:1 201:1
202:1 203:1
204:1 205:1
206:1 207:1,3
208:1 209:1
210:1 211:1
212:1 213:1
214:1 215:1
216:1 217:1
218:1 219:1
220:1 221:1
222:1 223:1
224:1 225:1
226:1 227:1,6
228:1 229:1
230:1 231:1
232:1 233:1
234:1 235:1
236:1,21 237:1
238:1 239:1
240:1 241:1
242:1 243:1
244:1 245:1
246:1 247:1
248:1 249:1
250:1 251:1,14
252:1 253:1
254:1 255:1
256:1 257:1
258:1 259:1
260:1 261:1
262:1 263:1
264:1 265:1
266:1 267:1
268:1 269:1
270:1 271:1,5
272:1 273:1
274:1 275:1
276:1 277:1
278:1 279:1

280:1 281:1
282:1 283:1
284:1 285:1
286:1 287:1
288:1 289:1
290:1 291:1
292:1 293:1
294:1
**Brian's** 200:16
**briefly** 68:8
**brilliant** 81:17,21
167:21
**bring** 39:5 112:22
**brochures** 13:3
21:8 138:23
**broke** 25:21
**broker** 165:19,22
165:25 166:5,6
166:15,17 167:10
167:13,14 175:25
**brokers** 165:14
176:14,16,21
**Brooklyn** 28:3
**Brothers** 76:9
**brought** 17:17
33:10 86:5 92:12
102:19,23 122:19
191:17
**Brown** 76:9
**bucks** 50:16
137:24 173:16
178:9 236:20
266:3 284:5,22
285:14,14
**budget** 268:6
**Budgets** 154:20
**build** 180:18
253:10
**building** 103:25
**built** 59:18 112:20
191:12
**bullshit** 85:6
**bump** 178:15
**bureau** 100:6
125:11 126:20
127:3 129:21

**bureaucracy** 28:10
**bureaucratic**
56:17
**Burger** 11:23
**burn** 74:20 137:25
138:12 162:11
**BurnRescue**
159:21 233:25
234:23 270:17
**burns** 112:24
136:4 137:6,20
148:14 180:21
203:23 281:14
**burnt** 281:19
**Bush** 39:19 117:22
**business** 9:25 10:5
27:10 37:3,4
47:24 50:23 57:3
59:2,11,18 67:13
67:16 87:8
112:19 124:4
125:11 126:20
127:3 129:20
135:15,22 136:7
136:13 139:5,17
145:13 153:18
156:21 163:19
172:10 182:4
260:9
**business-to-busi...**
18:14 65:10
**businesses** 84:6
87:3,6
**busy** 53:14 91:21
104:4 146:23,24
**buttoned** 208:17
249:21
**buy** 23:4 24:4 71:8
167:5,9,12
168:13 172:10
**buying** 24:12,15
24:18 78:25
168:24 172:15
285:13
**bylaws** 46:18

C
**c** 33:15,17
**CA** 49:16 50:10
118:10,15 119:8
**cab** 153:25
**Cajun** 120:20
162:20
**calculated** 254:8
269:9,20 270:4
273:11,12
**call** 21:14 24:3
28:17 45:9 89:2
89:16 91:8,20
143:7 232:2
285:10
**called** 14:25 25:7
31:4 39:3 44:4,23
44:24 65:23
88:22 89:7 90:12
91:3,6,21 113:17
116:24 120:8,15
120:24 126:9
151:6 152:4
163:25 178:2
191:15 210:25
223:15 232:24
236:9,15 267:6
267:22 268:2,12
287:25
**calling** 91:18
**calls** 102:18 156:14
156:17
**cameras** 102:25
**camp** 262:19
**campaigns** 138:18
**camps** 262:9,10
263:12
**Canada** 109:4,7,9
**Cannes** 17:16
**cap** 115:2,19
**capacity** 48:16,23
288:18
**capital** 137:6
**capitalization**
60:15,18
**caps** 130:24

**car** 170:11
**card** 170:9
**care** 38:4 51:6
52:21 150:9
175:4 221:2
283:16 291:3,12
**cared** 148:6,8,13
148:14 150:7
220:23
**career** 259:11
**careful** 260:19

**Carter** 3:5 7:7

**case** 1:4 111:18
249:11,12 255:4
**cases** 287:20
**cash** 60:19 75:25
84:24
**casts** 236:5
**catalog** 166:24
**cataract** 158:5
186:21 187:3,8
190:8,25 191:6
260:13 273:21
282:24
**cataracts** 158:7,9
158:10 262:15
**caught** 281:19
**cause** 25:18 136:22
149:15 180:11
**causes** 113:9
136:21 137:6,10
137:16 138:7
150:5 172:25
**CDR** 163:3 164:8
165:8
**CDR's** 165:19
**cease** 244:16,23
**Celtics** 153:10
**cent** 77:15
**cents** 166:12,13
169:5,6 172:11
172:12 285:3,3

**CEO** 20:15 30:12 40:4 43:14 47:24 48:9 56:9,24 57:20 132:24 133:7 143:11 164:20
**CEOs** 55:16
**certain** 66:18 106:18 241:6 258:8,9
**certainly** 270:5
**certification** 125:10
**certifications** 10:11
**Certified** 2:3,3 295:3,4
**certify** 295:5,16,20
**chain** 21:4
**chair** 58:19,21 89:10 131:25 134:14 181:4
**chairman** 19:6 20:25 35:25 40:24,25 129:8 131:16,21 132:24 133:2,4,8,12,16 134:19,23 135:2 135:3,8 164:22 181:5
**challenge** 256:18
**chance** 61:25 76:8 228:18
**chancellor** 27:22 27:23
**change** 11:13 63:23 74:2 154:20 193:2 198:6 214:7
**changed** 46:12,14 53:17 54:14 69:13 87:2 124:9 136:14 154:16 194:24 256:5 257:19
**changes** 123:19,23

**changing** 150:22 151:12 249:8
**channel** 284:2
**chapters** 109:16
**CHAR-500** 5:13 292:25 293:9
**charge** 283:11
**charged** 273:15
**charismatic** 31:10
**charitable** 153:14 290:4
**charities** 79:14 80:10 100:6 143:12 144:21 146:12 152:10 187:7 231:14 240:12 242:19
**charity** 25:5,6 26:21 27:15,19 29:13,15,23 31:4 37:13 50:24 51:17,18 65:18 65:21 80:20 90:6 92:20 96:8,11,17 97:7,10,11 98:23 103:25 122:25 140:25 148:12 170:12 175:17,18 193:16 203:21 228:23 241:9 242:10 254:5 270:7
**Charles** 40:13,23 42:22 44:22 46:21 50:9 69:7 92:23 93:19,23 98:15 116:25 117:6,10 120:16 136:24 139:21
**chart** 252:24 276:10 277:2 294:2
**charts** 72:12 159:3 261:4 266:3
**cheap** 65:20
**cheapest** 137:17

**cheat** 72:10
**check** 171:7 177:18 254:21 287:12
**checks** 97:22 255:5
**Chicago** 31:17 171:25
**chickened** 89:25
**chief** 108:22,24
**child** 138:2,9 157:17 255:25 257:11 266:20
**children** 25:9,10 52:11 80:20 138:8,15,18,21 138:22,25 143:19 154:12 158:17 175:17 255:23 257:6
**China** 35:16 37:23 39:21 43:18 44:24 51:9,14,17 51:24 52:18,24 55:6 59:4 70:13 78:25 80:21 81:4 81:4,7,8,11 82:19 82:21 83:11 84:4 84:8,13,15,17,19 86:22 117:21,23 180:22
**Chinese** 45:5,21 51:4,11,15 80:18
**chip** 16:2
**chips** 18:4
**chosen** 228:13
**Christmas** 155:16 197:5
**church** 12:20,20
**cigarettes** 18:12
**CIRA** 3:15
**city** 25:8,10 26:23 27:23 31:15 151:9
**CKS** 22:11,18 23:18
**claim** 115:25 116:7

116:13 268:22
**claiming** 231:18
**claims** 101:7 181:25
**clarified** 256:23
**clarify** 8:3 229:8
**classified** 198:4
**classifying** 179:14
**clean** 83:20
**cleaned** 83:5
**clear** 176:19 182:25
**clearer** 256:3
**clearly** 180:12
**cleft** 44:15 51:25 61:25 69:24 70:25 73:2 74:17
**clefts** 39:6 51:20 52:20 68:22 70:9 75:3 78:23 82:3 83:18,23 148:5 237:12,13
**client** 21:22
**clients** 12:11 13:13 15:5 16:25 152:16
**Clios** 16:17
**close** 53:20 82:6 84:15 89:17 136:23
**closed** 33:7 34:8 57:14
**closely** 70:3
**cloud-based** 261:2
**club** 27:4
**clubfeet** 183:17
**clubfoot** 74:23 112:24 136:3 137:7,20 138:2,9 148:13 178:13 185:11,16 203:24 235:19 237:8,9 237:24,25
**Clubs** 174:25
**co-founder** 69:9 113:13,17,20,23

**co-founders** 31:11
**Coca-Cola** 173:20
**cofounder** 151:24
**coincidence** 32:21 32:23
**collaborate** 184:19
**colleague** 7:4
**collection** 277:10 277:13
**collectively** 264:13
**college** 9:24 10:18 156:7 169:10
**columns** 275:18
**come** 38:18 39:10 39:16 63:2 66:19 100:24 106:7 117:25 121:13 138:13 139:18 141:19 142:2 147:9 158:14 170:6 172:22 176:25 179:24 188:15 189:5 190:10 197:14 198:23 225:15 230:23 237:17 253:13 262:17 263:11 266:5 279:19 284:3
**comes** 8:6 70:17 168:5,16 176:8 236:4
**coming** 59:24 75:3 75:12 80:23 89:15 100:24 105:19 193:6 199:11 262:22
**commenced** 98:15 119:25 154:25 230:20 286:14
**comment** 130:21
**comments** 130:5,7 130:13 131:6
**commercialize** 191:9
**commercially**

190:21
**commercials** 11:3
17:15 26:16
**committee** 89:10
181:4
**common** 278:21
279:22
**commonly** 242:19
**communications**
229:14
**companies** 20:18
50:13 63:11
151:20
**company** 16:2
17:10 20:16 29:3
29:5,10,17 30:2
45:22 51:15,16
63:14 91:20
102:24 116:24
120:8,20 143:3
175:8
**compare** 249:5
**compensated**
107:10
**compensation**
54:17,23 97:7
106:17 108:6
**competing** 240:12
**competition**
144:13 152:11
**complaints** 181:18
**completed** 289:17
**completely** 25:21
**complicated**
166:21
**component** 211:20
**composite** 281:2
**computer** 11:23
14:3,4,11 15:10
16:21 17:4
168:14 173:6
**computerized**
72:14 295:14
**computers** 14:6,18
16:19
**conceivable**

239:16
**concept** 70:16
273:9
**conception** 19:3
**Conceptually**
239:19
**Concluded** 294:23
**conclusion** 199:16
**concocted** 181:24
**conducted** 118:15
**Coneys** 132:23
181:3
**conference** 53:2
**confidence** 181:7
**conflict** 190:9
**confused** 219:12
**Congo** 48:18
**connecting** 30:22
**connection** 24:15
114:18 223:24
**conservative**
231:17
**consider** 184:12,22
197:13
**considered** 150:14
231:7
**considering**
151:21
**considers** 278:3
**consists** 286:19
287:19 293:8
**construction** 172:4
**consultant** 106:9
**consulting** 92:16
97:14 143:13
272:14
**consumer** 19:21
**consumers** 65:7
**contact** 45:24 67:4
143:9 146:15
**content** 20:20
159:12 188:10,12
234:8
**context** 80:15
153:6 182:18
196:3 226:20

**continue** 47:2
**continuing** 10:13
218:14
**continuum** 158:22
**contract** 23:18
152:19 186:16
189:8,16 190:3,3
191:23
**contribute** 119:9
256:20 257:17
259:2,21 261:12
261:19 267:2
**contributes** 178:19
283:4
**contribution** 138:3
255:16 256:25
258:3,10,17,19
258:22 259:12
278:4
**contributions**
75:10
**control** 69:14
99:20
**controlled** 86:7
109:20 110:22
**controversial**
37:25 92:24
**convenient** 8:15
**conversation**
38:19 85:22
159:18 196:6
225:14
**conversations**
225:16,22
**convinced** 72:9
**COO** 155:10
**cool** 88:4
**coordinated** 66:15
**copy** 10:23 11:9
138:20 188:10
227:3 294:18
**corporation** 34:4
34:13 46:5
**corporations**
110:15
**Corps** 48:13,16

**correct** 159:17
209:10 211:21
222:12,16 223:21
239:18 283:6
292:7,17 293:24
295:18
**correctly** 208:25
288:20
**correlate** 55:15
**correspond** 116:21
**COs** 56:16
**cosmetic** 25:8,9,23
26:2
**cost** 37:6 61:22
62:22,23 71:5,21
105:7 107:7
111:14 138:3
161:18 166:12
169:5 182:14
201:17 231:3
243:4 256:14,24
257:7 258:3,18
258:23 266:12,22
273:15,20 282:23
283:5,19,20
286:4,8
**costs** 64:18 137:25
205:13,13 232:10
233:5,11 236:19
241:19,20 243:5
244:2,8 245:11
254:4 256:15,19
276:18 278:4
**counsel** 91:7
103:10,13 106:20
165:11 220:7
295:21
**count** 234:13
**counterclaims**
181:17
**countries** 39:10
69:23 70:8
109:16 110:14
154:13 175:13,14
203:22 211:7
**country** 70:2,4

156:2 266:17
**counts** 211:16
234:17
**couple** 7:14,21
42:23 56:15
57:11 94:25
97:18 185:16
272:14 275:2
**coupon** 61:24
**course** 6:18 68:9
239:14 265:5,5
**court** 1:2 92:5
93:20,24 94:3
228:19
**court-appointed**
3:20 6:11
**cover** 31:4 43:23
**covered** 116:14
**cowboy** 44:12
**CPA** 3:15
**crazy** 51:21 52:18
279:16
**create** 17:9 188:10
220:20
**created** 11:21
46:19 59:10
118:19 142:5
**creative**
11:12 21:7 188:2
**credit** 170:9
**crescendoed** 23:6
**crippled** 74:22
**criteria** 201:18
232:8,9
**Cross** 240:17
**crush** 109:5
**crying** 88:23
**cubicle** 147:21
**cultivate** 64:13
**culture** 118:19
**Curchack** 3:10 4:4
6:7,9 21:17 23:15
26:17 30:17 32:6
35:12 37:15
40:15 45:6 48:25
49:22 56:7 57:15

67:17 80:12
84:23 87:16
90:20 96:9 97:5
103:8 104:14
107:24 110:24
120:3 121:20
126:7,17 128:3
128:10 129:13
130:19 132:5,10
134:24 135:13
144:6 145:18
155:3 157:21
163:2 165:6
167:8 170:3
171:12 175:23
177:16 188:13
189:2,19 191:25
193:3 197:11
206:24 207:21
211:18 212:18
216:5 218:4,18
218:22 221:13,20
224:4 225:21
227:2,16 229:19
230:2,17,22
233:2,22 234:4
235:6,8 238:20
241:8 242:24
243:24 246:6,22
250:23 251:10
253:16 258:11
263:6 267:4,14
271:11 272:8
274:9 275:6,23
277:11,16 280:24
281:22 282:5
286:17,23 287:18
290:17,19 292:23
293:7,14 294:20

**current** 162:24
**custom** 219:20
**cut** 75:9 167:15,17
193:19

**D**

**D&O** 116:4,15
**dark** 158:25
**Darretta** 40:3
**data** 85:4 168:3
238:11
**data-driven** 171:8
**database** 16:22
18:5 21:6 72:11
72:15 214:3
**databases** 167:4
**date** 66:18 269:4
**dated** 4:11,13,19
5:6 128:7 129:15
132:13 212:23
222:3 227:4
246:14 251:13
253:20 267:8
275:8 289:6
**Davis** 16:4
**day** 30:2 32:9 33:9
40:12,12 42:16
46:11 59:3 85:14
90:4 100:4
104:12 115:21
121:9 153:25
**days** 43:24 101:18
182:12
**DBA** 180:12 216:2
271:10
**DBA's** 159:21
**DBAs** 161:25
179:5 192:18
194:21 202:8
219:21
**deal** 107:7
**dealing** 83:21
127:7 194:15
197:24
**deals** 166:19
**dealt** 176:15
**Dear** 275:11
**dearest** 153:21
**death** 103:7 281:20
**debacle** 92:11
**debt** 117:5
**Debtor** 1:8

**DEBTORS** 3:3
**decade** 185:14
**December** 4:11
79:21 96:7 99:2
101:5 111:8,11
125:25 126:3
128:7 212:24
222:3 289:12
292:10
**decide** 59:14
**decided** 60:19
76:24
**decides** 200:14,18
232:3
**decision** 102:3
125:13,17
**declined** 101:2
**deduct** 286:10
**deducted** 105:25
107:18
**deemed** 278:5
█████████
**defend** 106:16
**defendant** 115:17
**define** 157:22,23
283:24 284:4
**definition** 157:25
215:25 220:2
223:7 224:17,25
**degrades** 177:7
**degree** 9:25 10:15
**Delhi** 162:12
**Dell** 14:7,18
**DeLois** 48:2 52:2
55:25 57:24
100:21,23 108:23
108:25 109:12
122:21,23 128:6
149:16 155:10,10
**delta** 278:3
**Democrats** 175:21
**demographic**
124:13
**depending** 114:4
255:15 258:24
266:17

**depends** 265:6
284:2
**deposition** 7:16
295:8,11,17
**describe** 68:9
135:21
**described** 187:13
**Desert** 13:22
**design** 19:5
**destroy** 99:3 182:4
**detail** 9:11 164:18
**detect** 225:10
**deteriorated**
140:11 187:10
**determination**
180:9
**determining**
201:19
**Detroit** 31:17
**develop** 61:10
187:25 190:19
**developed** 72:11
139:17 149:20
**developing** 70:2
123:13,17 156:2
160:16
**develops** 159:12
**devolved** 149:5
**dice** 173:6
**die** 44:14 52:12
68:18
**died** 40:11 44:13
124:12 281:14
**dies** 157:11
**difference** 70:5
207:10 224:14
226:25 246:8
248:13 249:14
251:5 261:23
270:22 284:11
**different** 18:10
19:13,15 126:24
148:19 158:2
167:7 172:25
179:25 184:10
195:25 197:3

201:12 234:12
248:23 251:7
256:17 269:21
270:6,16,19
272:12
**differently** 178:18
178:21 270:4
279:5
**Digest** 166:25
**digital** 15:24
121:12
**dinner** 155:15,16
281:18 285:9,16
285:18,20 286:7
286:8
**dinners** 143:11
**direct** 18:23 19:8
19:11,13,14,20
19:21 20:5,8,11
62:12,14,20 64:3
64:11 65:5 73:16
73:18 76:20
102:21 124:2,8
136:5,10,16
141:18 145:7,10
145:14 152:8
156:23 161:21
162:7,24 163:6
176:17 191:11
192:10 193:17
194:4 198:24
211:12 231:6
241:6,19,25
242:4 243:4
270:25 284:3,24
**direction** 134:4
179:24 295:15
**directions** 81:16
**directly** 109:20
**director** 11:12
15:3 91:19
132:23 135:5
**directors** 31:20
47:16 92:7 100:3
114:16 127:17
140:22

dirt 88:21
disagreements 233:4,10
disappear 90:18
disaster 63:17 87:15
discretion 190:6
discuss 9:7 87:14 224:8,14
discussed 9:9 133:17 199:9 227:22 234:14 245:25
discussion 85:11 87:13,19 89:5 134:16 156:25 212:12,16 230:24 233:20 246:4 281:15 286:21
discussions 96:14 145:2
disfigured 28:8 39:6
dispersed 80:9
displacing 72:7 259:9
dispute 187:4
distinction 201:9 208:10,13 212:4
distributed 69:2 146:11 288:15,24 289:13,23 291:2 291:24 293:22 294:12
distributing 291:11
distribution 82:10
DISTRICT 1:3
diverted 226:24
DMP 120:20 162:19,20
doctor 52:14 70:18
doctors 26:7 70:20 112:21 135:24
document 5:10 114:25 126:9

264:9,20 267:6
documents 9:16 91:25
dog 169:12
doing 16:14 17:22 18:22 19:2,22 25:22 26:12,14 26:15 30:4 34:25 52:15 53:10,20 54:5,6 61:8 69:18 73:16 74:17 76:23 88:24 100:15 104:6 105:19,20 107:13 109:2 115:12 120:19 137:15,16 145:22 151:18 162:8 168:5 172:17 190:7 191:10,19 198:15 198:20,20 203:19 203:23 206:8 209:4 211:14 219:10 223:5 231:11 234:12 242:10 244:24 259:15 260:5 270:9 274:15 280:3
dollar 64:18 146:2 161:18 177:10 263:3
dollars 25:24 96:18 115:11 119:4 173:17 182:22 186:18 279:20 288:23
dollars' 152:2 272:13
domestically 15:16
Don 48:11 53:18 56:5 85:20 86:4 89:7,16,22,23 151:25
donates 169:13 272:19

donation 76:7 140:10 177:19 199:21 208:4 211:25 215:7 229:8 239:21 248:5 250:2 253:6,12 272:10 272:11,20,23 273:4,24 278:5
donations 84:25 137:2 179:14 198:4 211:6 213:11 215:9,12 220:19,22 228:16 245:21 247:2,7 253:4 273:7 274:22,24 276:20 278:10,24 279:8 279:21
donor 64:12,14 148:11 174:21 178:9,20,22 180:10,10,14 202:10,12,19 205:16 206:7 215:6 220:13 224:25 225:10 226:23 228:21,25 229:8 239:5,6 247:5 255:5 260:4 283:25 284:4,7,12,13,20 284:24 285:23,24 286:7
donors 64:11 66:2 68:12 74:10 76:5 100:10 113:6 119:12 124:12 137:9,18 154:8 175:12 191:21 199:3,13 217:16 222:8 226:5 227:22 228:11,12 229:15 230:13,14 241:24 246:24 248:20 254:21

256:19 284:8,15 285:5,6,17 287:7
door 21:15 60:25 112:8
Dr 46:23
drafted 229:3 248:9
dream 68:18 148:2
dreams 73:22
drew 25:17
drive 119:3 158:11
driven 161:16
driving 182:6
drop 118:25
dropped 82:7
dropping 123:21
drove 89:23
drowning 168:3
▮▮▮▮▮▮
drunken 79:2
duly 295:8
duress 95:23
duty 56:5
Dysart 129:6

**E**
e-mail 4:11,13,15 4:16,17,18,24 16:10 128:5,12 129:14 130:10 131:6 132:6,11 132:16 134:21 156:14,19 212:20 212:23,25 213:6 218:6,9,24 221:23 222:2,5 233:13 251:13,16 251:19 281:4
e-mails 216:17
Ear 153:24
earlier 86:2 183:15 245:16 255:13 268:23 274:12
early 30:20 74:11 141:4

earned 68:11
ears 26:6 80:24
Eastside 12:18
economics 10:2,5
education 9:21 10:13 28:16 169:10 237:2 ▮▮▮▮▮▮
effective 174:20 206:22
effectively 265:19
effectiveness 4:9 126:10 127:18,20
efforts 194:3 231:6
eight 81:7 118:21 145:16 169:5,24 169:25 172:11 194:7
either 118:7 145:4 155:25
electronic 72:15
embarrassing 223:4
emotional 197:23
empathy 138:25
emphasize 138:17 138:19
employed 24:10
employee 54:15 107:13
employees 9:8 22:15,17 23:7 89:21 99:21 101:9 102:20 103:3 105:24 199:6 271:12
employment 24:19 144:8
empowered 60:4
empowering 112:20 135:24
empty 147:20
enable 170:5
enables 200:21
enclosed 255:2
encourage 220:19

encouraging 77:9
ended 66:5 101:21
  101:23 149:6
  164:8
endowment 76:4
engineer 17:3
engineers 16:7,20
  17:6,13
England 105:4
English 27:11
enter 150:12
entered 150:10
  265:17
entire 178:12
entities 110:16
  151:21
entitled 241:5
entity 34:12 35:7,8
  110:18,20 271:8
entrepreneurial
  53:13
equipment 37:7
especially 220:5
ESQ 3:4,9,10
establish 53:22
established 109:21
  139:11
establishment
  111:22
estate 167:14
Ethiopia 82:13
Europe 260:7
everyone's 102:21
evolution 195:13
evolve 124:16
evolved 136:15
  137:11
evolving 124:2
exact 56:13
exactly 69:20
  126:6 135:24
  165:9 214:4
exaggeration
  160:9
examined 295:6
examiner 3:20

6:12
example 203:12
  206:15
examples 207:23
excellent 52:19
exception 186:9
  197:18,21
Excess 75:25
excited 78:18
  142:8
exclusive 152:20
executive 14:19
  92:3
exempt 33:16
exhibit 4:8,11,13
  4:15,16,17,18,19
  4:21,23,24 5:1,4
  5:7,10,11,12
  125:7 126:14
  128:5,9 129:11
  132:6,8,9 212:14
  212:20 218:5,6
  218:19 221:19,22
  227:15 233:23
  234:3 246:7,21
  251:9,12 253:15
  253:17,18 267:5
  267:5,12 275:8
  275:22 280:25
  281:21 286:16,18
  286:18 287:19
  292:24 293:6
  294:17
EXHIBITS 4:7
existed 34:5
existence 34:14,15
  34:18 46:7
existing 46:5
exists 208:10
expand 81:2 87:18
expanding 74:13
  74:16 85:16
  142:7,18
expect 6:18 9:4
expectation 202:11
  202:17

expectations 228:2
expected 76:5
expecting 86:15
expects 225:4
expenditure 210:5
expenditures
  244:10
expense 88:20
  183:8,9,10,12,13
  184:2 209:16
  211:24 231:8
  267:22
expenses 29:16,20
  182:24 198:23
  202:25 205:20
  246:25 248:24
  249:13 268:3
  293:17
expensive 21:2
  37:5 39:13 63:22
  257:14
Experian 167:5
experience 36:10
  152:24,25 173:4
experienced 66:12
expert 73:2
expertise 167:17
  187:17
expired 144:10
explain 35:5,5
  157:3 222:23
  255:18 269:23
  273:10
explained 261:18
explaining 134:21
explanation 95:6
explicit 194:24
  206:14
explore 79:15
extra 74:5,6,7
  223:10 263:2
extremely 61:9
  154:12
eye 153:24 254:25
  255:8,11,19
  257:5 282:13

283:16 290:15,23
  291:3,12
eyesight 77:21
  86:21 137:24
  157:9 211:4

F
facilities 210:3
  281:7
fact 253:12 261:25
  283:4 288:24
  289:22
fair 192:8 259:12
  273:13
faith 181:8
fall 76:23 77:8
  80:17 257:24
falling 146:22
Family 290:3
far 11:7
farm 158:16
fast 61:10
fast-growing 53:14
father 27:4 140:25
  143:24 153:15
  190:16
fault 249:22
favor 153:20
favored 210:21
fear 118:19
February 4:13
  78:19 83:17 88:5
  99:8,11 100:20
  129:16 132:13
  289:7 290:13,21
  292:9,11
Federal 94:6 101:5
  104:12,22,24
  105:6 111:5,6,17
  111:18

feedback 129:25
feel 8:24 21:6
feeling 8:23
feels 160:19

fees 108:16 114:18
  115:6,20 119:2,5
  181:14 182:5,16
  182:19,23 183:2
  189:10,17 192:15
feet 235:25 236:6
  236:10,18
fell 74:14 223:13
felt 117:5 148:16
Fernandez 27:22
Festival 17:17
fewer 82:11
fictitious 71:22
field 281:2
Fifth 3:17
fight 92:23
figure 43:2 77:2
  90:15 146:25
  252:5,7,11 269:9
  271:23 276:5,19
  287:5
file 94:2
filed 94:5,7 101:3
  111:7
filing 198:2
fill 272:25
filling 127:5
Film 17:16
filters 169:14
finagled 106:9
final 287:21,25
  290:2 291:15
finally 37:12 111:2
  149:4
finance 136:5
  282:19
financial 7:14
  16:22 71:11
  252:23 274:25
  279:9 293:11
  294:13
financials 179:22
  180:6
financing 29:15
  30:6
find 26:8 51:20

59:11 66:13 70:7
70:14,24 71:25
90:17 120:22
122:7 134:20
135:18 148:12,13
160:11 165:16
166:17 170:8
173:9 175:11
177:7 183:20
223:19 254:13
262:5 265:22
272:3 294:6,8
**finding** 53:4 69:22
**fine** 130:9 186:12
**fingers** 26:5
**finish** 7:23 34:10
80:14 92:14
**finished** 52:6
**fire** 15:18 90:21
151:15 181:20
281:19
**fired** 15:14 48:4
53:23 54:10
104:8 145:14
146:18 149:18
164:5
**firm** 7:6 13:8
14:25 61:16
62:12,17 91:13
110:8 121:14
122:8 151:10
163:7,25 232:24
232:25
**firms** 11:13 16:15
23:6 90:5
**first** 10:17 15:24
19:10,25 22:12
40:11 44:23
47:23 48:9 49:11
49:12,25 53:6
55:16 56:16 61:6
61:7 65:4 68:6
77:13 85:10 99:7
120:13 121:9,10
126:25 132:12
133:20,24 139:7

141:13 163:11
165:20 168:15
202:13 211:2
212:22 213:10
218:10,10 222:2
222:7 234:5
246:13 254:23
275:4 279:13
287:23 291:17
293:20
**first-class** 284:18
**FirstStep** 159:22
234:2 235:10
**fiscal** 5:13 131:17
131:22 184:4
269:5,7 292:6
293:2,12,24
**fistula** 74:24
**fit** 185:8,23
**five** 11:18 13:17
37:12 47:23 58:6
58:12,13 60:19
60:21 84:20
125:18,20 136:21
137:15 139:25
140:7,7 148:3,25
149:11,13 150:4
157:10,18 163:9
178:19,23 206:20
236:12 281:25
283:15
**five-year** 157:14
**flew** 31:9
**flight** 147:10
190:10,16
**flip** 248:2
**floating** 282:16
**flow** 156:12
**fluid** 146:17
**fly** 285:8
**focus** 113:9 221:25
**focused** 158:5
169:8 194:3
**follow** 226:16
271:6
**following** 111:12

189:14 257:7
**follows** 6:4
**forced** 72:12
124:14
**foregoing** 295:17
**forget** 80:11
122:19 143:14
151:9 152:5
189:9,9
**forgoing** 295:7
**form** 5:12 96:19
127:6 292:25
293:9,10
**formal** 33:24 34:2
45:8 47:14
**formally** 34:11
38:12 68:3
**formed** 30:20
33:16 135:7
**former** 181:5
**forming** 29:2,13
30:10
**formula** 161:5,12
**forth** 160:10
295:12
**fortunate** 22:7
26:20
**forward** 35:4
218:17
**fought** 92:7
**found** 28:21 52:16
56:2 61:16 63:10
68:12 89:13
91:25 133:3,10
134:18 137:8
181:14 231:25
**foundation** 5:5
12:17 114:6
153:15 267:8
288:2,13 289:5
**founder** 31:10
**founders** 32:3
113:14
**founding** 178:13
246:23 247:5
248:20 249:7

four 5:11 15:7
47:22 82:5 89:22
156:9 157:18
164:2 182:15
186:21 281:20
286:19 287:20
291:22
**four-something**
50:8
**four-year** 10:15
**frame** 141:3 269:2
**Frances** 14:21
**Frankenstein-type**
235:23
**fraud** 72:17 116:14
**freaked** 81:13
**free** 25:16 26:9
28:5 70:18
141:24,25 144:17
144:22 168:12
247:21 248:6
272:14 283:8,19
**freedom** 24:13
**freelance** 25:22
**fresh** 48:12,15
**Friday** 24:7
**friend** 85:19 86:5
89:17 153:12
**friendly** 118:3,23
**friends** 86:10
102:13 106:14
109:23
**front** 139:22 289:8
**Frontgate** 166:24
**frustrating** 177:4
**Fuchs** 122:15,16
218:12 251:14
275:13
**fulfill** 125:21
**full** 8:19 80:15
254:24 255:2,8
255:19 258:18,23
295:17
**Functional** 293:17
**fund** 217:16,23
261:7,7 290:4

**funding** 260:22,22
263:2 265:23
**fundraiser** 42:18
**fundraising** 12:14
13:4 30:5 68:19
75:15 141:15
142:4,21 200:9
232:11 250:4,24
**funds** 30:21 77:24
124:7 146:11
179:12 192:21
197:14 216:8
220:21 222:19
225:25 282:25
**further** 203:12
295:20
**fury** 87:11
**future** 84:7
**FY'14** 267:22
268:12

---

### G

**G-out** 187:20
**gals** 140:7
**Garden** 42:19
**Gary** 3:15 7:5,15
**Gates** 14:7 42:24
**Gaza** 35:16
**gazillion** 152:9
**Gelis** 232:5
**general** 16:5
193:12 195:8
202:23,24,25
203:2,13,15
206:4 218:2
257:12 266:23
**generally** 159:19
162:5
**generate** 59:11
169:15 259:13
**generous** 255:3
288:14 290:14,22
**generously** 248:20
**genesis** 27:17
272:16
**genius** 169:3

gentleman 62:11
Geographic
210:22
George 39:19
█████████

getting 36:23 44:7
44:13 50:18,22
54:22 66:17
72:19 76:15 93:8
163:20 166:20
171:4 273:13
giant 26:4 275:20
gift 119:14 161:17
169:17 177:10,12
178:2 201:19
202:6,9,24 203:2
205:24 223:25
224:2,10,16
226:19,22 255:3
260:25
gifts 222:10 225:15
243:12 285:2
girl 170:16 256:2
girls 211:3
girls' 27:4 174:25
give 49:23 51:5
61:24 62:24
65:18 71:7 76:7
77:20 78:24
81:16 92:15,17
92:18 96:17
97:25 103:21,23
117:8 128:22
139:24 140:20
141:13 144:22
157:9 160:24
164:10 170:2
173:15 175:12
178:11 182:18
184:15 185:15
186:17 189:11,16
189:23,25 190:23
191:22 203:12
226:6 228:17
237:21 260:14,18
263:3,16

given 42:23,24
86:20 94:5
151:25 169:16
182:21 215:7
225:3
gives 161:17
172:12 176:3
178:9 247:6
giving 51:13
119:20 142:15
168:21 182:17
202:12 254:22
255:20 258:2
273:22
glad 193:10
glasses 77:17
global 112:23
136:2 175:18
Glover 12:17
go 13:18 23:4 35:9
36:11 38:19 39:8
51:24 52:2,9
56:18 59:3,4 63:2
67:19 69:11
70:10,11 71:3
73:23 74:20,21
76:18 77:18
78:19 80:24 81:5
81:5,8,12,14 83:2
83:6,12,23,25
84:4 85:7,16
86:12 88:9,19
89:24 92:5,9,24
96:16 111:2
132:19 141:23
143:11 160:9
166:22 172:14
173:9 176:18
177:13 178:4,5,6
179:2 180:11,15
183:20,24 189:3
192:17 195:5,14
196:17 199:22
203:11 208:4,6
215:18 220:12
223:9,19 225:5

239:16 245:21
247:3,8 250:2,20
268:11 273:17,19
273:22 285:21
287:22
goal 148:15 160:17
160:22 175:10
204:14,15
goals 154:8
God 239:24 240:2
goes 24:6 27:9,9
153:23 164:24
166:7 168:17
177:6 179:3
199:25 200:14
220:12 250:3
going 7:9 12:24
14:16 16:8 27:14
27:15 28:16
31:21 38:3 39:4,7
39:8 40:16 46:13
50:19 52:12,25
53:21 59:4,9
61:12,21 62:10
63:2 65:12 68:19
68:20 71:14
72:10 76:4,7
77:16 81:14,20
83:18,23 84:11
84:14,22 85:3,7
87:4 88:2,3,8
89:24 91:5 92:9
92:11,14,15,17
92:18 93:18
96:10 99:3,15,19
100:14 102:20
104:16 114:2
117:7 119:3
128:22 133:11
136:4 139:24
140:10 151:14
153:2 158:14
168:11 169:20,25
175:3 177:19
179:7 180:17
190:23 192:12

196:17 197:14
199:4 202:14
203:23 206:6
214:15 218:9,16
221:21 223:3
224:5 225:5
233:22 246:7,10
261:5 280:5,18
281:11 282:21
285:16,24
Goldin 3:16 7:6
Goldman 22:13,21
golf 144:2
good 6:8 19:23
24:7 40:2 52:4
64:17 65:16
66:18 68:15
71:13,25 72:3
75:18,21,22
78:21 110:8,9
148:22 152:3
161:19 163:22
166:14,16 167:19
190:6 194:9,9
206:2 212:6
245:7 253:4
266:4 274:5
294:21
good-bye 64:3
Google 53:12
gotten 180:3
280:13
governance 123:15
123:20
government 51:5
80:19,25 81:4
106:8 258:6,13
258:14,22 259:2
261:8,21 262:6
274:3
governors 81:18
grade 170:15
grading 73:3
graduate 10:6
graduated 9:25
graduating 10:18

grand 30:16 62:24
62:25 80:4
122:10 137:14
182:8,15 202:13
202:13 257:21
280:9
grant 5:11 52:5
96:20 97:6,9 98:2
98:4 103:16
142:9 148:24
152:2 186:25
189:25 191:21
213:19 214:9
258:8 262:3
265:22 266:8
286:19 287:20,25
288:4,14,15
289:6,11,20
290:3 291:2,9,15
291:19
grants 186:18,19
189:5,12,18
190:5 209:22
258:2 291:22
292:5 293:21,23
294:11
great 8:24 27:25
35:11 52:9 66:25
68:10,13 69:24
72:25 81:5
103:21 107:7
143:20 151:10
166:18 167:17
197:6 203:19
266:11 282:2
greatest 70:8
Greenwood 48:3
56:2 57:25
108:23 122:22,23
155:11
Greg 150:25 151:8
225:16
grew 28:19,20 53:5
65:25 73:4 79:5
156:6
group 17:18

143:14 175:4
185:11
**groups** 272:13
**Grousbeck** 153:10
**grow** 52:17,23
**growing** 74:8 79:4
**growth** 54:5
**guarantor** 265:20
**guess** 47:10 89:11
129:22,23 264:14
270:14 271:2
**guinea** 55:8
**gun** 120:25
**guy** 31:11 53:23,25
56:2 67:14 81:18
81:22 91:17
92:24 148:21
151:10 152:5
153:16 165:21
167:21,22 235:19
282:2
**guys** 17:14 52:10
75:3 118:16
134:22 140:7
147:12 190:6
287:5

**H**

**Habitat** 166:22

**haggle** 71:22
256:16
**hairy** 26:4
**half** 43:3 59:20
63:16,25 64:6,7
64:17,20 82:2,6
82:22 96:18

**171:5** 201:3,3
239:22 284:25
**Hall** 26:23
**Hana** 9:11 122:14
122:16 127:9
128:6 149:17
179:19 181:2
184:3 187:19
199:9 200:12,14
200:18 212:23
213:7 218:12
221:11 222:3
231:25 251:13,23
275:12 276:7
**hand** 158:25 159:2
266:9
**handle** 15:16
252:22
**handled** 15:20
**hands** 64:2
**Hang** 94:9
**happen** 99:24
121:6 200:21
259:7
**happened** 22:5
28:13 40:9 58:23
65:13 85:23,25
87:23 96:5 98:18
105:14 115:7
120:23 121:8
194:18 195:10
**happening** 34:21
**happens** 259:20
261:17,20 262:4
262:8
**happy** 154:8
207:25
**harder** 177:6
**Harvard** 9:24 27:9
67:13 76:3
**hated** 83:10 84:19
**HBO** 69:4
**head** 20:23 121:2
238:19
**headed** 244:20
282:19 293:16

**headhunter** 48:8
**heading** 282:18
**heads** 143:11
**healed** 236:19
**health** 72:15 80:22
112:23 136:2
175:18
**heard** 31:6 44:23
100:13 223:14
**hearings** 182:13
**heart** 113:4 123:22
153:22
**hectic** 53:14 60:5
**held** 92:4 157:2
212:13,17 233:21
246:5 281:16
286:22
**Helen** 260:12
**help** 13:5 26:9
27:15 31:14
35:19 60:4,25
66:20 71:4 73:9
80:25 121:24
137:19,22 143:4
145:10 149:24
153:20 158:15
166:17 167:18
171:9 174:14,25
175:2 181:22
185:25 187:2,15
193:15 195:2,5,6
195:16 197:9
202:24 204:12,15
207:24 221:3
237:22 238:13
242:23,25 245:6
282:9
**helped** 13:4 29:25
31:13 66:13
103:22 145:21
178:7 187:25
197:7
**helping** 75:3
167:24 193:12
196:9 203:20
259:13

**HelpMeSee** 121:24
139:5,12,15
140:4,14 145:20
146:2,3,15,23
152:21,24 181:11
183:3,5 186:13
186:15 188:21
**helps** 237:16 243:3
**hemangiomas** 26:5
**hesitate** 8:2
**hey** 287:5
**high** 9:23 157:17
242:3
**high-end** 102:24
124:19 194:5
**high-tech** 20:16
**higher** 241:20
**highest** 105:23
**Hill** 9:23
**hip** 17:19
**hire** 47:24,25 48:8
100:21 145:8
153:4 187:11
188:4
**hired** 30:14 48:8
53:17,23 56:16
91:10,25 112:9
115:21 121:25,25
145:11 163:25
172:2 175:8
186:22 187:15,18
**hiring** 55:15
**hit** 85:3
**Hm-hm** 103:19
222:4 254:6
291:7 292:3
**hold** 75:8
**hole** 113:3 123:21
**home** 39:8
**homes** 69:3 170:18
170:19,21
**honest** 160:23
**honor** 226:8
**honored** 93:3
94:24 288:13
290:13,21

**honoree** 36:3
**hook** 59:22
**hooked** 51:16
**hoped** 193:25
**horrible** 27:8 37:3
38:21 40:9 103:6
108:18 151:3,4
152:25 164:4
165:21,23 168:10
**horrific** 36:23
235:22
**hospital** 70:14,19
70:24 253:9
257:16 259:25
260:5 262:4
263:17 265:7,18
273:14,19 282:16
**hospitals** 25:15
59:12,16 69:23
71:23 72:13
74:19,25 80:23
81:3,9,15 183:20
185:2,4,18
255:21 257:9
261:11 263:25
264:17 265:4,22
273:18 288:17,25
289:15,23 291:25
**hosted** 143:17
**hosting** 143:18
**hour** 9:3
**hourly** 279:17
**hours** 92:8
**house** 28:14
**housekeeping** 7:22
**huge** 15:11 70:5
84:18 136:17
140:24 172:12
198:15,24 241:18
241:23 260:11
263:20 270:24
**human** 103:17
**Humanity's**
166:23
**humdinger** 98:18
**humiliating** 59:25

hundred 55:21 62:24 70:25 71:2 72:22 75:18 76:16 99:18 124:17 171:10 177:10,11,20 178:5 191:13 199:4 220:16 228:11 245:20 247:2 248:5 280:9 284:10 285:4 289:12
hundreds 28:21,22 119:4 182:21
hundredth 70:4
hydrocephalous 123:22

**I**

IBM 20:25 21:4
ID 150:2
idea 16:4 27:24 28:2,5 37:21 39:12,16 51:21 60:3 84:20 129:2 142:17,23 202:18 228:2 239:20 252:9 278:12
ideas 13:4 85:4
identical 192:11
identification 212:21 281:4
identified 236:25 281:9
identify 25:13 287:21
idiots 168:18
illegal 133:4,5
immediately 85:24 288:16 291:5,24
immigrants 28:7
impact 223:25
import 135:25
importance 224:2 224:9
important 86:23

186:7 230:12
importer 45:22
impossible 209:7
in-country 205:13
in-house 64:4 66:3
in-kind 272:10,11 272:20,23 273:3 273:7,24 274:21 274:24 276:6,20 278:10,23 279:21
inaccurate 114:10
incidence 237:12
incidental 55:18
include 105:4 240:6 241:4
included 113:3 161:6 205:4,9 238:22
including 106:13 211:7 237:5 245:18 247:3 274:24
income 107:2
incorporated 30:3
increase 278:23,25 288:18
increases 243:5
incredibly 119:12
incremental 72:6 107:20 259:14 260:20
indemnify 114:17 115:16
indemnity 115:25 116:3
independent 92:6 100:3 109:22
INDEX 4:2
India 52:25 53:3,4 70:13 82:20,20 88:11,22 175:5 195:23 253:11 258:6,25 260:2 264:12
Indian 211:3
indicated 215:17

indicating 254:22
individual 110:14
individually 115:9
individuals 264:18
inexpensive 148:5
Infogroup 120:8 120:18
inform 237:7,21
informal 7:11
information 45:24 156:12 161:6 170:4,8 176:12 211:11 212:8 234:16 237:22 238:12,13 241:4 245:11 263:18,22 270:2,14 271:4 274:10 277:21
informational 211:19
informed 242:12
informing 238:4
initial 60:15 111:24 119:14 187:9 289:5
initially 135:16 144:18 193:5,6 221:25
initiated 112:9
Inner 31:15
input 160:4
insanely 159:5
instances 181:10 181:12
insurance 116:4,15
integrity 71:11
intellectual 188:12
intended 180:11 215:10 226:23
intent 180:10,15 202:11,19 208:15 225:2,10
intentions 226:9
interact 59:15
interactions 142:20

Interactive 22:12
Interest 148:25
interested 294:10 295:23
interim 54:11 56:9 57:19
internal 12:14
international 175:13,22
Internet 16:12 18:21
interpret 217:18
interview 1:11 2:1 6:6,17 9:2
interviewed 6:3
interviewing 184:5
intimate 160:23
introduced 35:25
invent 242:7
invented 190:16 235:19
investigation 88:25 89:4 118:16
invited 117:21 141:23
inviting 113:22
invoice 72:20
involved 21:18 36:6 69:12 169:19 180:3 181:24 219:17 232:18 236:8 267:15 288:6
involvement 127:11 129:20
IRS 231:10 240:15
Island 14:5 16:3
issue 118:9 181:13 221:3,6
issues 118:7
items 134:12

**J**

J 11:11,14,16 12:5 12:15,24 14:9,12

14:14 15:13
J.W 13:7,16
Jack 169:12,12
James 14:13
Janet 197:18 200:10 288:2,13
January 13:21 42:19 79:23 289:15
Japanese 27:10
Jason 3:21 6:9,11 7:12 203:20
Jason's 64:13
Jersey 147:10
Jiang 39:21 84:8
Jim 140:16 181:16 291:15,22
jingles 11:4
JJ 132:23 134:21 135:4 181:3 221:12
job 1:25 10:17 266:4 280:12
jobs 98:21
jock 27:6
Joe 46:22,23 58:17 225:3 227:24
John 41:2 289:5
Johnny 20:24
Johnson 36:2,2 40:4,5
join 113:20
joined 35:20 53:9
joint 231:3 232:12 244:2,7
Jones 30:2 32:9 33:9 42:16 46:11 90:4 100:4 104:12 115:21
Journal 15:23 77:7
judgment 219:14 252:3,18
July 5:6,7 90:19,24 267:8 275:9
jump 20:2
June 5:14 68:4

90:8,10 92:15
97:13,21 111:12
155:15 198:10,11
245:24 289:17
293:2
**Junior** 118:8

**K**

[REDACTED]

**Kamdar** 171:17
**Kamdar's** 245:6
**kangaroo** 92:4
**Kansas** 151:9
**Kant** 129:6
**Karen** 9:13 63:9
123:6,8 127:10
128:6 129:14
132:12,17 134:4
**Kathy** 32:5 40:23
**Kazakhstan** 211:7
**keep** 62:10 65:12
77:15 81:22 88:2
117:3 154:8
168:18 177:14
180:24 220:9
**keeping** 113:18
**keeps** 120:19
236:17
**Keller** 260:13
**Kentucky** 175:2
**kept** 23:13 36:25
52:13 74:8 75:6
117:3 149:3
150:22 244:5
**key** 163:19
**kid** 28:13 36:22
44:12 61:24 76:7
77:16,18,20
174:14 175:5
178:12 236:4
**kid's** 256:15
**kids** 25:14 26:3,8
27:3,16 28:6,22
31:13,15 36:11
36:15,17,21 39:5

40:11 45:3 52:22
60:4 74:23 86:21
139:2 175:2
192:9 257:22
258:7,9 281:18
**killed** 45:2 137:4
**Kimberly** 219:2
221:12 223:7
**kind** 17:24 18:25
22:12 30:15
55:17 57:12
65:14 66:23
124:14 125:16
136:19 137:11
139:16 149:3
173:11,20 185:20
186:9 198:16
200:12 244:24
247:15 274:21
284:7
**kinds** 173:14 197:4
**King** 11:23

[REDACTED]

**knew** 16:6 19:21
35:23 74:10
77:13 80:19
84:16 86:22 89:8
96:10 106:4
149:16 153:12
174:11,11 175:7
219:25 221:11
223:2,7
**knocked** 106:12
**know** 6:12 20:17
20:22 21:14
30:11 40:25
43:11,12,15
45:14 46:24 51:3
52:15 55:19 56:3
56:13,14 60:3
61:18,20 62:21
62:23 63:20
64:23 67:11
74:24 80:4 81:8
87:25 90:25 91:4

94:4 101:19
103:3 106:21
110:7,9 113:15
114:15 115:14,24
116:7 117:11,15
122:21 123:16
124:2,22,25
125:9 126:2,6,15
127:16,24 128:24
134:15 142:24
144:4,5,16
147:14 153:18
156:2,6 158:18
161:19 165:12
167:7 168:2
171:2 175:19,21
175:24 176:19
177:4,25 185:13
190:12,13 195:3
197:10 198:19
200:22,25 201:4
202:10,16 206:3
206:15,22 207:9
209:25 212:9,9
213:14 214:21
215:16,23,24
216:4,10,20
220:8 224:22
225:2,9 226:4,5,5
226:12 227:25
228:6,17,18,22
229:11,12,17,25
230:12 232:2,6,7
232:14,15 233:7
233:15,15 234:14
239:4 243:20,22
244:9,12,14
245:4 247:9
251:25 252:20
254:10,12 263:21
269:13,19 270:12
270:18,19 273:8
274:6,8,23 275:5
276:3,22,24
277:20,23,24,25
278:2,6,17,19

279:25 287:3,9
**knowing** 294:11
**knowledge** 17:8
116:6 244:3
266:2
**known** 225:12
226:6
**knows** 239:24
240:2
**Koch's** 26:22
**Kodak** 11:24
[REDACTED]
**KPMG** 179:20,24
182:22 200:14
215:25 219:3
221:15 231:24
233:3

**L**

**L.A** 285:8
**labeled** 275:15
**labor** 36:9 103:17
270:11
**ladies** 173:15
**lady** 26:24
**Lam** 150:25 151:8
225:16
**Lane** 6:2 8:22
**language** 196:5
205:15 207:12
208:16 215:22
245:19 256:6,23
**Lanka** 70:10
**large** 11:22 31:17
222:10 228:16
**larger** 112:23
**largest** 62:12
118:14
**late** 141:2 275:3
**lately** 155:12
**launch** 78:2
**launched** 15:23
105:10
**Laura** 289:4
**law** 90:5 110:8
119:2 240:9,16

240:24 242:6,13
242:17
**lawsuit** 94:6,8
101:5 104:13,22
104:24 106:15
115:8 118:25
**lawsuits** 94:3
100:23 101:3
105:5,10,12
137:12
**lawyer** 24:3 28:15
29:25 33:9 42:17
46:11 90:9
100:11 103:17
104:9,11 112:9
150:19,20,25
151:7 182:13
**lawyers** 31:7
181:21,21,23
224:8,13 225:23
226:11 228:4
229:6 287:11
**Lazarus** 9:13
123:7,8 129:15
**lead** 21:12 77:3
132:23 135:4
**learn** 19:17 20:5
27:11 120:7
237:18
**learned** 11:2 14:5
19:19,22 26:2
66:24 70:12
176:12 219:23
225:8 279:13
**learning** 16:19
**leases** 57:11
**leave** 67:23 92:3
95:21 102:16
151:11 173:16
174:23 290:24
294:17
**leaving** 222:13
**Ledyard** 3:5 7:8
**left** 41:23 52:10
67:25 68:5 69:8
94:12,14 95:24

96:2 119:17
147:16 149:22
**legal** 108:16
110:20 114:18
115:6,20 116:9
119:5 181:14
182:5,16,19
183:2 192:15
220:2 271:7
**legally** 110:7 159:4
225:10
**legitimate** 184:2
**Lehman** 75:9
**Len** 7:7 9:3
**LEONARDO** 3:4
**Leone** 70:10
**let's** 12:9 46:2
68:24 73:23
79:15 80:24
82:19 84:20
86:10 88:6,6
107:5 111:21
151:16 161:24
168:25 179:8
192:17 202:10
210:12 228:3,17
230:17 234:22
254:15 266:4
286:11 289:4
290:2,9
**letter** 4:19 5:7
19:25 21:11
62:22 63:5 66:17
100:5 145:7
146:9 160:18
161:3,9,10 195:2
216:8,16 217:14
219:7 225:6
227:4,7 228:4
229:4,15,22,24
230:5,6 250:8,12
254:11 271:25
275:8,25 286:25
287:12
**letters** 20:15,17,20
21:8,21 74:10

76:6 116:22
117:15 170:20
171:6,10,11
173:3,8 227:12
239:21 284:15
**level** 195:11
254:22 284:9
**leveled** 79:6
**leverage** 73:11
**Levitt** 81:17 85:8
167:20 169:19
**licensed** 69:4
**lid** 231:19
**lie** 168:6
**lieutenant** 140:17
**life** 13:20 15:8
33:11 61:25 76:8
117:19 249:8
**life-changing**
36:10
**ligament** 236:13
**light** 158:25
**like-minded** 187:6
**liked** 17:2 48:6
65:17 66:2
**likes** 44:10
**Lilien** 3:21 6:10
7:5 20:7,13,19
21:10,16 22:18
22:23 23:2 26:11
27:18 28:24 29:6
29:9,12,18,21
30:8 31:23 32:24
33:13,19,23 34:4
34:11,19 35:3
36:16 38:14,17
41:6,10,15,19,22
41:25 42:4,8,11
42:14 43:6,16,20
44:16,20 48:15
48:21 49:17,20
55:3,11,14 57:2,6
58:18 64:5 67:3,7
75:20 77:10,22
78:2,6,8 79:9,15
79:18,24 80:6

83:13 85:9,21
86:13 88:14 95:8
95:11,15,20,24
96:4,19,22,25
101:7,13 102:6
104:7 107:9,15
109:14 110:3,13
110:21 121:5,16
133:15,19,24
134:3,7,11 135:6
135:10 142:17
143:6 144:24
145:4 154:23
162:17 164:9,13
164:17 166:3,14
167:15 169:7
170:23 173:11,25
174:4,9,18
175:10 176:20
188:9,19,23
189:13 190:14
195:14,19,24
196:12,19,23
201:8,23 202:2
202:21 203:8,11
203:16 204:5,16
204:20 205:3,7
205:14,19,22
206:12 207:3,9
207:14,19 209:8
209:20 210:12,24
215:16,22 217:22
221:5 223:22
225:13,20 226:15
230:4 232:20
233:19 236:21,24
237:4,23 238:3
238:10,16 240:4
240:23 242:12
243:10,23 254:15
254:19 255:7,10
255:17 257:2,5
257:15 259:6,19
259:24 261:5,11
261:14,17 262:2
263:24 264:5,8

264:15,25 265:15
266:10 271:5,16
271:19 272:6
273:25 278:20
279:4,18,24
280:14,18,22
286:11 290:16
**limited** 198:21
**line** 132:19 199:20
213:10 216:6
222:7 253:6
255:2 267:25
293:20
**lined** 25:14
**lines** 196:9 246:11
**Lions** 17:16
**list** 36:20 63:8,10
63:11 165:10,13
165:19,25 166:4
166:6,7,15,16,18
166:19,23,23
167:10,13 168:25
169:3,5,15 172:4
174:16 175:7,8
175:11,20,25
176:2,6,8,8,13,16
176:21,23,24,25
195:3 228:15
239:9,12 263:15
264:18,19,22
**listening** 102:17
**lists** 66:21 165:19
166:10 167:3
172:15,16 173:9
174:2,3,5,11
195:17 204:10
263:8,20 265:2,3
265:9 288:17
**literature** 188:24
**litigate** 111:15
**litigation** 93:12,16
98:15 111:2,4
**little** 18:15 26:24
147:11 192:12
201:11 203:11
235:25 236:11,12

279:5
**live** 155:22 198:25
199:11
**lived** 156:4 171:24
**LiveNote** 2:3 295:5
**living** 154:13
**Lloyd** 139:25
**LLP** 3:5
**loan** 140:10 148:24
149:2
**local** 37:23 38:9
51:2,20 52:10,13
112:20,21 135:24
**Loeb** 2:5,5 3:11,11
**logo** 145:25 146:4
**London** 94:8
105:10 106:20
107:19
**long** 11:16 14:5
16:3 20:3 21:24
25:2 32:24 67:19
110:25 161:9
171:14,20 182:17
218:7 288:17
**longer** 34:14 77:3
260:12
**look** 70:3 74:4
78:22 82:9,19
86:8 100:7,14
118:17 128:18
131:2,8 132:13
133:19,20 142:3
151:14 176:10
177:2 191:3,4
199:10 202:19
213:5 223:3,9
231:17 234:6,22
237:15 240:17
241:24 246:13,16
247:20 249:3,24
253:23 257:20
276:12 282:18
289:4,10 290:2,9
293:16
**looked** 98:9 142:11
148:20 219:23

**looking** 66:4 88:20
89:12 130:20
140:7 224:20
225:11 235:13
**Los** 285:24
**lose** 28:13 64:16,17
151:18
**loser** 228:7
**lost** 90:15 137:2,11
260:23
**lot** 19:24 25:4 26:2
26:25 38:8,21
39:14,25 42:22
49:13 51:13
66:24 74:10
78:12 84:5,11
102:12 106:6
124:9,11 137:2
137:12 141:12
148:8 158:17
161:23 175:7
178:7 186:10
198:17,18 215:12
225:8 226:5,6,10
260:10,16 272:12
**love** 36:9 92:20
**loved** 15:17 35:11
35:18 36:8 39:21
60:3
**low** 148:25 199:7,7
204:3 249:18
**lowdown** 263:17
**lower** 12:18 241:19
**lowers** 243:4
**lowest** 254:4
**loyal** 119:12
**luckily** 23:11
**lying** 101:12

**M**

**M-O-O-R-E-S**
48:12
**Ma** 108:21
**Mac** 14:14
**machine** 44:4,8
**mad** 48:4 252:5

**Madame** 275:12
**magazine** 31:3
**Magee** 32:5,5
36:25 38:2,19
40:22,23 52:11
**Magees** 40:7
**magistrate** 111:13
**mail** 18:23 19:9,11
19:13,15,20,22
20:6,8,12 62:12
62:14,20 64:4,11
65:5 66:17 73:16
73:18 76:20
102:21 124:2,8
124:16,17,18
136:5,10,16
141:18 145:7,10
145:14 152:8
161:21 162:7,25
163:6 168:4,9,19
169:24 171:4
173:2 176:17
177:10 191:11
192:10 193:17
194:4 198:24
211:12 231:6
239:24 240:2
241:7,19,25
242:4 243:4
270:25 284:3,24
284:24 285:7
**mailed** 63:6 64:21
177:8
**mailer** 63:24 76:24
76:25 169:21
197:2
**mailers** 197:3
**mailing** 5:1 63:8
63:12 64:10,17
65:3 168:22
170:17,20,22
171:6 194:8
197:19 207:5
212:2 214:23
239:2,3,9,12
253:20 269:4

284:20
**mailings** 64:15
113:6,11 159:13
177:18 187:21
192:3 194:10,12
196:5 197:13
198:15 205:15
238:21,24 239:7
240:5,7 243:17
244:8,17 245:3
263:7 285:2
**mainframe** 16:22
**maintain** 263:25
264:3
**maintained** 265:3
**major** 10:4 25:14
148:11 178:22
222:8 227:21
254:5 283:24
284:8,12,13,20
285:6
**making** 25:23
150:23 189:21,24
195:20 258:16
280:8,10 281:17
285:15
**malaria** 240:19,20
**manage** 66:3
**management** 40:8
**managers** 98:25
**mand** 219:13
**Manhattan** 10:19
45:22
**Mann** 218:12
**map** 58:25
**maps** 82:17
**March** 88:11,12
95:5,9 97:22
100:21
**marched** 91:23
**margin** 194:9
**mark** 125:7 126:8
128:4 132:5
212:20 218:5
221:22 227:3,13
233:23 246:7

251:12 253:18
275:7 280:25
292:24
**marked** 4:7 126:14
128:9 129:11
132:8 212:14
218:19 221:19
227:15 234:3
246:21 251:9
253:15 267:12
275:22 281:21
286:16 293:6
**market** 66:5 153:4
272:24
**marketing** 13:4
19:2 26:15 29:9
107:14 108:22
140:21 141:14
142:3 152:5
156:24 173:23
270:12
**Martha's** 153:12
███████████
███████████
**mass** 153:24 194:7
194:10,11
**Massachusetts** 6:3
8:22
**masterminded**
118:18
**match** 117:9 294:5
**matched** 197:19
**matching** 50:11
**material** 237:2,6
239:15,17
**materials** 160:16
162:6 196:8
238:22 245:20
**matter** 231:20
**mattered** 224:10
**matters** 7:22 250:9
**McCarthy** 46:23
46:23 58:16,17
**McDonald** 14:21
**mean** 10:24 12:5
13:24 27:20

30:20 64:8 74:15
74:16 84:24
88:15 114:3
116:4 123:17
124:4,24 127:5
145:6 146:7
147:25 158:24
159:15,16,20,21
183:11 196:20
204:22 214:10
215:4,20 222:22
222:24 223:13
226:4 235:5
241:15 242:15
247:10 258:14
261:24 264:3
279:2 283:3
**meaning** 194:20
248:14
**means** 10:25
216:10 217:21
220:8 258:16
**meant** 35:6 49:23
226:9
**measure** 127:20
**measures** 44:5
**measuring** 4:8
126:10 127:18
**median** 81:24 82:4
82:7,14,21
**medical** 36:14
68:15 157:24
186:4 272:18
**medicine** 44:12
**medium** 18:10
**meet** 28:2 31:24
51:24 86:2
117:21 122:14
123:6 140:18,21
143:23 152:4
153:21 154:7
159:8 176:17
285:8,8,24
**meeting** 21:13
68:24 76:12,22
80:15 83:16 84:9

85:25 86:14 88:6
88:7,10 89:14
90:3 91:3 94:19
95:14,18 99:12
103:4 107:4
125:19 127:21
128:2 134:8,9
141:20 155:12
165:4 198:10
245:24
**meetings** 28:4
69:10 135:11
154:22 155:5
156:12
**member** 42:2,6
53:16 54:15
99:10 106:17
107:10,12 178:14
**members** 78:9,17
89:3 125:19,20
144:15 186:3
**memorialized** 43:7
96:23 97:2
**men** 27:10
**mention** 53:2 74:5
**mentioned** 19:8
41:7 49:20 55:6
116:16 209:25
214:19 274:12
**mentor** 50:11
**Mercy** 151:23,24
152:14
**merge** 31:18
**merged** 31:19
33:20 34:12
**merger** 33:24 34:2
99:13,23 100:15
103:20,23 146:22
**merging** 34:20
122:24
**mess** 58:25 68:17
146:20
**met** 14:6 31:9
51:18 52:3 62:19
63:12,15 80:21
84:7,8 87:11 99:9

116:17,18 122:16
122:23 143:12,15
143:22 144:4,20
145:11,16 149:19
152:7,12 153:13
167:23 176:16
181:15,19 192:6
204:9
**method** 136:8
238:9
**methodology**
273:19
**Metropolitan**
40:24
**Mexico** 70:5
**Michael** 14:6
**Michele** 58:4
**microscope** 203:5
**Microsystems** 16:2
**middle** 103:2
**Mike** 15:2
**MILBURN** 3:5
**mild** 158:10

**million** 36:4 38:23
38:25 39:17 41:8
42:23,24 43:3
49:16 50:8,10,14
50:16 54:4,10
60:16,20,21
64:22 68:12 69:2
69:5 74:5,6,7
75:17,18 76:17
78:23 84:21,21
85:3 86:21 87:10
88:2 96:18 99:18
99:19 101:20,21
101:22 102:7,10
103:24 105:16
111:15 117:8
118:10 119:6,7
119:13,13,14
122:12 124:17,18
136:22 139:25

140:8 148:16,17
148:25 149:11,13
152:2 153:14
163:21 165:17
169:21,23,25
170:5,18,19,20
170:21,21 171:10
171:11 173:3,8
173:17 177:9,11
179:20 182:9
194:7 203:25
210:20 215:14
216:21 217:7,9
217:15 245:10,12
253:5 264:11
268:6,7,14,15,20
268:21 272:13
273:6 278:11
280:10 285:14
288:15,23 292:14
**million-dollar**
17:15
**millions** 25:24,24
68:11 115:11
119:4 166:10
186:17 279:20
**mimic** 175:6
**mind** 8:6 196:19
202:5 208:12
272:9
**mine** 86:5 117:9
153:12
**Minneapolis** 41:3
**minority-owned**
232:25
**minute** 28:11
100:13 236:22
**minutes** 76:13
78:13 133:23
134:5,9 236:12
**miracle** 37:2
235:18
**misleading** 257:4
**missed** 223:20
**mission** 36:11,13
36:14 40:10

85:17 112:15,18
113:2 123:13,18
123:23,25 124:23
124:24 184:19
185:24 187:2
210:18 217:17,20
217:24 218:3
**missions** 31:22
60:2 280:6,19
**misspoke** 131:5
**mistake** 15:8
**misunderstanding**
285:19
**misunderstood**
172:8
**mix** 47:20
**model** 37:3,4 50:21
50:25 52:9
112:19 124:5
135:23 136:5
185:8
**modeling** 169:18
**Mohan** 140:17
143:15,22 145:14
**moment** 79:16
194:16 195:15
243:13
**money** 13:5 23:4
34:24 35:19,23
36:5 37:18 39:15
39:23 41:16 42:9
42:22 49:2,8,13
49:15,18,24 50:3
50:17 51:6,13
60:23,25 61:5,11
61:11,13 62:4
64:16 65:18
70:23 71:14 72:8
73:11 75:6,23
79:10,24 80:23
83:8 84:5 88:8
90:16 101:24
102:11 104:5
105:8,18 106:11
106:24 107:4,20
107:25 108:2,9

108:10 109:24
115:14,20 119:20
137:12 140:3
142:10,15 148:22
150:2 154:7
155:25 161:23
166:9 168:21
170:2 172:24
174:22 179:5
180:17 184:15
185:15 186:20
187:16 188:15,18
189:3 190:22,24
191:7,20 192:12
192:14 193:9,13
193:16 195:5
196:17 198:17
199:2,11,12,13
202:14 204:23
206:5,8 207:6
208:19 209:14
210:11 211:23
212:7 215:2,18
216:12 217:2,3
220:9 221:4,9
225:3 228:23
240:10 243:15
252:19 259:9
262:21 266:6
289:13,22 291:4
291:12 294:12
**monitor** 183:21
259:15
**monitoring** 71:10
71:11
**month** 59:5 70:21
73:7 85:25 99:6
115:16 144:23
189:22,25
**monthly** 265:12
**months** 15:7 23:24
52:6 77:2 81:10
82:4,13 94:25
105:7 113:5
143:13 145:16
152:15,20 165:20

169:17 182:14
186:21 206:18
219:25 256:22
**Moores** 48:11
53:18 56:5
**moron** 85:8
**morphed** 18:25
**mothers** 36:22
**motivation** 182:3
**mounting** 75:6
**mouth** 201:15
266:9
**move** 111:21 120:6
130:9,10 146:25
230:25
**moved** 156:9
**movement** 158:25
159:3
**movie** 68:23,25
**moving** 35:3
**mud** 92:22
**Mullaney** 1:11 2:1
4:3 6:1,2 7:1 8:1
8:21 9:1 10:1
11:1 12:1 13:1
14:1 15:1,2 16:1
17:1 18:1 19:1
20:1,6 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1

77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1,5 93:1 94:1
95:1 96:1 97:1
98:1 99:1 100:1
101:1,23 102:1
103:1 104:1
105:1 106:1
107:1 108:1
109:1 110:1
111:1 112:1
113:1 114:1
115:1 116:1
117:1 118:1
119:1 120:1
121:1 122:1
123:1,10 124:1
125:1 126:1
127:1 128:1
129:1,15 130:1
130:18 131:1
132:1 133:1
134:1 135:1
136:1 137:1
138:1 139:1
140:1 141:1
142:1 143:1
144:1 145:1
146:1 147:1
148:1 149:1
150:1 151:1
152:1 153:1
154:1 155:1
156:1 157:1
158:1 159:1
160:1 161:1
162:1 163:1
164:1 165:1
166:1 167:1
168:1 169:1
170:1 171:1
172:1 173:1
174:1 175:1

176:1 177:1
178:1 179:1
180:1 181:1
182:1 183:1
184:1 185:1
186:1 187:1
188:1 189:1
190:1 191:1
192:1 193:1
194:1 195:1
196:1 197:1
198:1 199:1
200:1 201:1
202:1 203:1
204:1 205:1
206:1 207:1
208:1 209:1
210:1 211:1
212:1,19 213:1
214:1 215:1
216:1 217:1
218:1 219:1
220:1 221:1
222:1 223:1
224:1 225:1
226:1 227:1
228:1 229:1
230:1 231:1
232:1 233:1
234:1 235:1
236:1 237:1
238:1 239:1
240:1 241:1
242:1 243:1
244:1 245:1
246:1 247:1
248:1 249:1
250:1 251:1,14
252:1 253:1
254:1 255:1
256:1 257:1
258:1 259:1
260:1 261:1
262:1 263:1
264:1 265:1
266:1 267:1

268:1 269:1
270:1 271:1
272:1 273:1
274:1 275:1
276:1 277:1
278:1 279:1
280:1 281:1
282:1 283:1
284:1 285:1
286:1 287:1
288:1 289:1
290:1 291:1
292:1 293:1
294:1
**multi-nationals**
106:6
**multi-page** 275:14
**Murphy** 85:20
86:4 89:8,16,22
89:23
**mysterious** 122:3

_____

# N

**name** 6:8 8:19
14:22,23 16:16
30:4 32:12,16
46:13,14 48:11
53:25 54:3 63:14
64:13 74:9 91:12
91:14 111:24
114:9 122:19
143:14 146:2,5
151:9 152:6
162:22 166:13,13
168:19,25 169:12
169:13 192:22
232:6
**named** 53:24 115:8
235:20 295:7
**names** 32:22 41:5
46:12 166:11,12
172:11 176:3
264:23 266:7
**naming** 19:3
**National** 210:22
**nature** 7:11 12:22

194:23
**near** 26:23 63:18
**nearly** 244:12
**nearsighted** 159:5
**need** 8:13,13 19:3
27:11 28:18
30:23 51:15
61:10 62:23
66:20 69:24
75:17 84:5 88:18
89:6 100:7 102:4
190:25 193:16
195:4,5 203:5
204:12 222:8
227:13 246:11
257:12 266:23
269:8 274:16
**needed** 110:6
127:19 193:9
**needlessly** 249:19
**needs** 282:13
**negative** 152:25
**negotiate** 166:18
**negotiated** 42:17
99:13
**negotiating** 150:20
**neither** 295:20
**nerdy** 17:18
**net** 198:19
**networking** 16:11
**never** 14:2 31:6
32:19 33:7 34:7,7
35:22 50:24
69:10 86:24
91:21 93:3 98:12
102:10 104:19
113:21 115:19
116:18 133:14
134:22 162:11
175:19 176:15,16
188:17 194:13
220:23 221:2,5,8
221:9,11 223:6
223:17 225:12
244:15 258:18
259:5 260:4

287:3
**nevuses** 26:4
**new** 1:3,14,14 2:5
  3:7,13,13,18 25:7
  25:10,15 28:17
  29:2,5,17 31:8,16
  32:8,19 34:5,13
  34:15 35:21
  43:23 46:6,13
  50:25 51:2 77:4,6
  83:22 92:21 96:8
  96:11 99:17
  105:21 106:25
  107:13,18 108:3
  109:17,20,24
  110:2,23 119:20
  139:22 145:24
  146:19 147:10
  149:17 155:20
  156:8 193:15
  203:5 262:17
  274:20 293:8
**newspaper** 26:16
  61:19
**next-to-last** 128:19
**NGO** 261:20 262:5
  274:2
**NGOs** 185:2,7
  260:7,10 261:7
**nice** 26:23 53:25
**night** 103:2 158:11
**nightmare** 107:23
  150:15,16
**nine** 81:7 82:4,13
  82:22 165:20
**nine-year-olds**
  82:12
**no-brainer** 125:16
**nodding** 6:24
**non-donors** 239:4
**non-issue** 115:18
**non-profit** 12:11
  13:5 91:17 151:7
  151:10
**non-profits** 12:2
  13:13 153:21

**non-program**
  246:24 248:24
  249:13,17,23
**NorE** 164:2
**Northeast** 164:2
**Notary** 2:4
**noted** 7:5
**notes** 6:23 68:24
  156:16 180:21,25
  295:19
**notice** 94:5
**noticed** 177:17
**November** 43:24
  288:12 292:8
**November/Dece...**
  79:22
**number** 43:12 70:8
  71:22 72:2 83:19
  113:11 126:11
  128:8 129:16
  132:6 158:3
  160:8 180:4
  212:21 215:6
  218:8 220:25
  221:24 227:10,12
  251:15 270:6
  272:21,22 273:8
  273:11,12 275:10
  281:4 282:9
  287:24 290:7
  291:17 293:4
  294:2
**numbers** 37:9
  157:19 189:21,24
  199:10 253:22
  268:15 270:9
**nurses** 70:20
**NY** 2:5 3:7,18
**NYU** 46:23 180:18

───────────
**O**
**oath** 6:18
**occur** 55:7 142:19
**occurred** 142:23
**October** 4:24
  67:25 68:5,8

76:14 95:3,18
96:3,5 98:19
112:8 121:11
251:13 252:16
**offer** 95:17
**offered** 94:21
  182:7
**offhand** 200:25
**office** 15:20 26:22
  69:11 90:13
  95:25 100:6
  102:16 105:17
  120:14 168:13
  187:18 271:13
**officer** 108:23,24
**officers** 107:17
  108:20
**offices** 2:4 88:18
  121:9
**official** 29:23
**oh** 16:16 34:22
  47:4 55:8 59:3
  79:12 93:18
  101:15 119:11
  126:22 140:6
  141:5 142:22
  203:17 217:5
  220:22 224:19
  229:23 260:3
  272:11 278:9
  286:2
**okay** 8:11,23 9:6
  9:19 10:3 11:6
  13:15 18:17 19:8
  21:16 23:25 24:9
  24:14,20 28:18
  41:20 43:16
  45:17 46:9,17
  47:7,13 48:14
  49:6,9 57:18,22
  58:7 61:3 62:9,18
  65:12 66:8 67:22
  69:16 73:14 75:5
  80:6 87:22 93:25
  94:11 97:18
  98:13 99:22

103:9 108:14,17
110:21 111:9,16
111:20,23 112:4
112:12 113:10
114:14,23 115:15
115:23 119:18
121:4,21 122:13
124:21 126:5,18
127:15,23 128:3
128:17 129:3,3
129:10 130:3,11
130:25 131:7
132:3 133:9
135:14 139:9
153:8 154:3
156:10,22 159:11
159:23 160:2
161:4 163:5
171:13,16,22
172:20 179:11
184:17 185:3,21
188:14 193:4,8
194:14,17,22
198:13 202:21
207:19 208:2
213:4 214:5
217:13 218:21
221:18 223:12
226:14 230:3
232:17 234:21
235:9 243:23
247:14,19 248:18
254:14 266:10
269:10,17 277:15
280:23 282:4,6
283:13 289:3,25
292:4,13,21
293:13,18 294:16
**old** 26:24 82:2
  117:24 157:8,14
  173:15
**old-fashion** 44:11
**older** 57:12
**olds** 173:19
**Omaha** 235:20
**Omar** 91:12

**once** 64:12 72:18
  106:2 117:23
  158:7 173:2
  223:8 239:6
**one-off** 55:25
**one-third** 105:23
  107:17 195:22
**one-year** 97:14
**ones** 146:13 154:18
  154:19 242:9
**ongoing** 147:14
  202:25
**online** 100:8
**Op** 48:3 53:9
**open** 113:18
  239:24
**opened** 15:19 31:3
  120:14
**Opera** 40:24
**operate** 36:15,17
  51:14 157:8,13
  238:7
**operated** 39:9
  216:3
**operating** 23:14
  38:10 82:14
  108:24 190:19
**operation** 25:7
  30:18 31:5 32:3
  32:14 33:21
  35:14,15 37:22
  41:11,17,23 42:5
  45:10 46:6 47:2,3
  47:5 49:5,24 50:4
  52:7,11 62:17
  99:14 101:22
  102:7 122:25
  279:14 280:6,15
  280:17,20
**operations** 33:5
  136:9
**opinion** 148:19
  204:25
**opportunity**
  110:12
**opposed** 18:19

192:18 212:3
248:6 250:25
**Orbis** 140:20,23
140:24 141:15,23
144:18 145:3
**ordinary** 265:5
**organization** 32:7
32:25 33:2,15,17
113:2 119:20
**organized** 32:11
112:6
**original** 129:4
136:20 265:21
**originally** 113:5
**orthopedic** 74:22
185:18 238:6
**Oscar** 68:23,25
69:2
**outcome** 295:23
**outpatient** 158:12
**outrageous** 44:2
**outside** 66:4
221:15
**overflowing** 74:25
**overhead** 183:22
199:6 200:2,17
204:3 205:12,17
205:25 209:15
249:18 250:4,24
268:2,5,20,23
269:11,19,21
270:8,9,16
**overlap** 114:12
174:15
**overlay** 25:3
**overseas** 31:13
**overview** 288:11
**owe** 107:2,4
**owed** 117:10
**owned** 22:18 50:12
116:24 146:8
**owns** 153:10
**oximeter** 44:5
**oxygen** 44:6,7,13

———————
**P**
———————

**p.m** 2:6 294:23
**P.O** 105:16
**package** 4:21 19:4
93:2 94:22
233:23 247:25
**packages** 4:23
246:9
**page** 128:20
130:20 131:5,8
131:11 132:14,15
133:21,25 139:22
216:7,23 218:11
235:13 236:22
247:20 248:2
249:2,24 253:24
254:16 267:19
268:11 282:8,10
282:11,14 288:9
289:10 290:9
293:16
**pages** 129:17
234:18,25 283:15
289:8
**paid** 56:11 72:19
105:23 107:11,12
107:17 108:2,11
122:9 128:25
189:20 205:16
280:13
**pair** 77:17
**Pakistan** 70:6
**Pamela** 218:12
**panic** 219:13
**panicked** 75:8
**paper** 188:23
**paperwork** 106:19
**paragraph** 128:19
128:20 246:17
**parents** 15:9
**Paris** 15:2
**Park** 2:5 3:12
12:21 25:21
**part** 23:18 83:9,10
96:13 126:19
163:19 172:9
182:5 185:24

189:7,15 210:7
210:17 236:15
273:18 287:4
**partial** 283:20
**participating** 73:6
**particular** 148:7
213:24 227:7
**particularly** 150:8
**partner** 15:2 17:16
30:14 57:11
156:3 182:20
184:13,14,23
186:14,15 195:4
257:9 258:25
259:25 264:17
265:4 274:14
288:16,24 289:14
289:23 291:3,25
**partners** 53:4
68:13 75:11
186:3 204:10
209:23 256:16
264:12 265:8
276:18,25 277:6
277:20 278:2
283:10 289:14
**partnership** 67:2
182:20
**parts** 110:17
**party** 295:21
**passed** 114:16
**patient** 261:4
283:2,4
**patients** 81:25
137:19 138:13,15
283:12,19
**patron** 50:11
148:11
**Patterson** 14:13
91:15,16
**paused** 89:9
**pausing** 249:16
**pay** 59:15,16,17,18
60:19 71:2,17
97:21 103:15,16
105:25 106:24

107:5,18,19
108:15 170:15
179:2 189:8
195:6 205:24
209:5,6,14
241:10 243:17
246:24 252:19
256:17 258:18,22
260:2 261:23
265:20,23 283:19
285:18,21 286:3
286:7,10
**paycheck** 108:4
**paychecks** 93:4
95:4
**paying** 13:7 98:8
103:15 119:2
168:20 178:11
248:21 249:19
258:14 272:24
**payroll** 91:24
97:13 106:7
**pays** 199:24
**Peace** 48:13,16
**pediatric** 257:18
258:8
**pedigree** 176:9
**penal** 150:23
**penny** 222:9
**people** 30:23,23
31:3 32:4,16 40:2
41:5 44:24 58:11
58:12 60:25 63:6
64:19,22 68:18
69:5 70:22,23
71:2 72:17 88:23
89:19 102:14
109:4 113:15,19
118:21 124:18,19
125:5 138:24
140:16 141:15
143:5 157:24
158:9 159:8
160:11 162:21
168:17 169:21
173:9,10,12

175:4 176:7
177:9,11 178:14
180:20 181:8
183:19 184:5
190:25 196:10
200:2,7,9 203:25
204:11 210:20
215:14 228:17
234:13 237:8,8
237:15,24 238:11
239:3,23,25
262:12 263:11
277:3 279:17
**percent** 61:22
63:16,25 64:6,20
64:21,23 138:16
157:16 171:5
174:22 179:6
184:25 199:4,21
207:12 208:4,6
215:21 220:16
231:19,20 239:22
245:20 247:2
248:5 250:2,3,20
254:3,7 257:21
258:24 269:12,13
269:15 271:24
272:4 282:23
289:13
**percentage** 64:25
189:10,17 231:5
270:17
**perfect** 69:6
**perfectly** 236:19
**perform** 30:24
**performs** 176:6
**period** 12:3 23:17
24:24 73:15
114:12 121:17
197:25 223:23
**Perkins** 153:7,9,22
**person** 67:8 148:6
171:17 280:11
**personal** 164:21
**personally** 28:12
93:24 98:16

186:25 227:25
**pertain** 231:6
████████
**petition** 100:8
**ph** 162:23
**PhD** 168:12
**phenomenal** 63:10
**phone** 59:21 65:24
102:17 133:18
156:14,16 165:23
285:10
**photos** 138:20
**physically** 68:5
**pick** 81:15 148:3
207:23
**picked** 15:22
**picture** 65:20
72:24 255:25
**pictures** 138:5,8
188:3 192:9
266:7 284:19
**piece** 21:2 65:5
76:20 161:21
239:25 261:8,14
**pig** 55:9
**pilot** 52:5
**pitch** 147:12,13
**pitched** 14:3 15:10
**pivot** 124:15
136:20 194:3
245:2
**place** 18:9 61:17
77:4 83:6 85:22
114:5 147:11
255:15 295:12
**placed** 77:6 79:19
**places** 70:11
130:15 185:17
**plan** 59:2,11,19
78:21,21 84:13
85:5 124:4
135:15,22 136:7
136:13,20 139:5
139:17 149:20
153:18 163:19
172:10 176:23,24

**plans** 75:7 137:14
142:4
**plastic** 26:12
**platform** 31:2
**play** 139:5,19
144:2
**playing** 29:22
**please** 6:23 7:22
8:18,20 9:20
117:9 127:13
132:21 198:11
222:9 257:21
267:18 275:7
282:7 294:15
**pledge** 49:15 50:9
102:10 213:18
290:14,22
**pledged** 50:13
**plenty** 60:22
**plug** 44:10
**plus** 108:16 161:16
**point** 7:24 8:15
30:19,19 49:3
54:16,23 98:14
113:24 114:15
118:4 120:7
125:8 131:25
132:25 181:16
195:19 198:6
257:7 294:21
**pointed** 15:9
255:13
**pointing** 234:18
**police** 274:6
**policy** 4:9 116:2,3
126:10 127:18
**politely** 101:2
**Polkowitz** 3:15 7:5
75:25 266:12,15
266:19,24
**Ponseti** 235:14,20
238:8
**pool** 169:11
**poor** 25:10 28:7
69:23 70:19,19
70:20 82:15

112:3,6,17 114:4
139:6,10 147:4
147:19 148:3
154:12 282:23
**poorer** 71:23 82:20
**poorest** 70:4,7
154:13
**Pope** 39:4,7,24
48:5
**population** 282:22
**portion** 209:17
282:25
**posed** 36:20
**position** 30:8 145:9
**positive** 228:10
**Post** 28:17
**postcollege** 10:10
**pot** 179:3
**potential** 150:4
**pounded** 85:5
87:20
**pounds** 37:7
**PR** 92:11
**practical** 237:21
**practice** 156:15
242:17,18 244:5
257:25
**practicing** 45:13
**predicted** 174:15
**predictive** 169:18
**preparation** 9:17
267:16 288:7
**prepare** 8:25
197:12 251:24
**prepared** 214:3
**prepares** 162:5
**presentation** 61:15
78:14 83:10 85:2
85:18
**presentations** 60:8
**presented** 141:20
**president** 11:10
30:12 39:19,20
54:11 57:21,23
84:8 117:22,22
162:24

**press** 52:25
**pretty** 72:3 73:4
228:10
**previously** 57:5
80:17
**price** 66:18
**prices** 66:14 277:6
**PriceWaterhouse**
181:6
**Pricilla** 108:21
**primarily** 18:14,19
136:11 137:16
138:9 179:23
185:17 199:11
**principal** 67:4,8
**principle** 240:25
**principles** 174:6
232:15
**print** 11:3 18:14
18:18,21
**printed** 21:5
**printers** 66:13
**printing** 62:23
**prior** 56:9 229:8
268:11 295:6
**prison** 118:21
**private** 85:22
**privately** 85:13
86:3
**pro** 13:6 70:16
**probably** 67:15
125:24 142:25
198:25 215:15
229:12 237:10
256:9,10 275:2
**problem** 63:20
65:19 68:22
84:19 168:3
195:22 237:20
**problems** 28:23
75:4 112:23
136:3
**procedures** 238:17
**process** 21:19
42:15 112:10
127:12 261:19

**product** 19:3 21:15
144:25 183:19
**production** 126:11
128:8 129:16
218:7 221:23
227:10 251:14
253:21 275:10
287:24 290:7
291:16 293:3
**products** 18:2,8
19:4
**professional** 2:2
10:10 13:11 40:7
231:25 295:3
**professionally**
12:9
**profitable** 171:2
**program** 12:19
31:14 53:3 59:8
64:4 69:21,22
73:4 74:13,16
78:3 79:11
123:24 124:16
142:7 173:23
182:24 183:8,9
183:10,12,13
184:2 197:19
200:6 201:9,16
201:17 205:9,11
205:13 210:10,13
211:16,20,21,23
213:20,22,24
215:3 231:8
232:11 235:5,6
241:20 243:5
249:23 270:7
**program-related**
234:8
**programs** 68:20
69:17 110:17
143:4 154:10
183:16 199:24
200:2,8,11 205:2
207:7 208:7,16
208:23 209:3,12
210:7,9,14,16,17

211:17 212:3,4
242:2,3 245:22
247:4,9,13,22
248:6,7 250:3,20
250:21
**progress** 5:4 158:8
267:6
**project** 37:20 38:6
39:2,3,4,24,25
41:12,14 42:25
43:21 48:6 55:24
253:6 272:17
**promised** 63:19
95:7 96:6
**promotions** 138:6
**proposal** 87:18
142:9
**proposals** 214:9
**propose** 278:22
**prorated** 190:3
**Proskauer** 103:18
104:8
**proud** 117:20
246:18
**provide** 25:8,16
154:10 160:3
184:15 185:9,19
186:2 254:24
255:8,19 257:9
257:16 261:8
290:15,23
**providing** 144:17
183:16 184:20
187:3 209:21,22
**provision** 241:3
**public** 2:4 22:14
22:22,24 25:11
25:13 27:23
211:10 231:7
234:16 236:25
245:10
**publicly** 22:21
**pull** 170:5
**Pulp** 121:12
**pulse** 44:5
**purpose** 21:10

112:14 196:24
220:18,20 237:5
237:19 243:16
**pursuing** 127:3
**pushing** 59:25
76:10
**put** 8:9 45:15 68:7
75:7 90:8 102:25
115:17 120:25
153:25 161:17
170:14 173:5
182:4 199:17
201:14 206:16
220:5,15 231:19
236:4 262:10
279:4 287:9
291:4
**putting** 167:3
**pyramid** 173:21

**Q**

**qualifies** 180:13
**quality** 71:10,13
72:25 73:5
154:10 177:7,14
185:25 186:2
**question** 7:23,25
55:4 114:7
126:24 167:20
168:9 184:11
195:25 201:5
202:3,5 206:3
207:2 212:6
224:6 243:11
249:10 250:17
274:5
**questions** 6:15
7:10,12 97:19
120:5 162:4
281:12
**quick** 53:5 230:18
**quickly** 50:19
52:24 65:25
127:14 245:6
**quit** 14:16 37:13
40:13,21,22 48:3

120:15,16,18,21
122:6 163:24
164:6,9
**quite** 155:24
201:24

**R**

**raced** 125:22
**radio** 262:10
**raise** 13:5 35:19
39:23 61:11 62:3
64:18 68:21
75:23 124:7
136:22 140:3
148:15 154:7
161:18 187:16
190:22 210:18
220:22 221:3
237:19
**raised** 23:3 35:22
36:4,4 37:19
38:23 41:7 42:22
79:11,25 115:11
146:11 148:17
149:13 163:20
174:22 179:19
192:21 215:18
**raises** 161:23
**raising** 30:21
34:23 35:21
39:15 49:7 50:17
61:5,12 75:16
82:23 88:2 104:5
105:15 115:13
148:22 155:25
166:9 220:9
**Rammed** 90:11
**rampage** 91:2
**ramped** 245:5
**ran** 62:11 129:24
140:2 149:21
221:8 240:15
**rare** 175:5 181:10
181:11 186:9
**rate** 63:16,25 64:7
161:16 171:5

272:24 279:17
**rates** 148:25
**rating** 73:5
**Ravi** 129:6 132:20
132:22
**Ray** 232:5
**reach** 45:20 147:4
147:6 166:8
204:14,15
**reacted** 85:5
**reaction** 86:15
**read** 132:21 137:3
194:25 206:7
237:16 238:11
239:23,25 246:11
282:21 283:3
288:20 290:20
**readable** 275:19
**reader** 160:18
**reading** 102:22
130:18 218:14
249:8,9
**real** 65:22 98:18
117:5 167:14
**realize** 158:20
**realized** 198:9,14
**really** 19:19,23
22:6 28:7 30:6
43:25 53:5,18,25
54:2 57:9 59:8
60:5 62:13 63:3
65:16,17,25
67:14 68:15 83:7
84:14 85:14
106:23 113:21
122:3 125:17
148:21 151:10
152:3,25 161:8
162:9 165:24
171:8 174:12
197:16 200:20
213:2 214:12
219:16 221:11
262:24 264:11
272:15
**reason** 114:8 125:2

125:3,4 164:11
164:14 224:9
226:10 277:4
**reasoning** 178:16
**reasons** 39:14
245:2,14
**recall** 31:25 45:7
114:21 115:5
126:12 128:11
130:4,9 165:7
195:9 208:9
212:25 222:5
226:11 227:17
233:3,6 251:18
251:23 267:9
288:4 289:20
291:8,11
**receive** 106:16
108:8 251:22
274:2
**received** 33:16
54:17 60:17
108:10 115:19
239:17 289:12
291:22 292:6
**receiving** 291:8,18
**receptionist** 166:2
**Recess** 119:24
154:24 230:19
286:13
**recession** 13:22
**reclassify** 214:7
**reclusive** 116:23
**recognize** 275:24
**recollection**
129:19 143:7
213:9 265:16
**Recommenced**
120:2 155:2
230:21 286:15
**recommend**
231:13 242:8
**reconstructive**
25:9
**record** 8:10,19
72:18 114:2,25

115:2 120:4
154:23 157:2
212:13,17 222:16
233:19,21 246:3
246:5 273:6
275:18 281:16
286:22,24 293:8
**recording** 156:16
**records** 72:15,22
81:21
**red** 130:7 240:17
**reduce** 136:20
**reduced** 295:14
**reengaged** 35:7
**refer** 231:4 246:10
291:14
**reference** 131:11
214:20 235:14
**referred** 43:17
196:7,8
**referring** 20:9
101:11 102:8
130:22 136:8
155:18 162:18
213:15,17 216:21
217:8 222:11
**refers** 209:11
**reflect** 222:19,22
281:6
**refresh** 129:18
**refused** 105:4
**regarding** 142:21
257:5
**register** 262:13
**registered** 2:2 30:3
31:8 32:19,20
187:24 295:2
**registration** 262:9
**regular** 90:3
154:21 155:4
265:4
**Reichman** 58:5
**Reid** 63:13,14
163:13
**reimbursement**
258:7,13

**relate** 196:13
**related** 56:20
183:13 295:21
**relates** 196:15
**relationship** 66:10
67:9,19 73:25
82:16 109:15
116:20 139:3,4
139:12,15 187:10
**relationships**
53:22
**relative** 28:25
**release** 105:2,3
236:13
**relevant** 211:15
235:3,5
**relief** 198:16
**relieved** 245:2
**rely** 176:11
**remain** 34:15
**remained** 34:18
**remaining** 216:9
216:21,24 217:15
**remember** 8:8
41:4 54:25 55:19
56:4 60:22 62:5
91:13 128:16
146:12 151:19
201:7 218:23
224:12 291:18
**remnant** 61:17,23
68:7
**removed** 275:18
**reneged** 93:5
**renew** 35:8
**renewal** 244:8
**rent** 166:11,12
199:7 200:2,16
248:21 249:11
250:25 271:13
**rented** 63:11
**renting** 168:18
172:16 174:3,4
175:11
**rephrase** 201:11
224:5 233:17

**replaced** 106:14
235:22
**replacing** 260:21
**report** 5:4 45:4
267:7,10,16
268:19 282:15
283:14 287:25
288:7 289:6
290:3 291:15
**reported** 1:24
109:23
**reporter** 2:2,3,4
6:15,22 126:8
129:12 132:9
212:15,20 221:22
227:3 251:12
275:7 293:5
295:3,4,5
**reports** 5:11
164:24 193:23
281:3,7 286:20
287:20
**repository** 167:6
167:10,13 261:2
272:17
**represent** 6:9
227:11
**represented** 100:5
104:7 115:22
**representing**
150:20
**Republicans**
175:20
**requirement**
125:21
**requirements**
126:23 133:7
**rescinded** 213:19
**research** 222:9
**reservation** 218:16
**resign** 44:17,20
90:23 92:13 99:5
**resigned** 41:25
**resigning** 44:25
**resolution** 114:17
114:24 134:17

**resolved** 93:15
111:3
**resource** 103:17
**respect** 243:2
283:16
**respected** 86:23
151:8
**respond** 98:11
113:7
**responded** 98:12
137:9 206:9
**responding** 277:22
**response** 63:16,25
64:7 103:11
161:16 171:5
176:7 212:2
221:4
**responses** 64:23
65:2,3 277:10,13
**responsibilities**
11:20 13:12
154:5,16
**responsible** 123:12
127:2 154:6
179:13,16 250:10
**rest** 260:2
**restate** 8:2
**restore** 137:23
**restored** 86:20
**restrict** 216:7,11
216:19 219:21
223:18
**restricted** 152:15
152:18,23 179:6
179:9,14,23
180:13,16 192:22
196:3,13,22
197:14 198:5
201:10,20 202:6
202:8,9 203:7
204:17 205:24
206:11 207:17
209:13 213:12,23
216:2 217:2,4
219:24 220:3,4
220:11,23 221:7

222:20 223:8,19
223:21,25 224:3
224:10,15 225:14
226:2,18,19,21
243:12,16 252:8
252:11 287:6
**restricting** 219:17
**restriction** 201:10
204:21 214:8
220:20
**restrictions** 144:12
219:11
**result** 44:16,18,21
**results** 63:18 65:16
66:19,21 77:8
78:20 141:21
161:16 245:7
274:12
**retail** 257:10 284:4
**retention** 239:7
**retire** 57:13
**revenue** 268:12,14
268:18,21 270:10
**review** 9:16 128:13
**reviewing** 73:3
128:15 129:22,24
130:6,12 131:4,7
131:23 132:18
213:16 214:11
216:22 217:12
218:20 222:21
229:10,24 234:10
234:19 235:2,11
247:11,24 248:25
249:15 250:7
251:3,17,20
253:2,25 254:9
254:18 255:22
267:11,20 268:9
268:17 269:18
276:14 282:12,20
283:17 288:3,10
288:21 292:16
**reviews** 232:2
**revise** 8:7
**revised** 78:12

**rich** 59:24 75:2
**richer** 71:24
**richest** 69:3
**rid** 98:19 240:16
264:4
**ridiculous** 76:16
**riding** 25:19
**right** 33:22,22
55:13 62:7 65:8
69:16 74:3 86:19
92:13 94:23 99:5
112:7 125:9
130:16 131:19
132:15 134:6
138:10 149:22
162:2 166:17
172:19 173:24
183:18 186:19
190:12 201:21
205:18,21 208:8
225:20 241:9,12
248:8 252:2
255:6,9,14,24
256:12 261:10
268:4 271:14,18
276:21 279:18
289:19 290:8,11
292:22 293:25
294:4,5
**rights** 218:16
228:21
**ringing** 59:22
**rip** 20:23
**Rob** 33:10 46:12
46:22 78:15 89:3
107:3
**Robert** 227:8
**rod** 236:17
**rode** 25:25
**ROI** 37:5,8
**role** 29:21,23 42:5
53:15 54:14
139:4
**roll-ups** 23:5
**Ron** 67:6,7 120:24
145:8

**roof** 182:6
**room** 6:10
**roughly** 79:25
126:3 193:23
**round** 268:15
**row** 43:24
**rubber** 100:12
**Rubicam** 10:20
12:12
**rule** 231:9,11,22
**run** 15:13 17:13
22:8 30:15 61:21
61:23 68:10
76:11 143:3
**running** 21:24
24:21 29:7 43:13
47:10 88:23 90:4
100:4 104:6
122:10 231:10
**runs** 5:15 135:10
293:4
**rush** 252:5
**Russ** 63:13,13
163:13

**S**

**S** 2:1 295:2
**Sachs** 22:13
**safe** 98:21 154:10
**safely** 68:14
**safety** 71:13
185:25
**sailor** 79:2
**salaries** 183:21
205:12 248:22
249:12 251:2
**salary** 200:16,23
**sale** 22:24 23:19
146:14
**sales** 21:19 23:8
**salesman** 21:14
**sanitized** 160:25
████████████
**Santos** 1:24 2:2
295:2
**sari** 281:19

**sat** 9:3 223:6
**save** 100:22 143:18
157:10,15
**saved** 157:19
**savings** 13:21
244:11
**Savior** 12:20
**saw** 9:11,13 14:7
14:15 52:4 62:13
71:20 84:13
110:12 203:25
215:14 219:15
268:23
**saying** 52:14 76:6
83:18 88:18 92:5
94:13 100:7,10
101:16 117:15
127:13 131:20
201:25 206:4
208:25 209:9
212:7 216:16
224:21 228:24
233:13 237:10
251:8,22 270:15
271:21 285:20
**says** 37:4 70:17
89:2 118:17
128:20 130:21
131:14 152:19
164:25 167:25
191:12 196:16
199:21 206:5
208:3,5 213:10
214:6 216:7
217:14,22 222:7
246:17,23 247:8
247:21 248:4,19
250:2 253:6
254:2,23 255:18
255:23 267:25
268:5,13,19
282:22 283:18
288:11 289:11
290:12 291:17
293:21
**scale** 70:11 71:3,9

283:11
**scaled** 113:8
**scaling** 61:9
**scared** 103:7
**Schaefer** 164:20
**schedule** 262:15
**Schell** 14:25 15:2
20:6 57:16
123:10
**school** 9:23,23
25:13 26:3 67:14
77:18 153:22
158:20
**schools** 25:11
27:24 28:19,20
28:21
**science** 161:13
**scope** 204:21
**score** 17:4
**screamed** 85:15
87:20
**screened** 262:14
**screw** 92:10
151:12 230:15
**Scrubling** 162:23
**search** 164:7
**second** 34:25 47:10
53:7 61:25 76:8
132:14,15 164:10
**second-guessing**
287:14
**seconds** 233:13
**secret** 91:25
177:13
**secretary** 63:9
132:24 164:21,23
**secretly** 63:5 91:9
99:9,13 181:20
**section** 179:9
268:2 282:19
**see** 26:3 29:18 60:8
66:21 74:22,23
76:13,19 77:5
80:25 82:15
103:3 107:15
109:2 131:18

153:9 158:20
159:6 178:15
180:4 190:17
193:24 201:2,8
202:22 217:5,11
235:14 246:19
254:2 266:4
268:8,16 289:18
291:6 292:2
**seeing** 126:13
251:18 267:9
**seen** 69:4 113:12
126:16 138:6
210:20 276:3,9
**segue** 179:8
**selected** 23:12 24:5
57:10
**self-made** 117:16
**sell** 21:15 22:10
29:25 57:2,9
61:20 85:13
117:2 190:20
**selling** 17:10 18:3
18:4,4,11
**sells** 166:11
**send** 20:9,14,17,24
45:23 73:12
116:22 135:18
158:19 168:11
169:20 180:17
182:11 187:21,23
187:24 212:8
216:8,16 228:3
239:8,11 256:6
265:8,13 266:3
277:2 284:14
287:11
**sending** 128:11
179:5 261:3
284:21
**sends** 216:17
**senior** 11:10 118:8
**sense** 174:19
**sent** 20:21 40:10
45:5 65:6 88:16
99:16 100:5

150:24 153:25 173:8 217:15 227:18,20,21 229:16 280:5
**sentence** 282:22
**sentencing** 12:19
**separate** 13:9 38:15 110:15,16 110:20 209:7
**separated** 37:18 38:11
**separation** 45:8 96:14 97:4
**September** 76:12 91:2 94:16 95:14 121:11 199:8,17 199:18 206:17 245:23 291:21 292:12
**series** 6:15 236:5 254:20 285:13
**serve** 134:18 265:19
**served** 135:8
**service** 30:24 134:14 140:11 150:11,13,17 187:5
**services** 149:5 187:14
**Sesame** 53:24 122:18
**session** 92:4
**set** 47:9 49:12 104:4 112:10 139:7 145:19 146:24 147:3 148:2 187:19 246:8 295:12
**setting** 32:8 46:2 146:23
**settle** 182:7
**settled** 104:20,25 111:11,13
**settlement** 104:24
**setup** 99:17

**seven** 60:20,21 77:14 89:19 137:15 166:12 194:6 199:5
**severance** 92:17 93:2 94:22
**shadow** 51:15
**shaking** 98:20 238:18
**Shanghai** 51:23 55:9
**share** 272:4 277:5
**shared** 142:6 283:2
**shareholders** 118:15
**shares** 49:16 50:10 50:14 117:8 119:8
**sharp** 67:14
**shift** 195:10
**ship** 37:6
**shipped** 44:8
**Ships** 151:23,24 152:14
**shocked** 86:4
**shook** 64:2
**short** 81:23 148:16 161:10 257:24
**shorthand** 2:3 295:4,13,18
**show** 17:20 36:12 39:18 69:9 78:13 90:17 132:4 176:23 233:18 252:25 262:13 265:13
**showed** 82:18 151:7 152:8 181:9
**showing** 192:9
**shows** 18:23,24 78:14 253:3,5
**shut** 79:12 80:8,13 146:10
**shutting** 142:14
**sic** 164:3

**sick** 245:8
**side** 118:13 145:5 150:19
**Sierra** 70:10
**Sight** 211:2
**sign** 28:12 151:2,5 152:13
**signed** 95:3,19 100:10 106:22 113:12 163:23 182:11 186:16 219:16 227:5 275:12
**significance** 225:24 226:18
**signing** 149:6
**Silicon** 17:19
**similar** 150:12 174:6 227:12 230:6
**Simmons** 3:9 7:4 275:17 277:9,12
**simple** 148:4 249:10
**simply** 223:19
**simulator** 147:10 190:11,17,19,24 191:8
**Sinesky** 58:4
**single** 127:21
**Sir** 275:12
**sister** 281:14
**sisters** 211:3
**sit** 179:20
**sitting** 76:8
**situation** 138:11 252:23
**six** 10:14 11:11 23:23 26:5 52:6 81:10 82:22 89:19 105:7 106:5 113:5 129:17 143:13 145:16 152:15,20 163:10 165:20 179:18 206:20

216:3 236:2 256:22
**six-hundred** 122:9
**six-month** 55:24
**size** 161:17
**Skadden** 150:18
**sleep** 236:16
**slice** 167:6 173:6
**sliding** 283:11
**slight** 123:25
**slow** 53:18 54:2 56:17
**small** 46:19 65:22 128:21 175:3 198:19 272:21
**smaller** 244:11
**smart** 66:12 226:4 231:21
**smartest** 167:22 168:12
**Smile** 19:20 25:7 30:18 31:5 32:3 32:14 33:8,21 35:4,6,10,13,14 35:15 37:16,17 37:20,22 38:12 38:24 39:16 40:18 41:11,14 41:23 42:5,12,25 43:10,13,21 45:10,10 46:3,6 46:15 47:2,9,17 47:18,19 48:3,7 49:2,5,11,19,24 50:2,4 52:7,11 53:9,16 54:19 56:11,23 57:23 60:12 61:4 66:6 67:10,12,18,24 68:9 77:23 83:25 86:25 87:7,8 91:7 93:21 94:2,14 99:14,15 100:9 101:9,20,22 102:7 105:12,24 107:3 109:4,11

112:8 114:19 116:10 117:7,13 117:20 118:6 119:10 120:6 122:11,17,25 123:3 124:10,17 135:17,25 136:6 136:19,25 141:7 141:11 142:10,18 143:17 144:9,16 144:19 146:8,9 146:17 147:17 149:21,22 152:3 153:19 154:19 163:21 164:23 167:25 170:17 171:23,24 172:6 173:2 174:7,13 174:16 175:6,9 176:13 177:5 179:19 185:15 194:2 206:21 231:12,18,20 232:22 244:6,14 245:5 273:5,6 278:8,15 279:14 280:6,15,17,20
**Smile's** 41:17 62:17
**Smith** 33:10 45:12 46:12,22 58:14 78:15 89:3 107:3
**snuffed** 34:7
**software** 16:23 18:3
**sold** 22:7,11 23:11 36:6 57:4 145:25 146:3
**solicitation** 4:23 234:7,9 245:19 246:9 247:10 249:25
**solicitations** 4:22 73:19 161:7 188:20 233:24 248:10,15

soliciting 239:5
263:11
solvable 148:4
solve 136:2 187:7
solved 65:18
Somalia 160:20
somebody 148:14
188:6 239:16
262:23
son 117:25,25
153:11,23
soon 73:5 261:3
sorry 26:11 32:15
35:15 47:19
75:21 106:23
112:16 130:11
163:15 171:14
182:17 189:13
207:20 282:8
290:6,18 292:9
sort 43:7 68:8 93:2
sounds 24:7 33:12
162:12 165:23
201:13,15 209:9
244:19
source 176:2,4
SOUTHERN 1:3
space 61:19 271:13
special 37:20 38:6
45:4 88:9 91:3
94:18 95:13
99:19
specialized 16:24
specific 55:20
97:19 180:11
184:11 195:12
196:4 202:23
203:3 204:6,7
207:17 213:8
220:10 232:16
246:10
specifically 159:15
196:16 232:14
251:21
spectrum 285:13
speeches 19:5

spend 34:25 75:23
76:5 78:22 79:3
83:7 84:5,16
180:21 192:14,15
200:7 240:10
284:19 285:7
spending 77:23
83:11 84:3,12,15
136:16 191:5,7
193:19 194:6
211:17 241:25
242:2 270:24
spent 76:23 88:3
103:25 182:8
226:22 266:6
spirit 229:2
split 200:12,13
221:10
spoke 228:4 281:9
spoken 9:9
sponsor 51:18
sponsoring 109:7,8
spread 59:23
spreadsheet 37:10
37:11 251:16,19
251:24 275:14
spreadsheets
275:21
spy 122:5
Sri 70:10
stadium 180:18
staff 57:24 58:5
98:19,21,22
105:17 142:4
146:18 154:21
155:4,12,15,16
160:7 183:19
204:2 209:25
210:4
staff's 209:17
stamp 100:12
stamps 284:18
Stan 139:23
standard 15:25
159:9 266:21
start 12:9 14:16

27:14 37:13 49:7
51:10,11 54:22
61:5 73:3 96:7,16
193:14 203:21
210:12 245:18
started 13:19
15:16 18:22
19:11 25:6,12
26:9 27:19 28:3
28:19 31:21 32:4
33:8 34:23 35:16
35:18 38:12
50:24 52:16,17
52:23 53:3 56:22
56:24 59:21
61:23 62:2,3,7
64:3 66:4 72:2
73:16,25 74:2
81:25 82:21
88:12 93:7
102:20 117:6
136:16 140:9,25
163:18 165:8
172:13 186:18
220:15 274:24
starting 43:10
70:12 96:11
117:13,19
starts 246:15
startup 53:12
193:13
starved 15:6
state 8:18 93:20,24
94:3 101:3
104:15 105:5
114:25
statement 293:17
294:14
statements 274:25
279:9 293:12
States 1:2 240:20
stationery 4:20 5:8
199:18 206:16
220:6 227:5
247:18 275:10
284:18

status 33:17
stay 97:13
stayed 13:17 99:9
stealing 98:23
101:8,10,16
106:10 107:21
steel 236:17
step 261:21,22
Stephens 151:25
steps 223:17
Steve 81:17,19
85:7 167:20
169:19,20
stink 52:13
stint 48:19
stock 23:12 49:16
50:10,15 117:3,8
119:8
stole 48:2 101:23
stomach 99:4
245:8
stop 56:19 90:5
119:16 168:22,24
263:4
stopped 79:4 95:6
97:22 98:8
100:16 103:14
119:17 193:18
194:6 198:20
257:24
stopping 8:15
stops 263:5
Storm 13:23
stormed 27:13
straight 236:11
straighten 235:24
strategic 88:7
strategy 112:19
160:15,17 161:2
street 3:6 12:21
15:23 42:20
53:24 77:7 92:10
122:18 143:4
147:21
strong 203:23
structure 143:2

struggling 139:21
140:3
stubborn 148:18
stuff 16:5 17:13
19:6 33:6 35:2
40:8 61:2 65:10
71:12 74:4 78:12
82:24 83:8 84:11
86:3 89:13 92:19
97:16 102:23
124:19 141:25
142:7 145:25
147:2,13 155:13
155:16 158:16
159:4 168:4,6
176:9 180:23
182:2,22 186:4,8
188:3 195:6
197:10 199:5,25
200:17 203:6
205:10 211:11
219:22 220:4
223:4,20 226:9
256:21 259:5
264:23 285:10
style 20:22
submitted 142:9
submitting 72:18
subsequent 131:25
256:4 269:6
subway 25:20,25
27:16
success 59:6
successful 31:15
62:3 73:20
112:19,22 135:23
161:21
sucked 109:25
sue 93:6,10 107:6
109:3
sued 93:17,20,23
100:18 105:6
146:20
suggest 279:7
suing 93:7 115:13
118:10 181:21

**suit** 106:25
**suits** 104:15
**summary** 267:23
 268:12
**summer** 80:18
 91:5,10 92:2
 101:4
**Sumner** 6:2 8:21
**super** 186:6
**supervision** 295:16
**support** 204:4
 217:17,19,23
 260:17 262:6
**supporting** 260:8
**supports** 268:22
**sure** 7:2,13,17,20
 8:4 9:22 24:5
 33:14 35:9 44:7
 71:12 72:5,7
 80:16 95:12
 128:14 130:8,16
 138:12 144:3
 192:19 193:5
 207:4 220:10
 228:5 236:23
 252:4 271:20
 288:8
**surgeon** 38:4 51:23
 51:25 52:4 56:8
 59:7 73:6,13
 209:6 236:14
 238:6 280:9
**surgeons** 25:23
 36:19 37:24
 38:10 51:2,20
 52:13,17,19,20
 59:12,16,23 73:2
 73:8 112:21
**surgeries** 37:24
 50:19,22 52:5,8
 53:6,10,20 54:7,8
 54:8 55:5,10,22
 56:12 59:13 60:6
 61:9 68:14 70:25
 72:6 74:18 79:3,7
 81:12 82:10,23

83:4,6 125:5
154:11 157:6
158:11 159:7
179:7 183:16
184:16,20 185:10
186:21 187:3
190:8 191:2,6,14
191:19 192:4,13
192:16 195:4,6
195:17 196:10,18
199:4,22,23
202:15 204:13
205:2 206:6,12
207:6 208:5
209:12,15,22
217:16,23 225:5
235:23 238:14
245:9,12,22
249:9 257:22
259:14,16 260:14
262:8,22,25
263:4 264:14
265:24 272:23
273:7,21,23
276:19 282:24
288:19 289:16
290:15,24
**surgery** 25:16 26:3
 26:13 28:6 36:23
 37:2 38:5 44:15
 63:21 68:17
 69:25 70:23 71:5
 71:18 72:3 77:20
 82:5 85:7 112:2,5
 112:16 114:3
 137:25 139:6,10
 147:3,19 148:3,5
 174:13 178:8,12
 179:2 186:7
 199:23 203:22
 205:2,9 207:7
 208:7,23 209:12
 210:7,9,13,13,14
 210:16 211:17,20
 212:3 236:7,9
 245:22 247:12,16

247:17,21 248:6
248:17 250:21
254:25 255:8,11
255:20 257:6,12
258:15,17,19
259:22 261:4
262:16 272:25
273:13,16 282:13
283:5,9,18
**surgery-only**
 208:20
**surgical** 236:15
 242:9
**surplus** 75:17
 84:25
**surprised** 216:13
**surveillance**
 102:24
**survey** 276:17
**SurveyMonkey**
 274:11,13
**surveys** 265:7,12
**Susie** 164:19
**swing** 89:18
**Swiss** 116:23
**Switzerland**
 149:21
**sworn** 295:8
**sync** 86:9
**syndrome** 113:18
**system** 25:13
**systemize** 59:10

**T**
**table** 85:6 87:20
 293:21
**tablet** 77:15
**tail** 151:16
**take** 17:2 31:16
 42:8 51:6 73:19
 84:20 85:22 91:6
 91:19 103:10
 112:18 135:23
 149:19 151:11
 169:22,23 171:3
 182:14 207:23

214:25 230:17
240:21 270:10
286:11 294:18,21
**taken** 2:4 10:9
 115:10 295:11,13
 295:19
**takeover** 88:12
**takes** 22:3 39:20
 76:25 236:12
 239:20
**talent** 16:17 17:17
**talented** 52:21
**talk** 9:4 16:6,20
 46:2 86:18
 102:15 143:20
 149:23 192:8
**talked** 9:14 74:12
 76:17 193:24
 224:25 225:2,18
 263:7
**talking** 50:2 93:22
 94:11 102:22
 103:4 118:11
 141:3 157:5
 171:18 172:5
 174:21 183:2
 196:2 203:18
 210:9,10 228:25
**target** 66:5 70:9
 153:4 154:11
 240:5 282:22
**taught** 19:23
**tax** 33:16 149:25
**taxes** 108:11
 241:11
**team** 66:5 153:4
 163:22
**teasing** 149:3
**tech** 13:19,24 14:8
 16:5,14 17:9,19
 17:22 18:24
 20:18 22:13
**Technical** 17:24
**technology** 17:8,10
 18:8
**TechReg** 23:9

**Ted** 129:6 169:13
**tell** 6:19 9:20 16:13
 36:21 44:3 78:16
 83:3 102:5
 103:22 106:20
 116:19 117:2
 118:22,24 120:12
 147:8,15 160:24
 168:16 176:2,4,5
 180:14 198:8
 199:3,12 200:4
 201:23 219:9
 220:24 234:7,24
 252:10 256:18,20
 276:13 281:13
**telling** 36:25 192:5
 226:11 239:20
**tells** 212:11
**ten** 22:2 73:8
 104:11 137:19,22
 166:13 260:17
**tenotomy** 236:10
 236:16
**tens** 165:18
**tension** 38:8,22
 40:2
**term** 68:3 92:14
 279:22
**terminated** 24:19
 190:4
**terms** 75:14 121:3
 157:19 189:11
**test** 59:8 62:18
 78:5,6 79:11
 113:6 145:24
 178:4,6
**testified** 101:17
**testify** 295:9
**testimony** 102:2
 119:25 154:25
 230:20 286:14
 294:22
**testing** 76:19 168:5
**Texas** 73:2
**thank** 8:17 117:14
 178:24 197:8

203:20 276:23
**Thanks** 45:18,25
130:21 250:14
**Thazhathu** 140:17
**them/us** 100:5
**theme** 279:22
**thereof** 295:23
**thing** 14:8 38:24
40:9 47:23 53:13
55:25 82:20
86:19 93:20
105:6 106:23
113:17 116:10
118:18 124:13
136:25 139:23
141:22 147:14
148:7,10 150:24
157:6 158:4,12
168:11,15 182:10
197:19,23 221:9
230:10 231:22
240:13 246:12
251:8 256:13,15
257:18 260:20
270:21 274:14
**things** 6:24 7:14
19:2 21:7,9 73:25
102:12 106:18
117:18 124:3
127:22 137:3
141:12 143:20
148:4 154:9
167:7 170:13
178:7 183:14
203:19 213:8
219:14 249:14
272:12
**think** 8:7 34:21
41:6 56:5 58:11
59:4 62:16 69:18
73:24 81:19
85:15 95:17
111:7,10 122:5
125:20 126:4
127:19 133:6
134:20 143:16

147:23 153:2
182:10 183:15
186:11 196:2
199:10 201:3
204:22 205:23
208:15 209:19
213:17 215:3,5
216:15 217:20
219:10 225:18
226:3,24 227:19
228:8,15 231:18
231:21 233:8,12
234:11,25 237:23
244:9,13 255:12
256:8 269:11,14
270:3 274:19
277:7,23 279:11
294:20
**thinking** 15:7
125:25 142:6
279:12
**third** 53:7 77:19
132:19
**third-world**
174:13 175:17
███████████████
███████████████
███████████████
**thought** 32:15
39:11,11 57:6
59:7 75:11 83:4
86:18 87:12 88:4
113:19 133:12
141:15,17 230:11
287:16
**thousand** 55:22
71:8 72:22
191:13 228:12
284:5,10 285:5
290:15,23
**thousands** 100:9,9
165:18 182:22
279:15
**thread** 132:11
212:21 218:6

**threatened** 164:16
**three** 4:21 15:7
17:5 22:9 69:10
77:2 82:25 89:20
92:8 95:4 105:23
107:17 108:20
113:9 127:21
137:6 157:18
204:9 219:25
233:24 246:8
253:10 281:18,20
286:19
**three-pages** 218:7
**threw** 145:15
**throat** 90:11
**throw** 37:9
**tie** 243:11
**tied** 105:9
**Tiffany** 274:19
**time** 7:13,13 8:5
14:12 19:10
22:19 24:11,24
29:13 30:9 31:24
34:21 36:7,19
38:2 67:5 77:3
85:10 90:2 94:13
103:11 107:8
114:12 118:5
133:11 141:3
144:2,21 164:10
170:10,11,12
184:6 200:8
207:23 209:18,25
210:4 219:6
229:18,20,21
230:11 262:24
268:25 272:19,20
295:12
**timeline** 28:25
**times** 17:5 43:23
69:11 77:5,7
92:22 127:21
137:19,22 139:23
145:24 146:19,21
168:20 178:23
260:16 284:25

**timing** 95:11
192:25
**tiny** 65:21 204:2
**title** 47:15
**titles** 20:18
**Titus** 232:24
**TMT** 67:19 120:14
120:25 121:22
122:9 163:20
164:5,6,9 188:5,6
**today** 6:11 7:3,10
8:23 9:12,17
39:18 45:2 62:17
83:24 122:11
**token** 128:21
**told** 27:24 28:15
51:19 84:4 86:6
87:5 89:24 98:22
100:11 101:8,18
111:13 116:25
120:9 121:2,13
145:8 152:14
168:2 182:13
192:7 225:9
227:23 231:23,24
240:22 252:6
269:8 277:21
294:11
**tomorrow** 230:24
**ton** 66:16 105:7
240:10
**tonnage** 168:8
**tool** 72:25 83:3
**top** 107:16 108:20
**total** 119:13
213:11 268:5,13
268:18 292:19
**totalling** 291:23
**touch** 45:15
**touched** 188:17
**tough** 260:9
**track** 179:4 180:24
193:16 257:23
**trade** 18:23,24
**traded** 22:21
**train** 19:20 33:8

35:4,6,10,13
37:16,17,20,21
38:12,24 39:16
40:18 41:11,14
42:12,25 43:10
43:13,21 45:10
46:3,15 47:9,18
48:7 49:2,11,19
50:2 53:16 54:19
56:11,23 57:23
60:12 61:4 66:6
67:10,12,18,24
68:9 83:25 86:25
87:7,8 91:7 93:21
94:2,14 99:15
100:9 101:9,20
105:12,24 107:3
109:4,11 112:8
114:19 116:10
117:7,13,20
118:6 119:10
120:6 122:11,17
123:3 124:10,17
135:17,25 136:6
136:19,25 141:7
141:11 142:10,18
143:17 144:9,16
144:19 146:8,9
146:17 147:17
149:21,22 152:3
153:19 154:19
163:21 164:23
167:25 170:17
171:23,24 172:6
173:2 174:7,12
174:16 175:6,9
176:13 177:5
179:19 185:15
194:2 206:21
231:12,18,20
232:22 244:6,14
245:5 273:5,6
278:8,15
**Train's** 77:23
**trainee** 10:23
11:10

**transcript** 295:18
**transcription** 295:15
**transfer** 49:5
**travel** 26:25 37:23 155:24 210:2,5
**traveled** 36:5
**traveling** 28:3 34:24 35:16
**tread** 221:23
**treasurer** 132:20 132:22
**treat** 202:15 231:13
**treated** 178:18,21 183:7 208:22
**treating** 279:7
**treatment** 235:15
**treats** 173:23
**tremendous** 181:7
**tremendously** 193:20
**trenched** 137:4
**tricky** 50:23
**tried** 85:12 100:21 116:12 145:10 245:4
**trip** 118:2 285:18 285:20,21,23 286:4
**tripled** 63:24
**trips** 183:24 285:16
**Trivigno** 3:4 7:7 34:9 130:14 192:24 218:13 229:18,22 235:4 246:2 250:16 256:8 277:7,14 294:19
**trouble** 186:8
**troubles** 143:21
**Troy** 58:4
**true** 295:17
**trust** 51:7 63:3 68:11

**truth** 6:19 192:6 220:24 295:9,9 295:10
**try** 68:24 71:25 284:14 285:7
**trying** 40:6 78:24 91:19 100:22 104:4 124:15 136:21 146:24,25 161:15,20 175:11 184:8 190:6 197:22 204:13 219:18 252:22 253:10 264:3 271:22
**turmoil** 155:13,17 180:2
**turn** 36:12 156:23 161:24 236:21 246:16 254:15 267:18 282:7 283:14 288:9
**turned** 33:4 75:13 142:13 175:16
**turning** 204:12
**turns** 143:18
**TV** 11:3 17:19 18:15 26:16
**twice** 106:2 239:9 239:13
**twisted** 235:25
**two** 14:17 17:4 22:8 28:8 32:3 38:5 40:11 43:24 45:2 54:9 55:16 56:16 65:15 82:6 86:2 90:14 92:6 101:18 120:5,18 125:24 130:15 140:16 153:21 169:6 172:11 173:2 182:12,14 187:6 193:22 200:6,9 206:18 207:11 211:2 217:9 236:18

248:15 249:14 275:18 280:13 281:11 289:8
**two-minute** 286:12
**two-person** 187:18
**two-week** 36:13 280:8
**two-year** 48:19
**type** 131:3 173:8 234:16
**types** 285:5
**typical** 107:22 279:6
**Typically** 70:22 262:7

---

## U

**Uber** 30:25
**Uccel** 116:24
**Ueltschi** 140:16 143:23,25 145:15 151:6,11 181:16 181:19,23 190:10
**Ueltschi's** 140:25 190:15
**Uganda** 48:18
**Uh-uh** 108:7
**Ujjal** 281:9
**UK** 105:12,15,24 106:3,8,10 107:14 108:2 109:25 110:6
**ultimate** 123:15
**ultimately** 93:14 149:9
**Um** 274:5
**umbrella** 143:3
**Unbeknownst** 34:17
**uncertain** 121:2
**uncomfortable** 74:11
**understand** 6:20 7:19,25 16:7,9 18:6 33:14 70:15 95:12 122:4

138:8 157:7 184:8 185:5 201:25 207:4 214:12,13 219:19 231:3 271:20 273:11 276:3 279:25 280:22
**understanding** 180:8 218:15 240:24 243:14 244:23 255:11 265:2
**understood** 147:18 223:8
**unhappy** 162:9
**UNICEF** 143:19 240:18
**UNICEF's** 166:23
**United** 1:2 12:5,13 240:20
**unmarried** 26:19
**unrestricted** 179:10,15,23 192:23 193:7,11 193:12 196:4,14 197:15 198:5 199:2,14 216:12 217:19,21 219:22 221:8 222:14,20 223:16 224:3,11 224:15 225:15 226:2 247:7
**unrestricting** 219:18
**unsolicited** 142:12
**untruthful** 76:3
**unused** 84:25
**up-flip** 237:2
**upload** 72:12
**upset** 85:14
**urban** 31:17
**urged** 153:3
**urgency** 60:24 195:21
**use** 114:2 121:15 121:15 136:4

139:2 156:21 159:2,20 160:16 165:13,19 180:21 201:18 204:23 205:24 206:20 207:6 208:18 209:13,13 215:2 226:24 238:8,12 242:8 248:4 284:17 291:4
**uses** 232:8,9
**usual** 7:15 176:6
**usually** 64:16 155:15 162:7,10 180:3 197:22 201:3 234:15 284:4

---

## V

**vacation** 91:9
**vacations** 280:8
**vague** 247:15 249:20
**Vaguely** 114:22
**Valley** 17:19
**valuable** 272:15
**value** 257:11 273:13
**vans** 78:25
**Varanasi** 253:7,11
**variation** 250:6
**varies** 258:5
**variety** 183:14
**Vatican** 39:5
**vein** 229:2
**vendor** 19:23 21:7 66:4,11 162:8,17 176:18 250:13
**vendors** 168:6
**Vera** 200:10
**verbal** 6:24
**verified** 274:21
**Vero** 143:24
**version** 15:24 47:11 160:25 230:4

**versus** 224:3
225:14
**veterans** 166:9
**vice** 11:10 164:22
181:5
**video** 203:24
210:19,21,24
214:20 215:13
**Vietnam** 35:17
**view** 152:10 200:4
207:15,16 217:25
248:12 276:23
**views** 217:3
**Vineyard** 153:13
**viral** 203:24
**Virginia** 31:6
33:20 34:12
99:16
**visit** 74:18 210:2
258:25
**visiting** 156:2
**visits** 281:7
**vitamin** 77:15
**vitamins** 260:15
**void** 273:2
**volume** 1:12 6:1
7:1 8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1

68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1
103:1 104:1
105:1 106:1
107:1 108:1
109:1 110:1
111:1 112:1
113:1 114:1
115:1 116:1
117:1 118:1
119:1 120:1
121:1 122:1
123:1 124:1
125:1 126:1
127:1 128:1
129:1 130:1
131:1 132:1
133:1 134:1
135:1 136:1
137:1 138:1
139:1 140:1
141:1 142:1
143:1 144:1
145:1 146:1
147:1 148:1
149:1 150:1
151:1 152:1
153:1 154:1
155:1 156:1
157:1 158:1
159:1 160:1
161:1 162:1
163:1 164:1
165:1 166:1
167:1 168:1
169:1 170:1

171:1 172:1
173:1 174:1
175:1 176:1
177:1,6,14 178:1
179:1 180:1
181:1 182:1
183:1 184:1
185:1 186:1
187:1 188:1
189:1 190:1
191:1 192:1
193:1 194:1
195:1 196:1
197:1 198:1
199:1 200:1
201:1 202:1
203:1 204:1
205:1 206:1
207:1 208:1
209:1 210:1
211:1 212:1
213:1 214:1
215:1 216:1
217:1 218:1
219:1 220:1
221:1 222:1
223:1 224:1
225:1 226:1
227:1 228:1
229:1 230:1
231:1 232:1
233:1 234:1
235:1 236:1
237:1 238:1
239:1 240:1
241:1 242:1
243:1 244:1
245:1 246:1
247:1 248:1
249:1 250:1
251:1 252:1
253:1 254:1
255:1 256:1
257:1 258:1
259:1 260:1
261:1 262:1

263:1 264:1
265:1 266:1
267:1 268:1
269:1 270:1
271:1 272:1
273:1 274:1
275:1 276:1
277:1 278:1
279:1 280:1
281:1 282:1
283:1 284:1
285:1 286:1
287:1 288:1
289:1 290:1
291:1 292:1
293:1 294:1
**volunteer** 27:12
48:20,22 280:5
**volunteered** 12:16
**Volunteerism**
26:22
**volunteers** 279:15
280:3,15
**vote** 86:7 89:18
109:3 133:16
**voted** 87:17 90:10
**votes** 85:20

---

**W**

■■■■■■

**W0N** 227:10
**wacky** 231:9
**wait** 7:22 272:6
**waiting** 195:3,17
196:10 204:10
263:8,15,19
264:18,22 265:3
265:9 288:17
**walk** 92:9 103:24
**walked** 112:7
**Wall** 3:6 15:23
42:20 77:7
**Walter** 3:10 5:5
6:9 11:11,14,17
12:5,15,25 14:10

14:12,15 15:14
50:12 116:16
117:9 168:22
267:7
**Walter's** 168:19
**Wang** 40:13,23
42:23 44:22
46:21 49:15 50:9
50:13 51:10
52:24 55:6 58:16
58:18 69:8 74:2
78:8 79:12 80:7
83:10 85:10
86:16 89:20,24
91:10,24,25 92:9
92:23 93:19,23
98:15 100:12
103:22 107:5,22
116:25 117:2,6,6
118:8,10,17,22
120:15,16,25
122:12 136:25
137:13 139:22
142:13 145:22
146:9,18 149:18
163:24 164:16
181:14,19
**Wang's** 60:17
109:23 164:20
181:23
**want** 7:18 8:7
26:25 27:7,11
31:16 45:19 53:2
71:3 72:17 76:11
76:18 81:5 84:3
85:18 86:8,11
92:21,22 95:12
96:15 103:22
104:2 141:9,10
143:23 149:19
152:13 156:23
166:8 168:7
173:9,15,18,18
173:21,22 174:24
175:2 190:20,22
191:8 197:8

201:14 202:14
207:4,22 230:13
230:15 231:2
233:18 238:8
242:2,3 245:9,9
245:11 263:23
271:2,19 287:2
294:8
**wanted** 26:21
28:11 38:24
51:11,19 55:21
57:13 68:21
69:13 71:14 72:5
72:6 73:12 83:11
84:12,16 93:10
121:14 125:15
140:4 141:12,13
146:9 148:19
182:18 190:18
222:25 226:8
**wants** 89:11
220:13 238:7
**ward** 74:21,22
162:11
**wasn't** 30:12 33:23
38:3 43:12,14
44:12 48:22 54:4
84:14 87:19,25
88:3 89:24 94:5
104:17 107:11
108:5 116:8
125:17 131:16
145:9,13 193:18
194:9 294:14
**waste** 198:18
**watch** 85:19
**watched** 36:24
**water** 113:4
**way** 11:5,8 12:13
17:25 26:10
44:11 62:4 79:2
90:18 106:9
109:17 122:24
133:5 148:20
170:14 173:24
179:17 180:17,19

198:3 200:23
209:4 211:22
226:11 231:14
251:7 270:8
272:2
**ways** 171:3 234:12
278:22 279:7
**wealthy** 148:6
**web** 121:14 215:7
**website** 71:20
83:25 165:24
191:12 210:22
214:15,18 215:10
215:13,17 237:17
**websites** 199:17
**Wednesday** 2:6
**week** 52:3 90:13
99:7 115:16
120:13 121:10
155:9
**weekly** 155:9
**weeks** 90:14
120:18 236:2
280:13
**weird** 91:12
121:23 215:6
**went** 9:12,14,22,24
23:5,21 24:21
26:7,21 27:9
31:20 33:4 34:22
51:4,9 52:3 56:2
60:6 61:7 68:4
71:20 75:9 76:14
81:16 86:13
89:12 92:3 100:3
100:8 106:7
107:19 108:25
109:25 115:12,14
118:21 120:17
141:19 147:11
148:23 149:9
153:9 156:8
163:25 165:24
171:9,25 181:15
182:23 206:17
228:9 274:19

282:3 287:10
**weren't** 16:15
29:20 30:4 31:8
53:19 54:5 72:7
109:21 192:5
222:13 245:7
252:15
**white** 75:2
**wholesaler** 185:20
**wide** 183:14
**wife** 31:11
**wildest** 73:21
**willing** 30:23
**win** 68:25
**wing** 66:24
**winner** 228:7
**Winter** 42:19
**wiped** 104:22
**wire** 236:17
**wired** 106:2
▮▮▮▮▮▮▮▮▮▮▮▮
**withdrawn** 184:9
**withdrew** 100:15
**witness** 20:11,14
20:21 21:12
22:20,25 23:3
26:14 27:21 29:4
29:8,11,14,19,24
30:11 32:2 33:3
33:18,22,25 34:6
34:17,22 35:9
36:18 38:16,20
41:9,13,18,21,24
42:3,7,10,13,16
43:9,19,22 44:19
44:22 48:17,24
49:19 55:8,12,17
57:4,8 58:20 64:9
67:6,11 75:22
76:2 77:12,25
78:4,7,11 79:12
79:17,20 80:2,7
83:15 85:12,23
86:17 88:16
95:10,13,16,22
96:2,6,21,24 97:3

101:12,15 102:9
104:10 107:11,16
109:19 110:5,19
110:22 121:7,19
126:15 130:17
133:17,22 134:2
134:6,10,15
135:9,12 142:22
143:10 145:3,6
157:3 162:19
164:12,15,19
166:6,16 167:16
169:9 170:24
173:13 174:3,8
174:10,20 175:15
176:22 188:11,22
188:25 189:15
190:15 195:18,21
196:11,15,21,25
201:22,24 202:7
202:22 203:9,14
203:17 204:7,19
204:24 205:5,10
205:18,21 206:2
206:13 207:8,13
207:16 209:19
210:8,15,25
215:20,23 217:25
218:20 221:7
225:17 226:21
229:23 230:9
232:23 235:7
236:23 237:3,7
238:2,5,15,18
240:8 241:2
242:14 243:18
246:20 250:19
254:17 255:6,9
255:14,22 256:10
257:3,10,17
259:8,23 260:3
261:10,13,16,24
262:7 264:2,7,10
264:21 265:6,25
266:14,16,21
267:2,11,13

271:9,18,22
274:4 277:15
278:25 279:10,19
280:4,16,21
281:13,17,24
286:25 293:13
295:7
**woman** 30:15
157:8
**won** 14:5 15:10
16:17 17:16
68:23
**Wonder** 196:9
**WonderWork** 1:7
4:8,20 5:8,12
6:12 9:8 49:14,17
49:21 94:7,10
96:8 104:5
111:22,25,25
112:14 113:25
114:3,4,16
115:10,17,22
120:10,14 123:13
125:8 126:9
129:5 135:7,16
138:7 150:10
154:5,17,22
155:5 156:13,20
159:14,15,19,20
159:25 163:18
165:13 171:21
172:2,14 174:2
176:14 179:18
184:13 192:17,20
192:21 194:11,13
194:16,25 195:10
198:3 199:13
202:8 213:11
214:18,22 215:10
217:3 219:22
220:4 221:14
227:5 229:7
232:8,9 233:4,9
233:16 243:25
244:16 247:9
253:3 269:22

270:20 271:17
275:9 278:2
281:2 284:6,15
284:20 286:5,9
288:16 289:14
291:25 292:25
293:23
**WonderWork-b...**
159:13
**WonderWorks**
274:23
**word** 59:22 114:2
125:9 151:12
160:13 165:4
234:13 242:16
248:17
**wording** 217:20
248:13,14
**words** 23:16
114:11 159:2
201:14 208:18
222:15 290:25
**work** 10:7 11:25
12:4,13,16,19,23
13:6 14:10 15:17
15:21 25:5,12,22
26:21 27:2 29:15
30:7 35:11 42:15
56:20 59:3 62:14
62:20 66:15,16
66:22 76:21
86:10 100:24
105:20,20 107:14
120:9 121:17,22
124:10 136:18
140:5,5 141:9,10
144:25 151:16
152:3 158:15
162:16 168:13
171:20 174:17,18
176:21 185:10
223:10
**worked** 10:20 11:4
11:8 15:25 16:3
16:17 59:8 66:21
102:14 120:21

163:7,9 174:12
175:9 179:17
185:14 194:8
233:14
**working** 19:11
60:14 144:19
151:22 165:8
184:6 193:18,25
194:2 260:24
281:23
**works** 45:21 77:5
161:9,11
**world** 15:19 16:21
17:4 31:22 35:17
36:5 39:13 74:14
75:10,12 109:11
154:14 184:21
185:12,19 190:11
**worried** 50:18
**worry** 50:17
**worse** 151:17
**worst** 39:12 73:8
**worth** 117:4,17
152:2 157:18
170:22 272:14
**wouldn't** 87:13
277:5
**wow** 14:9 52:9
72:21 74:5 83:2
172:10 178:22
198:14,23
**wrap** 73:9
**Wrenn** 41:2
**write** 11:3 117:12
117:14 134:4
138:20 159:24
160:18 161:2,9
161:10 178:24
180:21 197:2,3
197:23 206:4
225:6 241:5,13
241:15 250:8,18
254:11 263:20
271:24
**writer** 11:2 15:4
**writing** 76:6 96:23

97:22 162:9,13
162:15 186:19
188:2 218:23
**written** 180:16
197:20 250:11
**wrong** 81:15 160:8
209:11 216:25
219:11 223:5
242:16
**wrote** 19:5 27:21
27:25 31:9 46:18
63:5 102:3
173:25 229:5
**WW** 214:7 217:14
**Wyc** 153:10
**Wyoming** 235:20

---
## X
---
**XX** 246:14

---
## Y
---
**Y&R** 11:14 12:14
**yeah** 8:24 11:14
12:10,12 17:11
18:20 24:12,23
29:8,11,14 32:10
32:13 33:18 34:6
38:16 41:9 43:19
55:11 56:10
65:11 67:11 76:2
79:17 87:9 93:13
94:17,20 95:2,15
96:15 98:3
103:12 104:21
105:2 108:21
109:13 111:10,19
114:20 115:4
124:6,8 130:12
131:4,10 132:22
134:2,10,15
139:16 152:22
153:17 155:19
159:10 163:18
167:16 175:15
177:21,23 178:3
183:4 188:8
189:4 192:5,6

195:18 196:11
204:19 206:13
207:8,13 208:21
211:23 214:24
217:10,25 220:17
224:19 237:3
244:4,18,25
245:13 247:23
251:4 255:16
259:23 261:16
263:13 264:7,10
267:24 268:10,18
274:4 276:8
277:19 278:9
283:17 289:21
294:19
**year** 23:13 30:16
35:21,24 53:6,7
53:10,19 54:12
55:7,22 59:19,19
60:7,20 61:7
65:15 69:10
70:25 78:23 79:7
81:10 88:3
105:16 106:2
111:12 119:15
122:10 127:22
131:17,22 139:16
141:25 149:4,7
151:15,15,17
162:14 168:12
170:18 171:25
179:21,25 180:5
180:25 181:2
184:4 191:14
194:7 197:7
198:11 199:19
200:13 201:2
204:14 210:23
219:15 221:2
236:18 237:14
245:10,12 247:7
257:19,25 259:17
264:14 270:24
273:5 274:18
275:4 277:18

278:11 280:9,10
284:22,25 292:6
293:12,24
**year-end** 128:23
**year-ended** 5:13
293:2
**years** 10:14 11:11
11:18 13:17 22:2
22:9 28:9 33:8
36:24 37:12 38:6
49:8 52:8 53:11
53:21,21 54:9
56:14 57:12
60:20,21 75:14
81:7,7 82:2,6,7
82:22 86:10
88:17 91:7 98:24
102:15 103:25
106:5 110:9
120:21 123:11
125:24 137:15
154:17 156:8,9
157:10,15,19
158:13 163:8,16
165:3,5 179:18
181:22 182:15
193:22 206:21
216:3 225:4
226:7 234:15
253:10 260:6,17
272:15 273:4
275:3 281:20,25
**Yep** 21:23 185:6
248:3 254:17
267:17 288:22
291:20 293:19
**York** 1:3,14,14 2:5
3:7,13,13,18 25:7
25:10,15 28:17
31:8,16 32:8,20
34:5,13,16 35:21
43:23 46:6 77:4,7
92:21 105:21
106:25 107:13,19
108:3 109:18,20
109:24 110:2,23

139:22 145:24
146:19 149:18
155:20 156:8
262:18 293:9
**Young** 10:20 12:12
**yuppy** 26:20

---

**Z**

**Zemin** 39:21 84:9
**zero** 181:18 250:3
**Ziff** 16:4 40:23
46:24 58:15,16
58:20 89:15

---

**0**

**0009471** 281:5
**0020512** 4:18
221:24
**0020577** 4:16
212:22
**0020580** 4:17
218:8
**0070023** 4:14
129:17
**0070025** 4:10
126:12
**011860** 287:24
**012099** 291:17
**012291** 290:10
**012302** 290:7
**012929** 5:9 275:11
**0172** 5:14 293:4
**017986** 267:19,21
**0227** 293:16
**0236** 5:15 293:4
**0246343** 4:12
128:8
**02544** 5:3 253:22
**0254693** 4:15
132:7
**02555** 5:3 253:22
**06087** 246:16
**06088** 246:16
**06164** 248:2 249:4
**07255** 227:10

---

**1**

**1** 4:8 5:7 64:20,23
126:14 146:14
216:20 217:7
275:9 288:15
292:14
**1,500** 262:14
**1,543,055** 294:3
**1,925,179** 216:9
**1.2** 36:4
**1.8** 122:12
**1.9** 217:15
**1:00** 2:6
**10** 4:23 38:23,25
39:17 41:7 52:8
57:12 70:20 91:7
101:20 102:7,10
102:15 103:25
110:9 124:18
165:3,5 233:13
246:21 273:4
**10-year** 68:10
**10,000** 22:17 23:7
37:7 60:9 64:22
168:14
**100** 36:15,17,21
87:10 179:6
199:21 207:12
208:4,6 215:21
250:2,20
**10005** 3:7
**10022** 3:13
**10118** 3:18
**105,000** 84:2
**11** 4:24 82:14
251:9
**11858** 289:10
**11861** 288:9
**12** 4:13 5:1 41:8
129:16 169:17
253:15,18 264:11
289:7
**12-year-olds** 82:11
**120,000** 79:7
**1200** 28:21
**125** 99:18
**125,000** 83:24

**126** 4:8
**128** 4:11
**129** 4:13
**13** 5:4 267:5,12
**132** 4:15
**135** 84:21
**13th** 95:3
**14** 5:2,7 253:21
268:14,21 269:5
270:23,24 275:8
275:22
**14.4** 268:15
**140** 22:15
**15** 5:10 41:5 58:10
225:4 269:5
270:22 281:21
**15-year-olds** 82:11
**15,000** 128:22
**150** 62:25 81:3,6
88:2 138:4
257:18 267:3
**150,000** 115:3
186:24
**1500** 262:12
**16** 1:13 2:6 5:11
203:25 210:19
215:13 286:16,18
**16-13607(SMB)**
1:4
**17** 5:12 56:14
227:18 228:9,11
229:14 289:15
293:5,6
**18** 4:11 105:16
123:11 128:7
284:24
**19384** 1:25
**1983** 10:2
**1988** 14:2
**1989** 11:12
**1990** 13:21
**1990s** 30:21
**1995** 33:19
**1996** 22:7 23:17
**1998** 37:14 42:19
**1999** 22:4,16 23:17

50:5

---

**2**

**2** 3:6 4:11 64:18
68:12 103:24
111:14 128:9
254:3,7 257:21
268:24 269:12,13
269:15 271:24
272:4
**2,000** 52:5,8 53:6
55:5,9,23 60:6,8
79:5
**2,040,000** 292:20
**2.0** 136:6
**2:51** 119:25
**20** 53:11 74:5 79:5
120:21 170:21
177:12 182:14
185:18 282:23
**20-** 60:9
**20,000** 53:8
**20/20/20** 5:2
159:16,21 214:15
233:25 234:6
249:25 253:19,20
254:3 269:20
270:11,11,17
271:7
**200** 153:14 171:6
173:7 239:21
**200,000** 189:21
**2000** 23:10 50:4,5
55:12
**2001** 54:7,13 55:13
81:25
**2002** 62:8 68:6
72:10
**2003** 72:11
**2006** 74:12
**2007** 74:3,12 143:2
**2008** 74:13 75:7,8
143:2
**2009** 75:15 76:14
79:21,22 141:5
**2010** 67:25 68:5,8

69:7 73:23 78:19
83:17 94:16 99:2
112:9 141:5
**2011** 4:12 68:4
101:4,6 121:11
128:7 141:2,3
**2012** 111:8,11
141:4
**2013** 288:12
289:12 291:21
292:8,10,12
**2014** 5:9,14 267:8
289:7,16,17
290:13,21 292:6
292:11 293:3,12
**2015** 5:2,7 126:3
253:21 275:9
**2016** 4:14 129:16
198:12 212:24
245:23 246:15
**2017** 1:13 2:6 4:19
227:4 229:9
**212** 4:16
**218** 4:17
**21st** 4:24 251:13
**22** 169:24
**22-year-old** 162:10
**2200** 157:25
**221** 4:18
**227** 4:19
**23** 86:10
**233** 4:21
**235,000** 186:23
191:24
**246** 4:23
**25** 137:24 148:16
255:13,15,16,21
258:3,4 259:21
261:19 262:3
266:15,16 273:22
285:13
**25,000** 186:25
266:3
**250** 63:22 71:8,18
72:2 77:19
137:25 178:11,17

178:25 236:20
**251** 4:24
**253** 5:1
**25347** 253:24
**254693** 133:25
**2548** 254:16
**255,000** 214:7
**267** 5:4
**275** 5:7
**281** 5:10
**286** 5:11
**292** 5:12
**2nd** 132:13

### 3

**3** 4:13 33:15,17
  111:15 129:11,12
  130:20 131:5
  245:10,11
**3,000** 53:10
**3/60** 158:3
**3:09** 120:2
**3:48** 154:25
**3:51** 155:2
**30** 5:14 30:16 69:5
  74:6 79:6 156:8
  169:21,23 182:15
  191:16 257:20
  293:2
**30,000** 53:8 60:9
**300** 36:12,22
  137:25 138:3
  173:3 254:24
  255:4,18 257:6,8
  257:11 266:13,22
**31** 289:12 292:10
**34** 285:2
**345** 2:5 3:12
**34th** 147:21
**35** 50:16 88:17
  119:13 173:15
  255:15 258:4
  266:16 273:23
  274:2 279:2
  282:25 283:19
  285:3

**350** 3:17
**39th** 12:21
**3rd** 88:11

### 4

**4** 4:15 43:3 82:2
  101:21,22 131:8
  131:12 132:8,9
  253:5
**4,000** 290:14
**4.8** 268:6
**4:57** 230:20
**40** 39:9 74:7 78:23
  79:6 80:4 168:19
  170:17,20 171:9
  260:6
**40,000** 53:8 60:9
  191:16 290:16,17
  290:23 292:15
**400** 36:11 81:6,9
  202:13
**400,000** 186:24
  213:19 260:25
**40124** 4:25 251:15
**40125** 4:25 251:15
**43** 203:21
**45** 279:3
**4th** 88:12

### 5

**5** 4:16 119:14
  136:22 148:17
  212:14,15,20
**5,000** 39:5 72:4
  82:3 237:10
**5.9** 268:7
**5:19** 230:21
**50** 80:4 119:13
  177:20 178:5,9
  178:19 202:13
  231:20 258:4
  266:17 278:11
  284:21
**50-year-olds**
  173:18
**50,000** 60:10 63:6
  189:25

**500** 28:20 54:8
  85:3 119:5 284:5
**500,000** 96:7 98:2
  264:14 291:23
  292:15,15
**501(c)** 46:5
**501(c)(3)** 33:6
  112:11 241:10
**550** 71:17
**58** 273:6

### 6

**6** 4:3,4,17 117:17
  182:8 218:6,19
  268:20 282:11,14
**6:14** 286:14
**6:17** 286:15
**6:32** 294:23
**60** 50:16 54:4,10
  60:16 273:21
**60,000** 35:21
**600** 118:10 182:8
**6164** 249:5

### 7

**7** 4:18,19 77:17
  117:17 212:24
  221:19,22 227:4
**70** 23:5 157:15
  231:19
**70-year** 157:8
**70,000** 191:15
**700** 163:21 179:19
**75** 157:11 177:20
  178:5,5
**75,000** 80:22
**750** 71:21
**79** 28:19
**7th** 90:19,24 222:3
  230:8

### 8

**8** 4:19 170:5
  227:15
**80** 231:19
**80-year** 173:19
**800** 71:6,17,19

262:14
**83** 11:9
**88** 25:20 177:22,24
**89** 25:20

### 9

**9** 4:21 217:7
  233:23 234:3
**90** 61:22 75:17
  138:16 157:16
  170:18,20
**9025** 234:20
**9026** 234:20
**9064** 235:7
**9065** 235:7
**9073** 235:12,13
  236:22
**9074** 235:12
**92** 25:6 29:5 32:25
  33:16 211:6
**92,000** 204:14
**925** 216:21
**93** 25:6 29:5
**9341** 249:24
**94** 31:2,21 122:24
**947** 282:8
**95** 31:2,21 32:25
  174:22
**96** 15:24 22:16
  57:5
**98** 37:14 38:11
**99** 38:12 43:24
  184:25
**990** 43:10 180:5
  191:4 293:10

# MULLANEY

# EXHIBIT 1

# WonderWork
## Measuring Effectiveness Policy

WHEREAS, the WonderWork board of directors seeks to establish a policy on effectiveness assessment to help ensure that the organization has defined, measurable goals and objectives in place and a defined process in place to evaluate the success and impact of its program(s) in fulfilling these goals and objectives of the organization and that also identifies ways to address any deficiencies.

IT IS THEREFORE RESOLVED THAT the board of directors adopts the following policy:

1. At least once every two years, WonderWork will review its goals and objectives toward achieving its mission and will complete a performance and effectiveness assessment of its programs based on that review.

2. This first such assessment will be in June 2016 and will be conducted under the authority of the Audit Committee of the Board.

3. The WonderWork Board will receive a written report of this assessment:

   a. Describing the activities that WonderWork undertook in the prior two years to achieve its goals and objectives.

   b. Identifying the measures used to assess WonderWork's effectiveness in achieving its goals and objectives.

   c. Analyzing the effectiveness of WonderWork's programs in achieving WonderWork's goals and objectives.

   d. Recommending future actions WonderWork might take to increase effectiveness based on the findings.

4. At the conclusion of this process, WonderWork will revise its goals and objectives as needed for the upcoming term and will suggest means of measuring them.

EXHIBIT -1
Brian Mullaney
8/16/17
S. Arielle Santos, RPR, CSR
TransPerfect Legal

MULLANEY

EXHIBIT 2

**From:** Brian Mullaney [brian@surgery4thepoor.org]
**Sent:** Sunday, December 18, 2011 1:44 PM
**To:** Karen Lazarus; Hana Fuchs; DeLois Greenwood
**Subject:** good news bad news

Hi,

Good news is ██████████ just agreed to let us use his $5 million as a matching grant. Thank God.

Bad news is ██████ has reduced his grant from $5 million to $1 million IF we can resolve my lawsuit and Hana's lawsuit with Wang. ( I am confident we can accommodate them.)

He did say that he will consider future funding which leads me to believe that if we can stay away from fighting with Wang and are successful, we will end up with the entire $5 million he originally agreed to give us. He has made it clear he doesn't want to be part of any lawsuits or controversy and he and his lawyers will be watching us closely over the next year.

Now is not the time to be in court with Wang for any of us. We all have legitimate claims against him and smile train but fighting with him now will only undermine our efforts with Surgery For The Poor and tarnish all of our reputations.

Over the past year, because of conflict and turmoil with Charles Wang, Surgery For The Poor has lost...

- $5,000,000 grant from ████████████
- $5,000,000 grant from ████████████
- $5,000,000 grant from ██████████
- $4,000,000 from ████████ and his offer to join our board and possibly be Chairman.
- Any chance of ever receiving support from ████
- Maybe $1 million from ████████, no word from them.

EXHIBIT -2

Brian Mullaney
8/16/17
S. Arielle Santos, RPR, CSR
TransPerfect Legal

If we do not resolve these two lawsuits we will lose the $1 million grant ████ has promised to give us immediately, as well as any chance of future support and of course, having bill conway involved with us.

Look how much we have lost - $19 million - because of Wang and that's BEFORE even going to court with him. A trial with Hana and or me would send all of our supporters running for the hills and all of our money would evaporate along with our reputations. Is any of this worth a lawsuit that at best will result in an award of a few hundred thousand dollars? Even a successful lawsuit will not lead to a 5 year payout as it is way too much, at most any of us would get 1 to 1.5 years of severance which is peanuts compared to what we will lose.

A lawsuit right now would be playing right into his hands – this is exactly what Wang wants, the chance to smear and slander us as we destroy ourselves. If he had any idea how much money he has cost us he would be thrilled. I know it is very frustrating to wait. And all of us would like to see wang go to jail. But we have to be smart about this and we have to put our own personal interests aside for the moment and consider our collective good. Like Franklin said during the revolutionary war, we must hang together or we will hang separately.

As you know, I have put my own interests on hold to build this new charity and so did all of you when you refused to sign the original severance deals 10 months ago. I had a handshake deal back in May and asked them to include all three of you. Back in february my lawyer said he could get me a lot of money if I agreed to support the merger instead of fighting it. The new deal they want me to sign is very bad compared to my current deal and I literally am forgoing more than half a million dollars that they promised me. I agreed to do that so that you three would get the severance deals you deserve. And even though my lawyer says I have a good chance if I appeal my lawsuit with Wang, I am folding my tent to appease ████ and sending Wang $650,000 next week.

I am confident that we will all be able to settle with the regime that follows Wang whenever that is! One way or another, I do not envision him running smile train for another year. Smits has told me several times that Wang has said he doesn't want to run Smile Train.

If for some reason, Wang does continue to run Smile Train, any and all of us could sue him and Smile Train in six – 12 months

if we wish once Surgery For The Poor is more established and we have donors, start-up capital, and of course some success with blindness. Smits advised me to sue smile train in federal court which he says refers just about everything to mediation, he said I would win quickly and easily. We can sue him when we are in a position to weather the storm.

Right now, we have much more to lose than Wang does.

As a small token of appreciation for all of you not signing those wicked severance agreements and joining surgery for the poor  I am going to give all of you a $15,000 year end bonus once we receive the ███████ grant in January to help you with your legal fees.

This money is NOT coming from donations or donors but from our services contract with Ueltschi.

Please let me know what you think.

Thanks,


Brian

Brian Mullaney
Co-Founder
Surgery For The Poor
420 Fifth Avenue, 27th Floor
New York, New York 10018
email brian@surgery4thepoor.org
tel  646-558-3768
cell 917-902-7550
www.surgery4thepoor.org



SURGERY FOR THE POOR

TIME magazine named Surgery For The Poor one of "10 Ideas That Can Change The World"

# MULLANEY
# EXHIBIT 3

EXHIBIT -3
Brian Mullaney
8/16/17
S. Arielle Santos, RPR, CSR
TransPerfect Legal

**From:** Karen Lazarus [karen@wonderwork.org]
**Sent:** Friday, February 12, 2016 2:53 PM
**To:** Brian Mullaney
**CC:** DeLois Greenwood; Hana Fuchs
**Subject:** Re: Better Business Bureau
**Attachments:** X_BBB_WWBrochure-AnnualReport_reduced_FY14.pdf; X_BOD_EffectivenessPolicy
[1].docx; X_BBB_applicationDRAFT_Feb12,2016.pdf

Hi Brian, here's the Draft Annual Report with the pages we discussed. Since it's FY2014, I've used the MAB and BOD from that period. However, I did put asterisks for those people who are no longer with the organization. The Effectiveness Policy attached is from a template provided by the BBB that I modified a bit.

I've also attached a PDF of the application so you can see the changes I incorporated as of our last email exchange yesterday.

Below are a couple remaining questions/follow up comments:

**Page 2 – Mission Statement.** (*"Please state your organization's purpose/mission statement as it appears in your articles of incorporation, by laws, and/or other office source"*):

WonderWork provides free, life-changing surgeries for children and adults who are blind, severely burned or crippled with clubfoot. Instead of sending American doctors on missions, WonderWork empowers local doctors through free training, equipment and financial aid. This is our standard mission statement we usually use. However, if we take it from an official source, per BBB, see below.

Per 990:
WonderWork provides treatment, surgery and related assistance to children and adults everywhere including those in developing countries, suffering from disease, illness or disability.

Per Articles of Incorporation:
WonderWork provides treatment, surgery, and related assistance to children and adults everywhere, including those in developing countries, suffering from disease, illness, or disability, including but not necessarily limited to blindness, club foot, hydrocephalus, pediatric cardiac surgery, and burns; and to further support medical institutions and other charitable organizations engaged in the provision of these services; as well as to educate doctors and the public on potential treatments and surgical techniques, and creating general awareness of these disabilities and available treatments.

=========

**Page 2 – Principal Program Service Activities** – I have revised again per your comments below.

*WonderWork is focused on 3 medical problems that affect tens of millions of poor children and adults in the developing world. Each problem can be easily solved through a simple surgery or procedure that takes very little time and costs very little money:*

*Blindness: 20 million children and adults who are blind today could see tomorrow if they received a 15-minute surgery. But most of them they are too poor to afford it. The eye surgery we provide can restore the eyesight of a blind child or adult in as little as 15 minutes.*

*Clubfoot: 2 million children in the world who are suffering with clubfoot could be cured through a miracle cure. A series of casts straighten the feet in just 6 weeks. Then the child wears a brace at night for several years to keep them in line. This cure is 95% effective.*

*Burns: 15 million children who have been severely burned can be transformed through surgery that can separate skin that has been fused together. This new freedom of movement can be a lifesaver for a child or adult who has been deformed and crippled by severe burns.*

**Most of the patients we treat live below the global poverty line of $1.25/day. Most have never seen a doctor before. The**

*vast majority of them could never even afford the surgery they need without help from organizations like WonderWork.*

*To maximize our reach, WonderWork has formed partnerships with 75 hospitals and organizations that are helping children and adults in 60 of the world's poorest countries. Instead of sending doctors on 2-week missions, but rather by providing local doctors crucial financial support, we empower them to help children and adults in their own communities. Local surgical teams can provide ten times as many surgeries as a mission group can – for one-tenth the cost.*

*As the safety of our patients is our #1 priority, our WonderWork medical partners are selected based on their experience, credentials and ability to deliver quality clinical care. We also have a Medical Advisory Board which is composed of the best and brightest surgical experts in the world. They help evaluate and set the standards for safety and quality for all medical programs.*

*To date, WonderWork has helped provide more than 135,000 surgeries to children and adults who are blind, severely burned and crippled with clubfoot.*

==========

**Page 4** - didn't we have a **board meeting** in both October and December, 2015? You say our last meeting was 9 months ago. I AM USING THE BOARD MEETING IN THE LAST COMPLETED FISCAL YEAR. THIS IS APPARENTLY WHAT THEY WANT, AS I ALREADY CONFIRMED THIS.

Where does it say that? And if that is so, I am not the Chairman as I wasn't during the last fiscal year. Are you sure about this? My BBB contact had told me over the phone to use the last completed fiscal year (it's not clear what to use). If I try to list more than the most recently completed fiscal year, I get the following error message: **There is a problem with the information in this section: List board meetings in question 3 only if they fall within your last fiscal year."** Regarding your question about the board positions, true, you were not Chairman in the last fiscal year, however, the questions seem to indicate that the most current information is needed. I can confirm this with my BBB contact. The form does not make this very clear.

==========

**Page 5 – outside consulting firms**

The question is "In the past year, did your organization hire any of the following:" To me, this means "past fiscal year" however, I will verify with my BBB contact. Again, the form is somewhat vague with regards to which year(s) to use. As you said, we hired CDR in December 2014.

==========

**Page 5 – comments regarding compensation** – my revision below.

WonderWork engaged a leading executive compensation firm to provide competitive compensation data and analysis for our CEO. This firm deemed our CEO's compensation was fair and reasonable. His compensation is also approved by our Board.

==========

Regarding the references to **"more than one program activity,"** this has been adjusted in those 2 places.

==========

Regarding the **"call to action" for the Joint Costs,** I updated the response (which I believe you already saw in yesterday's email), but including it again, just in case:

For blindness, we asked the recipient to follow a variety of simple steps for maintaining healthy eyes: have a comprehensive dilated eye exam, know your family's eye health history, eat right to protect your sight, maintain a healthy weight, quit smoking or never start, wear protective eyewear, give your eyes a rest. etc.

For burns, we told the recipient how they can prevent fires and burns by doing some of the following: installing smoke alarms in one's home, practice getting in and out of the house through various exits, avoid wearing loose-fitting clothes while cooking, never smoke in bed or leave burning cigarettes unattended, etc. We also told the recipient what to do as well as what not to do when treating burns.

For clubfoot, we asked the recipients to seek treatment in the first week or two of life if a baby is born with clubfoot; as well as signs to watch for during and after treatment. We explained to recipients what happens if the clubfoot goes untreated or what can happen if it relapses. We explained different treatment options from casting to surgery, as well as the various risks involved.

---

**From:** Brian Mullaney <brian@wonderwork.org>
**Date:** Thursday, February 11, 2016 2:57 PM
**To:** Karen Lazarus <karen@wonderwork.org>
**Cc:** DeLois Greenwood <delois@wonderwork.org>, Hana Fuchs <hana@wonderwork.org>
**Subject:** Re: Better Business Bureau

Thanks – my comments below.

---

**From:** Brian Mullaney <brian@wonderwork.org>
**Date:** Thursday, February 11, 2016 12:22 PM
**To:** Karen Lazarus <karen@wonderwork.org>
**Cc:** DeLois Greenwood <delois@wonderwork.org>
**Subject:** Better Business Bureau

Hi,

Here are just a few comments on the paper version you gave me this week....

You say 9 employees. I count

1. Brian
2. Delois
3. Karen
4. Hana
5. Janet
6. Vera
7. Tiffany
8. Angie
9. Ujjal – HANA DOES NOT COUNT UJJAL AS AN EMPLOYEE, SINCE HE'S A CONSULTANT.
10. Michele

I would not count Mike Schell as it is so infrequent. WE DIDN'T.

Page 2 – they ask for program service activities – what we do. You talk about three areas – that is good. THEY WANT IT TO BE NO LONGER THAN 250 WORDS. BELOW IS WHAT I WROTE IN THE BOX. I ADDED A LITTLE ADDITIONAL LANGUAGE IN RED WHICH BUMPS IT UP OVER THE 250 WORDS, BUT I THINK THAT WON'T BE A BIG PROBLEM.
You have a lot of generic stuff about the problems and solutions.

WW_EMAILS0070023-3

They want to know what WE DO. How we work. You never mention empowering local surgeons, providing financial support, training, equipment, etc.
Medical advisory board. Etc.

*WonderWork is focused on 3 medical problems that affect tens of millions of poor children and adults in the developing world.  Each problem can be easily solved through a simple surgery or procedure that takes very little time and costs very little money:*

*Blindness: 20 million children and adults who are blind today could see tomorrow if they received a 15-minute surgery. But most of them they are too poor to afford it.  The eye surgery we provide can restore the eyesight of a blind child or adult in as little as 15 minutes.*

*Clubfoot: 2 million children in the world who are suffering with clubfoot could be cured through a miracle cure. A series of casts straighten the feet in just 6 weeks. Then the child wears a brace at night for several years to keep them in line. This cure is 95% effective.*

*Burns: 15 million children who have been severely burned can be transformed through surgery that can separate skin that has been fused together. This new freedom of movement can be a lifesaver for a child or adult who has been deformed and crippled by severe burns.*

*WonderWork has formed partnerships with 75 hospitals and organizations that are helping children and adults in 60 of the world's poorest countries. Instead of sending volunteer American doctors on 2-week medical missions, these life-changing surgeries are provided by local surgeons so that they can help the people in their communities.*

*As the safety of our patients is our #1 priority, our WonderWork medical partners are selected based on their experience, credentials and ability to deliver quality clinical care.  We also have a Medical Advisory Board which is composed of the best and brightest surgical experts in the world. They help evaluate and set the standards for safety and quality for all medical programs.*

*To date, WonderWork has helped provide more than 135,000 surgeries to children and adults who are blind, severely burned and crippled with clubfoot.*

I wasn't complaining about length. I was pointing out that they wanted to know what we do and you talk about everything but that. The only thing you say that we do is form partnerships and we have a MAB. You don't say what we do or how we do it.  You never even say we empower local surgeons in developing countries which is our core program.

Page 4 – didn't we have a board meeting in both October and December, 2015? You say our last meeting was 9 months ago.  I AM USING THE BOARD MEETING IN THE LAST COMPLETED FISCAL YEAR. THIS IS APPARENTLY WHAT THEY WANT, AS I ALREADY CONFIRMED THIS.

Where does it say that? And if that is so, I am not the Chairman as I wasn't during the last fiscal year. Are you sure about this?

We have not hired any outside fundraising firms in past 12 months.  (We hired CDR in december, 2014.) I WAS USING THE

PAST "FISCAL YEAR" NOT CALENDAR. I GUESS THIS IS A BIT OF A TOSS UP. HOWEVER YOU WANT TO GO, SEEMS HARMLESS EITHER WAY.

You have to be consistent – can you please show me where they say answers should be for last fiscal year? How did you "confirm" that?

Page 5 - yes I believe the board sees the auditors management letter – check with Hana. I CHECKED WITH HANA A SECOND TIME AND SHE CONFIRMED THAT "THERE WERE NO RECOMMENDATIONS, THEREFORE NO LETTER."

*NOTE PER BBB: The auditor's "management letter" refers to a letter of recommendation written to the charity's board of directors that includes any relevant auditor recommendations regarding accounting practices such as internal controls, operating procedures, and/or overall accounting policies. **This letter should not be confused with the "auditor's opinion" which is part of the audit report.***

Don't know why you include comments regarding compensation – what you wrote is about my duties not compensation plus I do not know what "surgical scalability" is. I THOUGHT THAT WE SHOULD MENTION HOW YOU ARE ESSENTIALLY RESPONSIBLE FOR ALL ASPECTS OF THE ORGANIZATION FROM FUNDRAISING TO PROGRAMS, ETC.. IF YOU FEEL THIS COMMENT IS UNNECESSARY, NOR HELPFUL, TO SUPPORTING YOUR TOTAL COMPENSATION, WE CAN REMOVE IT. IT IS NOT A REQUIRED COMMENT.

wouldn't it be more relevant to state it was reviewed and deemed fair and reasonable by an independent compensation expert ir what ever they call those folks?

Page 9

Does your organization have more than obe major program activity? You wrote no – don't we have several major program activities? Surgery? Public Information? Building a hospital? I HAVE ADJUSTED THIS. YOU ARE CORRECT. I THOUGHT "SURGERY" WAS OUR SOLE PROGRAM ACTIVITY AND NEGLECTED PUBLIC INFORMATION (HOSPITAL WOULD BE AN ACTIVITY FOR THIS COMING YEAR). THEY DON'T ASK TO LIST REGARDLESS.

Page 10 - they are asking what the call to action is from "joint activity" and you do not list one. Take care of their eyes, avoid..... Be careful around fires, etc. Look at our materials and include all the good advice and call to actions we include in all three causes. ORIGINALLY I HAD ONLY INCLUDED BLINDNESS BECAUSE I WAS THINKING OF WHAT WE DO CURRENTLY, BUT GOING BACK TO 2014, YOU ARE CORRECT, WE NEED TO INCLUDE ALL CAUSES. BELOW IS MY ADJUSTED COPY.

*For blindness, we asked the recipient to follow a variety of simple steps for maintaining healthy eyes: have a comprehensive dilated eye exam, know your family's eye health history, eat right to protect your sight, maintain a healthy weight, quit smoking or never start, wear protective eyewear, give your eyes a rest. etc.*

*For burns, we told the recipient how they can prevent fires and burns by doing some of the following: installing smoke alarms in one's home, practice getting in and out of the house through various exits, avoid wearing loose-fitting clothes while cooking, never smoke in bed or leave burning cigarettes unattended, etc. We also told the recipient what to do as well as what not to do when treating burns.*

*For clubfoot, we asked the recipients to seek treatment in the first week or two of life if a baby is born with clubfoot; as well as signs to watch for during and after treatment. We explained to recipients what happens if the clubfoot goes untreated or what can happen if it relapses. We explained different treatment options from casting to surgery, as well as the various risks involved.*

Page 11 – we have more than one program activity.
YES, ADJUSTING THIS AS WELL. WE WILL NEED TO PROVIDE THE "PROGRAM ACTIVITY" FY16 BUDGET BREAKOUT. HANA IS LOOKING AT THIS NOW.

Thanks

b

**Brian Mullaney**
Co-Founder/CEO

WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

Watch two blind sisters see their mom for the first time!
More than 7,500,000 people have watched this heart-warming video so far. It was the #1 watched video on the National Geographic website for 2014.



**TIME magazine named WonderWork "One of 10 Ideas That Can Change The World."**

WW_EMAILS0070023-6

MULLANEY

EXHIBIT 4

From:        "Brian Mullaney"
Subject:     Re: better business bureau
Sent:        Tue, 2 Feb 2016 18:40:39 -0400
<u>2F5A9E35-4EF5-4412-BCC3-947F8754FA19[1].png</u>
<u>2F5A9E35-4EF5-4412-BCC3-947F8754FA19[6].png</u>

**From:** Brian Mullaney [brian@wonderwork.org]
**Sent:** Tuesday, February 02, 2016 1:41 PM
**To:** Karen Lazarus
**Subject:** Re: better business bureau

Okay please make minutes out of the following.

 Board meeting began - ?


Board  accepted resignation of Ted Dysart,
Board discussed credentials of new board member prospects.
Mulllaney nominated following LIST THEM and they were unananimously approved with staggered terms as follows.
Please make a suggestion as for Class Of....
Board approved the following:
 JJ Coneys will  serve as the lead Independent director and Secretary
Mullaney will serve as Chairman and CEO.
Ravi Kant will serve as Treasurer.
Board approved re-scheduling next board meeting from Feb _? To march _____? At 10:00am.

Thank you.



Board meeting ended - ?

**Brian Mullaney**
Co-Founder/CEO

WonderWork
420 Fifth Avenue, 27th Floor
New York, NY  10018
tel: 212.729.1855
cell: 917.902.7550
email: <u>brian@wonderwork.org</u>
www.WonderWork.org

<u>Watch two blind sisters see their mom for the first time!</u>
More than 7,500,000 people have watched this heart-warming video so far. It was the #1 watched video on the National Geographic website for 2014.



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

---

**From:** Karen Lazarus
**Date:** Tuesday, February 2, 2016 at 1:00 PM
**To:** brian mullaney
**Subject:** Re: better business bureau

Okay, thanks for the clarification on the BBB application.  Regarding minutes, correct, I only have Ravi's comments incorporated into the

EXHIBIT -4
Brian Mullaney
8/16/17
S. Arielle Santos, RPR, CSR
**TransPerfect Legal**

WW_EMAILS0254693

revised draft.  Never saw anything from Ted.  Regarding the short January call, I don't have any feedback on the minutes.

**From:** Brian Mullaney <brian@wonderwork.org>
**Date:** Tuesday, February 2, 2016 11:54 AM
**To:** Karen Lazarus <karen@wonderwork.org>
**Subject:** better business bureau

It looks good, please complete and let me see before we submit.
fyi:  jj woukld not serve as chairman so I am interim chairman for a year when we will select one of our new directors.
Ravi is treasurer, JJ coneys is lead director and secretary, I am chairman and ceo.
I have you comments on minutes from ravi but not ted right?
Also, I never sent you minutes from our short january conferece call meeting right?
Thanks
B.

**Brian Mullaney**
Co-Founder/CEO

WonderWork
420 Fifth Avenue, 27th Floor
New York, NY  10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

<u>Watch two blind sisters see their mom for the first time!</u>
More than 7,500,000 people have watched this heart-warming video so far. It was the #1 watched video on the National Geographic website for 2014.



TIME magazine named WonderWork "One of 10 Ideas That Can Change The World."

WW_EMAILS0254693

# MULLANEY
# EXHIBIT 5

**From:** Brian Mullaney [brian@wonderwork.org]
**Sent:** Wednesday, December 07, 2016 1:58 PM
**To:** Hana Fuchs
**Subject:** Re: Review of WW donors

Hana,


Please call me right away.


b

Brian Mullaney
Co-Founder/CEO

WonderWork
411 Fifth Avenue, Suite 702 **NEW ADDRESS!**
New York, NY 10016
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

Watch two blind sisters see their mom for the first time!
More than 15,000,000 people have watched this heart-warming video so far. It was the #1 watched video on the National
Geographic website for more than a year.



**TIME magazine named WonderWork "One of 10 Ideas That Can Change The World."**

---

**From:** Hana Fuchs <hana@wonderwork.org>
**Date:** Wednesday, December 7, 2016 at 1:55 PM
**To:** Brian Mullaneyo <brian@wonderwork.org>
**Cc:** Kimberly Johnson <kimberlyjohnson@KPMG.com>
**Subject:** Review of WW donors

Hi Brian,

We went through the WW donations for FY16 and came up with the following:

Of the total WW donations, we have already restricted ████████████
We can reclassify $255,849.18 from WW to blindness restriction based on grant proposals.
We can also reclassify $10,975 to blindness based on web donations that were restricted.
If we restrict ████ funds – did he sent a letter?, we have $1,925,179 remaining.

**EXHIBIT -5**
Brian Mullaney
8/16/17
S. Arielle Santos, RPR, CSR
**TransPerfect Legal**

| | |
|---|---|
| 5,592,003.38 | total WW donations |
| 1,000,000.00 | ███ time restricted over 10 years |
| 400,000.00 | ███ restricted to database already |
| 255,849.18 | blindness surgeries - grant proposal |
| 10,975.00 | web donations retricted to blindness |
| 3,925,179.20 | remaining WW funds for the mission |
| 2,000,000.00 | ███ |
| 1,925,179.20 | |

The WW letters sent to these $1.9 million remaining donors asks them to fund surgeries in support of our mission.

This amount is restricted to our mission however according to GAAP (generally accepted accounting principles) this amount is unrestricted on our balance sheet. This is what our charity does.

We have been accounting for this correctly in the past based on GAAP.

It may be beneficial to have Kim speak with Jeremy from the law firm to explain this to him.

Let me know if you have any questions.

Thanks, Hana

**Hana Fuchs**
Chief Financial Officer
WonderWork

<u>Watch two blind sisters see their mom for the first time!</u>
More than 10,000,000 people have watched this heart-warming video so far. It was the #1 watched video on the National Geographic website for more than a year.

411 Fifth Avenue, Suite 702 **NEW ADDRESS!**
New York, NY 10016
tel: 212.729.1855 ext. 103
email: <u>hana@wonderwork.org</u>
<u>www.WonderWork.org</u>

Miracle surgeries for █ children.


**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

MULLANEY
EXHIBIT 6

**From:** Brian Mullaney [brian@wonderwork.org]
**Sent:** Tuesday, December 06, 2016 3:18 PM
**To:** Mann, Pamela A.; Hana Fuchs
**CC:** Johnson, Kimberly; Steckel, Jeremy S.
**Subject:** Re: intro to our Audit Partner from KPMG

Hi All,

We had a good talk today with Kimberly.

I told her that I think we have been doing our restrictions wrong for the past few years. For some reason, we were restricting all of our retail direct mail donations that came in to the lockbox in special envelopes = but not restricting any of the donations that come in from major donor mailings.

These major donor mailings ask NOT for general purpose gifts but for donations to support our free surgery programs. On the stationery which these major donor letters are written on say all of your donations will go towards programs.

Anyhow, Kimberly has to think this over. But in the meantime, she has asked us to go over all donations raised in fy 2016 and match appeals with donations for major donors to show that they were asked for specific support – and just "support our mission." If you look at the major donor letters we have provided with the egnyte link, the very first letter could not be more specific.

I write most if not all of the direct mail letters and I have never written a "support our mission" letter.

If we can confirm this it would mean that 99% of our funds are restricted donations.

We will keep you posted.

Thanks,


Brian


**Brian Mullaney**
Co-Founder/CEO

WonderWork
411 Fifth Avenue, Suite 702 **NEW ADDRESS!**
New York, NY 10016
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

EXHIBIT -6
Brian Mullaney
8/16/17
S. Arielle Santos, RPR, CSR
TransPerfect Legal

Watch two blind sisters see their mom for the first time!
More than 15,000,000 people have watched this heart-warming video so far. It was the #1 watched video on the National Geographic website for more than a year.



Miracle surgeries for children

**wonder work**

TIME magazine named WonderWork "One of 10 Ideas That Can Change The World."

**From:** "Mann, Pamela A." <Mann@clm.com>
**Date:** Tuesday, December 6, 2016 at 3:08 PM
**To:** Hana Fuchs <hana@wonderwork.org>
**Cc:** Brian Mullaneyo <brian@wonderwork.org>, Kimberly Johnson <kimberlyjohnson@KPMG.com>, "Steckel, Jeremy S." <Steckel@clm.com>
**Subject:** RE: intro to our Audit Partner from KPMG

Thanks, Hana. I will be working with Jeremy on all these financial things, so I've copied him here. Kimberly, we look forward to being in contact with you.

Pamela A. Mann
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Direct: 212-238-8758
General: 212-732-3200
mann@clm.com

**From:** Hana Fuchs [mailto:hana@wonderwork.org]
**Sent:** Tuesday, December 06, 2016 1:29 PM
**To:** Mann, Pamela A.
**Cc:** Brian Mullaney; Johnson, Kimberly
**Subject:** intro to our Audit Partner from KPMG

Hi Pamela,
I wanted to introduce to our Audit Partner from KPMG, Kimberly Johnson. She may be giving you a call in the near future to discuss our ongoing concerns and issues with the Help Me See arbitration and rulings.
Let me know if you have any questions.
Regards, Hana

**Hana Fuchs**
Chief Financial Officer
WonderWork

Watch two blind sisters see their mom for the first time!
More than 10,000,000 people have watched this heart-warming video so far. It was the #1 watched video on the National Geographic website for more than a year.

411 Fifth Avenue, Suite 702  **NEW ADDRESS!**
New York, NY  10016
tel: 212.729.1855 ext. 103
email: hana@wonderwork.org
www.WonderWork.org

WW_EMAILS0020580-2



Miracle surgeries for children
# wonder work

**TIME magazine named WonderWork "One of 10 Ideas That Can Change The World."**

*****************************************************
This e-mail message and its attachments are confidential, intended only for the addressee(s) named above and may contain information that is proprietary, privileged, attorney work product or otherwise exempt from disclosure. If you receive this message in error please notify us at postmaster@clm.com and immediately delete this message and its attachments from your system.
*****************************************************

MULLANEY
EXHIBIT 7

**From:** Brian Mullaney [brian@wonderwork.org]
**Sent:** Wednesday, December 07, 2016 9:54 AM
**To:** Hana Fuchs
**Subject:** Re: important

This is for major donors – and we need every penny so please just don't research the large gifts!
We need to document that every major donor gift – with the exception of ██████ – came in response to a specific ask
so that all of that money os restricted.
This it the most important part of out case right now.
Please supervise and make sure this is done quickly and correct;y.
Thanks
b

Brian Mullaney
Co-Founder/CEO

WonderWork
411Fifth Avenue, Suite 702 **NEW ADDRESS!**
New York, NY 10016
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

Watch two blind sisters see their mom for the first time!
More than 15,000,000 people have watched this heart-warming video so far. It was the #1 watched video on the National
Geographic website for more than a year.



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

---

**From:** Hana Fuchs <hana@wonderwork.org>
**Date:** Wednesday, December 7, 2016 at 9:47 AM
**To:** Brian Mullaneyo <brian@wonderwork.org>
**Subject:** RE: important

Hi Brian,
I spoke with Kimberly yesterday and she suggested researching the larger WW gifts from FY16. Karen, Janet and Vera
and looking into matching them with a specific ask.
Will update you as soon as we have done this.
Thanks H

---

**From:** Brian Mullaney
**Sent:** Wednesday, December 07, 2016 9:21 AM
**To:** Hana Fuchs
**Subject:** important

Hi Hana,

Ensuring that the currently unrestricted monies on our balance sheet really are restricted by researching where they

EXHIBIT -7
Brian Mullaney
8/16/17
S. Arielle Santos, RPR, CSR
TransPerfect Legal

came from and from what appeals is critically important.

Please work on this full-time and keep me posted.

Let's get a review of all FY 2016 donations done as soon as you can and speak again with Kimberly.

Don't worry that we have been doing it wrong as that is my fault and I appreciate your intentions to have as much unrestricted money as possible.

But the truth is that the vays majority of these funds came in from specific appeals in which these major donors were told their donations would be used for surgeries.

And we need to correct our books to reflect that.

Thank you.


b


**Brian Mullaney**
Co-Founder/CEO

WonderWork
411Fifth Avenue, Suite 702 **NEW ADDRESS!**
New York, NY 10016
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

Watch two blind sisters see their mom for the first time!
More than 15,000,000 people have watched this heart-warming video so far. It was the #1 watched video on the National Geographic website for more than a year.



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

WW_EMAILS0020512-2

MULLANEY
EXHIBIT 8



Miracle surgeries for children.

**wonder work**

*"...one of 10 ideas that will change the world."*

−TIME

April 7, 2017

**BOARD OF DIRECTORS & ADVISORY BOARD**

Brian Mullaney
Co-Founder & CEO,
WonderWork

Steven D. Levitt
Author, *Freakonomics*

John (JJ) Coneys
Former Vice Chair, PwC

Clark Kokich
Former Exec. Chair, Marchex

Steven Rappaport
Partner, RZ Capital

James Poehling
Former Asst. Vice Chancellor
Health Services; Univ. MO

Richard Price
Chief Executive, Asia Pacific,
CBRE Global Investors

Mark Atkinson
Creative Director, Otto

Tamsen Ann Ziff
Chairman, Metropolitan Opera

Kenneth French
Tuck School at Dartmouth

Garrett Moran
President, Year Up

**SUPPORTERS**

Bryan Cranston
Actor

Christie Brinkley
Actor/Model

Howie Mandel
Comedian

Mariska Hargitay
Actor

Alex Trebek
Host of Jeopardy!

Bette Midler
Entertainer

Chris Meloni
Actor

Candice Bergen
Actor

Jane Kaczmarek
Actor

Sir Ben Kingsley
Actor


ACCREDITED CHARITY
give.org



Dear ▮▮▮▮,

We want to make sure we use your very generous donation of $50,000 that we received on 5/24/2016 in accordance with your wishes.

Could you please take just a moment and check a box below, sign underneath, and send this back to us in the enclosed, stamped, self-addressed envelope? If easier, you may email me a PDF copy at brian@wonderwork.org.

I would greatly appreciate it!

☑ Please use my donation for any of your surgery programs.

☐ Please use my donation for blindness surgery programs.

☐ Please use my donation for burn surgery programs.

☐ Please use my donation for clubfoot surgery programs.

☐ Please use my donation for general support.

Name: ▮▮▮▮▮▮▮▮            Date: 4.14.17

Thank you so much for your help with this – and as always – for your very generous support.

WE COULD DO NOTHING WITHOUT IT!

With gratitude,

Brian
212-730-1855
brian@wonderwork.org

P.S. If you have any questions, email me at brian@wonderwork.org or call me on my cell: 917-902-7550. Thank you very much!

411 Fifth Avenue, Suite 522, New York, NY 10016 · T: 212.739.1855 · WonderWork.org

EXHIBIT -8
Brian Mullaney
8/16/17
S. Arielle Santos, RPR, CSR
TransPerfect Legal

ATTORNEY'S EYES ONLY

WON07255

# MULLANEY
# EXHIBIT 9



P.O. Box 96669, Washington, DC 20090-6669



**20|20|20**
RESTORING THE EYESIGHT OF
**20 MILLION BLIND**
CHILDREN AND ADULTS

Brian Mullaney
Co-Founder

One donation from you can restore
the eyesight of a blind child.
(And we'll never ask you for another.)

EXHIBIT -9
Brian Mullaney
8/16/17
S. Arielle Santos, RPR, CSR
**TransPerfect Legal**

WON-EX 9021

Send us a donation and we'll never ask for another!

WON-EX 9022

Return Address

Attention: Brian

MAIL TO FORMAT

20/20/20
P.O. Box 96669
Washington, DC  20090-6669

**Project:** WW 20/20/20 April Acquisition  **Date:** 03/15/13  **Stage:** FINAL
**Size:** #9  **Stock:** White  **Ink:** 1/1 PMS 329 Green

**IWCG Job No:** 20130B0
**Component:** RAE

WON-EX 9023

20/20/20 is a WonderWork charity program. Your gift is very much appreciated and fully deductible as a charitable contribution. A copy of our latest financial report may be obtained by writing to WonderWork, Inc. 420 Fifth Avenue, 27th Floor, New York, NY 10018, 212-390-1544. If you are a resident of one of these states, you may obtain financial information directly from the state agency: FLORIDA – A COPY OF THE OFFICIAL REGISTRATION AND FINANCIAL INFORMATION MAY BE OBTAINED FROM THE DIVISION OF CONSUMER SERVICES BY CALLING TOLL-FREE, 1-800-435-7352 (800-HELP-FLA) WITHIN THE STATE. REGISTRATION DOES NOT IMPLY ENDORSEMENT, APPROVAL, OR RECOMMENDATION BY THE STATE. Florida Registration# CH9659. GEORGIA – A full and fair description of our programs and our financial statement summary is available upon request at the office and phone number indicated above. MARYLAND – For the cost of copies and postage, Office of the Secretary of State, State House, Annapolis, MD 21401 MISSISSIPPI – The official registration and financial information may be obtained from the Mississippi Secretary of State's office by calling 1-888-236-6167. Registration by the Secretary of State does not imply endorsement. NEW JERSEY – INFORMATION FILED WITH THE ATTORNEY GENERAL CONCERNING THIS CHARITABLE SOLICITATION AND THE PERCENTAGE OF CONTRIBUTIONS RECEIVED BY THE CHARITY DURING THE LAST REPORTING PERIOD THAT WERE DEDICATED TO THE CHARITABLE PURPOSE MAY BE OBTAINED FROM THE ATTORNEY GENERAL OF THE STATE OF NEW JERSEY BY CALLING (973) 504-6215 AND IS AVAILABLE ON THE INTERNET AT http://www.state.nj.us/lps/ca/charfrm.htm. REGISTRATION WITH THE ATTORNEY GENERAL DOES NOT IMPLY ENDORSEMENT. NEW YORK – Office of the Attorney General, Department of Law, Charities Bureau, 120 Broadway, New York, NY 10271. NORTH CAROLINA – FINANCIAL INFORMATION ABOUT THIS ORGANIZATION AND A COPY OF ITS LICENSE ARE AVAILABLE FROM THE STATE SOLICITATION LICENSING BRANCH AT 1-888-830-4989. THE LICENSE IS NOT AN ENDORSEMENT BY THE STATE. PENNSYLVANIA – The official registration and financial information of WonderWork may be obtained from the Pennsylvania Department of State by calling toll-free, within Pennsylvania, 1-800-732-0999. Registration does not imply endorsement. VIRGINIA – Virginia State Office of Consumer Affairs, Department of Agricultural and Consumer Services, PO Box 1163, Richmond, VA 23218. WASHINGTON – Charities Division, Office of the Secretary of State, State of Washington, Olympia, WA 98504-0422, 1-800-332-4483. WEST VIRGINIA – Residents may obtain a summary of the registration and financial documents from the Secretary of State, State Capitol, Charleston, WV 25305. Registration with any of these state agencies does not imply endorsement, approval or recommendation by any state.

WON-EX 9024

# Information About

# Cloudy Lenses
# and Your Vision

## What is a cloudy lens?

A cloudy lens affects vision and can cause blindness. Most cloudy lens problems are related to aging and very common in older people. By age 60, more than half of all Americans either have experienced a cloudy lens or have had surgery to correct cloudy lens. A cloudy lens can occur in either one or both eyes. It cannot spread from one eye to the other. A congenital cloudy lens is present at birth. The lens of the eye is normally clear. It focuses light that comes into the eye onto the retina. In most patients, no cause can be found.

## What is the lens?

The lens is a clear part of the eye that helps to focus light, or an image, on the retina. The retina is the light-sensitive tissue at the back of the eye. In a normal eye, light passes through the transparent lens to the retina. Once it reaches the retina, light is changed into nerve signals that are sent to the brain. The lens must be clear for the retina to receive a sharp image. If the lens is cloudy from a cloudy lens, the image you see will be blurred.

## What types of cloudy lenses are there?

Although most cloudy lens problems are related to aging, there are other types: **Secondary** — A cloudy lens can form after surgery from other eye problems, such as glaucoma. A cloudy lens can also develop in people who have other health problems, such as diabetes. A cloudy lens can sometimes be linked to steroid use. **Traumatic** — A cloudy lens can develop after an eye injury, sometimes years later. **Congenital** — Some babies are born with a cloudy lens or develop

then in childhood, often in both eyes. These may not affect vision. If they do, the lenses may need to be removed. **Radiation** — A cloudy lens can develop after exposure to some types of radiation

## What are the causes of a cloudy lens?

The lens of the eye is normally clear. It acts like the lens on a camera, focusing light as it passes to the back of the eye. Until a person is around age 45, the shape of the lens is able to change. This allows the lens to focus on an object, whether it's close or far away. As we age, proteins in the lens begin to break down and the lens becomes cloudy. What the eye sees may appear blurry. This condition is known as a cloudy lens. Factors that may speed up cloudy lens formation are: Diabetes; Smoking; Eye inflammation; Eye injury; Family history of cloudy lens; Long-term use of corticosteroids (taken by mouth) or certain other medications; Radiation exposure; Surgery for another eye problem; Too much exposure to ultraviolet light (sunlight). In many cases, the cause of a cloudy lens is unknown.

## How can a cloudy lens affect my vision?

Age-related cloudy lens can affect your vision in two ways. Clumps of protein reduce the sharpness of the image reaching the retina. The lens consists mostly of water and protein. When the protein clumps up, it clouds the lens and reduces the light that reaches the retina. This clouding may become severe enough to cause blurred vision. Most age-related cloudy lens develops from protein clumps. When a cloudy lens is small, the cloudiness affects only a small part of the lens. You may not notice any changes in your vision. Cloudy lens tend to "grow" slowly, so vision gets worse gradually. Over time, the cloudy area in the lens may get larger, and the cloudy lens may increase in size. Seeing may become more difficult and your vision may get duller or blurrier. The clear lens slowly changes to a yellowish/brownish color, adding a brownish tint to vision. As the clear lens slowly colors with age, your vision gradually may acquire a brownish shade. At first, the amount of tinting may be small and may not cause a vision problem. Over time, increased tinting may make it more difficult to read and perform other routine activities. This gradual change in the amount of tinting does not affect the sharpness of the image transmitted to the retina. If you have advanced lens discoloration, you may not be able to identify blues and purples. You may be wearing what you believe to be a pair of black socks, only to find out from friends that you are wearing purple socks,

## When are you most likely to have a cloudy lens?

The term "age-related" is a little misleading. You do not have to be a senior citizen to get this type of cloudy lens. In fact, people can have an age-related cloudy lens in their 40s and 50s. But during middle age, most cloudy lens are small and do not affect vision. It is after age 60 that most cloudy lenses steal vision.

## What are the symptoms of a cloudy lens?

Blurry vision; Colors that seem faded; Glare; Headlights, lamps, or sunlight may appear too bright; A halo may appear around lights; double vision, not being able to see well at night; Frequent prescription changes in your eye wear. These symptoms also can be a sign of other eye problems. If you have any of these symptoms, check with your eye care professional. Cloudy lens usually develops slowly. New glasses, brighter lighting, anti-glare sunglasses or magnifying lenses can help at first. Surgery is also an option. It involves removing the cloudy lens and replacing it with an artificial lens. Congenital cloudy lens usually looks different than other forms of cloudy lens. Symptoms include: Infant doesn't seem to be able to see objects (if the cloudy lens is in both eyes); Gray or white cloudiness of the pupil (which is normally black); "Red eye" glow of the pupil is missing in photos, or is different between the two eyes; Unusual rapid eye movements (nystagmus).

## How is a cloudy lens detected?

A cloudy lens is detected through a comprehensive eye exam that includes: **Visual acuity test** — This eye chart test measures how well you see at various distances. **Dilated eye exam** — Drops are placed in your eyes to widen, or dilate, the pupils. Your eye care professional uses a special magnifying lens to examine your retina and optic nerve for signs of damage and other eye problems. After the exam, your close-up vision may remain blurred for several hours. **Tonometry** — An instrument measures the pressure inside the eye. Numbing drops may be applied to your eye for this test.

## How is a cloudy lens treated?

The symptoms of early cloudy lenses may be improved with new eyeglasses, brighter lighting, anti-glare sunglasses, or magnifying lenses. If these measures do not help, surgery is the only effective treatment. Surgery involves removing the cloudy lens and replacing it

**Project:** WW 20/20/20 February Acculink
**Size:** 10.5x5.5     **Stock:** white
**Date:** 01/28/13     **Stage:** FINAL
**Ink:** 1/1, Black

**IWCO Job No.:** 2013032
**Component:** Information Insert

with an artificial lens. A cloudy lens needs to be removed only when vision loss interferes with your everyday activities, such as driving, reading, or watching TV. You and your eye care professional can make this decision together. Once you understand the benefits and risks of surgery, you can make an informed decision about whether cloudy lens surgery is right for you. In most cases, delaying cloudy lens surgery will not cause long-term damage to your eye or make the surgery more difficult. You do not have to rush into surgery. Sometimes a cloudy lens should be removed even if it does not cause problems with your vision. For example, a cloudy lens should be removed if it prevents examination or treatment of another eye problem, such as age-related macular degeneration or diabetic retinopathy. If your eye care professional finds a cloudy lens, you may not need cloudy lens surgery for several years. In fact, you might never need cloudy lens surgery. By having your vision tested regularly, you and your eye care professional can discuss if and when you might need treatment. If you choose surgery, your eye care professional may refer you to a specialist to remove the cloudy lens. If you have cloudy lens in both eyes that require surgery, the surgery will be performed on each eye at separate times, usually four to eight weeks apart. Many people who need cloudy lens surgery also have other eye conditions, such as age-related macular degeneration or glaucoma. If you have other eye conditions in addition to cloudy lens, talk with your doctor. Learn about the risks, benefits, alternatives, and expected results of cloudy lens surgery.

## How is a congenital cloudy lens treated?

If congenital cloudy lenses are mild and do not affect vision, they may not need to be treated, especially if they are in both eyes. Moderate to severe cloudy lenses that affect vision, or a cloudy lens that is in only one eye, will need to be treated with cloudy lens removal surgery. In most (noncongenital) cloudy lens surgeries, an artificial intraocular lens (IOL) is inserted into the eye. The use of IOLs in infants is controversial. Without an IOL, the infant will need to wear a contact lens. Patching to force the child to use the weaker eye is often needed to prevent amblyopia.

## Is cloudy lens surgery effective?

Cloudy lens removal is one of the most common operations performed in the United States. It also is one of the safest and most effective types of surgery? In about 90 percent of cases, people who have cloudy lens surgery have better vision afterward.

## What are the risks of cloudy lens surgery?

Early diagnosis and treatment are key to preventing permanent vision problems. As with any surgery, cloudy lens surgery poses risks, such as infection and bleeding. Before cloudy lens surgery, your doctor may ask you to temporarily stop taking certain medications that increase the risk of bleeding during surgery. After surgery, you must keep your eye clean, wash your hands before touching your eye, and use the prescribed medications to help minimize the risk of infection. Serious infection can result in loss of vision. Cloudy lens surgery slightly increases your risk of retinal detachment. Other eye disorders, such as high myopia (nearsightedness), can further increase your risk of retinal detachment after cloudy lens surgery. One sign of a retinal detachment is a sudden increase in flashes or floaters. Floaters are little "cobwebs" or specks that seem to float about in your field of vision. If you notice a sudden increase in floaters or flashes, see an eye care professional immediately. A retinal detachment is a medical emergency. If necessary, go to an emergency service or hospital. Your eye must be examined by an eye surgeon as soon as possible. A retinal detachment causes no pain. Early treatment for retinal detachment often can prevent permanent loss of vision. The sooner you get treatment, the more likely you will regain your vision. Even if you are treated promptly, some vision may be lost. Talk to your eye care professional about these risks. Make sure cloudy lens surgery is right for you.

## When to contact a medical professional

Call for an appointment with your health care provider if you have decreased night vision, problems with glare, or vision loss.

## How can I prevent cloudy lenses?

The best prevention involves controlling diseases that increase the risk of a cloudy lens and avoiding exposure to factors known to promote cloudy lens formation. Wearing sunglasses and a hat with a brim when you are outside during the day can reduce the amount of ultraviolet (UV) light your eyes are exposed to. Some sunglasses do not filter out the harmful UV. An optician should be able to tell you which sunglasses filter out the most UV. For patients who smoke cigarettes, quitting will decrease the risk of cloudy lenses. Researchers also believe good nutrition can help reduce the risk of age-related cloudy lenses. They recommend eating green leafy vegetables, fruit, and other foods with antioxidants. If you are age 60 or older, you should have a comprehensive dilated eye exam at least once every two years. In addition to cloudy lens, your eye care professional can check for signs of age-related macular degeneration, glaucoma, and other vision disorders. Early treatment for many eye diseases may save your sight.

## Summary

A cloudy lens is a clouding of the eye's lens and is the leading cause of blindness worldwide, and the leading cause of vision loss in the United States. Cloudy lens can occur at any age due to a variety of causes, and can be present at birth. Although treatment for the removal of a cloudy lens is widely available, access barriers such as insurance coverage, treatment costs, patient choice, or lack of awareness prevent many people from receiving the proper treatment. An estimated 20.5 million (17.2%) Americans 40 years and older have a cloudy lens in one or both eyes, and 6.1 million (5.1%) have had their lens removed operatively. The total number of people who have cloudy lenses is estimated to increase to 30.1 million by 2020.

*Information was derived from the U.S. Government National Institutes of Health, the National Eye Institute and the Centers for Disease Control and Prevention.*



2020/20

RESTORING THE EYESIGHT OF
20 MILLION BLIND
CHILDREN AND ADULTS

WON-EX 9026



One million blind children could have their eyesight restored through a $300 surgery.

20|20|20
RESTORING THE EYESIGHT OF
20 MILLION BLIND
CHILDREN AND ADULTS

---



Millions who are waiting for surgery to restore their eyesight will never receive it unless someone helps them.

You can be that someone.

20|20|20
RESTORING THE EYESIGHT OF
20 MILLION BLIND
CHILDREN AND ADULTS
2020x20.org

P.O. Box 96669, Washington, DC 20090-6669

20/20/20 is a WonderWork charity program. WonderWork, Inc. is a 501 (c)(3) nonprofit charitable organization recognized by the IRS. All donations are tax deductible in accordance with IRS regulations. (D 2013. 20/20x20

---



In developing countries, blindness is 500% more prevalent than in the U.S.

Millions of children and adults become blind every year and it can happen at any age. Babies are born completely blind in both eyes.

Children who have perfect eyesight suddenly go blind in one eye or both.

Teenagers suffer injuries that cause them to go completely blind.

Parents become blind and lose their jobs, their income and their families.

Grandparents lose their eyesight and become a huge burden to their families.

All of them could have their eyesight restored — if someone helps them.

WON-EX 9027

# They've invented a surgery that can cure blindness in 15 minutes.

It sounds unbelievable but it's true.

Half of all the blind children and adults in the world — that's 20 million people — could have their eyesight restored through a miracle surgery that takes 15 minutes and costs $300.

It is a modern-day medical miracle.

The bad news is that even at $300, most blind children and adults in developing countries could never afford this surgery.



So millions of blind children and adults — who are often referred to as the "needlessly blind" — will remain blind.

Forever.

Unless someone helps them.

That's why we started 20/20/20.

To restore 20/20 vision to 20 million blind children and adults!

To give them back not just their eyesight — but their future too.

But we can't do it without your help.

Please help us restore the vision of a child or adult who is blind.

# 20/20/20 is different than other charity programs.



## We're focused on a single problem: helping the blind see.

Unlike most charities that try to solve many different problems, we're focused exclusively on just one. This helps us be more productive and cost-efficient. And it makes it easy for us to measure our progress and effectiveness. Our name says it all — our mission is to help restore 20/20 vision for 20 million blind children and adults.

### We deliver results you can see and benefits that last a lifetime.

Unlike charities that are searching for a cure or that do things that you can't really see or appreciate, what we do is crystal clear. We provide miracle surgeries that in a matter of minutes can restore the eyesight of children and adults who are blind. Permanently.

### We give donors the opportunity to save a child's life.

Literally.

The World Health Organization reports that in developing countries, 60% of children die within 1-2 years of going blind.

Our miracle surgeries not only can give these children their eyesight back — but their future too.

## We give donors the maximum impact for every donation.

Every donor wants to know that their donation, whatever amount, actually makes a difference. What could be more impactful than restoring the eyesight of a child who is completely blind? And saving them from a lifetime of suffering, pain and heartache?

## 20/20/20 is managed like a business.

20/20/20 has a very experienced management team that takes great pride in the fact that it is held accountable for achieving specific goals and very ambitious results. We measure and monitor everything we do. Every program, every direct mail campaign, every dollar that we spend.

### Extremely low overhead. Sky-high productivity.

Donors don't like charities that spend a lot on overhead and administration.

Neither do we.

We have a tiny staff working in a half-price sublet office that came with free furniture. All of our technology — email, servers, networks — is in the "cloud" which saves millions of dollars.



## 20/20/20 is a WonderWork charity program.

This means we share office space, personnel, computers, etc. with other charity programs in order to dramatically reduce our overhead, administration and fundraising costs.



WON-EX 9028

**Yes, I want to give the blind a chance to see...**

[ ] $300 to provide a full surgery
[ ] $150 to provide half a surgery
[ ] $75 for anesthesia
[ ] $_____ Any amount will help

*A $300 donation makes you a Founding Donor!*

○ Please send me updates about 20/20/20.
○ I'd like to receive limited communications.
○ Please do not ask me for another donation.
(Please allow 8 weeks to be removed from our mailing list. Thanks for your patience as we process your request.)



[ ] If you prefer to charge your gift to a
credit card, please check here and see other side.
Please make check payable to 20/20/20.

F134801106 NA13041016XXX00118



**RESTORING THE EYESIGHT OF 20 MILLION BLIND CHILDREN AND ADULTS**

One donation from you can restore the eyesight of a blind child or adult.
(And we'll never ask for another.)

Dear Friend,

Just think if you were born into a poor family, living in a mud hut, in one of the poorest countries in the world.

And you are completely blind. In both eyes. Since birth.



I recently met a 5-year-old boy who had been born into this horrific situation.

We met at a small hospital in rural Ethiopia where we were helping hundreds of children who needed free cleft surgery. As the co-founder and former CEO of Smile Train, my team and I helped 700,000 children undergo surgery they would otherwise never have received.

But there was nothing I could do to help this 5-year-old boy.

That broke my heart.

I watched him being led around by his friend and his future was as bleak as the look on his face. When I returned to the U.S., these pictures that I took really haunted me. So I did some research and what I learned was shocking.

**There are 40 million blind children and adults in the world. Half of them could see tomorrow if they received a simple surgery that costs just $300.**

Yes, I know this sounds like it cannot possibly be true. But it is.

20 million children and adults are blind because they are too poor to afford a simple 15-minute surgery. So they remain blind. For life. They're called the "needlessly blind." What a wretched name.

My immediate reaction was, that's not a surgery — that is a miracle!

20/20/20, P.O. Box 96669, Washington, DC 20090-6669  20x20x20.org

WON-EX 9029

Visit our web site at 20x20x20.org to make a secure donation online.
Enclosed is my check payable to 20/20/20. If you prefer, we accept:

( ) MasterCard   ( ) VISA   ( ) American Express   ( ) Discover

Card # _____ CVV#_____ Exp. Date ___/___

Signature _____

20/20/20 sometimes allows other worthy organizations to mail to our donors. If you do not wish to receive these mailings, or if you would like to change the frequency of mailings from us, let us know. We are happy to respect your wishes. 20/20/20 is a WonderWork charity program. WonderWork is a 501 (c) (3) nonprofit charitable organization recognized by the IRS. All donations are tax deductible in accordance with the law.

**20|20|20**
RESTORING THE EYESIGHT OF
**20 MILLION BLIND
CHILDREN AND ADULTS**
P.O. Box 96669
Washington, DC 20090-6669

A 15-minute surgery that can restore the eyesight of someone who is completely blind is a modern-day, medical miracle.

So why haven't all of these blind children and adults been helped already?

This answer is also unbelievable. Today, in developing countries, 20 million children and adults remain blind *solely because they are too poor to afford the $300 miracle surgery that could restore their eyesight*.

So they will remain blind. Forever.

Unless someone helps them.

You can be that someone.

That's why we created 20/20/20.

To restore the eyesight of 20 million children and adults.

To give each one of them back not just their vision — but their future.

And a 2nd chance at life that they never thought they'd get.

But we can't do it without your help.

We're a new charity program and we receive no money from the government or big foundations and corporations.

Every life-changing surgery we provide is paid for with donations from generous individuals like you.

YOU can make a miracle happen for a blind child or a blind adult.

YOU can save someone from a lifetime of blindness.

Will you please help us?

100% of your donation will go towards programs — 0% goes to overhead or fundraising.

The impact of even a modest donation can be enormous.

Imagine what you would pay to save your child from a lifetime of blindness.

Imagine what this surgery means to these children and their parents. It means the world — and it costs so little.

To thank you for helping us, I will send you a photo of a child you helped.

I promise those photos will open your eyes too.

Thanks for helping us help these kids.

*Thanks for helping us!*

Brian Mullaney
Co-Founder

P.S. Would you honor us by becoming a Founding Donor? All it takes is a $300 donation. I'll send you a certificate of appreciation and when we're helping millions of blind children and adults a year, you'll be proud you helped us get started.

WON-EX 9030

P.O. Box 96055, Washington, DC 20090-6055



Brian Mullaney
Co-Founder



Send us a donation to help a child suffering with clubfoot and we'll never ask you for another one!

Project: WW FirstStep January Acquisition
Size: 11x8.5

Inks: 4CP
Stock: White

Date: 12/04/12    Stage: FINAL

IWCo Job No: 2012549
Component: CF OSE

WON-EX 9070

FirstStep
PO Box 96055
Washington, DC  20090 6055

Attention: Brian

IWCG Job No: 2013080
Component: RAE

Project: WW FirstStep April Acquisition
Size: #9    Stock: white    Ink: 1/1: PMS 2727

Date: 03/15/13    Stage: FINAL

WON-EX 9071

**FirstStep** is a WonderWork charity program. Your gift is very much appreciated and fully deductible as a charitable contribution. A copy of our latest financial report may be obtained by writing to WonderWork, Inc. 420 Fifth Avenue, 27th Floor, New York, NY 10018, 212-239-3471. If you are a resident of one of these states, you may obtain financial information directly from the state agency: FLORIDA — A COPY OF THE OFFICIAL REGISTRATION AND FINANCIAL INFORMATION MAY BE OBTAINED FROM THE DIVISION OF CONSUMER SERVICES BY CALLING TOLL-FREE, 1-800-435-7352 (800-HELP-FLA) WITHIN THE STATE. REGISTRATION DOES NOT IMPLY ENDORSEMENT, APPROVAL, OR RECOMMENDATION BY THE STATE. Florida Registration# CH36620. GEORGIA — A full and fair description of our programs and our financial statement summary is available upon request at the office and phone number included above. MARYLAND — For the cost of copies and postage, Office of the Secretary of State, State House, Annapolis, MD 21401. MISSISSIPPI — The official registration and financial information may be obtained from the Mississippi Secretary of State's office by calling 1-888-236-6167. Registration by the Secretary of State does not imply endorsement. NEW JERSEY — INFORMATION FILED WITH THE ATTORNEY GENERAL CONCERNING THIS CHARITABLE SOLICITATION AND THE PERCENTAGE OF CONTRIBUTIONS RECEIVED BY THE CHARITY DURING THE LAST REPORTING PERIOD THAT WERE DEDICATED TO THE CHARITABLE PURPOSE MAY BE OBTAINED FROM THE ATTORNEY GENERAL OF THE STATE OF NEW JERSEY BY CALLING (973) 504-6215 AND IS AVAILABLE ON THE INTERNET AT http://www.state.nj.us/lps/ca/charfm.htm. REGISTRATION WITH THE ATTORNEY GENERAL DOES NOT IMPLY ENDORSEMENT. NEW YORK — Office of the Attorney General, Department of Law, Charities Bureau, 120 Broadway, New York, NY 10271. NORTH CAROLINA — FINANCIAL INFORMATION ABOUT THIS ORGANIZATION AND A COPY OF ITS LICENSE ARE AVAILABLE FROM THE STATE SOLICITATION LICENSING BRANCH AT 1-888-830-4989. THE LICENSE IS NOT AN ENDORSEMENT BY THE STATE. PENNSYLVANIA — The official registration and financial information of WonderWork may be obtained from the Pennsylvania Department of State by calling toll-free, within Pennsylvania, 1-800-732-0999. Registration does not imply endorsement. VIRGINIA — Virginia State Office of Consumer Affairs, Department of Agricultural and Consumer Services, PO Box 1163, Richmond, VA 23218. WASHINGTON — Charities Division, Office of the Secretary of State, State of Washington, Olympia, WA 98504-0422, 1-800-332-4483. WEST VIRGINIA — Residents may obtain a summary of the registration and financial documents from the Secretary of State, State Capitol, Charleston, WV 25305. Registration with any of these state agencies does not imply endorsement, approval or recommendation by any state.

WON-EX 9072



First Step
curing clubfoot

# Information about clubfoot

## What is clubfoot?

Clubfoot, also known as talipes equinovarus, is a congenital condition that causes one or both feet to turn inward and/or downward. Approximately one out of every 750 children is born with clubfoot, making it one of the most common birth defects in the world. An estimated 80% of the cases can be found in developing nations.

An estimated 7,000,000 children are born with and without clubfoot. Almost half of all clubfoot cases are bilateral, which means that both feet are affected. Clubfoot is about twice as likely to occur in boys than in girls.

When a child is born with clubfoot, the tendons in the leg and foot are shorter than normal. They pull the foot into an abnormal position, which results in bone deformity. This deformity is reversible with early treatment.

In a normal foot, the ankle rests at a 90 degree angle and the sole of the foot faces downward. In a person with clubfoot, the foot is turned down and inward, like the shape of a golf club. The severity of clubfoot ranges from mild to severe. In some severe cases, it may cause the foot to turn upside down. Clubfoot can affect both feet, known as bilateral or it may only affect one foot, known as unilateral.

## How is clubfoot diagnosed?

Clubfoot is diagnosed with a simple physical exam. Sometimes doctors may do additional tests like x-rays.

Clubfoot can sometimes be seen on an ultrasound before the baby is born. Even though it cannot be treated before the baby is born, this kind of early diagnosis can help parents prepare and plan for treatment. The earlier the treatment, the higher the chances are of success.

FIRCA Job No: 20/2PP
Component: Information Insert

Project: WW FirstStep December Acquisition
Size: 17.2x5.5   Stock: white   Ink: 1/1 Black

Date: 11/05/12   Stage: MECH

## What is the cause of clubfoot?

The cause is not known, but the condition may be passed down through families in some cases. Specific influences increase with family history, especially if one or more direct family members were born with clubfoot. Risk factors include:

- Genetics – boys are twice as likely as girls to be born with clubfoot
- Family history – if a parent or another child had clubfoot, the risk increases

Clubfoot is not caused by something the mother did or did not do during pregnancy.

## What is the treatment for clubfoot?

The position, placement, and timing of the casts are deliberate and intended to stretch and reduce the foot into a proper position. Over a series of weeks, the foot is manipulated and the casts are replaced in a process called serial casting. The casts are applied to maintain the corrected position of the foot.

In most cases, the manipulations and castings are sufficient to correct the clubfoot deformity. Additionally, a small procedure may be necessary to cut the tight Achilles tendon to allow the foot to assume its normal position. Once the casts are removed, the child will usually wear nighttime braces until about age five.

## Does the Ponseti method always work?

The Ponseti method is almost always completely successful, with success rates over 85%. In some severe cases, surgery may be required to correct the position of the children. Most often surgery is needed in cases when the child has other developmental problems, or if the child begins treatment later in life. The earlier treatment is completed, the higher the rate of success.

## What should I do if I have a child with clubfoot?

Parents of infants born with clubfoot should be reassured that if their baby is treated using the Ponseti Method, the baby should have normal looking feet with good mobility and function. Treatment should begin in the first week or two of life. If treated early on in life and handled properly, a baby that has no other complications should be able to lead a full, normal life, which includes playing sports.

Less than 5% of infants born with clubfoot may have such severe cases that they require special treatment and may need surgery, which could create problems later on in life.

## What is the Ponseti treatment for clubfoot?

The Ponseti method, developed by Dr. Ignacio Ponseti, is a minimally invasive non-surgical treatment for clubfoot. The clubfoot is manipulated and placed in a series of casts to maintain the corrected position. In just 6 to 8 weeks, the process gradually straightens the bones, tendons, and muscles into proper alignment. The method is particularly suited for developing countries where there are few orthopedic surgeons. The technique is easy to learn by health professionals, is very cost-effective, and is 95% effective.

## When should treatment for clubfoot begin?

The treatment for clubfoot should start as soon as possible in a child's life. The Ponseti method is ideally started in the baby's first few weeks of life, though best if started in infancy, success can also be seen in older children.

## What are signs to watch for during and after the treatment?

If your child is being treated for clubfoot, call your health care provider if:

- The toes swell, bleed, or change color under the cast
- The cast appears too loose or cracked
- The foot disappears into the cast
- The cast slides off
- The foot begins to turn in again after treatment
- Your child develops a fever
- Your child develops chills
- A greenish drainage is coming from the cast

## Are there possible complications?

Clubfoot may not be completely fixed. However, treatment can improve the appearance and function of the foot. Treatment may be less successful if the clubfoot is tied to other birth disorders.

## What happens if the clubfoot relapses?

Clubfoot tends to relapse without proper care after the stretching and casting process. In order to prevent the foot from moving back to the incorrect position, the child must wear a brace.

WON-EX 9073

## What if clubfoot goes untreated?

If clubfoot is left untreated, it can lead to the inability to walk, infection and/or chronic pain.

## Can surgery cure clubfoot?

Surgery does not "cure" clubfoot. It improves the appearance of the foot but diminishes the strength of the muscles in the foot and leg, causing stiffness (loss of motion & range of motion) limits the motion of the foot joints, and the foot often becomes painful at midlife.

In addition, the recurrence of the deformity can occur even after surgery. Foot and ankle surgeons have noticed that adult patients who were surgically treated for clubfoot in infancy have weak, stiff and often very painful feet.

## If clubfoot repair surgery is needed, what is involved?

The type of surgery that is done depends on:

- How serious the clubfoot is
- Your child's age
- What other problems your child has had

Your child will have general anesthesia (asleep and pain-free) during surgery.

Ligaments are tissues that help hold the bones together in the body. Tendons are tissues that help attach muscles to bones. A clubfoot occurs when both tendons and ligaments prevent the foot from stretching into the right position.

To treat a clubfoot, one or two cuts are made in the skin, most often on the back of the foot and around the inside part of the foot.

- Your child's surgeon may make the tendons around the heel longer or shorter. The Achilles tendon at the back of the foot is almost always cut.
- Older children or more severe cases may need some bone cut.
    Sometimes, pins are placed in the foot.
    A cut is placed on the foot after surgery to keep it in position while it heals. Sometimes a splint is put on first, and the cast is placed a few days later.

Other children who still have a foot deformity after surgery may need more surgery. Also, children who have not had surgery yet may need surgery as they grow. Types of surgery they may need include:

- Osteotomy. Removing part of the bone.
- Fusion or arthrodesis. Two or more bones are fused together. The surgical area uses bone from somewhere else in the body.
- Metal pins or plates may be used to hold the bones together for a time.

## Why is the surgery performed?

A baby who is born with a clubfoot is first treated with a cast to stretch the foot into a more normal position.

- A new cast will be placed every week so the foot can be stretched into position.
- Foot casting continues for about 2 months. After casting, the child wears a brace for several years.

## Clubfoot repair surgery may be needed if:

- The cast or other treatments do not fully correct the problem.
- The problem comes back.

## Older children or adults may need surgery if:

- A clubfoot was never treated.
- They still have foot problems after treatment.

## What are the risks of surgery?

Risks from any anesthesia are:

- Breathing problems
- Reactions to medicines

Risks from any surgery are:

- Bleeding
- Infection

Possible problems from clubfoot surgery are:

- Damage to nerves in the foot
- Foot swelling
- Problems with blood flow to the foot
- Wound healing problems

## What happens before clubfoot repair surgery?

Your child's doctor may:

- Take a medical history of your child

- Do a complete physical examination of your child
- Take x-rays of the clubfoot
- Test your child's blood (do a complete blood count and check electrolytes or clotting factors)

Always tell your child's doctor or nurse:

- What drugs your child is taking
- Include drugs, herbs, and vitamins you bought without a prescription

During the days before the surgery:

- About 10 days before the surgery, you may be asked to stop giving your child aspirin, ibuprofen (Advil, Motrin), or any other drugs that make it hard for your child's blood to clot.
- Ask your child's doctor which drugs your child should still take on the day of the surgery.

On the day of the surgery:

- Usually, your child will not be able to drink or eat anything for 4–6 hours before the surgery.
- Only give your child a small sip of water with any medicine your child's doctor has you give your child.
- Your child's doctor or nurse will tell you when to arrive for the surgery.

## What happens after surgery?

Depending on the surgery that is done, your child may go home on the same day or stay in the hospital for 1 to 3 days right after the surgery. This hospital stay may be longer if surgery was also done on the bones.

The child's foot should be kept in a raised position. Medicines may help control the pain.

The skin around your child's cast will be checked often to make sure it stays pink and healthy. Your child's toes also will be checked to make sure they are pink and your child can move and feel them. These are signs of proper blood flow.

Your child will have a cast on for 6–12 weeks. It may be changed several times. Before your child leaves the hospital, you will be taught how to take care of the cast.

When the last cast is taken off, your child's doctor will probably prescribe a brace, and may refer your child to physical therapy. The therapist will teach you exercises to do with your child to strengthen the foot and make sure it stays flexible.

## What is the prognosis following surgery?

After recovering from surgery, your child's foot will be in a much better position. Your child should be able to have a normal (defect-free, including 3 joints) gait. But the foot may be stiffer than a foot that has not been treated with surgery.

In most cases of clubfoot, if only one sub is affected, the child's foot and calf will be smaller than normal for the rest of the child's life.

Children who have had clubfoot surgery may need another surgery later in life.

*FirstStep has provided the above materials for information purposes only. This information is not intended as a substitute for professional medical advice. Please consult your doctor or other qualified professional about clubfoot and clubfoot treatment.*

Information was derived from Rosen's International Association, the U.S. Government National Institutes of Health and the World Health Organization.

WON-EX 9074

## You can help a child walk for the first time in his life.





curing clubfoot

Date: 12/04/12    Stage: FINAL

---

## Please help us save children who're suffering with clubfoot.

There's a miracle cure for clubfoot. It's safe, proven, effective 95% of the time and it costs just $250. Imagine that, $250 is all it takes to save a child from a lifetime of pain and suffering.

But millions of children who are poor will not be saved unless someone helps them.

You could be that *someone.*





curing clubfoot

P.O. Box 96055, Washington, DC 20090-6055
www.1stStep.org

FirstStep is a WonderWorks charity program. WonderWork, Inc. is a 501 c (3) nonprofit charitable organization recognized by the IRS. All donations are tax deductible in accordance with IRS regulations. © 2014 FirstStep

Project: WW FirstStep January Acquisition
Size: 11x8.5                    Stock: White                    Ink: 4CP

---

## The miracle cure for clubfoot costs $250.

Instead of trying to cure clubfoot through surgery as was done for decades, the patient's feet are put into a series of casts. Each week, the patient comes back and a new cast is put on. Gradually, over six weeks, these casts straighten the feet just as braces are used to straighten crooked teeth.



After the feet are completely straightened, the child needs to wear braces, at night, to keep the feet from slipping out of alignment. The braces are no longer needed after a few years.

The end result — in 95% of the cases — are perfectly straight feet that will stay straight for the rest of the child's life. This miracle cure for clubfoot is by far the most effective, affordable and practical approach to fixing clubfoot in the world. The only problem is that because of extreme poverty, more than 2 million children in the developing world can't afford this cure — even though it costs just $250.



IWCG Job No: 2012549
Component: Brochure

WON-EX 9075

# FirstStep is a high-impact, low-overhead program.



## EXTREMELY LOW OVERHEAD AND ADMIN COSTS.

We are one of several WonderWork non-profit programs that are helping children suffering with major medical problems in the developing world. By sharing office space, personnel, equipment, furniture, etc. it will save us millions of dollars. Our staff is tiny. Our rent is half what everyone else is paying and our offices came with free furniture. All of our email, file servers and even telephones are up in the cloud. This means much more of YOUR donation goes to what you want it to: helping children.

## WE'RE A BRAND NEW PROGRAM — WITH 150+ YEARS OF EXPERIENCE.



Our senior managers have created and led some of the most well-known and successful surgical charities in the world. Some of them have been helping provide free surgeries for children in developing countries since the early 1980s.

Altogether we've already provided more than 1 million surgeries in 80 of the world's poorest countries. FirstStep is using all of that experience and talent to create the world's first major program that is focused on solving clubfoot. Helping children no one else will help. With a miracle cure that can give them back their future — and a second chance at life that they never though they'd get.

---



## WE EMPOWER LOCAL DOCTORS AND HOSPITALS IN DEVELOPING COUNTRIES.

Instead of sending doctors on 2-week missions, FirstStep empowers local doctors through free training, equipment and crucial financial support. This is by far the smartest, most cost-effective and productive way to deliver care to poor children in developing countries. We're helping very poor but very proud communities become self-sufficient one patient at a time.

## SETTING HIGH STANDARDS FOR PATIENT SAFETY AND QUALITY.

The safety of our patients is always our #1 priority. Our protocols and policies ensure our patients receive the best care possible. We audit results and provide free training for all of our partners.

## HELPING PATIENTS NO ONE ELSE WILL HELP.



We work in the poorest countries in the world. We tackle problems no one else will touch. We go to places other charities won't go. We help children who have been waiting for years, sometimes decades, for the miracle cure that can save them.



---

# 2 million children with clubfoot are waiting for a miracle cure that costs just $250.

For less than the cost of a pair of fancy shoes, you can save a child who is suffering with one of the worst birth defects in the world: clubfoot.



Clubfoot is when a baby is born with one or both feet severely deformed and twisted inward. It can be mild or severe. This painful, crippling condition can prevent children from ever being able to stand or walk.

Most children with clubfoot in the developing world are treated like social outcasts. They're not allowed to attend school, get a job, marry or raise a family. They have no hope, no future, no chance.

**These children suffer their entire lives because they don't have $250.**

FirstStep was created to help the millions of children in developing countries who are suffering with clubfoot.

But we can't do it without your help.

With one donation, one time, for one child, you can provide a miracle cure that will change a child's life forever.



WON-EX 9076

Yes, I want to **help a** suffering child...
( ) $500 to cure two children with clubfoot
( ) $250 to cure one child with clubfoot
( ) $125 to provide necessary medical supplies
( ) $75 for follow-up treatments
( ) $_____ Any amount will help

*← ALL DONATIONS $250 AND ABOVE MAKE YOU ONE OF our FOUNDING DONORS!*

☐ Please send me updates about FirstStep.
☐ I'd like to receive limited communications.
☐ Please do not ask me for another donation.

F149658145 CA13041720XXXD1803



Send us a donation to help
a child suffering with clubfoot
and we'll never ask you for another one!

curing
clubfoot



Dear Friend,

**Imagine** if you were a 7-year-old girl who was born with
clubfoot — one of the world's worst birth defects.

And you lived in one of the world's poorest countries.
In a refugee camp. In a small hut made of sticks and a
floor made of mud.

Not long ago, I met such a girl and it broke my heart.

It was 110 degrees at Dadaab, the world's largest
refugee camp on the Somalian border and I was there
working for a charity I co-founded called Smile Train.
Over the past decade, as President of Smile Train,
my team and I helped provide more than 700,000 free
cleft surgeries for children.

But there was nothing we could do to help this
girl because we only provided cleft surgeries.

I am sure this poor girl is still there today.
Crawling because she can't walk. Crying because
she can't go to school. Have any friends. And
will never marry. Her life is over before it
even began. The picture I took of her shows a
child who has no future, no hope, no chance.

The saddest part of this story is that it *could* have a happy ending.

<u>They've invented a cure for clubfoot.</u>

It's more of a miracle than a cure. One that can straighten even the most
twisted and deformed feet. Permanently.

The most amazing part is what it costs. Not tens of thousands of dollars. Not
thousands of dollars. It costs just $250. To save a desperate child from a
lifetime of pain and suffering. Imagine how much you would pay to save your
daughter if she was born with clubfoot.

*Think how this girl would feel when she can stand up on her own two feet for the
first time in her life.*

FirstStep, P.O. Box 96055, Washington, DC  20090-6055  www.1stStep.org

WON-EX 9077

Visit our web site at www.1stStep.org to make a secure donation online.
Enclosed is my check payable to FirstStep. If you prefer, we accept:

( )MasterCard ( )VISA ( )American Express ( )Discover

Card#_____ CVV#_____ Exp. Date ____/____

Signature _____

FirstStep sometimes allows other worthy organizations to mail to
our donors. If you do not wish to receive these mailings or if you'd
like to change the frequency of mailings from us, let us know. We are
happy to respect your wishes. FirstStep is a WonderWork charity
program. WonderWork is a 501 (c)(3) nonprofit, charitable organization
recognized by the IRS. All donations are tax deductible in accordance
with the law.



First Step
curing clubfoot

P.O. Box 96055, Washington, DC 20090-6055

When she can skip rope, make friends and go to school.

How much would this mean to her parents who are so worried
about how their daughter will survive when they are gone.

There are more than 2,000,000 children in developing
countries suffering with clubfoot. Most of them could be
saved by a miracle cure that costs just $250.

That's why we started FirstStep.

To give millions of children suffering with clubfoot the
chance to stand up on their own two feet for the first
time in their life.

To provide a miracle that can give a desperate child their
future back — and a second chance at life that they never
thought they'd get.

To help children no one else will help.

But we can't do anything without your help.

We receive no support from the government. Or large
corporations. 99% of our funding comes from generous
donors like you.

YOU can make a miracle happen for a child that desperately
needs it.

YOU can save a child from a lifetime of heartache and
suffering.

YOU can change a child's life with one donation, one gift,
one time.

Please. Send us a donation of any amount and we will use it to change a child's
life. To thank you, I will also send you a photo of a child we've helped.

Something you can put on your fridge — that will put a smile on your face.

Thank you for helping us.

Brian Mullaney
Co-Founder
FirstStep

P.S. It only takes one gift to help save a child from a lifetime of suffering.
If you'd like this to be your only donation, check the box on the enclosed reply
form and we'll honor your request.

P.P.S. A donation of $250 or more will make you a Founding Donor of FirstStep.

WON-EX 9078

P.O. Box 96054, Washington, DC 20090-6054



Life-changing surgeries for
severely burned children.

Brian Mullaney
Co-Founder



Send us a donation to help a
severely burned child and we'll
never ask you for another one!

WON-EX 9061

IWCG Job No: 2013080
Component: RAE

Project: WW BurnRescue April Acquisition
Size: #9   Stock: white   Ink: 1/1; PMS 2727
Date: 03/15/13   Stage: FINAL

WON-EX 9062



**BurnRescue** is a WonderWork charity program. Your gift is very much appreciated and fully deductible as a charitable contribution. A copy of our latest financial report may be obtained by writing to WonderWork, Inc., 420 Fifth Avenue, 27th Floor, New York, New York 10018, 212-729-3166. If you are a resident of one of these states, you may obtain financial information directly from the state agency: FLORIDA – A COPY OF THE OFFICIAL REGISTRATION AND FINANCIAL INFORMATION MAY BE OBTAINED FROM THE DIVISION OF CONSUMER SERVICES BY CALLING TOLL-FREE, 1-800-435-7352 (800-HELP-FLA) WITHIN THE STATE. REGISTRATION DOES NOT IMPLY ENDORSEMENT, APPROVAL, OR RECOMMENDATION BY THE STATE. Florida Registration# CH36069. GEORGIA – A full and fair description of our programs and our financial statement summary is available upon request at the office and phone number indicated above. MARYLAND – For the cost of copies and postage, Office of the Secretary of State, State House, Annapolis, MD 21401. MISSISSIPPI – The official registration and financial information may be obtained from the Mississippi Secretary of State's office by calling 1-888-236-6167. Registration by the Secretary of State does not imply endorsement. NEW JERSEY – INFORMATION FILED WITH THE ATTORNEY GENERAL CONCERNING THIS CHARITABLE SOLICITATION AND THE PERCENTAGE OF CONTRIBUTIONS RECEIVED BY THE CHARITY DURING THE LAST REPORTING PERIOD THAT WERE DEDICATED TO THE CHARITABLE PURPOSE MAY BE OBTAINED FROM THE ATTORNEY GENERAL OF THE STATE OF NEW JERSEY BY CALLING (973) 504-6215 AND IS AVAILABLE ON THE INTERNET AT http://www.state.nj.us/lps/ca/charfrm.htm. REGISTRATION WITH THE ATTORNEY GENERAL DOES NOT IMPLY ENDORSEMENT. NEW YORK – Office of the Attorney General, Department of Law, Charities Bureau, 120 Broadway, New York, NY 10271. NORTH CAROLINA – FINANCIAL INFORMATION ABOUT THIS ORGANIZATION AND A COPY OF ITS LICENSE ARE AVAILABLE FROM THE STATE SOLICITATION LICENSING BRANCH AT 1-888-830-4989. THE LICENSE IS NOT AN ENDORSEMENT BY THE STATE. PENNSYLVANIA – The official registration and financial information of WonderWork may be obtained from the Pennsylvania Department of State by calling toll-free, within Pennsylvania 1-800-732-0999. Registration does not imply endorsement. VIRGINIA – Virginia State Office of Consumer Affairs, Department of Agricultural and Consumer Services, PO Box 1163, Richmond, VA 23218. WASHINGTON – Charities Division, Office of the Secretary of State, State of Washington, Olympia, WA 98504-0422, 1-800-332-4483. WEST VIRGINIA – Residents may obtain a summary of the registration and financial documents from the Secretary of State, State Capitol, Charleston, WV 25305. Registration with any of these state agencies does not imply endorsement, approval or recommendation by any state.

WON-EX 9063





# Information About Burns and How to Prevent and Treat Them

Life-changing surgeries for severely burned children

IWCG Job No: 20/24H
Component: Information front

Project: WW BurnRescue Trecordair Acupperon
Size: 17.5x5.5x14 to 3.5x6
Stock: white   Ink: 1/c Black

Date: 11/05/12   Stage: FINAL

## What is a burn?

A burn is damage to your body's tissues caused by heat, chemicals, electricity, sunlight or radiation. Scalds from hot liquids and steam, building fires and flammable liquids and gases are the most common causes of burns.

## What are the different types of burns?

There are three levels of burns:

1. First-degree (superficial) burns affect only the outer layer of skin. They cause pain, redness and swelling.
2. Second-degree (partial thickness) burns affect both the outer and underlying layer of skin. They cause pain, redness, swelling and blistering.
3. Third-degree (full thickness) burns extend into deeper tissues. They cause white or blackened, charred skin that may be numb.

Burns can cause swelling, blistering, scarring and, in serious cases, shock and even death. They also can lead to infections because they damage your skin's protective barrier. Antibiotic creams can prevent or treat infections. After a third-degree burn, you need skin or synthetic grafts to cover exposed tissue and encourage new skin to grow. First- and second-degree burns usually heal without grafts.

## What are the most common causes of burns?

Thermal burns are the most common type. Thermal burns occur when metals, scalding liquids, steam or flames come into contact with your skin. There are frequently the result of fires, motor-vehicle and industrial accidents, mishaps with scalding liquids, space heaters, and electrical malfunctions. Other causes include unsafe handling of firecrackers and kitchen accidents.

Burns to your airway can be caused by inhaling smoke, steam, superheated air, or toxic fumes.

## What are the symptoms of burns?

These are the symptoms for thermal burns: blisters, pain, peeling skin, red skin, shock, swelling, white or charred skin

These are the symptoms of airway burns: charred mouth, burned lips, burnt on the head, fast or nose, wheezing, change in voice, difficulty breathing, coughing, singed nose hairs or eyebrows, dark, carbon-stained mucus

## What are issues to consider before treating burns?

Before giving first aid, evaluate how extensively burned the person is and try to determine the depth of the most serious part of the burn. Then treat the entire burn accordingly. If in doubt, treat it as a severe burn.

By giving information that lessens professional medical help arrives, you can reduce the severity of the burn. Prompt medical attention to serious burns can help prevent scarring, disability, and deformity. Burns on the face, hands, feet, and genitals can be particularly serious.

Children under age 4 and adults over age 60 have a higher chance of complications and death from severe burns.

In case of a fire, you and the others there are at risk for carbon monoxide poisoning. Anyone with symptoms of headache, numbness, weakness, or chest pain should be looked at.

## How can burns be treated?

### First Aid for Minor Burns

1. If the skin is unbroken, run cool water over the area of the burn or soak it in a cool water bath for five minutes. Keep the area submerged for at least 5 minutes. A clean, cold, wet towel will also help reduce pain.
2. Calmly and reassure the person.
3. After bathing or soaking, cover the burn with a dry, sterile bandage or clean dressing.
4. Protect the burn from pressure and friction.
5. Over-the-counter ibuprofen or acetaminophen can help relieve pain and swelling. Do NOT give children under 12 aspirin. Once the skin has cooled, moisturizing lotion also can help.
6. Minor burns will usually heal without further treatment. However, if a second-degree burn covers an area more than 2 to 3 inches in diameter, or if it is located on the hands, feet, face, groin, buttocks, or a major joint, treat the burn as a major burn.
7. Make sure the person is up to date on tetanus immunization

### First Aid for Major Burns

1. If someone is on fire, tell the person to stop, drop, and roll. Wrap the person in thick material to smother the flames (a wool or cotton coat, rug, or blanket). Douse the person with water.
2. Call 911
3. Make sure that the person is no longer in contact with smoldering materials. However, do NOT remove burned clothing that is stuck to the skin.
4. Make sure the person is breathing. If breathing has stopped, or if the person's airway is blocked, open the airway. If necessary, begin rescue breathing and CPR.
5. Cover the burn area with a dry sterile bandage (if available) or clean cloth. A sheet will do if the burned area is large. Do NOT apply any ointments. Avoid breaking burn blisters or applying oily or dry, sterile, non-adhesive dressing.
6. Elevate the body part that is burned above the level of the heart. Protect the burn area from pressure and friction.
7. Make sure to prevent shock. Lay the person flat, elevate the feet about 12 inches, and cover the person with a coat or blanket. However, do NOT place the person in this shock position if a head, neck, back, or leg injury is suspected or if it makes the person uncomfortable.
8. Continue to monitor the person's vital signs until medical help arrives. This means pulse, rate of breathing, and blood pressure.

## When should I contact a medical professional?

Call 911 if:

- the burn is extensive (the size of your palm or larger)
- the burn is severe (third-degree)
- you aren't sure how serious it is
- the burn is caused by chemicals or electricity
- the person shows signs of shock
- the person inhaled smoke
- physical abuse is the known or suspected cause of the burn
- There are other symptoms associated with the burns

Call a doctor if your palms still present after 48 hours

Call immediately if signs of infection develop. These signs include increased pain, redness, swelling, drainage or pus from the burn, swollen lymph nodes, red streaks spreading from the burn, or fever.

Also call immediately if there are signs of dehydration (thirst, dry skin, dizziness, lightheadedness or decreased urination). Children, elderly, and anyone with a weakened immune system (for example, HIV) should seek medical care right away.

## Where are people treated for burns?

Over half of burn patients in the United States are treated in specialized burn centers, and most hospitals have burns

## What is a skin graft?

A skin graft is a patch of skin that is removed by surgery from one area of the body and transplanted, or attached, to another area. This procedure may be recommended for a patient with burns depending on the severity and location of the burns.

Your surgeon will probably be done while you are under general anesthesia (you will be unconscious and will not feel any pain).

Healthy skin is taken from a place on your body called the donor site. Most people who are having a skin graft have a split-thickness skin graft. This takes the two top layers of skin from the donor site (the epidermis) and the layer under the epidermis (the dermis).

The donor site can be any area of the body. Most times, it is an area hidden by clothes, such as the buttock or inner thigh.

The graft is carefully spread on the bare area where it is being transplanted. It is held in place either by gentle pressure from a well-padded dressing that covers it, or by staples or a few small stitches. The donor site area is covered with a sterile dressing for 3 to 5 days.

People with thicker tissue loss may need a full-thickness skin graft. This requires an entire thickness of skin from the donor site, not just the top two layers.

A full-thickness skin graft is a more complicated procedure. The flap of skin from the donor site includes the muscles and blood supply. It is transplanted to the area of the graft. Common donor sites for full-thickness skin grafts include the chest wall, back, or abdominal wall.

## What are things I should NOT DO when treating burns?

- Do NOT apply ointment, butter, ice, medications, cream, or oil spray, or any household remedy to a severe burn.
- Do NOT breathe, blow, or cough on the burn
- Do NOT disturb blisters or dead skin
- Do NOT remove clothing that is stuck to the skin
- Do NOT give the person anything by mouth, if there is a severe burn.
- Do NOT immerse a severe burn in cold water. This can cause shock.
- Do NOT place a pillow under the person's head if there is an airway burn. This can close the airway.

## How can I prevent burns?

The following list can help prevent burns

- Install smoke alarms in your home. Check and change batteries regularly.
- Keep emergency phone numbers and other pertinent information close to your telephone.
- Draw a floor plan and find two exits from each room. Windows can serve as emergency exits.
- Practice getting out of the house through the various exits.
- Designate a meeting place at a safe distance outside the home.
- Respond to every alarm as if it were a real fire.
- Call the fire department after you escape. Tell your address and do not hang up until you are told to do so. Let them know if anyone is trapped inside.
- Do not go back into a burning building to look for missing people, pets, property, etc. Wait for firefighters.
- Teach children about fire safety and the hazards of matches and lighters.
- Keep children from climbing on top of the stove or grabbing hot items like knobs and oven doors.
- Turn pot handles toward the back of the stove so that children cannot grab them and accidentally knock it over.
- Never leave food unattended on a stove
- Keep cooking areas free of flammable objects (such as potholders and towels)
- Wear non-restrictive clothes with long, loose-fitting sleeves when cooking.
- Never smoke in bed or leave burning cigarettes unattended.
- Place the ashtray/ashtrays in key locations at home, work, and school.
- Remove - electrical cords from floors and keep them out of reach.
- Set a temperature of water heater at 120 degrees or less to prevent scald burns from the faucet.
- Keep all matches and lighters out of reach of children. Store them up high, preferably in a locked cabinet.
- Do not empty smoldering ashes in a trashcan, and keep ashtrays away from upholstered furniture and curtains.
- Never place combustible materials near flammable materials (such as drapes).

## What are other things I can do around my house to prevent fires?

More than one-third of Americans use fireplaces, wood stoves and other fuel-fired appliances as primary heat sources in their homes. Unfortunately, many people are unaware of the fire risks when heating with wood and solid fuels.

Heating fires account for 36% of residential home fires in rural areas. Below are some tips for securing fires safely in the home.

### Fireplaces and Wood Stoves Clean

- Have your chimney or wood stove inspected and cleaned annually by a certified chimney specialist.
- Clear the area around the hearth of debris, decorations and flammable materials
- I never glass doors open while burning a fire. Leaving the doors open ensures that the fire receives enough air to ensure complete combustion and keeps creosote from building up in the chimney.
- Close glass doors when the fire is out to keep air from the chimney opening from getting into the room. Most glass fireplace doors have a metal mesh screen which should be closed when the glass doors are open. This mesh screen helps keep embers from getting out of the fireplace area.
- Always use a metal mesh screen with fireplaces that do not have a glass fireplace door.
- Install stovepipe thermometers to help monitor flue temperatures.
- Keep air inlets on wood stoves open, and never restrict air supply to fireplaces. Otherwise you may cause creosote buildup that could lead to a chimney fire.
- Use fire-resistant materials on walls around wood stoves.

### Safety / lawn fuels

- Never use flammable liquids to start a fire
- Use only seasoned hardwood. Soft, moist wood accelerates creosote buildup.
- Build small fires that burn completely and produce less smoke.
- Never burn cardboard boxes, trash or debris in your fireplace or wood stove.
- When building a fire, place logs at the rear of the fireplace on an adequate supporting grate.
- Never leave a fire in the fireplace unattended. Extinguish the fire before going to bed or leaving the house.
- Soak hot ashes in water and place them in a metal container, outside your home, away from other materials.

## What should I do if I am trapped in a burning building?

- Smoke rises, so crawl low to the ground where the air will be cleanest.
- Get out quickly, if it is still hot times. Cover your nose and mouth with a cloth (moist if possible).
- Test doorknobs and spaces around doors with the back of your hand. If the door is warm, try another escape route. If it is cool, open it slowly. Check to make sure your escape path is clear of fire and smoke.
- Use the stairs. Never use an elevator during a fire.
- Call the fire department for assistance if you are trapped. If you cannot get to a phone, yell for help out the window. Wave or hang a sheet or other large object to attract attention.
- Close as many doors as possible between yourself and the fire. Seal all doors and vents between you and the fire with rags, towels, or sheets. Open windows slightly at the top and bottom, but close them if smoke comes in.

Deaths from fires and burns are the fifth most common cause of unintentional injury-related deaths in the United States. Although a working smoke alarm reduces the risk of death from residential fire by at least 50%, many 2010 house fatalities of U.S. households reported having no fire detectors.

BurnRescue is provided by the educational resources for an extensive resource only. This information is not intended as a substitute for professional medical advice. Please consult with your doctor or other medical professional about burn prevention, causes and treatment.

The information was derived from the U.S. Government National Institutes of Health, the Centers for Disease Control and Prevention, and the Federal Emergency Management Agency.

WON-EX 9065

## The miracle surgery for burns.

It's simple. It takes just a few hours. And costs just $500. That's all it takes to dramatically improve the life of a poor child who has been severely burned.

In developing countries, because of lack of care, much of the damage from severe burns happens AFTER the initial accident or injury. Often the burned skin fuses with other skin and then over time it contracts. This can cause all kinds of horrible things to happen. A child's chin can become fused with their chest. Fingers and toes can become fused together. Arms and legs can become fused. Anywhere burned skin comes in contact with other skin  it can become permanently fused which can cause crippling conditions that severely inhibit movement and motion. The consequences for a child are devastating. It is almost impossible to survive in a developing country if you can't walk, or use your arms and fingers, or if you have your chin glued to your chest.

Thankfully, there is a miracle surgery that can remedy this problem, fairly quickly and inexpensively. The surgeon simply cuts through the fused sections of skin and "releases" the two areas. Skin grafts are used to cover the exposed areas. And though there is inevitable and unavoidable scarring, the improvement in movement and motion is life-changing for these children.



After surgery they can walk again. Use their fingers and arms. Lift their head up from their chest. This miracle surgery makes a profound difference in the quality of life for these children. In just a few hours, and for just a few hundred dollars, it can save them from a lifetime of pain and suffering. And give them a second chance at life that they never thought they'd get.

## Please help us save a child who has been severely burned.

There's a miracle surgery that can save a child from a lifetime of pain and suffering.

It costs just $500.

But millions of children who are poor will never receive it unless someone helps them.

*You* could be that someone.





**BURN RESCUE**
Life-changing surgeries for severely burned children.

P.O. Box 96054, Washington, DC 20090-6054
www.BurnRescue.org

BurnRescue is a Wooden Work charity, program Wooden Work, Inc. is a 501(c)(3) nonprofit, charitable organization recognized by the IRS. All donations are tax-deductible as allowed under IRS regulations. © 2012 BurnRescue

## Help save a child who has been severely burned.



**BURN RESCUE**
Life-changing surgeries for severely burned children.

IWCG Job No: 2013016
Component: Brochure

Project: WW BurnRescue Accusation
Size: 11x8.5

Date: 01/09/13   Stage: FINAL

Stock: White   Ink: 4CP

WON-EX 9066

# 15 million severely burned children are waiting for a miracle surgery that costs $500.



It is one of the biggest medical problems in the developing world. Bigger than tuberculosis and HIV combined.

In the developing world, where billions still heat, light and cook with open fires, someone is horribly burned every five seconds.

Most burn victims die due to lack of acute-care facilities.

The "lucky" ones who live are often so deformed and disfigured, they face a lifetime of pain and suffering. A burn injury not only disfigures, it can destroy movement and function. It can prevent a child from walking. It can turn a hand into a closed fist. It can fuse legs, arms, fingers together forever.

The consequences are devastating. Most severely burned children are treated like social outcasts. They're not allowed to attend school, get a job or marry. Often they're kept hidden away in shame at home, a burden to their families. Their lives are over before they've begun. They have no hope, no future, no chance.

**Children with severe burns suffer their entire lives because they can't afford a miracle surgery that costs just $500.**

BurnRescue was created to help the millions of children in developing countries who have been severely burned.

But we can't do it without your help. Please help us save a child from a lifetime of pain and suffering.

One donation, one time, for one child, can provide a miracle surgery that will change a child's life forever.

# BurnRescue is a well-managed, highly effective program.

## WE EMPOWER LOCAL SURGEONS AND HOSPITALS IN DEVELOPING COUNTRIES.

Instead of sending doctors on 2-week missions, BurnRescue empowers local surgeons through free training, equipment and crucial financial support. This is by far the smartest, most cost-effective and productive way to deliver surgeries for poor children in developing countries. We're helping very poor but very proud communities become self-sufficient one patient at a time.



## SETTING HIGH STANDARDS FOR PATIENT SAFETY AND QUALITY.

The safety of our patients is always our #1 priority. Our protocols and policies ensure our patients receive the best care possible. We audit results and provide free training for all of our partners.

## HELPING PATIENTS NO ONE ELSE WILL HELP.

We work in the poorest countries in the world. We tackle problems no one else will touch. We go to places other charities won't go. We help children who have been waiting for years, sometimes decades, for the miracle cure that can save them.





## EXTREMELY LOW OVERHEAD AND ADMINISTRATIVE COSTS.

We are one of several WonderWork charity programs that are helping children suffering with major medical problems in the developing world. By sharing office space, personnel, equipment, furniture, etc. it will save us millions of dollars. Our staff is tiny. Our rent is half what everyone else is paying and our offices came with free furniture. All of our email, file servers and even telephones are up in the cloud. This means much more of YOUR donation goes to what you want it to: helping children.

## WE'RE A BRAND NEW PROGRAM — WITH 150+ YEARS OF EXPERIENCE.

Our senior managers have created and led some of the most well-known and successful surgical charities in the world. Some of them have been helping provide free surgeries for children in developing countries since the early 1980s. Altogether they've already provided almost 1 million surgeries in 80 of the world's poorest countries. BurnRescue is using all of that experience and talent to create the world's first major program that is focused on burns. Helping children no one else will help. With a miracle cure that can give them back their future — and a second chance at life that they never thought they'd get.





WON-EX 9067

Yes, I want to help a suffering child...
( ) $500 to provide a surgery
( ) $250 supports hospital stay and medications ← *ALL DONATIONS of $250 AND ABOVE*
( ) $125 to provide surgical supplies                *MAKE YOU ONE OF our FOUNDING DONORS!*
( ) $75 for follow-up treatments
( ) $_____ Any amount will help

☐ Please send me updates about BurnRescue.
☐ I'd like to receive limited communications.
☐ Please do not ask me for another donation.
   *(Please allow 8 weeks to be removed from our mailing list. Thanks for your patience as we process your request.)*

( ) If you prefer to charge your gift to a
credit card, please check here and use other
side. Please make check payable to BurnRescue.

F153478299 BA13041726XXX00812



**BURN RESCUE**
Life-changing surgeries for
severely burned children.

Send us a donation to help
a severely burned child
and we'll never ask you
for another one!



Dear Friend,

Imagine you are an 8-year-old girl who accidentally fell
into a fire.

You live in one of the world's poorest countries. In a
refugee camp in a small hut made of sticks with a floor made
of mud. And even though you survived 2nd and 3rd degree
burns, they caused your chin to melt to your chest. Without
surgery, your chin will be forever connected to your chest.

I recently met a girl who was horribly burned like this. It
was 110 degrees at Dadaab, the world's largest refugee camp
on the Somalian border and I was there working for a charity
I co-founded called Smile Train. Over the past decade, as
President of Smile Train, my team and I helped provide more
than 700,000 free cleft surgeries for children.

But there was nothing we could do to help this girl. Because we only provided cleft
surgeries.

I am sure this poor girl is still there today. With her skin fused together. Crying
because she will never go to school. Have any friends. And will never marry. Her life
is over before it even began. One horrible accident in a
matter of seconds has left her with no future, no hope,
no chance.

The saddest part of this story is that it *could* have a
happy ending.

<u>There's a surgery that can save children who've
suffered horrific burns.</u>



It's more of a miracle than a surgery. One that can
separate skin that has fused together and give a
burned child a second chance at life.

The most amazing part is what this miracle surgery
costs. Not tens of thousands of dollars. Not thousands
of dollars. It costs just $500. To save a desperate
child from a lifetime of pain and suffering. Imagine
going through life with your chin attached to your
chest. Imagine how much you would pay to save your
daughter from this fate.

*Think how much this would mean to this girl?*

BurnRescue, P.O. Box 96054, Washington, DC 20090-6054 www.BurnRescue.org

WON-EX 9068

Visit our web site at www.BurnRescue.org to make a secure donation online.
Enclosed is my check payable to BurnRescue. If you prefer, we accept:

( )MasterCard ( )VISA ( )American Express ( )Discover

Card#_____ CVV#_____ Exp. Date ____/____

Signature _____

BurnRescue sometimes allows other worthy organizations to mail to our donors.
If you do not wish to receive these mailings or if you'd like to change the
frequency of mailings from us, let us know. We are happy to respect your
wishes. BurnRescue is a WonderWork charity program. WonderWork is a 501 (c)(3)
nonprofit, charitable organization recognized by the IRS. All donations are tax
deductible in accordance with the law.



**BURN RESCUE**
Life-changing surgeries for
severely burned children.
P.O. Box 96054
Washington, DC 20090-6054

*To regain the use of her fingers and arms.*

*To make friends and go to school.*

*To her parents who worry how their daughter will survive when they are gone.*

In the developing world, where billions still heat, light and cook with open fires,
burns are a massive problem. Bigger than tuberculosis and HIV combined. Bigger than
breast cancer. Burns afflict an estimated 15,000,000 children. Millions of children
die because of lack of acute care facilities. The "lucky" ones who live are often so
deformed and disfigured, they face a lifetime of pain and suffering.

A burn injury not only disfigures, it can destroy
movement and function. It can prevent a child from
walking. It can turn a hand into a closed fist. It
can fuse a chin to a chest forever.

The good news is that the vast majority of these
kids could be saved by a miracle surgery that
costs just $500.

<u>That's why we started BurnRescue.</u>

To help 15 million children who are suffering
with burns.

To provide a miracle surgery that can give
desperate children their future back – and a
second chance at life that they never thought
they'd get.

To help children no one else will help.

**But we can't do anything without your help.**

We receive no support from the government. Or
large corporations. 99% of our funding comes
from generous donors like you.

<u>YOU can make a miracle happen for a child that
desperately needs it.</u>

<u>YOU can save a child from a lifetime of heartache and suffering.</u>

<u>YOU can change a child's life with one donation, one gift, one time.</u>

Please. Send us a donation of any amount and we will use it to change a child's
life. To thank you, I will also send you a photo of a child we've helped.

Something you can put on your fridge – that will also put a smile on your face.

Thank you for helping us.

Thanks for
helping us!

Brian Mullaney
Co-Founder
BurnRescue

P.S. It only takes one gift to help save a child from a lifetime of suffering.
If you'd like this to be your only donation, check the box on the enclosed reply
form and we'll honor your request.

P.P.S. A donation of $250 or more will make you a Founding Donor of BurnRescue.

MULLANEY

EXHIBIT 10


August XX, 2016

Brian Mullaney
Co-Founder & CEO,
WonderWork

Steven D. Levitt
Author, *Freakonomics*

John (JJ) Coneys
Former Vice Chair, PwC

Ravi Kant
Former Vice Chair, Tata Motors

Clark Kokich
Executive Chairman, Marchex

Steven Rappaport
Partner, RZ Capital

Richard Steele
Principal, SYPartners

Richard Price
Chief Executive, Asia Pacific,
CBRE Global Investors

Mark Atkinson
Creative Director, Otto

Tamsen Ann Ziff
Chairman, Metropolitan Opera

Kenneth French
Tuck School at Dartmouth

Garrett Moran
President, Year Up

Bryan Cranston
Actor

Christie Brinkley
Actor/Model

Howie Mandel
Comedian

Mariska Hargitay
Actor

Alex Trebek
Host of Jeopardy!

Bette Midler
Entertainer

Chris Meloni
Actor

Candice Bergen
Actor

Jane Kaczmarek
Actor

Sir Ben Kingsley
Actor

Dear SALUTATION,

It is 4:15pm, Thursday, June 30th – the final day of our 2016 fiscal year.

And my last chore is to write you this year-end thank you letter.

*This year was our best year ever, and it would never have been possible without supporters like you. THANK YOU FOR HELPING US.*

The past five years have had lots of ups and downs and more than a few surprises. At times, I wondered if maybe I was too old for another charity start-up. But today, as we pause to look back, I am so glad we stuck with it.

Today, in 44 of the poorest countries in the world, we have established 60 programs and partnerships.

Our partners range from small hospitals and clinics to large hospital networks and NGOs. Over the past 20 years of doing this work, we have learned that you can accomplish so much more when you partner with other like-minded people and organizations.

Over the past year, working with our partners – and with help from supporters like you – we helped provide 64,262 surgeries.

*How many is that?*

Imagine Gillette Stadium, where the New England Patriots play, with every seat filled with a smiling, happy patient. That's a lot of surgeries.

Calling them surgeries doesn't really do them justice.

They're actually modern-day, medical miracles that give crippled children the chance to walk and run. That re-build the faces of children who've been deformed by burns. And that give blind children and adults the chance to see again.

*And they give folks like you and me, the very rare opportunity to save 64,262 children and adults no one else would help. Doesn't that feel good?*

As a surgical charity, the number of surgeries we help provide every year is really our bottom line.

But it isn't all that we do.



ACCREDITED
CHARITY

give.org

**EXHIBIT -10**
Brian Mullaney
8/16/17
S. Arielle Santos, RPR, CSR
**TransPerfect Legal**

*"A surgery that can change a child's life is one of the best investments anyone can make."* -- Warren Buffett

Attorney's Eyes Only

We're working on a capital project to build a burn hospital in the poorest region of India. This 225-bed hospital will provide more than 15,000 surgeries a year for the poorest of the poor. We're searching for land right now and hope to break ground in the fall, and it will take 2 years to build. Rafael Vinoly, one of the most famous architects in the world, (and also a donor) has generously agreed to help design our new hospital pro bono.

We expanded our Board of Directors by 6 new members, including the best-selling author of *Freakonomics* and genius U. Chicago professor, Steve Levitt. Our Medical Advisory Board expanded as well, as we improve our governance and our leadership.

Our viral videos continue to raise vital awareness and funds. To date, 14+ million people have watched our videos and thousands have sent us donations from more than 85 countries.

We're working with The Harvard School of Public Health and Boston Consulting Group to build a cloud-based, electronic medical record database to house all of our patient records. This will help us guard against fraud while also helping improve our quality and effectiveness.

We're doing all of this with a tiny staff of 9 people (and two interns) working out of a very small office in New York City.

We're very proud that our overhead and admin expenses are extremely low. Even better, one of our Founding Donors pays for all of our non-program expenses so that 100% of all donations – including yours – can go towards programs.

The last – and most important – thing I want you to know is how much we appreciate, and need, your support.

We're still a small charity that we started from scratch just five years ago. We get no money from the U.S. government or large grants from foundations or corporations. We depend entirely on donations from generous individuals like you.

I hope you stick with us because this next year we're going to need you more than ever. Our goal is to provide 130,000 surgeries – something no other surgical charity has ever done in one year.

With your help – I know we can do it. ☺

With gratitude,

Brian
Co-Founder
212-729-1858
brian@wonderwork.org


P.S. I am including an envelope so you can send us feedback on the following: Would you ever come to a dinner as our guest to hear about our programs and how we are using your donations? Would you ever want to travel to one of our partner hospitals in a developing country and meet some of the children whose lives you helped save? Are we mailing you too much? Do you have any ideas or suggestions for us? Do you know anyone else who might be able to help us? Any feedback greatly appreciated. THANK YOU!

Attorney's Eyes Only



FOR 30+ YEARS, I'VE TRAVELED TO MANY OF THE POOREST COUNTRIES IN THE WORLD.

I'VE WITNESSED EXTREME POVERTY, UNSPEAKABLE SUFFERING, AND AMAZING ACTS OF SELFLESSNESS AND COMPASSION.

BUT THE MOST POWERFUL THING I'VE EVER SEEN... IS TO WATCH A BLIND CHILD OPEN THEIR EYES AND SEE FOR THE VERY FIRST TIME.

THE SURGERY THAT RESTORES EYESIGHT IS A TRUE MODERN-DAY, MEDICAL MIRACLE.

AND YOU HELP US DELIVER THIS MIRACLE TO HUNDREDS OF BLIND CHILDREN AND ADULTS EVERY SINGLE DAY.

THANK YOU :)

BHAV

Attorney's Eyes Only

WON06089



THOUSANDS OF BLIND CHILDREN, WOMEN AND MEN SHOW UP AT OUR FREE SURGERY REGISTRATION CAMPS IN INDIA.



TWO SISTERS BOTH BORN BLIND



TWO MORE SISTERS BORN BLIND. SEE THEIR PARENTS IN BACKGROUND PLANTING RICE IN THEIR SMALL FIELD. THEY LIVE ON LESS THAN $300/yr.







THREE MOTHERS IN SHOCK AND GRIEF AFTER BEING TOLD NOTHING CAN BE DONE TO RESTORE THE EYESIGHT OF THEIR CHILD. DEVASTATING! THE LITTLE GIRL IN THE MIDDLE DID UNDERGO SURGERY AND GOT SOME IMPROVEMENT. NOTHING COULD BE DONE FOR THE OTHER TWO CHILDREN.



THANK YOU, BRIAN :)



THIS GIRL WAS PULLED FROM SCHOOL TO TAKE CARE OF HER GRANDMOTHER. AFTER SURGERY, SHE WILL GO BACK TO SCHOOL.

MINUTES AFTER OPENING HER EYES AND SEEING HER MOM FOR THE VERY FIRST TIME, THIS 7-YEAR-OLD EXPLORES HER MOTHER'S FACE.

Attorney's Eyes Only

WON06090



wonder work
SURGICAL GESTURES OF KINDNESS

411 Fifth Avenue, Suite 702
New York, NY 10016

Attn: Brian

100% of all donations are used to fund our free surgery programs
thanks to one of our Founding Donors who pays all
administrative and fundraising expenses.

Attorney's Eyes Only



Attorney's Eyes Only

WON06092

November 16, 2016

«FULLNAME»
«Entity»
«AD1» «AD2»
«CITY», «ST»  «ZIP»

Dear «SALUTATION»,

I cannot tell you how much we appreciate the very generous donation you recently sent us. Thank you very much for helping us.

This is the busiest time of year for our partner hospitals and they all have huge backlogs and waiting lists. We're scrambling to raise as much as we can so that our partners don't have to turn anyone away.

It has been a really tough year for us for fundraising – your donation will really make a difference.

I want you to know also that we will use 100% of your donation for our free surgery programs. One of our founding donors is very generously paying for all our rent, admin and salaries, so your donation will be used for what matters to you and to us: life-changing surgeries.

I am getting ready for a big trip to Bangladesh. I'm excited because we are taking a sea plane up a river to some very rural villages that are so remote, they cannot be reached by roads. We're going to visit one of our partners who operates a floating hospital that helps the poor. It should be quite an experience. I will send you some pictures and some stories when I get back.

Until then, please know how much we appreciate – and need – your support.

We're a tiny charity with 9 employees that is working hard this year to provide free surgeries for 100,000 poor kids and adults who are crippled with clubfoot, severely burned or blind.

And we could never do it without your help!

THANK YOU,


Brian
Co-Founder

P.S. If you have any suggestions, ideas or feedback for me, please do not hesitate to contact me directly: brian@wonderwork.org or 212-729-1855.

This is your tax receipt for your donation of «TRANAMT» received on «TRANDATE». WonderWork is a 501(c)(3) charity. No goods or services were provided in return for this donation.

Attorney's Eyes Only

"A surgery that can change a child's life is one of the best investments anyone can make." —Warren Buffett
WonderWork Supporter



Miracle surgeries for children.
wonderwork

"...one of 10 ideas that will change the world."
— TIME

November 2, 2016

BOARD OF DIRECTORS & ADVISORY BOARD

Brian Mullaney
Co-Founder & CEO, WonderWork

Steven D. Levitt
Author, Freakonomics

John (JJ) Coneys
Former Vice Chair, PwC

Ravi Kant
Former Vice Chair, Tata Motors

Clark Kokich
Executive Chairman, Marchex

Steven Rappaport
Partner, RZ Capital

Richard Steele
Principal, SYPartners

Richard Price
Chief Executive, Asia Pacific, CBRE Global Investors

Mark Atkinson
Creative Director, Otto

Tamsen Ann Ziff
Chairman, Metropolitan Opera

Kenneth French
Tuck School at Dartmouth

Garrett Moran
President, Year Up

SUPPORTERS

Bryan Cranston
Actor

Christie Brinkley
Actor/Model

Howie Mandel
Comedian

Mariska Hargitay
Actor

Alex Trebek
Host of Jeopardy!

Bette Midler
Entertainer

Chris Meloni
Actor

Candice Bergen
Actor

Jane Kaczmarek
Actor

Sir Ben Kingsley
Actor



ACCREDITED CHARITY
give.org

Dear Karen,

In spite of a really tough fundraising environment and all the challenges of running a small charity, we have a lot to be grateful for at WonderWork this Thanksgiving.

We're thankful that so far this year we've helped provide more than 68,000 surgeries for children and adults who could never afford them.

We're helping severely burned children rebuild their bodies and faces.

We're helping crippled children walk, stand and run for the first time.

We're helping restore the eyesight of tens of thousands of blind children and adults.

Most of them had waited many years for surgery.

We're thankful for our 61 partners which includes local hospitals and clinics in many of the poorest countries in the world.

From slums in India to refugee camps in Africa to rural villages in Nepal, hundreds of our partner surgeons, nurses and anesthesiologists are working 7 days a week operating on the poorest of the poor.









100% of all donations goes towards our free surgery programs.
A founding donor pays all admin and fundraising expenses.

411 Fifth Avenue, Suite 702, New York, NY 10016   T. 212.729.1655   WonderWork.org

This is DeLois in the Philippines in 1986 on her very first surgical mission. Since then, she has helped provide more than 1 million surgeries.



We're thankful for the more than 200,000 donors and supporters who helped us get this charity started five years ago and continue to help us every day.

Without our donors and supporters, we could help no one.

We're very grateful for our small, but very talented and experienced staff. Believe it or not, we have just 9 employees.

DeLois Greenwood, our Chief Program Officer, has been helping provide surgeries for poor children since 1986.

I have never worked with a team that cared as much, worked as hard or got as much done day in and day out.



We're grateful for our Founding Donor who is paying all of our overhead, salaries and fundraising expenses so 100% of our donations can be used for our free surgery programs.

Finally, we are very thankful for *your* help and support.

I realize that you probably support a lot of very worthy causes.

But please know that none of them appreciate your support more than we do!

Happy Thanksgiving,

Brian
Co-Founder
212-729-1855
brian@wonderwork.org

P.S. I am including an envelope for any feedback, ideas, suggestions you might have for us! We would love to hear from you.



I am preparing for a trip to rural Bangladesh to visit a floating hospital boat that goes to very poor villages that can't be reached by car. I will send you some photos and stories. Until then, thank you so much for helping us.



Attorney's Eyes Only

Karen Lazarus
WonderWork
411 5th Ave
Ste 702
New York, NY 10016

100%-2257

**100%** of all donations goes
towards our free surgery programs.
A founding donor pays all admin
and fundraising expenses.

wonder
work

411 Fifth Avenue, Suite 702
New York, NY 10016

Attn: Brian

Attorney's Eyes Only

WON06122



There's a 15-minute surgery that can restore the eyesight of children who are completely blind.

20/20/20 CF0E

**NNE** Mary-Kirug

**Client/Job:** WW_1305_20_AQNEW_CFOE
**Size:** 9.5" x 4.125" (#10)
**Color:** C■ M■ Y■ K■

**Stock:**
**Window Specs:** N/A

WON-EX 9333

**2020|20**
RESTORING THE EYESIGHT OF
20 MILLION BLIND
CHILDREN AND ADULTS

P.O. Box 96669
Washington, DC 20090-6669

Send us a donation and we'll never ask for another!

NNE
Marketing

Client/Job: WW_1305_20_AQNEW_CFOE
Size: 9.5"x 4.125" (#10)
Color: C■ M■ Y■ K■

Stock:
Window Specs: N/A

WON-EX 9334

20/20/20 RE-DROP 1

Return Address

Attention: Brian

20/20/20
PO Box 96669
Washington, DC 20090-6669

RA13205058HXX588537

20/20/20 is a voluntary charity program. Your gift is very much appreciated and fully deductible as a charitable contribution. A copy of our latest financial report may be obtained by writing to Vescorvestor, Inc. 420 Fifth Avenue, 27th Floor, New York, NY 10018, 212-360-5544. If you are a resident of one of these states, you may obtain financial information directly from the state agency: FLORIDA — A COPY OF THE OFFICIAL REGISTRATION AND FINANCIAL INFORMATION MAY BE OBTAINED FROM THE DIVISION OF CONSUMER SERVICES BY CALLING TOLL-FREE, 1-800-435-7352 (800-HELP-FLA) WITHIN THE STATE. REGISTRATION DOES NOT IMPLY ENDORSEMENT, APPROVAL, OR RECOMMENDATION BY THE STATE. Florida Registration Division DES5016. GEORGIA — A full and fair description of our programs and our financial statement summary is available upon request at the office and phone number described below. MARYLAND — For the cost of copies and postage, documents and information submitted under the Maryland Solicitations Act are available from the Secretary of State. State documents and information submitted under the Maryland Solicitations Act are available for the cost of copies and postage from the Secretary of State. MICHIGAN — MICS No. 21401. MISSISSIPPI — The official registration and financial information may be obtained from the Mississippi Secretary of State's office by calling 1-888-236-6167. Registration by the Secretary of State does not imply endorsement. NEW JERSEY — INFORMATION FILED WITH THE ATTORNEY GENERAL CONCERNING THIS CHARITABLE SOLICITATION AND THE PERCENTAGE OF CONTRIBUTIONS RECEIVED BY THE CHARITY DURING THE LAST REPORTING PERIOD THAT WERE DEDICATED TO THE CHARITABLE PURPOSE MAY BE OBTAINED FROM THE ATTORNEY GENERAL OF THE STATE OF NEW JERSEY BY CALLING (973) 504-6215 AND IS AVAILABLE ON THE INTERNET AT http://www.state.nj.us/lps/ca/charfrm.htm. REGISTRATION WITH THE ATTORNEY GENERAL DOES NOT IMPLY ENDORSEMENT. NEW YORK — Office of the Attorney General, Department of Law, Charities Bureau, 120 Broadway, New York, NY 10271. NORTH CAROLINA — FINANCIAL INFORMATION ABOUT THIS ORGANIZATION AND A COPY OF ITS LICENSE ARE AVAILABLE FROM THE STATE SOLICITATION LICENSING BRANCH AT 1-888-830-4989. THE LICENSE IS NOT AN ENDORSEMENT BY THE STATE. PENNSYLVANIA — The official registration and financial information of Vescorvestor, Inc. may be obtained from the Pennsylvania Department of State by calling toll-free, within Pennsylvania, 1-800-732-0999. Registration does not imply endorsement. VIRGINIA — Virginia State Office of Consumer Affairs, Department of Agriculture and Consumer Services, PO Box 1163, Richmond, VA 23218. WASHINGTON — Charities Division, Office of the Secretary of State, State of Washington, Olympia, WA 98504-0422, 1-800-332-4483. WISCONSIN — A financial statement of the charitable organization disclosing assets, liabilities, fund balances, revenue and expenses for the preceding fiscal year will be provided to any person upon request. WEST VIRGINIA — Residents may obtain a summary of the registration and financial documents from the Secretary of State, State Capitol, Charleston, WV 25305. Registration with any of these state agencies does not imply endorsement, approval or recommendation by any state.

Stock:
Special Instructions:

Client/Job: WW_1305_20_ACCTR_RE
Size: 8.875 x 3.875 (#9)
Color: PMS929■

WON-EX 9335

20/20/20 Trifold



One million blind children could have their eyesight restored through a $300 surgery.

## 20|20|20
RESTORING THE EYESIGHT OF
20 MILLION BLIND
CHILDREN AND ADULTS

---

Millions who are waiting for surgery to restore their eyesight will never receive it unless someone helps them.

*You* can be that someone.

## 20|20|20
RESTORING THE EYESIGHT OF
20 MILLION BLIND
CHILDREN AND ADULTS

P.O. Box 96669
Washington, DC 20090-6669
20x20x20.org

20/20/20 is a WonderWork charity program. WonderWork, Inc. is a 501 (6)(3) nonprofit, charitable organization recognized by the IRS. All donations are tax deductible in accordance with IRS regulations. © 2013 20|20|20

Stock:
Special Instructions:

---

In developing countries, blindness is 500% more prevalent than in the U.S.



Millions of children and adults become blind every year and it can happen at any age.

Babies are born completely blind in both eyes.

Children who have perfect eyesight suddenly go blind in one eye or both.

Teenagers suffer injuries that cause them to go completely blind.

Parents become blind and lose their jobs, their income and their families.

Grandparents lose their eyesight and become a huge burden to their families.

**All of them could have their eyesight restored — if someone helps them.**

NNE

Client/Job: WW_1305_20_AQNEW_TRI
Size: 8.5 x 11"
Color: C ■ M ■ Y ■ K ■

WON-EX 9336

## They've invented a surgery that can cure blindness in 15 minutes.

It sounds unbelievable but it's true.

Half of all the blind children and adults in the world — that's 20 million people — could have their eyesight restored through a miracle surgery that takes 15 minutes and costs $300.

It is a modern-day medical miracle.

The bad news is that even at $300, most blind children and adults in developing countries could never afford this surgery.

So millions of blind children and adults — who are often referred to as the "needlessly blind" — will remain blind.

Forever.

Unless someone helps them.

That's why we started 20/20/20.

To restore 20/20 vision to 20 million blind children and adults!

To give them back not just their eyesight — but their future too.

But we can't do it without your help.

Please help us restore the vision of a child or adult who is blind.

## 20/20/20 is different than other charity programs.

### We're focused on a single problem: helping the blind see.

Unlike most charities that try to solve many different problems, we're focused exclusively on just one. This helps us be more productive and cost-efficient. And it makes it easy for us to measure our progress and effectiveness. Our name says it all — our mission is to help restore 20/20 vision for 20 million blind children and adults.

### We deliver results you can see and benefits that last a lifetime.

Unlike charities that are searching for a cure or that do things that you can't really see or appreciate, what we do is crystal clear. We provide miracle surgeries that in a matter of minutes can restore the eyesight of children and adults who are blind. Permanently.

### We give donors the opportunity to save a child's life.

Literally. The World Health Organization reports that in developing countries, 60% of children die within 1-2 years of going blind.

Our miracle surgeries not only can give these children their eyesight back — but their future too.

### We give donors the maximum impact for every donation.

Every donor wants to know that their donation,

whatever amount, actually makes a difference. What could be more impactful than restoring the eyesight of a child who is completely blind? And saving them from a lifetime of suffering, pain and heartache?

### 20/20/20 is managed like a business.

20/20/20 has a very experienced management team that takes great pride in the fact that it is held accountable for achieving specific goals and very ambitious results. We measure and monitor everything we do. Every program, every direct mail campaign, every dollar that we spend.

### Extremely low overhead. Sky-high productivity.

Donors don't like charities that spend a lot on overhead and administration.

Neither do we.

We have a tiny staff working in a half-price sublet office that came with free furniture. All of our technology — email, servers, networks — is in the "cloud" which saves millions of dollars.

### 20/20/20 is a WonderWork charity program.

This means we share office space, personnel, computers, etc. with other charity programs in order to dramatically reduce our overhead, administration and fundraising costs.



Stock:
Special Instructions:

NNE Marketing
Client/Job: WW_1305_20_AQNEW_TRI
Size: 8.5"x11"
Color: C ▪ M ▪ Y ▪ B K ▪

# Information About Cloudy Lenses and Your Vision

## What is a cloudy lens?

A cloudy lens affects vision and can cause blindness. Most cloudy lens problems are related to aging and very common in older people. By age 80, more than half of all Americans either have experienced a cloudy lens or have had surgery to correct cloudy lens. A cloudy lens can occur in either one or both eyes. It cannot spread from one eye to the other. A congenital cloudy lens is present at birth. The lens of the eye is normally clear. It focuses light that comes into the eye onto the retina. In most patients, no cause can be found.

## What is the lens?

The lens is a clear part of the eye that helps to focus light, or an image, on the retina. The retina is the light-sensitive tissue at the back of the eye. In a normal eye, light passes through the transparent lens to the retina. Once it reaches the retina, light is changed into nerve signals that are sent to the brain. The lens must be clear for the retina to receive a sharp image. If the lens is cloudy from a cloudy lens, the image you will see will be blurred.

## What types of cloudy lenses are there?

Although most cloudy lens problems are related to aging, there are other types: **Secondary** — A cloudy lens can form after surgery from other eye problems, such as glaucoma. A cloudy lens can also develop in people who have other health problems, such as diabetes. A cloudy lens can sometimes be linked to steroid use. **Traumatic** — A cloudy lens can develop after an eye injury, sometimes years later. **Congenital** — Some babies are born with a cloudy lens or develop

them in childhood, often in both eyes. These may not affect vision. If they do, the lenses may need to be removed. **Radiation** — A cloudy lens can develop after exposure to some types of radiation.

## What are the causes of a cloudy lens?

The lens of the eye is normally clear. It acts like the lens on a camera, focusing light as it passes to the back of the eye. Until a person is around age 45, the shape of the lens is able to change. As we age, proteins in the lens begin to break down and the lens becomes cloudy. What the eye sees may appear blurry. This condition is known as a cloudy lens. Factors that may speed up cloudy lens formation are: Diabetes; Smoking; Eye inflammation; Eye injury; Family history of cloudy lens; Long-term use of corticosteroids (taken by mouth) or certain other medications; Radiation exposure; Surgery for another eye problem; Too much exposure to ultraviolet light (sunlight). In many cases, the cause of a cloudy lens is unknown

## How can a cloudy lens affect my vision?

Age-related cloudy lens can affect your vision in two ways: Clumps of protein reduce the sharpness of the image reaching the retina. The lens consists mostly of water and protein. When the protein clumps up, it clouds the lens and reduces the light that reaches the retina. The clouding may become severe enough to cause blurred vision. Most age-related cloudy lens develops from protein clumpings. When a cloudy lens is small, the cloudiness affects only a small part of the lens. You may not notice any changes in your vision. Cloudy lens tend to "grow" slowly, so vision gets worse gradually. Over time, the cloudy area in the lens may get larger, and the cloudy lens may increase in size. Seeing may become more difficult and your vision may get duller or blurrier. The clear lens slowly changes to a yellowish/brownish color, adding a brownish tint to vision. As the clear lens slowly colors with age, your vision gradually may acquire a brownish shade. At first, the amount of tinting may be small and may not cause a vision problem. Over time, increased tinting may make it more difficult to read and perform other routine activities. This gradual change in the amount of tinting does not affect the sharpness of the image transmitted to the retina. If you have advanced lens discoloration, you may not be able to identify blues and purples. You may be wearing what you believe to be a pair of black socks, only to find out from friends that you are wearing purple socks.

## When are you most likely to have a cloudy lens?

The term "age-related" is a little misleading. You do not have to be a senior citizen to get this type of cloudy lens. In fact, people can have an age-related cloudy lens in their 40s and 50s. But during middle age, most cloudy lens are small and do not affect vision. It is after age 60 that most cloudy lenses steal vision.

## What are the symptoms of a cloudy lens?

Blurry vision; Colors that seem faded; Glare; Headlights, lamps, or sunlight may appear too bright; A halo may appear around lights; double vision; not being able to see well at night; frequent prescription changes in your eye wear. These symptoms also can be a sign of other eye problems. If you have any of these symptoms, check with your eye care professional. Cloudy lens usually develops slowly. New glasses, brighter lighting, anti-glare sunglasses or magnifying lenses can help at first. Surgery is also an option. It involves removing the cloudy lens and replacing it with an artificial lens. Congenital cloudy lens usually looks different than other forms of cloudy lens. Symptoms include: Infant doesn't seem to be able to see (if cloudy lens are in both eyes); Gray or white cloudiness of the pupil (which is normally black); "Red eye" glow of the pupil is missing in photos, or is different between the two eyes; Unusual rapid eye movements (nystagmus).

## How is a cloudy lens detected?

A cloudy lens is detected through a comprehensive eye exam that includes: **Visual acuity test** — This eye chart test measures how well you see at various distances. **Dilated eye exam** — Drops are placed in your eyes to widen, or dilate, the pupils. Your eye care professional uses a special magnifying lens to examine your retina and optic nerve for signs of damage and other eye problems. After the exam, your close-up vision may remain blurred for several hours. **Tonometry** — An instrument measures the pressure inside the eye. Numbing drops may be applied to your eye for this test.

## How is a cloudy lens treated?

The symptoms of early cloudy lenses may be improved with new eyeglasses, brighter lighting, anti-glare sunglasses, or magnifying lenses. If these measures do not help, surgery is the only effective treatment. Surgery involves removing the cloudy lens and replacing it

IWCO Job No: 2013032
Component: Information Insert

Project: WW 20/20/20 February Acquisition
Size: 10.5x5.5

Date: 01/28/13
Ink: 1/1: Black

Stock: white

Stage: FINAL

with an artificial lens. A cloudy lens needs to be removed only when vision loss interferes with your everyday activities, such as driving, reading, or watching TV. You and your eye care professional can make this decision together. Once you understand the benefits and risks of surgery, you can make an informed decision about whether cloudy lens surgery is right for you. In most cases, delaying cloudy lens surgery will not cause long-term damage to your eye or make the surgery more difficult. You do not have to rush into surgery. Sometimes a cloudy lens should be removed even if it does not cause problems with your vision. For example, a cloudy lens should be removed if it prevents examination or treatment of another eye problem, such as age-related macular degeneration or diabetic retinopathy.

If you have a cloudy lens, you may not need cloudy lens surgery for several years. In fact, you might never need cloudy lens surgery. By having your vision tested regularly, you and your eye care professional can discuss if and when you might need treatment. If you choose surgery, your eye care professional may refer you to a specialist to remove the cloudy lens. If you have cloudy lens in both eyes that require surgery, the surgery will be performed on each eye at separate times, usually four to eight weeks apart. Many people who need cloudy lens surgery also have other eye conditions, such as age-related macular degeneration or glaucoma. If you have other eye conditions in addition to cloudy lens, talk with your doctor. Learn about the risks, benefits, alternatives, and expected results of cloudy lens surgery.

## How is a congenital cloudy lens treated?

If congenital cloudy lenses are mild and do not affect vision, they may not need to be treated, especially if they are in both eyes. Moderate to severe cloudy lenses that affect vision, or a cloudy lens that is in only one eye, will need to be treated with cloudy lens removal surgery. In most (noncongenital) cloudy lens surgeries, an artificial intraocular lens (IOL) is inserted into the eye. The use of IOLs in infants is controversial. Without an IOL, the infant will need to wear a contact lens. Patching to force the child to use the weaker eye is often needed to prevent amblyopia.

## Is cloudy lens surgery effective?

Cloudy lens removal is one of the most common operations performed in the United States. It also is one of the safest and most effective types of surgery. In about 90 percent of cases, people who have cloudy lens surgery have better vision afterward.

## What are the risks of cloudy lens surgery?

Early diagnosis and treatment are key to preventing permanent vision problems. As with any surgery, cloudy lens surgery poses risks, such as infection and bleeding. Before cloudy lens surgery, your doctor may ask you to temporarily stop taking certain medications that increase the risk of bleeding during surgery. After surgery, you must keep your eye clean, wash your hands before touching your eye, and use the prescribed medications to help minimize the risk of infection. Serious infection can result in loss of vision. Cloudy lens surgery slightly increases your risk of retinal detachment. Other eye disorders, such as high myopia (nearsightedness), can further increase your risk of retinal detachment after cloudy lens surgery. One sign of a retinal detachment is a sudden increase in flashes of floaters. Floaters are little "cobwebs" or specks that seem to float about in your field of vision. If you notice a sudden increase in floaters or flashes, see an eye care professional immediately. A retinal detachment is a medical emergency. If necessary, go to an emergency service or hospital. Your eye must be examined by an eye surgeon as soon as possible. A retinal detachment causes no pain. Early treatment for retinal detachment often can prevent permanent loss of vision. The sooner you get treatment, the more likely you will regain good vision. Even if you are treated promptly, some vision may be lost. Talk to your eye care professional about these risks. Make sure cloudy lens surgery is right for you.

## When to contact a medical professional

Call for an appointment with your health care provider if you have: decreased night vision, problems with glare, or vision loss.

## How can I prevent cloudy lenses?

The best prevention involves controlling diseases that increase the risk of a cloudy lens, and avoiding exposure to factors known to promote cloudy lens formation. Wearing sunglasses and a hat with a brim when you are outside during the day can reduce the amount of ultraviolet (UV) light your eyes are exposed to. Some sunglasses do not filter out the harmful UV. An optician should be able to tell you which sunglasses filter out the most UV. For patients who smoke cigarettes, quitting will decrease the risk of cloudy lenses. Researchers also believe good nutrition can help reduce the risk of age-related cloudy lenses. They recommend eating green leafy vegetables, fruit, and other foods with antioxidants. If you are age 60 or older, you should have a comprehensive dilated eye exam at least once every two years. In addition to cloudy lens, your eye care professional can check for signs of age-related macular degeneration, glaucoma, and other vision disorders. Early treatment for many eye diseases may save your sight



**202020**
RESTORING THE EYESIGHT OF
20 MILLION BLIND
CHILDREN AND ADULTS

## Summary

A cloudy lens is a clouding of the eye's lens and is the leading cause of blindness worldwide, and the leading cause of vision loss in the United States. Cloudy lens can occur at any age due to a variety of causes, and can be present at birth. Although treatment for the removal of a cloudy lens is widely available, access barriers such as insurance coverage, treatment costs, patient choice, or lack of awareness prevent many people from receiving the proper treatment. An estimated 20.5 million (17.2%) Americans 40 years and older have a cloudy lens. In one or both eyes, and 6.1 million (5.1%) have had their lens removed operatively. The total number of people who have cloudy lenses is estimated to increase to 30.1 million by 2020.

*Information was derived from the U.S. Government National Institutes of Health, the National Eye Institute and the Centers for Disease Control and Prevention.*

WON-EX 9339



**Yes,** I want to give the blind a chance to see...

○ $300 to provide a full surgery
○ $150 to provide half a surgery
○ $75 for anesthesia
○ $_____ Any amount will help

▮▮▮▮▮▮▮▮

○ If you prefer to charge your gift to a credit card, please check here and see other side.

*A $300 donation makes you a Founding Donor!*

○ Please send me updates about 20/20/20.
○ I'd like to receive limited communications.
○ Please do not ask me for another donation.

(Please allow 8 weeks to be removed from our mailing list. Thanks for your patience as we process your request.)

F177919732 NA13050812XXX01615

# 20|20|20
**RESTORING THE EYESIGHT OF 20 MILLION BLIND CHILDREN AND ADULTS**

One donation from you can restore the eyesight of a blind child or adult.
(And we'll never ask for another.)

Dear Ms. ▮▮▮▮

Just think if you were born into a poor family, living in a mud hut, in one of the poorest countries in the world.

And you are completely blind. In both eyes. Since birth.

I recently met a 5-year-old boy who had been born into this horrific situation.

We met at a small hospital in rural Ethiopia where we were helping hundreds of children who needed free cleft surgery. As the co-founder and former CEO of Smile Train, my team and I helped 700,000 children undergo surgery they would otherwise never have received.

But there was nothing I could do to help this 5-year-old boy.

That broke my heart.

I watched him being led around by his friend and his future was as bleak as the look on his face. When I returned to the U.S., the pictures that I took really haunted me. So I did some research and what I learned was shocking.

**There are 40 million blind children and adults in the world. Half of them could see tomorrow if they received a simple surgery that costs just $300.**

Yes, I know this sounds like it cannot possibly be true. But it is.

20 million children and adults are blind because they are too poor to afford a simple 15-minute surgery. So they remain blind. For life. They're called the "needlessly blind." What a wretched name.

My second reaction was, that's not a surgery — that is a miracle!

A 15-minute surgery that can restore the eyesight of someone who is completely blind is a modern-day, medical miracle.

**So why haven't all of these blind children and adults been helped already?**

This answer is also unbelievable. Today, in developing countries, 20 million children and adults remain blind *solely because they are too poor to afford the $300 miracle surgery that could restore their eyesight*.

So they will remain blind. Forever.

Unless someone helps them.

**You can be that someone.**

That's why we created 20/20/20.

To restore the eyesight of 20 million children and adults.

To give each one of them back not just their vision — but their future.

And a 2nd chance at life that they never thought they'd get. But we can't do it without your help.

PK09_0010664

WON-EX 9340

Visit our web site at 20x20x20.org to make a secure donation online.

Enclosed is my check payable to 20/20/20. If you prefer, we accept:

( ) MasterCard   ( ) VISA   ( ) American Express   ( ) Discover

Card # _____ CVV# _____ Exp. Date _____

Signature _____

20/20/20 sometimes allows other worthy organizations to mail to our donors. If you do not wish to receive these mailings, or if you would like to change the frequency of mailings from us, let us know. We are happy to respect your wishes. 20/20/20 is a WonderWork charity program. WonderWork is a 501 (c) (3) nonprofit charitable organization recognized by the IRS. All donations are tax deductible in accordance with the law.

**20|20|20**
RESTORING THE EYESIGHT OF
**20 MILLION BLIND
CHILDREN AND ADULTS**

P.O. Box 96669
Washington, DC 20090-6669
**20x20x20.org**

We're a new charity program and we receive no money from the government or big foundations and corporations.

Every life-changing surgery we provide is paid for with donations from generous individuals like you.

**YOU can make a miracle happen for a blind child or a blind adult.**

**YOU can save someone from a lifetime of blindness.**

**Will you please help us?**

100% of your donation will go towards programs — 0% goes to overhead or fundraising.

The impact of even a modest donation can be enormous.

Imagine what you would pay to save your child from a lifetime of blindness.

Imagine what this surgery means to these children and their parents. It means the world — and it costs so little.

To thank you for helping us, I will send you a photo of a child you helped.

I promise those photos will open your eyes too.

Thanks for helping us help these kids.

_Thanks for helping us!_

Brian Mullaney
Co-Founder

P.S. Would you honor us by becoming a Founding Donor? All it takes is a $300 donation. I'll send you a certificate of appreciation and when we're helping millions of blind children and adults a year, you'll be proud you helped us get started.

P.P.S. 20/20/20 is a WonderWork charity program, which means we share our office space, personnel and computers with other charity programs to keep our overhead expenses very, very low.

WON-EX 9341