MULLANEY
EXHIBIT 11

**From:** Hana Fuchs
**Sent:** Friday, October 21, 2016 3:12 PM
**To:** Brian Mullaney (brian@wonderwork.org)
**Subject:** net assets restricted as of Oct 20, 2016.xlsx
**Attachments:** net assets restricted as of Oct 20, 2016.xlsx

Hi Brian,

I did a worksheet showing remaining restricted net assets as of today (unaudited and did not include the direct mail allocation since I have not had it audited as yet).

It shows that we have $8.6 million net assets restricted for programs this includes the $4million for the hospital and $250,000 for the database and the pledged $1million to be released over time.

Let me know if you need additional information.

I can send this to Karen or just send her the total of $8,618,777

Thanks Hana

EXHIBIT -11
Brian Mullaney
8/16/17
S. Arielle Santos, RPR, CSR
TransPerfect Legal

RESTRICTED NET ASSETS

| | FY15 per audit | FY16 | | | | | FY17 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Restricted Net Assets at 6/30/15 | FY16 Donations | Total Net Restricted Assets | Program Expenses | Net Assets Released | Restricted Net Assets at 6/30/16 | FY17 Donations | Total Net Restricted Additions | Program Expenses to release net assets | Restricted Net Assets at 10/20/16 |
| 4010 Blindness (N) | 1,093,040.39 | 4,244,257.32 | 5,337,297.71 | 1,060,000.00 | 1,060,000.00 | 4,277,297.71 | 848,057.43 | 5,125,355.14 | 512,500.00 | 4,612,855.14 |
| 4020 Burns (B) | 1,334,093.00 | 535,864.64 | 1,869,957.64 | 257,200.00 | 257,200.00 | 1,612,757.64 | 116,024.72 | 1,728,782.36 | 30,000.00 | 1,698,782.36 |
| 4030 Clubfoot (C) | 1,900,379.50 | 697,154.04 | 2,597,533.54 | 1,365,000.00 | 1,365,000.00 | 1,232,533.54 | 182,119.47 | 1,414,653.01 | 30,000.00 | 1,384,653.01 |
| Project Varanasi | 0.00 | 4,000,000.00 | 4,000,000.00 | | | 4,000,000.00 | | 4,000,000.00 | | 4,000,000.00 |
| database | 0.00 | | 0.00 | | | 0.00 | 250,000.00 | 250,000.00 | | 250,000.00 |
| Time ███ gift over 5 years | 169,541.00 | 1,000,000.00 | 1,169,541.00 | | 169,541.00 | 1,000,000.00 | | 1,000,000.00 | | 1,000,000.00 |
| Restricted donations remaining | 4,497,053.89 | 10,477,276.00 | 14,974,329.89 | 2,682,200.00 | 2,851,741.00 | 7,795,076.00 | 1,396,201.62 | 9,191,277.62 | 572,500.00 | 8,618,777.62 |

WW_EMAILS0040125

MULLANEY
EXHIBIT 12



EXHIBIT -12
Brian Mullaney
8/16/17
S. Anelle Santos, RPR, CSR
**TransPerfect Legal**

Attorneys' Eyes Only

WON02544

**20|20|20**
RESTORING 20/20 VISION
TO 20 MILLION BLIND
CHILDREN AND ADULTS

P.O. Box 96669
Washington, DC 20090-6669
www.20x20x20.org

*Photo enclosed.*
DO NOT BEND

Attorneys' Eyes Only

WON02545



**20|20|20**
RESTORING 20/20 VISION
TO 20 MILLION BLIND
CHILDREN AND ADULTS



Dear Sample A. Sample,

Take a look at the photo. This is Rupali. She's beautiful, isn't she?

You'd never know that this smiling, precious 7-year-old girl was born blind — and, not too long ago, she had no friends and had never gone to school. *That's because she's not blind now.*

Thanks to the kindness and compassion of people like you who opened their hearts — and their wallets — she underwent a 15-minute surgery that restored her sight ... and her chances for a healthy, happy life.

As the co-founder and former president of Smile Train, I've traveled to the poorest countries in the world. I've seen a lot of needless suffering and a lot of miracles.

But I've never seen anything as powerful as watching a child who was blind open up their eyes and see.

There are no words to describe it, and I wish you could be there to witness the overwhelming joy of a child receiving this most precious gift.

That's why it breaks my heart to know that countless children like Rupali will spend their entire lives never seeing their parents' faces, never being able to attend school or make new friends ... simply because they are poor and cannot afford surgery.

Sample A. Sample, the 15-minute surgery that can cure blindness is a medical miracle to be sure. And even though it only costs $300, families in developing countries could never afford it — not in a hundred years.

So we started **20/20/20** to provide these life-changing "miracle" surgeries at no cost.

**20/20/20** receives no big grants from the government, foundations, or corporations. *The only way we're able to do this is through the incredible generosity of caring people who support our mission — people like you.*

I realize $300 is a large gift to make, so I would be eternally grateful for whatever you can give — hopefully $25, $50, or even $75.

I promise you it will make a life-changing difference.

Because Rupali can see now, she can go to school, make friends, and enjoy

*(over, please)*

20 | 20 | 20 | P.O. Box 96669, Washington, DC 20090-6669 | www.20x20x20.org

Attorneys' Eyes Only
WON02546

a much, much brighter future. An adult who receives an eyesight-restoring surgery is able to work and take care of their families. *Sight is everything when you have next to nothing and there are no resources available.*

**That's why we're pouring our hearts and souls into helping blind children and adults in need.**

At about 2%, **20/20/20** has one of the lowest administrative costs of any major charity. In a short time, we've been able to restore the eyesight of 101,710 blind children and adults.

But, for every child like Rupali, there are millions more just like her — and moms and dads and grandparents too — who will remain blind ... <u>unless someone helps them.</u>

*I really hope you'll be that someone.*

<u>Please return a gift today and help a child or adult see tomorrow.</u>

I promise, you will not regret it.

From the bottom of my heart, thank you.

Sincerely,

Brian Mullaney
Co-Founder & CEO

P.S. Want to see what a difference your gift makes? Visit **www.20x20x20.org** and watch as two sisters see their mom and the world for the first time.

You can help make these miracles possible. No matter how much you can send, <u>you will touch and change someone's life.</u> So please return your gift in the enclosed envelope, or you can make your gift online in a matter of seconds. As a thank-you for your gift, we'll send you another photo of child who can now see thanks to the generosity of people like you.

Attorneys' Eyes Only

Dear Brian,

I wholeheartedly believe in what you are doing and want to help 20/20/20 give the gift of sight to children and adults who only remain blind simply because they are poor.

I've enclosed a generous gift in the amount of:

☐ $300, which can provide one full eye surgery
☐ $150, which can provide half a surgery
☐ $75, which can provide anesthesia for the surgery
☐ $50, which can provide surgical supplies for two eye surgeries
☐ $25, which can provide surgical supplies for one eye surgery
☐ $_____. Any amount will help!

☐ I would like to pay for the $300 surgery over time.
　Please charge my credit card $25 a month for the next 12 months.

**Make it Monthly!**
*See details on reverse.*

20|20|20
RESTORING GOOD VISION
TO 20 MILLION BLIND
CHILDREN AND ADULTS

C1504TTT
20/20/20 April ACQ Photo Card Testt
*Quantity: 50,047
Mail date: 4/14/15

☐ Please send me updates about 20|20|20.
　My email address is:

*To watch two sisters see for the very first time, visit www.20x20x20.org.*

Please mail this reply form with your check payable to 20|20|20 in the envelope provided. Thank you! To make a gift with a credit card, please see other side.

F786475913 NA15041405XX1RA021

Attorneys' Eyes Only

WON02548



**Credit Card Donations**
If you prefer, we accept:

☐ VISA  ☐ ⬤⬤  ☐ DISCOVER  ☐ AMERICAN EXPRESS

Card #: _____

CVV#: _____  Exp. Date: ____/____

One time gift of $ _____  Monthly gift of $ _____

Signature: _____

# 20|20|20
RESTORING 20/20 VISION
TO 20 MILLION BLIND
CHILDREN AND ADULTS

www.2020x20.org
P.O. Box 96669,
Washington, DC 20090-6669

202020 sometimes allows other worthy organizations to mail us our donors. If you do not wish to receive these mailings, or if you'd like to change the frequency of mailings from us, let us know. We are happy to respect your wishes. 202020 is a WonderWork charity program. WonderWork is a 501(c)(3) nonprofit, charitable organization recognized by the IRS. All donations are tax deductible in accordance with the law.

## Prevent a Lifetime of Suffering with a Small Monthly Gift

Half of all the blind children and adults in the world could see tomorrow thanks to a miracle surgery that costs only $300. But because they are so poor, 99% of them will never receive surgery unless someone helps them. YOU could be that someone.

202020 provides a simple, safe surgery that takes as little as 15 minutes and restores the eyesight of a blind child or adult. By making a monthly gift of just $25 (around 80¢ per day), you can help provide the funding for at least one of these miracle surgeries to prevent a lifetime of suffering.

Your monthly commitment will be automatically charged to your debit or credit card, and you'll never have to mail a check, find an envelope, or buy a stamp to help a blind child or adult. Simply fill in the credit card information on the left and become a monthly supporter today!

Attorneys' Eyes Only

WON02549





WON02550

Attorneys' Eyes Only



Rupali is a seven-year-old girl who was born blind in a very poor village in Eastern India. None of the other children wanted to play with her. And she couldn't go to school. Then her parents took her to a hospital where she received eye surgery funded by 20/20/20.

Rupali can now go to school, she has many new friends, and she's filled with joy because she can now see her way to a brighter future. Her father, who is a laborer and could never in a hundred years have afforded the $300 surgery, is very grateful that his daughter's blindness was cured by generous friends from halfway around the world.

2020/20
RESTORING 20/20 VISION
TO 20 MILLION BLIND
CHILDREN AND ADULTS

P.O. Box 96669, Washington, D.C 20090-6669 | www.20-20x20.org

Attorneys' Eyes Only

WON02551

# 2020 2020

RESTORING 20/20 VISION
TO 20 MILLION BLIND
CHILDREN AND ADULTS

# Information About Blindness

Providing valuable public information is one of our most important programs and an important part of our mission.

## Vision Impairment and Blindness

Vision impairment, or low vision, means that even with eyeglasses, contact lenses, medicine, or surgery, you don't see well. Vision impairment can range from mild to severe. The leading causes of vision impairment and blindness in the United States are age-related eye diseases: macular degeneration, cataracts, and glaucoma. Other eye disorders, eye injuries, and birth defects can also cause vision loss. A new way of doing things. If you have some vision, visual aids such as special glasses and large-print books can make life easier. There are also devices to help those with no vision, like text-reading software and braille books. Sometimes, vision loss is preventable. Regular comprehensive eye exams and prompt treatment are critical.

## Some Causes of Blindness

### Macular Degeneration

Macular degeneration, or age-related macular degeneration (AMD), is a leading cause of vision loss in Americans 60 and older. It is a disease that destroys your sharp, central vision. You need central vision to see objects clearly and to do tasks such as reading and driving. AMD affects the macula, the part of the eye that allows you to see fine detail. It does not hurt, but it causes cells in the macula to die. There are two types, wet and dry. Wet AMD happens when abnormal blood vessels grow under the macula. These new blood vessels often leak blood and fluid. Wet AMD damages the macula quickly. Blurred vision is a common early symptom. Dry AMD happens when the light-sensitive cells in the macula slowly break down. Your gradually lose your central vision. A common early symptom is that straight lines appear crooked. Regular comprehensive eye exams can detect macular degeneration before the disease causes vision loss. Treatment can slow vision loss. It does not restore vision.

### Glaucoma

Glaucoma is a group of diseases that can damage the eye's optic nerve. It is a leading cause of blindness in the United States. It usually happens when the fluid pressure inside the eyes slowly rises, damaging the optic nerve. Often, there are no symptoms at first. Without treatment, people to be looking through a tunnel. Over time, straight-ahead vision may decrease until no vision remains. A comprehensive eye exam can tell you if you have glaucoma. People at risk should get eye exams at least every two years. They include African-Americans over age 40; people over age 60, especially Mexican-Americans; and people with a family history of glaucoma. There is no cure, but glaucoma can usually be controlled. Early treatment can help protect your eyes against vision loss. Treatments usually include prescription eyedrops and/or surgery.

### Cataracts

A cataract is a clouding of the lens of the eye and is the leading cause of blindness worldwide, and the leading cause of vision loss in the United States. Cataracts can occur at any age due to a variety of causes, and can be present at birth. Although treatment for the removal of cataract is widely available, access barriers, such as insurance coverage, treatment costs, patient choice, or lack of awareness, prevent many people from receiving the proper treatment. An estimated 20.5 million (17.2%) Americans 40 years and older have cataract in one or both eyes, and 6.1 million (5.1%) have had their lens removed operatively. The total number of people who have cataracts is estimated to increase to 30.1 million by 2020. Common symptoms are blurry vision, colors that seem faded, glare, not being able to see well at night, double vision, frequent prescription changes in your eyewear. Cataract develops slowly. New glasses, brighter lighting, anti-glare sunglasses, or magnifying lenses can help at first. Surgery is also an option. It involves removing the cloudy lens and

replacing it with an artificial lens. Wearing sunglasses and a hat with a brim to block ultraviolet sunlight may help to delay cataracts.

### Congenital Cataracts

A congenital cataract is a clouding of the lens of the eye that is present at birth. The lens of the eye is normally clear. It focuses light that comes into the eye onto the retina. In most patients, no cause can be found.

Congenital cataracts usually look different than other forms of cataract. Symptoms include gray or white cloudiness of the pupil (which is normally black). Infant doesn't seem to be able to see (if cataracts are in both eyes). "red eye" glow of the pupil is missing in photos, or is different between the two eyes; and unusual rapid eye movements (nystagmus). To diagnose congenital cataract, the infant should have a complete eye examination by an ophthalmologist. The infant may also need to be examined by a pediatrician who is experienced in treating inherited disorders. Blood tests or x-rays may also be needed. If congenital cataracts are mild and do not affect vision, they may not need to be treated, especially if they are in both eyes.

Moderate to severe cataracts that affect vision, or a cataract that is in only one eye, will need to be treated with cataract removal surgery. Removing a congenital cataract is usually a safe, effective procedure. Call for an urgent appointment with your baby's health care provider if yet notices that the pupil of one or both eyes appears white or cloudy, or if the child seems to have trouble seeing.

### Amblyopia

Amblyopia, or "lazy eye," is the loss of one eye's ability to see details. It is the most common cause of vision problems in children. Amblyopia occurs when the nerve pathway from one eye to the brain does not develop during childhood. This occurs because the abnormal eye sends a blurred image or the wrong image to the brain. This confuses the brain, and the brain may learn to ignore the image from the weaker eye. Strabismus is the most common cause of amblyopia. There is often a family history of strabismus. Other causes include anisometropia, which often occurs along with strabismus. However, amblyopia can occur without strabismus and people can have strabismus without amblyopia. Amblyopia is usually easily diagnosed with a complete

Attorneys' Eyes Only

WON02553

examination of the eyes. Special tests are usually not needed. Children who are treated before age 5 will usually recover almost completely normal vision, although they may continue to have problems with depth perception. Delaying treatment can result in permanent vision problems. After age 10, only a partial recovery of vision can be expected.

### Eye Injury

According to the American Academy of Ophthalmology, an estimated 90 percent of eye injuries are preventable with the use of proper safety eyewear. Even a minor injury to the cornea — like that from a small particle of dust or debris — can be painful and become a life-long issue, so take the extra precaution and always protect the eyes. If the eye is injured, seek emergency medical help immediately.

### Dangers at Home

When we think of eye protection, we tend to think of people wearing hard hats and safety masks. We often forget that, even at home, we might find ourselves doing work with similar threats to our eyes. Dangerous chemicals that could burn or harm our eyes aren't restricted to chemical laboratories. They're also in our garages and under our kitchen sinks. Debris and other airborne irritants are present at home, too, whether one is doing a home construction project or working in the yard. This debris from a lawnmower or "weed whacker," for example, can be moving at high speeds and provide no time to react. Some sports also put the eyes at risk of injury from foreign objects moving at high speeds.

### Effective Eyewear

The best way to prevent injury to the eye is to always wear the appropriate eye protection. The Bureau of Labor Statistics reports that approximately three of every five workers injured were either not wearing eye protection at the time of the accident or were wearing the wrong kind of eye protection for the job. To be effective, eyewear must fit properly and be effectively designed to protect the eye type involved in the specific task being performed. The Occupational Safety and Health Administration (OSHA) has standards that require employers to provide their workers with the appropriate eye protection

### When to Wear Protective Eyewear

According to these standards, you (or anyone who is watching you work) should always wear properly fitted eye protective gear, such as safety glasses with side protection/shields, when doing work that may produce

particles, slivers, or dust from materials like wood, metal, plastic, cement, and drywall; hammering, sanding, grinding, or doing masonry work; working with power tools; working with chemicals, including common household chemicals like ammonia, oven cleaners, and bleach; using a lawnmower, riding mower, or other motorized gardening devices, like string trimmers; working with wet or powdered cement; welding (which requires extra protection like a welding mask or helmet from sparks and UV radiation); "jumping" the battery of a motor vehicle; being a bystander to any of the above.

### Sports

It's also recommended that you protect your eyes from injury when participating in certain sports, including indoor racket sports, paintball, baseball, basketball, hockey, cycling, and riding or being a passenger on a motorcycle.

### Eye Health Tips

### Simple Tips for Healthy Eyes

Your eyes are an important part of your health. There are many things you can do to keep them healthy and make sure you are seeing your best. Follow these simple steps for maintaining healthy eyes well into your golden years.

Have a comprehensive dilated eye exam. You might think your vision is fine or that your eyes are healthy, but visiting your eye care professional for a comprehensive dilated eye exam is the only way to really be sure. When it comes to common vision problems, some people don't realize they could see better with glasses or contact lenses. In addition, many common eye diseases, such as glaucoma, diabetic eye disease, and age-related macular degeneration often have no warning signs. A dilated eye exam is the only way to detect these diseases in their early stages. During a comprehensive dilated eye exam, your eye care professional places drops in your eyes to dilate, or widen, the pupil to allow more light to enter the eye the same way an open door lets more light into a dark room. This enables your eye care professional to get a good look at the back of the eyes and examine them for any signs of damage or disease. Your eye care professional is the only one who can determine if your eyes are healthy and if you're seeing your best.

Know your family's eye health history. Talk to your family members about their eye health history. It's important to know if anyone has been diagnosed with a disease or condition since many are hereditary. This will help to determine if you are at higher risk for developing an eye disease or condition.

Eat right to protect your sight. You've heard carrots are good for your eyes. But eating a diet rich in fruits and vegetables, particularly dark leafy greens, such as spinach, kale, or collard greens, is important for keeping your eyes healthy, too. Research has also shown there are eye health benefits from eating fish high in omega-3 fatty acids, such as salmon, tuna, and halibut.

Maintain a healthy weight. Being overweight or obese increases your risk of developing diabetes and other systemic conditions, which can lead to vision loss, such as diabetic eye disease or glaucoma. If you are having trouble maintaining a healthy weight, talk to your doctor.

Wear protective eyewear. Wear protective eyewear when playing sports or doing activities around the home. Protective eyewear includes safety glasses and goggles, safety shields, and eye guards specially designed to provide the correct protection for a certain activity. Most protective eyewear lenses are made of polycarbonate, which is 10 times stronger than other plastics. Many eye care providers sell protective eyewear, as do some sporting goods stores.

Quit smoking or never start. Smoking is as bad for your eyes as it is for the rest of your body. Research has linked smoking to an increased risk of developing age-related macular degeneration, cataract, and optic nerve damage, all of which can lead to blindness.

Be cool and wear your shades. Sunglasses are a great fashion accessory, but their most important job is to protect your eyes from the sun's ultraviolet rays. When purchasing sunglasses, look for ones that block out 99 to 100 percent of both UV-A and UV-B radiation.

Give your eyes a rest. If you spend a lot of time at the computer or focusing on any one thing, you sometimes forget to blink and your eyes can get fatigued. Try the 20-20-20 rule: Every 20 minutes, look away about 20 feet in front of you for 20 seconds. This can help reduce eyestrain.

Practice workplace eye safety. Employers are required to provide a safe work environment. When protective eyewear is required as a part of your job, make a habit of wearing the appropriate type in all times and encourage your coworkers to do the same.

Information was derived from the U.S. Government's National Institutes of Health, the National Eye Institute and the Centers for Disease Control and Prevention.

TTEN

WON02554

Place Stamp Here

## 2020|20

PO Box 96669
Washington, DC 20090-6669

RESTORING 20/20 VISION
TO 20 MILLION BLIND
CHILDREN AND ADULTS

Attorneys' Eyes Only

# 15 MINUTES + $300 = A CURE FOR BLINDNESS

20/20/20 is a WonderWork charity program. Your gift is very much appreciated and fully deductible as a charitable contribution. A copy of our latest financial report may be obtained by writing to WonderWork, Inc. 420 Fifth Avenue, 27th Floor, New York, NY 10018, 212.300.4544. If you are a resident of one of these states, you may obtain financial information directly from the state agency: FLORIDA – A COPY OF THE OFFICIAL REGISTRATION AND FINANCIAL INFORMATION MAY BE OBTAINED FROM THE DIVISION OF CONSUMER SERVICES BY CALLING TOLL-FREE, 1-800-435-7352 (800-HELP-FLA) WITHIN THE STATE. REGISTRATION DOES NOT IMPLY ENDORSEMENT, APPROVAL, OR RECOMMENDATION BY THE STATE. Florida Registration #CH36639. GEORGIA – A full and fair description of our programs and our financial statement summary is available upon request at the office and phone number indicated above. MARYLAND – For the cost of copies and postage, Office of the Secretary of State, State House, Annapolis, MD 21401. MISSISSIPPI – The official registration and financial information may be obtained from the Mississippi Secretary of State's office by calling 1-888-236-6167. Registration by the Secretary of State does not imply endorsement. NEW JERSEY – INFORMATION FILED WITH THE ATTORNEY GENERAL CONCERNING THIS CHARITABLE SOLICITATION AND THE PERCENTAGE OF CONTRIBUTIONS RECEIVED BY THE CHARITY DURING THE LAST REPORTING PERIOD THAT WERE DEDICATED TO THE CHARITABLE PURPOSE MAY BE OBTAINED FROM THE ATTORNEY GENERAL OF THE STATE OF NEW JERSEY BY CALLING (973) 504-6215 AND IS AVAILABLE ON THE INTERNET AT http://www.state.nj.us/lps/ca/charfrm. htm. REGISTRATION WITH THE ATTORNEY GENERAL DOES NOT IMPLY ENDORSEMENT. NEW YORK – Office of the Attorney General, Department of Law, Charities Bureau, 120 Broadway, New York, NY 10271. NORTH CAROLINA – FINANCIAL INFORMATION ABOUT THIS ORGANIZATION AND A COPY OF ITS LICENSE ARE AVAILABLE FROM THE STATE SOLICITATION LICENSING BRANCH AT 1-888-830-4989. THE LICENSE IS NOT AN ENDORSEMENT BY THE STATE. PENNSYLVANIA – The official registration and financial information of WonderWork may be obtained from the Pennsylvania Department of State by calling toll-free, within Pennsylvania, 1-800-732-0999. Registration does not imply endorsement. VIRGINIA – Virginia State Office of Consumer Affairs, Department of Agricultural and Consumer Services, PO Box 1163, Richmond, VA 23218. WASHINGTON – Charities Division, Office of the Secretary of State, State of Washington, Olympia, WA 98504-0422, 1-800-333-4636. WEST VIRGINIA – Residents may obtain a summary of the registration and financial documents from the Secretary of State, State Capitol, Charleston, WV 25305. Registration with any of these state agencies does not imply endorsement, approval or recommendation by any state.

MULLANEY
EXHIBIT 13

WON-EX 017975



Miracle surgeries for children.

# Progress Report for

EXHIBIT - 13
Brian Mullaney
8/16/17
S. Amelie Samos, RPR, CSR
TransPerfect Legal

July 2014



WON-EX 017976



WON-EX 01797


WON-EX 017978

# Programs

WON-EX 017979



# FY14 Program Summary

- 70 partners (10 new) in 60 countries.
- Total surgeries - 33,572
- $1,500,000 total grants provided.
- Negotiated more favorable contribution-per-surgery to partners for:
  - FirstStep - $150 (down from $250)
  - 20/20/20 - $25 (down from $35)
- Medical Advisory Board Assembled
  - Joseph McCarthy, MD, NYU
  - David Chang, MD, UCSF
  - David Feldman, MD, NYU
  - Adrian Gelb, MBChB, DA, UCSF
  - Nicole Gibran, MD, U. Washington
  - Anjali Sastry, PhD, MIT



3%
987

4%
1,410

93%
31,175

Cataracts
Burns
ClubFoot

WON-EX 017980



# FY15 Program Objectives

- FY15 Program Spending - $3,000,000
- Surgery goal: 91,500
- Recruit 20 additional partners.
- Develop clinical audit and outcome measurement process with MAB.



1%
1,100

3%
2,800

96%
87,600

- Cataracts
- Burns
- Clubfoot

WON-EX 017981





# Surgeries Per Year

- Smile Train
  WonderWork

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Smile Train | | 11,137 | 33,572 | 91,500 | 111,726 |
| WonderWork | 852 | 2,937 | 14,815 | 30,825 | 24,069 |
| | | 14,230 | | | |

WON-EX 017982





# Surgeries Per Employee

| | |
|---|---|
| FY12 | 2,227 |
| FY13 | 1,581 |
| FY14 | 3,730 |

WON-EX 017983



# Surgeries Per Employee



3,730

| | | | |
|---|---|---|---|
| ReSurge | Op Smile | WonderWork | Smile Train |
| 23 employees | 149 employees | 9 employees | 70 employees |
| 130 | 115 | | 1,750 |

WON-EX 017984

10



# FY14 Revenue Summary

| | FY14 Budget | FY14 Proj Actual | % |
|---|---|---|---|
| **Total DM Revenue** | $4,836,143 | $6,212,015 | 128% |
| **Total DM Expenses** | $7,197,490 | $7,482,455 | 104% |
| **Net** | -$2,361,347 | -$1,270,440 | 54% |
| | | | |
| **DM Acquisition** | | | |
| Letters Mailed | 20,664,334 | 22,908,553 | 111% |
| Cost Per Piece | $0.33 | $0.31 | 93% |
| Response Rate | 0.40% | 0.45% | 112% |
| New Donors | 82,657 | 102,256 | 124% |
| Average Gift | $40.00 | $48.11 | 120% |
| Total Revenue | $3,557,003 | $4,920,000 | 138% |
| Total Expenses | $6,750,000 | $6,989,717 | 104% |
| Cost-To-Raise $1 | $2.04 | $1.42 | 70% |
| | | | |
| **DM Retention** | | | |
| Letters Mailed | 921,902 | 981,880 | 107% |
| Response Rate | 3.75% | 3.41% | 91% |
| Gifts | 34,571 | 33,447 | 97% |
| Average Gift | $37.00 | $38.63 | 104% |
| Total Revenue | $1,279,140 | $1,292,015 | 101% |
| Total Expenses | $447,490 | $492,738 | 110% |
| Cost-To-Raise $1 | $0.35 | $0.38 | 109% |
| | | | |
| **Major Donor Revenue** | $3,000,000 | $5,666,457 | 189% |
| **Pres Circle/Fdns** | $600,000 | | |
| **Total Major Gifts** | $3,600,000 | $5,666,457 | 157% |
| | | | |
| **Web Revenue** | | $410,194 | |
| | | | |
| **Investment/Misc Income** | $250,710 | $2,546,600 | 1016% |
| | | | |
| **# Employees** | | 9 | |
| **Rev Per Employee** | | $1,602,786 | |
| | | | |
| **Total Revenue** | $8,686,853 | $14,425,072 | 166% |

WON-EX 017985



# FY14 Expense Summary

| | FY14 Budget | FY14 Proj Actual | % |
|---|---|---|---|
| **Program Spending** | | | |
| Program Spending Info | $4,415,520 | $3,925,896 | 89% |
| Program Spending Intl | $1,500,000 | $1,500,000 | 100% |
| Program Spending Admin | $2,406,680 | $2,469,120 | 103% |
| Program Spending Total | $8,322,200 | $7,895,016 | 95% |
| % Spent on Programs | 63.01% | 57.21% | 91% |
| | | | |
| **Overhead/Admin Expenses** | | | |
| Payroll w/Benefits | $334,745 | $458,345 | 137% |
| Legal Expenses | $14,550 | $243,639 | 1674% |
| Travel | $8,116 | $16,401 | 202% |
| Other Overhead/Admin | $4,527,269 | $5,186,731 | 115% |
| Total Overhead/Admin | $4,884,680 | $5,905,116 | 121% |
| | | | |
| **# Surgeries** | 33,518 | 33,572 | 100% |
| **Surgeries per Employee** | 3,724 | 3,730 | 100% |
| | | | |
| **Total Expenses** | $13,206,880 | $13,800,132 | 104% |
| | | | |
| **Total Revenue** | $8,686,853 | $14,425,072 | 166% |
| **Total Expenses** | $13,206,880 | $13,800,132 | 104% |
| **Net** | ($4,520,027) | $624,940 | -14% |

WON-EX 017986



# Donor Growth



100% of acquisition mailings are now for blindness due to its dramatically better performance. Our blindness donors are up 500%

| | |
|---|---|
| 250,000 | |
| 200,000 | 1,277 |
| | 49,756 |
| | WonderWork |
| | BurnRescue |
| 150,000 | 52,020 |
| | FirstStep |
| | 20/20/20 |
| 100,000 | 904 |
| | 98,762 |
| | 40,321 |
| 50,000 | |
| | 36,875 |
| | 21,086 |
| 1,338 | |
| 0 | |
| FY12 | FY13 FY14 |



# WonderWork versus other surgical charities

WON-EX 017988



# Donor Growth



Smile Train is our benchmark for success.
DM is the foundation of our business model.
Acquiring 100 times more donors in 3 years
than Smile Train did is a very good omen.

- Smile Train
- WonderWork

613,428

407,652

201,876

99,620

49,840

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| | 238   1,338 | 1,347 | 2,296 | 6,661 | |

WON-EX 017989





# Revenue Per Employee

| | | | |
|---|---|---|---|
| ReSurge<br>23 employees | Op Smile<br>149 employees | WonderWork<br>9 employees | Smile Train<br>70 employees |
| $170,783 | $337,244 | $1,521,341 | $1,677,133 |

WON-EX 017990

16



# Cross-Selling Donors Works

Donors are responding to appeals, very inexpensive acquisition strategy, does not cannibalize.



| | | |
|---|---|---|
| 49,756 donors | 52,020 donors | 98,762 donors |
| Cost to acquire a donor: $56.14 | Cost to acquire a donor: $51.00 | Cost to acquire a donor: $38.12 |
| Cost to acquire thru cross-selling: -$13.17 | Cost to acquire thru cross-selling : -$23.98 | Cost to acquire thru cross-selling: -$28.79 |

WON-EX 017991

# Revenue Per Cause

| | Burn Rescue | Curing Clubfoot | 20\|20\|20 | WNWR |
|---|---|---|---|---|
| 2012 | $0 | $0 | $0 | $7,878,753 |
| Revenue | $1,469,705 | $1,580,542 | $662,374 | $3,631,908 |
| 2013 | $925,000 | $1,350,000 | $3,954,297 | $5,666,457 |
| Revenue | $1,750,000 | $2,300,000 | $7,898,751 | $3,000,000 |
| 2014 | | | | |
| Revenue | 78,856 | 91,902 | 235,556 | 1,500 |
| 2015 | $4,144,705 | $5,230,542 | $12,515,422 | $20,177,118 |
| Revenue | | | | |

Total Donors
Total Revenue

WON-EX 017992

18



Miracle surgeries for children.

w n e
w r

Progress Report for

WON-EX 017993

# MULLANEY EXHIBIT 14



Miracle surgeries for children.

July 1, 2015

Dear Sir or Madam,

In my capacity as Chief Financial Officer at WonderWork, I would like to request your help with our financial reporting.

As you know, WonderWork provides support for a portion of the actual cost for surgical treatment at your center/organization.

We wish to show our supporters the overall cost needed to provide these life-changing surgeries. Please provide us with your estimated total cost to perform WonderWork sponsored surgeries. Consider expenses such as:

- Overhead for medical/surgical staff and facilities
- Medical/surgical supplies
- Medications
- Outreach activities

Providing us with actual surgical costs is critical to maintaining our current donor base and attracting new donors so that WonderWork can continue supporting your vital work.

If you have any questions or concerns, please do not hesitate to contact me at hana@wonderwork.org.

We greatly appreciate your help and admire the meaningful work being done by your center/organization. Thank you for your assistance in this matter.

Best Regards,

Hana Fuchs
Chief Financial Officer
WonderWork

EXHIBIT -14
Brian Mullaney
8/16/17
S. Anelle Santos, RPR, CSR
TransPerfect Legal

TIME magazine named WonderWork one of "10 Ideas That Can Change The World."
420 Fifth Avenue, New York, NY 10018 Tel: 212.729.1853 WonderWork.org

| Response ID | Time Started | Date Submitted | Status | Language | Country | City | State/Region | Postal | Name of Organization | Address 1 | Address 2 | City/Town | State/Province | ZIP/Postal Code | Country | Phone Number | Name | Title | E-Mail Address | Cataract Surgery What cause did Wonder Work provide financial support for? | Clubfoot Treatment What cause did Wonder Work provide financial support for? | Burn Reconstructive Surgery What cause did Wonder Work provide financial support for? | Estimated average cost per pediatric cataract surgery? (Please indicate currency below) | Currency | Estimated average cost per adult cataract surgery? (Please indicate currency below) | Currency | Estimated average cost for entire casting and bracing treatment? (Indicate currency below) | Currency | Estimated average cost per neglected clubfoot surgery? (Indicate currency below) | Currency | Estimated average cost per burn reconstructive surgery? (Indicate currency below) | Currency | Estimated all inclusive average cost per burn reconstructive surgery? (Indicate currency below) | Currency | Please add any additional comments. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Jul 1, 2015 11:33:08 AM | Jul 1, 2015 11:34:01 AM | Complete | English | United Stat | Wallingford | CT | 6492 | ███ | | | | | | | | | | | Cataract Surgery | | | $150 | USD | $95 | USD | | | | | | | | | These are the base costs associated with providing a cataract surgery in Ghana. |
| 5 | Jul 1, 2015 12:19:25 PM | Jul 1, 2015 12:19:29 PM | Partial | English | India | Bilaspur | 37 | --- | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | Jul 1, 2015 12:19:40 PM | Jul 1, 2015 12:19:48 PM | Partial | English | India | Anand | 9 | 388001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | Cost may vary according to type of cases like multiple surgeries may be needed for traumatic cataract and many more |
| 7 | Jul 1, 2015 12:20:19 PM | Jul 1, 2015 12:25:30 PM | Complete | English | India | Anand | 9 | 388001 | ███ | | | | | | | | | | | Cataract Surgery | | | 7,000.00 | Rupees | 2500 | Rupees | | | | | | | | | |
| 8 | Jul 1, 2015 12:51:01 PM | Jul 1, 2015 12:51:07 PM | Partial | English | India | New Delhi | 7 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9 | Jul 1, 2015 4:48:01 PM | Jul 1, 2015 4:48:05 PM | Partial | English | United Stat | Seattle | WA | 98107 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | Jul 1, 2015 10:46:13 PM | Jul 1, 2015 10:47:02 PM | Partial | English | India | Kolkata | 28 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11 | Jul 1, 2015 11:15:30 PM | Jul 1, 2015 11:16:10 PM | Partial | English | India | Kolkata | 28 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | Jul 1, 2015 11:21:18 PM | Jul 1, 2015 11:21:52 PM | Partial | English | India | Bhopal | 35 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | Jul 1, 2015 11:22:58 PM | Jul 1, 2015 11:23:11 PM | Partial | English | Sri Lanka | Colombo | 36 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 14 | Jul 1, 2015 11:26:30 PM | Jul 1, 2015 11:28:56 PM | Complete | English | Cambodia | Phnom Penh | 11 | | ███ | | | | | | | | | | | | | Burn Reconstructive Surgery | | | | | | | | | | | | 280 | USD | As we follow strict discipline inside the operation theatre and don't discriminate between free and paying patients, our per surgery cost for cataract surgery is some what higher than many other organisations. |
| 15 | Jul 1, 2015 11:51:04 PM | Jul 1, 2015 11:57:01 PM | Complete | English | India | Surat | 9 | | ███ | | | | | | | | | | | Cataract Surgery | | | 13500 | Rupees | 2300 | Rupees | | | | | | | | | |
| 16 | Jul 1, 2015 11:56:05 PM | Jul 1, 2015 11:56:19 PM | Partial | English | India | Hyderabad | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 17 | Jul 2, 2015 12:13:10 AM | Jul 2, 2015 12:13:14 AM | Partial | English | India | Hyderabad | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | Jul 2, 2015 12:13:30 AM | Jul 2, 2015 12:13:31 AM | Partial | English | India | Chennai | 25 | 600006 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 19 | Jul 2, 2015 12:15:02 AM | Jul 2, 2015 12:41:17 AM | Partial | English | India | Hyderabad | 2 | | ███ | | | | | | | | | | | | | | | | | | | | 110000 | | | | | | |
| 20 | Jul 2, 2015 12:18:57 AM | Jul 2, 2015 12:19:24 AM | Partial | English | India | Hyderabad | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 21 | Jul 2, 2015 12:26:25 AM | Jul 2, 2015 12:26:32 AM | Partial | English | India | Delhi | 7 | 110059 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 22 | Jul 2, 2015 12:39:06 AM | Jul 2, 2015 12:39:23 AM | Partial | English | India | Hyderabad | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Response ID | Time Started | Date Submitted | Status | Language | Country | City | State/Region | Postal | Name of Organization: Address 1 | Cataract Surgery/What kind of financial support for? | Estimated average cost per pediatric cataract surgery? | Currency | Estimated average cost per adult cataract surgery? | Currency | Please add any additional comments. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | Jul 2, 2015 12:40:02 AM | Jul 2, 2015 12:41:51 AM | Partial | English | India | Hyderabad | 2 | | [redacted] | | | | | | |
| 24 | Jul 2, 2015 12:43:24 AM | Jul 2, 2015 12:43:36 AM | Partial | English | India | Indore | 35 | | | | | | | | |
| 25 | Jul 2, 2015 1:03:38 AM | Jul 2, 2015 1:06:34 AM | Partial | English | India | Cochin | 13 | | | | | | | | |
| 26 | Jul 2, 2015 1:07:13 AM | Jul 2, 2015 1:12:28 AM | Partial | English | India | Mathura | 36 | 281001 | [redacted] | Cataract Surgery | | | | | |
| 28 | Jul 2, 2015 3:25:49 AM | Jul 2, 2015 3:26:00 AM | Partial | English | India | Indore | 35 | | | | | | | | |
| 29 | Jul 2, 2015 3:45:20 AM | Jul 2, 2015 3:45:37 AM | Partial | English | Bangladesh | Dhaka | 81 | | | | | | | | |
| 30 | Jul 2, 2015 4:01:04 AM | Jul 2, 2015 4:01:18 AM | Partial | English | Sri Lanka | Colombo | 36 | | | | | | | | |
| 31 | Jul 2, 2015 4:06:30 AM | Jul 2, 2015 4:06:50 AM | Partial | English | Bangladesh | Dhaka | 81 | | | | | | | | |
| 32 | Jul 2, 2015 4:23:16 AM | Jul 2, 2015 4:27:17 AM | Complete | English | Italy | Rome | 7 | 198 | [redacted] | Cataract Surgery | 180 | dollars | 160 | dollars | |
| 33 | Jul 2, 2015 4:48:40 AM | Jul 2, 2015 4:50:05 AM | Partial | English | India | Indore | 35 | | | Cataract Surgery | 2000 | INR | 2500 | inR | |
| 34 | Jul 2, 2015 4:50:34 AM | Jul 2, 2015 4:52:08 AM | Partial | English | India | Indore | 35 | | | Cataract Surgery | | | | | |
| 35 | Jul 2, 2015 5:16:01 AM | Jul 2, 2015 5:16:36 AM | Complete | English | India | Indore | 35 | | [redacted] | Cataract Surgery | 2000 | Inr | 2000 | Inr | dfasdfgasdfasdfasd |
| 36 | Jul 2, 2015 6:17:06 AM | Jul 2, 2015 6:17:40 AM | Partial | English | India | Ranchi | 38 | 834002 | | | | | | | |
| 37 | Jul 3, 2015 3:19:30 AM | Jul 3, 2015 3:19:52 AM | Partial | English | India | Bhopal | 35 | 462021 | | | | | | | |
| 38 | Jul 3, 2015 3:31:30 AM | Jul 3, 2015 3:31:45 AM | Partial | English | India | Kochi | 13 | | | | | | | | |
| 39 | Jul 3, 2015 4:32:09 AM | Jul 3, 2015 4:43:20 AM | Partial | English | | | | | [redacted] | Cataract Surgery | 25000 | INR | 20000 | INR | |
| 40 | Jul 3, 2015 11:14:03 PM | Jul 3, 2015 11:14:08 PM | Partial | English | Bangladesh | Dhaka | 81 | | | | | | | | |
| 41 | Jul 4, 2015 12:45:35 AM | Jul 4, 2015 12:45:40 AM | Partial | English | Bangladesh | Dhaka | 81 | | | | | | | | |
| 42 | Jul 4, 2015 2:06:34 AM | Jul 4, 2015 2:06:42 AM | Partial | English | India | Bhopal | 35 | | | | | | | | |
| 43 | Jul 4, 2015 4:04:57 AM | Jul 4, 2015 4:12:08 AM | Partial | English | India | Chennai | 25 | 600006 | [redacted] | Cataract Surgery | 65 | dollars | 420 | dollars | Nil |

| Response ID | Time Started | Date Submitted | Status | Language | Country | City | State/Region | Postal | E-Mail Address | Cataract Surgery | Clubfoot Treatment | Burn Reconstructive Surgery | Est. cost per pediatric cataract surgery | Currency | Est. cost per adult cataract surgery | Currency | Est. cost for extra cutting and tearing treatment | Currency | Est. cost per neglected clubfoot surgery/treatment | Currency | Est. cost per burn reconstructive surgery | Currency | Est. all inclusive average cost per burn reconstructive surgery | Currency | Please add any additional comments. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | Jul 5, 2015 1:09:02 PM | Jul 5, 2015 1:10:49 PM | Complete | English | United Stat | Ruidoso | NM | 88345 | dood1431@gmail.co | | | Burn Reconstructive Surgery | | | | | | | | | | | 250 | USD | |
| 45 | Jul 5, 2015 10:49:28 PM | Jul 5, 2015 10:49:33 PM | Partial | English | Bangladesh | Dhaka | 81 | | | | | | | | | | | | | | | | | | |
| 46 | Jul 6, 2015 12:00:33 AM | Jul 6, 2015 12:00:39 AM | Partial | English | Bangladesh | Dhaka | 81 | | | | | | | | | | | | | | | | | | |
| 47 | Jul 6, 2015 12:43:22 AM | Jul 6, 2015 12:43:45 AM | Partial | English | Bangladesh | Dhaka | 81 | | | | | | | | | | | | | | | | | | |
| 48 | Jul 6, 2015 6:11:38 AM | Jul 6, 2015 6:11:57 AM | Partial | English | India | Bhopal | 35 | 462021 | | | | | | | | | | | | | | | | | |
| 49 | Jul 6, 2015 6:36:13 AM | Jul 6, 2015 6:36:51 AM | Partial | English | India | Bhopal | 35 | 462021 | | | | | | | | | | | | | | | | | |
| 50 | Jul 6, 2015 1:49:38 PM | Jul 6, 2015 1:51:49 PM | Partial | English | United Stat | Saratoga | CA | 95070 | | | | | | | | | | | | | | | | | |
| 51 | Jul 6, 2015 5:12:06 PM | Jul 6, 2015 5:29:21 PM | Complete | English | | | | | sliwanm@x suponafou...nation.org | Cataract Su | Clubfoot Tr | Burn Recon | 368 | USD | 152 | USD | 190 | USD | 117 | USD | 581 | USD | | | |
| 52 | Jul 7, 2015 2:40:48 AM | Jul 7, 2015 2:43:28 AM | Complete | English | India | Hyderabad | 2 | | directorge...eral@cha...india.org | Cataract Surgery | | | 1500 | INR | 1500 | INR | | | | | | | | | We have already forwarded our 4th Phase proposal. As we are planning to perform 7,000 cataract surgeries free of cost to poor and needy and about 320 cataract surgeries for children during this year we would like to invite you to participate in our efforts to eliminate avoidable blindness in this region. |
| 53 | Jul 7, 2015 7:14:42 AM | Jul 7, 2015 7:22:26 AM | Complete | English | India | Peddapuram | 2 | | chandra@srikiran.or... | Cataract Surgery | | | 12,000 | Indian Rupe | 3,200 | Indian Rupees | | | | | | | | | |
| 54 | Jul 8, 2015 3:58:31 AM | Jul 8, 2015 4:07:44 AM | Partial | English | India | Indore | 35 | 452001 | eyehospi...@gmail.co m | Cataract Surgery | | | 3500/- | INR | 2500 | INR | | | | | | | | | |
| 55 | Jul 8, 2015 2:44:32 PM | Jul 8, 2015 2:44:35 PM | Partial | English | United Stat | Lemoyne | PA | 1704 | scott.reich enbach@c...ure.org | | | | | | | | | | | | | | | | |
| 56 | Jul 8, 2015 2:46:18 PM | Jul 8, 2015 2:56:16 PM | Complete | English | United Stat | Lemoyne | PA | 17043 | | | Clubfoot Treatment | | | | | | 400 | USD | 2000 | USD | | | | | |
| 57 | Jul 9, 2015 4:00:40 AM | Jul 9, 2015 4:05:02 AM | Partial | English | India | | | | | | | | | | | | | | | | | | | | |
| 58 | Jul 9, 2015 4:08:56 AM | Jul 9, 2015 4:28:33 AM | Complete | English | India | Chennai | 25 | 600006 | drsab@sn...mail.org | Cataract Surgery | | | 420 | dollars | 65 | dollars | | | | | | | | | Adult cataract surgery is operated under local anesthesia and pediatric cataract surgery is operated under general anesthesia. We have a community ophthalmic department were the urban and the rural poor are treated free of charge. |
| 59 | Jul 9, 2015 8:30:57 AM | Jul 9, 2015 8:31:06 AM | Partial | English | India | Ranchi | 38 | 834002 | | | | | | | | | | | | | | | | | |
| 60 | Jul 9, 2015 8:32:19 AM | Jul 9, 2015 8:32:58 AM | Partial | English | India | Ranchi | 38 | 834002 | | | | | | | | | | | | | | | | | |

| Response ID | Time Started | Date Submitted | Status | Language | Country | City | State/Region | Postal | Name of Organization: | Address 1: | Address 2: | City/Town/Place: | State/Prov/ZIP/Postal Code: | Country: | Phone Number: | Name: | Title: | E-Mail Address: | Cataract Surgery/What cause did WonderWork provide financial support for? | Clubfoot Treatment/What cause did WonderWork provide financial support for? | Burn Reconstructive Surgery/What cause did WonderWork provide financial support for? | Estimated average cost per pediatric cataract surgery? (Please indicate currency below) | Currency: | Estimated average cost per adult cataract surgery? (Please indicate currency below) | Currency: | Estimated average cost for neglected clubfoot 'treatment'? (Indicate currency below) | Currency: | Estimated average cost per neglected clubfoot 'treatment'? (Indicate currency below) | Currency: | Estimated average cost per burn reconstructive surgery? (Indicate currency below) | Currency: | Estimated all inclusive average cost per burn reconstructive surgery? (Indicate currency below) | Currency: | Please add any additional comments. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | Jul 11, 2015 3:11:21 AM | Jul 11, 2015 3:16:15 AM | Partial | English | India | | 16 | | | | | | | | | | | | Cataract Surgery | | | | | | | | | | | | | | | | |
| 62 | Jul 11, 2015 3:18:58 AM | Jul 11, 2015 3:22:16 AM | Partial | English | India | | 16 | | | | | | | | | | | | Cataract Surgery | | | | | 15000 | rupees | 1500 | Rupees | | | | | | | | |
| 63 | Jul 12, 2015 1:39:03 AM | Jul 12, 2015 1:59:23 AM | Complete | English | India | | 16 | | | | | | | | | | | | Cataract Surgery | | | | | 15000 | Indian Rupe | 2000 | Indian Rupes | | | | | | | | |
| 64 | Jul 13, 2015 6:33:40 AM | Jul 13, 2015 6:36:43 AM | Complete | English | United King | London | H9 | EC2V | | | | | | | | | | | Cataract Surgery | | | | | 130 | USD | 130 | USD | | | | | | | | I have sent Hana and excel spreadsheet with a full breakdown of costs from IMPACT Bangladesh |
| 65 | Jul 13, 2015 7:40:17 AM | Jul 13, 2015 7:43:34 AM | Complete | English | India | | | | | | | | | | | | | | Cataract Surgery | | | | | INR 12,000 | Indian Rupe | INR 1800 | Indian Rupees | | | | | | | | |
| 66 | Jul 14, 2015 2:39:18 AM | Jul 14, 2015 2:39:25 AM | Partial | English | India | Indore | 35 | 452009 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 67 | Jul 14, 2015 5:14:45 AM | Jul 14, 2015 5:19:24 AM | Partial | English | Sri Lanka | Colombo | 36 | | | | | | | | | | | | Cataract Surgery | | | | | 20,000 | LKR | 5,000 | LKR | | | | | | | | |
| 68 | Jul 14, 2015 6:11:26 AM | Jul 14, 2015 6:13:42 AM | Partial | English | India | Mumbai | 16 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 69 | Jul 16, 2015 11:41:20 PM | Jul 14, 2015 11:46:47 PM | Partial | English | Sri Lanka | Colombo | 36 | | | | | | | | | | | | Cataract Surgery | | | | | 20,000 | LKR | 5,000 | LKR | | | | | | | | |
| 70 | Jul 14, 2015 11:59:16 PM | Jul 15, 2015 12:06:22 AM | Complete | English | Sri Lanka | Colombo | 36 | | | | | | | | | | | | Cataract Surgery | | | | | 20,000 | LKR | 5,000 | LKR | | | | | | | | We are having wonderful feed back from the recipients and feel so good that we do not turn back any patient not able to afford a lens. |
| 71 | Jul 16, 2015 5:47:30 AM | Jul 16, 2015 5:47:37 AM | Partial | English | India | Kakinada | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | These figures does not include the administrative expenses, building and machines maintenance and repairing too. |
| 72 | Jul 17, 2015 2:29:45 AM | Jul 17, 2015 2:54:56 AM | Complete | English | India | Mathura | 36 | 281001 | | | | | | | | | | | Cataract Surgery | | | | | 5500 | Rs. | 1800 | Rs. | | | | | | | | |
| 73 | Jul 18, 2015 4:59:09 PM | Jul 18, 2015 5:03:55 PM | Complete | English | India | Gurgaon | 30 | 122001 | | | | | | | | | | | Cataract Surgery | | | | | 20,000 | INR | 4000 | INR | | | | | | | | The breakup of the amounts mentioned can be provided |
| 74 | Jul 20, 2015 7:28:08 AM | Jul 20, 2015 7:28:25 AM | Partial | English | India | Ranchi | 38 | 834002 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 75 | Jul 21, 2015 3:21:42 AM | Jul 21, 2015 3:25:00 AM | Partial | English | Bangladesh | Dhaka | 81 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 76 | Jul 21, 2015 3:28:57 AM | Jul 21, 2015 3:35:09 AM | Partial | English | Bangladesh | Dhaka | 81 | | | | | | | | | | | | Cataract Surgery | | | | | Taka 4,930. | BANGLADES | Taka | BANGLADESH TAKA | | | | | | | | |
| 77 | Jul 21, 2015 4:03:48 AM | Jul 21, 2015 4:07:24 AM | Partial | English | Bangladesh | Dhaka | 81 | | | | | | | | | | | | Cataract Surgery | | | | | TAKA 6,655 | BANGLADES | TAKA 4,930 | BANGLADESH TAKA | | | | | | | | |

| Response ID | Time Started | Date Submitted | Status | Language | Country | State/Region | Postal | Name of Organization | E-Mail Address | Cataract Surgery / What cost did WonderWork provide financial support for? | Clubfoot Treatment / What cost did WonderWork provide financial support for? | Burn Reconstructive Surgery / What cost did WonderWork provide financial support for? | Est. avg cost per pediatric cataract surgery? | Currency | Est. avg cost per adult cataract surgery? | Currency | Est. avg cost per neglected clubfoot surgery/treatment? | Currency | Est. avg cost per clubfoot surgery/treatment? | Currency | Est. all inclusive avg cost per burn reconstructive surgery? | Currency | Please add any additional comments. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 78 | Jul 21, 2015 4:32:57 AM | Jul 21, 2015 4:43:05 AM | Complete | English | Bangladesh | 81 | | | | Cataract Surgery | | | 5,788 | BD Taka | 4,930 | BD Taka | | | | | | | This cost includes an estimated cost of cataract surgery covering direct operational cost that includes medicine, medical & surgical requirements (MSR) and an indirect cost that includes HR costs, utilities, depreciation etc. An estimated 15% of total cost is inclu?ded for overhead expenses. |
| 79 | Jul 22, 2015 9:46:01 AM | Jul 22, 2015 9:51:32 | Complete | English | India | 21 | | | | Cataract Surgery | | | 350 | USD | 50 | USD | | | | | | | Estimate Of Surgery in eleven Currency Charged for Medical/ Surgical 450.00 Depreciation cost of the OT Equipments & Diagnostic Equipments used from OPD Staff 1,000.00 (Salary of a month divided by 500 surgeries in a month) Facility 525.00 (Includes Rs 200 for food per patient_+ the maintenance, Water, Electricity, Asset cost 130 per patient) Medical Supplies 340.00 (Cost of Eye Shed Rs 10+ Dark Glass Rs 30.00 + Post OP Refraction Glass 300.00) Surgical Supplies 110.00 Cost of the Lens Medication 360.00 (includes Instruments, OT Medicines & post OP Medicines) Outreach activities 410.00 (Publicity Cost Rs 120.00 + Transportation 220.00 + Vehicle Ins & Maintenance Rs 70.00 per Total Cost per Surgery 3,195.00 PAEDATRIC |
| 80 | Jul 23, 2015 7:44:23 AM | Jul 23, 2015 7:44:33 AM | Partial | English | Ethiopia | 50 | | | | | | | | | | | | | | | | | |
| 81 | Jul 24, 2015 5:40:37 PM | Jul 24, 2015 5:45:10 PM | Complete | English | United States | NY | 1218? | | ...kocan@k...suponafou...itation.o... | Cataract Su | Clubfoot Tr | Burn Recon | 607,182.44 | Tanzanian s | 360,987.58 | Tanzanian s | 334,796.65 | Tanzanian s | 500,000 | Tanzanian s | 1,000,000 | Tanzanian | Cost provided for entire casting and bracing treatment is for 5 casting sessions. Cost provided for neglected clubfoot surgery is an average of 4 types of clubfoot surgeries; does not include casting/treatment needs pre or post surgery. Estimated cost provided for burn reconstructive surgery is a minimum for only one surgery - most patients require multiple surgeries. |
| 82 | Jul 25, 2015 9:13:53 AM | Jul 25, 2015 9:19:17 | Partial | English | Ethiopia | 50 | | | einar.a...en@...com | | | Burn Reconstructive Surgery | | | | | | | | | | | |
| 83 | Jul 27, 2015 2:20:30 AM | Jul 27, 2015 2:28:34 AM | Complete | English | Ethiopia | 50 | | | einar.eriks en@gmail.com | | | Burn Reconstructive Surgery | | | | | | | | | 20000 | ET Birr | This Estimated amount in Ethiopian currency is about 1000 USD per burn patient for estimated 20 days of treatment in the hospital |
| 84 | Jul 27, 2015 10:56:53 PM | Jul 27, 2015 11:28:02 PM | Complete | English | Bangladesh | 81 | ?000 | | ...shafiq1566...@gmail.com | | Clubfoot Treatment | | | | | | 30,000 | USD Dollar | 235 | USD Dollar | | | |

| Response ID | Time Started | Date Submitted | Status | Language | Country | State/Region | Postal | E-Mail Address | Cataract Surgery | Clubfoot Treatment | Burn Reconstructive Surgery | Est. neglected clubfoot treatment | Est. clubfoot surgery/treatment | Est. reconstructive surgery | Est. all inclusive burn surgery | Please add any additional comments. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | Jul 30, 2015 2:10:00 AM | Jul 30, 2015 3:34:19 AM | Complete | English | Bangladesh | 81 | 1000 | ...hamim@...rf.org | | Clubfoot Treatment | | | 150 US Dollar | 250 US Dollar | | ...reached a remarkable milestone of 3000 patient under correction this year. In last 2014-15 FY, we treated 566 Clubfoot patients by Ponseti (casting & bracing) method and among them only 14 needed corrective surgery. So nearly 97% of our total treatment costs are utilized against conservative Ponseti Method, and it's outcome is definitely much better than Surgical correction. |
| 86 | Aug 3, 2015 2:57:05 PM | Aug 3, 2015 3:02:16 PM | Complete | English | United Stat | WA | 98107 | ...hh@mo...bilityol.org | | Clubfoot Treatment | | $250 USD | $700 USD | | | |
| 87 | Aug 10, 2015 10:51:53 AM | Aug 10, 2015 10:56:53 AM | Complete | English | India | 3.. | 221005 | ...ingsubod...@gmail.com | | Clubfoot Tr | Burn Reconstructive Surgery | | 20000 Indian rupe | 40000 Indian rupe | 45000 indian rupe | We also help few acute burn and acid burn victims free of charge and that costs us much more money |
| 88 | Aug 10, 2015 11:40:08 AM | Aug 10, 2015 11:47:34 AM | Complete | English | Nepal | 0 | | ...tokash.hrd...@gmail.com, info@hrdcnepal.org | | Clubfoot Tr | Burn Reconstructive Surgery | | 36,000 Nepali Rupe | 50,000 Nepali Rupe | 35,000 Nepali Rupe | The foresaid costs could vary depends on the travel distances and difficult geographic locations. |
| 89 | Aug 10, 2015 12:21:21 PM | Aug 10, 2015 12:35:51 PM | Complete | English | Nepal | | | ...shankarral...1956@gmail.com | | | Burn Reconstructive Surgery | | | 350 for Pos US $ | | Post burn contracture reconstruction is much easier and cheaper compared to acute burn care. The patients stay at the hospital for short duration of a week or two while patients with acute burn stay at the hospital for months, needing multiple surgeries and some of them even die. The treatment of acute burn even though it is expensive, saves many lives and also prevents the development of post burn contractures. Thus it is very important to carry out the acute burn care adequately. When we see a patient with post burn contracture, we always think of two things- one, we were not able to prevent the burn incident which could be prevented in about 80% of cases as claimed by WHO; two- we were not able to treat the patient adequately during the acute burn stage. |
| 90 | Aug 10, 2015 12:33:31 PM | Aug 10, 2015 1:48:08 PM | Complete | English | United Stat | | | ...woodrow...@resurge.org | | | Burn Reconstructive Surgery | | | | $1,380 US dollars | This cost is an average across countries, reimbursement rates and length of surgery |
| 91 | Aug 10, 2015 10:29:52 PM | Aug 10, 2015 10:31:05 PM | Partial | English | India | | | | | | | | | | | |

| Response ID | Time Started | Date Submitted | Status | Language | Country | City | State/Region | Postal | Cataract Surgery:What cases did WonderWork provide financial support for? | Clubfoot Treatment: | Burn Reconstructive Surgery: | Est. avg cost per pediatric cataract surgery? | Currency | Est. avg cost per adult cataract surgery? | Currency | Est. avg cost per casting/bracing treatment? | Currency | Est. avg cost per clubfoot surgery/eval? | Currency | Est. avg cost per neglected clubfoot surgery? | Currency | Est. all inclusive avg cost per burn reconstructive surgery? | Currency | Please add any additional comments. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 92 | Aug 10, 2015 10:54:58 PM | Aug 10, 2015 11:00:48 PM | Complete | English | India | | 36 | 176109 | Cataract Surgery | | | 20000 | INR | 4500 | INR | | | | | | | | | This area is most backward area of the country and mostly people are poor. Part funding can go a long way towards sustaining the hospital expenses. Part funding provided by the funding agency will be subsidized for the patients in need |
| 93 | Aug 10, 2015 11:16:12 PM | Aug 10, 2015 11:17:03 PM | Partial | English | India | | 35 | 123034 | | | | | | | | | | | | | | | | |
| 94 | Aug 12, 2015 5:26:19 AM | Aug 12, 2015 5:37:06 AM | Complete | English | India | | 28 | 834002 | Cataract Surgery | | | Rupees 190 | Rupees | Ruppees 15 | Rupees | | | | | | | | | This project has benefited the poor children of this state . In addition to pediatric cataract we have treated children with retinoblastoma and children with injured eye. This project has also benefited poor girls with squint . |
| 95 | Aug 13, 2015 7:15:13 AM | Aug 13, 2015 7:25:12 AM | Partial | English | India | | 36 | 177111 | Cataract Surgery | | | 15000 | | 4000 | Indian | | | | | | | | | |
| 96 | Aug 13, 2015 7:25:28 AM | Aug 13, 2015 7:25:28 AM | Partial | English | India | | 36 | 177111 | | | | | | | | | | | | | | | | |
| 97 | Aug 17, 2015 6:06:50 AM | Aug 17, 2015 6:08:32 AM | Complete | English | India | | 36 | 177111 | Cataract Surgery | | | 12500 | Rupees | 3500 | Rupees | | | | | | | | | |
| 98 | Aug 17, 2015 4:48:11 PM | Aug 17, 2015 6:03:32 PM | Complete | English | Ethiopia | | 44 | | | | Burn Reconstructive Surgery | | | | | | | | | | | 750-900 | USD | The reconstructive surgery for burn patients needs long hospital stay and staged surgery which makes less affordable to most the burn and post burn victims. |
| 99 | Sep 15, 2015 4:09:41 AM | Sep 15, 2015 4:11:52 AM | Partial | English | India | | 23 | | Cataract Surgery | | | | | | | | | | | | | | | |
| 100 | Oct 5, 2015 11:42:27 AM | Oct 5, 2015 12:31:17 PM | Partial | English | India | | 35 | 462023 | Cataract Surgery | | | | | | | | | | | | | | | |
| 101 | Oct 5, 2015 11:45:08 PM | Oct 5, 2015 11:48:31 PM | Partial | English | India | | 35 | 462023 | | | | | | | | | | | | | | | | |
| 102 | Oct 6, 2015 12:27:32 AM | Oct 6, 2015 12:27:37 AM | Partial | English | India | | 35 | 462023 | | | | | | | | | | | | | | | | |
| 103 | Oct 6, 2015 1:27:31 AM | Oct 6, 2015 1:27:42 AM | Partial | English | Indonesia | | 2 | | | | | | | | | | | | | | | | | |
| 104 | Oct 6, 2015 4:47:41 AM | Oct 6, 2015 4:47:41 AM | Partial | English | Kenya | | 5 | | | | | | | | | | | | | | | | | |
| 105 | Oct 6, 2015 4:49:50 AM | Oct 6, 2015 4:54:33 AM | Complete | English | Kenya | | 5 | | | | Burn Reconstructive Surgery | | | | | | | | | | | 900 | USD | The amount does not include long term physical rehabilitation costs. |
| 106 | Oct 6, 2015 10:19:16 PM | Oct 6, 2015 10:37:58 PM | Complete | English | Cambodia | | 11 | | Cataract Surgery | | | $150 | USD | $150 | USD | | | | | | | | | A huge thank you to WonderWork for your continued support. During the three month period of June - August 2015 [redacted] performed 466 cataract surgeries. We are so grateful for your support of our programs. |

| Response ID | Time Started | Date Submitted | Status | Language | Country | City | State/Region | Postal | Name of Organization: | Address 1: | Address 2: | City/Town: | :State/Prov Ince: | ZIP/Postal Code: | Country: | Phone Number: | :Name: | Title: | E-Mail Address: | Cataract Surgery:What cause did Wonder Work provide financial support for? | Clubfoot Treatment:W hat cause did Wonder Work provide financial support for? | Burn Reconstructiv e Surgery:What cause did Wonder Work provide financial support for? | Estimated average cost per pediatric cataract surgery? (Please indicate currency below) | Estimated average cost per adult cataract surgery? (Please indicate currency below) | Currency: | Estimated average cost for entire costing and braising treatment? (Please indicate currency below) | Currency: | Estimated average cost per neglected clubfoot surgery/treat ment? (Indicate currency below) | Currency: | Estimated average cost per burn reconstructiv e surgery? (Indicate currency below) | Currency: | Estimated all exclusive average cost per burn reconstructiv e surgery? (Indicate currency below) | Currency: | Please add any additional comments. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 107 | Oct 7, 2015 2:17:20 AM | Oct 7, 2015 2:45:40 AM | Complete | English | India | ██ | 25 | | ████████████████ | | | | | | | | | | | Cataract Surgery | | | | 200 | USD | 100 | USD | | | | | | | Every day we are involved in conducting eye free screening camps and surgeries. We are working on motto to prevent "Preventable Blindness" |
| 108 | Oct 15, 2015 1:09:24 AM | Oct 15, 2015 1:09:24 AM | Partial | English | India | Bhopal | 35 | 462001 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 109 | Nov 7, 2015 9:38:22 AM | Nov 7, 2015 9:38:22 AM | Partial | English | India | Guwahati | 3 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 110 | Nov 9, 2015 7:10:13 AM | Nov 9, 2015 7:10:27 AM | Partial | English | India | Kolkata | 28 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 111 | Nov 12, 2015 5:10:35 AM | Nov 12, 2015 5:10:35 AM | Partial | English | India | Kolkata | 78 | | ████████████████ | | | | | | | | | | | Cataract Surgery | | | | 10000 | RUPEES | 2000 | RUPEES | | | | | | | Pediatric Cataract Surgery require General Anaesthesia, Good Quality IOL and visual rehabilitation procedure later. |
| 112 | Nov 12, 2015 6:27:49 AM | Nov 12, 2015 6:36:12 AM | Complete | English | India | Kolkata | 28 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 115 | May 11, 2017 11:13:12 AM | May 11, 2017 11:13:21 AM | Partial | English | United States | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

MULLANEY
EXHIBIT 15

REDACTED

MULLANEY
EXHIBIT 16

# Final Grant Report
## for the

Miracle surgeries for children

W nde
work

EXHIBIT –16
Brian Mullaney
8/16/17
S. Anelle Santos, RPR, CSR
TransPerfect Legal

WON-EX 012302



Miracle surgeries for children.

# wonder
# work

## Final Grant Report
### for the

███████████████████████

**Overview:** In February 2014, you honored us with a very generous pledge of $40,000 to provide 1,000 eye surgeries for blind children and adults in an extremely rural and poor area in Southern India. We distributed this grant to our partner, ████████████ who was able to put this money to use immediately.

Below is some information about our partner hospital, ████████████, and the surgeries they recently performed. We have also attached the surgical records ██████ provided to us of all the 1,000 patients that were helped as a result of your generous grant:



████████████████ has been operating for 25 years. They have a network of 9 hospitals throughout India that provide high quality eye surgery for the rural and urban poor. Their outreach program is one of India's largest with screening camps held on weekends. Since 1990, not a single week has gone by without camps being conducted. The highly experienced and efficient surgical staff at ████████████ approximately 140,000 patients every year.

**Grant Awarded - $40,000**

**Surgeries Performed – 1,000**
- 500 adult surgeries provided in Guntur, Andra Pradesh
- 490 adult surgeries and 10 pediatric surgeries provided in Bangalore, Karnataka

**A story of one of the youngest patients helped:**
**Name:** ██████
**Age:** 3 years old
**Gender:** Male
**Village:** ████████████████████

██████ was just 2 years old when his parents noticed he was completely blind. As poor farmers living in a remote village in Bangalore, they knew they couldn't afford care for ██████. Fortunately, they heard about ████████ free eye camp sponsored by WonderWork, and brought him in as soon as they could. Little ██████ underwent a 15-minute surgery that helped restore his sight, letting him see the world – and most important, his mom and dad - for the first time in his life.



September 4, 2014



Miracle surgeries for children.

*"A surgery that can change a child's life is one of the best investments anyone can make."* —Warren Buffett
WonderWork Supporter

*"...one of 10 ideas that will change the world."*
—TIME

**BOARD OF DIRECTORS & ADVISORY BOARD**

Brian Mullaney
Co-Founder & CEO,
WonderWork

Steven D. Levitt
Author, *Freakonomics*

John (JJ) Coneys
Former Vice Chair, PwC

Ravi Kant
Former Vice Chair, Tata Motors

Clark Kokich
Executive Chairman, Marchex

Steven Rappaport
Partner, RZ Capital

Richard Steele
Principal, SYPartners

Richard Price
Chief Executive, Asia Pacific,
CBRE Global Investors

Mark Atkinson
Creative Director, Otto

Tamsen Ann Ziff
Chairman, Metropolitan Opera

Kenneth French
Tuck School at Dartmouth

Garrett Moran
President, Year Up

**SUPPORTERS**

Bryan Cranston
Actor

Christie Brinkley
Actor/Model

Howie Mandel
Comedian

Mariska Hargitay
Actor

Alex Trebek
Host of Jeopardy!

Bette Midler
Entertainer

Chris Meloni
Actor

Candice Bergen
Actor

Jane Kaczmarek
Actor

Sir Ben Kingsley
Actor


give.org

November 14, 2016

Dear ██,

About a year ago, we sent you a grant proposal asking you to help us provide surgery for 1,000 children and adults.

You said, "YES!"

With your support for that grant, we were able to provide surgery and restore the eyesight of 1,000 blind children and adults who no one else would help. Most of them had been waiting many years.

I've put together a WonderWork Final Grant Report to show you the impact your support has had.

I hope you are as proud of it as we are.

Thanks to you, and other generous donors like you, this year we helped provide 67,000+ eyesight restoring surgeries for children and adults who would otherwise never have received them. Just imagine Metlife Stadium filled with smiling children and adults. That's a lot of miracles...and a lot of smiles!

But our work is far from over.

Our donations are down while the number of blind children and adults that need our help keeps rising every day. Their only hope is if someone helps them. This grant is your chance to be that someone. Again.

*Will you please consider helping us with another grant of $25,000?*

100% of your donation will go towards our surgery program, as one of our Founding Donors is paying for all our admin and fundraising costs.

You'll be giving these blind children and adults the eyesight-restoring surgery they need. And a second chance at life they never thought they'd get.

Thanks for your consideration,



Brian Mullaney
Co-Founder
212-729-1855
brian@wonderwork.org

**100%** of all donations goes towards our free surgery programs.
A founding donor pays all admin and fundraising expenses.

WON-EX 012286



# Final Grant Report For

Miracle surgeries for children.
wonder
work

**PERSONAL AND CONFIDENTIAL**

**NOVEMBER 10, 2016**

WON-EX 012287

# Congratulations,

████████████

Thanks to you, **1,000** blind children and adults have had their eyesight restored!





We provide eyesight-restoring surgeries in **21** of the poorest countries in the world.




**100%** of your donation was used for our surgery program. A founding donor paid all the admin and fundraising expenses.



From all of our **9** employees and on behalf of all the children and adults we will help this year, thank you for your very generous grant and your continued help and support.

We appreciate it – AND WE NEED IT!

Thank you,



Brian Mullaney,
Co-founder





WonderWork, 411 Fifth Avenue, New York, NY 10016  tel: 212.729.1855  WonderWork.org

WON-EX 012288

# Your grant helped children and adults no one else would help.

## Who.

Every day, in 21 of the world's poorest countries, WonderWork delivers 361 eyesight-restoring surgeries to children and adults who are blind.

We're helping children and adults no one else will –



and giving them a second chance at life they never thought they'd get.

## What.



The eye surgery we help provide is an inexpensive, quick, yet very, very safe procedure. It takes as little as 15 minutes and costs as little as $25 to restore the eyesight of a blind child or adult.

It is one of the most low-cost, high-impact medical interventions in the world today.



## Where.

Our patients live in some of the poorest countries in the world. Most are living on less than $1.25 a day and have never seen a doctor before.

The vast majority of our patients could never afford the surgery they so desperately need and will never receive it unless someone helps them.

## How.



Instead of sending doctors on volunteer, two-week missions once a year, WonderWork empowers local surgeons by providing them with crucial financial support.

Local surgical teams can provide ten times as many surgeries as a mission group can – for one-tenth the cost.

## When.

Our surgeons operate 24/7, 365 days a year helping the children and adults in their own communities.

We're helping very poor, but very proud communities become self-sufficient one surgery at a time.



## Why.



20 million children and adults remain blind solely because they are poor.

They will never receive surgery that can restore their eyesight unless someone helps them.

You can be that someone.

WonderWork, 411 Fifth Avenue, New York, NY 10016  tel: 212.729.1855  WonderWork.org

WON-EX 012289

# 10 things you need
# to know about WonderWork.

1. This year, we'll restore the eyesight of 132,000+ blind children and adults.

2. The surgeries we provide are modern-day medical miracles.

3. We deliver eyesight-restoring surgeries in 21 of the poorest countries in the world.

4. We're one of the most cost-efficient charities in America.

5. 100% of all donations goes towards programs. (A Founding Donor pays all our other expenses.)

6. Our management team created Smile Train, the world's largest cleft charity.

7. We have 9 employees who collectively have 150+ years of experience.

8. Our average donation is around $50.

9. We receive no money from the government or large grants from big foundations.

10. We rely entirely on generous individuals like YOU!



Miracle surgeries for children.



WonderWork, 411 Fifth Avenue, New York, NY 10016  tel: 212.729.1855  WonderWork.org

WON-EX 012290

# Final Grant Report
## for the



September 29, 2014

WON-EX 011860



# Final Grant Report
## for the

███████████████████████

---

**OVERVIEW:** At the end of November 2013, the ████████████████████ honored us with a very generous grant of $1,000,000. We distributed this grant immediately to WonderWork partner hospitals who had long waiting lists and the capacity to increase surgeries. Over these past 10 months, this grant was invaluable in helping us more than double the number of surgeries we had provided in the previous year. With your help, WonderWork has provided 33,199 life-changing surgeries for children and adults who were blind, severely burned or crippled with clubfoot.

**30,431 blind children and adults received surgery that restored their eyesight.**

**1,870 children with clubfoot were cured.**







**898 severely burned children received reconstructive surgery.**



September 29, 2014

WON-EX 011861



## Summary Of All WonderWork Surgeries
### (12/1/2013-9/29/2014)

| Cause | Country | Partners | # Surgeries |
|---|---|---|---|
| | India | | 4,571 |
| | Nepal | | 4,000 |
| | India | | 3,086 |
| | Bangladesh | | 2,000 |
| | India | | 1,429 |
| | India | | 1,543 |
| | India | | 1,257 |
| | India | | 857 |
| | India | | 857 |
| | India | | 857 |
| | Ghana | | 857 |
| | India | | 800 |
| | Indonesia | | 800 |
| | India | | 686 |
| | India | | 571 |
| | India | | 400 |
| Blindness | India | | 400 |
| | India | | 400 |
| | Nigeria | | 400 |
| | India | | 400 |
| | India | | 400 |
| | India | | 400 |
| | Nepal | | 400 |
| | India | | 400 |
| | India | | 400 |
| | Nigeria | | 400 |
| | Cambodia | | 286 |
| | India | | 286 |
| | Kenya | | 286 |
| | China | | 286 |
| | Global | | 286 |
| | Kenya | | 286 |
| | Togo | | 143 |
| | | | **30,431** |
| | Various | | 1,500 |
| | Bangladesh | | 80 |
| | Bangladesh | | 80 |
| Clubfoot | Bangladesh | | 80 |
| | Nepal | | 50 |
| | India | | 40 |
| | Vietnam | | 40 |
| | | | **1,870** |
| | India | | 667 |
| | Ethiopia | | 33 |
| | Ethiopia | | 33 |
| Burns | Uganda | | 33 |
| | Iraq | | 33 |
| | Cambodia | | 33 |
| | Vietnam | | 33 |
| | Ethiopia | | 33 |
| | | | **898** |
| Safety & Quality | Global | | NA |
| | China | | NA |
| **TOTAL** | | | **33,199** |

WON-EX 011862



**Information about WonderWork hospitals who benefited from** ███████████ ███████ **Grant…**

████████████████████

**Location: India**
**Focus: Blindness**



- 4,571 cataract surgeries performed for the rural poor
- Patients identified through rural outreach screening camps
- Able to cover villages 150-300 km from base hospitals
- For every 5 patients screened, 2 need surgery

**About** ██████████████ ██████████████ has been operating for 25 years. They have a network of 9 hospitals throughout India that provide high quality eye surgery for the rural and urban poor. Their outreach program is one of India's largest; screening camps are held on weekends. Since 1990, not a single week has gone by without camps being conducted. The highly experienced and efficient surgical staff ██████ treats approximately 140,000 patients every year.

**Patient:** ████████
**Age:** 45 years
**Gender:** Female
**Village:** ████████████
**Diagnosis:** Cataracts



████████**s Story:** ████████ is a housewife with two children. Her husband is a poor farmer and can barely feed his family. She began to go blind a few years ago. She mentioned this to her husband but they could not afford to see a doctor. Through a family friend, they heard about a special eye camp nearby at ██████████████. ████████ husband took her to the camp where she was diagnosed with cataracts. She was then brought to the base hospital, where the surgery was performed immediately and free of cost. ████████ was very excited and grateful to have her vision restored.

WON-EX 011863



**Location: India**
**Focus: Blindness**

- 3,086 free surgeries performed

██████████████████████ is a
service oriented mission hospital that has
served the poorest patients in West Bengal
India since the early 1990's. ████████
████ (pictured right) and his talented
team treat approximately 18,000 patients
every year. ████ is one of the few hospitals
in the region specializing in pediatric
ophthalmology. They also run an
Ophthalmic Training Centre, which trains
more than 100 students each year.



**Patient:** ████████████
**Age:** 2 years
**Gender:** Male
**Village:** ████████████
**Diagnosis:** Congenital Cataract

████████'s Story: ████████'s family realized he was blind when he was only 4 months old.
They are very poor famers that live in a thatched mud house in a remote village of Medinipur
District in West Bengal. Until ████ conducted an eye camp recently, the family did not know
████████'s condition could be treated. ████████ was able to undergo a successful surgery at
no cost to the family. Now he has 20/20 vision and can go to school.





WON-EX 011864



**████████████████**

**Location: Bangladesh**
**Focus: Blindness**

* 2,000 surgeries completed

**████████████████████** is the largest multispecialty eye hospital in Bangladesh and was established in 1960. They have three branch hospitals and perform about 20,000 cataract surgeries annually, of which 1,252 are performed on children. The hospital performs 10% of the total cataract surgeries in the country. **████████████** also provides training to increase the human resource capacity for ophthalmic services in Bangladesh.

**Patient:** ████
**Age:** 12 years
**Gender:** Male
**Village:** ████████
**Diagnosis:** Traumatic Cataract

**████'s Story:** ████ lost all vision in his right eye two years ago due to an accident. But after successful surgery at ████████ ████████████ through this WonderWork grant, he is now able to see with 20/20 vision.



**████████████**

**Location: India**
**Focus: Blindness**

* 1,543 cataract surgeries completed
* Conducted 55 outreach screening camps and reached more than 30,000 people

**About** ████████
████████████ established in 2002, is located in the central region of Orissa in Dhenkanal, India. ████ performs over 6,000 free cataract surgeries each year. 90% of these patients come from outreach eye-screening camps they hold throughout the year. ████ has been awarded the District Award for three consecutive years in recognition of performing a record number of surgeries.



WON-EX 011865



**Patient:** █████████
**Age:** 82
**Gender:** Female
**Village:** █████████
**Diagnosis:** Cataract



*Blindness is 500% more prevalent in the developing world and it hurts women the most. When a wife or mother goes blind, the husband throws her out of the home and gets a new wife. When a girl is blind, she will never marry and remains a burden on the family her entire life.*

█████████
**Location: India**
**Focus: Blindness**

- 1,257 completed surgeries
- Patients from slums of Delhi and surrounding villages

**About St. Stephen's**

████████████ established in 1885, is the oldest and one of the largest private hospitals in New Delhi. This multi-specialty national hospital has 600 beds and has a patient referral base of over 2 million people. The hospital's eye department performs 4,500 free cataract surgeries each year. ███████ (pictured here) runs the ophthalmic department.






**Patient:** █████████
**Age:** 2 years
**Gender:** Male
**Village:** █████████
**Diagnosis:** Bilateral Cataract

*In many ways, going blind in a developing country is like a death sentence. 60% of children die within 2 years of going blind. They have a saying that a blind person is a "mouth with no hands."*

WON-EX 011866



Miracle surgeries for children.

**wonder work**

████████████████

**Location:** India
**Focus:** Blindness

- 857 completed cataract surgeries

████████████ established in 1981, is a charitable trust focusing on blindness, orthopedics, education and rehabilitation. They run ████████████████ a 60-bed charitable hospital that performs approximately 6,000 cataract surgeries annually. The hospital caters to over half a million people from Western Uttar Pradesh, Agra and Mathura.



**Patient:** ████████████
**Age:** 60
**Gender:** Male
**Village:** ████████████
**Diagnosis:** Cataract

 

*When men go blind in a developing country, they cannot work and can no longer provide for their family. Very often, the only way for them – and their family - to survive is to resort to begging.*

WON-EX 011867





**Location: India**
**Focus: Blindness**

- 857 completed pediatric surgeries

███████████████ is the oldest eye hospital of Northern India, established in 1927. The hospital has a regional eye institute with branches that spread over 32 cities and towns of Uttar Pradesh and Uttaranchal States. The hospital has 1,000+ beds and more than 1,500 beds amongst the rest of its 32 branches. The hospital is equipped with world-class facilities and instruments and continues to provide the best eye care at the lowest price possible in India. ████ examines more than 400,000 patients annually and organizes outreach camps for the poor in various villages. It operates on 3,000+ patients per year.

**Patient:** ████████
**Age:** 2 years
**Gender:** Female
**Village:** ████████████████
**Diagnosis:** Cataract



████████'s Story: ████ is a 2-year-old girl with 3 brothers and sisters. She is completely blind in her right eye. ████ parents are illiterate and do hard labor to support their family. Without the free surgery from WonderWork's program at ████████████████ they would not have been able to pay for treatment for ████. After surgery, ████ now has 20/20 vision and will now be attending school with her brothers and sisters.

WON-EX 011868


██████████████████████████

**Location: India**
**Focus: Blindness**



- 857 completed cataract surgeries
  - 821 adults surgeries
  - 36 pediatric surgeries
- Grant was also used to educate and increase awareness. Several peripheral centers are planned, focusing on pediatric cases to locate and track new patients.

**About** ████████████████████

████████ is a 100-bed multi-specialty hospital located in the capital of Jharkhand state of India. The hospital provides free cataract surgery along with food, medicine and accommodation for all patients as well as free post-operative care for an indefinite period. The hospital also treats patients from neighboring states, Orissa, West Bengal, Chattigarh and Bihar, providing approximately 4,000 surgeries each year.

**Patient:** ████████
**Age:** 7 years
**Gender:** Male
**Village** ████████
**Diagnosis:** Bilateral Cataract

 

████'s Story: ████ suffered a fever at the age of 5 and this caused him to go blind in both eyes. He was unable to go to school. His parents heard about WonderWork's program at ████████████ where they operated on ████ and restored his eyesight in both eyes. ████ is now going to school, learning how to read and playing with his friends just like a normal 7-year-old.

WON-EX 011869



[REDACTED]

**Location: Bangladesh**
**Focus: Clubfoot**

- 80 children treated

**About** [REDACTED]

[REDACTED] has over 40 clinics across Bangladesh and has provided treatment to 8,759 children. Every year in Bangladesh, an estimated 5,000 children are born with a clubfoot deformity. Besides providing free treatment, the [REDACTED] program supports training to various government medical facilities.

**Patient:** [REDACTED]
**Age:** 5 years
**Gender:** Male
**Village:** [REDACTED]
**Diagnosis:** Bilateral Congenital Clubfoot

**[REDACTED]'s Story:** [REDACTED]'s father, [REDACTED] a small shopkeeper who lives in [REDACTED] When he and his wife saw that their son was born with clubfoot, they were very upset and felt they had been cursed. [REDACTED] thought his son's feet would never be corrected and he would never walk properly. After hearing about WonderWork's program with [REDACTED], [REDACTED] took [REDACTED] at just 2 ½ years old to get treatment. After successful treatment and a minor surgery, [REDACTED] is now a normal and happy 5-year-old boy who can walk, run & play.





WON-EX 011870



██████████████████████████████████████

**Location: Nepal**
**Focus: Clubfoot**

- 50 children treated

**About** ██████
██████ s the only pediatric
orthopedic hospital in Nepal and has
been operating for 27 years. In that
time, ██████████ and his talented
team have treated more than 52,000
children. They currently perform
about 1,400 surgeries and
treatments each year. Additionally,
██████ offers training and education
services with 33 orthopedic surgeon
graduates and over 440 physical
rehabilitation trainees.



**Patient Profile:** ██████████

**Age:** 3 years
**Gender:** Male
**Village:** ██████████
**Diagnosis:** Bilateral Primary Clubfoot

  

*There are 2 million children in the world suffering from clubfoot who could be cured through a miracle cure. It takes just six weeks or so to straighten even the most twisted and deformed feet. This cure is 95% effective and costs just $250.*

September 29, 2014

11

WON-EX 011871



wonder Work
Miracle surgeries for children

**Location: Bangladesh**
**Focus: Clubfoot**

- 80 children treated

**About** ███

███ a non-profit organization in Bangladesh treating clubfoot patients using both surgical and non-surgical techniques. ███ provides services to about 50,000 patients each year. The 100-bed hospital at ███████ is the only hospital in Bangladesh that specializes in the treatment of spinal cord injuries. It also has a specific pediatric unit for children with clubfoot disabilities. ███ ███ treats 300 children for clubfoot annually. Most of these children come from rural areas and cannot afford to bear the full cost of treatment. ███ also offers free education, training and rehabilitation services to the poor with donor support. ███ regarded as a model facility throughout South Asia and provides training to students across the entire region.



**Patient Profile:** ███
**Age:** 1 year
**Gender:** Male
**Village:** ███████
**Diagnosis:** Bilateral Clubfoot

███████ **Story:**
was born with bilateral clubfoot. His parents are extremely poor farmers and were unable to afford treatment for their son. But after hearing about ███ and through a WonderWork grant, ███████ family was able to get him the free clubfoot treatment he needed to be able to walk. Little ███████ received 6 different casts and after a couple of months was walking on his own.




WON-EX 011872



**Location: Bangladesh**
**Focus: Clubfoot**

- 80 children treated, including 9 neglected clubfoot surgeries

About ▮▮
▮▮ a nonprofit health project of ▮▮▮▮▮▮ which aims to transform the lives of children with clubfoot. ▮▮ is solely dedicated to eliminating clubfoot through early detection and treatment of children less than 5 years of age in the Chittagong division of Bangladesh. They provide free Ponseti Method treatment, which involves a series of castings and corrective surgery at clinics located within government hospitals. ▮▮ also trains doctors and physiotherapists in the Ponseti Method and creates awareness among local stakeholders on early diagnosis and treatment of clubfoot.



**Patient Profile:** ▮▮
**Age:** 5 years
**Gender:** Male
**Diagnosis:** Bilateral Clubfoot

▮▮▮▮ Story: ▮▮ suffered from clubfoot since he was born. **His parents, who are day laborers** are very poor and would never have been able to afford treatment for their son. When they heard about WonderWork and ▮▮ program, they brought him in for free treatment. It took just six weeks to straighten ▮▮ feet. Now he can walk and run normally. His parents are very thankful.




September 29, 2014

13

WON-EX 011873



**Miracle surgeries for children**
**Wonder Work**

████████

**Location: India**
**Focus: Burn Treatment**

- 667 burn patients treated

**About** ████████

████████ s a private hospital located in Varanasi, one of the oldest inhabited cities in the world. It was started by ████████ in memory of his father in order to provide state-of-the-art plastic surgery services at an affordable cost. This 80-bed hospital caters to 1 million people in Varanasi and Eastern Uttar Pradesh and performs about 300 burn surgeries a year. ████████ has become a well-known hospital for cleft care and burn reconstructive surgery.

**Patient:** ████████
**Age:** 11 years
**Gender:** Male
**Village:** ████████
**Diagnosis:** Burn Contracture




████**Story:** ████ was severely burned 2 years ago while he was lighting a cheap gas cookstove and it blew up. Although he survived the explosion, as his burns healed, his chin became fused to his chest preventing him from moving his head and breathing properly. His parents had no money to treat ████ however, they saw a posting in their local newspaper that ████████ and WonderWork were offering free burn treatment. They traveled a long way to reach this hospital. Luckily, he was admitted and received surgery the very next day. ████████ was able to separate ████ chin from his chest, so now he can move his head and neck. This allows him to eat normally and sleep with his head flat on his sleeping mat. He will need more surgeries, but this one has had a huge impact on his quality of life.

WON-EX 011874

# One of 1,870 clubfoot patients helped





■ 1-year-old ■ was born with bilateral clubfoot. His feet were **so disfigured** he could not even stand. His parents, extremely poor farmers, could never afford treatment.

But after hearing about ■ clinic, ■ family was able to get him the free clubfoot treatment he needed. ■ can now stand, walk and run like any other kid.



WON-EX 011875

# One of youngest blindness patients helped





2-year-old  began having trouble seeing when he was only 4 months old. As very poor farmers living in a remote village in West Bengal, they had no money for treatment.

 Thanks to a blindness camp sponsored by WonderWork, █ received surgery on both eyes and had his eyesight restored. The surgeries took 15 minutes each.

WON-EX 011876

# Oldest blindness patient



| 91 | 92 | 93 | 94 | 95 | 96 |



WON-EX 011877

# One of 898 burn patients helped





9-year-old <span>■</span> was severely burned 2 years ago when a gas cookstove exploded. He survived but his chin and arms fused with his chest. His parents had no money to pay for surgery.

His parents saw an ad for a free burn clinic sponsored by WonderWork at <span>■</span> <span>■</span> performed surgery that released from his chin and arms from his chest.



WON-EX 011878



WON-EX 011879



WON-EX 011880



WON-EX 011881





WON-EX 011883



WON-EX 011884



WON-EX 011885



WON-EX 011886



WON-EX 011887



WON-EX 011888



WON-EX 011889



WON-EX 011890



WON-EX 011891



WON-EX 011892



WON-EX 011893



WON-EX 011894



WON-EX 011895



WON-EX 011896



WON-EX 011897



WON-EX 011898



WON-EX 011899



WON-EX 011900



WON-EX 011901



WON-EX 011902



WON-EX 011903



WON-EX 011904



WON-EX 011905



WON-EX 011906

# Population living on $1.25 per day or less is estimated at ~1.1B, concentrated primarily in Asia and Africa



**Population Living on $1.25 per Day**
- < 4M
- 4M–15M
- 15M–65M
- 65M–150M
- >150M
- No Data

**Source:** WHO, GHO, World Bank Development Indicators, UN, WonderWork provider data

Draft—for discussion only

THE BOSTON CONSULTING GROUP

Copyright © 2014 by The Boston Consulting Group, Inc. All rights reserved

4

WON-EX 011907

# Physician density tends to be lowest where disease burden is highest, e.g., Africa



**Physician Density**
**(Doctors/10k people)**

- 0–0.5
- 0.6–1.5
- 1.6–3
- 3.1–5
- 5.1–7.7
- No Data

*Source:* WHO, GHO, World Bank Development Indicators, UN, WonderWork provider data

THE BOSTON CONSULTING GROUP

Draft—for discussion only

Copyright © 2014 by The Boston Consulting Group, Inc. All rights reserved.

5

WON-EX 011908

Copyright © 2014 by The Boston Consulting Group, Inc. All rights reserved.

Global view

# Global burden of disease is highest in Africa

As measured by DALY (disability-adjusted life year) metric



**Disability-Adjusted
Life Year (DALY)**

- 14,354–25,000
- 25,001–35,000
- 35,001–50,000
- 50,001–75,000
- 75,001–117,683
- No Data

Notes: One DALY can be thought of as one lost year of "healthy" life. The sum of these DALYs across the population, or the burden of disease, can be thought of as a measurement of the gap between current health status and an ideal health situation where the entire population lives to an advanced age, free of disease and disability.
Source: WHO, GHO, World Bank Development Indicators, UN, WonderWork provider data.

THE BOSTON CONSULTING GROUP

Draft—for discussion only

6

Copyright © 2014 by The Boston Consulting Group, Inc. All rights reserved.

Global view

# WonderWork global presence targets population below global poverty line of $1.25/day primarily in India and Africa



**Partner type**

- Blindness partner[1]
- Burn Partner[2]
- AMREF Locations[2]
- Clubfoot partner[3]

**Population Living on $1.25 per Day**

- < 4M
- 4M–15M
- 15M–65M
- 65M–150M
- >150M
- No Data

[1] Blindness: Thirty-one of the forty-three providers (72%) are mapped representing 84% of the surgeries delivered. Three of the thirty-nine partners are mapped at a detail level, with some large partners not providing clinic data including [black box]. Note that 96 [black box] hospitals, that have 100 beds [black box] more, are not included. 2. Burns: Fifteen of the nineteen partners (79%) are mapped representing [black box] sites [black box]. All Burn partners mapped at a detail level with [black box] having the highest number of sites but with [black box] performing the most number of surgeries. 3. Clubfoot: Six of the eight providers (75%) are mapped representing [black box] 85% of the surgeries delivered.

**Source** WHO, GHO, World Bank Development Indicators, UN, WonderWork provider data

THE BOSTON CONSULTING GROUP            Draft—for discussion only

9

# Set of potential partners already identified may help to increase coverage and impact

Initial View: **Detailed partner location network being collected and compiled**

**Many locations here represent HQ, not** necessarily provider locations



○ Current Partners

○ Potential Partners

**Population Living $2 a Day**

- ■ 350M–860M
- ■ 150M–350M
- ■ 60M–150M
- ■ 30M–60M
- 10M–30M
- 2.5M–10M
- <2.5M

Source: WHO, GHO, World Bank Development Indicators, UN, WonderWork provider data

Copyright © 2014 by The Boston Consulting Group, Inc. All rights reserved.

THE BOSTON CONSULTING GROUP

Draft—for discussion only

14

# India coverage by blindness partners

NOTE—19 of the 24 provider locations (80%) are mapped representing 85% of the surgeries delivered



State of Odisha:
Zoom-in view follows

● Blindness Partner

**Poverty Population**

< 50K
50K–150K
150K–300K
300K–500K
500K–800K
800K–1.5M
>1.5M

Note: Poverty was modeled by the percentage of total population in each taluk relative to the state, urban and rural population, population density of each taluk, percent of poverty population for rural and urban areas per state
Source: India Census 2011, Reserve Bank of India, Landscan, BCG GeoAnalytic Analysis

THE BOSTON CONSULTING GROUP

Draft—for discussion only

Copyright © 2014 by The Boston Consulting Group, Inc. All rights reserved.

WON-EX 011912

National view

# India coverage for clubfoot

NOTE–2 of the 2 providers
locations (100%) are mapped representing
100% of the surgeries delivered



State of Odisha:
Zoom-in view follows

○ Clubfoot Partner

**Poverty Population**

< 50K

50K–150K

150K–300K

300K–500K

500K–800K

800K–1.5M

> 1.5M

Note: Poverty was modeled by the percentage of total population in each taluk relative to the **state**, urban and rural population, population density of each taluk, percent of poverty population for rural and urban areas per state
Source: India Census 2011, Reserve Bank of India, Landscan, BCG GeoAnalytic Analysis

THE BOSTON CONSULTING GROUP

**Draft—for discussion only**

Copyright © 2014 by The Boston Consulting Group, Inc. All rights reserved.

WON-EX 011913

# Backup: India coverage based on state level view of poverty (i.e., no data interpolation at local level)

NOTE—23 of the 28 provider locations (82%) are mapped representing 86% of the surgeries delivered



- • Burn Partner
- ○ Clubfoot Partner
- ○ Blindness Partner

**Population in Poverty (Thousands)**
- 0–125
- 126–550
- 551–1,500
- 1,501–3,000
- 3,001–14,000
- 14,001–36,000
- 36,001–59,819

Source: Reserve Bank of India 2012 Annual Report

THE BOSTON CONSULTING GROUP

Draft—for discussion only

19

Copyright © 2014 by The Boston Consulting Group, Inc. All rights reserved.

WON-EX 011914

# Backup—population only: India coverage of population density

Copyright © 2014 by The Boston Consulting Group, Inc. All rights reserved

NOTE–23 of the 28 provider locations (82%) are mapped representing 86% of the surgeries delivered



- ● Burn Partner
- ○ Clubfoot Partner
- ● Blindness Partner

**Population Density (Ppl/Sq Km)**

- 0–150
- 151–250
- 201–350
- 351–700
- 601–45,396

1 Not all partners were located in the database
Source: Wonder/Work Partner Data, Center for International Earth Science Information Network–CIESIN–Columbia University

THE BOSTON CONSULTING GROUP

Draft—for discussion only

WON-EX 011915

Copyright © 2013 by The Boston Consulting Group, Inc. All rights reserved.

Local view

## patient coverage



Source:

THE BOSTON CONSULTING GROUP

Draft—for discussion only

WON-EX 011916

# Network



**Number of Patients per Village**

- 1 - 10
- 11 - 100
- 101 - 500
- 501 - 2,500
- 2,501 - 5,500

100 km

Copyright © 2014 by The Boston Consulting Group, Inc. All rights reserved.

Draft—for discussion only

THE BOSTON CONSULTING GROUP

Source:



Miracle surgeries for children.

# wonder work

## Final Grant Report

### for

████████████████

---

**OVERVIEW:** As of September 2013, we received 4 grants from ████████████ totaling $500,000. Each of these grants was distributed immediately to WonderWork partner hospitals who had long waiting lists and the capacity to increase surgeries. Over these past 12 months, these grants were invaluable in helping us more than double the number of surgeries we provided in the previous year. With your help, WonderWork has provided 34,478 life-changing surgeries over these past 12 months for children and adults who were blind, severely burned or crippled with clubfoot.

**31,402 blind children and adults received surgery that restored their eyesight.**



**1,910 children with clubfoot were cured.**



**1,166 severely burned children received reconstructive surgery.**



October 15, 2014

WON-EX 012099



Miracle surgeries for children

# Summary Of All WonderWork Surgeries
## (10/1/2013-10/1/2014)

WON-EX 012100



Miracle surgeries for children
wonder
work

| Cause | Country | Partners | # Surgeries |
|---|---|---|---|
| | India | | 4,857 |
| | Nepal | | 4,000 |
| | India | | 3,086 |
| | Bangladesh | | 2,000 |
| | India | | 1,429 |
| | India | | 1,543 |
| | India | | 1,257 |
| | Ghana | | 1,143 |
| | India | | 857 |
| | India | | 857 |
| | India | | 857 |
| | India | | 800 |
| | Indonesia | | 800 |
| | India | | 686 |
| | India | | 571 |
| | India | | 400 |
| | India | | 400 |
| Blindness | India | | 400 |
| | Nigeria | | 400 |
| | India | | 400 |
| | India | | 400 |
| | Global | | 400 |
| | India | | 400 |
| | Nepal | | 400 |
| | India | | 400 |
| | India | | 400 |
| | Nigeria | | 400 |
| | Cambodia | | 286 |
| | India | | 286 |
| | Kenya | | 286 |
| | China | | 286 |
| | Global | | 286 |
| | Kenya | | 286 |
| | Togo | | 143 |
| | | | **31,402** |
| | Global | | 1,500 |
| | Nepal | | 90 |
| | Bangladesh | | 80 |
| Clubfoot | Bangladesh | | 80 |
| | Bangladesh | | 80 |
| | India | | 40 |
| | Vietnam | | 40 |
| | | | 1,910 |
| | India | | 769 |
| | Nepal | | 83 |
| | Kenya | | 50 |
| | Ethiopia | | 33 |
| | Ethiopia | | 33 |
| Burns | Uganda | | 33 |
| | Iraq | | 33 |
| | Global | | 33 |
| | Cambodia | | 33 |
| | Vietnam | | 33 |
| | Ethiopia | | 33 |
| | | | **1,166** |
| Safety & Quality | Global | | N/A |
| | China | | N/A |
| **TOTAL** | | | **34,478** |

**Information about WonderWork hospitals who benefited from** ▮▮▮▮▮▮▮▮ **grant...**

October 15, 2014

3

WON-EX 012101


Miracle surgeries for children
**wonder work**

**Location: India**
**Focus: Blindness**



- 4,857 cataract surgeries performed for the rural poor
- Patients identified through rural outreach screening camps
- Able to cover villages 150-300 km from base hospitals
- For every 5 patients screened, 2 need surgery

**About** ███████████████

███████████████ has been operating for 25 years. They have a network of 9 hospitals throughout India that provide high quality eye surgery for the rural and urban poor. Their outreach program is one of India's largest; screening camps are held on weekends. Since 1990, not a single week has gone by without camps being conducted. The highly experienced and efficient surgical staff at ██████ treats approximately 140,000 patients every year.

**Patient:** ███████████
**Age:** 45 years
**Gender:** Female
**Village:** ███████████
**Diagnosis:** Cataracts



████████ **Story:** ████████ is a housewife with two children. Her husband is a poor farmer and can barely feed his family. She began to go blind a few years ago. She mentioned this to her husband but they could not afford to see a doctor. Through a family friend, they heard about a special eye camp nearby at █████ ███████████ ████████████ husband took her to the camp where she was diagnosed with cataracts. She was then brought to the base hospital, where the surgery was performed immediately and free of cost. ████████ was very excited and grateful to have her vision restored.

WON-EX 012102


Miracle surgeries for children
wonder work

▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊

**Location: India**
**Focus: Blindness**

- 3,086 free surgeries performed



**About** ▊▊▊▊▊▊▊ ▊▊▊▊▊▊▊▊▊ is a
service oriented mission hospital that has
served the poorest patients in West Bengal
India since the early 1990's. ▊▊▊▊▊▊
▊▊▊▊ (pictured right) and his talented
team treat approximately 18,000 patients
every year. ▊▊▊ is one of the few hospitals
in the region specializing in pediatric
ophthalmology. They also run an
Ophthalmic Training Centre, which trains
more than 100 students each year.

**Patient:** ▊▊▊▊▊▊▊▊
**Age:** 2 years
**Gender:** Male
**Village:** ▊▊▊▊▊▊▊▊▊▊
**Diagnosis:** Congenital Cataract

▊▊▊▊▊▊ **Story:** ▊▊▊▊▊▊▊ family realized he was blind when he was only 4 months old.
They are very poor famers that live in a thatched mud house in a remote village of ▊▊▊▊▊▊▊
in West Bengal. Until ▊▊▊ conducted an eye camp recently, the family did not know ▊▊▊▊▊▊
condition could be treated. ▊▊▊▊▊▊ was able to undergo a successful surgery at no cost to the
family. Now he has 20/20 vision and can go to school.

 

WON-EX 012103



Miracle surgeries for children.
**wonder work**

**Location: Bangladesh**
**Focus: Blindness**

- 2,000 surgeries completed

**About** ███████████ is the largest multispecialty eye hospital in Bangladesh and was established in 1960. They have three branch hospitals and perform about 20,000 cataract surgeries annually, of which 1,252 are performed on children. The hospital performs 10% of the total cataract surgeries in the country. ███████████ also provides training to increase the human resource capacity for ophthalmic services in Bangladesh.

**Patient:** ████
**Age:** 12 years
**Gender:** Male
**Village:** █████
**Diagnosis:** Traumatic Cataract



████ **Story:** ████ lost all vision in his right eye two years ago due to an accident. But after successful surgery at █████ █████ through this WonderWork grant, he is now able to see with 20/20 vision.

**Location: India**
**Focus: Blindness**

- 1,543 cataract surgeries completed
- Conducted 55 outreach screening camps and reached more than 30,000 people

**About** ██████████ established in 2002, is located in the central region of Orissa in Dhenkanal, India. █████ performs over 6,000 free cataract surgeries each year. 90% of these patients come from outreach eye-screening camps they hold throughout the year. █████ has been awarded the District Award for three consecutive years in recognition of performing a record number of surgeries.



WON-EX 012104


**Patient:** ███████
**Age:** 82
**Gender:** Female
**Village:** ████████████
**Diagnosis:** Cataract

 

*Blindness is 500% more prevalent in the developing world and it hurts women the most. When a wife or mother goes blind, the husband throws her out of the home and gets a new wife. When a girl is blind, she will never marry and remains a burden on the family her entire life.*

████████████████

**Location: India**
**Focus: Blindness**

- 1,257 completed surgeries
- Patients from slums of Delhi and surrounding villages

About ███████████



██████████████████ established in 1885, is the oldest and one of the largest private hospitals in New Delhi. This multi-specialty national hospital has 600 beds and has a patient referral base of over 2 million people. The hospital's eye department performs 4,500 free cataract surgeries each year. ███████████████ (pictured here) runs the ophthalmic department.

 

**Patient:** ███████
**Age:** 2 years
**Gender:** Male
**Village:** ███████████
**Diagnosis:** Bilateral Cataract

*In many ways, going blind in a developing country is like a death sentence. 60% of children die within 2 years of going blind. They have a saying that a blind person is a "mouth with no hands."*

WON-EX 012105



**Location: India**
**Focus: Blindness**

- 857 completed cataract surgeries

**About** ███████████
███████ established in 1981, is a
charitable trust focusing on blindness,
orthopedics, education and rehabilitation.
They run ███████████████ a
60-bed charitable hospital that performs
approximately 6,000 cataract surgeries
annually. The hospital caters to over half a
million people from Western Uttar Pradesh,
Agra and Mathura.

**Patient:** ████████████
**Age:** 60
**Gender:** Male
**Village:** ████████████
**Diagnosis:** Cataract




*When men go blind in a developing country, they cannot work and can no longer provide for their family. Very often, the only way for them – and their family - to survive is to resort to begging.*

October 15, 2014

WON-EX 012106



**wonder work**

████████████████

**Location:** India
**Focus:** Blindness

* 857 completed pediatric surgeries

About ████████████████



████████████████ is the oldest eye hospital of Northern India, established in 1927. The hospital has a regional eye institute with branches that spread over 32 cities and towns of Uttar Pradesh and Uttaranchal States. The hospital has 1,000+ beds and more than 1,500 beds amongst the rest of its 32 branches. The hospital is equipped with world-class facilities and instruments and continues to provide the best eye care at the lowest price possible in India. ████████ examines more than 400,000 patients annually and organizes outreach camps for the poor in various villages. It operates on 3,000+ patients per year.

**Patient:** ████████
**Age:** 2 years
**Gender:** Female
**Village:** ████████████
**Diagnosis:** Cataract



████████'s Story: ████████ is a 2-year-old girl with 3 brothers and sisters. She is completely blind in her right eye. ████████ parents are illiterate and do hard labor to support their family. Without the free surgery from WonderWork's program at ████████████████ they would not have been able to pay for treatment for ████████. After surgery, ████████ now has 20/20 vision and will now be attending school with her brothers and sisters.

WON-EX 012107



**Location: India**
**Focus: Blindness**

- 857 completed cataract surgeries
  - 821 adults surgeries
  - 36 pediatric surgeries
- Grant was also used to educate and increase awareness. Several peripheral centers are planned, focusing on pediatric cases to locate and track new patients.



**About** ▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓ is a 100-bed multi-specialty hospital located in the capital of Jharkhand state of India. The hospital provides free cataract surgery along with food, medicine and accommodation for all patients as well as free post-operative care for an indefinite period. The hospital also treats patients from neighboring states, Orissa, West Bengal, Chattigarh and Bihar, providing approximately 4,000 surgeries each year.

**Patient:** ▓▓▓▓▓▓▓
**Age:** 7 years
**Gender:** Male
**Village:** ▓▓▓▓▓
**Diagnosis:** Bilateral Cataract



▓▓▓▓ **Story:** ▓▓▓ suffered a fever at the age of 5 and this caused him to go blind in both eyes. He was unable to go to school. His parents heard about WonderWork's program at ▓▓▓▓ ▓▓▓▓ where they operated on ▓▓▓ and restored his eyesight in both eyes. ▓▓▓ is now going to school, learning how to read and playing with his friends just like a normal 7-year-old.

WON-EX 012108


Miracle surgeries for children.
wonder work

**Location:** Bangladesh
**Focus:** Clubfoot

- 80 children treated

**About** ████████

████████ has over 40 clinics across Bangladesh and has provided treatment to 8,759 children. Every year in Bangladesh, an estimated 5,000 children are born with a clubfoot deformity. Besides providing free treatment, the ████████ program supports training to various government medical facilities.



**Patient:** ████
**Age:** 5 years
**Gender:** Male
**Village:** ████
**Diagnosis:** Bilateral Congenital Clubfoot

████ **Story:** ████ father, ██ is a small shopkeeper who lives in ████ When he and his wife saw that their son was born with clubfoot, they were very upset and felt they had been cursed. ████ thought his son's feet would never be corrected and he would never walk properly. After hearing about WonderWork's program with ████████ took ████ at just 2 ½ years old to get treatment. After successful treatment and a minor surgery, ████ is now a normal and happy 5-year-old boy who can walk, run & play.





WON-EX 012110



Miracle surgeries for children.
wonder
work

████████████████████████████████████

Location: Bangladesh
**Focus:** Clubfoot

- 80 children treated

**About** ████

████ is a non-profit organization in Bangladesh treating clubfoot patients using both surgical and non-surgical techniques. ████ provides services to about 50,000 patients each year. The 100-bed hospital at ████████ is the only hospital in Bangladesh that specializes in the treatment of spinal cord injuries. It also has a specific pediatric unit for children with clubfoot disabilities. ████████ treats 300 children for clubfoot annually. Most of these children come from rural areas and cannot afford to bear the full cost of treatment. ████ also offers free education, training and rehabilitation services to the poor with donor support. ████ is regarded as a model facility throughout South Asia and provides training to students across the entire region.



**Patient Profile:** ████████
**Age:** 1 year
**Gender:** Male
**Village:** ████
**Diagnosis:** Bilateral Clubfoot

████████ **Story:** ████
was born with bilateral clubfoot. His parents are extremely poor farmers and were unable to afford treatment for their son. But after hearing about ████ and through a WonderWork grant, ████████ family was able to get him the free clubfoot treatment he needed to be able to walk. Little ████████ received 6 different casts and after a couple of months was walking on his own.




October 15, 2014

WON-EX 012111


Miracle surgeries for children.

**Location: Bangladesh**
**Focus: Clubfoot**

- 80 children treated, including 9 neglected clubfoot surgeries

**About** ██
██ is a nonprofit health project of ████████
████████, which aims to transform the lives of children with clubfoot. ██ is solely dedicated to eliminating clubfoot through early detection and treatment of children less than 5 years of age in the Chittagong division of Bangladesh. They provide free Ponseti Method treatment, which involves a series of castings and corrective surgery at clinics located within government hospitals. ██ also trains doctors and physiotherapists in the Ponseti Method and creates awareness among local stakeholders on early diagnosis and treatment of clubfoot.



**Patient Profile:** ██
**Age:** 5 years
**Gender:** Male
**Diagnosis:** Bilateral Clubfoot

██ **Story:** ██ suffered from clubfoot since he was born. His parents, who are day laborers are very poor and would never have been able to afford treatment for their son. When they heard about WonderWork and ██ program, they brought him in for free treatment. It took just six weeks to straighten ██ feet. Now he can walk and run normally. His parents are very thankful.




WON-EX 012112



Location: India
Focus: Burn Treatment

- 769 burn patients treated

About ██████
██████████ is a private hospital located in Varanasi, one of the oldest inhabited cities in the world. It was started by ████████████████████ in memory of his father in order to provide state-of-the-art plastic surgery services at an affordable cost. This 80-bed hospital caters to 1 million people in Varanasi and Eastern Uttar Pradesh and performs about 300 burn surgeries a year. ██████████ has become a well-known hospital for cleft care and burn reconstructive surgery.



Patient: ████
Age: 11 years
Gender: Male
Village: ██████
Diagnosis: Burn Contracture

████ Story: ████ was severely burned 2 years ago while he was lighting a cheap gas cookstove and it blew up. Although he survived the explosion, as his burns healed, his chin

 

became fused to his chest preventing him from moving his head and breathing properly. His parents had no money to treat ████ however, they saw a posting in their local newspaper that ████ ████████ and WonderWork were offering free burn treatment. They traveled a long way to reach this hospital. Luckily, he was admitted and received surgery the very next day. ██████████ was able to separate ████ chin from his chest, so now he can move his head and neck. This allows him to eat normally and sleep with his head flat on his sleeping mat. He will need more surgeries, but this one has had a huge impact on his quality of life.

WON-EX 012113

# Final Grant Report
## for



October 15, 2014

WON-EX 012114

The 

# Initial Grant Report
## February 12, 2014



Miracle surgeries for children.

WON-EX 011857



Miracle surgeries for children.

**The** ██████████████████

# Initial Grant Report

**This grant report summarizes how we deployed this $500,000 unrestricted grant.**

**WHO:** This grant will provide free surgery for 10,415 poor children and adults in developing countries who would otherwise never receive it.

**WHERE:** This grant will pay for surgeries in 3 of the world's poorest countries: Bangladesh, Nepal and India.

**WHEN:** This grant was received December 31, 2013. 100% of this money was distributed to WonderWork partners and partner hospitals on or before January 17, 2014. All surgeries should be completed by June 2014.

**WHAT:** This grant will help provide 3 types of miracles surgeries and treatment for three major public health problems in the developing world:

**CATARACT BLINDNESS:** 20 million children and adults who are blind today could see tomorrow if they received a 15-minute miracle surgery, but most never will because they are too poor to afford it. The eye surgery we provide is an inexpensive, quick, yet very safe procedure that can restore virtually 100% of eyesight in just 15 minutes. Once the bad lens is removed through a small incision in the eye, a new one is inserted. There are no stitches required, just a bandage to cover the eyes overnight. The patient is able to see the next day. A child's surgery costs $300; an adult's is just $35.

**CLUBFOOT:** 2 million children in the world who are suffering with clubfoot could be saved through a miracle cure that costs just $250. Our partners use a series of casts that gradually straighten feet over a period of 6 weeks. Once the feet are straightened, the child wears braces for a few years to keep them in line. This cure is 95% effective. For children that are too old for casting, we provide traditional surgery.

**BURNS:** 15 million children worldwide have been severely burned - making burns one of the biggest medical problems in the developing world. Luckily, there is a surgery that can transform severely burned children and adults. It can give them back the use of their fingers, toes, hands, arms and legs, or release a chin that's been fused to a chest. A plastic surgeon uses a scalpel to "release," or separate, skin that has been fused together by a severe burn injury. The transformation is life-changing, takes but a few hours and costs as little as $300.

## SUMMARY OF SURGERIES

| Cause | Country | Partners | Grant Breakout | # Surgeries |
|-------|---------|----------|---------------|-------------|
| | India | ██████ | $120,000 | 3,429 |
| | Bangladesh | ██████ | $60,000 | 1,714 |
| | India | ██████ | $80,000 | 2,286 |
| Blindness | India | ██████ | $30,000 | 857 |
| | India | ██████ | $20,000 | 571 |
| | India | ██████ | $20,000 | 571 |
| | India | ██████ | $15,000 | 429 |
| | India | ██████ | $30,000 | 100 |
| | | | **$375,000** | **9,957** |
| | Bangladesh | ██████ | $10,000 | 40 |
| Clubfoot | Nepal | ██████ | $12,500 | 50 |
| | Bangladesh | ██████ | $20,000 | 80 |
| | Bangladesh | ██████ | $20,000 | 80 |
| | | | **$62,500** | **250** |
| Burns | India | ██████ | $62,500 | 208 |
| | | | **$62,500** | **208** |
| **TOTAL** | | | **$500,000** | **10,415** |

**100% OF THIS GRANT WILL PROVIDE SURGERIES - 0% WILL GO TOWARDS OVERHEAD, ADMIN OR FUNDRAISING.**

WON-EX 011858

# MULLANEY
# EXHIBIT 17



$275

# CHAR500

NYS Annual Filing for Charitable Organizations
www.CharitiesNYS.com

Send with fee and attachments to:
NYS Office of the Attorney General
Charities Bureau Registration Section
120 Broadway
New York, NY 10271

**2013**
Open to Public
Inspection

## 1. General Information

For Fiscal Year Beginning (mm/dd/yyyy) 07 / 01 / 2013 and Ending (mm/dd/yyyy) 06 / 30 / 2014

| Check if Applicable: | |
|---|---|
| ☐ Address Change | Name of Organization: WONDERWORK, INC. |
| ☐ Name Change | Mailing Address: |
| ☐ Initial Filing | 420 5TH AVENUE, 27TH FLOOR |
| ☐ Final Filing | City / State / Zip: |
| ☐ Amended Filing | NEW YORK, NY, 10018 |
| ☐ Reg ID Pending | Website: |
| | WWW.WONDERWORK.ORG |

Employer Identification Number (EIN): 27-4159217
NY Registration Number: 43-28-70
Telephone: (212) 729-1855
Email: HANA@WONDERWORK.ORG

Check your organization's registration category: ☐ 7A only  ☐ EPTL only  ☒ DUAL (7A & EPTL)  ☐ EXEMPT

Find your registration category in the Charities Registry at www.CharitiesNYS.com

## 2. Certification

See instructions for certification requirements. Improper certification is a violation of law that may be subject to penalties.

*We certify under penalties of perjury that we reviewed this report, including all attachments, and to the best of our knowledge and belief, they are true, correct and complete in accordance with the laws of the State of New York applicable to this report.*

President or Authorized Officer: Signature _____ Title LED Date 5/7/15

Chief Financial Officer or Treasurer: Signature _____ Title LED Date 5/7/15

## 3. Annual Reporting Exemption

Check the exemption(s) that apply to your filing. If your organization is claiming an exemption under the category (7A and EPTL only filers) or both categories (DUAL filers) that apply to your registration, complete only parts 1, 2, and 3, and submit the certified Char500. No fee, schedules, or additional attachments are required. If you cannot claim an exemption or are a DUAL filer that claims only one exemption, you must file applicable schedules and attachments and pay applicable fees.

☐ **3a. 7A filing exemption:** Total contributions from NY State including residents, foundations, government agencies, etc. did not exceed $25,000 **and** the organization did not engage a professional fund raiser (PFR) or fund raising counsel (FRC) to solicit contributions during the fiscal year. Or the organization qualifies for another 7A exemption (see instructions).

☐ **3b. EPTL filing exemption:** Gross receipts did not exceed $25,000 and the market value of assets did not exceed $25,000 at any time during the fiscal year.

## 4. Schedules and Attachments

See the following page for a checklist of schedules and attachments to complete your filing.

☒ Yes  ☐ No  **4a.** Did your organization use a professional fund raiser, fund raising counsel or commercial co-venturer for fund raising activity in NY State? If yes, complete Schedule 4a.

☐ Yes  ☒ No  **4b.** Did the organization receive government grants? If yes, complete Schedule 4b.

## 5. Fee

See the checklist on the next page to calculate your fee(s). Indicate fee(s) you are submitting here:

| 7A filing fee: | EPTL filing fee: | Total fee: | Make a single check or money order payable to: |
|---|---|---|---|
| $ 25. | $ 250. | $ 275. | "Department of Law" |

CHAR500 Annual Filing for Charitable Organizations (Updated June 2014)

Page 1

3J3950 1.000

EXHIBIT -17
Brian Mullaney
8/16/17
S. Arielle Santos, RPR, CSR
TransPerfect Legal

# CHAR500

## Annual Filing Checklist

Simply submit the certified CHAR500 with no fee, schedule, or additional attachments IF:
- Your organization is registered as 7A only and you marked the 7A filing exemption in Part 3.
- Your organization is registered as EPTL only and you marked the EPTL filing exemption in Part 3.
- Your organization is registered as DUAL and you marked both the 7A and EPTL filing exemption in Part 3.

## Checklist of Schedules and Attachments

Check the schedules you must submit with your CHAR500 as described in Part 4:

[X] If you answered "yes" in Part 4a, submit Schedule 4a: Professional Fund Raisers (PFR), Fund Raising Counsel (FRC), Commercial Co-Venturers (CCV)

[ ] If you answered "yes" in Part 4b, submit Schedule 4b: Government Grants

Check the financial attachments you must submit with your CHAR500:

[X] IRS Form 990, 990-EZ, or 990-PF, and 990-T if applicable

[X] All additional IRS Form 990 Schedules including Schedule B (Schedule of Contributors).

[ ] IRS Form 990-T if applicable

If you are a 7A or DUAL filer, submit the applicable independent Certified Public Accountant's Review or Audit Report:

[ ] Review Report if you received total revenue and support greater than $250,000 and up to $500,000.

[X] Audit Report if you received total revenue and support greater than $500,000

[ ] No Review Report or Audit Report is required because total revenue and support is less than $250,000

Note: The Audit and Review requirements are set to change in 2017 and 2021 in accordance with the Non Profit Revitalization Act of 2013. For more details, visit www.CharitiesNYS.com.

## Calculate Your Fee

For 7A and DUAL filers, calculate the 7A fee:

[ ] $0, if you marked the 7A exemption in Part 3a

[X] $25, if you did not mark the 7A exemption in Part 3a

For EPTL and DUAL filers, calculate the EPTL fee:

[ ] $0, if you marked the EPTL exemption in Part 3b

[ ] $25, if the NET WORTH is less than $50,000

[ ] $50, if the NET WORTH is $50,000 or more but less than $250,000

[ ] $100, if the NET WORTH is $250,000 or more but less than $1,000,000

[X] $250, if the NET WORTH is $1,000,000 or more but less than $10,000,000

[ ] $750, if the NET WORTH is $10,000,000 or more but less than $50,000,000

[ ] $1500, if the NET WORTH is $50,000,000 or more

### Is my organization a 7A, EPTL, or DUAL filer?

- 7A filers are registered to solicit contributions in New York under Article 7-A of the Executive Law ("7A")
- EPTL filers are registered under the Estates, Powers & Trusts Law ("EPTL") because they hold assets and/or conduct activites for charitable purposes in NY.
- DUAL filers are registered under both 7A and EPTL.

Check your registration category and learn more about NY law at www.CharitiesNYS.com

### Where do I find my organization's NET WORTH?

NET WORTH for fee purposes is calculated on:
- IRS From 990 Part I, line 22
- IRS Form 990 EZ Part I line 21
- IRS Form 990 PF, calculate the difference between Total Assets at Fair Market Value (Part II, line 16(c)) and Total Liabilities (Part II, line 23(b)).

## Send Your Filing

Send your CHAR500, all schedules and attachments, and total fee to:

NYS Office of the Attorney General
Charities Bureau Registration Section
120 Broadway
New York, NY 10271

WON-EX 0173

# CHAR500

**2013**

Schedule 4a: Professional Fund Raisers, Fund Raising Counsels, Commercial Co-Venturers
www.CharitiesNYS.com

Open to Public
Inspection

If you checked the box in question 4a in Part 4 on the CHAR500 Annual Filing for Charitable Organizations, complete this schedule for EACH Professional Fund Raiser (PFR), Fund Raising Counsel (FRC) or Commercial Co-Venturer (CCV) that the organization engaged for fund raising activity in NY State. Use additional pages if necessary. Include this schedule with your certified CHAR500 NYS Annual Filing for Charitable Organizations.

## 1. Organization Information

| Name of Organization: | NY Registration Number: |
|---|---|
| WONDERWORK, INC. | 432870 |

## 2. Professional Fund Raiser, Fund Raising Counsel, Commercial Co-Venturer Information

Fund Raising Professional type:

[X] Professional Fund Raiser

[ ] Fund Raising Counsel

[ ] Commercial Co-Venturer

| Name of FRP: | NY Registration Number: |
|---|---|
| TARGET MARKETEAM | 326241 |
| Mailing Address: | Telephone: |
| 1120 AVENUE OF THE AMERICAS | 770-274-3700 |
| City / State / Zip: | |
| NEW YORK, NY 10036 | |

## 3. Contract Information

| Contract Start Date: | Contract End Date: |
|---|---|
| N/A | N/A |

## 4. Description of Services

Services provided by FRP: DEVELOPING DIRECT MAIL CAMPAIGNS

## 5. Description of Compensation

| Compensation arrangement with FRP: MONTHLY FEE | Amount Paid to FRP: |
|---|---|
| | 180,000. |

## 6. Commercial Co-Venturer (CCV) Report

[ ] Yes [ ] No — If services were provided by a CCV, did the CCV provide the charitable organization with the interim or closing report(s) required by Section 173(a) part 3 of the Executive Law Article 7A?

## Definitions

A **Professional Fund Raiser (PFR)**, in addition to other activities, conducts solicitation of contributions and/or handles the donations (Article 7A, 171-a.4).

A **Fund Raising Counsel (FRC)** does not solicit or handle contributions but limits activities to advising or assisting a charitable organization to perform such functions for itself (Article 7A, 171-a.9).

A **Commercial Co-Venturer (CCV)** is an individual or for-profit company that is regularly and primarily engaged in trade or commerce other than raising funds for a charitable organization and who advertises that the purchase or use of goods, services, entertainment or any other thing of value will benefit a charitable organization (Article 7A, 171-a.6).

WON-EX 0174

# Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

▶ Do not enter Social Security numbers on this form as it may be made public.

▶ Information about Form 990 and its instructions is at *www.irs.gov/form990*.

OMB No. 1545-0047

**2013**

Open to Public Inspection

**A** For the 2013 calendar year, or tax year beginning 07/01, **2013**, and ending 06/30, 20 14

| B Check if applicable: | C Name of organization | WONDERWORK, INC. | | D Employer identification number |
|---|---|---|---|---|
| | Address change | Doing Business As | | 27-4159217 |
| | Name change | Number and street (or P.O. box if mail is not delivered to street address) | Room/suite | E Telephone number |
| | Initial return | 420 5TH AVENUE, 27TH FLOOR | | (212) 729-1855 |
| | Terminated | City or town, state or province, country, and ZIP or foreign postal code | | |
| | Amended return | NEW YORK, NY 10018 | | G Gross receipts $ 14,729,311. |

| F Name and address of principal officer: | BRIAN MULLANEY |
|---|---|
| Application pending | 420 FIFTH AVENUE 27TH FLOOR NEW YORK, NY 10018 |

H(a) Is this a group return for subordinates? ☐ Yes ☒ No

H(b) Are all subordinates included? ☐ Yes ☐ No

If "No," attach a list. (see instructions)

**I** Tax-exempt status: ☒ 501(c)(3) ☐ 501(c) ( ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527

**J** Website: ▶ WWW.WONDERWORK.ORG

H(c) Group exemption number ▶

**K** Form of organization: ☒ Corporation ☐ Trust ☐ Association ☐ Other ▶ **L** Year of formation: 2011 **M** State of legal domicile: DE

## Part I Summary

| | | | |
|---|---|---|---|
| 1 | Briefly describe the organization's mission or most significant activities: PROVIDE FREE SURGERY TO INDIGENT CHILDREN AND ADULTS, FINANCIAL SUPPORT FOR LOCAL HOSPITALS, AND RAISE AWARENESS ABOUT THE LACK OF ACCESS TO SURGERY IN DEVELOPING COUNTRIES. | | |
| 2 | Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. | | |
| 3 | Number of voting members of the governing body (Part VI, line 1a) | **3** | 4. |
| 4 | Number of independent voting members of the governing body (Part VI, line 1b) | **4** | 3. |
| 5 | Total number of individuals employed in calendar year 2013 (Part V, line 2a) | **5** | 13. |
| 6 | Total number of volunteers (estimate if necessary) | **6** | 3. |
| 7a | Total unrelated business revenue from Part VIII, column (C), line 12 | **7a** | 0 |
| b | Net unrelated business taxable income from Form 990-T, line 34 | **7b** | 0 |

| | | Prior Year | Current Year |
|---|---|---|---|
| 8 | Contributions and grants (Part VIII, line 1h) | 7,446,172. | 12,912,667. |
| 9 | Program service revenue (Part VIII, line 2g) | 0 | 0 |
| 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 146,128. | 647,872. |
| 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 0 | 26,130. |
| 12 | Total revenue - add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 7,592,300. | 13,586,669. |
| 13 | Grants and similar amounts paid (Part IX, column (A), lines 1-3) | 1,327,500. | 1,543,055. |
| 14 | Benefits paid to or for members (Part IX, column (A), line 4) | 0 | 0 |
| 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 1,369,968. | 1,721,683. |
| 16a | Professional fundraising fees (Part IX, column (A), line 11e) | 0 | 0 |
| b | Total fundraising expenses (Part IX, column (D), line 25) ▶ 4,619,803. | | |
| 17 | Other expenses (Part IX, column (A), lines 11a-11d, 11f-24e) | 9,137,776. | 9,521,812. |
| 18 | Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | 11,835,244. | 12,786,550. |
| 19 | Revenue less expenses. Subtract line 18 from line 12 | -4,242,944. | 800,119. |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| 20 | Total assets (Part X, line 16) | 8,357,225. | 15,445,443. |
| 21 | Total liabilities (Part X, line 26) | 5,628,863. | 10,686,666. |
| 22 | Net assets or fund balances. Subtract line 21 from line 20 | 2,728,362. | 4,758,777. |

## Part II Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | ▶ Signature of officer | Date |
|---|---|---|
| | ▶ Type or print name and title | |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date 5/11/15 | Check ☐ if self-employed | PTIN P01249521 |
|---|---|---|---|---|---|
| | DEVIN L. DUNCAN | | | | |
| | Firm's name ▶ KPMG LLP | | | Firm's EIN ▶ 13-5565207 | |
| | Firm's address ▶ 345 PARK AVENUE NEW YORK, NY 10154-0102 | | | Phone no. 212-758-9700 | |

May the IRS discuss this return with the preparer shown above? (see instructions) ☒ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions.

Form **990** (2013)

| **Part III** | Statement of Program Service Accomplishments |
| --- | --- |

Check if Schedule O contains a response or note to any line in this Part III . . . . . . . . . . . . . . . . . . . . . . . . . . . [X]

**1** Briefly describe the organization's mission:

PROVIDE TREATMENT, SURGERY, AND RELATED ASSISTANCE TO CHILDREN AND
ADULTS EVERYWHERE, INCLUDING THOSE IN DEVELOPING COUNTRIES, SUFFERING
FROM DISEASE, ILLNESS, OR DISABILITY. FOR MORE INFORMATION, SEE
SCHEDULE O.

**2** Did the organization undertake any significant program services during the year which were not listed on the
prior Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes [X] No

If "Yes," describe these new services on Schedule O.

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program
services? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [X] Yes [ ] No

If "Yes," describe these changes on Schedule O.

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by
expenses. Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others,
the total expenses, and revenue, if any, for each program service reported.

**4a** (Code: _____ ) (Expenses $ ____7,879,996. including grants of $ ____1,543,055. ) (Revenue $ _____0 )

WONDERWORK EMPOWERS AND PARTNERS WITH LOCAL SURGEONS, HOSPITALS,
AND CHARITABLE ORGANIZATIONS ENGAGED IN THE DELIVERY OF
LIFE-CHANGING SURGERY AND RELATED CARE BY PROVIDING TRAINING AND
EDUCATION, FINANCIAL SUPPORT AND EQUIPMENT. WONDERWORK ALSO
EDUCATES DOCTORS AND RAISES PUBLIC AWARENESS ON NEEDED SURGICAL
CARE AND RELATED TREATMENT FOR UNDERSERVED POPULATIONS WITH
DISABILITIES.

**4b** (Code: _____ ) (Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

**4c** (Code: _____ ) (Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

**4d** Other program services (Describe in Schedule O.)

(Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

**4e** Total program service expenses ▶ _____7,879,996.

WON-EX 0176

WONDERWORK, INC.          27-4159217

## Part IV   Checklist of Required Schedules

|  |  |  | Yes | No |
|---|---|---|---|---|
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* | **1** | X | |
| 2 | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? | **2** | X | |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* | **3** | | X |
| 4 | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* | **4** | | X |
| 5 | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* | **5** | | X |
| 6 | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* | **6** | | X |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* | **7** | | X |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* | **8** | | X |
| 9 | Did the organization report an amount in Part X, line 21, for escrow or custodial account liability; serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* | **9** | | X |
| 10 | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi-endowments? *If "Yes," complete Schedule D, Part V* | **10** | | X |
| 11 | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable. | | | |
| a | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI* | **11a** | X | |
| b | Did the organization report an amount for investments-other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* | **11b** | | X |
| c | Did the organization report an amount for investments-program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* | **11c** | | X |
| d | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* | **11d** | | X |
| e | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | **11e** | | X |
| f | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* | **11f** | X | |
| 12a | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* | **12a** | X | |
| b | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* | **12b** | | X |
| 13 | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | X |
| 14a | Did the organization maintain an office, employees, or agents outside of the United States? | **14a** | | X |
| b | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* | **14b** | X | |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* | **15** | X | |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* | **16** | | X |
| 17 | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I (see instructions)* | **17** | X | |
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* | **18** | | X |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* | **19** | | X |
| 20a | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* | **20a** | | X |
| b | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |

JSA
3E1021 1.000

Form **990** (2013)

4099FL 2231  5/4/2015   8:34:13 AM   V 13-7.15      2910316          PAGE 4

WON-EX 0177

**Part IV**   Checklist of Required Schedules *(continued)*

| | | Yes | No |
|---|---|---|---|
| 21 | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* . . . . . . . . . . . . . . . . **21** | X | |
| 22 | Did the organization report more than $5,000 of grants or other assistance to individuals in the United States on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* . . . . . . . . . . . . . . . **22** | | X |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **23** | X | |
| 24 a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* . . . . . . . . . . . . . . . . . . . . . **24a** | | X |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . . . **24b** | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **24c** | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . . . . **24d** | | |
| 25 a | **Section 501(c)(3) and 501(c)(4) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* . . . . . . . . . . . . . . **25a** | | X |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **25b** | | X |
| 26 | Did the organization report any amount on Part X, line 5, 6, or 22 for receivables from or payable to any current or former officers, directors, trustees, key employees, highest compensated employees, or disqualified persons? If so, complete Schedule L, Part II . . . . . . . . . . . . . . . . . . . . . . . . . **26** | X | |
| 27 | Did the organization provide a grant or other assistance to an officer, director, trustee, key employee, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part III* . . . . . . . . . . . **27** | | X |
| 28 | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | |
| a | A current or former officer, director, trustee, or key employee? *If "Yes," complete Schedule L, Part IV*. . . . . . . **28a** | | X |
| b | A family member of a current or former officer, director, trustee, or key employee? *If "Yes," complete Schedule L, Part IV*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **28b** | | X |
| c | An entity of which a current or former officer, director, trustee, or key employee (or a family member thereof) was an officer, director, trustee, or direct or indirect owner? *If "Yes," complete Schedule L, Part IV* . . . . . . **28c** | | X |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* . . . **29** | X | |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* . . . . . . . . . . . . . . . . . . . . . . **30** | | X |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **31** | | X |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **32** | | X |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* . . . . . . . . . . . . . . . **33** | | X |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **34** | | X |
| 35 a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . . . . . . . . . . **35a** | | X |
| b | If "Yes" to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* . . . . **35b** | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* . . . . . . . . . . . . . . . . . . . **36** | | X |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **37** | | X |
| 38 | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O . . . . . . . . . . . . . . . . . . **38** | X | |

WON-EX 0178

## Part V   Statements Regarding Other IRS Filings and Tax Compliance

Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . . . . . . . . . . . ▢

|  |  | Yes | No |
|---|---|---|---|
| 1a | Enter the number reported in Box 3 of Form 1096. Enter -0- if not applicable . . . . . . . . . | **1a** | 10 | | |
| b | Enter the number of Forms W-2G included in line 1a. Enter -0- if not applicable . . . . . . . | **1b** | 0 | | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? . . . . . . . . . . . . . . . . . . . | **1c** | X | |
| 2a | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return | **2a** | 13 | | |
| b | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? | **2b** | X | |
|  | **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to *e-file* (see instructions) . . . . | | | |
| 3a | Did the organization have unrelated business gross income of $1,000 or more during the year? . . . . . | **3a** | | X |
| b | If "Yes," has it filed a Form 990-T for this year? *If "No" to line 3b, provide an explanation in Schedule O* . . . | **3b** | | |
| 4a | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4a** | | X |
| b | If "Yes," enter the name of the foreign country: ▶ | | | |
|  | See instructions for filing requirements for Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts. | | | |
| 5a | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . . . | **5a** | | X |
| b | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? . | **5b** | | X |
| c | If "Yes" to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . . . . . . . . . . . | **5c** | | |
| 6a | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? . . . . . . . | **6a** | | X |
| b | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6b** | | |
| 7 | **Organizations that may receive deductible contributions under section 170(c).** | | | |
| a | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7a** | | X |
| b | If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . . . . | **7b** | | |
| c | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7c** | | X |
| d | If "Yes," indicate the number of Forms 8282 filed during the year . . . . . . . . | **7d** | | | |
| e | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | **7e** | | X |
| f | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . . | **7f** | | X |
| g | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? | **7g** | | |
| h | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? | **7h** | | |
| 8 | **Sponsoring organizations maintaining donor advised funds and section 509(a)(3) supporting organizations.** Did the supporting organization, or a donor advised fund maintained by a sponsoring organization, have excess business holdings at any time during the year? . . . . . . . . . . . . . . . . | **8** | | |
| 9 | **Sponsoring organizations maintaining donor advised funds.** | | | |
| a | Did the organization make any taxable distributions under section 4966? . . . . . . . . . . . . . . | **9a** | | |
| b | Did the organization make a distribution to a donor, donor advisor, or related person? . . . . . . . . . | **9b** | | |
| 10 | **Section 501(c)(7) organizations. Enter:** | | | |
| a | Initiation fees and capital contributions included on Part VIII, line 12 . . . . . | **10a** | | | |
| b | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities . . . . | **10b** | | | |
| 11 | **Section 501(c)(12) organizations. Enter:** | | | |
| a | Gross income from members or shareholders . . . . . . . . . . . . . . . | **11a** | | | |
| b | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them.) . . . . . . . . . . . . . . . . | **11b** | | | |
| 12a | Section 4947(a)(1) non-exempt charitable trusts. Is the organization filing Form 990 in lieu of Form 1041? | **12a** | | |
| b | If "Yes," enter the amount of tax-exempt interest received or accrued during the year . . . | **12b** | | | |
| 13 | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | |
| a | Is the organization licensed to issue qualified health plans in more than one state? . . . . . . . . . | **13a** | | |
|  | **Note.** See the instructions for additional information the organization must report on Schedule O. | | | |
| b | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . . . . . . . . | **13b** | | | |
| c | Enter the amount of reserves on hand . . . . . . . . . . . . . . . . . . | **13c** | | | |
| 14a | Did the organization receive any payments for indoor tanning services during the tax year? . . . . . . . . | **14a** | | X |
| b | If "Yes," has it filed a Form 720 to report these payments? *If "No," provide an explanation in Schedule O* . . . . | **14b** | | |

WON-EX 0179

**Part VI**   Governance, Management, and Disclosure *For each "Yes" response to lines 2 through 7b below, and for a "No" response to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.*

Check if Schedule O contains a response or note to any line in this Part VI . . . . . . . . . . . . . . . . . . . . . . `[X]`

### Section A. Governing Body and Management

|  |  |  | Yes | No |
|---|---|---|---|---|
| 1a | Enter the number of voting members of the governing body at the end of the tax year . . . . . **1a** `4` |  |  |  |
|  | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. |  |  |  |
| b | Enter the number of voting members included in line 1a, above, who are independent . . . . . **1b** `3` |  |  |  |
| 2 | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . . . . . . . . . . . . . . . . . . | 2 |  | X |
| 3 | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors, or trustees, or key employees to a management company or other person? . . | 3 |  | X |
| 4 | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . . | 4 |  | X |
| 5 | Did the organization become aware during the year of a significant diversion of the organization's assets? . . . . | 5 |  | X |
| 6 | Did the organization have members or stockholders? . . . . . . . . . . . . . . . . . . . . . . . . | 6 |  | X |
| 7a | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7a |  | X |
| b | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . . . . . . . . . . . . . | 7b |  | X |
| 8 | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: |  |  |  |
| a | The governing body? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8a | X |  |
| b | Each committee with authority to act on behalf of the governing body? . . . . . . . . . . . . . . . . | 8b | X |  |
| 9 | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses in Schedule O* . . . . . . . . . | 9 |  | X |

### Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

|  |  |  | Yes | No |
|---|---|---|---|---|
| 10a | Did the organization have local chapters, branches, or affiliates? . . . . . . . . . . . . . . . . . . | 10a |  | X |
| b | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? . . . | 10b |  |  |
| 11a | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? . | 11a | X |  |
| b | Describe in Schedule O the process, if any, used by the organization to review this Form 990. |  |  |  |
| 12a | Did the organization have a written conflict of interest policy? *If "No," go to line 13* . . . . . . . . . . | 12a | X |  |
| b | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12b | X |  |
| c | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe in Schedule O how this was done* . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12c | X |  |
| 13 | Did the organization have a written whistleblower policy? . . . . . . . . . . . . . . . . . . . . . | 13 | X |  |
| 14 | Did the organization have a written document retention and destruction policy? . . . . . . . . . . . . . | 14 | X |  |
| 15 | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? |  |  |  |
| a | The organization's CEO, Executive Director, or top management official . . . . . . . . . . . . . . . . | 15a | X |  |
| b | Other officers or key employees of the organization . . . . . . . . . . . . . . . . . . . . . . . | 15b | X |  |
|  | If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions). |  |  |  |
| 16a | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16a |  | X |
| b | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . . . . . . . . . | 16b |  |  |

### Section C. Disclosure

| 17 | List the states with which a copy of this Form 990 is required to be filed ▶ ATTACHMENT 1 |
|---|---|
| 18 | Section 6104 requires an organization to make its Forms 1023 (or 1024 if applicable), 990, and 990-T (Section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.<br>`[X]` Own website   `[ ]` Another's website   `[ ]` Upon request   `[ ]` Other *(explain in Schedule O)* |
| 19 | Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year. |
| 20 | State the name, physical address, and telephone number of the person who possesses the books and records of the organization: ▶ NANA FUCHS 420 FIFTH AVENUE, 27TH FLOOR NEW YORK, NY 10018    212-729-1855 |

| **Part VII** | Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors |
|---|---|

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . . . . . . . . . . . . . .  ☒

**Section A.   Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See instructions for definition of "key employee."

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

List persons in the following order: individual trustees or directors; institutional trustees; officers; key employees; highest compensated employees; and former such persons.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A)<br>Name and Title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) BRIAN MULLANEY<br>CO-FOUNDER, PRESIDENT & CEO | 40.00<br>0 | X | | X | | | | 475,000. | 0 | 42,744. |
| (2) JJ CONEYS<br>AUDIT COMMITTEE CHAIR | 1.00<br>0 | X | | | | | | 0 | 0 | 0 |
| (3) THEODORE DYSART<br>TREASURER/SECRETARY | 1.00<br>0 | X | | X | | | | 0 | 0 | 0 |
| (4) RAVI KANT<br>DIRECTOR | 1.00<br>0 | X | | | | | | 0 | 0 | 0 |
| (5) HANA FUCHS<br>CHIEF FINANCIAL OFFICER | 40.00<br>0 | | | X | | | | 200,000. | 0 | 7,615. |
| (6) DELOIS GREENWOOD<br>SENIOR ADVISOR GLOBAL PROGRAMS | 40.00<br>0 | | | | | X | | 145,833. | 0 | 0 |
| (7) KAREN LAZARUS<br>DIRECTOR STRATEGIC PROJECTS | 40.00<br>0 | | | | | X | | 142,500. | 0 | 16,860. |
| (8) | | | | | | | | | | |
| (9) | | | | | | | | | | |
| (10) | | | | | | | | | | |
| (11) | | | | | | | | | | |
| (12) | | | | | | | | | | |
| (13) | | | | | | | | | | |
| (14) | | | | | | | | | | |

WON-EX 0181

WONDERWORK, INC.                                                    27-4159217

**Part VII** | Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **1b** Sub-total . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | | | | | 963,333. | 0 | 67,219. |
| **c** Total from continuation sheets to Part VII, Section A . . . . ▶ | | | | | | | | 0 | 0 | 0 |
| **d** Total (add lines 1b and 1c) . . . . . . . . . . . . . . . ▶ | | | | | | | | 963,333. | 0 | 67,219. |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶ **4**

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any **former** officer, director, or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . **3** | | X |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . **4** | X | |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* . . . . . . . . . . . . . . . . **5** | | X |

**Section B. Independent Contractors**

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A) Name and business address | (B) Description of services | (C) Compensation |
|---|---|---|
| ATTACHMENT 2 | | |
| | | |
| | | |
| | | |
| | | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 in compensation from the organization ▶ **2**

4099FL 2231  5/4/2015   8:34:13 AM   V 13-7.15        2910316                   PAGE 9

WON-EX 0182

**Part VIII**    Statement of Revenue

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . . . . . . . . . . . . . . ☐

| | | | (A) Total revenue | (B) Related or exempt function revenue | (C) Unrelated business revenue | (D) Revenue excluded from tax under sections 512-514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | 1a | Federated campaigns | 1a | | | | |
| | b | Membership dues | 1b | | | | |
| | c | Fundraising events | 1c | | | | |
| | d | Related organizations | 1d | | | | |
| | e | Government grants (contributions) | 1e | | | | |
| | f | All other contributions, gifts, grants, and similar amounts not included above | 1f | 12,912,667. | | | |
| | g | Noncash contributions included in lines 1a-1f $ | 239,725. | | | | |
| | h | **Total. Add lines 1a-1f** ▶ | | 12,912,667. | | | |
| **Program Service Revenue** | 2a | | Business Code | | | | |
| | b | | | | | | |
| | c | | | | | | |
| | d | | | | | | |
| | e | | | | | | |
| | f | All other program service revenue | | | | | |
| | g | **Total. Add lines 2a-2f** ▶ | | 0 | | | |
| **Other Revenue** | 3 | Investment income (including dividends, interest, and other similar amounts) ▶ | | 270,263. | | | 270,263. |
| | 4 | Income from investment of tax-exempt bond proceeds ▶ | | 0 | | | |
| | 5 | Royalties ▶ | | 0 | | | |
| | | | (i) Real | (ii) Personal | | | |
| | 6a | Gross rents | | | | | |
| | b | Less: rental expenses | | | | | |
| | c | Rental income or (loss) | | | | | |
| | d | Net rental income or (loss) ▶ | | 0 | | | |
| | | | (i) Securities | (ii) Other | | | |
| | 7a | Gross amount from sales of assets other than inventory | 1,520,251. | | | | |
| | b | Less: cost or other basis and sales expenses | 1,142,642. | | | | |
| | c | Gain or (loss) | 377,609. | | | | |
| | d | Net gain or (loss) ▶ | | 377,609. | | | 377,609. |
| | 8a | Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 | a | | | | |
| | b | Less: direct expenses | b | | | | |
| | c | Net income or (loss) from fundraising events ▶ | | 0 | | | |
| | 9a | Gross income from gaming activities. See Part IV, line 19 | a | | | | |
| | b | Less: direct expenses | b | | | | |
| | c | Net income or (loss) from gaming activities ▶ | | 0 | | | |
| | 10a | Gross sales of inventory, less returns and allowances | a | | | | |
| | b | Less: cost of goods sold | b | | | | |
| | c | Net income or (loss) from sales of inventory ▶ | | 0 | | | |
| | | Miscellaneous Revenue | Business Code | | | | |
| | 11a | MISCELLANEOUS | 900099 | 26,130. | | | 26,130. |
| | b | | | | | | |
| | c | | | | | | |
| | d | All other revenue | | | | | |
| | e | **Total. Add lines 11a-11d** ▶ | | 26,130. | | | |
| | 12 | **Total revenue. See instructions** ▶ | | 13,586,669. | | | 674,002. |

WON-EX 0183

**Part IX**    Statement of Functional Expenses

*Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).*

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . . . . . .

| *Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.* | (A) Total expenses | (B) Program service expenses | (C) Management and general expenses | (D) Fundraising expenses |
|---|---|---|---|---|
| 1   Grants and other assistance to governments and organizations in the United States. See Part IV, line 21 . | 460,000. | 460,000. | | |
| 2   Grants and other assistance to individuals in the United States. See Part IV, line 22 . . . | 0 | | | |
| 3   Grants and other assistance to governments, organizations, and individuals outside the United States. See Part IV, lines 15 and 16 . . . . | 1,083,055. | 1,083,055. | | |
| 4   Benefits paid to or for members . . . . . . . | 0 | | | |
| 5   Compensation of current officers, directors, trustees, and key employees . . . . . . | 886,183. | 708,946. | 58,522. | 118,715. |
| 6   Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . . | 0 | | | |
| 7   Other salaries and wages . . . . . . . . | 674,365. | 491,444. | 8,819. | 174,102. |
| 8   Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) . . . . . | 0 | | | |
| 9   Other employee benefits . . . . . . . . | 80,364. | 60,138. | 3,428. | 16,798. |
| 10   Payroll taxes . . . . . . . . . . . . | 80,771. | 62,048. | 3,483. | 15,240. |
| 11   Fees for services (non-employees): | | | | |
| a   Management . . . . . . . . . . . . | 0 | | | |
| b   Legal . . . . . . . . . . . . . . | 639,924. | 558,680. | 81,244. | |
| c   Accounting . . . . . . . . . . . . | 50,100. | | 50,100. | |
| d   Lobbying . . . . . . . . . . . . | 0 | | | |
| e   Professional fundraising services. See Part IV, line 17 . | 0 | | | |
| f   Investment management fees . . . . . . | 0 | | | |
| g   Other. (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O.) . . . | 396,955. | 198,709. | 95. | 198,151. |
| 12   Advertising and promotion . . . . . . | 44,822. | 21,211. | | 23,611. |
| 13   Office expenses . . . . . . . . . . | 7,755,692. | 3,805,923. | 6,555. | 3,943,214. |
| 14   Information technology . . . . . . . . | 15,876. | 12,196. | 684. | 2,996. |
| 15   Royalties . . . . . . . . . . . . . | 0 | | | |
| 16   Occupancy . . . . . . . . . . . . | 187,025. | 143,670. | 8,066. | 35,289. |
| 17   Travel . . . . . . . . . . . . . . | 237,969. | 144,488. | 41,722. | 51,759. |
| 18   Payments of travel or entertainment expenses for any federal, state, or local public officials | 0 | | | |
| 19   Conferences, conventions, and meetings . . . . | 0 | | | |
| 20   Interest . . . . . . . . . . . . . | 0 | | | |
| 21   Payments to affiliates . . . . . . . . | 0 | | | |
| 22   Depreciation, depletion, and amortization . . | 44,486. | 34,173. | 1,919. | 8,394. |
| 23   Insurance . . . . . . . . . . . . | 30,212. | 23,209. | 1,302. | 5,701. |
| 24   Other expenses. Itemize expenses not covered above (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| a MISCELLANEOUS | 118,751. | 72,106. | 20,812. | 25,833. |
| b | | | | |
| c | | | | |
| d | | | | |
| e   All other expenses | | | | |
| 25   Total functional expenses. Add lines 1 through 24e | 12,786,550. | 7,879,996. | 286,751. | 4,619,803. |
| 26   Joint costs. Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ ☐ if following SOP 98-2 (ASC 958-720) . . . . . . . | 0 | | | |

WON-EX 0184

| Part X | Balance Sheet |
|---|---|

Check if Schedule O contains a response or note to any line in this Part X . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|
| **Assets** | 1 | Cash - non-interest-bearing | 191,061. | 1 | 460,840. |
| | 2 | Savings and temporary cash investments | 987,168. | 2 | 413,121. |
| | 3 | Pledges and grants receivable, net | 570,156. | 3 | 370,116. |
| | 4 | Accounts receivable, net | 0 | 4 | 0 |
| | 5 | Loans and other receivables from current and former officers, directors, trustees, key employees, and highest compensated employees. Complete Part II of Schedule L | 0 | 5 | 0 |
| | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), persons described in section 4958(c)(3)(B), and contributing employers and sponsoring organizations of section 501(c)(9) voluntary employees' beneficiary organizations (see instructions). Complete Part II of Schedule L | 0 | 6 | 0 |
| | 7 | Notes and loans receivable, net | 0 | 7 | 0 |
| | 8 | Inventories for sale or use | 0 | 8 | 0 |
| | 9 | Prepaid expenses and deferred charges | 45,625. | 9 | 45,625. |
| | 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D  **10a** 149,370. | | | |
| | b | Less: accumulated depreciation  **10b** 60,444. | 131,590. | 10c | 88,926. |
| | 11 | Investments - publicly traded securities | 6,431,625. | 11 | 14,066,815. |
| | 12 | Investments - other securities. See Part IV, line 11 | 0 | 12 | 0 |
| | 13 | Investments - program-related. See Part IV, line 11 | 0 | 13 | 0 |
| | 14 | Intangible assets | 0 | 14 | 0 |
| | 15 | Other assets. See Part IV, line 11 | 0 | 15 | 0 |
| | 16 | **Total assets. Add lines 1 through 15 (must equal line 34)** | 8,357,225. | 16 | 15,445,443. |
| **Liabilities** | 17 | Accounts payable and accrued expenses | 1,236,660. | 17 | 1,167,916. |
| | 18 | Grants payable | 733,000. | 18 | 0 |
| | 19 | Deferred revenue | 0 | 19 | 0 |
| | 20 | Tax-exempt bond liabilities | 0 | 20 | 0 |
| | 21 | Escrow or custodial account liability. Complete Part IV of Schedule D | 0 | 21 | 0 |
| | 22 | Loans and other payables to current and former officers, directors, trustees, key employees, highest compensated employees, and disqualified persons. Complete Part II of Schedule L | 0 | 22 | 200,000. |
| | 23 | Secured mortgages and notes payable to unrelated third parties | 1,159,203. | 23 | 0 |
| | 24 | Unsecured notes and loans payable to unrelated third parties | 2,500,000. | 24 | 9,318,750. |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24). Complete Part X of Schedule D | 0 | 25 | 0 |
| | 26 | **Total liabilities. Add lines 17 through 25** | 5,628,863. | 26 | 10,686,666. |
| **Net Assets or Fund Balances** | | Organizations that follow SFAS 117 (ASC 958), check here ▶ [X] and complete lines 27 through 29, and lines 33 and 34. | | | |
| | 27 | Unrestricted net assets | 873,356. | 27 | 2,376,415. |
| | 28 | Temporarily restricted net assets | 1,855,006. | 28 | 2,382,362. |
| | 29 | Permanently restricted net assets | 0 | 29 | 0 |
| | | Organizations that do not follow SFAS 117 (ASC 958), check here ▶ [ ] and complete lines 30 through 34. | | | |
| | 30 | Capital stock or trust principal, or current funds | | 30 | |
| | 31 | Paid-in or capital surplus, or land, building, or equipment fund | | 31 | |
| | 32 | Retained earnings, endowment, accumulated income, or other funds | | 32 | |
| | 33 | Total net assets or fund balances | 2,728,362. | 33 | 4,758,777. |
| | 34 | Total liabilities and net assets/fund balances | 8,357,225. | 34 | 15,445,443. |

Form **990** (2013)

WON-EX 0185

| Part XI | Reconciliation of Net Assets | | |
|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part XI . . . . . . . . . . . . . . ☐

| | | | |
|---|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) . . . . . . . . . . . . | 1 | 13,586,669. |
| 2 | Total expenses (must equal Part IX, column (A), line 25) . . . . . . . . . . . | 2 | 12,786,550. |
| 3 | Revenue less expenses. Subtract line 2 from line 1 . . . . . . . . . . . . . | 3 | 800,119. |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 33, column (A)) . . . . . | 4 | 2,728,362. |
| 5 | Net unrealized gains (losses) on investments . . . . . . . . . . . . . . | 5 | 1,230,296. |
| 6 | Donated services and use of facilities . . . . . . . . . . . . . . . . | 6 | 0 |
| 7 | Investment expenses . . . . . . . . . . . . . . . . . . . . . | 7 | 0 |
| 8 | Prior period adjustments . . . . . . . . . . . . . . . . . . . . | 8 | 0 |
| 9 | Other changes in net assets or fund balances (explain in Schedule O) . . . . . . . . | 9 | 0 |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 33, column (B)) . . . . . . . . . . . . . . . . . . . . . . . | 10 | 4,758,777. |

| Part XII | Financial Statements and Reporting | | |
|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part XII . . . . . . . . . . . . . . . . . ☐

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990: ☐ Cash ☒ Accrual ☐ Other | | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O. | | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? . . . . | 2a | | X |
| | If "Yes," check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: | | | |
| | ☐ Separate basis　☐ Consolidated basis　☐ Both consolidated and separate basis | | | |
| b | Were the organization's financial statements audited by an independent accountant? . . . . . . . . | 2b | X | |
| | If "Yes," check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: | | | |
| | ☒ Separate basis　☐ Consolidated basis　☐ Both consolidated and separate basis | | | |
| c | If "Yes" to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | 2c | X | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? . . . . . . . . . . . . . . . . | 3a | | X |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits. | 3b | | |

Form **990** (2013)

# Public Charity Status and Public Support

Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust.

OMB No. 1545-0047

**2013**

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

▶ Attach to Form 990 or Form 990-EZ.
▶ Information about Schedule A (Form 990 or 990-EZ) and its instructions is at *www.irs.gov/form990*.

| Name of the organization | Employer Identification number |
|---|---|
| WONDERWORK, INC. | 27-4159217 |

## Part I  Reason for Public Charity Status (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 11, check only one box.)

1. ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**
2. ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E.)
3. ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**
4. ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state: _____
5. ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv).** (Complete Part II.)
6. ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**
7. ☒ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)
8. ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)
9. ☐ An organization that normally receives: (1) more than 33 1/3 % of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions - subject to certain exceptions, and (2) no more than 33 1/3 % of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)
10. ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**
11. ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in section 509(a)(1) or section 509(a)(2). See **section 509(a)(3).** Check the box that describes the type of supporting organization and complete lines 11e through 11h.
    a ☐ Type I   b ☐ Type II   c ☐ Type III-Functionally integrated   d ☐ Type III-Non-functionally integrated
    e ☐ By checking this box, I certify that the organization is not controlled directly or indirectly by one or more disqualified persons other than foundation managers and other than one or more publicly supported organizations described in section 509(a)(1) or section 509(a)(2).
    f    If the organization received a written determination from the IRS that it is a Type I, Type II, or Type III supporting organization, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐
    g    Since August 17, 2006, has the organization accepted any gift or contribution from any of the following persons?

|  |  |  | Yes | No |
|---|---|---|---|---|
| (i) | A person who directly or indirectly controls, either alone or together with persons described in (ii) and (iii) below, the governing body of the supported organization? | 11g(i) | | |
| (ii) | A family member of a person described in (i) above? | 11g(ii) | | |
| (iii) | A 35% controlled entity of a person described in (i) or (ii) above? | 11g(iii) | | |

h    Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1-9 above or IRC section (see instructions)) | (iv) Is the organization in col. (i) listed in your governing document? | | (v) Did you notify the organization in col. (i) of your support? | | (vi) Is the organization in col. (i) organized in the U.S.? | | (vii) Amount of monetary support |
|---|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | Yes | No | Yes | No | |
| (A) | | | | | | | | | |
| (B) | | | | | | | | | |
| (C) | | | | | | | | | |
| (D) | | | | | | | | | |
| (E) | | | | | | | | | |
| **Total** | | | | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.

Schedule A (Form 990 or 990-EZ) 2013

**Part II** Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)
(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III. If the organization fails to qualify under the tests listed below, please complete Part III.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2009 | (b) 2010 | (c) 2011 | (d) 2012 | (e) 2013 | (f) Total |
|---|---|---|---|---|---|---|
| 1 Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") | 0 | 50,767 | 7,878,990. | 7,446,172. | 12,912,667. | 28,288,596. |
| 2 Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | 0 |
| 3 The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | 0 |
| 4 Total. Add lines 1 through 3 | | 50,767 | 7,878,990. | 7,446,172. | 12,912,667. | 28,288,596. |
| 5 The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) | | | | | | 9,721,888. |
| 6 Public support. Subtract line 5 from line 4. | | | | | | 18,566,708. |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2009 | (b) 2010 | (c) 2011 | (d) 2012 | (e) 2013 | (f) Total |
|---|---|---|---|---|---|---|
| 7 Amounts from line 4 | | 50,767 | 7,878,990. | 7,446,172. | 12,912,667. | 28,288,596. |
| 8 Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources | | 6. | 1,314. | 41,243. | 270,263. | 312,826. |
| 9 Net income from unrelated business activities, whether or not the business is regularly carried on | | | | | | 0 |
| 10 Other income. Do not include gain or loss from the sale of capital assets (Explain in Part IV.) | | | | | | 0 |
| 11 Total support. Add lines 7 through 10 | | | | | | 28,601,422. |
| 12 Gross receipts from related activities, etc. (see instructions) | | | | | 12 | 1,333,667. |

13 First five years. If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and stop here ▶ [X]

### Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| 14 Public support percentage for 2013 (line 6, column (f) divided by line 11, column (f)) | 14 | % |
| 15 Public support percentage from 2012 Schedule A, Part II, line 14 | 15 | % |

16a **33 1/3% support test - 2013.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☐

b **33 1/3% support test - 2012.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☐

17a **10%-facts-and-circumstances test - 2013.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part IV how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization ▶ ☐

b **10%-facts-and-circumstances test - 2012.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part IV how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization ▶ ☐

18 **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions ▶ ☐

Schedule A (Form 990 or 990-EZ) 2013

WONDERWORK, INC.                                                    27-4159217

**Part III** Support Schedule for Organizations Described in Section 509(a)(2)
(Complete only if you checked the box on line 9 of Part I or if the organization failed to qualify under Part II.
If the organization fails to qualify under the tests listed below, please complete Part II.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2009 | (b) 2010 | (c) 2011 | (d) 2012 | (e) 2013 | (f) Total |
|---|---|---|---|---|---|---|
| 1 Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") | | | | | | |
| 2 Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | | | | | | |
| 3 Gross receipts from activities that are not an unrelated trade or business under section 513 | | | | | | |
| 4 Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| 5 The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| 6 Total. Add lines 1 through 5 | | | | | | |
| 7a Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | |
| b Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year | | | | | | |
| c Add lines 7a and 7b | | | | | | |
| 8 Public support (Subtract line 7c from line 6.) | | | | | | |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2009 | (b) 2010 | (c) 2011 | (d) 2012 | (e) 2013 | (f) Total |
|---|---|---|---|---|---|---|
| 9 Amounts from line 6 | | | | | | |
| 10a Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources | | | | | | |
| b Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975 | | | | | | |
| c Add lines 10a and 10b | | | | | | |
| 11 Net income from unrelated business activities not included in line 10b, whether or not the business is regularly carried on | | | | | | |
| 12 Other income. Do not include gain or loss from the sale of capital assets (Explain in Part IV.) | | | | | | |
| 13 Total support. (Add lines 9, 10c, 11, and 12.) | | | | | | |

14 First five years. If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and stop here. ▶ ☐

### Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| 15 Public support percentage for 2013 (line 8, column (f) divided by line 13, column (f)) | 15 | % |
| 16 Public support percentage from 2012 Schedule A, Part III, line 15 | 16 | % |

### Section D. Computation of Investment Income Percentage

| | | |
|---|---|---|
| 17 Investment income percentage for 2013 (line 10c, column (f) divided by line 13, column (f)) | 17 | % |
| 18 Investment income percentage from 2012 Schedule A, Part III, line 17 | 18 | % |

19a 33 1/3 % support tests - 2013. If the organization did not check the box on line 14, and line 15 is more than 33 1/3 %, and line 17 is not more than 33 1/3 %, check this box and stop here. The organization qualifies as a publicly supported organization ▶ ☐

b 33 1/3 % support tests - 2012. If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3 %, and line 18 is not more than 33 1/3 %, check this box and stop here. The organization qualifies as a publicly supported organization ▶ ☐

20 Private foundation. If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions ▶ ☐

WON-EX 0189

**Part IV** **Supplemental Information.** Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; and Part III, line 12. Also complete this part for any additional information. (See instructions).

WON-EX 0190

**SCHEDULE D**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0047

20**13**

Open to Public
Inspection

# Supplemental Financial Statements

▶ Complete if the organization answered "Yes," to Form 990,
Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.

▶ Attach to Form 990.

▶ Information about Schedule D (Form 990) and its instructions is at *www.irs.gov/form990*.

| Name of the organization | Employer identification number |
|---|---|
| WONDERWORK, INC. | 27-4159217 |

## Part I — Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.
Complete if the organization answered "Yes" to Form 990, Part IV, line 6.

| | | (a) Donor advised funds | (b) Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year . . . . . . . . . . . . | | |
| 2 | Aggregate contributions to (during year) . . . . | | |
| 3 | Aggregate grants from (during year) . . . . . . . | | |
| 4 | Aggregate value at end of year . . . . . . . . . | | |

5 Did the organization inform all donors and donor advisors in writing that the assets held in donor advised
funds are the organization's property, subject to the organization's exclusive legal control? . . . . . . . . . ☐ Yes ☐ No

6 Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used
only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose
conferring impermissible private benefit? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

## Part II — Conservation Easements. Complete if the organization answered "Yes" to Form 990, Part IV, line 7.

1 Purpose(s) of conservation easements held by the organization (check all that apply).

☐ Preservation of land for public use (e.g., recreation or education)   ☐ Preservation of an historically important land area
☐ Protection of natural habitat   ☐ Preservation of a certified historic structure
☐ Preservation of open space

2 Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation
easement on the last day of the tax year.

| | | | Held at the End of the Tax Year |
|---|---|---|---|
| a | Total number of conservation easements . . . . . . . . . . . . . . . . . . . . . . | 2a | |
| b | Total acreage restricted by conservation easements . . . . . . . . . . . . . . . . | 2b | |
| c | Number of conservation easements on a certified historic structure included in (a) . . . . . | 2c | |
| d | Number of conservation easements included in (c) acquired after 8/17/06, and not on a historic structure listed in the National Register . . . . . . . . . . . . . . . . . . | 2d | |

3 Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the
tax year ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

4 Number of states where property subject to conservation easement is located ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

5 Does the organization have a written policy regarding the periodic monitoring, inspection, handling of
violations, and enforcement of the conservation easements it holds? . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

6 Staff and volunteer hours devoted to monitoring, inspecting, and enforcing conservation easements during the year
▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _

7 Amount of expenses incurred in monitoring, inspecting, and enforcing conservation easements during the year
▶ $ _ _ _ _ _ _ _ _ _ _ _ _ _ _

8 Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)
(i) and section 170(h)(4)(B)(ii)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

9 In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and
balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the
organization's accounting for conservation easements.

## Part III — Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.
Complete if the organization answered "Yes" to Form 990, Part IV, line 8.

1a If the organization elected, as permitted under SFAS 116 (ASC 958), not to report in its revenue statement and balance sheet
works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of
public service, provide, in Part XIII, the text of the footnote to its financial statements that describes these items.

b If the organization elected, as permitted under SFAS 116 (ASC 958), to report in its revenue statement and balance
sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of
public service, provide the following amounts relating to these items:

(i) Revenues included in Form 990, Part VIII, line 1 . . . . . . . . . . . . . . . . . . . . . ▶ $ _ _ _ _ _ _ _ _ _ _ _
(ii) Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $ _ _ _ _ _ _ _ _ _ _ _

2 If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the
following amounts required to be reported under SFAS 116 (ASC 958) relating to these items:

a Revenues included in Form 990, Part VIII, line 1 . . . . . . . . . . . . . . . . . . . . . . . ▶ $ _ _ _ _ _ _ _ _ _ _
b Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $ _ _ _ _ _ _ _ _ _ _

For Paperwork Reduction Act Notice, see the Instructions for Form 990.
JSA
3E1268 2.000

Schedule D (Form 990) 2013

4099FL 2231  5/4/2015   8:34:13 AM   V 13-7.15        2910316                PAGE 38

WON-EX 0191

**Part III** Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets *(continued)*

3   Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply):

a [ ] Public exhibition                                          d [ ] Loan or exchange programs
b [ ] Scholarly research                                         e [ ] Other
c [ ] Preservation for future generations

4   Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

5   During the year, did the organization solicit or receive donations of art, historical treasures, or other similar
    assets to be sold to raise funds rather than to be maintained as part of the organization's collection? . . . . . . [ ] Yes [ ] No

**Part IV** Escrow and Custodial Arrangements. Complete if the organization answered "Yes" to Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

1a  Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not
    included on Form 990, Part X? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes [ ] No

b   If "Yes," explain the arrangement in Part XIII and complete the following table:

|   |   | Amount |
|---|---|--------|
| c   Beginning balance . . . . . . . . . . . . . . . . | 1c |  |
| d   Additions during the year . . . . . . . . . . . . | 1d |  |
| e   Distributions during the year . . . . . . . . . . | 1e |  |
| f   Ending balance . . . . . . . . . . . . . . . . . | 1f |  |

2a  Did the organization include an amount on Form 990, Part X, line 21? . . . . . . . . . . . . . . . . [ ] Yes [ ] No

b   If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided in Part XIII. . . . . . [ ]

**Part V** Endowment Funds. Complete if the organization answered "Yes" to Form 990, Part IV, line 10.

|   | (a) Current year | (b) Prior year | (c) Two years back | (d) Three years back | (e) Four years back |
|---|---|---|---|---|---|
| 1a  Beginning of year balance . . . . |  |  |  |  |  |
| b   Contributions . . . . . . . . . . |  |  |  |  |  |
| c   Net investment earnings, gains, and losses . . . . . . . . . . |  |  |  |  |  |
| d   Grants or scholarships . . . . . |  |  |  |  |  |
| e   Other expenditures for facilities and programs . . . . . . . . . |  |  |  |  |  |
| f   Administrative expenses . . . . |  |  |  |  |  |
| g   End of year balance . . . . . . . |  |  |  |  |  |

2   Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

a   Board designated or quasi-endowment ▶           %
b   Permanent endowment ▶           %
c   Temporarily restricted endowment ▶           %

    The percentages in lines 2a, 2b, and 2c should equal 100%.

3a  Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

|   |   | Yes | No |
|---|---|---|---|
| (i) unrelated organizations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3a(i) |  |  |
| (ii) related organizations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3a(ii) |  |  |
| b   If "Yes" to 3a(ii), are the related organizations listed as required on Schedule R? . . . . . . . . | 3b |  |  |

4   Describe in Part XIII the intended uses of the organization's endowment funds.

**Part VI** Land, Buildings, and Equipment.
Complete if the organization answered "Yes" to Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | (a) Cost or other basis (investment) | (b) Cost or other basis (other) | (c) Accumulated depreciation | (d) Book value |
|---|---|---|---|---|
| 1a  Land . . . . . . . . . . . . . . . |  |  |  |  |
| b   Buildings . . . . . . . . . . . . |  |  |  |  |
| c   Leasehold improvements . . . . . . |  | 57,177. | 21,852. | 35,325. |
| d   Equipment . . . . . . . . . . . . |  | 45,950. | 27,485. | 18,465. |
| e   Other . . . . . . . . . . . . . . |  | 46,243. | 11,107. | 35,136. |
| **Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10(c).)* . . . . . ▶ |  |  |  | 88,926. |

Schedule D (Form 990) 2013

WON-EX 0192

WONDERWORK, INC.                           27-4159217

## Part VII — Investments - Other Securities.
Complete if the organization answered "Yes" to Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) Financial derivatives | | |
| (2) Closely-held equity interests | | |
| (3) Other | | |
| (A) | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| Total. (Column (b) must equal Form 990, Part X, col. (B) line 12.) ▶ | | |

## Part VIII — Investments - Program Related.
Complete if the organization answered "Yes" to Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| Total. (Column (b) must equal Form 990, Part X, col. (B) line 13.) ▶ | | |

## Part IX — Other Assets.
Complete if the organization answered "Yes" to Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| (1) | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| Total. (Column (b) must equal Form 990, Part X, col. (B) line 15.) ▶ | |

## Part X — Other Liabilities.
Complete if the organization answered "Yes" to Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| 1. (a) Description of liability | (b) Book value | |
|---|---|---|
| (1) Federal income taxes | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| Total. (Column (b) must equal Form 990, Part X, col. (B) line 25.) ▶ | | |

2. Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740). Check here if the text of the footnote has been provided in Part XIII ☒

WON-EX 0193

WONDERWORK, INC.

27-4159217

## Part XI — Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.
Complete if the organization answered "Yes" to Form 990, Part IV, line 12a.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Total revenue, gains, and other support per audited financial statements | | | 1 | 16,699,406. |
| 2 | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | | | |
| a | Net unrealized gains on investments | 2a | 1,230,296. | | |
| b | Donated services and use of facilities | 2b | 1,882,441. | | |
| c | Recoveries of prior year grants | 2c | | | |
| d | Other (Describe in Part XIII.) | 2d | | | |
| e | Add lines 2a through 2d | | | 2e | 3,112,737. |
| 3 | Subtract line 2e from line 1 | | | 3 | 13,586,669. |
| 4 | Amounts included on Form 990, Part VIII, line 12, but not on line 1: | | | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b | 4a | | | |
| b | Other (Describe in Part XIII.) | 4b | | | |
| c | Add lines 4a and 4b | | | 4c | |
| 5 | Total revenue. Add lines 3 and 4c. *(This must equal Form 990, Part I, line 12.)* | | | 5 | 13,586,669. |

## Part XII — Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.
Complete if the organization answered "Yes" to Form 990, Part IV, line 12a.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Total expenses and losses per audited financial statements | | | 1 | 14,668,991. |
| 2 | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | | | |
| a | Donated services and use of facilities | 2a | 1,882,441. | | |
| b | Prior year adjustments | 2b | | | |
| c | Other losses | 2c | | | |
| d | Other (Describe in Part XIII.) | 2d | | | |
| e | Add lines 2a through 2d | | | 2e | 1,882,441. |
| 3 | Subtract line 2e from line 1 | | | 3 | 12,786,550. |
| 4 | Amounts included on Form 990, Part IX, line 25, but not on line 1: | | | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b | 4a | | | |
| b | Other (Describe in Part XIII.) | 4b | | | |
| c | Add lines 4a and 4b | | | 4c | |
| 5 | Total expenses. Add lines 3 and 4c. *(This must equal Form 990, Part I, line 18.)* | | | 5 | 12,786,550. |

## Part XIII — Supplemental Information.

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

SEE PAGE 5

WON-EX 0194

**Part XIII**   **Supplemental Information** *(continued)*

UNCERTAIN TAX POSITIONS

FORM 990, SCHEDULE D, PART X, LINE 2

WONDERWORK RECOGNIZES THE EFFECT OF INCOME TAX POSITIONS ONLY IF THOSE

POSITIONS ARE MORE LIKELY THAN NOT OF BEING SUSTAINED. INCOME GENERATED

FROM ACTIVITIES UNRELATED TO THE WONDERWORK'S EXEMPT PURPOSE IS SUBJECT

TO TAX UNDER INTERNAL REVENUE CODE SECTION 511. WONDERWORK UTILIZES A

THRESHOLD OF MORE LIKELY THAN NOT FOR RECOGNITION AND DERECOGNITION OF

TAX POSITIONS TAKEN OR EXPECTED TO BE TAKEN IN A TAX RETURN. WONDERWORK

DID NOT RECOGNIZE ANY UNRELATED BUSINESS INCOME TAX LIABILITY FOR THE

YEARS ENDED JUNE 30, 2014 AND 2013.

WON-EX 0195

# SCHEDULE F
## (Form 990)

Department of the Treasury
Internal Revenue Service

## Statement of Activities Outside the United States

▶ Complete if the organization answered "Yes" on Form 990, Part IV, line 14b, 15, or 16.
▶ Attach to Form 990.  ▶ See separate Instructions.
▶ Information about Schedule F (Form 990) and its instructions is at *www.irs.gov/form990*.

OMB No. 1545-0047

**2013**

Open to Public
Inspection

| Name of the organization | Employer Identification number |
|---|---|
| WONDERWORK, INC. | 27-4159217 |

**Part I** General Information on Activities Outside the United States. Complete if the organization answered "Yes" on Form 990, Part IV, line 14b.

1  **For grantmakers.** Does the organization maintain records to substantiate the amount of its grants and other assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance? .................................................. [X] Yes  [ ] No

2  **For grantmakers.** Describe in Part V the organization's procedures for monitoring the use of its grants and other assistance outside the United States.

3  Activities per Region. (The following Part I, line 3 table can be duplicated if additional space is needed.)

| (a) Region | (b) Number of offices in the region | (c) Number of employees, agents, and independent contractors in region | (d) Activities conducted in region (by type) (e.g., fundraising, program services, investments, grants to recipients located in the region) | (e) If activity listed in (d) is a program service, describe specific type of service(s) in region | (f) Total expenditures for and investments in region |
|---|---|---|---|---|---|
| (1) SOUTH ASIA | | | GRANTMAKING | | 943,055. |
| (2) SUB-SAHARAN AFRICA | | | GRANTMAKING | | 60,000. |
| (3) EUROPE | | | GRANTMAKING | | 60,000. |
| (4) EAST ASIA AND THE PACIFIC | | | GRANTMAKING | | 20,000. |
| (5) SOUTH ASIA | | 1 | PROGRAM SERVICES | CONSULTING | 18,000. |
| (6) | | | | | |
| (7) | | | | | |
| (8) | | | | | |
| (9) | | | | | |
| (10) | | | | | |
| (11) | | | | | |
| (12) | | | | | |
| (13) | | | | | |
| (14) | | | | | |
| (15) | | | | | |
| (16) | | | | | |
| (17) | | | | | |
| 3a Sub-total . . . . . . . . . . | | 1 | | | 1,101,055. |
| b Total from continuation sheets to Part I | | | | | |
| c Totals (add lines 3a and 3b) | | 1 | | | 1,101,055. |

For Paperwork Reduction Act Notice, see the Instructions for Form 990.

Schedule F (Form 990) 2013

JSA
3E1274 1.000

WON-EX 0196

WONDERWORK, INC.                                                                27-4159217

Schedule F (Form 990) 2013                                                      Page 2

**Part II** Grants and Other Assistance to Organizations or Entities Outside the United States. Complete if the organization answered "Yes" on Form 990, Part IV, line 15, for any recipient who received more than $5,000. Part II can be duplicated if additional space is needed.

| 1 | (a) Name of organization | (b) IRS code section and EIN (if applicable) | (c) Region | (d) Purpose of grant | (e) Amount of cash grant | (f) Manner of cash disbursement | (g) Amount of non-cash assistance | (h) Description of non-cash assistance | (i) Method of valuation (book, FMV, appraised, other) |
|---|---|---|---|---|---|---|---|---|---|
| (1) | | | SOUTH ASIA | CATARACT | 20,000. | WIRE | | | |
| (2) | | | SUB-SAHARAN AFRICA | BURN | 10,000. | CHECK | | | |
| (3) | | | SOUTH ASIA | CATARACT | 10,000. | WIRE | | | |
| (4) | | | EUROPE/ICELAND/GREENLAND | BURN | 10,000. | CHECK | | | |
| (5) | | | SUB-SAHARAN AFRICA | CLUBFOOT | 10,000. | WIRE | | | |
| (6) | | | SOUTH ASIA | CLUBFOOT | 20,000. | WIRE | | | |
| (7) | | | SOUTH ASIA | CATARACT | 10,000. | WIRE | | | |
| (8) | | | SOUTH ASIA | CATARACT | 20,000. | WIRE | | | |
| (9) | | | SOUTH ASIA | CATARACT | 10,000. | WIRE | | | |
| (10) | | | EUROPE/ICELAND/GREENLAND | BURNS | 10,000. | CHECK | | | |
| (11) | | | SUB-SAHARAN AFRICA | CATARACT | 10,000. | WIRE | | | |
| (12) | | | SOUTH ASIA | CATARACT | 10,000. | WIRE | | | |
| (13) | | | SOUTH ASIA | CLUBFOOT BURN | 165,555. | WIRE | | | |
| (14) | | | SOUTH ASIA | CLUBFOOT BURN | 22,500. | CHECK | | | |
| (15) | | | SOUTH ASIA | CATARACT | 10,000. | WIRE | | | |
| (16) | | | EUROPE/ICELAND/GREENLAND | CATARACT CLUBFOOT,CA-ADACT,BURN | 10,000. | CHECK | | | |

2   Enter total number of recipient organizations listed above that are recognized as charities by the foreign country, recognized as tax-exempt
    by the IRS, or for which the grantee or counsel has provided a section 501(c)(3) equivalency letter . . . . . . . . . . . . . . . . . ▲ ▲

3   Enter total number of other organizations or entities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▲ ▲

Schedule F (Form 990) 2013

JSA
3E1275 1.000
4099FL 2231  5/4/2015   8:34:13 AM   V 13-7.15        2910316

WON-EX 0197

WONDERWORK, INC.

27-4159217

## Part II   Grants and Other Assistance to Organizations or Entities Outside the United States. Complete if the organization answered "Yes" on Form 990, Part IV, line 15, for any recipient who received more than $5,000. Part II can be duplicated if additional space is needed.

| 1 | (a) Name of organization | (b) IRS code section and EIN (if applicable) | (c) Region | (d) Purpose of grant | (e) Amount of cash grant | (f) Manner of cash disbursement | (g) Amount of non-cash assistance | (h) Description of non-cash assistance | (i) Method of valuation (book, FMV, appraisal, other) |
|---|---|---|---|---|---|---|---|---|---|
| (1) | | | EUROPE/ICELAND/GREENLAND | BURNS | 10,000 | CHECK | | | |
| (2) | | | SOUTH ASIA | CATARACT | 20,000 | WIRE | | | |
| (3) | | | SOUTH ASIA | CATARACT | 50,000 | WIRE | | | |
| (4) | | | SOUTH ASIA | CATARACT | 30,000 | WIRE | | | |
| (5) | | | EUROPE/ICELAND/GREENLAND | SAFE SURGERY | 10,000 | WIRE | | | |
| (6) | | | SOUTH ASIA | CATARACT | 10,000 | WIRE | | | |
| (7) | | | SOUTH ASIA | CATARACT | 10,000 | WIRE | | | |
| (8) | | | EAST ASIA/PACIFIC | BURNS | 10,000 | WIRE | | | |
| (9) | | | SOUTH ASIA | BURNS | 25,000 | WIRE | | | |
| (10) | | | SOUTH ASIA | CATARACT | 170,000 | WIRE | | | |
| (11) | | | SOUTH ASIA | CATARACT | 30,000 | WIRE | | | |
| (12) | | | SOUTH ASIA | CATARACT | 10,000 | WIRE | | | |
| (13) | | | EAST ASIA/PACIFIC | CATARACT | 10,000 | WIRE | | | |
| (14) | | | SOUTH ASIA | CATARACT | 30,000 | CHECK | | | |
| (15) | | | SOUTH ASIA | CATARACT | 20,000 | WIRE | | | |
| (16) | | | SOUTH ASIA | CATARACT | 40,000 | WIRE | | | |

2   Enter total number of recipient organizations listed above that are recognized as charities by the foreign country, recognized as tax-exempt by the IRS, or for which the grantee or counsel has provided a section 501(c)(3) equivalency letter . . . . . . . . . . . . . . . . . . ▶

3   Enter total number of other organizations or entities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶

JSA
3E1275 1.000
4099FL 2231 5/4/2015   8:34:13 AM   V 13-7.15    29I0316          PAGE 45

WON-EX 0198

WONDERWORK, INC. 27-4159217

## Part II Grants and Other Assistance to Organizations or Entities Outside the United States. Complete if the organization answered "Yes" on Form 990, Part IV, line 15, for any recipient who received more than $5,000. Part II can be duplicated if additional space is needed.

| 1 | (a) Name of organization | (b) IRS code section and EIN (if applicable) | (c) Region | (d) Purpose of grant | (e) Amount of cash grant | (f) Manner of cash disbursement | (g) Amount of non-cash assistance | (h) Description of non-cash assistance | (i) Method of valuation (book, FMV, appraisal, other) |
|---|---|---|---|---|---|---|---|---|---|
| (1) | | | SUB-SAHARAN AFRICA | CATARACT | 10,000. | CHECK | | | |
| (2) | | | SUB-SAHARAN AFRICA | CATARACT | 10,000. | WIRE | | | |
| (3) | | | SOUTH ASIA | CATARACT | 110,000. | WIRE | | | |
| (4) | | | SOUTH ASIA | CLUBFOOT | 20,000. | WIRE | | | |
| (5) | | | EUROPE/ICELAND/GREENLAND | SAFE SURGERY | 10,000. | CHECK | | | |
| (6) | | | SUB-SAHARAN AFRICA | BURN | 10,000. | WIRE | | | |
| (7) | | | SOUTH ASIA | CLUBFOOT | 20,000. | WIRE | | | |
| (8) | | | | | | | | | |
| (9) | | | | | | | | | |
| (10) | | | | | | | | | |
| (11) | | | | | | | | | |
| (12) | | | | | | | | | |
| (13) | | | | | | | | | |
| (14) | | | | | | | | | |
| (15) | | | | | | | | | |
| (16) | | | | | | | | | |

2   Enter total number of recipient organizations listed above that are recognized as charities by the foreign country, recognized as tax-exempt
    by the IRS, or for which the grantee or counsel has provided a section 501(c)(3) equivalency letter ............................ ▲ ▲    39.
3   Enter total number of other organizations or entities ...................................................................... ▲ ▲

WON-EX 0199

WONDERWORK, INC.                                                                                    27-4159217

**Part III**   **Grants and Other Assistance to Individuals Outside the United States.** Complete if the organization answered "Yes" on Form 990, Part IV, line 16.
Part III can be duplicated if additional space is needed.

| (a) Type of grant or assistance | (b) Region | (c) Number of recipients | (d) Amount of cash grant | (e) Manner of cash disbursement | (f) Amount of non-cash assistance | (g) Description of non-cash assistance | (h) Method of valuation (book, FMV, appraisal, other) |
|---|---|---|---|---|---|---|---|
| (1) | | | | | | | |
| (2) | | | | | | | |
| (3) | | | | | | | |
| (4) | | | | | | | |
| (5) | | | | | | | |
| (6) | | | | | | | |
| (7) | | | | | | | |
| (8) | | | | | | | |
| (9) | | | | | | | |
| (10) | | | | | | | |
| (11) | | | | | | | |
| (12) | | | | | | | |
| (13) | | | | | | | |
| (14) | | | | | | | |
| (15) | | | | | | | |
| (16) | | | | | | | |
| (17) | | | | | | | |
| (18) | | | | | | | |

JSA
3E1278 1.000
4O99FL 2231   5/4/2015   8:34:13 AM   V 13-7.15        2910316                              PAGE 47

WON-EX 0200

**Part IV**    Foreign Forms

1    Was the organization a U.S. transferor of property to a foreign corporation during the tax year? *If "Yes," the organization may be required to file Form 926, Return by a U.S. Transferor of Property to a Foreign Corporation (see Instructions for Form 926)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    ☐ Yes    ☒ No

2    Did the organization have an interest in a foreign trust during the tax year? *If "Yes," the organization may be required to file Form 3520, Annual Return to Report Transactions with Foreign Trusts and Receipt of Certain Foreign Gifts, and/or Form 3520-A, Annual Information Return of Foreign Trust With a U.S. Owner (see Instructions for Forms 3520 and 3520-A)* . . . . . . . . . . . . . . . . . . . . . .    ☐ Yes    ☒ No

3    Did the organization have an ownership interest in a foreign corporation during the tax year? *If "Yes," the organization may be required to file Form 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations. (see Instructions for Form 5471)* . . . . . . . . . . . . . . . . . . . .    ☐ Yes    ☒ No

4    Was the organization a direct or indirect shareholder of a passive foreign investment company or a qualified electing fund during the tax year? *If "Yes," the organization may be required to file Form 8621, Information Return by a Shareholder of a Passive Foreign Investment Company or Qualified Electing Fund. (see Instructions for Form 8621)* . . . . . . . . . . . . . . . . . . . . . . . . . . .    ☐ Yes    ☒ No

5    Did the organization have an ownership interest in a foreign partnership during the tax year? *If "Yes," the organization may be required to file Form 8865, Return of U.S. Persons With Respect To Certain Foreign Partnerships. (see Instructions for Form 8865)* . . . . . . . . . . . . . . . . . . . .    ☐ Yes    ☒ No

6    Did the organization have any operations in or related to any boycotting countries during the tax year? *If "Yes," the organization may be required to file Form 5713, International Boycott Report (see Instructions for Form 5713)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    ☐ Yes    ☒ No

WON-EX 0201

WONDERWORK, INC.                                          27-4159217

**Part V**   **Supplemental Information**
Complete this part to provide the information required by Part I, line 2 (monitoring of funds); Part I, line 3, column (f) (accounting method; amounts of investments vs. expenditures per region); Part II, line 1 (accounting method); Part III (accounting method); and Part III, column (c) (estimated number of recipients), as applicable. Also complete this part to provide any additional information (see instructions).

GRANT ELIGIBILITY

FORM 990, SCH F, PART I, LINE 1

THE ORGANIZATION HAS A SPECIFIC METHODOLOGY FOR SELECTING PROGRAM

GRANTEES, WHICH INCLUDES EXTENSIVE RESEARCH INTO A POTENTIAL GRANTEE'S

MISSION AND PROGRAMS. THE SELECTION PROCESS ALSO INCLUDES OBTAINING THIRD

PARTY REFERENCES ABOUT THE GRANTEE'S HISTORY AND CROSS REFERENCING WITH

THE US DEPARTMENT OF THE TREASURY AND THE TERRORISM AND FINANCIAL

INTELLIGENCE OFFICE.

WON-EX 0202

**SCHEDULE G**
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

**Supplemental Information Regarding Fundraising or Gaming Activities**

Complete if the organization answered "Yes" to Form 990, Part IV, lines 17, 18, or 19, or if the organization entered more than $15,000 on Form 990-EZ, line 6a.

▶ Attach to Form 990 or Form 990-EZ.

▶ Information about Schedule G (Form 990 or 990-EZ) and its instructions is at *www.irs.gov/form990*.

| Name of the organization | Employer Identification number |
|---|---|
| WONDERWORK, INC. | 27-4159217 |

**Part I** — **Fundraising Activities.** Complete if the organization answered "Yes" to Form 990, Part IV, line 17. Form 990-EZ filers are not required to complete this part.

1 Indicate whether the organization raised funds through any of the following activities. Check all that apply.

- a [X] Mail solicitations
- b [X] Internet and email solicitations
- c [ ] Phone solicitations
- d [X] In-person solicitations
- e [X] Solicitation of non-government grants
- f [ ] Solicitation of government grants
- g [ ] Special fundraising events

2a Did the organization have a written or oral agreement with any individual (including officers, directors, trustees or key employees listed in Form 990, Part VII) or entity in connection with professional fundraising services? [X] Yes [ ] No

b If "Yes," list the ten highest paid individuals or entities (fundraisers) pursuant to agreements under which the fundraiser is to be compensated at least $5,000 by the organization.

| (i) Name and address of individual or entity (fundraiser) | (ii) Activity | (iii) Did fundraiser have custody or control of contributions? | | (iv) Gross receipts from activity | (v) Amount paid to (or retained by) fundraiser listed in col. (i) | (vi) Amount paid to (or retained by) organization |
|---|---|---|---|---|---|---|
| | | Yes | No | | | |
| 1 TARGET MARKETEAM | FUNDRAISING CONSULTING | | X | | 180,000. | -180,000. |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| Total ......................▶ | | | | | 180,000. | -180,000. |

3 List all states in which the organization is registered or licensed to solicit contributions or has been notified it is exempt from registration or licensing.

AL,AK,AR,CA,CO,CT,DC,FL,GA,HI,IL,
KS,KY,ME,MD,MA,MI,MN,MS,NV,NH,NJ,NM,NY,NC,ND,OH,
OK,OR,PA,RI,SC,TN,UT,VA,WA,WV,WI,

WON-EX 0203

WONDERWORK, INC.                                      27-4159217

**Part II**  **Fundraising Events.** Complete if the organization answered "Yes" to Form 990, Part IV, line 18, or reported more than $15,000 of fundraising event contributions and gross income on Form 990-EZ, lines 1 and 6b. List events with gross receipts greater than $5,000.

| | | (a) Event #1 | (b) Event #2 | (c) Other events | (d) Total events (add col. (a) through col. (c)) |
|---|---|---|---|---|---|
| | | (event type) | (event type) | (total number) | |
| Revenue | 1 Gross receipts | | | | |
| | 2 Less: Contributions | | | | |
| | 3 Gross income (line 1 minus line 2) | | | | |
| Direct Expenses | 4 Cash prizes | | | | |
| | 5 Noncash prizes | | | | |
| | 6 Rent/facility costs | | | | |
| | 7 Food and beverages | | | | |
| | 8 Entertainment | | | | |
| | 9 Other direct expenses | | | | |
| | 10 Direct expense summary. Add lines 4 through 9 in column (d) ▶ | | | | |
| | 11 Net income summary. Subtract line 10 from line 3, column (d) ▶ | | | | |

**Part III**  **Gaming.** Complete if the organization answered "Yes" to Form 990, Part IV, line 19, or reported more than $15,000 on Form 990-EZ, line 6a.

| | | (a) Bingo | (b) Pull tabs/instant bingo/progressive bingo | (c) Other gaming | (d) Total gaming (add col. (a) through col. (c)) |
|---|---|---|---|---|---|
| Revenue | 1 Gross revenue | | | | |
| Direct Expenses | 2 Cash prizes | | | | |
| | 3 Noncash prizes | | | | |
| | 4 Rent/facility costs | | | | |
| | 5 Other direct expenses | | | | |
| | 6 Volunteer labor | Yes ____ % / No | Yes ____ % / No | Yes ____ % / No | |
| | 7 Direct expense summary. Add lines 2 through 5 in column (d) ▶ | | | | |
| | 8 Net gaming income summary. Subtract line 7 from line 1, column (d) ▶ | | | | |

9  Enter the state(s) in which the organization operates gaming activities:

a  Is the organization licensed to operate gaming activities in each of these states? .............. ☐ Yes ☐ No

b  If "No," explain: _____

10 a  Were any of the organization's gaming licenses revoked, suspended or terminated during the tax year? .... ☐ Yes ☐ No

b  If "Yes," explain: _____

JSA
3E1282 1.000

4099FL 2231  5/4/2015   8:34:13 AM   V 13-7.15        2910316              PAGE 51

WON-EX 0204

| | | | |
|---|---|---|---|
| 11 | Does the organization operate gaming activities with nonmembers? | ☐ Yes | ☐ No |
| 12 | Is the organization a grantor, beneficiary or trustee of a trust or a member of a partnership or other entity formed to administer charitable gaming? | ☐ Yes | ☐ No |

13 Indicate the percentage of gaming activity operated in:

| | | | |
|---|---|---|---|
| a | The organization's facility | 13a | % |
| b | An outside facility | 13b | % |

14 Enter the name and address of the person who prepares the organization's gaming/special events books and records:

Name ▶ _____

Address ▶ _____

15 a Does the organization have a contract with a third party from whom the organization receives gaming revenue? ☐ Yes ☐ No

b If "Yes," enter the amount of gaming revenue received by the organization ▶ $ _____ and the amount of gaming revenue retained by the third party ▶ $ _____

c If "Yes," enter name and address of the third party:

Name ▶ _____

Address ▶ _____

16 Gaming manager information:

Name ▶ _____

Gaming manager compensation ▶ $ _____

Description of services provided ▶ _____

☐ Director/officer      ☐ Employee      ☐ Independent contractor

17 Mandatory distributions:

a Is the organization required under state law to make charitable distributions from the gaming proceeds to retain the state gaming license? ☐ Yes ☐ No

b Enter the amount of distributions required under state law to be distributed to other exempt organizations or spent in the organization's own exempt activities during the tax year ▶ $

| **Part IV** | **Supplemental Information.** Provide the explanation required by Part I, line 2b, columns (iii) and (v), and Part III, lines 9, 9b, 10b, 15b, 15c, 16, and 17b, as applicable. Also complete this part to provide any additional information (see instructions). |
|---|---|

PROFESSIONAL FUNDRAISERS - ADDRESSES .

FORM 990, SCHEDULE G, PART I

TARGET MARKETEAM

1120 AVENUE OF THE AMERICAS

NEW YORK, NY 10036

WON-EX 0205

SCHEDULE I
(Form 990)

OMB No. 1545-0047

2013

Open to Public
Inspection

# Grants and Other Assistance to Organizations, Governments, and Individuals in the United States

Complete if the organization answered "Yes" to Form 990, Part IV, line 21 or 22.

▶ Attach to Form 990.

Department of the Treasury
Internal Revenue Service

▶ Information about Schedule I (Form 990) and its instructions is at *www.irs.gov/form990.*

Name of the organization

WONDERWORK, INC.

Employer identification number

27-4159217

## Part I | General Information on Grants and Assistance

1 Does the organization maintain records to substantiate the amount of the grants or assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes ☐ No

2 Describe in Part IV the organization's procedures for monitoring the use of grant funds in the United States.

## Part II | Grants and Other Assistance to Governments and Organizations in the United States. Complete if the organization answered "Yes" to Form 990, Part IV, line 21, for any recipient that received more than $5,000. Part II can be duplicated if additional space is needed.

| 1 (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of non-cash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| (1) ANGEL USA OFFICE<br>1 WEST 53RD STREET NEW YORK, NY 10036 | 13-1867411 | 501(C)(3) | 15,000. | | | | BURN |
| (2) ACES FOUNDATION<br>4000 LEGATO ROAD FAIRFAX, VA 22033 | 23-7388716 | 501(C)(3) | 10,000. | | | | CATARACT |
| (3) BETHANY KIDS<br>PO BOX 1297 ABINGDON, VA 24212-1297 | 52-2344177 | 501(C)(3) | 10,000. | | | | BURN |
| (4) CHILDREN'S SURGICAL CENTRE<br>PO BOX 2565 KODIAK, AK 99615 | 71-3897496 | 501(C)(3) | 10,000. | | | | BURN, CATARACT |
| (5) EOS INTERNATIONAL<br>701 BOSLER AVENUE LEMOYNE, PA 17043 | 58-2248283 | 501(C)(3) | 150,000. | | | | CLUBFOOT |
| (6) HIMALAYAN CATARACT PROJECT<br>PO BOX 55 WATERBURY, VT 05676 | 03-0363926 | 501(C)(3) | 100,000. | | | | CATARACT |
| (7) IV RESEARCH INSTITUTE<br>226 IDLEWOOD ROAD ROCHESTER, NY 14618 | 13-1356601 | 501(C)(3) | 10,000. | | | | CATARACT |
| (8) MEDICAL BENEVOLENCE FOUNDATION<br>STE 220 STAFFORD, TX 77477 | 62-6046138 | 501(C)(3) | 10,000. | | | | CATARACT, BURN |
| (9) MOBILITY OUTREACH FOUNDATION<br>SUITE 225 SEATTLE, WA 98122 | 91-1453216 | 501(C)(3) | 10,000. | | | | CLUBFOOT |
| (10) RESURGE<br>145 N WOLFE ROAD SUNNYVALE, CA 94086 | 23-7297730 | 501(C)(3) | 10,000. | | | | BURN |
| (11) SANKARA NETHRALAYA OPHTHALMIC MISSION TRUST<br>NO 392 ROCKVILLE, MD 20850 | 52-1611548 | 501(C)(3) | 50,000. | | | | CATARACT |
| (12) SURGICAL VOLUNTEERS INTERNATIONAL<br>65712 E. MESA RIDGE, CT TUCSON AZ, 85739 | 06-1816914 | 501(C)(3) | 10,000. | | | | BURN |

2 Enter total number of section 501(c)(3) and government organizations listed in the line 1 table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶

3 Enter total number of other organizations listed in the line 1 table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶

For Paperwork Reduction Act Notice, see the Instructions for Form 990.

Schedule I (Form 990) (2013)

JSA
3E1288 1.000
4099FL 2231 5/4/2015 8:34:13 AM V 13-7.15 2910316

SCHEDULE I
(Form 990)

OMB No. 1545-0047

2013

Open to Public
Inspection

# Grants and Other Assistance to Organizations, Governments, and Individuals in the United States

Complete if the organization answered "Yes" to Form 990, Part IV, line 21 or 22.

▶ Attach to Form 990.

Department of the Treasury
Internal Revenue Service

▶ Information about Schedule I (Form 990) and its instructions is at www.irs.gov/form990.

Name of the organization

WONDERWORK, INC.

Employer identification number

27-4159217

## Part I   General Information on Grants and Assistance

1   Does the organization maintain records to substantiate the amount of the grants or assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☒ Yes  ☐ No

2   Describe in Part IV the organization's procedures for monitoring the use of grant funds in the United States.

## Part II   Grants and Other Assistance to Governments and Organizations in the United States. Complete if the organization answered "Yes" to Form 990, Part IV, line 21, for any recipient that received more than $5,000. Part II can be duplicated if additional space is needed.

| 1 (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of non-cash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| (1) THE JOHN FAWCET FOUNDATION<br>6201 LEESBURG PIKE FALLS CHURCH, VA 22044 | 20-4286082 | 501(C)(3) | 20,000 | | | | CATARACT |
| (2) UNITE FOR SIGHT<br>15TH FLOOR NEW HAVEN, CT 06510 | 32-0081616 | 501(C)(3) | 40,000 | | | | CATARACT |
| (3) _____ | | | | | | | |
| (4) _____ | | | | | | | |
| (5) _____ | | | | | | | |
| (6) _____ | | | | | | | |
| (7) _____ | | | | | | | |
| (8) _____ | | | | | | | |
| (9) _____ | | | | | | | |
| (10) _____ | | | | | | | |
| (11) _____ | | | | | | | |
| (12) _____ | | | | | | | |

2   Enter total number of section 501(c)(3) and government organizations listed in the line 1 table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶

3   Enter total number of other organizations listed in the line 1 table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶     1 4

For Paperwork Reduction Act Notice, see the Instructions for Form 990.

Schedule I (Form 990) (2013)

JSA

3E1288 1.000

4099PL 2231  5/4/2015  8:34:13 AM  V 13-7.15           2910316                                            PAGE  54

WON-EX 0207

**Part III** Grants and Other Assistance to Individuals in the United States. Complete if the organization answered "Yes" on Form 990, Part IV, line 22.
Part III can be duplicated if additional space is needed.

| (a) Type of grant or assistance | (b) Number of recipients | (c) Amount of cash grant | (d) Amount of non-cash assistance | (e) Method of valuation (book, FMV, appraisal, other) | (f) Description of non-cash assistance |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |

**Part IV** Supplemental Information. Complete this part to provide the information required in Part I, line 2, Part III, column (b), and any other additional information.

GRANT ELIGIBILITY

FORM 990, SCHEDULE I, PART I, LINE 2

THE ORGANIZATION HAS A SPECIFIC METHODOLOGY FOR SELECTING PROGRAM

GRANTEES, WHICH INCLUDES EXTENSIVE RESEARCH INTO A POTENTIAL GRANTEE'S

MISSION AND PROGRAMS. THE SELECTION PROCESS ALSO INCLUDES OBTAINING THIRD

PARTY REFERENCES ABOUT THE GRANTEE'S HISTORY AND CROSS REFERENCING WITH

THE US DEPARTMENT OF THE TREASURY AND THE TERRORISM AND FINANCIAL

INTELLIGENCE OFFICE.

JSA
3E1504 1.000
4O99FL 2231   5/4/2015   8:34:13 AM   V 13-7.15   2910316

WON-EX 0208

# Compensation Information

For certain Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees
▶ Complete if the organization answered "Yes" to Form 990, Part IV, line 23.
▶ Attach to Form 990. ▶ See separate instructions.
▶ Information about Schedule J (Form 990) and its instructions is at www.irs.gov/form990.

OMB No. 1545-0047

**2013**

Open to Public Inspection

| Name of the organization | Employer identification number |
|---|---|
| WONDERWORK, INC. | 27-4159217 |

## Part I — Questions Regarding Compensation

|  |  | Yes | No |
|---|---|---|---|
| 1a | Check the appropriate box(es) if the organization provided any of the following to or for a person listed in Form 990, Part VII, Section A, line 1a. Complete Part III to provide any relevant information regarding these items. | | |

☐ First-class or charter travel     ☐ Housing allowance or residence for personal use
☐ Travel for companions     ☐ Payments for business use of personal residence
☐ Tax indemnification and gross-up payments     ☐ Health or social club dues or initiation fees
☐ Discretionary spending account     ☐ Personal services (e.g., maid, chauffeur, chef)

|  |  | Yes | No |
|---|---|---|---|
| b | If any of the boxes on line 1a are checked, did the organization follow a written policy regarding payment or reimbursement or provision of all of the expenses described above? If "No," complete Part III to explain | 1b | | |
| 2 | Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all directors, trustees, and officers, including the CEO/Executive Director, regarding the items checked in line 1a? | 2 | | |
| 3 | Indicate which, if any, of the following the filing organization used to establish the compensation of the organization's CEO/Executive Director. Check all that apply. Do not check any boxes for methods used by a related organization to establish compensation of the CEO/Executive Director, but explain in Part III. | | | |

☒ Compensation committee     ☐ Written employment contract
☐ Independent compensation consultant     ☒ Compensation survey or study
☐ Form 990 of other organizations     ☒ Approval by the board or compensation committee

|  |  |  | Yes | No |
|---|---|---|---|---|
| 4 | During the year, did any person listed in Form 990, Part VII, Section A, line 1a, with respect to the filing organization or a related organization: | | | |
| a | Receive a severance payment or change-of-control payment? | 4a | | X |
| b | Participate in, or receive payment from, a supplemental nonqualified retirement plan? | 4b | | X |
| c | Participate in, or receive payment from, an equity-based compensation arrangement? | 4c | | X |
|  | If "Yes" to any of lines 4a-c, list the persons and provide the applicable amounts for each item in Part III. | | | |
|  | **Only section 501(c)(3) and 501(c)(4) organizations must complete lines 5-9.** | | | |
| 5 | For persons listed in Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of: | | | |
| a | The organization? | 5a | | X |
| b | Any related organization? | 5b | | X |
|  | If "Yes" to line 5a or 5b, describe in Part III. | | | |
| 6 | For persons listed in Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of: | | | |
| a | The organization? | 6a | | X |
| b | Any related organization? | 6b | | X |
|  | If "Yes" to line 6a or 6b, describe in Part III. | | | |
| 7 | For persons listed in Form 990, Part VII, Section A, line 1a, did the organization provide any non-fixed payments not described in lines 5 and 6? If "Yes," describe in Part III | 7 | | X |
| 8 | Were any amounts reported in Form 990, Part VII, paid or accrued pursuant to a contract that was subject to the initial contract exception described in Regulations section 53.4958-4(a)(3)? If "Yes," describe in Part III | 8 | | X |
| 9 | If "Yes" to line 8, did the organization also follow the rebuttable presumption procedure described in Regulations section 53.4958-6(c)? | 9 | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990.

Schedule J (Form 990) 2013

WON-EX 0209

WONDERWORK, INC.                                                          27-4159217

**Part II** **Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees.** Use duplicate copies if additional space is needed.

For each individual whose compensation must be reported in Schedule J, report compensation from the organization on row (i) and from related organizations, described in the instructions, on row (ii). Do not list any individuals that are not listed on Form 990, Part VII.

**Note.** The sum of columns (B)(i)-(iii) for each listed individual must equal the total amount of Form 990, Part VII, Section A, line 1a, applicable column (D) and (E) amounts for that individual.

| (A) Name and Title | | (B) Breakdown of W-2 and/or 1099-MISC compensation | | | (C) Retirement and other deferred compensation | (D) Nontaxable benefits | (E) Total of columns (B)(i)-(D) | (F) Compensation reported as deferred in prior Form 990 |
|---|---|---|---|---|---|---|---|---|
| | | (i) Base compensation | (ii) Bonus & incentive compensation | (iii) Other reportable compensation | | | | |
| BRIAN MULLANEY | (i) | 475,000. | 0 | 0 | 0 | 42,744. | 517,744. | 0 |
| 1 CO-FOUNDER, PRESIDENT & CEO | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HANA FUCHS | (i) | 200,000. | 0 | 0 | 0 | 9,252. | 209,252. | 0 |
| 2 CHIEF FINANCIAL OFFICER | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| KAREN LAZARUS | (i) | 142,500. | 0 | 0 | 0 | 18,111. | 160,611. | 0 |
| 3 DIRECTOR STRATEGIC PROJECTS | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 5 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 6 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 7 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 8 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 9 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 10 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 11 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 12 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 13 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 14 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 15 | (i) | | | | | | | |
| | (ii) | | | | | | | |
| 16 | (i) | | | | | | | |
| | (ii) | | | | | | | |

JSA
3E1291 1.000

4099FL 2231  5/4/2015   8:34:13 AM   V 13-7.15        2910316

WON-EX 0210

WONDERWORK, INC.                                              27-4159217

**Part III   Supplemental Information**
Complete this part to provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II.
Also complete this part for any additional information.

JSA
3E1505 1.000      4O9SFL 2231   5/4/2015    8:34:13 AM   V 13-7.15         2910316                    PAGE 58

**SCHEDULE L**
(Form 990 or 990-EZ)

Department of the Treasury
Internal Revenue Service

# Transactions With Interested Persons

▶ Complete if the organization answered "Yes" on Form 990, Part IV, line 25a, 25b, 26, 27, 28a, 28b, or 28c, or Form 990-EZ, Part V, line 38a or 40b.
▶ Attach to Form 990 or Form 990-EZ.  ▶ See separate instructions.
▶ Information about Schedule L (Form 990 or 990-EZ) and its instructions is at *www.irs.gov/form990*.

OMB No. 1545-0047

**2013**

Open To Public
Inspection

| Name of the organization | Employer identification number |
|---|---|
| WONDERWORK, INC. | 27-4159217 |

WON-EX 0212

---

**Part I**  **Excess Benefit Transactions** (section 501(c)(3) and section 501(c)(4) organizations only).
Complete if the organization answered "Yes" on Form 990, Part IV, line 25a or 25b, or Form 990-EZ, Part V, line 40b.

| 1 | (a) Name of disqualified person | (b) Relationship between disqualified person and organization | (c) Description of transaction | (d) Corrected? Yes | No |
|---|---|---|---|---|---|
| (1) | | | | | |
| (2) | | | | | |
| (3) | | | | | |
| (4) | | | | | |
| (5) | | | | | |
| (6) | | | | | |

2 Enter the amount of tax incurred by the organization managers or disqualified persons during the year under section 4958 . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $ _____

3 Enter the amount of tax, if any, on line 2, above, reimbursed by the organization . . . . . . . . . . . . . . ▶ $ _____

---

**Part II**  **Loans to and/or From Interested Persons.**
Complete if the organization answered "Yes" on Form 990-EZ, Part V, line 38a or Form 990, Part IV, line 26; or if the organization reported an amount on Form 990, Part X, line 5, 6, or 22.

| (a) Name of interested person | (b) Relationship with organization | (c) Purpose of loan | (d) Loan to or from the organization? To | From | (e) Original principal amount | (f) Balance due | (g) In default? Yes | No | (h) Approved by board or committee? Yes | No | (i) Written agreement? Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) J. MULLANEY | DISQ PER | IMPACT | X | | 250,000. | 200,000. | | X | X | | X | |
| (2) | | | | | | | | | | | | |
| (3) | | | | | | | | | | | | |
| (4) | | | | | | | | | | | | |
| (5) | | | | | | | | | | | | |
| (6) | | | | | | | | | | | | |
| (7) | | | | | | | | | | | | |
| (8) | | | | | | | | | | | | |
| (9) | | | | | | | | | | | | |
| (10) | | | | | | | | | | | | |
| Total | | | | | ▶ $ | 200,000. | | | | | | |

---

**Part III**  **Grants or Assistance Benefiting Interested Persons.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 27.

| (a) Name of interested person | (b) Relationship between interested person and the organization | (c) Amount of assistance | (d) Type of assistance | (e) Purpose of assistance |
|---|---|---|---|---|
| (1) | | | | |
| (2) | | | | |
| (3) | | | | |
| (4) | | | | |
| (5) | | | | |
| (6) | | | | |
| (7) | | | | |
| (8) | | | | |
| (9) | | | | |
| (10) | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.

Schedule L (Form 990 or 990-EZ) 2013

JSA
3E1297 1.000

WONDERWORK, INC.                                        27-4159217

**Part IV**   **Business Transactions Involving Interested Persons.**
    Complete if the organization answered "Yes" on Form 990, Part IV, line 28a, 28b, or 28c.

| (a) Name of interested person | (b) Relationship between interested person and the organization | (c) Amount of transaction | (d) Description of transaction | (e) Sharing of organization's revenues? | |
|---|---|---|---|---|---|
| | | | | Yes | No |
| (1) | | | | | |
| (2) | | | | | |
| (3) | | | | | |
| (4) | | | | | |
| (5) | | | | | |
| (6) | | | | | |
| (7) | | | | | |
| (8) | | | | | |
| (9) | | | | | |
| (10) | | | | | |

**Part V**   **Supplemental Information**
    Provide additional information for responses to questions on Schedule L (see instructions).

WON-EX 0213

# Noncash Contributions

▶ Complete if the organizations answered "Yes" on Form 990, Part IV, lines 29 or 30.
▶ Attach to Form 990.
▶ Information about Schedule M (Form 990) and its Instructions is at *www.irs.gov/form990.*

OMB No. 1545-0047

**2013**

Open To Public Inspection

Name of the organization

WONDERWORK, INC.

Employer identification number

27-4159217

**Part I** Types of Property

| | | (a) Check if applicable | (b) Number of contributions or items contributed | (c) Noncash contribution amounts reported on Form 990, Part VIII, line 1g | (d) Method of determining noncash contribution amounts |
|---|---|---|---|---|---|
| 1 | Art - Works of art | | | | |
| 2 | Art - Historical treasures | | | | |
| 3 | Art - Fractional interests | | | | |
| 4 | Books and publications | | | | |
| 5 | Clothing and household goods | | | | |
| 6 | Cars and other vehicles | | | | |
| 7 | Boats and planes | | | | |
| 8 | Intellectual property | | | | |
| 9 | Securities - Publicly traded | X | 6. | 239,725. | FMV |
| 10 | Securities - Closely held stock | | | | |
| 11 | Securities - Partnership, LLC, or trust interests | | | | |
| 12 | Securities - Miscellaneous | | | | |
| 13 | Qualified conservation contribution - Historic structures | | | | |
| 14 | Qualified conservation contribution - Other | | | | |
| 15 | Real estate - Residential | | | | |
| 16 | Real estate - Commercial | | | | |
| 17 | Real estate - Other | | | | |
| 18 | Collectibles | | | | |
| 19 | Food inventory | | | | |
| 20 | Drugs and medical supplies | | | | |
| 21 | Taxidermy | | | | |
| 22 | Historical artifacts | | | | |
| 23 | Scientific specimens | | | | |
| 24 | Archeological artifacts | | | | |
| 25 | Other ▶ (_____) | | | | |
| 26 | Other ▶ (_____) | | | | |
| 27 | Other ▶ (_____) | | | | |
| 28 | Other ▶ (_____) | | | | |

29  Number of Forms 8283 received by the organization during the tax year for contributions for which the organization completed Form 8283, Part IV, Donee Acknowledgement  | **29** |

| | | Yes | No |
|---|---|---|---|
| 30a | During the year, did the organization receive by contribution any property reported in Part I, lines 1-28, that it must hold for at least three years from the date of the initial contribution, and which is not required to be used for exempt purposes for the entire holding period? **30a** | | X |
| b | If "Yes," describe the arrangement in Part II. | | |
| 31 | Does the organization have a gift acceptance policy that requires the review of any non-standard contributions? **31** | | X |
| 32a | Does the organization hire or use third parties or related organizations to solicit, process, or sell noncash contributions? **32a** | | X |
| b | If "Yes," describe in Part II. | | |
| 33 | If the organization did not report an amount in column (c) for a type of property for which column (a) is checked, describe in Part II. | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990.

Schedule M (Form 990) (2013)

WON-EX 0214

WONDERWORK, INC.                                        27-4159217

**Part II** **Supplemental Information.** Complete this part to provide the information required by Part I, lines 30b, 32b, and 33, and whether the organization is reporting in Part I, column (b), the number of contributions, the number of items received, or a combination of both. Also complete this part for any additional information.

NUMBER OF CONTRIBUTIONS

FORM 990, SCH M, PART I, COLUMN (B)

THE NUMBER IN COLUMN (B) REPRESENTS THE NUMBER OF CONTRIBUTIONS.

WON-EX 0215

**SCHEDULE O**
(Form 990 or 990-EZ)

Department of the Treasury
Internal Revenue Service

**Supplemental Information to Form 990 or 990-EZ**

Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.
▶ Attach to Form 990 or 990-EZ.

OMB No. 1545-0047

**2013**

Open to Public
Inspection

| Name of the organization | Employer identification number |
|---|---|
| WONDERWORK, INC. | 27-4159217 |

ORGANIZATION'S MISSION

FORM 990, PART III, LINE 1

WONDERWORK IS A NOT-FOR-PROFIT ORGANIZATION WHICH WAS FOUNDED TO PROVIDE

TREATMENT, SURGERY, AND RELATED ASSISTANCE TO CHILDREN AND ADULTS IN

UNDERSERVED REGIONS OF THE WORLD. WONDERWORK PROVIDES LIFE-CHANGING

SUPPORT FOR ILLNESS, DISEASE, AND DISABILITY INCLUDING BUT NOT LIMITED TO

BLINDNESS, CLUBFOOT, BURN CARE, HYDROCEPHALUS, AND PEDIATRIC CARDIAC

SURGERY. WONDERWORK SUPPORTS OTHER MEDICAL INSTITUTIONS AND CHARITABLE

ORGANIZATIONS ENGAGED IN THE PROVISION OF THESE SERVICES; AS WELL AS,

EDUCATES DOCTORS AND RAISES PUBLIC AWARENESS ON NEEDED SURGICAL CARE AND

RELATED TREATMENT FOR UNDERSERVED POPULATIONS WITH DISABILITIES.


WONDERWORK ALSO AIMS TO FURTHER THE PUBLIC EDUCATION AND PUBLIC

INTERACTION BY ENGAGING IN PUBIC EDUCATION AND DELIVERY OF CALLS TO

ACTION ASKING THE PUBLIC TO TAKE ACTION IN SUPPORT OF WONDERWORK'S

PROGRAMS IN CONJUNCTION WITH FUNDRAISING APPEALS.


SIGNIFICANT PROGRAM SERVICE ACTIVITIES

FORM 990, PART III, LINE 3

THE ORGANIZATION WAS INCORPORATED IN AND FILED AN INITIAL RETURN IN

FISCAL YEAR 2011. DURING FISCAL YEAR 2012, WONDERWORK, INC. RECEIVED

SIGNIFICANT SUPPORT FROM DONORS AND INCREASED OPERATIONS TO SUPPORT ITS

FIVE MAIN SERVICE AREAS - BLINDNESS, CLUBFOOT, BURN CARE, HYDROCEPHALUS,

AND PEDIATRIC CARDIAC SURGERY. THE ORGANIZATION SAW CONTINUED GROWTH IN

For Privacy Act and Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.        Schedule O (Form 990 or 990-EZ) (2013)

JSA
3E1227 1.000
       4099FL 2231  5/4/2015    8:34:13 AM   V 13-7.15        2910316            PAGE 63

WON-EX 0216

| Name of the organization | Employer Identification number |
|---|---|
| WONDERWORK, INC. | 27-4159217 |

FISCAL YEAR 2013 AND 2014 HOWEVER, MOST DONATIONS WERE RESTRICTED TO THE
BLINDNESS, CLUBFOOT, BURN CARE PROGRAMS.

FORM 990 REVIEW

FORM 990, PART VI, LINE 11B

THE FORM 990 WAS PREPARED BY AN INTERNATIONAL ACCOUNTING FIRM AND THE
WONDERWORK FINANCE DEPARTMENT. A COPY OF THE FORM 990 WAS REVIEWED BY THE
CHAIR OF THE AUDIT COMMITTEE OF THE BOARD OF DIRECTORS AND WAS
DISTRIBUTED TO ALL BOARD MEMBERS BEFORE FILING WITH THE IRS.

CONFLICT OF INTEREST POLICY

FORM 990, PART VI, LINE 12C

EACH OFFICER, DIRECTOR AND KEY EMPLOYEE OF THE ORGANIZATION IS REQUIRED
TO DISCLOSE ANY CONFLICTS OF INTEREST THAT ARISE THROUGH EMPLOYMENT,
BOARD SERVICE OR POSITION IN THE ORGANIZATION.  THE ORGANIZATION MONITORS
COMPLIANCE WITH ITS CONFLICT OF INTEREST POLICY THROUGH ANNUAL COMPLETION
OF THE QUESTIONNAIRE AND DISCLOSURE STATEMENT THAT IS DISTRIBUTED TO
THESE INDIVIDUALS.

ALSO, NEW EMPLOYEES JOINING THE ORGANIZATION ARE REQUIRED TO COMPLETE THE
QUESTIONNAIRE.  POTENTIAL CONFLICTS OF INTEREST ARE INVESTIGATED
IMMEDIATELY, AND A PERSON WHO HAS A CONFLICT OF INTEREST SHALL NOT
PARTICIPATE IN DISCUSSIONS ON ANY MATTER RELATED TO THE CONFLICT.

COMPLETED QUESTIONNAIRES ARE AVAILABLE FOR INSPECTION BY ANY BOARD MEMBER
AND MAY BE REVIEWED BY THE ORGANIZATION'S LEGAL COUNSEL. THE FINANCE

WON-EX 0217

| Name of the organization | Employer Identification number |
|---|---|
| WONDERWORK, INC. | 27-4159217 |

DEPARTMENT MONITORS NEW CONTRACTS AND INVOICE PAYMENTS TO MAKE SURE THAT

THE POLICY IS FOLLOWED.


PROCESS FOR DETERMINING COMPENSATION

FORM 990, PART VI, LINE 15A & 15B

AN INDEPENDENT COMPENSATION COMMITTEE HAS BEEN ESTABLISHED BY THE BOARD

OF DIRECTORS TO SECURE DATA FROM AND ABOUT COMPARABLE NONPROFIT

ORGANIZATIONS IN OUR AREA TO BENCHMARK PAY. THE COMMITTEE WAS ESTABLISHED

TO FURTHER COLLECT OTHER PUBLISHED SURVEY DATA, WHEN APPROPRIATE, OF

FOR-PROFIT ORGANIZATIONS FOR SPECIFIC FUNCTIONAL COMPETENCIES SUCH AS

FINANCE AND HUMAN RESOURCES. TOGETHER WITH THIS DATA FROM THE COMPARABLE

LOCAL ORGANIZATIONS, DATA FROM THESE MARKET SEGMENTS ARE USED TO FORM A

MARKET COMPOSITE TO ASSESS THE COMPETITIVENESS, FAIRNESS AND

APPROPRIATENESS OF COMPENSATION PAID BY WONDERWORK TO ITS EXECUTIVES AND

OTHER EMPLOYEES


WONDERWORK'S COMPENSATION STRATEGY AND IMPLEMENTATION IS ADMINISTERED BY

THIS COMPENSATION COMMITTEE, WHICH WILL REPORT ITS FINDINGS TO THE BOARD

OF DIRECTORS. THE BOARD, THROUGH THIS COMMITTEE, IS RESPONSIBLE FOR

ESTABLISHING AND MAINTAINING A COMPETITIVE COMPENSATION PROGRAM FOR THE

ORGANIZATION AND COORDINATING AN ANNUAL REVIEW BY AN INDEPENDENT REVIEWER

(OR AN INTERNAL DETERMINATION) TO EVALUATE THE ORGANIZATION'S EXECUTIVE

COMPENSATION AGAINST THE COMPETITIVE MARKET. FOLLOWING THE REVIEW OF THIS

EVALUATION, THE BOARD APPROVES, FOR SELECTED KEY EXECUTIVES, BASE

SALARIES AND ANNUAL INCENTIVE OPPORTUNITY ADJUSTMENTS (IF ANY), AND

OBJECTIVES AND GOALS FOR THE UPCOMING YEAR.

WON-EX 0218

| Name of the organization | Employer Identification number |
|---|---|
| WONDERWORK, INC. | 27-4159217 |

COMPENSATION REVIEWS ARE CONTEMPORANEOUSLY DOCUMENTED IN BOARD AND

COMMITTEE MINUTES.


DOCUMENT DISCLOSURE

FORM 990, PART VI, LINE 19

THE ORGANIZATION MAKES THE FORM 990 AVAILABLE TO THE PUBLIC BY RETAINING

A COPY AT ITS HEADQUARTERS IN NEW YORK CITY. THE FORM 990 IS ALSO

PUBLISHED ON THE INTERNET ON THE ORGANIZATION'S WEBSITE. THE

ORGANIZATIONS FINANCIAL STATEMENTS ARE ALSO AVAILABLE ON THE WEBSITE

(WWW.WONDERWORK.ORG).


THE ORGANIZATION'S GOVERNING DOCUMENTS AND CONFLICT OF INTEREST POLICY

ARE AVAILABLE UPON REQUEST.


ATTACHMENT 1

FORM 990, PART VI, LINE 17 - STATES

AL,AK,AR,CA,CO,CT,

DC,FL,GA,HI,IL,KS,KY,ME,MD,MA,MI,

MN,MS,NV,NH,NJ,NM,NY,NC,ND,OH,OK,OR,PA,

RI,SC,TN,UT,VA,WA,WV,WI,


ATTACHMENT 2

990, PART VII- COMPENSATION OF THE FIVE HIGHEST PAID IND. CONTRACTORS

| NAME AND ADDRESS | DESCRIPTION OF SERVICES | COMPENSATION |
|---|---|---|
| JONES DAY | CONSULTING SERVICES | 245,357. |

WON-EX 0219

| Name of the organization | Employer identification number |
|---|---|
| WONDERWORK, INC. | 27-4159217 |

ATTACHMENT 2 (CONT'D)

990, PART VII- COMPENSATION OF THE FIVE HIGHEST PAID IND. CONTRACTORS

| NAME AND ADDRESS | DESCRIPTION OF SERVICES | COMPENSATION |
|---|---|---|
| 222 EAST 41ST STREET<br>NEW YORK, NY 10017-6702 | | |
| KRAVET & VOGEL, LLP<br>1040 AVENUE OF THE AMERICAS - STE 1101<br>NEW YORK, NY 10018-3703 | CONSULTING SERVICES | 237,240. |

WON-EX 0220

Form **8868**
(Rev. January 2014)

Department of the Treasury
Internal Revenue Service

# Application for Extension of Time To File an Exempt Organization Return

▶ File a separate application for each return.
▶ Information about Form 8868 and its instructions is at *www.irs.gov/form8868.*

OMB No. 1545-1709

- If you are filing for an **Automatic 3-Month Extension**, complete only Part I and check this box . . . . . . . . . . . . . . . . ▶ [X]
- If you are filing for an **Additional (Not Automatic) 3-Month Extension**, complete only Part II (on page 2 of this form).

*Do not complete Part II unless* you have already been granted an automatic 3-month extension on a previously filed Form 8868.

**Electronic filing (e-file).** You can electronically file Form 8868 if you need a 3-month automatic extension of time to file (6 months for a corporation required to file Form 990-T), or an additional (not automatic) 3-month extension of time. You can electronically file Form 8868 to request an extension of time to file any of the forms listed in Part I or Part II with the exception of Form 8870, Information Return for Transfers Associated With Certain Personal Benefit Contracts, which must be sent to the IRS in paper format (see instructions). For more details on the electronic filing of this form, visit *www.irs.gov/efile* and click on *e-file for Charities & Nonprofits.*

| **Part I** | Automatic 3-Month Extension of Time. Only submit original (no copies needed). |
|---|---|

A corporation required to file Form 990-T and requesting an automatic 6-month extension - check this box and complete Part I only . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

*All other corporations (including 1120-C filers), partnerships, REMICs, and trusts must use Form 7004 to request an extension of time to file income tax returns.*

Enter filer's identifying number, see instructions

| Type or print | Name of exempt organization or other filer, see instructions. | Employer identification number (EIN) or |
|---|---|---|
| | WONDERWORK, INC. | 27-4159217 |
| File by the due date for filing your return. See Instructions. | Number, street, and room or suite no. If a P.O. box, see instructions. | Social security number (SSN) |
| | 420 5TH AVENUE, 27TH FLOOR | |
| | City, town or post office, state, and ZIP code. For a foreign address, see instructions. | |
| | NEW YORK, NY 10018 | |

Enter the Return code for the return that this application is for (file a separate application for each return) . . . . . . . . . . [0][1]

| Application Is For | Return Code | Application Is For | Return Code |
|---|---|---|---|
| Form 990 or Form 990-EZ | 01 | Form 990-T (corporation) | 07 |
| Form 990-BL | 02 | Form 1041-A | 08 |
| Form 4720 (individual) | 03 | Form 4720 (other than individual) | 09 |
| Form 990-PF | 04 | Form 5227 | 10 |
| Form 990-T (sec. 401(a) or 408(a) trust) | 05 | Form 6069 | 11 |
| Form 990-T (trust other than above) | 06 | Form 8870 | 12 |

- The books are in the care of ▶ HANA FUCHS, 420 FIFTH AVENUE, 27TH FLOOR NEW YORK, NY 10018

   Telephone No. ▶ 212 729-1855 _____ FAX No. ▶ _____
- If the organization does not have an office or place of business in the United States, check this box . . . . . . . . . . . . . ▶ ☐
- If this is for a Group Return, enter the organization's four digit Group Exemption Number (GEN) _____ . If this is for the whole group, check this box . . . . . ▶ ☐ . If it is for part of the group, check this box . . . . . ▶ ☐ and attach a list with the names and EINs of all members the extension is for.

1    I request an automatic 3-month (6 months for a corporation required to file Form 990-T) extension of time
     until _____ 02/16 , 20 15 , to file the exempt organization return for the organization named above. The extension is
     for the organization's return for:
     ▶ ☐ calendar year 20 ____ or
     ▶ [X] tax year beginning _____ 07/01 , 20 13 , and ending _____ 06/30 , 20 14 .

2    If the tax year entered in line 1 is for less than 12 months, check reason: ☐ Initial return    ☐ Final return
     ☐ Change in accounting period

| | | | | |
|---|---|---|---|---|
| 3a | If this application is for Form 990-BL, 990-PF, 990-T, 4720, or 6069, enter the tentative tax, less any nonrefundable credits. See instructions. | 3a | $ | 0 |
| b | If this application is for Form 990-PF, 990-T, 4720, or 6069, enter any refundable credits and estimated tax payments made. Include any prior year overpayment allowed as a credit. | 3b | $ | 0 |
| c | **Balance due.** Subtract line 3b from line 3a. Include your payment with this form, if required, by using EFTPS (Electronic Federal Tax Payment System). See instructions. | 3c | $ | 0 |

**Caution.** If you are going to make an electronic funds withdrawal (direct debit) with this Form 8868, see Form 8453-EO and Form 8879-EO for payment instructions.

For Privacy Act and Paperwork Reduction Act Notice, see instructions.                    Form **8868** (Rev. 1-2014)

JSA
3F8054 2.000

4099FL 2231  10/24/2014  12:30:15 PM  V 13-7.1F         2910316                    PAGE 1

WON-EX 0221

- If you are filing for an **Additional (Not Automatic) 3-Month Extension**, complete only Part II and check this box . . . . . . . . ▶ ☒
- **Note.** Only complete Part II if you have already been granted an automatic 3-month extension on a previously filed Form 8868.
- If you are filing for an **Automatic 3-Month Extension**, complete only Part I (on page 1).

| **Part II** | Additional (Not Automatic) 3-Month Extension of Time. Only file the original (no copies needed). |
|---|---|

Enter filer's identifying number, see instructions

| Type or print | Name of exempt organization or other filer, see instructions. | Employer identification number (EIN) or |
|---|---|---|
| | WONDERWORK, INC. | 27-4159217 |
| File by the due date for filing your return. See Instructions. | Number, street, and room or suite no. If a P.O. box, see instructions. | Social security number (SSN) |
| | 420 5TH AVENUE, 27TH FLOOR | |
| | City, town or post office, state, and ZIP code. For a foreign address, see instructions. | |
| | NEW YORK, NY 10018 | |

Enter the Return code for the return that this application is for (file a separate application for each return) . . . . . . . . . . . . ▷ | 0 | 1 |

| Application Is For | Return Code | Application Is For | Return Code |
|---|---|---|---|
| Form 990 or Form 990-EZ | 01 | | |
| Form 990-BL | 02 | Form 1041-A | 08 |
| Form 4720 (individual) | 03 | Form 4720 (other than individual) | 09 |
| Form 990-PF | 04 | Form 5227 | 10 |
| Form 990-T (sec. 401(a) or 408(a) trust) | 05 | Form 6069 | 11 |
| Form 990-T (trust other than above) | 06 | Form 8870 | 12 |

**STOP!** Do not complete Part II if you were not already granted an automatic 3-month extension on a previously filed Form 8868.

- The books are in the care of ▶ HANA FUCHS, 420 FIFTH AVENUE, 27TH FLOOR NEW YORK, NY 10018
  Telephone No. ▶ 212 729-1855                  Fax No. ▶
- If the organization does not have an office or place of business in the United States, check this box . . . . . . . . . . . . . . . . ▶ ☐
- If this is for a Group Return, enter the organization's four digit Group Exemption Number (GEN) _____ . If this is
  for the whole group, check this box . . . . . ▶ ☐ . If it is for part of the group, check this box . . . . . . ▶ ☐ and attach a
  list with the names and EINs of all members the extension is for.

4   I request an additional 3-month extension of time until _____ 05/15 , 20 15 .
5   For calendar year _____ , or other tax year beginning _____ 07/01 , 20 13 , and ending _____ 06/30 , 20 14 .
6   If the tax year entered in line 5 is for less than 12 months, check reason: ☐ Initial return   ☐ Final return
    ☐ Change in accounting period
7   State in detail why you need the extension   INFORMATION NECESSARY TO PREPARE A COMPLETE
    AND ACCURATE RETURN IS NOT YET AVAILABLE.

| | | | |
|---|---|---|---|
| 8a | If this application is for Forms 990-BL, 990-PF, 990-T, 4720, or 6069, enter the tentative tax, less any nonrefundable credits. See instructions. | 8a $ | 0 |
| b | If this application is for Forms 990-PF, 990-T, 4720, or 6069, enter any refundable credits and estimated tax payments made. Include any prior year overpayment allowed as a credit and any amount paid previously with Form 8868. | 8b $ | 0 |
| c | **Balance Due.** Subtract line 8b from line 8a. Include your payment with this form, if required, by using EFTPS (Electronic Federal Tax Payment System). See instructions. | 8c $ | 0 |

**Signature and Verification must be completed for Part II only.**

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and that I am authorized to prepare this form.

Signature ▶ _Hena Haan_              Title ▶ PAID PREPARER   Date ▶ 2/9/15

Form **8868** (Rev. 1-2014)



WONDERWORK, INC.

Financial Statements

June 30, 2014 and 2013

(With Independent Auditors' Report Thereon)

WON-EX 0223



KPMG LLP
345 Park Avenue
New York, NY 10154-0102

## Independent Auditors' Report

The Board of Directors
WonderWork, Inc.:

We have audited the accompanying financial statements of WonderWork, Inc. (WonderWork), which comprise the balance sheets as of June 30, 2014 and 2013, and the related statements of activities, functional expenses, and cash flows for the years then ended, and the related notes to the financial statements.

### Management's Responsibility for the Financial Statements

Management is responsible for the preparation and fair presentation of these financial statements in accordance with U.S. generally accepted accounting principles; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

### Auditors' Responsibility

Our responsibility is to express an opinion on these financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditors' judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the organization's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the organization's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

### Opinion

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of WonderWork, Inc. as of June 30, 2014 and 2013, and the changes in its net assets and its cash flows for the years then ended, in accordance with U.S. generally accepted accounting principles.

KPMG LLP

May 7, 2015

KPMG LLP is a Delaware limited liability partnership,
the U.S. member firm of KPMG International Cooperative
("KPMG International"), a Swiss entity

WON-EX 0224

**WONDERWORK, INC.**

Balance Sheets

June 30, 2014 and 2013

| Assets | | 2014 | 2013 |
|---|---|---|---|
| Cash and cash equivalents | $ | 873,961 | 1,178,229 |
| Contributions receivable (note 3) | | 370,116 | 570,156 |
| Prepaid expenses and other assets | | 45,625 | 45,625 |
| Investments (note 4) | | 14,066,815 | 6,431,625 |
| Property and equipment, net | | 88,926 | 131,590 |
| Total assets | $ | 15,445,443 | 8,357,225 |

**Liabilities and Net Assets**

| | | | |
|---|---|---|---|
| Liabilities: | | | |
| Accounts payable and accrued expenses | $ | 1,167,916 | 1,236,660 |
| Loans payable (note 7) | | 9,518,750 | 3,659,203 |
| Grants and other amounts payable to Help Me See (note 8) | | — | 733,000 |
| Total liabilities | | 10,686,666 | 5,628,863 |
| Net assets: | | | |
| Unrestricted | | 2,376,415 | 873,356 |
| Temporarily restricted (note 6) | | 2,382,362 | 1,855,006 |
| Total net assets | | 4,758,777 | 2,728,362 |
| Total liabilities and net assets | $ | 15,445,443 | 8,357,225 |

See accompanying notes to financial statements.

2

WON-EX 0225

# WONDERWORK, INC.

Statements of Activities

Years ended June 30, 2014 and 2013

|  | | 2014 | 2013 |
|---|---|---|---|
| **Change in unrestricted net assets:** | | | |
| Operating activities: | | | |
| Revenues: | | | |
| Contributions | $ | 5,582,853 | 3,777,015 |
| In-kind contributions (note 10) | | 1,882,441 | — |
| Investment gain | | 1,878,168 | 881,997 |
| Other | | 26,130 | — |
| Net assets released from restrictions (note 6) | | 6,069,458 | 2,583,838 |
| Total revenues | | 15,439,050 | 7,242,850 |
| Expenses: | | | |
| Program: | | | |
| Surgical treatments and related activities, and information and health education (note 10) | | 9,762,437 | 6,522,235 |
| Management and general | | 286,751 | 527,411 |
| Fund-raising | | 4,619,803 | 4,785,598 |
| Total expenses | | 14,668,991 | 11,835,244 |
| Excess (deficiency) of operating revenues over operating expenses | | 770,059 | (4,592,394) |
| Nonoperating activities: | | | |
| Grant and other liability write-off (note 8) | | 733,000 | — |
| Increase (decrease) in unrestricted net assets | | 1,503,059 | (4,592,394) |
| **Change in temporarily restricted net assets:** | | | |
| Contributions | | 6,596,814 | 3,669,157 |
| Net assets released from restrictions (note 6) | | (6,069,458) | (2,583,838) |
| Increase in temporarily restricted net assets | | 527,356 | 1,085,319 |
| Increase (decrease) in net assets | | 2,030,415 | (3,507,075) |
| Net assets at beginning of year | | 2,728,362 | 6,235,437 |
| Net assets at end of year | $ | 4,758,777 | 2,728,362 |

See accompanying notes to financial statements.

3

WON-EX 0226

WONDERWORK, INC.

Statement of Functional Expenses

Year ended June 30, 2014

| | | Program services | Management and general | Supporting services Fund-raising | Subtotal | Total |
|---|---|---|---|---|---|---|
| Grants | $ | 1,543,055 | — | — | — | 1,543,055 |
| In-kind treatments | | 1,882,441 | — | — | — | 1,882,441 |
| Salaries and related expenses | | 1,322,576 | 74,252 | 324,855 | 399,107 | 1,721,683 |
| Professional and consulting fees | | 759,085 | 131,944 | 199,203 | 331,147 | 1,090,232 |
| Occupancy | | 143,670 | 8,066 | 35,289 | 43,355 | 187,025 |
| Office supplies and services | | 142,991 | 8,028 | 35,122 | 43,150 | 186,141 |
| Printing, publications, and postage (note 9) | | 3,717,856 | — | 3,939,353 | 3,939,353 | 7,657,209 |
| Depreciation | | 34,173 | 1,919 | 8,394 | 10,313 | 44,486 |
| Travel and other miscellaneous | | 216,590 | 62,542 | 77,587 | 140,129 | 356,719 |
| Total expenses | $ | 9,762,437 | 286,751 | 4,619,803 | 4,906,554 | 14,668,991 |

See accompanying notes to financial statements.

4

WON-EX 0227

WONDERWORK, INC.

Statement of Functional Expenses

Year ended June 30, 2013

| | | Program services | Supporting services | | | Total |
|---|---|---|---|---|---|---|
| | | | Management and general | Fund-raising | Subtotal | |
| Grants | $ | 1,327,500 | — | — | — | 1,327,500 |
| Salaries and related expenses | | 917,879 | 150,696 | 301,393 | 452,089 | 1,369,968 |
| Professional and consulting fees | | 245,758 | 361,409 | 115,651 | 477,060 | 722,818 |
| Occupancy | | 157,154 | 6,684 | 18,662 | 25,346 | 182,500 |
| Office supplies and services | | 148,932 | 6,334 | 17,686 | 24,020 | 172,952 |
| Printing, publications, and postage | | 3,538,996 | — | 4,325,440 | 4,325,440 | 7,864,436 |
| Depreciation | | 10,901 | 464 | 1,294 | 1,758 | 12,659 |
| Travel and other miscellaneous | | 175,115 | 1,824 | 5,472 | 7,296 | 182,411 |
| Total expenses | $ | 6,522,235 | 527,411 | 4,785,598 | 5,313,009 | 11,835,244 |

See accompanying notes to financial statements.

5

WON-EX 0228

**WONDERWORK, INC.**

Statements of Cash Flows

Years ended June 30, 2014 and 2013

| | | 2014 | 2013 |
|---|---|---|---|
| Cash flows from operating activities: | | | |
| Change in net assets | $ | 2,030,415 | (3,507,075) |
| Adjustments to reconcile change in net assets to net cash | | | |
| used in operating activities: | | | |
| Depreciation and amortization | | 44,486 | 12,659 |
| Investment gain | | (1,878,168) | (881,997) |
| Changes in operating assets and liabilities: | | | |
| Contributions receivables | | 200,040 | 199,295 |
| Accounts payable and accrued expenses | | (68,744) | 1,166,599 |
| Grants and other amounts payable to Help Me See | | (733,000) | — |
| Net cash used in operating activities | | (404,971) | (3,010,519) |
| Cash flows from investing activities: | | | |
| Purchases of investments | | (6,265,858) | (791,214) |
| Sales of investments | | 508,836 | 633,162 |
| Purchases of property and equipment | | (1,822) | (130,645) |
| Net cash used in investing activities | | (5,758,844) | (288,697) |
| Cash flows from financing activities: | | | |
| Loans payable | | 5,859,547 | 3,659,203 |
| Net cash provided by financing activities | | 5,859,547 | 3,659,203 |
| Net (decrease) increase in cash and cash equivalents | | (304,268) | 359,987 |
| Cash and cash equivalents, beginning of year | | 1,178,229 | 818,242 |
| Cash and cash equivalents, end of year | $ | 873,961 | 1,178,229 |

See accompanying notes to financial statements.

6

WON-EX 0229

# WONDERWORK, INC.

Notes to Financial Statements

June 30, 2014 and 2013

**(1) Description of Organization**

WonderWork, Inc. (the Organization or WonderWork) is a not-for-profit organization, which was incorporated in 2011 to provide treatment, surgery, and related assistance to children and adults everywhere, including those in developing countries suffering from disease, illness, or disability, including, but not necessarily limited to, blindness, club foot, hydrocephalus, pediatric cardiac surgery, and burns; and to further support medical institutions and other charitable organizations engaged in the provision of these services; as well as creating general awareness of these disabilities and available treatments. Since the Organization was recently formed, many activities consisted of start-up related costs for the years ended June 30, 2014 and 2013. In 2012, WonderWork changed its name from Surgery for the Poor, Inc. to WonderWork, Inc.

**(2) Summary of Significant Accounting Policies**

**(a) Basis of Presentation**

The Organization's financial statements have been prepared on the accrual basis of accounting in accordance with U.S. generally accepted accounting principles. Net assets and the changes therein are classified and reported as follows:

Unrestricted – Net assets that are not subject to donor-imposed restrictions.

Temporarily Restricted – Net assets subject to donor-imposed restrictions that will be met by actions of the Organization and/or the passage of time.

Revenues are reported as increases in unrestricted net assets unless their use is limited by explicit donor-imposed restrictions or by law. Expenses are reported as decreases in net assets.

**(b) Fair Value**

Fair value is defined as the exchange price that would be received for an asset or paid to transfer a liability (an exit price) in the principal or most advantageous market for the asset or liability in an orderly transaction between market participants on the measurement date. The three levels of the fair value hierarchy are as follows:

- Level 1 inputs are quoted prices (unadjusted) in active markets for identical assets or liabilities that a reporting entity has the ability to access at the measurement date.

- Level 2 inputs are inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either directly or indirectly.

- Level 3 inputs are unobservable inputs for the asset or liability.

**(c) Accounting Estimates**

The preparation of the financial statements in conformity with U.S. generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingencies at the date of the financial statements and revenues and expenses recognized during the reporting period. Significant estimates made in the preparation of the financial statements include determining the net realizable value of contributions,

7 (Continued)

WON-EX 0230

valuation of in-kind contributions, and functional expense allocations. Actual results could differ from those estimates.

*(d)*     *Cash and Cash Equivalents*

The Organization considers all highly liquid instruments with an original maturity of three months or less to be cash equivalents. The Organization maintains cash and cash equivalents in major financial institutions. Cash held by a financial institution that exceeds the Federal Deposit Insurance Corporation (FDIC) limits exposes the Organization to a concentration of credit risk.

*(e)*     *Investments*

Investments are reported at fair value based upon quoted market prices.

*(f)*     *Contributions*

Contributions, including unconditional promises to give (pledges), are recognized as revenue upon receipt and are considered to be unrestricted unless received with donor stipulations that limit their use through either purpose or time restrictions. Contributions with donor stipulations that limit their use are considered to be temporarily restricted until the donor restrictions expire, that is, when a time restriction ends or purpose restriction is fulfilled. Upon the expiration of donor stipulations, temporarily restricted net assets are reclassified to unrestricted net assets and reported in the accompanying statements of activities as net assets released from restrictions. Contributions expected to be received after one year are discounted at a risk-adjusted rate of return.

*(g)*     *Contributions In-Kind*

Contributions in-kind include donated services and materials related to the treatments sponsored by WonderWork. These contributions are recorded at fair value on the date of donation and are recognizable as they either create or enhance assets that are not financial in nature or provided by individuals with specialized skills that would need to be purchased if the services had not been donated.

*(h)*     *Property and Equipment*

Property and equipment are stated at cost less accumulated depreciation and amortization. Depreciation is computed on the straight-line basis over the estimated useful lives of the assets ranging from 3 to 5 years. Leasehold improvements are amortized on a straight-line basis over the lesser of their useful lives or the term of the lease.

*(i)*     *Income Taxes*

WonderWork recognizes the effect of income tax positions only if those positions are more likely than not of being sustained. Income generated from activities unrelated to the WonderWork's exempt purpose is subject to tax under Internal Revenue Code Section 511. WonderWork utilizes a threshold of more likely than not for recognition and derecognition of tax positions taken or expected to be taken in a tax return. WonderWork did not recognize any unrelated business income tax liability for the years ended June 30, 2014 and 2013.

(Continued)

WON-EX 0231

(3)  **Contributions and Contributions Receivable**

Contributions receivable are scheduled to be collected as follows at June 30, 2014 and 2013:

|  | | 2014 | 2013 |
|---|---|---|---|
| Amount due in one year or less | $ | 200,000 | 200,000 |
| Amount due in 2 to 5 years | | 197,711 | 385,749 |
| Less discount to present value at 2.4% | | (27,595) | (15,593) |
|  | $ | 370,116 | 570,156 |

Contributions receivable is from one donor at June 30, 2014 and 2013. Approximately 35% of contributions were received from 6 donors in 2014 and 30% of contributions were received from two donors in 2013.

(4)  **Investments**

The following presents the Organization's investments measured at fair value as of June 30, 2014 and 2013. These all represent Level 1 investments in the fair value hierarchy.

|  | | 2014 | 2013 |
|---|---|---|---|
| Vanguard total world stock | $ | 14,055,540 | 6,190,423 |
| Vanguard all world stock excluding U.S. | | — | 175,670 |
| Vanguard – other | | — | 65,532 |
| Other | | 11,275 | — |
| Total investments | $ | 14,066,815 | 6,431,625 |

(5)  **Commitments**

The Organization has a lease agreement for the rental of its office in New York. Approximate minimum annual rentals related to this lease are as follows for the years ending June 30:

| 2015 | $ | 182,500 |
|---|---|---|
| 2016 | | 136,875 |
|  | $ | 319,375 |

Rent expense for the years ended June 30, 2014 and 2013 amounted to approximately $187,000 and $182,500, respectively.

(Continued)

WON-EX 0232

**(6)  Temporarily Restricted Net Assets**

Temporarily restricted net assets are available for the following as of June 30, 2014 and 2013:

|  | | 2014 | 2013 |
|---|---|---|---|
| Blindness | $ | — | 130,943 |
| Burns | | 958,278 | 559,412 |
| Clubfoot | | 1,053,968 | 594,495 |
| Time | | 370,116 | 570,156 |
|  | $ | 2,382,362 | 1,855,006 |

Net assets were released from restrictions during the year ended June 30, 2014 by incurring expenses or the passage of time as follows:

|  | | 2014 | 2013 |
|---|---|---|---|
| Blindness | $ | 4,271,517 | 505,508 |
| Burns | | 614,320 | 894,222 |
| Clubfoot | | 983,281 | 961,577 |
| Hole in the heart | | — | 11,500 |
| Hydrocephalus | | 300 | 11,500 |
| Time | | 200,040 | 199,531 |
|  | $ | 6,069,458 | 2,583,838 |

**(7)  Loans Payable**

In fiscal 2013, the Organization received an unsecured impact loan commitment of $7,500,000 from a foundation to be used to generate additional funding for WonderWork programs and facilitate the more effective and efficient delivery of surgeries for the poor and needy served by WonderWork. Funds loaned by the foundation are to be repaid after 5 years at the rate of 2% per annum. As of June 30, 2013, WonderWork had drawn down $2,500,000 of this loan. In 2014, an additional $5,000,000 was drawn down under the loan.

In 2014, the Organization received unsecured impact loans commitment of $2,000,000 to be used to generate additional funding for WonderWork programs. Funds loaned are to be repaid after 5 years at the rate of 2% per annum. In 2014, $100,000 of these loans were forgiven and recognized as contribution revenue in the accompanying statement of activities.

As of June 30, 2014 and 2013, WonderWork had drawn down a total of $9,400,000 and $2,500,000 of these loans, respectively. Interest on the loans is not due until repayment. Accrued interest expense of $118,750 at June 30, 2014 was recognized on these loans.

During 2013, WonderWork borrowed $1,159,203 against its investment brokerage account with interest rates ranging from 5.25% to 6%. This loan was fully repaid in October 2013.

(Continued)

WON-EX 0233

The aggregate amount of principal due on loans payable at June 30, 2014 is as follows:

| | | |
|---|---|---|
| 2018 | $ | 7,500,000 |
| 2019 | | 1,900,000 |
| | $ | 9,400,000 |

Pursuit to the loan agreements, Wonderwork met its loan covenants as of June 30, 2014, which consisted of maintaining assets in excess of $1,500,000 and maintaining expenditures of 50% or more of all public donations on program service activities.

(8)   **Payable to HelpMeSee**

In August, 2011, WonderWork entered into a partnership agreement with HelpMeSee, another blindness charity and 501(c)(3), to work together to solve the problem of cataract blindness. This agreement provided that WonderWork would support HelpMeSee with program grants that WonderWork would pay to HelpMeSee, including an annual grant equal to the amount of the largest grant WonderWork made to a blindness partner from unrestricted funds that year, and a $2,000,000 program grant payable at the end of the 5 year agreement. (If the agreement was terminated before 5 years, this grant would be pro-rated.) This agreement provided that HelpMeSee would help WonderWork through payments of $166,667 per month to help pay for a portion of the expenses WonderWork incurred as part of this agreement. HelpMeSee terminated this agreement in the 12th month (August 2012) and currently the two organizations are in arbitration. The liability recorded at the termination of the agreement has been reversed as management believes the liability will not be paid.

(9)   **Allocation of Joint Costs**

In 2014 and 2013, Wonderwork conducted activities, principally direct mailings, that included fundraising appeals as well as program components. The joint costs incurred were allocated as follows:

| | | 2014 | 2013 |
|---|---|---|---|
| Program services | $ | 3,717,856 | 3,538,996 |
| Fund-raising | | 3,939,353 | 4,325,440 |
| Total | $ | 7,657,209 | 7,864,436 |

(10)   **Contributions In-Kind**

In fiscal year 2014, in-kind contributions consisted of donated professional services, overhead for medical and surgical staff and facilities, medical surgical supplies, medications, and outreach from surgical partners. The amount that hospitals donate toward the overall cost needed to provide the surgeries was $1,882,441.

11

WON-EX 0234

**(11) Subsequent Events**

In connection with the preparation of the financial statements, the Organization evaluated subsequent events after the balance sheet date of June 30, 2014 through May 7, 2015, which was the date the financial statements were available to be issued and determined that there were no additional matters that are required to be disclosed.

WON-EX 0235

COPY OF WITHIN PAPER
RECEIVED

MAY 1 5 2015

NYS OFFICE OF THE ATTORNEY GENERAL
CHARITIES BUREAU

WON-EX 0236