# MULLANEY
# 8/17/2017

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

CASE NO. 16-13607(SMB)

------------------------------------------------

IN RE:

WONDERWORK, INC.,

        Debtor.

------------------------------------------------

INTERVIEW OF BRIAN MULLANEY

VOLUME II

345 PARK AVENUE

NEW YORK, NEW YORK

August 17, 2017 - 9:00 A.M.

Reported by:

Arielle Santos

JOB NO. 19385

```
 1
 2
 3                    345 PARK AVENUE
 4                    NEW YORK, NEW YORK
 5                    AUGUST 17, 2017 - 9:00 A.M.
 6
 7
 8
 9
10
11
12           INTERVIEW of BRIAN MULLANEY, before S.
13   Arielle Santos, Registered Professional Reporter,
14   Certified Shorthand Reporter, Certified LiveNote
15   Reporter and Notary Public.
16
17
18
19
20
21
22
23
24
25
```

```
 1            APPEARANCES:
 2
 3   FOR THE DEBTORS:
 4   BY - LEONARDO TRIVIGNO, ESQ.
 5       trivigno@clm.com
 6   CARTER LEDYARD & MILBURN LLP
 7   2 Wall Street
 8   New York, NY 10005
 9
10   BY - BETHANY SIMMONS, ESQ.
11       bsimmons@loeb.com
12   BY - WALTER CURCHACK, ESQ.
13       wcurchack@loeb.com
14   LOEB & LOEB
15   345 Park Avenue
16   New York, New York  10022
17
18   BY - GARY POLKOWITZ, CPA, CIRA
19       gpolkowitz@goldinassociates.com
20   GOLDIN ASSOCIATES
21   350 Fifth Avenue
22   New York, NY 10118
23
24   COURT-APPOINTED EXAMINER: JASON LILIEN
25
```

```
 1                    INDEX
 2               BRIAN MULLANEY
 3               BY MR. CURCHACK
 4
 5
 6          EXHIBITS MARKED - ATTACHED
 7   Exhibit 18, BurnRescue solicitation,    313
 8       February 27, 2013, Bates 8544
 9       through 8553
10   Exhibit 19, e-mail chain, Bates 027649   334
11   Exhibit 20, e-mail, Bates 42023        342
12   Exhibit 21, e-mail, January 25, 2017,   344
13       Bates 0241193
14   Exhibit 22, FirstStep solicitation,    362
15       Bates 2254 through 2259
16   Exhibit 22, document               367
17   Exhibit 23, e-mail, Bates 196209      389
18   Exhibit 24, e-mail, January 10, 2015   390
19   Exhibit 25, letter, May 10, 2013, Bates  405
20       017317-17319
21   Exhibit 26, e-mail, December 8, 2013,   417
22       Bates 224263.  Spreadsheet,
23       Bates 224264
24   Exhibit 27, 10-Year Marketing Summary,  420
25       Bates 10821
```

```
 1   Exhibit 28, e-mail, September 6, 2013,   426
 2       Bates 7589 through 7607
 3   Exhibit 29, e-mail, Bates 11581        430
 4   Exhibit 30, letter, April 23, 2014,     443
 5   Exhibit 31, letters dated February 18,   445
 6       2015, Bates 8108 through 8122
 7   Exhibit 32, document, February 11,     451
 8       2014, Bates WON 07840
 9   Exhibit 33, Declaration in Opposition   456
10       to HelpMeSee's Motion to
11       Appoint a Trustee
12   Exhibit 34, letter, February 16, 2017,   457
13       Bates 0240289 through 5
14   Exhibit 35, e-mail, September 12, 2013,  458
15       Bates 012040
16   Exhibit 36, e-mail, Bates 12053        461
17   Exhibit 37, e-mail, June 25, 2013,      464
18       Bates 33625-1 and -2
19   Exhibit 38, Bates 010614 through 16,    490
20       WonderWork Board Minutes
21       October 2016
22   Exhibit 39, complete set, minutes,     490
23       Bates 1251 through 1304
24   Exhibit 40, e-mail, November 11, 2015,  503
25       Bates 193824
```

1   Exhibit 41, Bates WON 01237          505
2   Exhibit 42, Bates WON-EX 010748      506
3   Exhibit 43, CEO Compensation Analysis   516
4      and Recommendations, Bates
5      010764 through 010785
6   Exhibit 44, e-mail, Bates 0227453       517
7   Exhibit 45, e-mail, June 10, 2013,      524
8      Bates 0211672
9   Exhibit 46, letter, October 19, 2016,   539
10     Bates 06106
11  Exhibit 47, e-mail, Bates 0251267,      542
12     November 30, 2015
13  Exhibit 48, e-mail                      551
14  Exhibit 49, e-mail, December 21, 2016   559
15  Exhibit 50, chart, Bates 0000570        566
16  Exhibit 51, letters, April 15, 2013,    572
17     February 20, 2014, Bates 042016
18     through 042026
19  Exhibit 52, Bates 042027 through 042039  574
20  Exhibit 53, Schedules E and F           579
21  Exhibit 54, Bates 07285 through 07289   581
22  Exhibit 55, Bates 06398 through 06402,  584
23     W-2s from WonderWork
24  Exhibit 56, e-mail, January 6, 2014     600
25

1      BRIAN MULLANEY - VOLUME II
2           MR. CURCHACK:  We are back
3   on the record.
4           THE WITNESS:  I did the
5   research last night on the
6   2 percent overhead claim in the
7   20/20/20 mailer, and it is
8   accurate.
9           MR. TRIVIGNO:  Just for the
10  record, we are referring to
11  Mullaney-12, Exhibit Mullaney 12.
12          THE WITNESS:  The -- where
13  is it -- (Reviewing.)
14          MR. TRIVIGNO:  Also
15  Mullaney-17, which is the CHR-500,
16  with the audited financials in the
17  back.
18          MR. CURCHACK:  That's fiscal
19  year --
20          MR. TRIVIGNO:  Ending 2014.
21          MR. CURCHACK:  Okay.
22          MR. TRIVIGNO:  Specifically
23  WON-EX 227.
24          MR. LILIEN:  Say that again.
25          MR. TRIVIGNO:  WON-EX 227.

1      BRIAN MULLANEY - VOLUME II
2           THE WITNESS:  It shows
3   $286,751.
4   BY MR. CURCHACK:
5      Q    It shows that's under the
6   management and general column --
7      A    Yes.
8      Q    -- in the statement of
9   functional expenses?
10     A    Yes.
11     Q    So your testimony -- your
12  statement then is that when you say
13  overhead, you are referring to the
14  management and general column of
15  supporting services?
16     A    Yes, and our revenue was
17  $14 million, 14.4.
18     Q    I see.
19          MR. TRIVIGNO:  Just for the
20  record, that's on page -- Exhibit
21  Mullaney-13, WON-EX 17985.
22          THE WITNESS:  And I thought
23  you would appreciate that our
24  current overhead is 4.6 percent
25  and it didn't go up but our

1      BRIAN MULLANEY - VOLUME II
2   revenues went down when we stopped
3   doing the huge direct mailings.
4           And we worked really hard to
5   keep our overhead really low, and
6   this will show you how we compare
7   it to other charities in terms of
8   overhead and productivity.
9           This is something we track
10  all the time.  Smile Train
11  overhead was less than 1 percent.
12          As a non-profit guy, most
13  charities are 20 to 30 percent
14  overhead.
15  BY MR. CURCHACK:
16     Q    Now, what is included in the
17  management in general line -- we are
18  looking at page 0227.
19     A    (Reviewing.)
20          You can see it right here:
21  Salaries and related expenses,
22  professional consulting fees, our
23  rent, office supplies and services,
24  depreciation of our equipment and
25  travel.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

BRIAN MULLANEY - VOLUME II

1        BRIAN MULLANEY - VOLUME II
2   Q   Right.
3       If you look at the salaries
4  and related expenses line, the total
5  of that line is $1,721,000, but the
6  allocation to management in general is
7  $74,000; is that correct?
8   A   (Reviewing.)
9       Yes.
10  Q   So how is that allocation of
11  that 1.7 million to $74,000 made?
12  A   Well, Hana sits down with
13  the auditors at the end of every year,
14  and they allocate how much time was
15  spent on what and that's how it's
16  done.
17      MR. LILIEN:  The auditors
18  rely on information provided by
19  management; they don't make up
20  numbers?
21      THE WITNESS:  No, but they
22  question what you give them.
23      MR. LILIEN:  That's not what
24  I am asking.
25      They rely on the numbers --

1        BRIAN MULLANEY - VOLUME II
2      THE WITNESS:  Right.
3      MR. LILIEN:  -- that are
4  given by management?
5      THE WITNESS:  Right.
6      MR. LILIEN:  So this $74,000
7  number --
8      THE WITNESS:  Yeah.
9      MR. LILIEN:  -- was based on
10  information Hana provided to the
11  auditors?
12      THE WITNESS:  Yes.  Yes.
13      MR. LILIEN:  And this
14  represents the total that you
15  would treat as overhead?
16      THE WITNESS:  The 286?
17      MR. LILIEN:  Yes.
18      THE WITNESS:  Yes.
19      MR. LILIEN:  So when you're
20  telling donors that overhead is
21  covered entirely by a generous
22  donor -- public donors --
23      THE WITNESS:  Hm-hm.
24      MR. LILIEN:  -- that
25  overhead is covered by a generous

1        BRIAN MULLANEY - VOLUME II
2  donor, the number that you are
3  referring to is $286,000.
4      MR. CURCHACK:  For this
5  year?
6      MR. LILIEN:  For this year.
7      THE WITNESS:  Yes.
8  BY MR. CURCHACK:
9   Q   Okay.
10      But when you say that a
11  generous donor is covering all
12  overhead and fundraising costs, that
13  would include --
14   A   Fundraising.
15   Q   -- the fundraising column in
16  this case for fiscal 2014 is
17  $4.6 million; is that correct?
18   A   Yes.
19      I am working on the other
20  thing, the grants that you asked me
21  about.
22      Two or three of them, they
23  all started in that fiscal year, but
24  two or three of them finished in the
25  other year, and your question was on

1        BRIAN MULLANEY - VOLUME II
2  grants given.
3      So sometimes we pay partners
4  up front and pay them at the end, so I
5  don't have the answer to that.
6      I am researching it today
7  and I will have it today or shortly.
8      MR. LILIEN:  You are
9  referring to -- can you be more
10  specific as to what you are
11  referring to?
12      THE WITNESS:  What we ended
13  with on yesterday.
14      MR. TRIVIGNO:  Mullaney-16,
15  the questions about --
16      THE WITNESS:  The four
17  grants, they were all given in
18  that fiscal year, but they did not
19  all complete in that year -- the
20  fiscal year.
21      MR. LILIEN:  But the reports
22  indicate they were sent out
23  immediately --
24      THE WITNESS:  Right.
25      MR. LILIEN:  -- within that

BRIAN MULLANEY - VOLUME II

1    fiscal year?
2         THE WITNESS:  Yes.  They
3    were put to use immediately.  We
4    can award a grant, but sometimes
5    we give 50 percent up front and
6    50 percent when the grant is
7    completed.
8         MR. LILIEN:  I am not sure
9    that's what the report says.
10   They -- maybe we should pull them
11   out.
12        THE WITNESS:  So they were
13   put to immediate use, so
14   distributed immediately.  Right.
15   BY MR. CURCHACK:
16        Q   Well, I am looking at, for
17   example, the ▮▮▮▮ report at page
18   012291.
19        It says, "We distributed
20   this grant to our partner who was able
21   to put this money to use immediately."
22        A   Right.
23        Q   What is your understanding
24   of the word "immediately"?

BRIAN MULLANEY - VOLUME II

1         A   Well, I understand what you
2    are saying, and I will come back to
3    you with exactly what happened.
4         All I know is when I went to
5    the office last night, they completed
6    in the following year, so I will find
7    out exactly.
8         Q   Okay.
9         A   Can I say one more thing?
10        Q   Of course.
11        A   You were curious about how
12   blind people are in the spectrum of
13   blindness and how do we know they are
14   blind and stuff like that.
15        I thought you would
16   appreciate this.  This is the data
17   warehouse we are working on, and it's
18   almost complete.
19        Every surgery that we do, we
20   are going to require a chart from our
21   partners, and we are going to review
22   them for safety and fraud, and it's
23   all numeric.
24        We will say, "Jason was

BRIAN MULLANEY - VOLUME II

1    20/200 when he came in, and he was
2    20/60 when he left.  We will say how
3    blind they are and where they came
4    from and everything.
5         So we do track that and we
6    are cognizant of that and care about
7    that as partners do, but we will have
8    more -- we will have a complete system
9    up and running.
10        It's in, like, beta right
11   now, but it should be done by the end
12   of the year.
13        MR. LILIEN:  The point you
14   are making, you currently don't do
15   that screening up front, but
16   you -- you're looking through the
17   database to do it going forward up
18   front or at the end?
19        THE WITNESS:  No, all our
20   partners do it up front, but
21   we don't get all the charts, and
22   we don't have all the data.
23        MR. LILIEN:  When you say
24   your partners do it up front --

BRIAN MULLANEY - VOLUME II

1         THE WITNESS:  Yeah.
2         MR. LILIEN:  -- what does
3    that mean?
4         THE WITNESS:  Well, one of
5    my favorite partners is ▮▮▮▮▮▮
6    (ph).  They are in Behar, the
7    poorest place in India.  They have
8    a tape measure and they make
9    patients stand back 9 feet and
10   they hold up fingers.  If you can
11   see how many fingers up, you are
12   not blind enough.  You don't get
13   surgery.
14        MR. LILIEN:  I am sure
15   that's not the right way of doing
16   it, but we will accept that for
17   now.
18        In terms of WonderWork
19   screening up front, you are not
20   suggesting -- are you
21   suggesting --
22        THE WITNESS:  We don't
23   screen.
24        MR. LILIEN:  That's what I

5 (Pages 309 to 312)

1    BRIAN MULLANEY - VOLUME II
2 was asking.
3         THE WITNESS:  Sorry.
4         MR. CURCHACK:  I would like
5 to mark as Exhibit 18, a
6 BurnRescue solicitation that's
7 dated February 27, 2013.  It bears
8 production number 8544 through
9 8553, and I ask you to turn to
10 page 8552.
11        (Exhibit 18 is Marked.)
12 BY MR. CURCHACK:
13   Q    If you look near the end of
14 the letter, there's a paragraph that
15 says, "As always, we use 100 percent
16 of your donation to pay for programs
17 that help children.  Zero percent will
18 go toward overhead or administration."
19        See that?
20   A    (Reviewing.)
21        Hold on one second.  Can I
22 just read the letter?
23   Q    Yeah, sure.
24   A    (Reviewing.)
25        Okay.  I'm sorry.  All

1    BRIAN MULLANEY - VOLUME II
2 right.
3        So what is the question
4 again.
5   Q    This says -- I will repeat
6 it.
7        "As always, we will use
8 100 percent of your donation to pay
9 for programs that help children.
10 Zero percent will go toward overhead
11 or administration."
12   A    Yeah.
13   Q    So in 2013, were you, in
14 fact, representing to potential donors
15 that 100 percent of their donation
16 would go towards programs?
17   A    We weren't putting it on our
18 stationery, but clearly I put it in
19 this appeal.  We may have been testing
20 it to see how much of a lift we got
21 from it.
22   Q    If you had sent out a
23 mailing that said 100 percent goes to
24 programs and another mailing that
25 didn't say that and you got a better

1    BRIAN MULLANEY - VOLUME II
2 response from the one that said
3 100 percent goes to programs, which
4 one would you use the next time?
5   A    Well, we would make -- we
6 would discuss it and make a decision.
7 What usually happens is you say, look,
8 don't say it if you are not -- if it
9 doesn't make any difference to donors.
10 It doesn't matter.
11   Q    But if it did matter --
12   A    Yeah, you would say this
13 matters to donors.  Do we have the
14 financial structure we could do that,
15 which is why in June of '16 our board
16 met and said now that we can afford to
17 do it, we should offer donors this in
18 2013.
19   Q    But you were saying it even
20 though you didn't know you had the
21 financial resources to do it; is that
22 correct?
23   A    Right.  For this
24 appeal -- for this appeal, the
25 donations that came in from this would

1    BRIAN MULLANEY - VOLUME II
2 be restricted just like another
3 restriction and say 100 percent has to
4 go towards surgeries.
5   Q    How would you track the
6 donations that came in from this
7 appeal to know that they were going
8 into surgeries as opposed to into some
9 other purpose?
10   A    Well, it would be -- the
11 amount that came in from this appeal
12 we track every appeal.  So we would
13 look up the code -- it was probably in
14 the envelope -- and say this appeal
15 from February 27, 2013, is restricted
16 for surgeries.
17        So sometimes -- sometimes we
18 would send appeals and say 100 percent
19 this is going towards whatever, and it
20 would be recorded as such.
21        MR. LILIEN:  So just to be
22 clear, in a solicitation like
23 this, your system would clearly
24 track restricted for surgeries.
25        THE WITNESS:  The system

6 (Pages 313 to 316)

BRIAN MULLANEY - VOLUME II

1  wouldn't track it. We would know
2  it, and we would -- we know every
3  appeal -- appeal 27 brought in a
4  hundred grand, and we would say
5  that is a restricted appeal, a
6  hundred percent. We should spend
7  all of that on surgeries.
8      MR. LILIEN: When you say we
9  would say that, where would that
10 be documented?
11     THE WITNESS: I don't know
12 the specifics. It would be Hana
13 and our marketing team saying we
14 are sending out a hundred percent
15 appeal.
16     MR. LILIEN: And when you
17 see language --
18     THE WITNESS: Just as -- if
19 I can repeat, as when we send out
20 an appeal, for this appeal we are
21 going to match your money, we are
22 going to double your money, we
23 would keep track of that and say
24 we are using matching funds, you

BRIAN MULLANEY - VOLUME II

1  know, where is that coming from.
2      MR. POLKOWITZ: So when you
3  make grants, are you going back to
4  the system that tracks it to say,
5  okay, for this appeal, you
6  collected $10,000, and when you
7  grant the money, is it then
8  connected back to this $10,000?
9      THE WITNESS: No. I don't
10 know the answer to that, but I
11 don't think so. You don't need
12 to.
13     This is BurnRescue anyhow.
14 A hundred percent of this money
15 was restricted to surgeries
16 anyhow.
17     MR. LILIEN: Let's talk
18 about that for a moment.
19     Going back to the language
20 where it says a hundred percent of
21 your donations to pay for programs
22 that help children. Zero percent
23 will go to overhead or
24 administration.

BRIAN MULLANEY - VOLUME II

1  You said a hundred percent
2  will go to surgeries.
3      THE WITNESS: Yes, surgery
4  programs.
5      MR. LILIEN: Surgery
6  programs.
7      So can you just explain to
8  me looking at this -- looking at
9  this language, if I were to give a
10 hundred dollars --
11     THE WITNESS: Right.
12     MR. LILIEN: -- where would
13 my money go?
14     THE WITNESS: It would go
15 into the BurnRescue bank account,
16 and it would only come out for
17 program spending.
18     None of the burn -- none of
19 the money in those accounts, the
20 DBAs, was ever used for overhead
21 or fundraising or anything else.
22     MR. LILIEN: And we just
23 went through an exercise -- a
24 conversation where the overhead

BRIAN MULLANEY - VOLUME II

1  costs were relatively low because
2  overhead had been charged to a
3  program -- had been allocated to
4  program.
5      In a situation like this, we
6  are talking about a hundred
7  percent of donations going to pay
8  for programs, zero to overhead and
9  administration --
10     THE WITNESS: Right.
11     MR. LILIEN: -- can you
12 explain for me in a situation like
13 this, would you also charge some
14 of the overhead towards --
15 allocate some of the overhead --
16     THE WITNESS: This is cash,
17 and you're talking allocation --
18     MR. LILIEN: Right.
19     THE WITNESS: -- which is
20 difference.
21     MR. LILIEN: A hundred
22 dollars came in. I donated a
23 hundred dollars --
24     THE WITNESS: Yes.

BRIAN MULLANEY - VOLUME II

1    MR. LILIEN: -- or more --
2 what would a BurnRescue surgery
3 cost?
4    THE WITNESS: 250 to $300.
5    MR. LILIEN: Okay. If I
6 gave -- say I gave $300.
7    THE WITNESS: Yes.
8    MR. LILIEN: Would that $300
9 be granted out to one of your
10 partner hospitals for surgery?
11    THE WITNESS: It would be
12 spent on BurnRescue programs.
13    MR. LILIEN: I am not asking
14 that question.
15    I'm asking would the $300 --
16    THE WITNESS: Yes.
17    MR. LILIEN: -- be granted
18 out to -- the entire $300 would go
19 out --
20    THE WITNESS: Yes.
21    MR. LILIEN: -- in a
22 situation like this?
23    No part of my $300 --
24    THE WITNESS: Yes.

BRIAN MULLANEY - VOLUME II

1    MR. LILIEN: -- would be
2 used to pay for your salaries, to
3 pay for office space?
4    THE WITNESS: No.
5    MR. LILIEN: Pay for
6 mailings?
7    THE WITNESS: No. No.
8    MR. LILIEN: In accordance
9 with this language?
10    THE WITNESS: Yes.
11    MR. POLKOWITZ: So in the
12 general ledger, when there's a
13 transfer made from the DBA HSBC
14 account to the disbursement
15 account --
16    THE WITNESS: Right.
17    MR. POLKOWITZ: -- then once
18 the money comes into the
19 disbursement account, soon
20 thereafter the money would go out
21 to --
22    THE WITNESS: Only to
23 partners.
24    MR. POLKOWITZ: Only to

BRIAN MULLANEY - VOLUME II

1 partners to be granted?
2    THE WITNESS: Yes.
3    Have you seen the graphic of
4 all of our bank accounts and
5 stuff?
6    They have that?
7    MR. POLKOWITZ: (Nodding
8 Head.)
9    MR. LILIEN: Brian, in other
10 examples --
11    THE WITNESS: Plus to tell
12 you my reaction, some overhead
13 should have been charged to
14 BurnRescue donors because it's
15 crazy. They didn't pay for a
16 nickel of direct mail or a nickel
17 of overhead.
18    It was like a free ride, but
19 that's the way we did it with
20 KPMG.
21    MR. LILIEN: Let me make
22 sure I understand what you are
23 saying.
24    The way you allocate funds

BRIAN MULLANEY - VOLUME II

1 on your financial statements, you
2 allocate portions of overhead to
3 program for purposes of cost
4 allocation, financial
5 statements --
6    THE WITNESS: Yes.
7    MR. LILIEN: -- is different
8 from how you treat money that
9 donations that come in for
10 programs pursuant to a hundred
11 percent language where you have,
12 you know, donation letters,
13 solicitation materials that say
14 hundred percent will go for
15 programs, zero percent will go to
16 overhead, zero percent will go to
17 administration, zero percent in
18 some cases will go to fundraising?
19    THE WITNESS: Yeah.
20    MR. LILIEN: The entirety of
21 the donation in those
22 circumstances will be sent out in
23 the form of a grant to --
24    THE WITNESS: Or sit in a

1    BRIAN MULLANEY - VOLUME II
2  bank account --
3      (Simultaneous Crosstalk.)
4      MR. LILIEN:  To be sent
5  out --
6      THE WITNESS:  WonderWork
7  donors paid all the fundraising
8  money and all the overhead and all
9  that stuff.  WonderWork --
10     MR. LILIEN:  So that would
11 include all mailing expenses?
12     THE WITNESS:  Yeah.
13     MR. LILIEN:  All salaries of
14 staff?
15     THE WITNESS:  Yes.
16     MR. LILIEN:  All
17 administrative?
18     THE WITNESS:  Yes.
19     MR. LILIEN:  Costs including
20 office space?
21     THE WITNESS:  Yeah.
22     MR. LILIEN:  And travel as
23 well?
24     THE WITNESS:  Yes.  Yes.
25 Physically your hundred

1    BRIAN MULLANEY - VOLUME II
2  bucks goes into BurnRescue's
3  account and only goes out to go to
4  a BurnRescue partner.
5      It was never mingled with
6  anyone else and never paid for
7  anything else.
8      MR. LILIEN:  In
9  circumstances -- and we can show
10 you some examples later.  We will
11 go back to them so we have them in
12 front of you so it's more clear
13 for you.
14     In circumstances where you
15 didn't have a hundred percent
16 language --
17     THE WITNESS:  Hm-hm.
18     MR. LILIEN:  -- but had
19 language to the effect, please
20 help restore the eyesight of a
21 child or please, you know -- you
22 know, give money, you know -- you
23 know, restore the eyesight of
24 twice as many children or
25 contribute towards our surgery or

1    BRIAN MULLANEY - VOLUME II
2  surgery programs --
3      THE WITNESS:  Right.
4      MR. LILIEN:  -- would the
5  answer be different --
6      THE WITNESS:  No.
7      MR. LILIEN:  -- where it
8  didn't have that hundred percent
9  language?
10     THE WITNESS:  Not if it's a
11 DBA, because I used that in
12 WonderWork mailings.  But
13 20/20/20, it's the same thing.
14 Physically -- I think it was
15 wrong, but that's the way we did
16 it.
17     It physically went into a
18 DBA account and it physically went
19 out and it was never mingled and
20 WonderWork paid the whole freight.
21     MR. LILIEN:  Just to be
22 clear in this, we are not talking
23 about WonderWork now.  That was
24 different, and you just mentioned
25 it should have been done

1    BRIAN MULLANEY - VOLUME II
2  differently for WonderWork.
3      For the DBAs, if somebody
4  contributed to 20/20/20, where it
5  had the hundred percent language
6  or not, you would treat it as
7  restricted to that program?
8      THE WITNESS:  Yes.
9      MR. LILIEN:  And you would
10 also not charge the donor for
11 overhead or for mailings?
12     THE WITNESS:  Right.
13     MR. LILIEN:  So the entirety
14 of the donation that came in --
15     THE WITNESS:  Yes.
16     MR. LILIEN:  -- went out to
17 your partner hospital so you can
18 perform surgeries?
19     THE WITNESS:  Or sat in the
20 bank account waiting to go out.
21     MR. LILIEN:  Or sat in the
22 bank account waiting to go out.
23     Okay.
24     If it's sitting in the bank
25 account, it's sitting waiting to

BRIAN MULLANEY - VOLUME II

2 be sent to partner hospitals for
3 surgeries?
4     THE WITNESS: Yes. A
5 hundred percent of our DBA money
6 was considered restricted by our
7 auditors and by us and it was
8 never used for anything but those
9 programs.
10     MR. LILIEN: For those
11 programs, it is the grants to
12 hospitals to perform surgeries?
13     THE WITNESS: Okay.
14     MR. LILIEN: Okay.
15     Did that change at any
16 point, or was that your practice
17 from the beginning?
18     THE WITNESS: It's been the
19 practice from the beginning. When
20 this whole bankruptcy thing
21 happened -- I have a great CFO JJ
22 Coneys, former chairman and vice
23 and I have Hana, and we got KPMG.
24     At the end of the year, they
25 say, Brian, this is what is

BRIAN MULLANEY - VOLUME II

2 restricted and this is what isn't
3 restricted and I didn't pay much
4 attention to it.
5     When the bankruptcy thing
6 happened, okay, that's the way we
7 have been doing it, but it seems
8 like they should pay some part of
9 the freight, but they never have.
10 They never have.
11     So it hasn't changed,
12 although we might change it going
13 forward.
14     MR. LILIEN: Okay.
15     When you signed the Starr
16 500s --
17     THE WITNESS: Yes.
18     MR. LILIEN: -- and the
19 990s -- 990s or -- did you review
20 these?
21     THE WITNESS: Yes. Yes.
22     MR. LILIEN: Do you recall
23 ever asking any questions of
24 anyone --
25     THE WITNESS: Yes.

BRIAN MULLANEY - VOLUME II

2     MR. LILIEN: -- about
3 restricted versus unrestricted
4 or --
5     THE WITNESS: No, I --
6 restricted versus unrestricted, it
7 looked fine to me, and I didn't
8 have any reason to doubt my
9 people, so no.
10     MR. LILIEN: Did you ever
11 seek or receive legal advice
12 regarding restricted or
13 unrestricted since the beginning
14 of WonderWork?
15     THE WITNESS: No, because it
16 was -- no.
17     MR. LILIEN: Okay.
18     MR. TRIVIGNO: Other than
19 the lead up to bankruptcy.
20     MR. LILIEN: Of course.
21 BY MR. CURCHACK:
22     Q   One of the reasons you
23 mentioned yesterday for your
24 disagreement with Mr. Wang at
25 Smile Train was that there was this

BRIAN MULLANEY - VOLUME II

2 large accumulating cash balance; is
3 that correct?
4     A   135 million, yes.
5     Q   As of the date of filing,
6 WonderWork had about $20 million in
7 the bank; is that correct?
8     A   Right.
9     Q   What was the basis for that
10 accumulating cash balance?
11     A   I don't mean to laugh. I'm
12 sorry.
13     10 million was -- that
14 wasn't our net worth. We owned
15 $10 million in impact loans.
16     Q   You owned?
17     A   Sorry, owed.
18     So our net worth was 9
19 million or 10 million and if you look
20 at our history, we have been living
21 hand to mouth for seven years because
22 of the legal expenses and stuff.
23     We were not sitting on
24 $20 million of unused donations. 10
25 million of it was money we had to

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

BRIAN MULLANEY - VOLUME II

1  repack -- repay in two years -- one
2  year, 2018.
3      No, I left Smile Train
4  because I want to spend one penny more
5  than we raise every year, and I have
6  done that for 25 years.
7      We -- my whole team feels
8  the same way. If you look at our
9  finances from 2011 forward, we have
10 been broke the whole time.
11     In June 2016, I said it was
12 our best year ever. I told my board.
13 And then we got this arbitration
14 decision a few months later. It
15 killed us.
16     MR. LILIEN: You thought
17 2016 was your best year?
18     THE WITNESS: Yes. We
19 helped 92,000 surgeries. It was
20 our best year. We had three new
21 millionaires coming on board
22 helping us and we were on a big
23 upswing and we weren't living hand
24 to mouth.

BRIAN MULLANEY - VOLUME II

1      But it probably jinxed us.
2      MR. CURCHACK: Let's mark
3  this as Exhibit 19.
4      This is an e-mail chain that
5  has production number 027649, and
6  it's five pages. The top e-mail
7  is from Mr. Mullaney to Karen
8  Lazarus, dated April 18, 2014.
9      (Exhibit 19 is Marked.)
10 BY MR. CURCHACK:
11     Q    I would like to address your
12 attention to the bottom of the second
13 page, page dash 2 --
14     A    Okay.
15     Q    -- where it says, "Regarding
16 balance of the loan, how do we know
17 whose money we are spending? It all
18 went into one pool."
19     A    Okay.
20     Hold on one second. I am
21 just trying to -- (Reviewing.)
22     Q    Can you --
23     A    Okay.
24     Q    -- explain that to us?

BRIAN MULLANEY - VOLUME II

1      A    (Reviewing.)
2      Okay. Ask the question
3  again. I am trying to refresh my
4  memory.
5      Q    What does it mean when it
6  says it all went into one pool?
7      A    Is this talking about the
8  impact loans?
9      Q    I believe so, but I am not
10 sure. That's why I'm asking you.
11     It says how do we know whose
12 money we are spending.
13     A    Well, the impact loans were
14 7.5 million from ████████. Then
15 we got another 2 and a half million
16 for impact loans and it did all go
17 into one pool and then we spent it all
18 on direct mail and tracked it very
19 precisely.
20     We labeled the donors who
21 came in from that direct mail as
22 ████████ donors. When we ran out of
23 that money, we recorded it so we knew
24 exactly how many donors we got and how

BRIAN MULLANEY - VOLUME II

1  much revenue we got so we can track
2  how much following revenue we got.
3      So -- (Reviewing.)
4      Q    Okay.
5      A    So it did go into one pot
6  and we tracked it very thoroughly and
7  still do because we send reports to
8  ████████ every three or four
9  months saying here are how your impact
10 donors are doing.
11     MR. LILIEN: So all the
12 impact loans, whether from
13 ████████ or someone else, were
14 used for those --
15     THE WITNESS: Yes. Direct
16 mail. It was an impact loan,
17 which you have to spend on
18 something that would be
19 sustainable. The idea was to help
20 us get donors.
21     The donors would send us
22 enough money. We could repay the
23 loans and also do a lot of
24 surgeries.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

BRIAN MULLANEY - VOLUME II
1    BRIAN MULLANEY - VOLUME II
2        MR. CURCHACK:  Could you
3    repeat that last answer?
4        (Whereupon Answer is Read
5    Back.)
6        THE ANSWER:  Yes.  Direct
7    mail.  It was an impact loan,
8    which you have to spend on
9    something that would be
10   sustainable.  The idea was to help
11   us get donors.
12       The donors would send us
13   enough money.  We could repay the
14   loans and also do a lot of
15   surgeries.
16   BY MR. CURCHACK:
17       Q    Did ███████make an impact
18   loan?
19       A    Yes, she did.
20       Q    It was used to pay for
21   direct mail.
22       A    I've read what you're
23   talking about, the use for surgeries,
24   and I am confused about that.
25       I would have to look into

1    BRIAN MULLANEY - VOLUME II
2    that.  The original loan of
3    7.5 million was explicitly for direct
4    mail.  All the appeals that went to
5    ███████and all the other donors were
6    told it was for direct mail.
7        I don't know if when we were
8    doing the paperwork, her lawyers
9    demanded that it not be spent on that
10   or it be spent on surgeries.  I don't
11   know.  I don't remember, but I can
12   research that for you.
13       MR. LILIEN:  Who else
14   besides you handled impact loans?
15       THE WITNESS:  Karen handled
16   all the paperwork and the back and
17   forth between the foundations and
18   the lawyers.
19       MR. LILIEN:  In terms of not
20   the paperwork but in terms of
21   negotiating for the impact loans?
22       THE WITNESS:  Me.
23       MR. LILIEN:  Requesting
24   impact loans?
25       THE WITNESS:  Yeah, it was

1    BRIAN MULLANEY - VOLUME II
2    never a negotiation.  It was a yes
3    or no.
4        MR. LILIEN:  Would you make
5    a request for an impact loan?
6        THE WITNESS:  I sent
7    ███████ the letter.  I say
8    ███████ -- he gave us permission
9    to use his loan as a matching
10   loan.
11       I said we are trying to
12   raise $15 million for a pool to
13   spend on direct mail, and we got
14   half of it with ███████  Would
15   you help us?  And she said yes,
16   she would.  She responded to that
17   and said yes.  I had dinner with
18   her and lunch.
19       Then it got dumped to her
20   lawyers or administrators.  She is
21   a big person.  And I read the
22   contract that says to be spent on
23   surgeries, which is weird to me,
24   but I don't remember exactly what
25   happened back then.  And if we

1    BRIAN MULLANEY - VOLUME II
2    agree and said, okay, we will do
3    that for you and we will pay you
4    back, whatever.  I don't remember.
5    BY MR. CURCHACK:
6        Q    Does WonderWork ever receive
7    matching gifts?
8        A    Sure.
9        Q    What is a matching gift?
10       A    Well, it is someone who says
11   my company matches my donation, fill
12   out this form, and FedEx® will double
13   my donation, stuff like that.
14       Q    Okay.
15       What about gifts where you
16   say to your donor that if they give
17   funds, someone else will match their
18   gift?
19       A    Okay.  Well, that's a donor
20   that we say may we use your hundred
21   grand as a matching gift to attract
22   other donors and they say yes or no.
23       Q    And do you do that?
24       A    Yes.
25       Q    And who have you done that

BRIAN MULLANEY - VOLUME II

1       BRIAN MULLANEY - VOLUME II
2    with?
3        A    I have done it with █████
4    █████, and I have done it with █████
5    █████ and I have done it with
6    █████████ and I have done it with
7    █████████, that I can remember off
8    the top of my head.
9        Q    And who was responsible for
10   monitoring the receipt and the
11   spending of those matching gifts?
12       A    Well, it's a combination of
13   our -- Hana, our financial people and
14   marketing people to say, you said --
15   you said you would match this gift.
16   The appeal raised a hundred bucks.
17   Deduct a hundred bucks from your funds
18   available for matching gifts so that
19   we know we used up that hundred bucks
20   of matching.
21            That's who does it and who
22   is responsible.  I am responsible.
23       Q    So how much of █████
24   █████ funds were used for matching
25   gifts?

1       BRIAN MULLANEY - VOLUME II
2        A    I don't know the exact
3    number.
4        Q    Well, █████ gifts
5    I thought were used to pay overhead
6    and the expenses.
7        A    Some of it, yeah.  He's
8    given us $13 million.  We received in
9    total, I believe, 4.5 million in
10   matching gifts.
11            THE REPORTER:  20.
12            (Exhibit 20 is Marked.)
13   BY MR. CURCHACK:
14       Q    This next exhibit is an
15   e-mail thread, production number is
16   42023.  It's two pages.  The first
17   e-mail is from Mr. Mullaney to Ms.
18   Lazarus dated December 20, 2016.
19            The second line says, "Just
20   because he receives a cultivation
21   letter, it doesn't mean anything."
22            Can you explain that to me,
23   please?
24       A    (Reviewing.)
25            Well, sometimes my team --

1       BRIAN MULLANEY - VOLUME II
2    we have hundreds of thousands of
3    donors and they have a protocol where
4    they credit a gift to the last letter
5    that was received.  So they will say,
6    Jason sent us money.  Let's check and
7    see what was the last mailer he got
8    and make sure it's credited to that.
9            So █████ has been
10   helping us for over 10 years.  We knew
11   him from Smile Train.  We meet with
12   him, have lunch with him, talk to him.
13   He's a great guy.  He's a surgery guy.
14   He wants all his money to go to
15   surgeries.  So I didn't want them to
16   credit his gift for a non-restricted
17   gift when we know that he wants his
18   money restricted to surgeries.
19            That's what I am trying to
20   say here.  And Karen knows that and
21   so...
22            (Reviewing.)
23       Q    What is a cultivation
24   letter?
25       A    That's just he -- he -- he

1       BRIAN MULLANEY - VOLUME II
2    gets our standard letters.  We send 18
3    letters a year for DBAs and send
4    probably 10 or 12 for WonderWork and
5    it's different than an acquisition
6    letter, which is to cold call people.
7            MR. CURCHACK:  Okay.
8            I would like to mark as the
9    next exhibit an e-mail dated
10   January 25, 2017, from Vera
11   Eastman to Mr. Mullaney and
12   others.  It bears production
13   number 0241193.
14            (Exhibit 21 is Marked.)
15   BY MR. CURCHACK:
16       Q    I will ask you to look under
17   the heading "Standard Renewal."
18            The third paragraph says,
19   "We will put spring match gift on hold
20   until we receive funds to match.  We
21   will ask █████ if his gift can
22   be used to match the deficit we
23   currently have."
24            Do you see that?
25       A    Yep.

BRIAN MULLANEY - VOLUME II

1        BRIAN MULLANEY - VOLUME II
2   Q   Do you recall this e-mail?
3   A   Yep.
4   Q   What is this referring to?
5   A   Well, because of the
6 bankruptcy, we did not get the 2
7 million we get every year from ████
8 ████ in January, so we didn't know
9 what we were going to do with the
10 matching gift money.
11      And we had the deficit of 65
12 grand, which I think is -- we were
13 worried about that so we -- we
14 asked -- we talked about asking ██.
15 I don't think we ever did.
16   Q   So when you sent out a
17 matching gift solicitation, you didn't
18 necessarily have the funds on hand to
19 match?
20   A   Well, I think we did have
21 the funds on hand but we were running
22 it like a year-to-year thing instead
23 of a cumulative thing.
24      If you add up all the money
25 Haefner has given us over six years of

1        BRIAN MULLANEY - VOLUME II
2 13 million, we never did that. We
3 looked at it as we are getting 2
4 million every year from ████ we
5 don't have to worry about matching
6 gift.
7      But with his pulling out, if
8 we went back and looked at total
9 matching of gifts 4.5 million. We
10 have 500,000 from ████, so 4
11 million. Was there enough for ████
12 to cover those matching gifts and also
13 cover our overhead and other things?
14 I don't know.
15   Q   If a solicitation -- if a
16 matching gift solicitation went out
17 and said your gift will be matched and
18 that will enable us to provide twice
19 as many surgeries, let's say -- do you
20 recall mailings like that?
21      Is that a fair
22 characterization?
23   A   Yes. Yes.
24   Q   So if money came in in
25 response to one of those

1        BRIAN MULLANEY - VOLUME II
2 solicitations, would the entire
3 amount, both the amount raised from
4 the donor who was being solicited and
5 the amount that you took to match it
6 from, for example, ████
7 funds, would that entire amount be
8 used for surgeries?
9   A   It depends.
10   Q   On what?
11   A   On the appeal. If the
12 appeal says that, it should be. So if
13 the appeal was to you, Walter, and
14 said if you send us a hundred dollars,
15 it will be matched with a hundred
16 dollars and we use that 200 for
17 surgeries, then yes.
18      If we didn't say that, I
19 don't think it would be treated that
20 way. It would just be treated as a
21 match and then that money that was put
22 up for a match, it could be used for
23 other things.
24   Q   I see.
25      Were there ever

1        BRIAN MULLANEY - VOLUME II
2 solicitations that said your money
3 will be matched but didn't say the
4 funds would be used for the same
5 purpose as the funds being requested?
6   A   I don't understand that.
7   Q   Well, I don't recall seeing
8 any matching solicitations which
9 didn't say that your funds will be
10 matched and that will enable us to
11 perform twice as many surgeries or
12 spend twice as much on our surgical
13 programs or something like that.
14      So I'm asking you whether
15 you recall that there were
16 solicitations that didn't say --
17   A   Well, actually the
18 solicitations that I write would just
19 say your money will be matched. It
20 will have a bigger impact. That's
21 general stuff.
22      So what I am talking about
23 is solicitation that says -- you know,
24 like coupons that we do with the DBAs.
25 They say, you know, your 12 surgeries

14 (Pages 345 to 348)

BRIAN MULLANEY - VOLUME II

1  will become 24.  That's what I am
2  talking about.
3       Then it's very specific and
4  the match should make it 24 surgeries
5  or it's not accurate.
6       Q    Should or did?
7       A    What do you mean?
8       Q    You said the money should go
9  to matching surgery?
10      A    Yes.
11      Q    Did it go to matching
12 surgery?
13      A    Yes, I believe it did.
14      MR. LILIEN:  Brian, the
15 distinction you just made, the
16 letters that you write, what does
17 that mean?
18      I think you are implying
19 there are some letters you don't
20 write.
21      THE WITNESS:  Well, the
22 form -- well -- yeah, the DBAs,
23 they are more commercial.  And the
24 majority of them were written by

BRIAN MULLANEY - VOLUME II

1  our vendor, CDR --
2       MR. LILIEN:  Our
3  understanding from --
4       THE WITNESS:  -- or TMT.
5       MR. LILIEN:  Our
6  understanding from interviews with
7  your colleagues, even if an
8  outside vendor would write the
9  copy and one of your staff members
10 were to review it, it still went
11 up to you for final approval.
12      THE WITNESS:  Yes, I
13 approved it.
14      MR. LILIEN:  Going back to
15 Walter's question.
16      If it said something to the
17 effect of help us provide twice as
18 many surgeries, help us, you know,
19 give money, it will be used to
20 provide twice as many surgeries,
21 it would be used to restore the
22 blind eyesight to twice as many
23 children and adults --
24      THE WITNESS:  Yes.

BRIAN MULLANEY - VOLUME II

1       MR. LILIEN:  -- would you
2  had reviewed that language as
3  well?
4       THE WITNESS:  Yes, and I
5  agree with that.  The matching
6  gift should follow that money that
7  it matched, because it was that
8  specific.  But I would write
9  general letters to WonderWork
10 people and say we got a generous
11 offer.  I was just in Switzerland
12 with our biggest donor and will
13 you send us money to help us.
14      It wasn't nearly as specific
15 saying that you are going to get
16 X-amount of surgeries out of it.
17      MR. LILIEN:  You mentioned
18 also that you looked at the
19 matching campaigns cumulatively,
20 just following up --
21      THE WITNESS:  Well, we
22 haven't been.  That's why they
23 said there's a deficit.  I think
24 if we did look at it that way,

BRIAN MULLANEY - VOLUME II

1  that we don't have a deficit -- I
2  don't know.  They told me, Brian,
3  we have a deficit, so I went out
4  and actually got two donations to
5  match that deficit recently in the
6  last couple of months.
7       So I don't know what the
8  answer is.
9       MR. LILIEN:  I think maybe
10 you just answered my question.
11      I was going to ask you again
12 whether before the matching
13 campaign materials go out, before
14 you send out solicitation
15 materials --
16      THE WITNESS:  Right.
17      MR. LILIEN:  -- in April or
18 May or June, whenever it might
19 be --
20      THE WITNESS:  Right.
21      MR. LILIEN:  -- that say we
22 will use your contribution -- we
23 will double or triple your
24 contribution in some sort of

BRIAN MULLANEY - VOLUME II

1 way --
2
3      THE WITNESS:  Yeah.
4      MR. LILIEN:  -- whether
5 there's a budget or estimate or
6 money reserved more specifically
7 for that -- for that -- to
8 cover -- to cover the match --
9      THE WITNESS:  Yes, until
10 this bankruptcy thing, we had it
11 in hand.
12      MR. LILIEN:  I think we have
13 to explore this a little bit more.
14 This might be a little
15 inconsistent with my understanding
16 of what you said before.
17      Before the matching campaign
18 goes out --
19      THE WITNESS:  Yeah.
20      MR. LILIEN:  -- do you set
21 aside money or ensure you have
22 money to cover that match?
23      THE WITNESS:  Yes.
24      MR. LILIEN:  And how do you
25 do that?

BRIAN MULLANEY - VOLUME II

1
2      THE WITNESS:  Hana -- except
3 for the bankruptcy, because she
4 anticipated we were getting
5 $2 million in January, and we
6 didn't get that.
7      She tracks with our
8 marketing department matching gift
9 appeals that we send out and how
10 much comes in and how much
11 matching gift money we need to
12 match those gifts.
13      MR. LILIEN:  Before the
14 mailings go out?
15      THE WITNESS:  Yes, except
16 for the bankruptcy where we ended
17 up short.  We didn't get the 2
18 million and we sent some matching
19 gifts at Christmas, the month
20 before January.
21      So we stopped all matching
22 gifts and we said, wow, we don't
23 have the ███ money.  In fact,
24 we have a deficit.  Brian, you
25 have to go raise money to cover

BRIAN MULLANEY - VOLUME II

1 this $67,000 deficit.
2
3      MR. LILIEN:  Is ███ your
4 source of the money --
5 historically the source of the
6 money?
7      THE WITNESS:  Yes.
8      MR. LILIEN:  Whether it
9 matches?
10      THE WITNESS:  Yes.
11      MR. LILIEN:  You get it --
12 would you -- before mailing goes
13 out, would you look at ███
14 balance?
15      THE WITNESS:  Yes.
16      MR. LILIEN:  And see whether
17 or not there's enough money?
18      THE WITNESS:  Yeah, we talk
19 about it at the end of the year
20 and say where are we with matching
21 gift?  Where are we with ███
22 money?
23      MR. LILIEN:  I am not asking
24 the end of the year.  I asking
25 before the mailing.

BRIAN MULLANEY - VOLUME II

1
2      THE WITNESS:  Yes.
3      MR. LILIEN:  Would you look
4 at the ███ balance?
5      THE WITNESS:  Hana would.
6      MR. LILIEN:  To see if there
7 is enough money to go out?
8      THE WITNESS:  Yes.
9      MR. LILIEN:  And where you
10 have programs -- again,
11 solicitation materials that say
12 will be used for surgery programs,
13 when you look to see whether or
14 not you have enough money, you're
15 looking at it to ensure that
16 there's enough money to be granted
17 out for surgery programs out of
18 the remaining ███ balance?
19      THE WITNESS:  That would
20 depend on the appeal.  If the
21 appeal was such that the match had
22 to follow the money that came in.
23      MR. LILIEN:  So if ███
24 is the principal -- Walter may
25 have some questions on this in a

1    BRIAN MULLANEY - VOLUME II
2  few moments.
3         If █████ money is being
4  used for the matches --
5         THE WITNESS:  Yes.
6         MR. LILIEN:  -- is █████
7  money also being used for
8  overhead?
9         THE WITNESS:  Some of it,
10  yes.  Hana would say how much of
11  █████ money is going to
12  overhead, how much money do we
13  have left for matching appeals,
14  yes.
15         MR. LILIEN:  Before we
16  talked about -- you stated that
17  when you have solicitation
18  materials that say either a
19  hundred percent of your money will
20  go out for surgeries or the
21  language states that your donation
22  will be used for our surgery
23  programs, for our surgeries, or
24  restore the eyesight or similar
25  language that you deem restricted,

1    BRIAN MULLANEY - VOLUME II
2  or for the DBAs, any money that
3  comes in would be used for grants
4  for your surgery -- your partners?
5         THE WITNESS:  Right.
6         MR. LILIEN:  Would █████
7  money also be used to cover the
8  overhead and mailing costs --
9         THE WITNESS:  Yes.
10         MR. LILIEN:  -- associated
11  with those programs?
12         THE WITNESS:  Yes, we were
13  juggling those two things.
14         MR. LILIEN:  Right.
15         So if the cost of those
16  mailing programs and the cost of
17  the overhead exceeded $13 million,
18  which was the size of █████
19  gift --
20         THE WITNESS:  Yeah.
21         MR. LILIEN:  -- where would
22  the source of the money come from
23  for those mailing expenses and
24  overhead and administration?
25         THE WITNESS:  10 million we

1    BRIAN MULLANEY - VOLUME II
2  raised from impact loans for
3  mailing.
4         MR. LILIEN:  When were those
5  impact loans for mailings spent?
6         THE WITNESS:  We know the
7  exact dates.  We got the loans
8  from 2013 and we have -- I don't
9  have them in my head.  But the
10  loans we got around 2013 and we
11  spent them and I think we ran out
12  of the money in about a year,
13  maybe longer.  I don't know, yes.
14         MR. LILIEN:  Starting a year
15  from 2013 --
16         THE WITNESS:  Yeah.
17         MR. LILIEN:  -- through --
18         THE WITNESS:  '14.
19         MR. LILIEN:  Okay.
20         So after that?
21         THE WITNESS:  Yeah.
22         MR. LILIEN:  After that
23  money was spent?
24         THE WITNESS:  Yeah.
25         MR. LILIEN:  You mentioned

1    BRIAN MULLANEY - VOLUME II
2  that █████ money was being
3  used for the matches.
4         THE WITNESS:  Hm-hm.
5         MR. LILIEN:  And also being
6  used for part of the overhead or
7  overhead.
8         THE WITNESS:  Yes.
9         MR. LILIEN:  Was part of
10  █████ money being used for
11  overhead?
12         THE WITNESS:  Yeah.
13         MR. LILIEN:  Was there any
14  other source of money that was
15  used for matches for overhead
16  beyond █████ money --
17         THE WITNESS:  Well --
18  BY MR. CURCHACK:
19     Q    -- and
20     A    Yes, we weren't raising 4,
21  5, 6 million from WonderWork people,
22  so it was buying it mostly
23  unrestricted.
24         MR. LILIEN:  Would that 4,
25  5, 6 million include █████

1       BRIAN MULLANEY - VOLUME II
2       THE WITNESS:  Two of it
3  would, yes.
4       MR. LILIEN:  Two of it
5  would.
6       THE WITNESS:  Yes.
7       MR. LILIEN:  So the balance
8  of the WonderWork donations that
9  came in would have been used for
10  overhead.
11       THE WITNESS:  Yes.
12       MR. LILIEN:  And the cost of
13  the mailings?
14       THE WITNESS:  Well, most --
15  yes.  Because none of it is
16  coming from the DBAs.
17       Yes, everything came -- all
18  expenses came out of WonderWork
19  money.
20  BY MR. CURCHACK:
21    Q   All expenses -- just to be
22  clear, all expenses -- you are
23  saying --
24    A   Except grants.
25    Q   -- expenses other than

1       BRIAN MULLANEY - VOLUME II
2  grants to specific partners --
3    A   Yes.
4    Q   -- were paid out of
5  WonderWork money?
6    A   Yes.
7    Q   Let's keep going.
8       MR. CURCHACK:  Can I please
9  mark Tab 26.
10    Tab 26 is a FirstStep
11  solicitation -- Exhibit 22 is a
12  FirstStep solicitation bearing
13  production numbers 2254 through
14  2259.
15    (Exhibit 22 is Marked.)
16  BY MR. CURCHACK:
17    Q   And I believe it is from
18  October of 2013.
19    A   (Reviewing.)
20    Q   I would like to point you to
21  one thing here.  If you could go to
22  page 2258.
23    A   Yes.
24    Q   In the letter at the bottom
25  of the page, there's a paragraph that

1       BRIAN MULLANEY - VOLUME II
2  begins, "That check has another
3  purpose..."
4    It says, "A group of our
5  major supporters has committed to
6  matching any amount you give to this
7  appeal."
8    A   (Reviewing.)
9    Q   Do you see that?
10    A   Yes.
11    Q   Who is that group of major
12  donors?
13    A   (Reviewing.)
14    Well, it was ▮▮▮▮▮▮▮
15    Q   It really wasn't a group.
16  It was just ▮▮▮▮▮?
17    A   Money comes from his board
18  of directors, but it's ▮▮▮▮▮▮▮▮▮
19  and his sister.
20    Q   If you were to read this,
21  you would assume it was more than one
22  donor; is that correct?
23    A   Right.  I didn't write this
24  letter, but you're correct.
25    Q   And who did write this

1       BRIAN MULLANEY - VOLUME II
2  letter?
3    A   Our -- TMT probably.
4    Q   You reviewed it?
5    A   I approved it.  I am
6  responsible for it, yes.
7    Q   This letter says, "Send a
8  gift of 500, and our donors will match
9  a dollar for dollar therefore
10  providing a thousand dollars in funds
11  to help twice as many children."
12    See that in the next
13  paragraph?
14    A   Yes.
15    Q   So with respect to this
16  particular solicitation, if a donor
17  sent in $500, that matching funds --
18  those matching funds would also go to
19  grants?
20    A   Yes.
21    Q   Now, you mentioned that your
22  largest donor is the ▮▮▮▮▮▮
23  ▮▮▮▮▮▮▮ and I think you told us
24  yesterday about ▮▮▮▮▮▮▮, but I
25  would like to go back a little.  I

1        BRIAN MULLANEY - VOLUME II
2  don't want to repeat everything.
3       You said you first met ███
4  ███ while you were working at
5  Smile Train; is that correct?
6    A  Yes.
7    Q  And it was in connection
8  with a trip, I believe --
9    A  Yes.
10    Q  -- where you sort of filled
11  in for his father?
12    A  Yes, exactly.  China.
13    Q  Okay.
14       How often -- once WonderWork
15  was established, how often would you
16  meet with ███?
17    A  I meet with him twice a
18  year.
19    Q  And when are those times?
20    A  They are in January in
21  ███.  I meet with his
22  board, foundation board.  I give him
23  an update on everything.  And every
24  June -- every July, he comes to the
25  United States and spends four days

1        BRIAN MULLANEY - VOLUME II
2  with my wife and I and his wife.
3    Q  Who pays for your trip to
4  ███ to meet with his board?
5    A  WonderWork does.
6    Q  And who pays for the
7  expenses related to those visits in
8  the summer?
9    A  He pays for his expenses,
10  and I reimburse WonderWork for my
11  expenses.
12    Q  And from what do you
13  reimburse?
14    A  I have it deducted from my
15  pay.
16    Q  Okay.
17       MR. LILIEN:  Off the record.
18       (Whereupon a Discussion is
19  Held Off the Record.)
20       MR. LILIEN:  Back on the
21  record.
22       MR. CURCHACK:  Could we mark
23  this, please.
24       Could I ask you to go back
25  to Exhibit 13.

1        BRIAN MULLANEY - VOLUME II
2       THE WITNESS:  (Reviewing.)
3       (Exhibit 22 is marked.)
4  BY MR. CURCHACK:
5    Q  Could you turn to page
6  17982.
7    A  Yep.
8    Q  There's some figures here
9  comparing WonderWork to Smile Train.
10    A  Yeah.
11    Q  Where did you get the
12  numbers for Smile Train from this?
13    A  From, I believe, their 990s
14  or their website.
15    Q  So when it says one year,
16  two year, so forth, that's going back
17  to their year one?
18    A  Exactly.  I did this because
19  ███ always asked me why we
20  weren't growing as fast as Smile Train
21  did because they got Smile Train on
22  track.
23       His father gave us 35
24  million and ███ gave us five.  It's
25  a lot harder.

1        BRIAN MULLANEY - VOLUME II
2    Q  If you go back to page
3  17980.  It says, "Negotiated more
4  favorable contribution per surgery."
5       Do you see that?
6    A  Yep.
7       (Reviewing.)
8    Q  Who negotiated those
9  reductions?
10    A  Well, it wasn't really a
11  one-on-one negotiation, but it's
12  something we told our partners and
13  explained that we couldn't afford to
14  pay this amount and we would make a
15  contribution of X-amount and we hope
16  this was acceptable to them and they
17  all accepted it.
18    Q  They all accepted --
19    A  Yes.  I don't believe a
20  single partner walked away.  It was a
21  way to make our donors' money go
22  further.
23    Q  How did it make the donors'
24  money go further?
25    A  Oh, because we -- because we

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

BRIAN MULLANEY - VOLUME II
1 had the extra money to contribute to
2 more -- the smaller our contribution,
3 the more surgeries we could be part
4 of.
5        MR. LILIEN: But, Brian, you
6 are not paying the full cost of
7 the surgery.
8        THE WITNESS: We never have,
9 as I told you yesterday.
10        MR. LILIEN: Right. So
11 if --
12        THE WITNESS: Smile Train.
13        MR. LILIEN: -- reducing
14 your grant --
15        THE WITNESS: Right.
16        MR. LILIEN: If the full
17 cost of the surgery is not going
18 down and you're reducing the grant
19 and relying on other donors, the
20 government or the hospital to make
21 up the difference --
22        THE WITNESS: Right.
23        MR. LILIEN: -- how are
24 you -- how are you helping the

BRIAN MULLANEY - VOLUME II
1 situation by reducing the grant?
2        How are you able to help
3 more patients in that way?
4        THE WITNESS: Because --
5 because we are a smaller part of a
6 higher quantity.
7        If we paid all of the costs,
8 we would fund one-tenth the
9 surgeries that we are doing. By
10 making a smaller contribution, we
11 can do many more surgeries.
12        And it does force our
13 partners to -- we want them to
14 raise money from other charities.
15 We don't look at it as cheating
16 us. We want them to raise more
17 money. We want them to get more
18 money from the government.
19        So it's a way to do that and
20 it is the way we did it for years,
21 for a million surgeries at
22 Smile Train. When we first went
23 to China, they demanded that we
24 pay all of the costs of the

BRIAN MULLANEY - VOLUME II
1 surgery and we fought back and
2 didn't do that and learned that is
3 the best way to do it, is not make
4 them so dependent on us.
5        MR. LILIEN: Right.
6        But, Brian, by reducing the
7 cost -- the amount of your
8 grant --
9        THE WITNESS: Right.
10        MR. LILIEN: -- without any
11 sort of obligation on their side
12 to do it for that amount, meaning
13 having a hospital partner actually
14 perform the surgery for the amount
15 of your grant, if you are reducing
16 the grant intuitively, it will
17 make it more difficult for the
18 surgery -- for the hospital to
19 provide the surgery because they
20 had to go out and find other
21 money.
22        THE WITNESS: They're
23 already doing that and it's parts
24 of this haggling I have been doing

BRIAN MULLANEY - VOLUME II
1 since 2001.
2        If you go to Ethiopia or Sri
3 Lanka, they all have different
4 cost structures, and they all have
5 different sponsors. You say we
6 are here and we want to help you
7 and this is how much help we can
8 give you.
9        And if we had made it too
10 small, they all would have quit.
11 If we made it too big, we are
12 stupid because we could finance
13 twice the surgeries. So it's a
14 thin line and we were nervous
15 about this.
16        DeLois, my program chief,
17 said they are all going to quit.
18 But I have been through this
19 before in China and India and 1500
20 hospitals. This is a fair -- this
21 is a very generous contribution,
22 and they are well equipped.
23        A lot of these hospitals,
24 especially now with WonderWork,

BRIAN MULLANEY - VOLUME II

they are doing a hundred thousand
surgeries without us, and we are
sponsoring 10,000.

MR. LILIEN: You could
understand if you're telling a
donor that $300 -- if you donate
$300, they will provide the full
cost of the surgery --

THE WITNESS: Right.

MR. LILIEN: -- why they
think WonderWork through their
donation would be funding the full
cost of the surgery.

THE WITNESS: Right. I told
you that we changed the language
recently. I am going to get you
that. I agree.

Our contribution is
different. We are quoting the
costs, and what we give them is
less.

MR. LILIEN: And if
you're --

THE WITNESS: But very --

BRIAN MULLANEY - VOLUME II

I'm sorry.

MR. LILIEN: If you're
providing only a contribution and
subsequently lowering the
contribution, I think, just again,
intuitively that would make it
harder -- not only make it harder
on these hospitals harder to
actually perform the surgeries, a
smaller amount of the donations
that are being provided by your
public donation base is actually
being used towards that purpose.

THE WITNESS: No, the
donors' money is going twice as
far. They are supporting the
surgery in India and in Ethiopia
when our contribution goes down.

It helps our donors. Their
money goes further. They help us
do more surgeries.

MR. LILIEN: Brian, that's
only true if the hospital partners
agree to perform the surgery for

BRIAN MULLANEY - VOLUME II

that lower amount.

THE WITNESS: They all did.
They love it. We haven't had a
single complaint from any one of
our partners.

MR. LILIEN: They all did
what?

THE WITNESS: They all
agreed to this, this new amount.
They never complained. They are
grateful.

Here is the deal. We are
not going to any hospital at
Smile Train, and whatever, and say
what does the surgery cost. They
all go on the Internet and give
you this sky-high number. They go
it's $500.

And I stood up and I said I
will give you a hundred but I will
buy 10,000 of them.

MR. LILIEN: Brian, any
hospital anywhere --

THE WITNESS: Yeah.

BRIAN MULLANEY - VOLUME II

MR. LILIEN: -- in the
United States or abroad would
welcome a donation. The question
is -- the question is whether the
amount that you are giving to the
hospitals will perform the
surgeries that you are
representing in your solicitation
materials you will be performing
with that donation.

If the cost of the surgery
is $300 and you are only giving
$25 and you're reliant upon the
hospital partner to make up the
difference, then I think it is
hard to see how a donor would know
that their contribution isn't, in
fact, funding a full surgery but
it's funding only a portion of the
surgery, an amount that actually
has gone down and it will take all
these other resources in order for
that surgery to actually be
performed.

1    BRIAN MULLANEY - VOLUME II
2         THE WITNESS:  For one, we
3    don't give $25 for a $300 surgery.
4    We give 150.  That is a $300
5    surgery for a pediatric patient
6    which is 2 percent of our volume.
7         We pay $25 for a $35
8    cataract surgery.  60 Minutes,
9    three weeks ago there was a
10   special on a ███████████████
11   ██████, which is one of our
12   partners.  Their cost is 25.
13        So we pay 100 percent of
14   their cost.  So it depends on
15   where you go, the cost.  But my
16   point is this is a smart way to
17   run a business.  This was a
18   success for Smile Train and
19   WonderWork.  They all agreed to
20   it.  They all like it.
21        And right after we did this,
22   we had not one partner resign.  We
23   had a record year.
24        MR. LILIEN:  Brian, going
25   back to what you said a second

1    BRIAN MULLANEY - VOLUME II
2    ago.  You said it's $25 for a $35
3    procedure.  I thought you also
4    reached out to your partners to
5    ask them for the full amount of
6    the surgeries.
7         Is the full amount of
8    surgeries that the hospital -- the
9    cost of the surgeries that the
10   hospital is providing -- $35 is
11   the difference between your grant,
12   and the hospital is only $10?
13        THE WITNESS:  You would have
14   to look at the spreadsheet we saw
15   yesterday for in-kind.  The costs
16   are all over the map.
17        MR. LILIEN:  But I want to
18   explore that.
19        Is it $10 or is it $35 the
20   cost of the surgery or is it
21   higher than $35?
22        THE WITNESS:  The cost
23   varies all over the place
24   depending on the country and the
25   hospital.  In ███████████████

1    BRIAN MULLANEY - VOLUME II
2    ███████████ the cost is 25
3    bucks.  They were just on
4    60 Minutes.  This cataract surgery
5    is 25 bucks.
6         HelpMeSee, I gave you the
7    spreadsheet.  They say it's $50.
8    Ethiopia, where I just was, with
9    the ███████████████████
10   person, they say it's a hundred
11   dollars.
12        So the cost is all over the
13   place.  The key is what can we
14   offer them that is attractive to
15   them.  No hospital will take it if
16   it's too small.  They will say no.
17        And in America, I send out
18   221 checks to every cleft team at
19   Smile Train unsolicited.  This is
20   to help poor people in America and
21   45 of the checks were never
22   cashed.
23        So they liked it.  They
24   accepted it.  Our business model
25   is very proven and successful, and

1    BRIAN MULLANEY - VOLUME II
2    there have been more than
3    1.5 million surgeries done this
4    way.
5         And our program had a record
6    year, and our partners love us.
7    BY MR. CURCHACK:
8         Q    The 1.5 million surgeries is
9    not WonderWork surgeries; it is
10   Smile Train?
11        A    It is the model I developed
12   at Smile Train and this.  We are up to
13   300,000.  So we are really almost at 2
14   million surgeries done this way.
15        MR. LILIEN:  300,000
16   surgeries?
17        THE WITNESS:  At just below
18   it at WonderWork.  Smile Train is
19   around 1.5 million.
20   BY MR. CURCHACK:
21        Q    To be clear, the difference
22   between that 25, 35 or whatever it is
23   cost --
24        A    Yeah.
25        Q    -- is what you report as,

22  (Pages 377 to 380)

```
1        BRIAN MULLANEY - VOLUME II
2  quote, in-kind donations?
3        A    Yes.
4        Q    And the source of that is --
5  source of that information?
6        A    We send out -- we survey our
7  partners at the end of every year and
8  say what are our costs.
9            As -- another thing you
10 should know, Wang wanted to increase
11 spending in China.  So he took a $300
12 surgery when I resigned.  Now they pay
13 a thousand dollars a surgery
14 arbitrarily just to make the money --
15 make 30 or 40 million in China, which
16 is -- so that's what you're saying,
17 you should be paying the whole cost.
18 That is A bad thing.
19           MR. LILIEN:  Going back to
20       Walter's question.  We touched on
21       this yesterday but since we raised
22       it again, if a surgery costs, say,
23       $50 or a hundred dollars,
24       depending on the country and you
25       supply $25 --
```

```
1        BRIAN MULLANEY - VOLUME II
2           THE WITNESS:  Yeah.
3           MR. LILIEN:  -- but the
4       government -- government entity or
5       another donor, NGO provides the
6       balance, would that information be
7       reported to you by the -- your
8       partner hospital?
9           THE WITNESS:  Well, we ask
10      them and they tell us and we know
11      that.
12          MR. LILIEN:  If another
13      source paid for --
14          THE WITNESS:  Yeah.
15          MR. LILIEN:  -- the balance?
16          THE WITNESS:  All our
17      partners have other donors too.
18 BY MR. CURCHACK:
19       Q    But you would still include
20 the difference in the cost as an
21 in-kind donation even though it was
22 being paid by that other donor?
23       A    We didn't pay it.  Yes.
24 That is the definition of in-kind, is
25 a contribution from a third party, not
```

```
1        BRIAN MULLANEY - VOLUME II
2  us, to help make the surgery happen.
3        Q    Did the ████████████
4  make a donation in 2017?
5        A    Regrettably, no.
6        Q    Did they -- did ████████
7  tell you why they were not making the
8  donation?
9        A    Well, he didn't have to.  I
10 went and met with his board in
11 January.  I told him we are in
12 bankruptcy, and I didn't ask him for
13 any money.  I said we will come out of
14 bankruptcy and I will come back to you
15 and we will survive this.
16       Q    So you -- you asked him not
17 to make a donation for 2017?
18       A    No.  I just didn't ask him.
19 Every other meeting I asked him to
20 continue their support.
21       Q    Okay.
22          MR. LILIEN:  In prior years,
23      how did you -- how did you receive
24      a donation?
25          Was it based on a formal
```

```
1        BRIAN MULLANEY - VOLUME II
2  request?
3           THE WITNESS:  It was based
4       on my meeting.  I would go and
5       meet with his board of directors
6       and I would give him an update and
7       say we still need your support
8       but, look, we are diversifying
9       your support, leveraging it.
10          You know, of the 13 million
11      they have given us, we have raised
12      another 30 million or 35, and then
13      at the end I say we still need
14      your support.  I hope you will
15      consider giving us another 2
16      million.
17          In my last trip, 2016, I
18      said would you consider bumping
19      that up to 3 million a year, and
20      they said they would consider it.
21          MR. LILIEN:  So no
22      conversation took place at this
23      January meeting about donations at
24      all even though it had taken place
25      in all your prior meetings?
```

BRIAN MULLANEY - VOLUME II
1
2      THE WITNESS:  I didn't ask
3  them for money in January.
4      MR. LILIEN:  Any
5  conversation about donations --
6      THE WITNESS:  Yes.
7      MR. LILIEN:  -- take place?
8      THE WITNESS:  Well, yes, I
9  gave them my usual update on where
10  we were and our donors.  I did the
11  usual report.  But at the end, I
12  didn't say just give me 2 million
13  bucks.
14      MR. LILIEN:  I am not asking
15  whether you made that specific
16  request.  I'm asking the
17  conversation around █████████
18  support or future support or the
19  need for future support came up
20  in --
21      THE WITNESS:  Yes, it did.
22      MR. LILIEN:  What did you
23  talk about?
24      THE WITNESS:  They -- they
25  wanted to know about the

BRIAN MULLANEY - VOLUME II
1
2  arbitration and why did we lose
3  and we talked about Wang and seven
4  years of lawsuits and he was the
5  Starr witness in an arbitration in
6  which he knew nothing about the
7  contract dispute.
8      It was all a sham.  It was
9  going to be a two-day arbitration
10  until he got them to fire the
11  lawyers.  Then it became four
12  years.  We talked about that.
13  They are the largest shareholder
14  of CA.
15      Wang hates ███████ as well
16  and they know him so we talked
17  about that.  I was sad that all
18  these donations were being spent
19  on this horrible litigation and
20  said we still support you and we
21  hope you get through this.
22      MR. LILIEN:  Outside of the
23  board meeting, did you have any
24  conversations with ████████████
25  about holding the donation for

BRIAN MULLANEY - VOLUME II
1
2  this year?
3      THE WITNESS:  Outside of
4  that meeting, no.
5  BY MR. CURCHACK:
6      Q    You just said that it was
7  sad the donations were being used to
8  pay the legal fees.
9      Which donations were you
10  talking about?
11      A    Charles Wang has spent
12  $5 million --
13      Q    No. I'm sorry.  Answer.
14      A    Since I left, Charles Wang
15  has spent $5 million of Smile Train
16  donations on litigation against me and
17  WonderWork trying to destroy us.
18      In addition, he went and
19  injected himself in the arbitration
20  and he said hire Kaye Scholer and I
21  will give you documents from
22  Smile Train and witnesses and help you
23  win this and then I will show you how
24  to do it and then help me spend
25  $6 million of donations on the

BRIAN MULLANEY - VOLUME II
1
2  arbitration.
3      Q    How much has WonderWork
4  spent?
5      A    God, I wish I had the 6
6  million to spend that we wouldn't have
7  lost.
8      We spent 900,000 on the
9  arbitration.  It's all we had.  We had
10  one lawyer.  They had five.  And then
11  we spent a million on the Federal
12  lawsuit.  And then we probably spent
13  another 500 grand on various threats
14  and things and actions and stuff.
15      Q    What was the source of
16  that -- those legal fees?
17      A    WonderWork.
18      Q    What money was used to pay
19  those legal fees?
20      What was the source of the
21  money used to pay those legal fees?
22      A    Donations and we make
23  interest on our money, so some of it
24  may have come from that.
25      The whole thing makes me

1       BRIAN MULLANEY - VOLUME II
2  sick to my stomach.
3       MR. LILIEN: Would ██████
4  money had been used for that as
5  well?
6       THE WITNESS: I don't know.
7  I don't know specifically. We
8  didn't earmark money for it.
9  WonderWork -- major donors paid
10  for it.
11       MR. CURCHACK: I would like
12  to ask the reporter to mark as the
13  next exhibit, which is Exhibit 23,
14  an e-mail bearing production
15  number is 196209. It's from
16  Brian Mullaney to ████████████,
17  and I just ask you to read the
18  first paragraph.
19       And it says, "FYI, every
20  year I have our share of expenses,
21  50 percent deducted from my
22  WonderWork pay."
23       Is that what you were
24  referring to before?
25       THE WITNESS: (Reviewing.)

1       BRIAN MULLANEY - VOLUME II
2       Yes.
3       (Exhibit 23 is Marked.)
4  BY MR. CURCHACK:
5    Q  And how did that process of
6  deducting that money from your pay
7  work?
8    A  The way -- I deduct a lot of
9  things from my pay and I send an
10  e-mail to Hana and say, please add up
11  all the expenses for our trip and send
12  me a spreadsheet I can send ██████ and
13  then for my share, deduct it from my
14  pay.
15       (Exhibit 24 is Marked.)
16  BY MR. CURCHACK:
17    Q  Exhibit 24 is an e-mail
18  thread dated January 10, 2015. The
19  first one is from ████████████ to
20  Brian Mullaney.
21    A  Right.
22       (Reviewing.)
23    Q  The e-mail on this thread
24  from you to ██████ begins, "Please do
25  not think we have forgotten about your

1       BRIAN MULLANEY - VOLUME II
2  loan that saved our house."
3       Could you please explain to
4  us what that means?
5    A  Yes, when Smile Train sued
6  me in London, they told the judge they
7  wanted a judgment that would let them
8  seize all my assets, including my
9  house.
10    Q  And --
11    A  And ██████ gave me a loan
12  and helped me because I had to pay
13  back Smile Train UK six years of pay I
14  had taken and paid taxes on.
15    Q  So the money to repay --
16  money that you used to pay the
17  judgment that Smile Train UK got
18  against you was lent to you by ██████
19  ██████?
20    A  Yes. Yes.
21    Q  Okay.
22       Has that money ever been
23  repaid?
24    A  Not yet, no.
25    Q  One other question: The

1       BRIAN MULLANEY - VOLUME II
2  e-mail at the top says, "I will send a
3  copy of the iceberg by separate
4  e-mail."
5       Do you see that?
6    A  Yeah.
7    Q  Do you know what he's
8  talking about there?
9    A  (Reviewing.) I will think
10  of it. Just give me a second.
11       (Reviewing.) I don't know
12  what that is.
13       MR. LILIEN: How large was
14  the loan that ████████████--
15       THE WITNESS: It was about a
16  million dollars.
17       MR. LILIEN: What was the
18  terms of the loan?
19       THE WITNESS: He just --
20  they were about to take my house,
21  and he said I will loan you the
22  money and he wired it to me.
23       MR. LILIEN: Was there --
24       THE WITNESS: There was no
25  agreement signed or anything.

25 (Pages 389 to 392)

BRIAN MULLANEY - VOLUME II
1
2      MR. LILIEN:  No agreement
3  signed?
4      THE WITNESS:  No.
5      MR. LILIEN:  Was there
6  expectation of repayment?
7      THE WITNESS:  Yes, I offered
8  to repay it right away.  And he
9  said wait.
10     MR. LILIEN:  Are there any
11 documents at all around -- other
12 than him wiring you the money?
13     THE WITNESS:  Yeah.
14     MR. LILIEN:  Are there any
15 documents --
16     THE WITNESS:  No.
17     MR. LILIEN:  -- that would
18 support the fact that this is a
19 loan?
20     THE WITNESS:  Well, just --
21 just this and, no, there's nothing
22 written or signed.  I am very
23 close to him.  I have known him a
24 long time.  He knows it and I know
25 it.

BRIAN MULLANEY - VOLUME II
1
2      It was nice of him to help
3  me.
4      MR. LILIEN:  Has he ever
5  asked you to repay this amount?
6      THE WITNESS:  Not since
7  this.  It's been a year, two
8  years.
9      MR. LILIEN:  Was there
10 ever -- was the judgment against
11 you personally or judgment against
12 WonderWork UK?
13     THE WITNESS:  Oh, no.  It
14 was -- it was Smile Train.  He
15 went and told them that I stole
16 all this money that I was given in
17 salary that was approved by
18 everyone and that I was a
19 consultant and he filled the board
20 with his friends and -- it was
21 proper for me to be paid.
22     But there were steps I was
23 supposed to do that I didn't know
24 because the charitable laws had
25 changed in London, and we were

BRIAN MULLANEY - VOLUME II
1
2  supposed to write out a
3  description, my responsibilities,
4  all this stuff.
5      So the Barrister said,
6  technically you are in default.
7  You shouldn't have gotten this
8  money, but Smile Train New York
9  owes it to you.  Go to them and
10 they will pay you.  The Barrister
11 said there was no wrongdoing at
12 all.
13     It was typical Wang.  He
14 called up the newspapers and
15 leaked it to the press before I
16 even heard the decision.
17     MR. LILIEN:  So since
18 January 10, 2015, had ████████
19 asked you for any money back on
20 this loan?
21     THE WITNESS:  No.
22     MR. LILIEN:  Does he expect
23 repayment?
24     THE WITNESS:  Yes, I see him
25 every six months.

BRIAN MULLANEY - VOLUME II
1
2      MR. POLKOWITZ:  Is the money
3  from the foundation or him
4  personally?
5      THE WITNESS:  No, it was him
6  personally.
7      (Whereupon a Recess
8  Commenced at 10:33 and Testimony
9  Recommenced at 10:53.)
10 BY MR. CURCHACK:
11  Q    Back on the record.
12      Mr. Mullaney, when did you
13 first learn about impact loans?
14  A    I got a meeting at
15 Rockefeller Foundation, which was in
16 our office building at 420 Fifth
17 Avenue, and I went there looking for a
18 grant and came away with no money but
19 the guy who was very bright, PhD, said
20 you should do an impact loan.
21      It was 2012, 2013.  And I go
22 what is that?  Rockefeller Foundation
23 helped create them.  He told me all
24 about them.  I thought it was
25 brilliant because we met all the

BRIAN MULLANEY - VOLUME II
1     BRIAN MULLANEY - VOLUME II
2 criteria. We had a good business
3 plan. We had a proven track record.
4 So a month later, I was at the
5 Citibank building and I pitched
6 ███████████████ on it and he loved it.
7     Q   Did you inform the board
8 that you wanted to seek impact loans?
9     A   I don't remember. It wasn't
10 seeking impact loans. I had a big
11 meeting and it was appealed to one guy
12 that I thought it would work and it
13 did.
14     Q   After you made what sounds
15 like the pitch to ████████, did
16 you then decide to make a similar
17 request of other people?
18     A   Yes.
19     Q   And did you ask the board
20 before you made the request of the
21 other people?
22     A   I don't remember.
23     Q   Do you recall any discussion
24 with the board about impact loans?
25     A   Yes, we discussed impact

1     BRIAN MULLANEY - VOLUME II
2 loans.
3     Q   When?
4     A   I don't remember.
5     MR. LILIEN: But after they
6 were already entered into?
7     THE WITNESS: Oh, no. They
8 knew about it before we entered
9 into any agreement. It took six
10 months to get the thing signed
11 with ████████ and then it became a
12 big thing.
13     So I probably discussed it
14 at the next board meeting after I
15 met with ████████.
16     MR. LILIEN: Why an impact
17 loan?
18     THE WITNESS: Oh, it's
19 brilliant because like in that
20 meeting with ████████, I probably
21 could have gotten a million-dollar
22 donation but instead I got
23 $7.5 million loan and it's a
24 five-year loan so the donor gets
25 to know you and it's like audition

1     BRIAN MULLANEY - VOLUME II
2 and you can get ten times as much
3 money and then you can prove that
4 you deserve it and earn it.
5     And if at the end of the
6 loan if the donor likes you, it
7 can lead to other stuff, just as
8 it did with ████████ He gave us
9 the loan and then a year later, he
10 flew to India with us for a trip
11 that was life changing and that
12 was the genesis for the $4 million
13 donation for the hospital in
14 India.
15     MR. LILIEN: Did you
16 initially request a donation from
17 ████████?
18     THE WITNESS: No, I made the
19 strategic decision to ask for an
20 impact loan instead.
21     MR. LILIEN: Had
22 ████████ been a donor to
23 Smile Train?
24     THE WITNESS: Yes.
25     MR. LILIEN: What size level

1     BRIAN MULLANEY - VOLUME II
2 donor was he?
3     THE WITNESS: 25 grand,
4 something like that.
5     MR. LILIEN: And your first
6 discussion with ████████ with
7 regarded this loan -- concerned
8 this loan?
9     THE WITNESS: No.
10     MR. LILIEN: What was your
11 first discussion with
12 ████████?
13     THE WITNESS: Ironically, he
14 sent me an e-mail when I was on
15 the plane leaving L.A. going back
16 to New York, leaving Newport Beach
17 where he lives, and he said do you
18 remember me? I was at Smile
19 Train. What are you doing? I
20 would like to hear what you're up
21 to and I am in New York because I
22 am on the board of Citigroup.
23     So I said great, I would
24 love to meet with you and I met
25 with him a month later.

BRIAN MULLANEY - VOLUME II
BY MR. CURCHACK:
Q   Had you met with him while you were at Smile Train?
A   No.
MR. LILIEN:  And he e-mailed you while you were on a plane back to New York?
THE WITNESS:  Yeah.
MR. LILIEN:  Had you left Smile Train already?
THE WITNESS:  Oh, yeah.
MR. LILIEN:  How would he have your personal e-mail address?
THE WITNESS:  I don't know.
MR. LILIEN:  This came out of the blue, that he just e-mailed you to see how you are doing?
THE WITNESS:  Yeah, it was a bizarre e-mail.  I can show it to you.
MR. LILIEN:  It wasn't prompted by any letters, any e-mails, any phone calls?
THE WITNESS:  He had gotten

BRIAN MULLANEY - VOLUME II
my book that I sent him.  I self-printed my book -- I don't know if I am allowed to talk about this.
MR. TRIVIGNO:  There is a confidentiality provision, I think, in the settlement agreement.
THE WITNESS:  Yeah.  I can't really talk about it, unless you give me permission to.
MR. LILIEN:  Let's go off the record for a moment.
(Whereupon a Discussion is Held Off the Record.)
MR. CURCHACK:  Let's go back on the record.
MR. LILIEN:  I was just asking how you came to receive an e-mail from ███████, and you had mentioned you had sent him a book.
THE WITNESS:  I think I did.  I think that could have been

BRIAN MULLANEY - VOLUME II
how -- he said, hey, this is ███████ from Smile Train.  I loved your work.
MR. LILIEN:  Would you had sent him a letter at some point?
THE WITNESS:  No, because I didn't know -- I didn't know who he was when he contacted me.
MR. LILIEN:  When you sent the book -- I believe this is not revealing confidential information.
When you sent him the book, did you accompany that book with a letter of any sort?
THE WITNESS:  Yes.
MR. LILIEN:  Would that letter have included any request to contact you or speak or catch up?
THE WITNESS:  The letter thanked for helping me at Smile Train and encouraged them to keep supporting Smile Train, as I

BRIAN MULLANEY - VOLUME II
did.
It generated hundreds of thousands of dollars of donations for Smile Train.  I said if you ever -- I am off on my new charity Surgery for the Poor.  And I said if you ever want to contact me, here is where I am.
BY MR. CURCHACK:
Q   This book was sent to Smile Train donors?
A   About a thousand -- when I left, they threw me out.  I couldn't say good-bye to everyone.  I had these donors calling me and saying, Brian, you just fell off the face of the Earth.  It's rude.
So I sent a very gracious thank you letter with a thing I can't discuss to about a thousand of them who I am very close to thanking them for their support.
Q   Where did you get their contact information?

28 (Pages 401 to 404)

1       BRIAN MULLANEY - VOLUME II
2       A    Oh, e-mails.  You know, I
3  have records and stuff for 10 years of
4  running the charity.
5       MR. LILIEN:  Your letter
6  provided contact information to
7  contact you?
8       THE WITNESS:  I believe it
9  did.  I don't remember.  I believe
10 it did.
11      MR. LILIEN:  Okay.
12      MR. CURCHACK:  Could we
13 please mark as the next exhibit
14 Tab 33, which will be Exhibit 25.
15      This is a letter dated
16 May 10, 2013, from Mr. Mullaney to
17 ██████████████████.  It
18 bears production number
19 017317-17319.
20      Do you recognize this
21 letter?
22      THE WITNESS:  (Reviewing.)
23      Yes, I do.
24      (Exhibit 25 is Marked.)
25 BY MR. CURCHACK:

1       BRIAN MULLANEY - VOLUME II
2       Q    Could you please turn to the
3  second page, and the second paragraph
4  says, "But the best thing about an
5  impact loan is that the IRS treats it
6  as if it is a donation.  You get a
7  hundred percent of the tax deduction
8  up front regardless of whether the
9  loan is ever paid back."
10      Do you recall writing that?
11      A    Right.  Yes.
12      Q    Is that true?
13      A    (Reviewing.)
14      Yes.
15      Q    Okay.
16      A    I believe it to be true.
17 That is the big advantage of it, is
18 that you get credit -- especially with
19 foundations, 90 percent of the people
20 that have foundations get credit for
21 the distribution for your 5 percent
22 minimum you have to hit.
23      And then when it gets paid
24 back, you can give it again.
25      Q    Who advised you as to the

1       BRIAN MULLANEY - VOLUME II
2  structure of the impact loans?
3       A    Oh, a bunch of people.  It
4  started with the Rockefeller
5  Foundation guy and then we hired
6  Simpson and Thacher.
7       They advised us on the
8  ██████████ loan and then we hired a
9  group called -- I forget the name --
10 who are experts in impact loans and
11 they helped us structure it.
12      Q    Did you receive any advice
13 from Greg Lam?
14      A    I believe so.  I don't
15 remember, but I think so.
16      Q    Do you know what a
17 program-related investment is?
18      A    PRI, yeah.  That's what I
19 believe they call the impact loan
20 distribution.
21      Q    The impact loan?
22      A    That's what they call it, I
23 think.
24      Q    And what exactly is that?
25 You mean -- let me rephrase the

1       BRIAN MULLANEY - VOLUME II
2  question.
3       An impact loan is a
4  program-related investment?
5       A    From their side.
6       Q    From their side?
7       A    I believe so.
8       Q    Meaning?
9       A    The loan, the people loaning
10 us the money.
11      Q    The lender?
12      A    Yes.
13      Q    I see.
14      MR. LILIEN:  Were your
15 program-related investments only
16 from foundations?
17      THE WITNESS:  No.  I think
18 most were.  I think we have eight
19 impact loan folks or seven.
20      It may be one or two did it
21 personally with a check, you know.
22 Some of them even opened
23 foundations to do it, like ████
24 ██████.
25      MR. LILIEN:  Are any of your

29 (Pages 405 to 408)

1    BRIAN MULLANEY - VOLUME II
2  program-related investments in the
3  form of impact loans from
4  individuals --
5       THE WITNESS:  Yes.
6       MR. LILIEN:  -- as opposed
7  to foundations when they were
8  made?
9       THE WITNESS:  Yes, I believe
10  one or two.
11  BY MR. CURCHACK:
12     Q    Who is ███████?
13     A    He is a financial advisor to
14  ██████████.
15     Q    When the people who set up
16  foundations -- do you remember who set
17  up foundations in order to make the
18  loan?
19     A    Do I remember which
20  donors --
21     Q    Yes.
22     A    -- set up foundations?
23          I don't remember exactly.
24  Maybe ██████.  I don't
25  remember.

1    BRIAN MULLANEY - VOLUME II
2     Q    And who paid for the cost of
3  setting up those foundations?
4     A    I believe they did.  I don't
5  remember.
6     Q    Okay.
7          Were there loan agreements
8  for the impact loans?
9     A    Yes, of course.
10     Q    Let's focus on
11  █████████ loan initially.
12          Did there come a point in
13  time when that was amended?
14     A    Yes.
15     Q    Do you recall the
16  circumstances?
17     A    Yes, because we signed --
18  one of the covenants was our net
19  revenue, I believe, remembering,
20  couldn't go below a certain point, and
21  it was impossible for us with our
22  spending of the impact loans.
23          So we amended that and maybe
24  one other thing.  I don't remember all
25  the details.  I went to him and said

1    BRIAN MULLANEY - VOLUME II
2  this is really hard for us.  Do you
3  mind amending it?  He said sure.
4     Q    And was there a net asset
5  requirement that you recall?
6     A    Maybe it was that, yeah.
7     Q    Okay.
8          What did you think, if you
9  recall, what net assets referred to?
10     A    Well, counting your net
11  worth at the end of the day, you know,
12  your liabilities against your assets.
13     Q    How would restricted assets
14  tie in with that calculation?
15     A    They weren't available to
16  us.  I don't know specifically, and I
17  don't remember.
18     Q    Okay.  But you asked him to
19  reduce the net asset --
20     A    I did ask him to reduce
21  something, and it was probably that.
22     Q    Okay.
23          Do you remember whether
24  there was a covenant with respect to
25  program expenditures?

1    BRIAN MULLANEY - VOLUME II
2     A    Yes.
3     Q    And what do you remember
4  about that?
5     A    I don't remember the exact
6  amount, but I think there was a level
7  that -- 50 percent.  I don't remember,
8  but there was a covenant related to
9  that.
10     Q    And what did you understand
11  that covenant to mean, putting aside
12  the amount of the numbers?
13     A    Your program spending had to
14  be above a certain amount.
15     Q    Certain amount of what?
16     A    Your budget.
17     Q    Was it tied to your
18  receipts?
19     A    Revenues.
20     Q    Revenues?
21     A    I don't remember exactly.
22     Q    Okay.
23     A    It's five years ago.
24     Q    Did ██████████ require an
25  insurance policies?

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

BRIAN MULLANEY - VOLUME II

1   BRIAN MULLANEY - VOLUME II
2 A Yes, he did.
3 Q And what was the purpose of
4 that?
5 A Well, he was nervous that if
6 I got hit by a bus, he would lose his
7 money.
8 Q So WonderWork paid insurance
9 policies --
10 A They had no choice.
11 Q -- on you?
12  Was there life insurance
13 policies?
14 A Yes.
15 Q Disability policy?
16 A Yes.  I later got him, I
17 think, to remove the disability
18 policy.
19 Q Okay.
20 A But there are two life
21 insurance policies for ███████ on me.
22 Q Who pays for those life
23 insurance policies?
24 A WonderWork.
25 Q Do you have any other life

1   BRIAN MULLANEY - VOLUME II
2 insurance policies?
3 A Yes.
4 Q And who owns those policies?
5 A I don't know who owns them,
6 but my family is the beneficiary of
7 them.
8 Q And who pays the premiums
9 for those policies?
10 A WonderWork does.
11 Q Okay.
12 A It's in my contract.
13 Q Okay.
14 A It's because I go to very
15 dangerous places and three hotels I
16 have been to have been attacked by
17 Islamic fighters and/or Taliban within
18 months of my being there, as well as
19 the earthquake in Haiti.
20  We were scheduled to be
21 there a month after the earthquake at
22 the same hotel that everyone died at.
23 Q Did ████████████ or anyone
24 else with the ████████████
25 ████████ ever indicate to you they

1   BRIAN MULLANEY - VOLUME II
2 intended to forgive the loan?
3 A We discussed it, and he --
4 he said he would be open to it at the
5 end of the loan, forgiving a portion
6 of it.
7  MR. LILIEN:  When did you
8 first discuss that with him?
9  THE WITNESS:  When I pitched
10 it to everyone, I pitched it -- I
11 said you can't forgive it.  You
12 don't have to.  If it's a real
13 loan, you are getting real
14 interest and it's totally up to
15 you what you do.
16  But in my heart, I was
17 hoping we would do a really good
18 job and have a five-year audition
19 and they say these guys are great
20 and give us more money.
21  MR. LILIEN:  Meaning forgive
22 the loans?
23  THE WITNESS:  Yes.
24  MR. LILIEN:  Okay.
25  THE WITNESS:  Or a portion

1   BRIAN MULLANEY - VOLUME II
2 of the loans.  I started out
3 asking them six months later, you
4 know, will you make a donation at
5 Christmas? It's so easy.  You
6 don't have to send a check.  Just
7 forgive some of your loan.
8  But the response was so bad,
9 I never even asked anymore after
10 that.  I think to date, 5 percent
11 has been forgiven.
12 BY MR. CURCHACK:
13 Q 5 percent of the --
14 A 10 million.  So I was hoping
15 they would forgive it as they go, but
16 that didn't work out.
17 Q Okay.
18  How many impact loans in
19 total were made?
20 A I don't remember exactly.
21 Q Did you ever make an impact
22 loan?
23 A I was going to make one, and
24 I was going to use money that I hadn't
25 taken from my pay to make one for 250

1    BRIAN MULLANEY - VOLUME II
2  grand and then I didn't because I
3  forget what the reason was but I
4  didn't.
5       MR. LILIEN:  Paid -- this is
6  pay that you had received?
7       THE WITNESS:  No, I had been
8  awarded, but I hadn't taken.  I
9  was owed from WonderWork.
10      MR. LILIEN:  Awarded by the
11  board?
12      THE WITNESS:  Yes.
13      MR. LILIEN:  Pay you believe
14  you were entitled to once the
15  board awarded it?
16      THE WITNESS:  Yes.
17      MR. CURCHACK:  I would like
18  to ask the reporter to mark as
19  Exhibit 26, an e-mail dated
20  December 8, 2013, from Karen
21  Lazarus to Brian Mullaney and has
22  an attached spreadsheet of what is
23  called "WonderWork Year-End
24  Forecast."  The e-mail bears
25  production number 224263, and the

1    BRIAN MULLANEY - VOLUME II
2  spreadsheet is 224264.
3       (Exhibit 26 is Marked.)
4  BY MR. CURCHACK:
5       Q    What I really want to focus
6  your attention on is just the first
7  page of the spreadsheet.
8       A    (Reviewing.)
9       Okay.
10      Q    Do you recall --
11      A    Which spreadsheet?
12      Q    The first page.  The one
13  that says 10-year forecast.
14      A    Okay.
15      (Reviewing.)
16      Q    I believe the balance are
17  supporting documents.
18      Now, according to this
19  spreadsheet, would WonderWork have
20  sufficient funds to repay the impact
21  loans when they come due?
22      A    (Reviewing.)
23      Probably.
24      Q    Well, I am looking at
25  October of 2019 and chose total assets

1    BRIAN MULLANEY - VOLUME II
2  of 5.18 million; is that correct?
3       A    Yeah, I was assuming because
4  we would have paid back some of the
5  impact loans.
6       Q    Well -- okay.
7       But I --
8       A    Where?
9       Q    Show me where on this --
10      A    I don't know.
11      Q    So the record is clear,
12  there's no line on this spreadsheet
13  that shows repayment of the impact
14  loans, is there?
15      A    No.
16      Q    Do you recall the
17  development of this spreadsheet?
18      A    Well, we had a million of
19  these spreadsheets, you know, doing
20  different forecasts.  This one shows
21  huge program spending --
22      (Reviewing.)  I don't know.
23  I can go find 20 more like this,
24  but --
25      (Reviewing.)  Can I point

1    BRIAN MULLANEY - VOLUME II
2  out one thing?
3       Q    Sure.
4       A    It does not say impact loan
5  repayment anywhere on this, but you
6  will notice that October 18th, impact
7  loan interest goes down by more than
8  half the next year.
9       Q    Okay.
10      A    It goes down again, so there
11  are impact loans being repaid here.  I
12  don't know where it is.
13      Q    Being repaid, or were you
14  assuming they were going to be
15  forgiven?
16      A    Repaid.
17      Q    Why do you say that?
18      A    Because all the projections
19  we did were based on paying back these
20  donors because they were real loans.
21  If they were going to be forgiven,
22  that would have been a nice treat, but
23  we didn't assume any of that.
24      Q    Let me mark as another
25  exhibit, which is Exhibit 27, a

BRIAN MULLANEY - VOLUME II

1    document called "10-Year Marketing
2    Summary," production number 10821.
3        (Exhibit 27 is Marked.)
4    BY MR. CURCHACK:
5        Q    Do you recall a document --
6    do you recall this document
7    particularly or something similar to
8    it?
9        A    (Reviewing.)
10            We had a bunch of these but,
11    yes, I can't really --
12        Q    In this spreadsheet, it
13    says --
14        A    Is this from a board -- what
15    is the context?  Is it from a board
16    report?
17        Q    It says -- it says at the
18    top, "October 2013 board of directors'
19    presentation," so I am assuming it's
20    from a board presentation.
21        A    Okay.
22        Q    It says -- it seems to
23    suggest that the impact loans are
24    being repaid in 2020 and 2021.

BRIAN MULLANEY - VOLUME II

1        A    Hm-hm.
2        Q    Am I reading that correctly?
3        A    (Reviewing.)
4            It's really hard to read
5    this.
6        Q    Okay.
7            Well, if you look at the
8    line at the bottom -- the line near
9    the bottom pages, liability without
10    loan.
11            Do you see that?
12        A    How about impact loan
13    repayment line?  It says 5 million and
14    2.8 million in 2020, 2021.
15            That's what you are talking
16    about?
17        Q    Yes.
18        A    Yes, I see that.  Thank you.
19            Sorry.  I couldn't find it.
20    Yes.
21        Q    So then you were -- at this
22    point, the projection was to repay the
23    loans in those amounts on those dates;
24    is that correct?

BRIAN MULLANEY - VOLUME II

1        A    That was a guess, yes.
2        Q    What would have been the
3    source of repayment of those loans?
4        A    Unrestricted assets.
5        Q    Those unrestricted assets
6    would have come from what?
7        A    From a combination of
8    fundraising and interest on assets or
9    whatever.
10            MR. LILIEN:  And --
11            THE WITNESS:  We were very
12    confident we could pay these loans
13    back, and we had raised
14    $700 million at Smile Train, so it
15    wasn't really --
16            MR. LILIEN:  You believe
17    you're equally confident today
18    that these could be repaid --
19            THE WITNESS:  Yeah.  Well,
20    the reason --
21            MR. LILIEN:  -- based on
22    your current assets?
23            THE WITNESS:  The reason
24    this plan didn't come was because

BRIAN MULLANEY - VOLUME II

1    we were sued constantly, because
2    our vendors were forced to quit
3    because of Wang.
4            It's been a very rocky,
5    difficult road.  So that, in
6    addition to direct mail
7    performance has degraded
8    significantly because of
9    demographics.
10            So, no, if we went into
11    bankruptcy, we were in fine shape
12    to repay the loans.  We have every
13    nickel in the bank today.  We
14    could write a check today.  So the
15    thought that we couldn't repay
16    them is kind of weird.  I could
17    write a check today to all impact
18    loans and pay them.
19            MR. LILIEN:  You believe you
20    have enough unrestricted assets in
21    your account today to repay the
22    loans?
23            THE WITNESS:  I don't
24    believe that.  I know that.

1    BRIAN MULLANEY - VOLUME II
2        MR. LILIEN:  You know that?
3        THE WITNESS:  Well, I think
4    that.  If you take out all these
5    legal fees and stuff in the last
6    few months, if you look at our
7    position last December -- you
8    know, we had $21 million in the
9    bank, and so ten was restricted.
10       I think we are around
11   10 million or something like
12   that -- that would leave 11, yes.
13       MR. LILIEN:  And the
14   amounts --
15       THE WITNESS:  But it's also
16   two years early.  They are not due
17   yet.  So, no, remarkably, with all
18   of the hardship we have gone
19   through, we could repay the loans
20   easily.
21       MR. LILIEN:  So as of
22   December 2016, you believed you
23   had enough unrestricted assets
24   since December 2016?
25       THE WITNESS:  Close to it.

1    BRIAN MULLANEY - VOLUME II
2        MR. LILIEN:  Since
3    December 2016, our understanding
4    is that certain of the
5    unrestricted funds have been
6    classified as restricted or will
7    be re-classified as restricted.
8        THE WITNESS:  Yeah, 700
9    grand.  Yes.
10       MR. LILIEN:  You still have
11   enough funds --
12       THE WITNESS:  Barely.  They
13   are not due today.  So, yes, and I
14   am short the 2 million ▓▓▓▓▓
15   would have given us in January.
16   So, yes, we -- we would be
17   in very good shape to repay all
18   the funds next year when they are
19   due in spite of everything.
20       MR. CURCHACK:  Okay.
21       Can we please mark as
22   Exhibit 28, an e-mail from you to
23   ▓▓▓▓▓▓▓▓▓▓ dated
24   September 6, 2013, and attached to
25   that is something called "Impact

1    BRIAN MULLANEY - VOLUME II
2    Loan Progress Report" for the
3    ▓▓▓▓▓▓▓▓▓▓.  It
4    bears production numbers 7589
5    through 7607.
6        (Exhibit 28 is Marked.)
7    BY MR. CURCHACK:
8        Q    Do you recall sending this
9    report to ▓▓▓▓▓▓▓▓?
10       A    (Reviewing.)
11       Yes.
12       Q    And if you go to page 7593,
13   this schedule shows impact loans?
14       A    Yeah.
15       Q    Okay.
16       And it shows $250,000 next
17   to Brian Mullaney?
18       A    Hm-hm.
19       Q    Is that the impact loan that
20   you say you didn't make?
21       A    Yes.
22       Q    Okay.
23       A    Well, there are other people
24   on here that didn't make them also.
25       Q    Now, if you go to page 7600.

1    BRIAN MULLANEY - VOLUME II
2        A    (Reviewing.)
3        Q    Let me ask a foundation
4    question.
5        Were you involved in the
6    preparation of this report?
7        A    7600.
8        (Reviewing.)  Yes.
9        Q    Okay.
10       So where on this are the
11   impact loans?
12       A    (Reviewing.)
13       I don't know.
14       Q    Would it be reasonable to
15   assume that they are included in the
16   total assets and total liabilities
17   line where you have the starting
18   numbers?
19       A    Probably.
20       Q    Okay.
21       A    (Reviewing.)
22       But I don't know.  I don't
23   understand it.
24       Q    Okay.
25       Can you turn to page 7605,

34  (Pages 425 to 428)

BRIAN MULLANEY - VOLUME II

1    please.
2
3        A    (Reviewing.)
4        Q    And it says major donor
5    event, November 5th event, Four
6    Seasons restaurant.
7        A    Yeah.
8        Q    Does that refer to a dinner
9    that was held at the Four Seasons?
10       A    Yes.
11       Q    And it says hosted and paid
12   for by Brian Mullaney and ███████.
13       A    Hm-hm.
14       Q    Did you actually pay for
15   that dinner?
16       A    Yes, my portion was deducted
17   from my pay.
18       MR. LILIEN:  How did you
19   split up that cost of the event
20   with ███████?
21       THE WITNESS:  I don't
22   remember to tell you the truth.
23   It was only like 70 people, so it
24   wasn't 500 people.
25       MR. CURCHACK:  Can you

BRIAN MULLANEY - VOLUME II

1    please mark Exhibit 29.
2        (Exhibit 29 is Marked.)
3        MR. CURCHACK:  Okay.
4    Exhibit 29 is an e-mail
5    thread.  The first one is from
6    Hana Fuchs to Mr. Mullaney dated
7    May 18, 2015.  It bears production
8    number 11581 and it's four pages.
9    BY MR. CURCHACK:
10       Q    Now, if you go to page --
11   first of all, do you recall the
12   circumstances that led to this e-mail
13   thread?
14       A    (Reviewing.)
15       Q    To help you refresh your
16   recollection, I notice on page 2,
17   there's something addressed to ███████
18   ███████.
19       A    Yeah, she represented a big
20   donor, ███████████████, and
21   she was vetting us before he gave us a
22   hundred thousand dollar grant.
23       Q    Okay.
24       On page 3 --

BRIAN MULLANEY - VOLUME II

1        A    Yep.
2        Q    -- there's reference to
3    $9.7 million under -- it says how much
4    is raised.
5        A    All right.  I am trying to
6    find where it is.  (Reviewing.)
7        Q    Go to page 3.
8        A    Yeah.
9        Q    About a third of the way up,
10   in all caps, it says, "These numbers
11   do not include related donations from
12   impact loan appeal."
13       A    Okay.
14       Q    It says, "Total loan was
15   9950, wasn't it?"
16       See that?
17       A    (Reviewing.)
18       Q    Was that your question?
19       A    Hold on.  I am trying to
20   find it.
21       (Reviewing.)  Yeah, that
22   would be me.  All caps -- (Reading) --
23   donations.
24       So a lot of people said I am

BRIAN MULLANEY - VOLUME II

1    not going to give you an impact loan.
2    Here's a hundred grand.  So we tracked
3    that as well.
4        Q    But then it says below that,
5    "How much raised?  Total raised was
6    9,700,000."
7        See that?
8        A    Yeah.
9        Q    And then if you go to the
10   first page --
11       A    Yeah.
12       Q    There's an e-mail from you
13   to Hana, which says, "Why are numbers
14   different than our board presentations
15   and different than our presentations
16   to ███████?"
17       Do you see that?
18       A    Right.
19       Q    Okay.
20       Ms. Fuchs responds and says,
21   "My numbers are clearly the loans we
22   received."
23       A    Yeah.
24       Q    And then she wrote, "Also

BRIAN MULLANEY - VOLUME II

1
2 these numbers include your $250,000
3 loan, which is not on the books."
4     A    Right.
5     Q    Is that the $250,000 loan
6 you said you were going to make --
7     A    From my pay, yes.
8     Q    Okay.
9         But, in fact, that number
10 was included in your board
11 presentations and the presentations to
12 the ███████ wasn't it?
13     A    Right.  But just to give you
14 some context on that, all of these
15 loans could be called at any day for
16 any reason, period.
17         So, you know, I never signed
18 a loan.  I don't know why I didn't do
19 it.  I think it was too much paperwork
20 or a waste of time.  But it's not a
21 big thing that -- I could have called
22 it, not given it.
23         Plus all those names that
24 you saw there, a lot of people on that
25 list never went through with their

BRIAN MULLANEY - VOLUME II

1
2 loans.
3         MR. LILIEN:  So when you
4 talked about the list of
5 WonderWork investors -- I don't
6 remember the exact phrase --
7         THE WITNESS:  Yeah.
8         MR. LILIEN:  -- why were
9 they on the list and not --
10         THE WITNESS:  Because they
11 made a commitment, and then they
12 changed their mind.
13         And the reason -- I want you
14 to understand why those numbers
15 are different.  My numbers are
16 loans purely received.  Hana,
17 unless she had the signed document
18 in hand, she wasn't counting it,
19 or unless she had the cash in
20 hand.
21         MR. LILIEN:  You included
22 them on a list signifying they
23 were, in fact, investors but yet
24 not had given the money?
25         THE WITNESS:  That list --

BRIAN MULLANEY - VOLUME II

1
2 the list with all the names where
3 you said this is your name, they
4 hadn't given their money and they
5 hadn't signed up.
6         They said they would, but
7 they never followed through.
8 BY MR. CURCHACK:
9     Q    Other than you, was there
10 anybody in that line $9.75 million of
11 impact loans who didn't make an impact
12 loan, not the total list but
13 9.75 million?
14     A    I don't know.  I don't know
15 the names.  I would say no.  Those
16 people are definite because it's in
17 the number.  Our total number started
18 out like 10 or above 10 and then came
19 down and settled around 9.7.
20         MR. LILIEN:  Can we turn to
21 page 11581-3.
22         THE WITNESS:  Yeah.
23         MR. LILIEN:  In your capped
24 language --
25         THE WITNESS:  Yeah.

BRIAN MULLANEY - VOLUME II

1
2         MR. LILIEN:  -- it says
3 total loan was 9.95 million,
4 wasn't it?
5         THE WITNESS:  Yeah.  I am a
6 little confused about what that
7 9.95 number is.
8         I meant total loans, plural,
9 was 9950, which would be the total
10 amount of all the loans -- impact
11 loans.
12         MR. LILIEN:  Including your
13 250?
14         THE WITNESS:  I don't
15 remember that part, but -- I don't
16 know.  I don't know if this was
17 before I decided not to do it or
18 not.
19         MR. LILIEN:  To the best of
20 your knowledge, how much was
21 raised through impact loans?
22         THE WITNESS:  I believe it
23 was this number, 9950.
24         MR. LILIEN:  The 9950
25 number?

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

BRIAN MULLANEY - VOLUME II

THE WITNESS: Yes.

MR. LILIEN: And where you say, again, in that same capped language section, "It was all from individuals, not foundations. They simply made the loans to personal foundations," can you explain the distinction you are making there is.

THE WITNESS: (Reviewing.)

I am saying that no professional foundations participated in this. I don't know why I am saying this or what I am answering. I would have to look at her question.

The Ford Foundation, Rockefeller -- those are foundations. ███████ gives us money from the ███████████, but they are individuals.

It's just a vehicle. That's what I was --

BRIAN MULLANEY - VOLUME II

MR. LILIEN: I understand that. They are both foundations, though?

THE WITNESS: No, they are. But their behavior is different. We treat them differently.

MR. LILIEN: In what ways do you treat them differently?

THE WITNESS: Because at the Ford Foundation you go and meet with a professional foundation person, foundation officer who makes the loans.

███████ knows me personally and his sister. I meet with his foundation. It's a rich individual giving money. So there's very different behavior.

MR. LILIEN: But in terms --

THE WITNESS: That is the point I am trying to make. I don't know why I am responding to some -- something Blue Rhodes.

See, it says total raised

BRIAN MULLANEY - VOLUME II

from foundations, total raised from individuals, underneath.

I am making the point that it was all individuals, and they simply -- most of them used foundations to do it as a vehicle.

MR. LILIEN: Do the checks come from the foundation or the individuals?

THE WITNESS: Yeah, it is the same as if it comes from a Fidelity donor-advised fund.

MR. LILIEN: No. A donor-advised fund --

THE WITNESS: The way we treated it --

MR. LILIEN: -- is a fund of a public charity. That's distinct from a foundation.

THE WITNESS: Okay.

I am talking the way we talked about these people.

A foundation to us was a foundation run by professional

BRIAN MULLANEY - VOLUME II

management and foundation officers and if you look at the 370 billion Americans give every year, only 3 or 4 percent come from foundations. We never spend any time on them -- very little time.

We spend time on individuals that give the 90 plus percent in America. Many of the big ones of them -- they all have foundations. I do Vanguard -- a Schwab donor-advised fund. It's just a vehicle. It's where the check comes from. It's meaningless in terms of the behavior of the donor.

MR. LILIEN: Why do you think it's important to point out the distinction between giving from individuals versus giving from foundations?

THE WITNESS: For us as an organization?

MR. LILIEN: Yeah.

37 (Pages 437 to 440)

1   BRIAN MULLANEY - VOLUME II
2        THE WITNESS:  Because we --
3   well, we learned this the hard way
4   raising money.  We don't solicit
5   foundations.  We solicit wealthy
6   individuals who may have a
7   foundation that they use, because
8   they give much more money.
9        And I found that by wasting
10  a lot of time, going to the Ford
11  Foundation and the Gates
12  Foundation and all -- Rockefeller
13  Foundation, all the big
14  foundations.
15       MR. LILIEN:  Again, why do
16  you think it's important to
17  distinguish for donors with
18  respect --
19       THE WITNESS:  This wasn't
20  for donors.  This was for my
21  staff.
22       MR. LILIEN:  I thought you
23  were responding to someone from
24  ███████.
25       THE WITNESS:  Well, this was

1   BRIAN MULLANEY - VOLUME II
2   from my team, I believe.  I don't
3   know if this went -- no, it didn't
4   go to her.  It was from my staff.
5        MR. LILIEN:  It was in
6   context of responding to questions
7   from ███████, who was
8   representing a donor.
9        THE WITNESS:  (Reviewing.)
10       How much was raised was
11  written by someone on my team, I
12  believe.  And she said -- she
13  wrote, total raised from
14  foundations, total raised from
15  individuals.  And I responded, no,
16  that's all coming from the
17  individuals.
18       Some of them just happen to
19  have foundations, and some of them
20  don't.
21       MR. LILIEN:  The purpose of
22  this response -- your
23  participation is to respond to
24  questions that were posed by a
25  representative of the donor?

1   BRIAN MULLANEY - VOLUME II
2        THE WITNESS:  Right.
3        MR. LILIEN:  Again, why
4   would it be important for you to
5   distinguish between individual
6   donors --
7        THE WITNESS:  Because it's
8   misleading.  Because they all came
9   from individuals that we knew for
10  a long time and who liked us.
11  None of them came from a
12  Rockefeller Foundation, so I
13  didn't --
14       MR. LILIEN:  Okay.
15       MR. CURCHACK:  Can you
16  please mark as Exhibit 30, a
17  letter dated April 23, 2014 from
18  Mr. Mullaney to Dear
19  ███████, which I believe to be ██
20  and ███████.
21       (Exhibit 30 is Marked.)
22  BY MR. CURCHACK:
23       Q    Do you recall sending this
24  letter?
25       A    (Reviewing.)

1   BRIAN MULLANEY - VOLUME II
2        Yes.
3        Q    And in the first numbered
4   paragraph, it says it helped us raise
5   an additional $2.5 million in impact
6   loans?
7        A    Yeah.
8        Q    The ███████ impact loan was
9   how much?
10       A    7.5.
11       Q    So if you added 2.5 to that,
12  that would be $10 million, right?
13       A    Yes, that's my 9950.
14       Q    Which included the 250,
15  which you actually never --
16       A    I don't know that.  I don't
17  think it did, but I don't know.
18       Q    Let's --
19       A    You should know that
20  WonderWork owes me over a million
21  dollars now.  Are you aware of that?
22       Q    We will come to your
23  compensation later.
24       A    Okay.
25       MR. CURCHACK:  I would like

1    BRIAN MULLANEY - VOLUME II
2  to mark -- I would like to ask the
3  court reporter to now mark as
4  Exhibit 31, a batch of letters
5  dated February 18, 2015.  The
6  production numbers are 8108
7  through 8122.
8        The first one is addressed
9  to ███████████████.
10       (Exhibit 31 is Marked.)
11 BY MR. CURCHACK:
12    Q    Do you recall sending these
13 letters?
14    A    Sure.  Looks familiar.
15    Q    This says it went out to all
16 eight of our impact loan donors.  So,
17 in fact, there were eight impact loan
18 donors?
19    A    I don't remember exactly.
20 Something in that neighborhood.
21    Q    Okay.
22       And if you look at the
23 first -- page 8109, 8111, which are
24 two different versions of the letter,
25 two different people says total impact

1    BRIAN MULLANEY - VOLUME II
2  loan amount $9,950,000, correct?
3    A    So to your question that
4  9950 included my 250, that I didn't
5  make, no, because I had withdrawn it
6  by then.  It was not part of that.
7        Just to clarify, you said
8  that 9950 includes loan you never
9  made.
10   Q    Yes.
11   A    The answer is no, it does
12 not, because here it is a year later.
13 It did not and it does not.
14   Q    So how do you explain in
15 Exhibit 29, Ms. Fuchs' statement that
16 these numbers include your $250,000
17 loan, which is not on the books?
18   A    (Reviewing.)
19       I do not know.
20   Q    Okay.
21       Let's now turn to page 8111,
22 please.  This is in Exhibit 31.  If
23 you look at the bottom, it says,
24 "Several of our impact loan supporters
25 have forgiven portions of their

1    BRIAN MULLANEY - VOLUME II
2  loans."
3        Do you see that?
4    A    Yes.
5    Q    And it says, "The hundred
6  thousand you've forgiven has already
7  been restricted to our surgery
8  programs."
9        Do you see that?
10   A    Yes.
11   Q    So this would seem to
12 indicate that a hundred thousand
13 dollars was forgiven from the loan and
14 that included in -- restricted to
15 surgery?
16   A    Converted to donation.
17   Q    So that would have gone to
18 grants?
19   A    Yes.
20   Q    Okay.
21       If you go to page 81113,
22 where it says, again, at the bottom,
23 "A hundred thousand you've forgiven
24 has already been restricted to our
25 surgery programs.  This hundred

1    BRIAN MULLANEY - VOLUME II
2  thousand dollars would also have gone
3  to surgeries."
4    A    It should have, yes.
5    Q    And if you go to page 8115.
6    A    (Reviewing.)
7    Q    It's a letter addressed to
8  ███████████.  It says, "The
9  hundred thousand you've forgiven has
10 already been restricted to our surgery
11 programs."
12   A    Yes.
13   Q    "This hundred thousand
14 dollars also would have gone to
15 grants."
16   A    Yes, it should have.  Yes.
17   Q    Okay.
18       Who is ███████████?
19   A    He's my father.
20   Q    Okay.
21       Who is Blackbird Consulting,
22 if you know?
23   A    I don't know.  Doesn't ring
24 a bell.
25   Q    Does the name ███████████

1    BRIAN MULLANEY - VOLUME II
2    ████████ ring a bell?
3         A    Yes, I believe she works
4    with ████████.
5         Is she from California?
6    Q    I don't know.
7    A    Okay.
8         Actually, I don't know.
9         MR. LILIEN:  Let me ask you
10   one question.
11        Turn to page 8118.
12        THE WITNESS:  8118?
13        MR. LILIEN:  8118.
14        THE WITNESS:  Okay.
15        MR. LILIEN:  On the bottom,
16   it talks about interest accrued.
17        THE WITNESS:  Yes.
18        MR. LILIEN:  $6,000 based on
19   $300,000 loan only.  Can you
20   explain that?
21        THE WITNESS:  (Reviewing.)
22        On -- he gave a -- this is
23   ████████.  He gave a $300,000
24   loan and then he promised another
25   one, so we probably had only

1    BRIAN MULLANEY - VOLUME II
2    received the $300,000 one, and
3    that was the 2 percent based on
4    that.
5         So the original loan amount
6    was a commitment for 500,000, and
7    you can see there's a one-year
8    difference between the payback
9    schedule.
10        MR. LILIEN:  Did you receive
11   the difference of the $300,000?
12        THE WITNESS:  I think so.
13        MR. LILIEN:  Would the $9.95
14   million listed on page 8109
15   include the $200,000?
16        THE WITNESS:  I have no
17   idea.
18        MR. LILIEN:  Brian, the
19   total of these loans that we just
20   calculated, $9.7 million, with
21   these eight donors listed here --
22        THE WITNESS:  Okay.
23        MR. LILIEN:  -- aside from
24   your $250,000, is there anyone
25   else that may have been included,

1    BRIAN MULLANEY - VOLUME II
2    anyone else who had given $250,000
3    loan?
4         THE WITNESS:  No, I think
5    this would be it, and my 250 would
6    be -- so I am wrong saying my loan
7    would have been out of that.
8         I'm sorry.  I was wrong.
9    BY MR. CURCHACK:
10        Q    Did ████████ make an impact
11   loan?
12        A    Yes, she did.
13        MR. CURCHACK:  I would like
14   to mark as the next Exhibit 32, a
15   document dated February 11, 2014,
16   and it's production number WON
17   07840.
18        (Exhibit 32 is Marked.)
19   BY MR. CURCHACK:
20        Q    Do you recall seeing this
21   proposal?
22        A    (Reviewing.)
23        Not really, but I understand
24   it.
25        Q    Okay.

1    BRIAN MULLANEY - VOLUME II
2         Well, this says 80 percent
3    of total loan, $800,000 to be used to
4    help pay for surgeries and treatments
5    during the term of the loan?
6         A    Right.
7         Q    Did, in fact, ████████
8    request that 80 percent of her loan
9    proceeds be used to help pay for
10   surgeries?
11        A    I don't remember this part,
12   but I do know she received the same
13   solicitation everyone else did that we
14   just reviewed that said we need money
15   for direct mail.
16        I had dinner with her.  She
17   said yes.  And then it took four,
18   five months, as I recall, going back
19   and forth with her lawyers, which
20   Karen did, to finalize the loan and
21   they may have said, we will give you
22   the loan, but we want the money to go
23   for surgeries and we said yes.
24        Q    Okay.
25        If, in fact --

40  (Pages 449 to 452)

BRIAN MULLANEY - VOLUME II

1
2       A    I don't remember discussing
3    that.
4       Q    If, in fact, the loan had
5    said that, then the $800,000 would
6    have gone to pay for grants; is that
7    correct?
8       A    And not direct mail?
9       Q    Yes.
10      A    Yes, it should have.
11      Q    Okay.
12           Now, in the reports -- I
13   would like to go back to the
14   April 23rd letter to [REDACTED]
15   [REDACTED].
16      A    31?
17      Q    I think it is Exhibit 31.
18           (Reviewing.)
19           No, it's Exhibit 30.
20           (Whereupon a Discussion is
21   Held Off the Record.)
22   BY MR. CURCHACK:
23      Q    Yeah, Exhibit 30.  Sorry.
24      A    (Reviewing.)
25           Okay.

BRIAN MULLANEY - VOLUME II

1
2       Q    Now, the total number of
3    impact loans that you referred to
4    included [REDACTED] loans, correct?
5       A    Yes.
6       Q    So in calculating these
7    statistics in this letter, when you
8    calculated the costs per donor
9    resulting from the loans, did you
10   include the [REDACTED] loan in that
11   calculation?
12      A    (Reviewing.)
13           Well, we only spent 2
14   million of the impact loans here.
15      Q    I see.  Okay.
16           Thank you.
17           MR. LILIEN:  Brian, I just
18   want to clarify one point you
19   mentioned before.
20           When Walter asked you about
21   the [REDACTED] loan, you said she would
22   have received the same
23   solicitation materials.
24           THE WITNESS:  Yes.
25           MR. LILIEN:  Were you

BRIAN MULLANEY - VOLUME II

1
2    referring to the impact loan
3    updates, the set of eight we were
4    just talking about?
5           THE WITNESS:  Well, I was
6    referring to the original pitch.
7    But, yes, she would have received
8    those.  Also I actually was kind
9    of surprised to see the [REDACTED]
10   thing, but I may have seen it and
11   approved it.
12           MR. LILIEN:  Just so I
13   understand, she would have
14   received the original solicitation
15   materials, but her lawyers then
16   negotiated a different arrangement
17   for her?
18           THE WITNESS:  I am guessing
19   that, with Karen -- we had a very
20   difficult time going back and
21   forth with her folks, but then she
22   would have kept receiving these.
23           MR. LILIEN:  Why did you
24   have a difficult time, since you
25   raised it?

BRIAN MULLANEY - VOLUME II

1
2           THE WITNESS:  I don't know.
3    I don't think they liked the idea.
4    They never -- five years ago,
5    impact loans, no one ever heard of
6    them.  They were kind of suspect,
7    and [REDACTED], she is a very big
8    person.
9           Poor Karen had to go back
10   and forth for months with them.
11           MR. CURCHACK:  Okay.
12           I would like to ask the
13   reporter to mark as Exhibit 33, a
14   document entitled "Declaration in
15   Opposition to HelpMeSee's Motion
16   to Appoint a Trustee," and this is
17   from the docket in the WonderWork
18   bankruptcy case.  That is docket
19   number 59.
20           (Exhibit 33 is Marked.)
21   BY MR. CURCHACK:
22      Q    Mr. Mullaney, have you ever
23   seen this before?
24      A    I don't think so.
25      Q    Do you know who prepared it?

41 (Pages 453 to 456)

BRIAN MULLANEY - VOLUME II

1
2    A    I have no idea.
3    Q    Okay.
4        MR. CURCHACK:  I would like
5    to now mark as the next exhibit a
6    letter dated February 16, 2017,
7    from ███████████████
8    ██  ████████████████████████,
10    dated February 16, 2017.  It bears
11    production number 0240289 through
12    5.
13        (Exhibit 34 is Marked.)
14    BY MR. CURCHACK:
15    Q    Okay.
16        We have another.  We will
17    actually mark a different copy, which
18    is on the docket of the bankruptcy
19    case, Docket 61-7, as Exhibit G.
20        Do you recall seeing this
21    letter before?
22    A    I knew about it, but, no, I
23    don't remember reading it.
24    Q    Do you recall who drafted
25    this letter?

BRIAN MULLANEY - VOLUME II

1
2    A    No.
3    Q    Okay.
4        MR. CURCHACK:  Okay.  I
5    would like to mark now as
6    Exhibit 35, an e-mail dated
7    September 12, 2013, from you to
8    Hana Fuchs, and it's part of the
9    thread.  It is production number
10    is 012040.
11        (Exhibit 35 is Marked.)
12    BY MR. CURCHACK:
13    Q    Do you recall this e-mail
14    thread?
15    A    Yep.
16    Q    I notice at the bottom
17    there's an -- the bottom of the first
18    page, there's an e-mail from Ted
19    Dysart to Hana Fuchs.
20        Who is Ted Dysart?
21    A    He's a board member -- he's
22    one of our founding board members.
23    Q    Okay.
24        I will read it.  It says, "I
25    remiss in not having sent this note to

BRIAN MULLANEY - VOLUME II

1
2    you earlier.  At the June board
3    meeting, the independent directors
4    approved a year-end performance bonus
5    of $250,000 for Brian.  Brian shared
6    with us that he's reinvesting this in
7    WonderWork as part of our impact loan
8    program."
9        Do you see that?
10    A    Hm-hm.
11    Q    And did you, in fact, tell
12    Mr. Dysart that you were going to be
13    lending your bonus to WonderWork?
14    A    Yep.
15    Q    And did you lend your bonus
16    to WonderWork?
17    A    Yes, I did.
18    Q    I thought you said you
19    didn't make the impact loan.
20    A    Well, I didn't formalize it
21    as an impact loan, but WonderWork owes
22    me $700,000.  That probably includes
23    this money for salary I didn't take,
24    in addition to 400,000 that I gave
25    back.

BRIAN MULLANEY - VOLUME II

1
2        So that's 1.1 million.  And
3    then for this year, WonderWork owes me
4    like $600,000.  So somewhere in there
5    is that 250 grand, I believe.
6        I don't remember exactly
7    when I decided not to make it a loan.
8    It could have been in six months or a
9    year.  I don't remember.  I could go
10    find out for you, if it's important
11    for you.
12    Q    Well, the e-mail -- Hana
13    responds to Ted.  "Just to clarify,
14    the bonus is to be paid out in
15    July 2013 for fiscal year '14 and
16    booked as an impact loan from Brian."
17        Is that correct?  This
18    was --
19    A    It was never paid out
20    because of my thing above.  I never
21    took it.
22    Q    Okay.
23        But it was included in those
24    lists of e-mails that -- sorry, list
25    of impact loans that you -- in that

BRIAN MULLANEY - VOLUME II

1       list of impact loans?
2          A    Yes.
3             MR. CURCHACK:  Okay.
4          Could we please mark as the
5          next exhibit, another e-mail
6          thread, which appears with the
7          document production number 12053,
8          and it's a two page e-mail.
9             (Exhibit 36 is Marked.)
10      BY MR. CURCHACK:
11         Q    And do you recall sending
12      this e-mail?
13         A    Yes.
14         Q    And this appears to be a
15      response to the same e-mail that we
16      read earlier where Hana wrote,
17      "Thanks, Ted.  Just to clarify."
18            Is that correct?
19         A    Yes.
20         Q    And could you read this
21      e-mail into the record, please?
22         A    "Hana, I wish you hadn't
23      sent this e-mail.  Please do not ever
24      again send the board an e-mail without

BRIAN MULLANEY - VOLUME II

1       running it by me first.  We can
2       discuss on Monday."
3          Q    Why did you send this e-mail
4       to Hana?
5          A    Because I was upset that she
6       hadn't discussed it with me before she
7       sent it, because I didn't want to be
8       paid out.  I wanted the charity to
9       keep the money and --
10         Q    But if you were making an
11      impact loan, the charity would have
12      received the money, wouldn't they
13      have?
14         A    No, they wouldn't.  Half of
15      the money would have gone to taxes.
16         Q    Could you elaborate on what
17      you mean by that?
18         A    This bonus is to be paid out
19      on July 13th, so she gives me
20      $250,000, and the government -- I pay
21      taxes on it, and WonderWork pays
22      workman's comp and all that on it and
23      it cuts the money in half.
24            So it's much better for the

BRIAN MULLANEY - VOLUME II

1       charity to keep $250,000 of my pay,
2       not pay taxes on it, and it ends
3       better for me.
4             You know, for me to take
5       money out of a charity and then give
6       it back to it is really not very
7       useful because I am paying taxes on
8       monies that are just going to do a
9       roundtrip to the charity.
10         Q    Okay.
11            I may have asked you this
12      before, but I don't recall the answer.
13            Did Copilevitz & Canter set
14      up a foundation for any of the impact
15      lenders, if you recall?
16         A    I think they did.  We
17      offered them as a resource to our
18      donors to make it easy for them.
19         Q    And if they did, who would
20      have paid?
21         A    The donors would have, I
22      believe.  I don't remember, but I
23      think the donors would have paid the
24      fee.  I believe $3,000 or something

BRIAN MULLANEY - VOLUME II

1       like that.
6          Q    Okay.
7          A    He might have.
8             THE REPORTER:  37.
9             (Exhibit 37 is Marked.)
10      BY MR. CURCHACK:
11         Q    The next exhibit will be
12      Exhibit 37, and it's an e-mail from
13      Greg Lam to Karen Lazarus, Brian
14      Mullaney and Hana Fuchs dated June 25,
15      2013.  It bears production numbers
16      33625-1 and -2.

43 (Pages 461 to 464)



BRIAN MULLANEY - VOLUME II

6   A   Yes.
7   Q   Could you just share with us
8  what your thinking on the subject was.
9   A   The impact loans were the
10 best thing -- one of the best things
11 we ever did.  We wouldn't be here if
12 we didn't get that support from those
13 donors and we didn't get
14
15        We would have had, just as I
16 pointed out, plenty of money -- enough
17 money to pay them back if we hadn't
18 gone bankrupt, so we had the money to
19 pay them back and we had hoped to have
20 much more money so that -- you know,
21 when you have a lot of money as a
22 charity, you earn money from your
23 interest and you earn money from
24 bequests and stuff like that.
25        And it wouldn't have been

BRIAN MULLANEY - VOLUME II

1
2  anything like a Ponzi scheme.  There's
3  been a tremendous amount of publicity
4  about impact loans recently in the
5  newspaper, and nobody is calling them
6  "Ponzi schemes."
7        They are very popular.  They
8  are very effective, and we were a
9  perfect candidate for it, and we did a
10 very good job with it.
11   Q   What do you think he was
12 referring to when he used the term?
13   A   He was referring to taking
14 money from one donor and giving it to
15 another.
16   Q   Hm-hm.
17   A   But there's a big
18 difference.  If we had 500,000, a
19 million donors supporting us, you
20 know, we could take a portion of that
21 money and pay debt, just like any
22 charities do, where charities take out
23 mortgages, charities pay rent and all
24 that stuff.
25        So it's just a question of

BRIAN MULLANEY - VOLUME II

1
2  how successful we were.  We are not as
3  successful as we plan to be when we
4  got these loans, but we had no idea we
5  were going to be getting sued and
6  harassed and destroyed by Charles
7  Wang, so it's been a hard road.
8        Q   But the assumption in your
9  mind all along was that it would be
10 subsequent donations that would be
11 used to repay the impact loans unless
12 they were forgiven?
13   A   A portion, yes.  And
14 interest earned, yes.  Plus we have a
15 lot of billionaires that support us,
16 people that could write a check for
17 ten or 50, a hundred million dollars.
18                         has no
19 children.  He told me on one of my
20 trips, Brian, you have to help me when
21 I retire.  I am going to have
22 $3 billion.  I don't know what to do
23 with it.
24        So I have had hopes of him,
25 so we have plenty of things going on

BRIAN MULLANEY - VOLUME II

1
2  that we could have repaid the loans
3  from.
4        MR. LILIEN:  Brian, I just
5  want to talk a moment -- aside
6  from            --
7        THE WITNESS:  Yeah.
8        MR. LILIEN:  -- just
9  focusing on your major donors.
10       I think yesterday you
11 mentioned a hundred thousand
12 dollars or more for WonderWork.
13       THE WITNESS:  Right.
14       MR. LILIEN:  Who else
15 besides              -- what other
16 major donor besides
17 would have given you money for
18 unrestricted purposes?
19       THE WITNESS:
20                         .  I
21 spent two hours with him a year
22 ago.  His              gives 500
23 million a year.  He was supporting
24 me for 10 years at Smile Train,
25 and I finally met him last

44  (Pages 465 to 468)

1   BRIAN MULLANEY - VOLUME II
2   December or a year ago December,
3   and he took his $50,000 a year to
4   us up to 450,000.  He's one guy.
5       MR. LILIEN:  Stop right
6   there.
7       Is that from him personally
8   or his foundation?
9       THE WITNESS:  From his
10  foundation.
11      MR. LILIEN:  His
12  $500 million foundation?
13      THE WITNESS:  He's got a
14  billion-dollar foundation.  It's
15  huge.
16      MR. LILIEN:  How large is
17  ████████ foundation?
18      THE WITNESS:  I don't know.
19  It's Swiss.  We don't have
20  access.
21  ████████████████████ in
22  Texas love us.  They know what we
23  are doing.  They gave me 500 grand
24  the first meeting I had with them,
25  and they gave us another 450 for

1   BRIAN MULLANEY - VOLUME II
2   the thing.  They are billionaires
3   that we could, if we needed to, go
4   to and say --
5       MR. LILIEN:  I don't mean to
6   interrupt you.  I am not asking if
7   you could go to them.  I'm asking
8   which donors -- major donors had
9   given you funds for unrestricted
10  purposes and you mentioned the
11  ████████.
12      Would you consider them or
13  their foundation a major donor who
14  has given you funds to be used for
15  unrestricted?
16      THE WITNESS:  Yes, they gave
17  us half a million for
18  unrestricted, and an additional
19  450,000 for an IT project.
20      MR. LILIEN:  Is this the
21  same ████████ --
22      THE WITNESS:  ████████████
23  was restricted for Zimbabwe.
24      MR. LILIEN:  Is this the
25  same ████████████ that we

1   BRIAN MULLANEY - VOLUME II
2   reviewed the report for yesterday
3   where you had told them their
4   $500,000 was put to immediate use
5   for surgeries?
6       THE WITNESS:  Yes.  Yes.
7       MR. LILIEN:  And --
8       THE WITNESS:  But that was
9   my decision.  They gave me 500,000
10  at Christmas, and I said to my
11  staff, let's really impress them.
12  Let's put this all towards
13  surgeries.  Let's do it quickly,
14  so I can fly back down in six
15  months and show them what good we
16  did with it.
17      MR. LILIEN:  Is it the
18  ████████████████████?
19      THE WITNESS:  ████████
20  ████████████████████.
21      MR. LILIEN:  ████████
22      THE WITNESS:  That was
23  restricted by him.
24      MR. LILIEN:  By him?
25      THE WITNESS:  For Zimbabwe.

1   BRIAN MULLANEY - VOLUME II
2       MR. LILIEN:  Again, looking
3   in the last, say, two years --
4       THE WITNESS:  Yes.
5       MR. LILIEN:  -- of your
6   major donors, putting aside what
7   we talked about now, and putting
8   aside ████████ --
9       THE WITNESS:  Yeah.
10      MR. LILIEN:  -- what other
11  major donors?
12      THE WITNESS:  That kind of
13  money?
14      MR. LILIEN:  -- would have
15  given you a substantial grant for
16  unrestricted purposes?
17      THE WITNESS:  ████████████
18  gave us a million dollars last
19  fall or last June '16, one of our
20  board members.
21      MR. LILIEN:  A grant?
22      THE WITNESS:  He rescinded
23  the grant after the bankruptcy,
24  but it was a follow-up of a
25  million he had given us before

1      BRIAN MULLANEY - VOLUME II
2  when we launched WonderWork.
3          MR. LILIEN:  Had you
4  received the grant?
5          THE WITNESS:  The first one,
6  yes.
7          MR. LILIEN:  How much was
8  that?
9          THE WITNESS:  A million.
10         MR. LILIEN:  When did you
11 receive it?
12         THE WITNESS:  So it was the
13 second million.
14     2011, when we started.
15         MR. LILIEN:  Again, in the
16 last two years, which grants have
17 you received by major donors for
18 unrestricted purposes?
19         THE WITNESS:  Well, ████
20 That is a year ago.
21         MR. LILIEN:  I thought --
22         THE WITNESS:  That was the
23 second grant.
24         MR. LILIEN:  The first grant
25 was in 2011?

1      BRIAN MULLANEY - VOLUME II
2          THE WITNESS:  Around there,
3  yeah.
4          MR. LILIEN:  The second
5  grant was when?
6          THE WITNESS:  June 2016.
7          MR. LILIEN:  Was the money
8  for that grant received?
9          THE WITNESS:  No, because of
10 the bankrupcy.
11         MR. LILIEN:  Again, putting
12 aside the reasons why it wasn't
13 received, which major donors in
14 the last two years would you
15 had -- did you receive grants from
16 that were allowed to be used for
17 unrestricted purposes?
18         THE WITNESS:  Well, if you
19 look at our WonderWork donations,
20 we got two million from ████
21 but we raised another three
22 million a year or four from other
23 WonderWork donors -- three or four
24 million every year.
25 BY MR. CURCHACK:

1      BRIAN MULLANEY - VOLUME II
2      Q    If I can ask a question
3  here, starting in mid-to-late 2016 --
4      A    Yeah.
5      Q    -- did you not add a line to
6  all of your mailings, including to
7  WonderWork donors, that a hundred
8  percent of their donations would go to
9  surgeries or surgery programs?
10     A    Right.
11     Q    So would you consider those
12 unrestricted funds?
13     A    Starting then, yes.
14         MR. LILIEN:  Unrestricted or
15 restricted?
16         THE WITNESS:  No,
17 restricted.  It would have said on
18 the stationery.
19     We started that in
20 September.
21 BY MR. CURCHACK:
22     Q    So starting in, let's say,
23 September of 2016, what is the source,
24 other than ████ -- other than
25 ████, of unrestricted donations

1      BRIAN MULLANEY - VOLUME II
2  to WonderWork in any of its forms?
3      A    Well, we were making -- we
4  would have made two or $3 million this
5  year of the stock market, but we lost
6  it because of the bankruptcy.
7      They made us take all our
8  money out of the stock market, and we
9  would have made two or three million
10 right there.
11     Q    Who made you take the money
12 out of the stock market?
13     A    The court.
14     Q    Didn't, in fact, the board
15 suggest in October that you --
16 October 2016, that you put your money
17 into more conservative investments?
18     A    Yes.
19     Q    And didn't you do it then?
20     A    No, we didn't.  We didn't
21 have the meeting on it.  It was
22 brought up, and Steve Rappaport was
23 going to meet.  We were creating an
24 investment committee, which hadn't
25 met, and then when we got the

BRIAN MULLANEY - VOLUME II

1   BRIAN MULLANEY - VOLUME II
2  bankruptcy notice, I immediately
3  pulled it out -- out of caution, and
4  then we hired our lawyers and we said,
5  well, this is ridiculous because --
6  well, I asked is it okay if we
7  reinvest it where it was.
8        They said yes.  We
9  reinvested it.  HelpMeSee went crazy.
10  They said put it in a treasury bill,
11  and we lost $2 million because of
12  that.
13     Q    If I told you the United
14  States trustee has a policy of
15  requiring all debtors to invest its
16  money in certain types of investments
17  and that Vanguard is not one of those
18  recognized investments, would that
19  refresh your recollection as to why
20  the money is now being held in a bank
21  account?
22     A    Well, you are a bankruptcy
23  lawyer.  You know much more than I do.
24  But a bankruptcy lawyer told me I was
25  free to invest in Vanguard.

1   BRIAN MULLANEY - VOLUME II
2        Number 2, I was also told
3  Bernstein makes exceptions all the
4  time, Judge Bernstein, who was the
5  judge at that point in time, so I just
6  did what I was told.
7        MR. LILIEN:  Brian, I want
8  to make sure before we get off
9  this topic, aside from Mr.
10  ███████ gift --
11        THE WITNESS:  Yeah.
12        MR. LILIEN:  -- and aside
13  from returns from the market --
14        THE WITNESS:  Right.
15        MR. LILIEN:  -- what else
16  were you -- what other sources of
17  unrestricted funding did you have
18  available to you beginning, you
19  know, in July -- June or
20  July 2016?
21        THE WITNESS:  I don't know.
22  We didn't have to repay it then.
23  You know, I have the
24  ████████████████████
25  ███████  We were at our best

1   BRIAN MULLANEY - VOLUME II
2  share ever.  We raised more money
3  than ever.  We were going up and
4  up.
5        I wasn't sitting around
6  saying how am I going to pay back
7  these loans.  I was very confident
8  because we had $21 million in the
9  bank.
10        We were in a very strong
11  position, and I wasn't worried
12  about it.
13        MR. CURCHACK:  It's 20 after
14  12 -- off the record.
15        (Whereupon a Discussion is
16  Held Off the Record.)
17        MR. LILIEN:  Back on the
18  record.
19        THE WITNESS:  Plus I had
20  every nickel to repay those loans
21  in the bank in September 2016.  I
22  had every nickel to repay them.
23        You are saying how are you
24  going to repay the loans.  I could
25  have written a check on

1   BRIAN MULLANEY - VOLUME II
2  September 16th, two years early to
3  repay the loans.
4        So I was very confident that
5  we could go forward and would
6  easily be in a position to repay
7  them in 2018 and 2019.
8  BY MR. CURCHACK:
9     Q    What was your understanding
10  in September 2016 as to what
11  percentage of those funds in the bank,
12  as you put it, were restricted as
13  opposed to unrestricted?
14     A    I had no idea, really.  But
15  I did know we had 21 million, and we
16  had 10 million to repay our impact
17  loan liabilities.
18        And from the minute we got
19  the loans, we knew we had to repay
20  them, and we were paranoid about
21  saying sorry, guys, to our best
22  donors, we don't have your money.
23        So even from the beginning,
24  we were very conservative and cautious
25  with what we would dip into.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

1      BRIAN MULLANEY - VOLUME II
2      MR. LILIEN:  Just to be
3 clear, in September 2016, you had
4 at least $10 million to repay --
5 of unrestricted funds to repay the
6 loans?
7      THE WITNESS:  Yes.
8      MR. LILIEN:  Okay.
9      THE WITNESS:  Yes.  Well, we
10 know now too, because we have been
11 audited, we have 21 million.  Our
12 number today of restricted money,
13 I believe, is 9.9, right.
14     We have been forced to pay 2
15 million in legal fees, you know.
16 So, yeah, we were right there or
17 about there.
18     And ███████████ cut back
19 the 2 million because of the
20 bankruptcy, as all of our donors.
21 So we had 2 and a half million
22 come in post-bankruptcy.  We have
23 such strong support from our
24 donors.
25     Many of our big donors are

1      BRIAN MULLANEY - VOLUME II
2 holding back.  We were in a very
3 good position then and would be in
4 a better position if we hadn't had
5 this arbitration decision.
6 BY MR. CURCHACK:
7    Q   Two more questions on the
8 impact loans and then we can break.
9     One, to your best knowledge,
10 all of the impact loan money, with the
11 possible exception of the ███ funds,
12 were spent on mailers and direct mail?
13    A   Yes.
14    Q   And all of that direct mail
15 was addressed to the DBAs?
16    A   Was used on behalf of DBAs?
17    Q   Yes.
18    A   I believe so, yes.
19      MR. LILIEN:  One last thing
20 from me.
21     You mentioned you never
22 formalized the impact loan.
23      THE WITNESS:  For myself.
24      MR. LILIEN:  For yourself.
25      THE WITNESS:  Yeah, I didn't

1      BRIAN MULLANEY - VOLUME II
2 want the 3 percent interest.
3      MR. LILIEN:  Did you ever
4 enter into any loan agreements
5 with the board in which you
6 provided a loan to WonderWork?
7      THE WITNESS:  No, I just let
8 it sit -- left it with the
9 money -- with the charity.
10     I did that for 10 years at
11 Smile Train and auditors approved
12 it.  I did it for six years at
13 WonderWork and KPMG approved it.
14     JJ Coneys, who was chair of
15 the audit committee, was well
16 aware of it, and he approved it.
17 It was a great way for me to help
18 the charity, you know, which I
19 believed in.
20     It is like my baby, and
21 especially through difficult times
22 when we're living hand to mouth,
23 and that's why I did it.
24      MR. LILIEN:  Who was living
25 hand to mouth?

1      BRIAN MULLANEY - VOLUME II
2      THE WITNESS:  WonderWork
3 was, because we had lawsuit after
4 lawsuit and threat, and -- two
5 weeks after we went into
6 bankruptcy, Kaye Scholer
7 threatened us again with a new
8 lawsuit.
9     It's been a seven-year
10 nightmare, and that's why I did
11 it.
12      MR. CURCHACK:  Let's take a
13 break.
14     (Whereupon a Recess
15 Commenced at 12:21 and Testimony
16 Recommenced at 1:10.)
17 BY MR. CURCHACK:
18    Q   Back on the record.
19    A   Can I clarify some of the
20 comments because I get excited and
21 talk fast.
22     The DBA money went
23 towards -- I think I said surgeries,
24 but I meant surgery programs as well.
25 I don't know if I said that, but

1      BRIAN MULLANEY - VOLUME II
2  surgeries -- and surgery programs.
3          The Haefner money was used
4  for overhead and for matching gifts.
5          MR. LILIEN:  Brian, you said
6  throughout yesterday and today
7  that when we talk about surgery,
8  surgery programs, you're talking
9  about grants.
10         I want to make sure, are you
11 now changing --
12         THE WITNESS:  About grants?
13         MR. LILIEN:  Making
14 grants -- many people give money
15 to surgery for surgery-to-surgery
16 programs.
17         You are talking about making
18 grants to your partner hospitals.
19         Is that still your position?
20         THE WITNESS:  Yes.
21         MR. LILIEN:  Okay.
22         THE WITNESS:  Finally, I got
23 all excited, but I remember
24 there's interest on those impact
25 loans, so I don't know that we had

1      BRIAN MULLANEY - VOLUME II
2  enough in the bank to pay them
3  back in September.
4          I do know we had a lot.  I
5  would have been very confident we
6  could have paid a hundred percent
7  of what we owed back when they
8  came due.
9          That's all.
10 BY MR. CURCHACK:
11     Q   Do you know -- scratch that.
12         WonderWork is a Delaware
13 non-profit corporation; is that
14 correct?
15     A   Yes.
16     Q   Do you know whether
17 WonderWork has any members?
18     A    Oh, that is a good question.
19         Steve Rappaport came on our
20 board 2016.  He's an excellent lawyer,
21 and he said our bylaws were a mess.
22 And he revised them, and I think he
23 got rid of the member part of the
24 bylaws.  That's all I remember.
25         MR. LILIEN:  In what

1      BRIAN MULLANEY - VOLUME II
2  capacity -- did Mr. Rappaport make
3  those changes?
4          THE WITNESS:  Yes, and the
5  board approved them.
6          MR. LILIEN:  Is Mr.
7  Rappaport a lawyer familiar with
8  non-profit law?
9          THE WITNESS:  I believe so.
10 He's very active and raised a ton
11 of money, and he's on the Credit
12 Suisse board.
13         MR. LILIEN:  When Mr.
14 Rappaport was working on this, was
15 he acting in his role as a board
16 member or acting in his role as an
17 outside lawyer?
18         THE WITNESS:  Oh, I don't --
19 he made the comments when I
20 invited him to come on the board,
21 and he sent me some scribbles and
22 then he helped us re-write the
23 boards after he came on and was a
24 director.
25         MR. LILIEN:  Are you

1      BRIAN MULLANEY - VOLUME II
2  aware -- do you know whether
3  non-profit corporations in
4  Delaware must have members?
5          THE WITNESS:  I have no
6  idea.
7  BY MR. CURCHACK:
8      Q   Does WonderWork have
9  officers and directors insurance?
10     A   D&O, yes.
11     Q   Has it always had D&O?
12     A   I believe so, yes.
13     Q   Do you know what the policy
14 limit is?
15     A   No.
16     Q   Do you know if the policy
17 limit ever changed?
18     A   I doubt it.
19     Q   Do you know -- you told us
20 yesterday that a claim was made with
21 respect to the legal fees in
22 connection with the Smile Train
23 litigation, which was turned down.
24     A   A claim was not made.  We
25 discussed it, and I believe we were

BRIAN MULLANEY - VOLUME II

1  told that -- we were accused of fraud,
2  and when fraud is involved, D&O is
3  invalid.
4      Q   Okay.
5          Those discussions were with
6  the insurance company?
7      A   No, they are with our
8  lawyers.
9      Q   Do you know whether your
10 lawyer spoke to the insurance company?
11     A   I don't think they did.
12     Q   Okay.
13         And has any claim been made
14 against any D&O insurance policy since
15 then?
16     A   Not that I am aware of, no.
17     Q   Okay.
18         Who keeps records of the
19 board meetings?
20     A   I write the minutes and
21 Karen helps me clean them up and I
22 circulate them to the board members,
23 get their comments and then we review
24 and approve them at the next board

BRIAN MULLANEY - VOLUME II

1  meeting.
2      MR. CURCHACK:  I would like
3  to mark the next two exhibits.
4  The first is three pages of typed
5  notes.  The production number
6  010614 through 16.  It says at the
7  top "WonderWork Board Minutes
8  October 2016."
9      (Exhibit 38 is Marked.)
10     MR. CURCHACK:  And the next
11 is going to be a package of a
12 number of documents, which we
13 believe to be a complete set of
14 the minutes of the board of
15 directors of Surgery for the Poor
16 and WonderWork starting with the
17 April 11, 2012, board meeting and
18 running through the December 6,
19 2016, board meeting.
20     These bear production
21 numbers 1251 through 1304, and as
22 I said, I believe these are --
23 these have been produced to us as
24 the complete set of board minutes.

BRIAN MULLANEY - VOLUME II

1  Through some error if something is
2  missing, I would just ask counsel
3  to --
4      MR. TRIVIGNO:  I believe
5  that they are complete.
6      (Exhibit 39 is Marked.)
7  BY MR. CURCHACK:
8      Q   Do you recognize Exhibit 38?
9      A   (Reviewing.)  I think I do.
10     Q   And what is it?
11     A   (Reviewing.)
12         It's notes I took from the
13 board meeting.
14     Q   So these are your notes
15 typed up?
16     A   I believe so.
17     Q   Do you take your notes on
18 the laptop or by hand?
19     A   Both -- not both.
20 Either-or.
21     Q   Okay.
22         Do you recall in this case
23 whether these were typed copies of
24 your handwritten notes or actually

BRIAN MULLANEY - VOLUME II

1  things typed in?
2      A   I don't remember.
3      Q   Okay.
4          If you could turn to -- in
5  Exhibit 39, starting at page 1300.
6          Does that look familiar, the
7  next four pages?
8      A   Yep.
9      Q   And what are those?
10     A   This is the draft that went
11 out to the board and was approved.
12     Q   And so between the notes
13 that are Exhibit 38 and final minutes,
14 which are included in Exhibit 39, in
15 the normal case, what would be the
16 process of turning the notes into the
17 final minutes?
18     A   Karen would help me
19 elaborate on this, and we would talk
20 about it and I would start with this
21 nucleus and then fill it in.
22     Q   Okay.
23         Now, if you go to page 4 of
24 the final board minutes.  It's number

BRIAN MULLANEY - VOLUME II
1 1303.
3     A    Yes.
4     Q    This would seem to suggest
that as of the October board meeting,
the portfolio, which I assume means
WonderWork's investments --
8     A    Yeah.
9     Q    -- rests in Vanguard total
stockmarket ETF.
      Is that your recollection?
12     A    Yes.
13     Q    And prior to the bankruptcy
filing, do you believe those funds
stayed in that account at least until
the date of the bankruptcy filing?
17     A    Yes -- no, no, no, not until
the bankruptcy filing. Until the
claim. Until we lost. When we lost
the arbitration, I got a threatening
letter from HelpMeSee, all the board
members.
23     We didn't know what to do.
We were scrambling to find lawyers. I
immediately converted it to cash just

BRIAN MULLANEY - VOLUME II
to be safe. I didn't know what to
expect. So that's what I did. We
didn't go into bankruptcy until
December 29th.
6     Q    Okay. Thanks.
7     MR. LILIEN: When you
      converted it to cash, you said you
      wanted to be safe.
10     What did you mean by that.
11     THE WITNESS: I didn't want
      the market to crash the next day
      and say they lost money and then
      sue me for that.
15     I just said, I want to be
      very conservative and I called
      Hana right away and said call
      Vanguard and liquidate that
      account, which she did.
20 BY MR. CURCHACK:
21     Q    You say "liquidate the
account." You mean put it into --
23     A    Yes. I didn't mean close
the account. I meant get it out of
the ETF and leave it in the --

BRIAN MULLANEY - VOLUME II
whatever the money market was.
3     Q    Who is Ted Dysart?
4     A    He was one of our founding
board members.
6     Q    How did you first meet him?
7     A    He was on my board of
governors at Smile Train.
9     Q    Is the board of governors
the same as the board of directors?
11     A    No. It was very different.
I had hoped to use it as kind of a
stepping stone to the board of
directors because we desperately
needed more than what we had.
16     But it was independent and
it had no real power, although it had
better people than our board on it,
including, you know, Bill Conway, a
billionaire was on it. Steve Levitt
was on it. It was phenomenal.
22     Q    Did you ask Mr. Dysart to
join the WonderWork board?
24     A    Yes.
25     Q    And did he agree?

BRIAN MULLANEY - VOLUME II
2     A    Yes.
3     Q    Did you ever have any
disagreements with Mr. Dysart about
the operations of WonderWork?
6     A    Yes.
7     Q    What were they?
8     A    Well, it was only twice.
Once was with my job description and
he, without my involvement, wrote up
my priorities for the next year
without any input from me. I was kind
of shocked. And said I should spend
all my time on social media, stuff
like that.
16     MR. LILIEN: When did that
      occur?
18     THE WITNESS: That was early
      on. That was like 2013, I think,
      around there. I was really taken
      back.
22     MR. LILIEN: What prompted
      him to do that.
24     THE WITNESS: I don't know.
He's a nice guy, but he just was

BRIAN MULLANEY - VOLUME II
kind of like, I am your boss now,
and here is what you are going to
do and so I brought in JJ Coneys,
who was a great former vice
chairman.

I said if you want to work
with me on priorities, but I will
be glad to do that. I need to be
involved.

By the way, I have been
doing this for 20 years, and Ted
had never even done any of it. He
didn't know what he was talking
about. That was the first time.
And the second time was right
before he quit. I had been asking
him to do an employment agreement
for me for years.

And he just said I am going
to do it. I am going to do it.
He wouldn't do it. I was very
frustrated. And I finally had
Greg Lam draw something up, and I
sent him for approval to the board

BRIAN MULLANEY - VOLUME II
to look at. Ted said, no, I am
going to do it. What is the name
of your lawyer? And I said what
do you mean my lawyer? He said I
am hiring a lawyer to negotiate
with you.

And I said, I don't want to
negotiate. I want a boilerplate,
simple two-page contract like I
had at Smile Train. I don't want
any perks or anything. I want a
severance clause or the usual crap
in it. I don't want to waste
money.

MR. LILIEN: Right. Was
Greg Lam counsel to WonderWork or
to you personally?

THE WITNESS: WonderWork.

MR. LILIEN: Why would Greg
Lam, counsel for WonderWork, write
an employment agreement for you?

THE WITNESS: It would be
for me on behalf of WonderWork,
and then I would show it to a

BRIAN MULLANEY - VOLUME II
lawyer, if I wanted to.

MR. LILIEN: Okay.

THE WITNESS: He was
representing WonderWork. I really
only wanted like a bare bones
thing. He said no, I had to hire
a lawyer and he hired a friend of
his in Chicago for $900 an hour to
negotiate.

I said, I have my pay. I
don't want a raise. I don't want
any perks. I am not going to
spend 30 or 40 grand on this.
This is an obscene waste of money.

And so we had a big butting
of the heads of that, and he quit
over that.

MR. LILIEN: He quit over
that?

THE WITNESS: He quit over
that. He resigned shortly
thereafter.

MR. LILIEN: Why do you
believe he resigned?

BRIAN MULLANEY - VOLUME II
THE WITNESS: I wouldn't let
him hire his friend. I said get
your friend to do it for free.

MR. LILIEN: You wouldn't
let who hire his friend?

THE WITNESS: Ted Dysart.

MR. LILIEN: Hire his
friend?

THE WITNESS: In Chicago.

MR. LILIEN: As a lawyer?

THE WITNESS: Yeah. He
promised his friend this job.
He's a headhunter. He's the vice
chairman of Heidrick & Struggles.
He's a very big guy there, but
he's very young. He's like
40 years old.

He went and hired --
retained one of his labor lawyers
that he uses to do contracts with
General Motors, stuff like that,
to negotiate with me and I go -- I
said just give me any contract, I
will sign it. I don't care. I am

BRIAN MULLANEY - VOLUME II

1    not going to do that.
2         MR. LILIEN:  As -- what was
3    Ted Dysart's role at that time on
4    the board?
5         THE WITNESS:  He was just
6    the director.  He might have been
7    secretary or something.  I don't
8    remember.  He was not chairman.
9         MR. LILIEN:  You were
10   objecting to his going out on
11   behalf of the board and retaining
12   counsel -- retaining counsel?
13        THE WITNESS:  Without anyone
14   knowing or approving, to my
15   knowledge, yes.  And I object -- I
16   really objected to spending 30 or
17   $40,000 on this.
18        MR. LILIEN:  Would you had
19   preferred to use Greg Lam?  Was
20   that the point?
21        THE WITNESS:  I said to him,
22   we have an expert in non-profit
23   law, Copilevitz & Canter.  He's
24   counsel to WonderWork.  Use him as

BRIAN MULLANEY - VOLUME II

1    your lawyer.
2         Ted, talk to him and then
3    present me something and I will
4    just sign it or I might show it to
5    my brother who is a lawyer.  And
6    he got all in a hissy fit over
7    that, and he quit.
8         So then I went to JJ and
9    said, JJ, you get a contract from
10   Greg Lam, or he already drafted
11   one.  In four minutes, I talked
12   with JJ on the phone and I signed
13   it.  If you review it, it is a
14   bare bones template contract,
15   two-pages long, maybe three.
16   BY MR. CURCHACK:
17        Q    Could we refer back to
18   Exhibit 39, and would you please look
19   at the minutes for the February 14,
20   2013, meeting?
21        It's page 1261.
22        A    (Reviewing.)
23        Q    I will read the second
24   paragraph, "Reviewed CEO contract.

BRIAN MULLANEY - VOLUME II

1    Dysart noted that he will take lean on
2    this and look to finalize contract for
3    next board meeting."
4         Is this the original
5    contract that you are referring to?
6         A    Yes.
7         Q    That was presented at this
8    board meeting in 2013?
9         A    (Reviewing.)
10        Oh, um -- (Reviewing.)
11        I believe so.
12        Q    Okay.
13        A    This would be the contract
14   that Greg Lam drew up a draft.
15        MR. CURCHACK:  Could we next
16   mark Exhibit 40, an e-mail from
17   Brian Mullaney to Ted Dysart dated
18   November 11, 2015.  It's
19   production 193824.  It's a
20   two-page e-mail and attached to it
21   is a draft of an agreement between
22   WonderWork and Brian Mullaney.
23        (Exhibit 40 is Marked.)
24        MR. LILIEN:  Off the record

BRIAN MULLANEY - VOLUME II

1    for a minute.
2         (Whereupon a Discussion is
3    Held Off the Record.)
4         MR. LILIEN:  Back on.
5         MR. CURCHACK:  Let's just
6    mark the letter for now.
7    BY MR. CURCHACK:
8         Q    This is an e-mail from you
9    to Mr. Dysart; is that correct?
10        A    Yes.
11        Q    It says -- it begins, "Three
12   or four years ago, you said you would
13   take care of developing an employment
14   contract for me"?
15        A    Yes.
16        Q    Okay.
17        When you say "developing an
18   employment contract," are you
19   referring to the agreement that had
20   already been drafted --
21        A    (Reviewing.)
22        Q    -- that had been presented
23   back in 2013?
24        A    (Reviewing.)

53 (Pages 501 to 504)

BRIAN MULLANEY - VOLUME II
1       I believe so.  I don't -- I
2  didn't just see it.  I don't know.  I
3  didn't have a contract at this point
4  in time, so...
5       MR. CURCHACK:  Let's mark as
6  the next exhibit document WON
7  01237.
8       (Exhibit 41 is Marked.)
9  BY MR. CURCHACK:
10      Q    Is this your employment
11  agreement with WonderWork?
12      A    (Reviewing.)
13      I guess so, yes.
14      Q    All right.  So who
15  ultimately drafted this agreement?
16      A    Greg Lam.
17      Q    Okay.
18      So did WonderWork ever
19  retain a Chicago firm that Mr. Dysart
20  had referred to or you had referred to
21  in connection with Mr. Dysart
22  previously?
23      A    Ted retained them, and we
24  had to send them a check for three or

BRIAN MULLANEY - VOLUME II
1  $4,000.
2       Q    Okay.
3       I would like to --
4       A    He this didn't draft this.
5  To my knowledge, Greg Lam did.
6       MR. CURCHACK:  I would like
7  to now mark as Exhibit 42,
8  production WON-EX 010748.
9       (Exhibit 42 is Marked.)
10  BY MR. CURCHACK:
11      Q    Do you recognize this
12  document?
13      A    (Reviewing.)
14      It looks like the same
15  document.
16      Q    Except I noticed -- I point
17  out in the first paragraph --
18      A    The date?
19      Q    -- it says as of blank 2013,
20  whereas the previous exhibit says as
21  of January 1, 2016?
22      A    Right.
23      Q    Is that correct?
24      A    Right.

BRIAN MULLANEY - VOLUME II
1       Q    So is this first -- is the
2  latter document which we just marked
3  the draft that was discussed in 2013
4  with the board?
5       A    It could be.
6       Q    But you are not sure?
7       A    Well, I don't remember
8  exactly.  It could be.
9       Q    Okay.
10      Did you have any
11  conversations with any member of the
12  board of directors other than Mr.
13  Dysart about your employment
14  agreement?
15      A    Yes.
16      Q    And who did you have
17  discussions with?
18      A    JJ Coneys.  And I believe it
19  was circulated to the entire board for
20  comment and feedback.
21      MR. LILIEN:  Did you ever
22  speak to Greg Lam directly about
23  your employment agreement?
24      THE WITNESS:  I don't

BRIAN MULLANEY - VOLUME II
1  remember.  I might have.  I don't
2  remember.
3       MR. LILIEN:  Who do you
4  think Greg Lam spoke to?
5       THE WITNESS:  To generate
6  this?
7       MR. LILIEN:  Yes.
8       THE WITNESS:  Me, but it
9  could have been an e-mail.  He may
10  have drafted my -- actually, I
11  think Jones Day did at
12  Smile Train.
13      MR. LILIEN:  Who -- who else
14  may have spoken to Greg Lam about
15  your employment agreement?
16      THE WITNESS:  I don't have
17  any idea.  Probably no one.  Maybe
18  JJ Coneys did.  I don't know.
19  BY MR. CURCHACK:
20      Q    Can you turn to attachment B
21  to both of these documents.  It is the
22  earlier draft, which is dated -- I'm
23  sorry, numbered page 010760 as opposed
24  to the 2016 document, which is page

54 (Pages 505 to 508)

BRIAN MULLANEY - VOLUME II

1  01248.
2        Do you have those both in
3  front of you?
4      A   Yes.
5      Q   Now, the latter document,
6  1248, in paragraph 5 refers to payment
7  of premiums on approved life insurance
8  policies?
9      A   Right.
10     Q   Are those the life insurance
11  policies we were talking about
12  earlier?
13     A   One of them is, the one that
14  benefits me.  The ones for ▓▓▓▓▓
15  were not part of this, but yes.
16     Q   Prior to the date of this
17  employment agreement, are you aware of
18  any written document pursuant to which
19  the board of directors or WonderWork
20  itself approved life insurance
21  policies for you?
22     A   I don't remember.
23     Q   Okay.
24         Paragraph 6 I see says

BRIAN MULLANEY - VOLUME II

1  spousal travel allowance.  Mullaney is
2  allowed to bring his wife to major
3  donor events, visits and on program
4  trips overseas.
5      A   Yes.
6      Q   Did you ever take advantage
7  of that?
8      A   Yes, I took her once to
9  California to meet with ▓▓▓▓▓▓▓
10  and his wife and talk them into going
11  on a trip to India.  I paid for her,
12  her airfare.  And then I took her and
13  my daughter at one program trip in
14  December of 2016, the Bangladesh, and
15  I paid for all of their expenses and
16  mine.
17         MR. LILIEN:  How did you pay
18  for those expenses?
19         THE WITNESS:  By deducting
20  it from my pay.  The cost was
21  somewhere around five or $10,000,
22  and I deducted 25,000.
23         MR. LILIEN:  How would Greg
24  Lam know to add number 6 to

BRIAN MULLANEY - VOLUME II

1  attachment B to --
2      THE WITNESS:  I told him the
3  two things I wanted.  I wanted
4  what I had at Smile Train.  I had
5  a spousal travel allowance at
6  Smile Train, and I had an
7  insurance policy, because I go to
8  Afghanistan and Somalia and stuff
9  like that.
10      So it was a phone call.  I
11  didn't send him an e-mail.  I said
12  these are my one -- two requests.
13  I said make everything else
14  standard.
15      MR. LILIEN:  Who do you
16  think Mr. Lam thought his client
17  was when you were having those
18  conversations or e-mails?
19      THE WITNESS:  It wasn't me.
20  I don't think he thought it was
21  me.  I thought it was a very non-
22  controversial thing, because it
23  was a boilerplate agreement
24  without any perks or special

BRIAN MULLANEY - VOLUME II

1  things.
2      MR. LILIEN:  Do you find the
3  payment of premium -- life
4  insurance premiums and spousal
5  travel allowance as being a perk?
6      THE WITNESS:  Not really.
7  My wife to go to Bangladesh is not
8  a perk.  No.  It's part of my job.
9  Her flying to L.A. for one day to
10  have dinner with a client is
11  helping me more than her.  And she
12  spends four days every year with
13  our biggest donor billionaire who
14  loves her, so, no, it's not a
15  perk.
16      MR. LILIEN:  Do you think --
17  are you aware if Mr. Lam confirmed
18  any of these items with the board?
19      THE WITNESS:  You would have
20  to ask JJ Coneys.  I sent this to
21  the board.  If any of the board
22  had any objection to any of it --
23  they didn't have any objection to
24  it.

BRIAN MULLANEY - VOLUME II

1    MR. LILIEN:  Did you ever
2 ask Mr. Lam to deal directly with
3 the board or check items with the
4 board?
5    THE WITNESS:  No, the chair
6 of the audit committee, JJ Coneys
7 took this over said I will handle
8 your contract.  Let's discuss the
9 draft that we have in front of us,
10 and we went through it point by
11 point and he said I think it's
12 reasonable.  And I said great.
13    It's been years.  I have
14 been waiting, and we signed it.
15 And he said, well, will you please
16 approve an invoice from Ted's
17 friend, the law firm that he
18 hired.  I said, sure, and, you
19 know, that was the end of it.  It
20 took less than five minutes.
21 BY MR. CURCHACK:
22    Q   You said JJ Coneys was then
23 the chair of the board?
24    A   Chair of the audit

BRIAN MULLANEY - VOLUME II

1 committee.
2    Q   Audit committee.  Okay.
3    Could you go back to the
4 earlier version, the 2013 draft?
5    A   Sure.
6    (Reviewing.)
7    Q   Look at page 6, production
8 number 10753.
9    A   (Reviewing.)
10    Q   This is a paragraph called
11 expense account.
12    Do you see that?
13    A   Yeah.
14    Q   Now, if you look at the 2016
15 signed copy, this paragraph is
16 missing.
17    Do you have any recollection
18 as to why this paragraph is not
19 included in the final draft?
20    A   No.
21    Q   Okay.
22    A   I don't remember that.  And
23 as I said, I never -- I took her on
24 two trips, and I paid for much more

BRIAN MULLANEY - VOLUME II

1 than her expenses were.
2    Q   If you look at paragraph 6
3 in the earlier draft --
4    A   Yes.
5    Q   -- you will see there is a
6 paragraph -- that paragraph is called
7 termination, correct?
8    A   (Reviewing.)
9    Yes.
10    Q   Actually, withdrawn.  I
11 don't have any questions about that.
12    Do you know how the board
13 arrived at the conclusion to approve
14 your annual salary of $475,000?
15    A   Yes.
16    Q   Could you tell us how that
17 is?
18    A   Sure.  I told him I wanted
19 to make what I was making at
20 Smile Train, and we all agreed that we
21 would have to get an independent
22 consultant to review my pay and other
23 people at Smile Train to approve that
24 and Ted Dysart did handle that and did

BRIAN MULLANEY - VOLUME II

1 a good job of that.
2    He hired -- I -- I forget
3 who he hired, but they reviewed me and
4 told the board they thought it was a
5 reasonable -- fair and reasonable
6 compensation for what I was doing.
7    Q   Okay.  Was that Pearl Meyer
8 & Partners?
9    A   Yes.
10    MR. CURCHACK:  I would like
11 to mark as the next exhibit, a
12 document entitled "CEO
13 Compensation Analysis and
14 Recommendations."  It bears
15 production numbers 010764 through
16 010785.
17    THE REPORTER:  Exhibit 43.
18    MR. CURCHACK:  Exhibit 43.
19    (Exhibit 43 is Marked.)
20 BY MR. CURCHACK:
21    Q   Is this the report you were
22 referring to?
23    A   (Reviewing.)
24    Yes, I believe so.

BRIAN MULLANEY - VOLUME II

1    MR. CURCHACK: I would like
2 to now mark as Exhibit 44, an
3 e-mail thread, which is identified
4 with production 0227453.
5    (Exhibit 44 is Marked.)
6 BY MR. CURCHACK:
7    Q    The top e-mail is from you
8 to Jim Hudner, H-U-D-N-E-R, dated
9 May 30, 2013.
10    A    (Reviewing.)
11    Q    Do you recall these e-mails?
12    A    Yes.
13    Q    Okay.
14        Who is Jim Hudner?
15    A    He was the consultant that
16 was reviewing our pay practices.
17    Q    Did you, in fact, speak with
18 Mr. Hudner prior to Pearl Meyer
19 delivering their report?
20    A    I don't know if I spoke
21 or -- I guess -- thanks for the call.
22 Yes, I did.
23    Q    This is an e-mail you sent
24 to him prior to that report?

BRIAN MULLANEY - VOLUME II

1    A    Yeah.
2    Q    Now, if you go to the fourth
3 page of that exhibit, at the very
4 bottom, there's an e-mail to you from
5 Ted Dysart with a copy to Jim Hudner.
6        Do you see that?
7    A    Yes.
8    Q    And it says "Brian, meet
9 Jim. Jim, meet Brian."
10    A    Yes.
11    Q    Then it says, "We are trying
12 to set up the peer groups for our
13 compensation studies."
14        Do you see that?
15    A    Right.
16    Q    Did you discuss with Mr.
17 Hudner who should be included in the
18 peer groups for this compensation
19 study?
20    A    I gave him feedback on the
21 candidates that he had.
22    Q    Did he tell you who he was
23 considering?
24    A    Yes.

BRIAN MULLANEY - VOLUME II

1    Q    And did you suggest that
2 they were -- that any of them were
3 inappropriate peers?
4    A    I don't remember. Do you
5 have the list of them?
6    Q    I have the report that you
7 have.
8    A    Oh. (Reviewing.)
9        Yeah, my feedback was I
10 thought he was picking very
11 established and traditional groups.
12 We were starting a charity from
13 nothing. There's a big difference
14 from running a charity that has
15 existing revenues of X million to
16 starting a charity in raising revenue
17 from nothing and acquiring donors from
18 nothing. It's a completely different
19 job.
20        So that was the general
21 nature of my input to him.
22    MR. LILIEN: So, Brian, just
23 taking that to the next level,
24 just to understand what you just

BRIAN MULLANEY - VOLUME II

1 said, a charity with no revenues,
2 would an executive of that
3 organization make more or less
4 than an executive of the charity
5 that has revenues?
6    THE WITNESS: If it has no
7 revenues, it's not paying anybody
8 anything. What I meant was
9 incremental growth.
10    MR. LILIEN: Right. A
11 charity with little revenues --
12    THE WITNESS: Right.
13    MR. LILIEN: -- small amount
14 of revenues --
15    THE WITNESS: Right.
16    MR. LILIEN: I am trying to
17 understand where you are going
18 when you say -- would you pay that
19 executive more or less than a
20 charity that had already
21 established -- had an established
22 revenue base?
23    THE WITNESS: It's so
24 complicated, as you know. It

BRIAN MULLANEY - VOLUME II
1  depends, if you're running North
2  Shore Hospital or Lincoln Center.
3      What I was saying is we were
4  growing very fast and we have and
5  we did, so it was a -- just like
6  Smile Train -- we tried to be --
7  grow as fast as Smile Train, so
8  that is a different job than
9  paying someone to just run and
10  establish --
11      MR. LILIEN:  There was a
12  point, I think, you were trying to
13  make and raising it before.  When
14  you have a startup organization,
15  how should a startup organization
16  with little revenues impact
17  compensation determination?
18      THE WITNESS:  I think the
19  judgment comes from not -- not
20  the -- what the charity is, but
21  the person that you are hiring to
22  run that charity.
23      It depends on their
24  background and what they were

BRIAN MULLANEY - VOLUME II
1  going to do, how many hats they
2  were going to wear, and how
3  ambitious the goals were.
4      MR. LILIEN:  Are you
5  suggesting it doesn't have an
6  impact?
7      You mentioned before that
8  you thought the Pearl Meyer
9  consultant had correctly selected
10  establishment charities with
11  revenue bases -- with existing
12  revenue bases.
13      I am trying to understand
14  where you are going with that.
15      Do you believe -- do you
16  believe that was incorrect
17  because --
18      THE WITNESS:  I was just
19  giving him feedback that -- you
20  know, at Smile Train and
21  WonderWork, we ran it more like a
22  business and it was a fast-growing
23  business and we were -- have very
24  ambiguous goals, as you saw in our

BRIAN MULLANEY - VOLUME II
1  plans and stuff.
2      There's not many charities
3  around that are going to grow by a
4  hundred percent a year, 50 percent
5  a year, 30 percent a year.  Those
6  are crazy growth rates.  We grew
7  from zero very rapidly to where we
8  were now.
9      That's what we've done and
10  that's kind of what I promised him
11  I would do and I didn't want to
12  take a pay cut.  Last pay raise
13  I've gotten was eight years
14  earlier than that and I had to
15  work twice as hard at WonderWork
16  as I did at Smile Train and miss a
17  lot of stuff because I am here in
18  a hotel room alone one or two
19  nights a week and taking more than
20  52 business trips a year.
21      It's been a grueling, brutal
22  year.  So -- so I felt strongly
23  about my pay and even that being
24  said, I gave a tremendous amount

BRIAN MULLANEY - VOLUME II
1  back.  I felt it could be
2  justified by the results I
3  delivered.
4      MR. LILIEN:  Did you feel
5  that the Pearl Meyer consultants
6  by including established
7  charities, the compensation that
8  were inappropriate for your
9  position at WonderWork?
10      THE WITNESS:  I don't
11  remember that.  I think he did a
12  good job in the end.  I was giving
13  him input, as I was invited to do.
14      MR. CURCHACK:  Can we please
15  mark one more exhibit here, and
16  this is an e-mail from Brian
17  Mullaney to Ted Dysart dated
18  June 10, 2013.  It bears
19  production number 0211672.
20      (Exhibit 45 is Marked.)
21  BY MR. CURCHACK:
22      Q    Do you recall sending this
23  e-mail?
24      A    Let me look at it.

BRIAN MULLANEY - VOLUME II

1
2    (Reviewing.)  Yes, I do
3  agree now.
4      Q    Had you received the Pearl
5  Meyer report prior to the June 2013
6  board meeting?
7      A    I don't remember.  I am sure
8  I did.  I don't remember.
9      Q    The first sentence says, "I
10  assume this is a draft, and I am
11  allowed to give you feedback."
12      What is that referring to?
13      A    (Reviewing.)
14      Attached is the work product
15  from Pearl Meyer, yes.
16      Q    I know you asked -- do you
17  know whether any changes were made to
18  the draft that you saw prior to the
19  presentation to the board?
20      A    I don't remember.
21      Q    Okay.
22      Turn to page 4 of the Pearl
23  Meyer report.  It says, "PM&P
24  understands Mr. Mullaney would like to
25  be considered for an annual incentive

BRIAN MULLANEY - VOLUME II

1
2  structure as follows."
3      Do you see that?
4      A    No.
5      Q    Your e-mail says, "I never
6  formally requested this bonus amount."
7      Could you explain to us what
8  that is referring to?
9      A    (Reviewing.)
10      I told my board that I would
11  like to be paid as all my employees
12  were making at Smile Train.  We were
13  called perhaps the most productive
14  charity by The New York Times.  So I
15  told my board I wanted the same
16  package.  They may have taken it from
17  that.
18      Q    Your package at Smile Train
19  was a salary of $475,000?
20      A    Yes, or maybe 450, 475.
21  Yes, base salary.
22      Q    And was there a bonus?
23      A    And eligible for the
24  $250,000 bonus.
25      Q    Eligible for $250,000 bonus?

BRIAN MULLANEY - VOLUME II

1
2      A    Yes, and Ted Dysart knew
3  that because he was on the board of
4  governors for Smile Train for a long
5  time.
6      Q    The board of governors of
7  Smile Train was not like a board of
8  directors?
9      A    No.  So -- okay.  Well, I
10  told him what my pay was, and Ravi
11  Kant knew it.
12      Q    Was Ravi Kant on the board
13  of Smile Train?
14      A    He was on the board of
15  governors too.
16      Q    Okay.
17      So the slide -- your e-mail
18  says, "Please don't submit Slide 4 as
19  it is inaccurate and misleading."
20      Is page 4 of the report that
21  we have in front of us, is that the
22  Slide 4 that you are referring to?
23      A    Let me just review it, so I
24  can see why I said that.
25      Q    Sure.

BRIAN MULLANEY - VOLUME II

1
2      A    (Reviewing.)  Okay.
3      So what is the question
4  again, sorry?
5      Q    Is this the Slide 4 that you
6  considered to be inaccurate and
7  misleading?
8      A    I assume so.
9      Q    Do you recall whether the
10  final presentation to the board was
11  any different than the one that you
12  saw prior to the board meeting?
13      A    I don't remember.  I think I
14  would say it was misleading because I
15  never did this latter.  I don't
16  believe I did 150, 175.  I don't
17  remember this.
18      Q    If you turn to the group of
19  board minutes and go to page 1265 and
20  these, I believe, are the board
21  minutes from the June 13, 2014,
22  WonderWork board meetings; is that
23  correct?
24      A    (Reviewing.)
25      1264?

BRIAN MULLANEY - VOLUME II

1      Q   1264, yeah, is where it
begins.

      A   Yes.

      Q   Looking at page 1265.

      A   1265. I am there.

      Q   See where it says
compensation down at the bottom of the
page?

      A   Yes.

      Q   You prepared these board
minutes; is that correct?

      A   Yes.

      Q   Last paragraph says, "Lupo
and Hudner presented their research
conclusions and recommendations."

      Is that referring to the
Pearl Meyer presentation?

      A   Yes, I believe so.

      Q   And it says, "They stressed
the difficulty of finding 'peer'
charities that are growing at the same
speed of WonderWork."

      Is that what they said at
the board meeting?

BRIAN MULLANEY - VOLUME II

      A   I believe so.

      Q   And then it says, "The board
went into execute session, and
Mullaney exited the room."

      Is that your recollection of
what happened?

      A   Yes.

      Q   And to your knowledge, did
the board then determine to award you
a bonus for the year?

      A   (Reviewing.)

      I believe so. I think they
approved the salary and awarded me a
bonus, yes.

      Q   Do you recall what the bonus
they awarded you was?

      A   Probably the maximum.

      Q   Okay.

      When the board goes into
executive session, are you present at
those meetings?

      A   Never, no.

      Q   Does anyone take notes at
those meetings?

BRIAN MULLANEY - VOLUME II

      A   I thought they did.

      Q   Have you ever seen --

      A   No.

      Q   -- any evidence of it?

      A   I e-mailed JJ Coneys as part
of the auditors to try to find some,
and he didn't have any.

      MR. LILIEN:  When you say
"part of the auditors," you mean
the present auditors?

      THE WITNESS:  Yes, BDO.

      MR. LILIEN:  BDO.

      MR. TRIVIGNO:  I also think
you guys request -- I think it may
have been because --

      THE WITNESS:  Or maybe it's
you.

      MR. TRIVIGNO:  Yes.

      MR. LILIEN:  Can you, Brian,
turn to -- two questions, Brian.

      Going back to that same page
of the minutes --

      THE WITNESS:  Yes.

      MR. LILIEN:  -- where it

BRIAN MULLANEY - VOLUME II

says, "Lupo and Hudner presented
their research conclusions and
recommendations," and then the
next sentence, "They stressed the
difficulty of finding 'peer'
charities that are growing at the
same speed of WonderWork."

      THE WITNESS:  Yeah.

      MR. LILIEN:  Before you
provided your input that they
should be focusing on high-growth
charities, do you know whether
Lupo and Hudner had been focusing
on high-growth charities?

      THE WITNESS:  I don't know.

      MR. LILIEN:  If we turn now
to the Pearl Meyer study, and it's
just a question that I am hoping
you will answer.

      On page 8 of the study --

      THE WITNESS:  Yes, sir.

      MR. LILIEN:  -- this is
where your compensation is being
compared with the peer group.

BRIAN MULLANEY - VOLUME II
This is the results of that study.
    If you look at the second
column, it says WonderWork CEO.
    THE WITNESS: (Reviewing.)
    MR. LILIEN: There's a
number 475, which presumably means
475,000.
    THE WITNESS: Yeah.
    MR. LILIEN: Next -- to the
left of that it says base salary.
The next line down says $475,000.
And the explanation for that is
that represents total cash, base
plus bonus payments.
    THE WITNESS: Right.
    MR. LILIEN: Can you explain
to us the $475,000 number, how
that would represent both base and
bonus?
    THE WITNESS: (Reviewing.)
    You mean why that number
says 475, not 475 plus 250 as
discussed?
    MR. LILIEN: Right.

BRIAN MULLANEY - VOLUME II
    THE WITNESS: I can't
explain that, no.
    MR. LILIEN: Just for the
record --
    THE WITNESS: I think that
is a mistake. You can --
    MR. LILIEN: It's a mistake
only if all the other information
is a mistake. Next to the
475,000, there are percentiles and
this peer group would be
compensation -- total
compensation, base and bonus.
    There's a range,
25th percentile for base and
bonus, 241,000. The median would
be 285,000. And 70th percentile
would be 316,000.
    THE WITNESS: Right.
    MR. LILIEN: The combined --
the total cash base and bonus
payments of $475,000 would be in
the 90th percentile.
    THE WITNESS: Hm-hm.

BRIAN MULLANEY - VOLUME II
    MR. LILIEN: If we were to
include some or all of that bonus,
the percentiles would be really
higher.
    THE WITNESS: Right.
    (Reviewing.)
    MR. LILIEN: Again, to the
best of your recollection, do you
recall any discussion around this?
    This may very well be a
mistake, but it doesn't appear to
be one to us.
    THE WITNESS: I recall Pearl
approving a base salary of 475
plus the bonus of 250,
recommending that, the board
approving that, and then regularly
approving it at their meetings.
    MR. LILIEN: Are you aware
of any study that would evaluate
the reasonableness or the
market -- benchmarking of your
salary of 475,000, base salary of
475,000 plus a bonus of up to

BRIAN MULLANEY - VOLUME II
$250,000?
    THE WITNESS: Well, I would
say this to that: You will not
find another charity in America
that has seven employees and
raised $60 million in six years.
    MR. LILIEN: That's not my
question. I'm asking if there is
study -- was a compensation study
done that evaluates the
reasonableness of your total
compensation, including bonus?
    THE WITNESS: That's what
this was supposed to do. Look at
page 4. It says bonus, $250,000,
on page 4. So I think it is a
typo or something.
    It should say that there.
They have it here, and I think on
page -- whatever they say -- we
have considered this and approved
it.
    MR. LILIEN: But you
understand the point we are

1    BRIAN MULLANEY - VOLUME II
2  looking for.  If that exists,
3  maybe your counsel can provide to
4  us a separate study.
5      THE WITNESS:  I am not
6  understanding this.
7      MR. TRIVIGNO:  I think the
8  question is, is there a separate
9  study?
10     MR. LILIEN:  Yes.
11     MR. TRIVIGNO:  I think the
12 answer is no.
13     THE WITNESS:  No.
14     MR. TRIVIGNO:  There's no
15 separate study.
16     MR. LILIEN:  The point here,
17 Brian, is that this compensation
18 study evaluates the reasonableness
19 of a total compensation of
20 $475,000.
21     If you -- if you had a base
22 salary of $475,000 and awarded or
23 eligible to be awarded a bonus of
24 $250,000 --
25     THE WITNESS:  It should say

1    BRIAN MULLANEY - VOLUME II
2  it in here.
3      MR. LILIEN:  -- the study
4  for determining reasonableness
5  should measure the total
6  compensation, not just the base
7  salary, which $475,000 appears to
8  be.
9      THE WITNESS:  I agree with
10 you.  I don't understand that.
11     MR. TRIVIGNO:  Just for the
12 record, I do note on the same
13 page, the same numbers appear in
14 the median and the 76th percentile
15 column.
16     So in other words, the base
17 salary is 285 and the total cash
18 base, plus bonus is still 285.
19     MR. LILIEN:  If you don't
20 have facts here --
21     MR. TRIVIGNO:  I am pointing
22 out that the same issue occurs in
23 other columns.  That is a fact.
24     MR. LILIEN:  The information
25 we are seeking is whether or

1    BRIAN MULLANEY - VOLUME II
2  not --
3      MR. TRIVIGNO:  I understand.
4      MR. LILIEN:  -- $725,000 was
5  evaluated for reasonableness in
6  compensation.  That's what we are
7  looking for.
8      THE WITNESS:  When you
9  interview JJ Coneys and Ravi,
10 please ask them that, because they
11 were in the room and so was I and
12 that was what these headhunters
13 said, even though it doesn't say
14 it on that page.
15 BY MR. CURCHACK:
16     Q    How many surgeries do you
17 believe WonderWork provided through --
18 let's say through the end of calendar
19 year 2016?
20     A    Help provide -- we are
21 somewhere between 250,000 and 300, I
22 believe.
23     MR. CURCHACK:  Could we
24 please mark a letter dated
25 October 19, 2016.

1    BRIAN MULLANEY - VOLUME II
2      I believe this is a form of
3  a solicitation letter.  It bears
4  production numbers 06106.
5      (Exhibit 46 is Marked.)
6  BY MR. CURCHACK:
7      Q    This is a WonderWork
8  mailing, but if you look at the middle
9  of the page, there's a paragraph that
10 says, "Without your support, 167,115
11 other blind children and adults we
12 helped so far would still be blind."
13     Do you see that?
14     A    Yes.
15     Q    I believe it is a fair
16 statement to say that 90 percent of
17 the surgeries that WonderWork helps to
18 provide are blindness surgeries.
19     Would that be a fair
20 statement?
21     A    Yes, even more.
22     Q    Even a higher percentage
23 than 90 percent.
24     Okay.
25     A    (Nodding Head.)

BRIAN MULLANEY - VOLUME II

1    Q   So if -- as of October 2016,
2   167,000 blindness surgeries had been
3   conducted, it doesn't seem possible to
4   me that 250,000 total surgeries could
5   have been conducted by the end of
6   2016?
7    A   I thought you said today.
8    Q   Mr. I said through the end
9   of --
10    A   Oh, through the end.
11    Q   -- of 2016.
12    A   I'm sorry, I was talking
13   today. We are coming up on 300,000.
14    Q   Okay.
15    How many grants --
16    A   We are probably around
17   200,000 then.
18    Q   So 30,000 approximate
19   surgeries would have been provided
20   between October and December of 2016?
21    A   Well, I will give you a
22   figure I do know. Between July 1st of
23   2016, a couple of months before this,
24   and June of this year, we provided

*(Note: line numbering above is approximate transcription)*

---

BRIAN MULLANEY - VOLUME II

1
2   92,000 -- helped provide 92,000
3   surgeries.
4    Q   So during fiscal year 2017,
5   you provided 92,000 surgeries?
6    A   And it would have been
7   130,000, but the courts stopped us.
8    MR. CURCHACK: Okay.
9    I would like to mark as the
10   next exhibit, Exhibit 47, an
11   e-mail chain dated -- I'm sorry,
12   the production number is 0251267,
13   two pages. The top e-mail is from
14   Mr. Mullaney to Mr. Ravi Kant
15   dated November 30, 2015.
16    (Exhibit 47 is Marked.)
17   BY MR. CURCHACK:
18    Q   Do you recall sending this
19   e-mail?
20    A   Yep.
21    Q   Can you describe the
22   circumstances that led to this e-mail?
23    A   It was when I had the tiff
24   with Ted Dysart, and he quit.
25    Q   Over the employment

---

BRIAN MULLANEY - VOLUME II

1   agreement issue?
2
3    A   Yeah.
4    Q   Okay.
5    A   As I said, I presided over
6   board meetings since 2001 and he's the
7   first and only board member to have
8   ever done that with me, including
9   board of governors, including board of
10   advisors, so it was unfortunate.
11    MR. LILIEN: When you say
12   you presided over him. What do
13   you mean?
14    THE WITNESS: Well, I was
15   the president of Smile Train for
16   11 years -- 10 years, 11 years,
17   2001 to 2011 or 2010 October, and
18   I never had an issue with a board
19   member.
20    And at WonderWork, I never
21   had an issue.
22    MR. LILIEN: As president of
23   Smile Train and president of
24   WonderWork --
25    THE WITNESS: Yeah.

---

BRIAN MULLANEY - VOLUME II

1
2    MR. LILIEN: -- you were --
3   your responsibilities included
4   presiding over board meetings?
5    THE WITNESS: Yeah, I ran
6   both board meetings at both
7   places, although I was not
8   chairman of the board.
9    MR. LILIEN: Tell me in your
10   mind what is the distinction
11   between chair and president.
12    THE WITNESS: Well, the
13   chair should be running the board
14   meetings.
15    MR. LILIEN: But in the
16   absence of the chairman --
17    THE WITNESS: Yeah.
18    MR. LILIEN: -- would not a
19   president who is in charge of
20   board meeting be the equivalent of
21   a chair?
22    THE WITNESS: I don't know.
23   I don't know. I never acted like
24   the chair.
25   BY MR. CURCHACK:

BRIAN MULLANEY - VOLUME II

1  Q    Well, who --
2  A    I wanted chairman. I asked
3  Steve Rappaport to be -- I asked JJ
4  Coneys to be the chair, and I have
5  been trying to get a chairman.
6      MR. LILIEN: What in your
7  mind is the difference between
8  what you have done as president in
9  terms of presiding of board
10  meetings and what a chair would
11  do?
12      THE WITNESS: I would like a
13  chairman that's independent of me
14  and that leads the organization
15  and is arm's length from me and --
16  which JJ Coneys is the lead in the
17  print and directory. He does
18  fulfill that role, but I wish he
19  was chairman.
20      He moved to Florida so he
21  said he couldn't become chairman.
22  I believe and hope Steve Rappaport
23  will be chairman as soon as we get
24  out of bankruptcy.

BRIAN MULLANEY - VOLUME II

1      MR. LILIEN: I know Walter
2  wants to ask a question about the
3  e-mail. Give me one second. I
4  don't want to lose this train of
5  thought. I don't want to return
6  to this later.
7      A president who presides
8  over board meetings, runs the
9  board meetings.
10      What I am trying to
11  understand is what the role of a
12  chair would play. A lead
13  independent director is not a term
14  used in a non-profit world, as far
15  as I know.
16      It's a public company notion
17  and those familiar with audit
18  committees are familiar with that
19  concept. Is there -- unless --
20  what I am trying to say is, is
21  there a leadership gap within the
22  organization?
23      Is it a function you would
24  expect someone to play that you

BRIAN MULLANEY - VOLUME II

1  are not currently playing?
2      THE WITNESS: Well,
3  shouldn't have used the word
4  "preside." I present. I lead the
5  meeting. Because I have access to
6  all the information and the board
7  meeting is presenting everything,
8  and we are not Pepsi or Gillette®,
9  you know, so we have a tiny
10  charity.
11      So I present the stuff
12  because I know all of it. I am on
13  the front lines. But I would like
14  and want to get a chairman that
15  presides, that runs the board and
16  acquires the board and could
17  handle situations like with a
18  Ted Dysart and stuff like that.
19      MR. LILIEN: Since 2011,
20  when you formed WonderWork, no
21  board member presided over the
22  meeting?
23      I am trying to understand
24  the distinction you are making

BRIAN MULLANEY - VOLUME II

1  here. Who has presided over the
2  board meetings, if not you?
3      THE WITNESS: It depends
4  on -- okay.
5      I don't know. We are really
6  small. We are a tiny charity. We
7  are seven employees and we were
8  three board members for four
9  years.
10      It was like the small group
11  trying to get this charity up and
12  running and we are getting
13  slaughtered with Charles Wang
14  legal fees and attacks. It was
15  like being in a war for the first
16  four years. It was very, very
17  difficult.
18      We didn't have the luxury of
19  saying that's my compensation
20  committee and that's my finance
21  committee and all that. It was
22  extremely hard and we all wanted
23  to help the charity and we did as
24  best we could.

BRIAN MULLANEY - VOLUME II

BY MR. CURCHACK:

1     Q   In some of the board
2 meeting, it refers to people being
3 named as committee chairs.
4     Who made those decisions?
5     A   The board did. When Ted
6 left, I said I really got to get a
7 board here and I came up with a slate
8 of very high caliber, smart,
9 experienced people. They came on
10 board in 2015, around December, I
11 believe, and the first thing we did
12 was let's form some committees and
13 let's give us some structure and I --
14 I said to JJ, let's -- let's not pluck
15 a chairman from them right away.
16     But in three months or six
17 months, let's name a chairman and
18 become a regular functioning board.
19     MR. LILIEN: When was that?
20     THE WITNESS: When did I say
21 that to him?
22     MR. LILIEN: When -- yes.
23     THE WITNESS: Right around

*(Note: transcription of lines follows original layout)*

---

**Page 549**

1         BRIAN MULLANEY - VOLUME II
2 BY MR. CURCHACK:
3     Q   In some of the board
4 meeting, it refers to people being
5 named as committee chairs.
6     Who made those decisions?
7     A   The board did. When Ted
8 left, I said I really got to get a
9 board here and I came up with a slate
10 of very high caliber, smart,
11 experienced people. They came on
12 board in 2015, around December, I
13 believe, and the first thing we did
14 was let's form some committees and
15 let's give us some structure and I --
16 I said to JJ, let's -- let's not pluck
17 a chairman from them right away.
18     But in three months or six
19 months, let's name a chairman and
20 become a regular functioning board.
21     MR. LILIEN: When was that?
22     THE WITNESS: When did I say
23 that to him?
24     MR. LILIEN: When -- yes.
25     THE WITNESS: Right around

---

**Page 550**

1         BRIAN MULLANEY - VOLUME II
2 when these people were coming on.
3 It's very exciting and then we
4 made the committees --
5 BY MR. CURCHACK:
6     Q   Late 2015, I think you said?
7     A   Yes.
8     Q   Going to Exhibit 47. If you
9 go to the second page, there's an
10 e-mail from Mr. Kant to you.
11     Do you see that at the
12 bottom?
13     A   Yes.
14     Q   "First, I wish to tell you
15 that the decision to refer to an
16 outside counsel was a collective one
17 of the independent directors."
18     Do you see that?
19     A   Yep.
20     Q   Did that impact your sense
21 of what had happened with Mr. Dysart?
22     A   Not really.
23     Q   Okay.
24     A   He could have just e-mailed
25 him and said I am hiring a guy in

---

**Page 551**

1         BRIAN MULLANEY - VOLUME II
2 Chicago to help do this contract, and
3 they could have said fine. He didn't
4 say it was going to be $40,000.
5     Q   Okay. Finish.
6     A   I am done. Sorry.
7     MR. CURCHACK: Could we mark
8 as the next Exhibit 48, an e-mail
9 from you Mr. Mullaney to
10 Ms. Greenwood -- Mrs. Greenwood,
11 Fuchs and Lazarus.
12     (Exhibit 48 is Marked.)
13 BY MR. CURCHACK:
14     Q   And if you look second
15 paragraph, it says, "I think he was
16 also unhappy about" -- it lists 3
17 other reasons.
18     Do you see those?
19     A   Yeah.
20     Q   Does that refresh your
21 recollection about why Mr. Dysart
22 resigned?
23     A   Those are additional
24 reasons, yeah.
25     Q   So it wasn't just over your

---

**Page 552**

1         BRIAN MULLANEY - VOLUME II
2 employment agreement?
3     A   Well, it was -- I believe it
4 was primarily that.
5     Q   Okay.
6     When did Ravi Kant join the
7 board?
8     A   He was one of our finding
9 members from the very beginning.
10     Q   You knew him because he was
11 on the governing board of Smile Train?
12     A   Yes, sir.
13     Q   Did you ever have any
14 disagreements with Mr. Kant about the
15 operations of WonderWork?
16     A   No, I don't believe so.
17     Q   Did Mr. Kant ever suggest
18 that you hire additional people to
19 deal with the direct mail?
20     A   Yes.
21     Q   Tell us about that.
22     A   We were really struggling
23 getting direct mail to work like it
24 had at Smile Train. Our numbers were
25 poor. Just --

BRIAN MULLANEY - VOLUME II

1           BRIAN MULLANEY - VOLUME II
2    Q    Sorry to interrupt.  What
3   was the time frame that we are talking
4   about?
5    A    I don't want to say the
6   wrong date.  It was two years ago --
7   two to three years ago from now.
8    Q    After 2014?
9    A    I don't remember.  I don't
10  want to tell you the wrong thing.
11    Q    Okay.
12    A    We were spending seven,
13  $8 million a year on acquisition, and
14  it was not working.  And it took us
15  time to find that out because you only
16  know if it works after you acquire the
17  donor and then you see how much money
18  they give you over the next year or
19  two and then you see how quickly they
20  stop giving.
21      So we set up and it was two
22  years into this heavy spending or
23  three years.  It was not working, and
24  we were really struggling to figure
25  out what to do.  And Ravi wanted me to

1           BRIAN MULLANEY - VOLUME II
2  hire -- we had a woman running the
3  direct mail program that was good,
4  Janet, but not real super senior, and
5  he wanted me to hire someone for a lot
6  of money that would just run the whole
7  program and I would just run around
8  and do major gifts.
9    Q    Did Mr. Kant ever resign
10  from the board?
11    A    Yes.
12    Q    When?
13    A    Like three or four months
14  ago.
15    Q    Do you know why he resigned?
16    A    He resigned because of the
17  bankruptcy, I believe.
18    Q    Did you ever see a letter of
19  resignation from him?
20    A    I do not believe I did.  He
21  called me on a Sunday.
22    Q    Tell us how you met JJ
23  Coneys.
24    A    He was a referral from Ted
25  Dysart, and I had lunch with him at

1           BRIAN MULLANEY - VOLUME II
2  the university club one day to talk
3  about coming on the board.
4    Q    Do you recall when that was?
5    A    No.
6    Q    Did he come on the board?
7    A    Yes, he was a phenomenal
8  addition.
9    Q    Did you know him before Mr.
10  Dysart introduced you?
11    A    No.
12    Q    Have you ever had any
13  disagreements with Mr. Coneys about
14  how to operate WonderWork?
15    A    No, not really.  Major ones,
16  no.  Usually we are on the same page.
17  I mean, we discuss things and can
18  argue, but I didn't have any major
19  disagreements on anything, no.
20    Q    Did Mr. Coneys ever resign
21  from the board?
22    A    No, he's wanted to resign,
23  but he stayed on to help us.
24    Q    Okay.
25    A    And he wanted to resign

1           BRIAN MULLANEY - VOLUME II
2  because he moved -- he retired to
3  Greenwich, Connecticut, and then he
4  needed to go and make money again and
5  his job is in Florida, so he sold his
6  house in Connecticut and he lives in
7  Florida.  That's why he was going to
8  resign.
9      He said he would stay on
10  until we can transition to the new
11  board, and he's stuck with us.
12    Q    Okay.
13      Could you go back to the
14  exhibit that has all the board minutes
15  in it, please.
16    A    Sure.
17      (Reviewing.)
18    Q    Exhibit Number --
19    A    39.
20    Q    -- 39.
21      Thank you.
22    A    (Reviewing.)
23    Q    And go to the minutes for
24  the October 2015 meeting, which appear
25  on page -- start at page 1286.

66 (Pages 553 to 556)

BRIAN MULLANEY - VOLUME II
1
2     If you go to the last page
3  of those minutes, which is 1288.
4     A   Okay.
5     Q   The second paragraph says,
6  "Kant inquired as to whether we need
7  to hire someone in-house to run the
8  direct mail program at a more senior
9  level."
10       See that?
11    A   Yes.
12    Q   What was your response to
13  that suggestion?
14    A   Well, we were reeling
15  because we were not getting the
16  response to our mailings and our legal
17  costs were high.  We were trying to
18  save money, and I told him we couldn't
19  afford to hire someone.
20       We were downsizing.  We went
21  from a $2,000-a-year rent to a
22  hundred-thousand-dollar-a-year rent.
23  People don't take jobs with a direct
24  mail program that was shrinking and
25  failing.  So I didn't follow that

BRIAN MULLANEY - VOLUME II
1
2  recommendation.
3     Q   And then if you go to page
4  1296.
5       I believe these are the
6  minutes of the June 2016 board
7  meeting; is that correct?
8     A   Yeah.
9     Q   If you go to page 2, bottom
10  paragraph says, "On the subject of
11  direct mail, Mr. Kant asked if we
12  might consider hiring a senior
13  executive to run direct mail so Mr.
14  Mullaney would not be bogged down with
15  it."
16       Do you see that?
17    A   Right.
18       (Reviewing.)
19    Q   What was your response then?
20    A   I said, "Let's see if we can
21  fix our direct mail program."
22    Q   Okay.
23    A   It's impossible to hire good
24  people.  It's a small non-profit.  And
25  it's really hard to find people to run

BRIAN MULLANEY - VOLUME II
1
2  direct mail programs.
3     Q   Okay.
4     A   And I also might want to
5  point out, there's no direct mail in
6  India.
7       MR. CURCHACK:  I would like
8    to mark as the next exhibit, this
9    is an e-mail thread from -- the
10   first e-mail is from Mr. Mullaney
11   to JJ Coneys dated December 21,
12   2016.
13     (Exhibit 49 is Marked.)
14  BY MR. CURCHACK:
15    Q   Is this the e-mail -- is
16  this e-mail what you were referring to
17  earlier when you said you asked
18  Mr. Coneys not to resign?
19    A   "Begged" is a better word.
20    Q   And look down towards the
21  bottom of the first page, there's a
22  list of three points, and number 3
23  says, "If for whatever reason
24  dissolving the organization makes more
25  sense, we can do that quickly.  We are

BRIAN MULLANEY - VOLUME II
1
2  a very simple organization with little
3  debt and 99 percent liquid."
4       Can you tell us what you
5  meant by "little debt and 99 percent
6  liquid"?
7     A   Well, this is when I knew
8  nothing about bankruptcy, and Steve
9  Levitt, one of our directors, said why
10  don't you just close your doors and
11  open up as a new organization, which
12  you can't really do.
13    Q   Well, what did you
14  understand liquid to mean in general?
15    A   Oh.  Well, liquid -- we
16  don't -- we are not General Motors.
17  We don't own any buildings or
18  anything.  We could distribute all of
19  our restricted donations to our
20  partners.  And we could pay our
21  creditors what we had and start a new
22  organization.
23    Q   Okay.
24       But it says with little
25  debt.

BRIAN MULLANEY - VOLUME II

1        BRIAN MULLANEY - VOLUME II
2      What about your impact
3 loans?
4    A   Well. We had 10 million --
5 we would pay our debt. We had
6 $10 million to pay our creditors, so
7 the impact loan people would get half
8 of that. But that was it for whatever
9 reason.
10      That was not viable because
11 I didn't know anything about
12 bankruptcy at this time.
13    Q   Any other directors resigned
14 as a result of the bankruptcy?
15    A   Yes, Jim Poehling resigned a
16 month ago, roughly.
17      MR. LILIEN: Why?
18      THE WITNESS: The ███
19 BY MR. CURCHACK:
20    Q   Explain that.
21    A   They asked for him to come
22 on the board, and they asked him to
23 come off.
24      MR. LILIEN: Why?
25      THE WITNESS: He said he

1        BRIAN MULLANEY - VOLUME II
2 wanted to stay on the board, and
3 it wasn't his decision.
4    I think ███ is very
5 sensitive to negative publicity
6 and stuff and wanted to really put
7 a firewall up between us.
8 BY MR. CURCHACK:
9    Q   What is the connection
10 between Mr. Poehling and ████████?
11    A   They have been best friends
12 since they were six years old, and Jim
13 Poehling -- it's pronounced Poehling.
14 It's a weird spelling. He's a great
15 guy. ████████████████
████████████████████████
███ ████████
19    Smart guy. Great addition
20 to the board, and he told me the
21 minute we get out of bankruptcy, he
22 would be happy to consider coming back
23 on the board.
24      MR. LILIEN: Are there any
25 other board members -- Mr.

1        BRIAN MULLANEY - VOLUME II
2 Poehling was representing
3 ████████████ interest on the
4 board essentially?
5      THE WITNESS: Yes.
6      MR. LILIEN: Are there any
7 other board members that are
8 representing someone else's
9 interest on the board?
10      THE WITNESS: No.
11      MR. LILIEN: Any other board
12 members involved directly or
13 indirectly with Mr. Poehling's
14 impact loan?
15      THE WITNESS: Well, Clark
16 Kokich -- he did not give us an
17 impact loan. He's on the board.
18 You're asking if any board members
19 have any impact loans?
20      MR. LILIEN: Or somebody on
21 the board who is representing
22 somebody who has -- directly or
23 indirectly.
24      THE WITNESS: No.
25 BY MR. CURCHACK:

1        BRIAN MULLANEY - VOLUME II
2    Q   Is Sabrina --
3    A   Clark.
4    Q   -- Clark -- when did she
5 join the board?
6    A   She was our first woman
7 member. She joined recently and she
8 resigned.
9    Q   Do you know why she
10 resigned?
11    A   Yes.
12    Q   Why?
13    A   Because she said you invited
14 me on the board to help the charity,
15 not to be involved with bankruptcy and
16 stuff, so she came on in June, I
17 believe.
18    Q   June of 2016?
19    A   I believe so.
20    Q   Is Steve -- when did Steve
21 Levitt join the board again?
22    A   I believe in 2015, with that
23 big bunch of new people.
24    Q   Is he still on the board?
25    A   Yes, we have had a hundred

1      BRIAN MULLANEY - VOLUME II
2  percent board participation in the
3  last couple of meetings.  He's still
4  solidly behind us and with us.
5      Q    Mr. Rappaport is still on
6  the board?
7      A    Yes.
8      Q    And Mr. Kokich is still on
9  the board?
10     A    Yes.
11     Q    And Mr. Price is still on
12 the board?
13     A    Yes.
14     Q    Mr. Atkinson is still on the
15 board?
16     A    Yes.
17         MR. LILIEN:  Mr. Coneys, as
18 you mentioned, is lead independent
19 director?
20         THE WITNESS:  Yes.
21         MR. LILIEN:  When did he
22 assume that role?
23         THE WITNESS:  When I asked
24 him to become chairman.  He said
25 he didn't want to become chairman.

1      BRIAN MULLANEY - VOLUME II
2  He felt comfortable becoming lead
3  independent director.  Maybe that
4  was a year, two years ago.
5          MR. LILIEN:  Did the board
6  vote to make him lead independent
7  director?
8          THE WITNESS:  It's a good
9  question.  I don't remember.
10         MR. CURCHACK:  I think you
11 will be fine for your train.
12         Give me two minutes to step
13 out and talk.
14         (Whereupon a Recess
15 Commenced at 2:30 and Testimony
16 Recommenced at 2:35.)
17         MR. CURCHACK:  We are now
18 going to mark -- we are back on
19 the record.
20         We are now going to mark as
21 the next exhibit, which is
22 Exhibit 50, a chart which was
23 previously marked during our
24 interview with Mr. Ujjal
25 Bhattacharya.

1      BRIAN MULLANEY - VOLUME II
2          The document which we are
3  marking, which I am handing to you
4  now, I will represent to you is
5  taken from a spreadsheet produced
6  with production number 0000570.
7          What we have done is taken
8  off a few of the columns from the
9  spreadsheet so that it would be
10 legible.
11         MR. TRIVIGNO:  Barely.
12         (Exhibit 50 is Marked.)
13 BY MR. CURCHACK:
14     Q    Ujjal identified this as a
15 report that he got from one of your
16 partner hospitals as reporting on the
17 surgeries that they had performed
18 apparently in response to the grant
19 that had been sent to them.
20         Okay?
21     A    Yes.
22     Q    The reason I am showing this
23 to you, I want you to look at a couple
24 of things.
25         First, if you look at the

1      BRIAN MULLANEY - VOLUME II
2  age column.
3      A    Yes.
4      Q    You will see, I believe,
5  that -- I don't believe there's anyone
6  under the age of 60 -- here is some
7  50-year-olds.
8          MR. TRIVIGNO:  I'm sorry.
9  The last page has a few younger
10 folks.
11 BY MR. CURCHACK:
12     Q    On the last page, there are
13 some children.
14         But a majority by far are
15 adults; is that correct?
16     A    Yes.
17     Q    That's consistent with what
18 you have told us?
19     A    Yes.
20     Q    But you also, if you look
21 over diagnoses, you will see all but
22 the last page it's age-related
23 cataracts; is that correct?
24     A    (Reviewing.)  Yes.
25     Q    Okay.

1        BRIAN MULLANEY - VOLUME II
2      And if you go to about
3 middle of the page, it says visual
4 acuity scale, right?
5    A  Yes.
6    Q  Do you see that?
7      Then there's preoperative,
8 uncorrected, right eye visual acuity
9 and preoperative uncorrected left eye
10 visual acuity.
11      See that?
12    A  Yes.
13    Q  And then the next two
14 columns to the right are
15 post-operative acuity, visual acuity
16 for the right eye and left eye.  Okay?
17    A  Right.
18    Q  And if you look at the
19 column that says operated eyes, it
20 either says R, L or B, correct?
21    A  (Reviewing.)
22    Q  Which means right, left or
23 both --
24    A  (Reviewing.)
25    Q  -- is that correct?

1        BRIAN MULLANEY - VOLUME II
2    A  Yes.
3    Q  Okay.
4      And I believe in each case
5 here it was only one eye that was
6 operated on?
7    A  Yeah, for safety, they only
8 do usually one eye.
9    Q  Now, if you look at the
10 first patient, the first line here
11 says the preoperative uncorrected
12 visual acuity for the right eye is
13 20/60.
14    A  Right.
15    Q  And for the left eye is
16 4 feet?
17    A  Yes.
18    Q  Now --
19    A  It's my tape measure.
20    Q  So by your definition, that
21 person would be effectively blind in
22 the left eye?
23    A  Yes.
24    Q  But not in the right eye; is
25 that correct?

1        BRIAN MULLANEY - VOLUME II
2    A  Yes.
3    Q  So by definition, this
4 person has -- is not blind but has
5 blindness in one eye; is that correct?
6    A  They are blind in one eye,
7 and they could have a cataract in the
8 other eye but it's not as developed
9 and they are not blind there yet.
10    Q  In the case of this person,
11 the eye that was operated on was which
12 eye?
13    A  (Reviewing.)
14    The left eye.
15    Q  Right.  The one -- okay.
16    A  It brought him up to 20/60.
17    Q  Now, if you look at the next
18 person, the preoperative and vision
19 for both eyes is 20/60; is that
20 correct?
21    A  Yes.
22    Q  So while they might have a
23 cataract developing, they wouldn't be
24 by any health standard blind at this
25 point; is that correct?

1        BRIAN MULLANEY - VOLUME II
2    A  Correct.
3    Q  Okay.  Thanks.
4    A  They could be going blind.
5 It says they have cataracts, so yes.
6    (Reviewing.)
7    MR. CURCHACK:  I would like
8 to mark as the next exhibit,
9 Exhibit 51 --
10    THE WITNESS:  We have 30,000
11 charts before we developed the new
12 thing.
13    Would you like us to give
14 them to you with a mean on the
15 bottom?
16    MR. LILIEN:  Let's go off
17 the record for a moment.
18    (Whereupon a Discussion is
19 Held Off the Record.)
20    MR. CURCHACK:  I would like
21 to mark as the next -- first as
22 Exhibit 51, letters on WonderWork
23 surgery.  The first is dated
24 April 15, 2013, the second is
25 dated February 20, 2014, both

BRIAN MULLANEY - VOLUME II

1    BRIAN MULLANEY - VOLUME II
2    addressed to KPMG.  Production
3    numbers are 042016 through 042026.
4        (Exhibit 51 is Marked.)
5    BY MR. CURCHACK:
6        Q    Do you recognize these
7    letters?
8        A    (Reviewing.)
9            Yeah, I believe so.
10       Q    Is that your signature on
11   the last page of each of these?
12       A    Yes.
13       Q    And what is this letter or
14   these letters?
15       A    This is a standard letter we
16   send every year to our auditors saying
17   we are giving you -- showing you all
18   of our books.  We are not hiding
19   anything.  We are not aware of
20   anything bad that you don't know
21   about.
22           I don't know what you call
23   it.
24       Q    Okay.
25           And if you look at the last

1    BRIAN MULLANEY - VOLUME II
2    paragraph, it says, "Further, we
3    confirm that we are responsible for
4    the fair representation in the
5    financial statements of the balance
6    sheet, changes in net assets and cash
7    flows in conformity with US generally
8    accepted accounting principles."
9        A    Yes.
10       Q    Do you understand what was
11   said when you signed this?
12       A    Yes.
13       MR. CURCHACK:  Let's mark
14   Exhibit 52, two similar letters.
15   One is dated May 7, 2015, and one
16   is dated May 12, 2016.  They bear
17   production numbers 042027 through
18   042039.
19       (Exhibit 52 is Marked.)
20   BY MR. CURCHACK:
21       Q    Is this your signature on
22   these two letters as well?
23       A    (Reviewing.)  Yes.
24       Q    Do you recall reading and
25   signing these letters?

1    BRIAN MULLANEY - VOLUME II
2        A    Not really, but I am sure I
3    did.
4        Q    Okay.
5            I would like you to turn
6    first to page, 042032, which is the
7    last page of the May 7, 2015, letter,
8    and look at paragraph 23.
9        A    (Reviewing.)
10       Q    Could you read that please
11   into the record.
12       A    Number 23?
13       Q    Yes.
14       A    "The organization has a
15   reasonable basis for determining
16   estimates associated with in-kind
17   contributions and has filed the basis
18   at June 30, 2014."
19       Q    Okay.
20           And there's no similar
21   sentence in the two letters that we
22   marked as the previous exhibit.
23           Do you recall why this
24   sentence was added into this
25   representation letter this year?

1    BRIAN MULLANEY - VOLUME II
2        A    I have no idea.
3        Q    Okay.
4            And if we look at paragraph
5    24.
6        A    Yeah.
7        Q    It says, "The organization
8    confirms that the following
9    contributions have no restrictions."
10           It goes on to identify
11   certain donors.
12       A    Hm-hm.
13       Q    Do you recall why that
14   sentence was included in this letter
15   this year?
16       A    No idea.
17       Q    Okay.  Okay.
18           Thank you.
19       MR. CURCHACK:  I would like
20   to mark as the next exhibit --
21       THE WITNESS:  O you have
22   these charts?  Do you remember?
23       MR. LILIEN:  Why don't we do
24   this afterwards.  We are trying to
25   get this done.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

BRIAN MULLANEY - VOLUME II
1    BRIAN MULLANEY - VOLUME II
2         THE WITNESS:  I apologize.
3    BY MR. CURCHACK:
4         Q    While we are getting that
5    out, could you go back to the last
6    exhibit and look at page 042034.
7         A    (Reviewing.)
8              Yes.
9         Q    And in paragraph 4, which
10   says there are no -- you see clause C,
11   other liabilities or gain or loss
12   contingencies that are required to be
13   accrued or disclosed?
14        A    Right.
15        Q    Do you have any
16   understanding as to what that means?
17        A    (Reviewing.)
18             Well, contingencies, I
19   guess --
20        Q    It says other liabilities
21   that are required to be disclosed,
22   so --
23        A    Right.
24        Q    -- what do you think that
25   means?

1    BRIAN MULLANEY - VOLUME II
2         A    Or gain.  (Reviewing.)
3              We thought we were going to
4    win the arbitration.  It was on our
5    books, I think, as whatever, but if
6    you are talking that we should have
7    listed it -- I don't know if it was or
8    was not listed.
9         Q    I am not meaning anything.
10             I'm asking if you know what
11   it means when it says there are no
12   other liabilities that are required to
13   be accrued?
14        A    I think -- yeah, I don't
15   think we -- I don't know if we had it
16   in the line or not, but our lawyer was
17   telling us we were going to win or at
18   worse, just walk away without legal
19   fees.
20        Q    You told us earlier that you
21   didn't take all of your pay, I think
22   is the way you phrased it; is that
23   correct?
24        A    Right.
25        Q    And but you also said, I

1    BRIAN MULLANEY - VOLUME II
2    believe, that WonderWork owes you some
3    amount of money?
4         A    Yes.
5              (Whereupon a Discussion is
6    Held Off the Record.)
7              MR. CURCHACK:  I would like
8    to now mark as Exhibit 53, a copy
9    of Schedules E and F.  It is filed
10   by WonderWork in its bankruptcy
11   case at Docket Number 187 and ask
12   you to turn to the second page.
13             THE WITNESS:  Okay.
14             (Exhibit 53 is Marked.)
15   BY MR. CURCHACK:
16        Q    And do you see Item 3.3?
17        A    Yes.
18        Q    Could you tell us what that
19   is?
20        A    Yeah, that's my limbo pay
21   that Hana has been keeping track of
22   for me that WonderWork owes me.
23        Q    The form says 2016
24   salary/unreimbursed expenses --
25             MR. TRIVIGNO:  Off the

1    BRIAN MULLANEY - VOLUME II
2    record for a second.
3              (Whereupon a Discussion is
4    Held Off the Record.)
5              MR. TRIVIGNO:  Back on the
6    record.
7              MR. CURCHACK:  Off the
8    record.
9              (Whereupon a Discussion is
10   Held Off the Record.)
11   BY MR. CURCHACK:
12        Q    Okay.
13             So is -- now, there are
14   boxes there that says claim
15   contingent, unliquidated or disputed,
16   right, and none of those are checked,
17   correct?
18        A    Correct.
19        Q    So is it fair to say that
20   this is a statement that WonderWork
21   owes you $641,320.07?
22        A    Yeah.
23        Q    Would you consider that a
24   liability?
25        A    Yes.

BRIAN MULLANEY - VOLUME II

1    Q    Okay.
2         Is that disclosed on the
3 financial statements at WonderWork?
4    A    I don't know.
5         MR. CURCHACK:  Okay.
6         Now, let's mark as
7 Exhibit 54, four pages bearing
8 production number 07285 through
9 07289.
10        (Exhibit 54 is Marked.)
11 BY MR. CURCHACK:
12   Q    Take a minute to look
13 through that.
14   A    (Reviewing.)
15        Yeah.
16   Q    Have you ever seen this
17 before?
18   A    Yes.
19   Q    Can you tell us what it is?
20   A    It's a spreadsheet that Hana
21 keeps track of all the pay that I have
22 been awarded that I haven't accepted,
23 and she writes down when I do accept
24 it and/or take -- have it deducted and
25

BRIAN MULLANEY - VOLUME II

1 give it back to the charity.
2    Q    When you say "take it," what
3 do you mean by "take it"?
4    A    She W-2s it and pays it out
5 to me.
6    Q    Well, we have seen all of
7 your W-2s as part of production,
8 and -- and all of the W-2s show
9 $475,000, I believe.
10   A    Except for one.
11   Q    Except for the first year?
12   A    Yeah.
13   Q    Okay.
14        So I am a little confused.
15   A    Does she have numbers in
16 here that are not 475?
17   Q    Well, let's start looking in
18 July of 2012.
19   A    Okay.
20        (Reviewing.)
21   Q    And see there are three
22 checks for 39,583, which I believe
23 represents one-twelfth of $475,000,
24 right?
25

BRIAN MULLANEY - VOLUME II

1    A    Yeah, not being paid.
2    Q    Right.  Not being paid?
3    A    Yeah, I think this is her
4 running total -- let's try to find an
5 entry that says paid out -- see it
6 says -- she can explain it to you
7 better than I can.
8         I know you already met with
9 her.  I have only gotten -- I only get
10 like one check a year -- one paycheck
11 a year, and usually it's a year after
12 I do it or more.  So --
13   Q    What do you mean you only
14 get one paycheck a year?
15   A    Well, I go a year without
16 getting paid or two years.  I haven't
17 been paid now for any work since 2015.
18 I was going to get paid in
19 January/February, but we were
20 bankrupt, so I didn't take any money.
21        MR. LILIEN:  Let's go off
22 the record.
23        (Whereupon a Recess
24 Commenced at 2:56 and Testimony
25

BRIAN MULLANEY - VOLUME II

1 Recommenced at 2:57.)
2         MR. CURCHACK:  I would like
3 to ask the reporter to mark as the
4 next exhibit, a five-page document
5 bearing production numbers 06398
6 through 06402.
7         It appears to be four W-2s
8 from WonderWork for the employee
9 Brian Mullaney for the years 2012,
10 '13, '14, '15 and '16.
11        (Exhibit 55 is Marked.)
12        THE WITNESS:  Okay.
13        (Reviewing.)
14 BY MR. CURCHACK:
15   Q    And are these your W-2s for
16 the indicated years?
17   A    (Reviewing.)
18        Yeah, it makes sense to me.
19   Q    Okay.
20        Did you ever receive any
21 Form 1099s from WonderWork?
22   A    No, I was never a
23 consultant.  I was always a W-2 guy.
24   Q    Okay.

BRIAN MULLANEY - VOLUME II

1        BRIAN MULLANEY - VOLUME II
2        So let's go back to the
3  previous exhibit.
4     A   Yeah, I am not understanding
5  it. I'm sorry. I don't know which
6  column is which. In the beginning, I
7  did get monthly paychecks, so that
8  could be what that is, and then I
9  started to just take one check a year.
10     Q   Will, well let's just go to
11  page -- let's start at the first page,
12  page 2785, and line -- there's a line
13  down near the bottom. It says
14  January 14th -- January of '14,
15  January 2014.
16       Okay. If you run all the
17  way across the page, you will see on
18  the right-hand side, there's a
19  deduction of $10,000 and it says
20  annual ██████ visits.
21     A   Right.
22     Q   What do you believe that
23  represents?
24     A   That's when ██████ comes to
25  see me in July with his wife.

BRIAN MULLANEY - VOLUME II

1        BRIAN MULLANEY - VOLUME II
2     Q   And you told us earlier ██████
3  ██████ pays his expenses?
4     A   Yes.
5     Q   And you pay your expenses?
6     A   Yes.
7     Q   And how do you pay your
8  expenses?
9     A   I deduct it from my pay.
10     Q   Okay.
11       That's what this deduction
12  reflects?
13     A   Yes.
14     Q   Do you ever report those
15  deductions on your income tax return?
16     A   No, never.
17     Q   Above that it says minus
18  $30,000.
19       Do you see that?
20     A   Yes.
21     Q   It says about 50 percent
22  weekly travel.
23       What is that referring to?
24     A   That was in '13. I was
25  paying for half of my weekly travel to

BRIAN MULLANEY - VOLUME II

1        BRIAN MULLANEY - VOLUME II
2  New York from Boston and then
3  somewhere along I upped it to a
4  hundred percent a year -- couple years
5  ago, I think.
6       That's what that amount was
7  for.
8     Q   And so there, again, you
9  were telling Hana to take those funds
10  from --
11     A   From the running balance.
12     Q   -- running balance and apply
13  them against those travel expenses; is
14  that correct?
15     A   Yes. Yes.
16     Q   Did you ever report that on
17  your income tax?
18     A   Never, no.
19     Q   Okay.
20       Go to page 7287.
21     A   (Reviewing.) Okay.
22     Q   Go to -- about the middle of
23  the page on the right side, you see
24  where it says August 16th?
25     A   Yep.

BRIAN MULLANEY - VOLUME II

1        BRIAN MULLANEY - VOLUME II
2     Q   There appears to be a
3  deduction for $3,750?
4     A   Yes.
5     Q   Could you tell us what that
6  refers to?
7     A   Yes, I have this little old
8  lady that comes to my office and gives
9  me Photoshop lessons because we have
10  tens of thousands of photos and she
11  gives them to me and to Karen so that
12  we can manage them and name them and
13  organize them and color -- color
14  correct them, stuff like that.
15     Q   Who is the person who would
16  give you those lessons?
17     A   Her name is Maria Ferrari.
18     Q   When you say "color
19  correct," what are you referring to?
20     A   Every picture should be
21  lightened or darkened or sharpened and
22  corrected.
23     Q   Did you ever make any
24  corrections to the eyes of any of the
25  patients?

1    BRIAN MULLANEY - VOLUME II
2    A    Yes. I enhance the cataract
3    if needed so you can see it.
4    Sometimes it's very subtle.
5        MR. LILIEN: Is there
6    anything else you would do other
7    than correcting the eye lens and
8    lighting, darkening the pictures?
9        THE WITNESS: Sometimes I
10   would put them together for before
11   and after or --
12       MR. LILIEN: Put them
13   together in what sense.
14       THE WITNESS: So there were
15   two photos put together, before
16   and after, together in one photo.
17       No, that's about it. Most
18   of the help was for searching for
19   photos and naming them and
20   managing them because we literally
21   have tens of thousands of photos.
22       Now she is fluent in it and
23   I am and we have a whole library
24   and system for tracking them.
25   BY MR. CURCHACK:

1    BRIAN MULLANEY - VOLUME II
2    Q    Could you go back to page
3    7826.
4    A    Yes, sir. (Reviewing.)
5    Q    February 15th. Go to the
6    right hand -- go to the columns on the
7    right side of the page. There is one
8    that's an 1/18/15 e-mail, and it says
9    holiday dinner and there's a minus
10   $2,274.09.
11       Do you recall what that was
12   for?
13   A    I wish they had lines on
14   these things (Reviewing.)
15       February -- holiday
16   dinner -- I think that was our staff
17   Christmas dinner I paid for.
18   Q    Okay.
19       When you say you paid for
20   it --
21   A    I deducted it from my pay
22   right here.
23       MR. LILIEN: MAB dinner?
24       THE WITNESS: I paid for
25   that. That's the Medical Advisory

1    BRIAN MULLANEY - VOLUME II
2    Board.
3        MR. LILIEN: Okay.
4        Can I ask one question on
5    the next page, 7287.
6        On the left-hand side,
7    there's a total of your base
8    salary and your bonuses.
9        THE WITNESS: Right.
10       MR. LILIEN: If you look on
11   the bonuses, it starts with
12   July 2013.
13       THE WITNESS: Yes.
14       MR. LILIEN: Did you receive
15   a bonus before July 2013?
16       THE WITNESS: I don't
17   believe so, no, because I think --
18   no.
19       MR. LILIEN: And then would
20   this $950,000 number represent the
21   bonuses the board awarded you?
22       THE WITNESS: Yes.
23       MR. LILIEN: How were you
24   notified you were awarded these
25   bonuses?

1    BRIAN MULLANEY - VOLUME II
2        THE WITNESS: They would
3    tell me verbally at the
4    end-of-the-year June board
5    meeting. They would go into
6    executive session and come out and
7    tell me whatever bonus I would
8    get.
9    BY MR. CURCHACK:
10   Q    Did you ever get a year --
11   was there ever a year you didn't get a
12   $250,000 bonus?
13   A    Yes.
14   Q    What years --
15   A    2015.
16   Q    -- or years?
17   A    Singular. 2015.
18   Q    Okay.
19       What was your reaction?
20   A    I was disappointed. I
21   didn't understand why.
22   Q    Did you have any discussions
23   with the board over that?
24   A    Yeah, I told them it was
25   very disappointing. It was a

BRIAN MULLANEY - VOLUME II

1  difficult year.
2
3      Again, we were in a war zone
4  with everything that was going on and
5  I worked 80 hours a week and was away
6  from home 50 weeks a year, so...
7      MR. LILIEN: Brian,
8  returning back to -- I don't know
9  what exhibit this is -- the
10  bankruptcy filing where you were
11  looking at having a claim of
12  $641,000.
13      THE WITNESS: Yeah.
14      MR. LILIEN: We recognize
15  there may be an updated version of
16  this.
17      Is that $641,000 the amount
18  you believe of your $950,000
19  bonuses cumulatively that you have
20  not yet been -- you have not yet
21  used to pay for your expenses?
22      THE WITNESS: You can look
23  at it that way. I get the bonus.
24  She would put it in the running
25  balance, so it would be mingled

BRIAN MULLANEY - VOLUME II

1
2  in, and you can look at it that
3  way because all -- because of my
4  475 W-2s, yes, you can look at it.
5      I didn't plan it that way.
6  I looked at it as a running
7  balance.
8      MR. LILIEN: Just so I
9  understand, the salary you -- the
10  compensation you have been
11  awarded --
12      THE WITNESS: Yes.
13      MR. LILIEN: -- that you
14  have not yet used to pay for
15  expenses is the $641,000?
16      THE WITNESS: Yes.
17      MR. LILIEN: Okay.
18      THE WITNESS: For
19  pre-petition.
20      MR. LILIEN: What is that?
21      THE WITNESS: Pre-petition.
22  I haven't been paid anything
23  this year either.
24      MR. LILIEN: Okay.
25  BY MR. CURCHACK:

BRIAN MULLANEY - VOLUME II

1
2      Q    What was the expense
3  reimbursement policy at WonderWork
4  until recently -- until late 2016?
5      A    I couldn't quote it for you
6  word for word.
7      Q    Who approved your expense
8  reimbursements?
9      A    Well, now JJ Coneys, but
10  before I thought he would look at them
11  once a year. Now I don't know. He
12  has reviewed all my expenses now for
13  the past year and a half.
14      Q    When did he make that
15  review?
16      A    Recently, as part of our
17  audit.
18      Q    But prior to that?
19      A    I am not aware what he
20  looked at or didn't look at.
21      Q    And no else would have
22  looked at it?
23      A    Hana would have and Karen
24  would have.
25      Q    Did they have approval over

BRIAN MULLANEY - VOLUME II

1
2  them, or would they simply process
3  what you told them?
4      A    Well, they get it before me.
5  And they get my AMEX account. I
6  charge everything to my American
7  Express, so they would get it first
8  and show it to me and I would look at
9  it and say if something was out of
10  whack.
11      Q    But then if you said to Hana
12  to show it off of this account, she
13  would just put it there?
14      A    Show it off of that account?
15  You mean deduct it from my pay?
16      Q    Yes.
17      A    Yes, I did that for 10 years
18  at Smile Train and the auditor
19  approved it at Smile Train, just like
20  they approved it at WonderWork.
21      It was a very convenient way
22  for me to help the charity and make
23  me -- I'm asking all these people for
24  money. I think I am the tenth biggest
25  donor to WonderWork out of 150,000.

76 (Pages 593 to 596)

BRIAN MULLANEY - VOLUME II

1    MR. LILIEN: Can you just
2  explain what you said?
3    THE WITNESS: I think I am
4  the tenth largest donor to
5  WonderWork.
6    MR. LILIEN: How do you
7  calculate that?
8    THE WITNESS: Because I have
9  given back, I believe, around
10  $400,000 of my pay.
11    MR. LILIEN: Of your pay?
12    THE WITNESS: Yes.
13  BY MR. CURCHACK:
14    Q    Did you pay -- did you
15  report any of that $400,000 on your
16  Federal or State income tax returns
17  before you gave it back to WonderWork?
18    A    Never, no.
19    Q    Do you know whether the
20  auditors were aware of the existence
21  of this contingent account -- the
22  running balance you have been talking
23  about?
24    A    I wouldn't use the word

BRIAN MULLANEY - VOLUME II

1  "contingent." We would use the word
2  "limbo pay."
3    The auditor at Smile Train
4  said the minute you put it on the GL,
5  you have to accept it. And he
6  suggested put it in a spreadsheet and
7  just manage it that way and it will be
8  paid in limbo until you accept it or
9  you give it back to the charity.
10    Q    Okay.
11    Did you ever discuss with
12  him the need to report it as income
13  before you gave it back to the
14  charity?
15    A    I am not aware there is any
16  need for that.
17    MR. LILIEN: Was this the
18  auditor --
19    THE WITNESS: Because the
20  minute I accept it, it becomes
21  income, and I pay taxes on it.
22  BY MR. CURCHACK:
23    Q    Were there ever any
24  deductions to this account that in

BRIAN MULLANEY - VOLUME II

1  your view were personal
2  reimbursements?
3    A    No.
4    Q    So looking at page 7285 --
5    A    Yeah.
6    Q    -- where it says -- next to
7  January 6, 2014, personal
8  reimbursement, that's not a personal
9  reimbursement?
10    A    (Reviewing.)
11    7285?
12    Q    Yes.
13    A    January, what year?
14    Q    January 6th of 2014, there
15  is a $22,000 deduction. It says
16  personal reimbursements.
17    A    January 6th of 2014?
18    Q    Yes.
19    A    (Reviewing.)
20    I don't know what that is,
21  but you should ask Hana. My expenses
22  I kept completely separate from this
23  because that was -- these were all
24  bona fide WonderWork expenses that I

BRIAN MULLANEY - VOLUME II

1  volunteered to pay.
2    None of them should have
3  been personal, and I would handle that
4  separately with either reimbursing the
5  charity if I owed them or getting a
6  check from them if I owed them.
7    Q    Did you ever get any
8  reimbursement checks from the charity?
9    A    Yes, very rarely, though.
10    MR. CURCHACK: I would like
11  to mark as an exhibit, an e-mail
12  from you to Hana dated January 6,
13  2014.
14    (Exhibit 56 is Marked.)
15  BY MR. CURCHACK:
16    Q    I would like you to look at
17  Exhibit 56, and does this refresh your
18  recollection as to that January 6,
19  2014, entry?
20    A    (Reviewing.)
21    The $22,000?
22    Q    Yeah.
23    A    (Reviewing.)
24    So owes you -- she is saying

BRIAN MULLANEY - VOLUME II
1  owes me for salary, pay, I believe,
2  and it's seventeen three and
3  miscellaneous stuff they owed me for
4  2100 that I agreed to pay.
5  Q   At the top it says, "I would
6  like to deduct the 22,000 from my
7  impact loan.
8       Now, is that the $250,000
9  impact loan that we discussed earlier
10 that you said --
11 A   Right.
12 Q   -- that you never made?
13 A   Yeah, I didn't make it, but
14 I left -- I had $250,000 sitting with
15 WonderWork as an impact loan that was
16 not formalized with a contract and was
17 not paying me interest.
18 Q   So what happened -- where
19 did this $22,000 go?
20 A   (Reviewing.) "Is it okay
21 with you, I would like to deduct
22 22,000 from my impact loan?  Loan
23 reduced" -- (Reading.)
24      I would have to have Hana

BRIAN MULLANEY - VOLUME II
1  explain this to me.  I don't remember.
2  MR. LILIEN:  The source --
3  THE WITNESS:  I didn't take
4  $22,000 cash out of it.  It was --
5  I believe it was a release of the
6  money because I said I got the
7  bonus.  That's my impact loan,
8  hold onto it and she is deducting
9  it from that.
10     I don't know.  I would have
11 to ask her.
12 MR. LILIEN:  I am just
13 trying to make sure we understand.
14     The source of this money was
15 the bonus that you received -- the
16 source of the $250,000 that this
17 is being deducted from is the
18 bonus you received?
19 THE WITNESS:  Well, she
20 would take that and put it in the
21 running balance.  She keeps one
22 running balance.
23     So, yes, that was the
24 source, because I said I am

BRIAN MULLANEY - VOLUME II
1  getting a bonus.  I told Dysart,
2  yes.
3  MR. LILIEN:  From that
4  bonus, you would make a loan.
5  THE WITNESS:  Yes.
6  MR. LILIEN:  Whether it was
7  impact loan --
8  THE WITNESS:  It's a limbo
9  loan.
10 MR. LILIEN:  Whatever you
11 want to call --
12 THE WITNESS:  WonderWork
13 kept the money, yes.
14 MR. LILIEN:  You were
15 awarded a bonus and then from that
16 you were planning on making a loan
17 to WonderWork?
18 THE WITNESS:  I got the
19 bonus.  Hana put it on my running
20 balance, and it sat there as
21 250,000 that WonderWork owed me,
22 with the other money, and then she
23 did something.  She could -- I can
24 get you answers for all this

BRIAN MULLANEY - VOLUME II
1  stuff.
2  BY MR. CURCHACK:
3  Q   And if you had said to Hana,
4  cut me a check for $20 out of this
5  account, would she had done that?
6  A   Out of what account?
7  Q   Out of this limbo --
8  A   No.
9  Q   -- pay?
10 A   No, she would cut me a W-2.
11 You have all my e-mails.
12     I would say I am going to
13 take some pay and it would go through
14 ADP, our payroll processer.  That is
15 the only way I got a penny out of any
16 of that.
17 Q   Okay.
18     But to be clear, my question
19 was if you had asked for money out of
20 this account, she would have -- what
21 you are saying, I think, is that she
22 would have given you the money, but
23 you would also have reported it on a
24 W-2?

1    BRIAN MULLANEY - VOLUME II
2    A    Yes.
3        MR. CURCHACK:  Okay.
4    I think that's it.
5        THE WITNESS:  You are a
6    saint.
7        Thank you so much.
8    (Whereupon Testimony Concluded at 3:16
9    p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2    I, S. Arielle Santos, a Registered
3    Professional Reporter, Certified
4    Shorthand Reporter and Certified
5    LiveNote Reporter do hereby certify:
6        That prior to being
7    examined, the witness named in the
8    forgoing deposition, was by me duly
9    sworn to testify the truth, the whole
10   truth, and nothing but the truth.
11   That said deposition was taken before
12   me at the time and place set forth and
13   was taken down by me in shorthand and
14   thereafter reduced to computerized
15   transcription under my direction and
16   supervision, and I hereby certify the
17   foregoing deposition is a full, true
18   and correct transcript of my shorthand
19   notes so taken.
20   I further certify that I am neither
21   counsel for nor related to any party
22   to said action nor in anywise
23   interested in the outcome thereof.
24
25   _____

1        *** ERRATA SHEET ***
         TRANSPERFECT DEPOSITION SERVICES
2        216 E. 45th Street, Suite #903
         NEW YORK, NEW YORK 10017
3        (212) 400-8845
4    CASE: IN RE: WONDERWORK, INC., USBC SDNY
     DATE: AUGUST 17, 2017
5    WITNESS: BRIAN MULLANEY      REF: 19385
6    PAGE  LINE  FROM        TO
7    ____|____|_____|_____
8    ____|____|_____|_____
9    ____|____|_____|_____
10   ____|____|_____|_____
11   ____|____|_____|_____
12   ____|____|_____|_____
13   ____|____|_____|_____
14   ____|____|_____|_____
15   ____|____|_____|_____
16   ____|____|_____|_____
17   ____|____|_____|_____
18   ____|____|_____|_____
19   ____|____|_____|_____
20
21        _____
22        BRIAN MULLANEY
23   Subscribed and sworn to before me
24   this ____ day of _____, 20__.
25        _____
          Notary Public

## A

**able** 309:21 370:3
**abroad** 376:3
**absence** 544:16
**accept** 312:17
581:24 598:6,9,21
**acceptable** 368:16
**accepted** 368:17,18
379:24 574:8
581:23
**access** 469:20 547:6
**accompany** 403:15
**account** 319:16
322:15,16,20
325:2 326:3
327:18 328:20,22
328:25 424:22
477:21 493:15
494:19,22,24
514:12 596:5,12
596:14 597:22
598:25 604:6,7,21
**accounting** 574:8
**accounts** 319:20
323:5
**accrued** 449:16
577:13 578:13
**accumulating**
332:2,10
**accurate** 302:8
349:6
**accused** 489:2
**acquire** 553:16
**acquires** 547:17
**acquiring** 519:18
**acquisition** 344:5
553:13
**acted** 544:23
**acting** 487:15,16
**action** 606:22
**actions** 388:14
**active** 487:10
**acuity** 569:4,8,10
569:15,15 570:12
**add** 345:24 390:10
475:5 510:25

**added** 444:11
575:24
**addition** 387:18
424:7 459:24
555:8 562:19
**additional** 444:5
470:18 551:23
552:18
**address** 334:12
401:14
**addressed** 430:18
445:8 448:7
482:15 573:2
**administration**
313:18 314:11
318:25 320:10
324:18 358:24
**administrative**
325:17
**administrators**
339:20
**ADP** 604:15
**adults** 350:24
540:11 568:15
**advantage** 406:17
510:7
**advice** 331:11
407:12
**advise** 464:3
**advised** 406:25
407:7
**advisor** 409:13
**advisors** 430:19
543:10
**Advisory** 590:25
**afford** 315:16
368:13 557:19
**Afghanistan** 511:9
**age** 568:2,6
**age-related** 568:22
**ago** 377:9 378:2
412:23 456:4
468:22 469:2
473:20 504:13
553:6,7 554:14
561:16 566:4
587:5

**agree** 340:2 351:6
373:18 374:25
495:25 525:3
538:9
**agreed** 375:10
377:19 515:21
601:5
**agreement** 392:25
393:2 398:9 402:9
497:18 498:22
503:22 504:20
505:12,16 507:15
507:24 508:16
509:18 511:24
543:2 552:2
**agreements** 410:7
483:4
**airfare** 510:13

**allocate** 305:14
320:16 323:25
324:3
**allocated** 320:4
**allocation** 305:6,10
320:18 324:5
**allowance** 510:2
511:6 512:6
**allowed** 402:4
474:16 510:3
525:11
**ambiguous** 522:25
**ambitious** 522:4
**amended** 410:13,23
**amending** 411:3
**America** 379:17,20
440:10 536:5
**American** 596:6
**Americans** 440:4
**AMEX** 596:5
**amount** 316:11
347:3,3,5,7 363:6
368:14 371:8,13
371:15 374:11
375:2,10 376:6,21
378:5,7 394:5
412:6,12,14,15

436:10 446:2
450:5 466:3
520:14 523:25
526:6 579:3 587:6
593:17
**amounts** 422:24
425:14
**Analysis** 301:3
516:14
**and/or** 414:17
581:25

**annual** 515:15
525:25 585:20
**answer** 308:5
318:11 327:5
337:3,4,6 352:9
387:13 446:11
463:13 532:20
537:12
**answered** 352:11
**answering** 437:16
**answers** 603:25
**anticipated** 354:4
**anybody** 435:10
520:8
**anymore** 416:9
**anywise** 606:22
**apologize** 577:2
**apparently** 567:18
**appeal** 314:19
315:24,24 316:7
316:11,12,14
317:4,4,6,16,21
317:21 318:6
341:16 347:11,12
347:13 356:20,21
363:7 431:13
**appealed** 397:11
**appeals** 316:18
338:4 354:9
357:13
**appear** 535:12
538:13 556:24

**APPEARANCES**
298:1
**appears** 461:7,15
538:7 584:8 588:2
**apply** 587:12
**Appoint** 300:11
456:16
**appreciate** 303:23
310:17
**approval** 350:12
497:25 595:25
**approve** 489:25
513:17 515:14,24
**approved** 350:14
364:5 394:17
455:11 459:4
483:11,13,16
487:5 492:12
509:8,21 530:14
536:22 595:7
596:19,20
**approving** 501:15
535:15,18,19
**approximate**
541:19
**April** 300:4 301:16
334:9 352:18
443:17 453:14
490:18 572:24

**arbitrarily** 381:14
**arbitration** 333:14
386:2,5,9 387:19
388:2,9 482:5
493:20 578:4
**argue** 555:18
**Arielle** 296:24
297:13 606:2
**arm's** 545:16

**arrangement**
455:16 465:3
**arrived** 515:14

aside 353:21
412:11 450:23
468:5 472:6,8
474:12 478:9,12
asked 307:20
345:14 367:19
383:16,19 394:5
395:19 411:18
416:9 454:20
463:12 477:6
525:16 545:3,4
558:11 559:17
561:21,22 565:23
604:20
asking 305:24
313:2 321:14,16
330:23 335:11
345:14 348:14
355:23,24 385:14
385:16 402:20
416:3 470:6,7
497:17 536:9
563:18 578:10
596:23
asset 411:4,19
assets 391:8 411:9
411:12,13 418:25
423:5,6,9,23
424:21 425:23
428:16 574:6
associated 358:10
575:16
ASSOCIATES
298:20
assume 363:21
420:23 428:15
493:6 525:10
528:8 565:22
assuming 419:3
420:14 421:20
assumption 467:8
Atkinson 565:14
attached 299:6
417:22 426:24
503:21 525:14
attachment 508:21
511:2

attacked 414:16
attacks 548:15
attention 330:4
334:13 418:6
attract 340:21
attractive 379:14
audit 483:15 513:7
513:25 514:3
546:18 595:17
audited 302:16
481:11
audition 398:25
415:18
auditor 596:18
598:4,19
auditors 305:13,17
306:11 329:7
483:11 531:7,10
531:11 573:16
597:21
August 296:15
297:5 587:24
607:4
autism 562:16
available 341:18
411:15 478:18
Avenue 296:13
297:3 298:15,21
396:17
award 309:5
530:10
awarded 417:8,10
417:15 530:14,17
537:22,23 581:23
591:21,24 594:11
603:16
aware 444:21
483:16 488:2
489:17 509:18
512:18 535:20
573:19 595:19
597:21 598:16
A.M 296:15 297:5

**B**

B 508:21 511:2
569:20

baby 483:20
back 302:2,17
310:3 312:10
318:4,9,20 326:11
337:5 338:16
339:25 340:4
346:8 350:15
364:25 366:20,24
367:16 368:2
371:2 377:25
381:19 383:14
391:13 395:19
396:11 400:15
401:7 402:17
406:9,24 419:4
420:19 423:14
452:18 453:13
455:20 456:9
459:25 463:7
464:24,25 465:17
465:19 471:14
479:6,17 481:18
482:2 484:18
486:3,7 496:21
502:18 504:5,24
514:4 524:2
531:22 556:13
562:22 566:18
577:5 580:5 582:2
585:2 590:2 593:8
597:10,18 598:10
598:14
background
521:25
bad 381:18 416:8
573:20
balance 332:2,10
334:17 355:14
356:4,18 361:7
382:6,15 418:16
574:5 587:11,12
593:25 594:7
597:23 602:22,23
603:21
Bangladesh 510:15
512:8
bank 319:16 323:5

325:2 328:20,22
328:24 332:7
424:14 425:9
477:20 479:9,21
480:11 486:2
bankrupt 465:18
583:21
bankruptcy 296:2
329:20 330:5
331:19 345:6
353:10 354:3,16
383:12,14 424:12
456:18 457:18
472:23 474:10
476:6 477:2,22,24
481:20 484:6
493:13,16,18
494:4 545:25
554:17 560:8
561:12,14 562:21
564:15 579:10
593:10
bare 499:6 502:15
Barely 426:12
567:11
Barrister 395:5,10
base 374:13 520:23
526:21 533:11,14
533:19 534:14,16
534:22 535:15,24
537:21 538:6,16
538:18 591:7
based 306:9 383:25
384:3 420:19
423:22 449:18
450:3
bases 522:12,13
basis 332:9 575:15
575:17
batch 445:4
Bates 299:8,10,11
299:13,15,17,19
299:22,23,25
300:2,3,6,8,13,15
300:16,18,19,23
300:25 301:1,2,4
301:6,8,10,11,15

301:17,19,21,22
BDO 531:12,13
Beach 400:16
bear 490:21 574:16
bearing 362:12
389:14 581:8
584:6
bears 313:7 344:12
405:18 417:24
427:4 430:8
457:10 464:15
516:15 524:19
540:3
becoming 566:2
Begged 559:19
beginning 329:17
329:19 331:13
478:18 480:23
552:9 585:6
begins 363:2
390:24 504:12
529:3
behalf 482:16
498:24 501:12
Behar 312:7
behavior 438:6,19
440:16
believe 335:10
342:9 349:14
362:17 365:8
367:13 368:19
403:11 405:8,9
406:16 407:14,19
408:7 409:9 410:4
410:19 417:13
418:16 423:17
424:20,25 436:22
442:2,12 443:19
449:3 457:8 460:5
463:23,25 481:13
482:18 487:9
488:12,25 490:14
490:23 491:5,17
493:14 499:25
503:12 505:2
507:19 516:25
522:16,17 528:16

528:20 529:19
530:2,13 539:17
539:22 540:2,15
545:23 549:13
552:3,16 554:17
554:20 558:5
564:17,19,22
568:4,5 570:4
573:9 579:2
582:10,23 585:22
591:17 593:18
597:10 601:2
602:6
**believed** 425:22
483:19
**bell** 448:24 449:2
**benchmarking**
535:23
**beneficiary** 414:6
**benefits** 509:15
**bequests** 465:24
**Bernstein** 478:3,4
**best** 333:13,18,21
371:4 406:4
436:19 465:10,10
478:25 480:21
482:9 535:9
548:25 562:11
**beta** 311:11

**BETHANY** 298:10
**better** 314:25
462:25 463:4
482:4 495:18
559:19 583:8
**beyond** 360:16
**Bhattacharya**
566:25
**big** 333:23 339:21
372:12 397:10
398:12 406:17
430:20 433:21
440:10 441:13
456:7 466:17
481:25 499:16
500:16 519:14
564:23

**bigger** 348:20
**biggest** 351:13
512:14 596:24

**billion** 440:3
467:22
**billionaire** 495:20
512:14
**billionaires** 467:15
470:2
**billion-dollar**
469:14
**bit** 353:13
**bizarre** 401:20
**Blackbird** 448:21
**blank** 506:20
**blind** 310:13,15
311:4 312:13
350:23 540:11,12
570:21 571:4,6,9
571:24 572:4
**blindness** 310:14
540:18 541:3
571:5
**blue** 401:17 438:24
**board** 300:20
315:15 333:13,22
363:17 365:22,22
366:4 383:10
384:5 386:23
394:19 397:7,19
397:24 398:14
400:22 417:11,15
421:15,16,19,21
432:15 433:10
458:21,22 459:2
461:25 472:20
476:14 483:5
486:20 487:5,12
487:15,20 489:20
489:23,25 490:8

490:15,18,20,25
491:14 492:12,25
493:5,21 495:5,7
495:9,10,13,18,23
497:25 501:5,12
503:4,9 507:5,13
507:20 509:20
512:19,22,22
513:4,5,24 515:13
516:5 525:6,19
526:10,15 527:3,6
527:7,12,14
528:10,12,19,20
528:22 529:11,25
530:3,10,20
535:17 543:6,7,9
543:9,18 544:4,6
544:8,13,20
545:10 546:9,10
547:7,16,17,22
548:3,9 549:3,7,9
549:12,20 552:7
552:11 554:10
555:3,6,21 556:11
556:14 558:6
561:22 562:2,20
562:23,25 563:4,7
563:9,11,17,18,21
564:5,14,21,24
565:2,6,9,12,15
566:5 591:2,21
592:4,23
**boards** 487:23
**bogged** 558:14
**boilerplate** 498:9
511:24
**bona** 599:25
**bones** 499:6 502:15
**bonus** 459:4,13,15
460:14 462:19
526:6,22,24,25
530:11,15,16
533:15,20 534:14
534:17,22 535:3
535:16,25 536:13
536:16 537:23
538:18 591:15

592:7,12 593:23
602:8,16,19 603:2
603:5,16,20
**bonuses** 591:8,11
591:21,25 593:19
**book** 402:2,3,23
403:11,14,15
404:11
**booked** 460:16
**books** 433:3 446:17
573:18 578:5
**boss** 497:2
**Boston** 587:2
**bottom** 334:13
362:24 422:9,10
446:23 447:22
449:15 458:16,17
518:5 529:8
550:12 558:9
559:21 572:15
585:13
**boxes** 580:14
**break** 482:8 484:13
**Brian** 296:11
297:12 299:2
302:1 303:1 304:1
305:1 306:1 307:1
308:1 309:1 310:1
311:1 312:1 313:1
314:1 315:1 316:1
317:1 318:1 319:1
320:1 321:1 322:1
323:1,10 324:1
325:1 326:1 327:1
328:1 329:1,25
330:1 331:1 332:1
333:1 334:1 335:1
336:1 337:1 338:1
339:1 340:1 341:1
342:1 343:1 344:1
345:1 346:1 347:1
348:1 349:1,15
350:1 351:1 352:1
352:3 353:1 354:1
354:24 355:1
356:1 357:1 358:1
359:1 360:1 361:1

362:1 363:1 364:1
365:1 366:1 367:1
368:1 369:1,6
370:1 371:1,7
372:1 373:1 374:1
374:23 375:1,23
376:1 377:1,24
378:1 379:1 380:1
381:1 382:1 383:1
384:1 385:1 386:1
387:1 388:1 389:1
389:16 390:1,20
391:1 392:1 393:1
394:1 395:1 396:1
397:1 398:1 399:1
400:1 401:1 402:1
403:1 404:1,16
405:1 406:1 407:1
408:1 409:1 410:1
411:1 412:1 413:1
414:1 415:1 416:1
417:1,21 418:1
419:1 420:1 421:1
422:1 423:1 424:1
425:1 426:1 427:1
427:17 428:1
429:1,12 430:1
431:1 432:1 433:1
434:1 435:1 436:1
437:1 438:1 439:1
440:1 441:1 442:1
443:1 444:1 445:1
446:1 447:1 448:1
449:1 450:1,18
451:1 452:1 453:1
454:1,17 455:1
456:1 457:1 458:1
459:1,5,5 460:1
460:16 461:1
462:1 463:1 464:1
464:13 465:1
466:1 467:1,20
468:1,4 469:1
470:1 471:1 472:1
473:1 474:1 475:1
476:1 477:1 478:1
478:7 479:1 480:1

481:1 482:1 483:1
484:1 485:1,5
486:1 487:1 488:1
489:1 490:1 491:1
492:1 493:1 494:1
495:1 496:1 497:1
498:1 499:1 500:1
501:1 502:1 503:1
503:18,23 504:1
505:1 506:1 507:1
508:1 509:1 510:1
511:1 512:1 513:1
514:1 515:1 516:1
517:1 518:1,9,10
519:1,23 520:1
521:1 522:1 523:1
524:1,17 525:1
526:1 527:1 528:1
529:1 530:1 531:1
531:20,21 532:1
533:1 534:1 535:1
536:1 537:1,17
538:1 539:1 540:1
541:1 542:1 543:1
544:1 545:1 546:1
547:1 548:1 549:1
550:1 551:1 552:1
553:1 554:1 555:1
556:1 557:1 558:1
559:1 560:1 561:1
562:1 563:1 564:1
565:1 566:1 567:1
568:1 569:1 570:1
571:1 572:1 573:1
574:1 575:1 576:1
577:1 578:1 579:1
580:1 581:1 582:1
583:1 584:1,10
585:1 586:1 587:1
588:1 589:1 590:1
591:1 592:1 593:1
593:7 594:1 595:1
596:1 597:1 598:1
599:1 600:1 601:1
602:1 603:1 604:1
605:1 607:5,21
**bright** 396:19

**brilliant** 396:25
398:19
**bring** 510:3
**broke** 333:11
**brother** 502:6
**brought** 317:4
476:22 497:4
571:16
**brutal** 523:22
**bsimmons@loeb....**
298:11
**bucks** 326:2 341:16
341:17,19 379:3,5
385:13
**budget** 353:5
412:16
**build** 562:16
**building** 396:16
397:5
**buildings** 560:17
**bumping** 384:18
**bunch** 407:3
421:11 564:23
**burn** 319:19
**BurnRescue** 299:7
313:6 318:14
319:16 321:3,13
323:15 326:4
**BurnRescue's**
326:2
**bus** 413:6
**business** 377:17
379:24 397:2
522:23,24 523:21
**butting** 499:16
**buy** 375:22
**buying** 360:22
**bylaws** 486:21,24

— **C** —
**C** 577:10
**CA** 386:14
**calculate** 597:8
**calculated** 450:20
454:8
**calculating** 454:6
**calculation** 411:14

454:11
**calendar** 539:18
**caliber** 549:10
**California** 449:5
510:10
**call** 344:6 407:19
407:22 494:17
511:11 517:22
573:22 603:12
**called** 395:14 407:9
417:23 421:2
426:25 433:15,21
494:16 514:11
515:7 526:13
554:21
**calling** 404:16
466:5
**calls** 401:24
**campaign** 352:14
353:17
**campaigns** 351:20
**candidate** 466:9
**candidates** 518:22
**Canter** 463:14
501:24
**capacity** 487:2
**capped** 435:23
437:4
**caps** 431:11,23
**care** 311:7 500:25
504:14

███████████

**CARTER** 298:6

███████████

**case** 296:4 307:16
456:18 457:19
491:23 492:16
570:4 571:10
579:11 607:4
**cases** 324:19
**cash** 320:17 332:2
332:10 434:19
493:25 494:8
533:14 534:22

538:17 574:6
602:5
**cashed** 379:22
**cataract** 377:8,10
379:2,4,9 571:7
571:23 589:2
**cataracts** 568:23
572:5
**catch** 403:20
**caution** 477:3
**cautious** 480:24
**CDR** 350:2
**center** 521:3
562:16
**CEO** 301:3 502:25
516:13 533:4
**certain** 410:20
412:14,15 426:4
477:16 576:11
**Certified** 297:14,14
606:3,4
**certify** 606:5,16,20
**CFO** 329:21
**chain** 299:10 334:5
542:11
**chair** 483:14 513:6
513:24,25 544:11
544:13,21,24
545:5,11 546:13
**chairman** 329:22
497:6 500:15
501:9 544:8,16
545:3,6,14,20,22
545:24 547:15
549:17,19 565:24
565:25
**chairs** 549:5
**change** 329:15
330:12
**changed** 330:11
373:16 394:25
434:12 488:17
**changes** 487:3
525:17 574:6
**changing** 399:11
485:11
**characterization**

346:22
**charge** 320:14
328:10 544:19
596:6
**charged** 320:3
323:14
**charitable** 394:24
**charities** 304:7,13
370:15 466:22,22
466:23 522:11
523:3 524:8
529:22 532:7,13
532:15
**charity** 404:6 405:4
439:19 462:9,12
463:2,6,10 465:22
483:9,18 519:13
519:15,17 520:2,5
520:12,21 521:21
521:23 526:14
536:5 547:11
548:7,12,24
564:14 582:2
596:22 598:10,15
600:6,9
**Charles** 387:11,14
467:6 548:14
**chart** 301:15
310:21 566:22
**charts** 311:22
572:11 576:22
**cheating** 370:16
**check** 343:6 363:2
408:21 416:6
424:15,18 440:14
467:16 479:25
505:25 513:4
583:11 585:9
600:7 604:5
**checked** 580:16
**checks** 379:18,21
439:8 582:23
600:9
**Chicago** 499:9
500:10 505:20
551:2
**chief** 372:17

child 326:21
children 313:17
  314:9 318:23
  326:24 350:24
  364:11 467:19
  540:11 568:13
China 365:12
  370:24 372:20
  381:11,15
choice 413:10
chose 418:25
Christmas 354:19
  416:5 471:10
  590:17
CHR-500 302:15
CIRA 298:18
circulate 489:23
circulated 507:20
circumstances
  324:23 326:9,14
  410:16 430:13
  542:22
Citibank 397:5
Citigroup 400:22
claim 302:6 488:20
  488:24 489:14
  493:19 580:14
  593:11
clarify 446:7
  454:18 460:13
  461:18 484:19
  ███████████
classified 426:6
clause 498:13
  577:10
clean 489:22
clear 316:22 326:12
  327:22 361:22
  380:21 419:11
  481:3 604:19
clearly 314:18
  316:23 432:22
cleft 379:18
client 511:17
  512:11
close 393:23 404:22

425:25 494:23
  560:10
club 555:2
code 316:13
cognizant 311:7
cold 344:6
colleagues 350:8
collected 318:7
collective 550:16
color 588:13,13,18
column 303:6,14
  307:15 533:4
  538:15 568:2
  569:19 585:6
columns 538:23
  567:8 569:14
  590:6
combination
  341:12 423:8
combined 534:21
come 310:3 319:17
  324:10 358:22
  383:13,14 388:24
  410:12 418:21
  423:7,25 439:9
  440:5 444:22
  481:22 487:20
  555:6 561:21,23
  592:6
comes 322:19
  354:10 358:3
  363:17 365:24
  439:12 440:15
  521:20 585:24
  588:8
comfortable 566:2
coming 318:2
  333:22 361:16
  442:16 541:14
  550:2 555:3
  562:22
Commenced 396:8
  484:15 566:15
  583:25
comment 507:21
comments 484:20
  487:19 489:24

commercial 349:24
commitment
  434:11 450:6
committed 363:5
committee 476:24
  483:15 513:7
  514:2,3 548:21,22
  549:5
committees 546:19
  549:14 550:4
comp 462:23
company 340:11
  489:7,11 546:17
compare 304:6
compared 532:25
comparing 367:9
compensation
  301:3 444:23
  516:7,14 518:14
  518:19 521:18
  524:8 529:8
  532:24 534:13,14
  536:10,13 537:17
  537:19 538:6
  539:6 548:20
  594:10
complained 375:11
complaint 375:5
complete 300:22
  308:19 310:19
  311:9 490:14,25
  491:6
completed 309:8
  310:6
completely 519:19
  599:23
complicated 520:25
computerized
  606:14
concept 546:20
concerned 400:7
concerns 465:2
Concluded 605:8
conclusion 515:14
conclusions 529:16
  532:3
conducted 541:4,6

Coneys 329:22
  483:14 497:4
  507:19 508:19
  512:21 513:7,23
  531:6 539:9 545:5
  545:17 554:23
  555:13,20 559:11
  559:18 565:17
  595:9
confident 423:13
  423:18 479:7
  480:4 486:5
confidential 403:12
confidentiality
  402:7
confirm 574:3
confirmed 512:18
confirms 576:8
conformity 574:7
confused 337:24
  436:6 582:15
connected 318:9
Connecticut 556:3
  556:6
connection 365:7
  488:22 505:22
  562:9
conservative
  476:17 480:24
  494:16
consider 384:15,18
  384:20 470:12
  475:11 558:12
  562:22 580:23
considered 329:6
  525:25 528:6
  536:22
considering 518:24
consistent 568:17
constantly 424:2
consultant 394:19
  515:23 517:16
  522:10 584:24
consultants 524:6
consulting 304:22
  448:21
contact 403:20

404:8,25 405:6,7
contacted 403:9
context 421:16
  433:14 442:6
contingencies
  577:12,18
contingent 580:15
  597:22 598:2
continue 383:20
contract 339:22
  386:7 414:12
  498:10 500:24
  502:10,15,25
  503:3,6,14 504:15
  504:19 505:4
  513:9 551:2
  601:17
contracts 500:21
contribute 326:25
  369:2
contributed 328:4
contribution
  352:23,25 368:4
  368:15 369:3
  370:11 372:22
  373:19 374:4,6,19
  376:18 382:25
contributions
  575:17 576:9
controversial
  511:23
convenient 596:21
conversation
  319:25 384:22
  385:5,17
conversations
  386:24 507:12
  511:19
converted 447:16
  493:25 494:8
Conway 495:19
copies 491:24
Copilevitz 463:14
  501:24
copy 350:10 392:3
  457:17 514:16
  518:6 579:8

corporation 486:13
corporations 488:3
correct 305:7
  307:17 315:22
  332:3,7 363:22,24
  365:5 419:2
  422:25 446:2
  453:7 454:4
  460:17 461:19
  486:14 504:10
  506:24 515:8
  528:23 529:12
  558:7 568:15,23
  569:20,25 570:25
  571:5,20,25 572:2
  578:23 580:17,18
  587:14 588:14,19
  606:18
corrected 588:22
correcting 589:7
corrections 588:24
correctly 422:3
  522:10
cost 321:4 324:4
  358:15,16 361:12
  369:7,18 371:8
  372:5 373:9,14
  375:16 376:12
  377:12,14,15
  378:9,20,22 379:2
  379:12 380:23
  381:17 382:20
  410:2 429:19
  510:21
costs 307:12 320:2
  325:19 358:8
  370:8,25 373:21
  378:15 381:8,22
  454:8 557:17
counsel 491:3
  498:17,21 501:13
  501:13,25 537:3
  550:16 606:21
counting 411:10
  434:18
country 378:24
  381:24

couple 352:7
  541:24 565:3
  567:23 587:4
coupons 348:24
course 310:11
  331:20 410:9
court 296:2 445:3
  476:13
courts 542:7
COURT-APPOI...
  298:24
covenant 411:24
  412:8,11
covenants 410:18
cover 346:12,13
  353:8,8,22 354:25
  358:7
covered 306:21,25
covering 307:11
CPA 298:18
crap 498:13
crash 494:12
crazy 323:16 477:9
  523:7
create 396:23
creates 465:2
creating 476:23
credit 343:4,16
  406:18,20 487:11
credited 343:8
creditors 560:21
  561:6
criteria 397:2
Crosstalk 325:3
cultivation 342:20
  343:23
cumulative 345:23
cumulatively
  351:20 593:19
CURCHACK
  298:12 299:3
  302:2,18,21 303:4
  304:15 307:4,8
  309:16 313:4,12
  331:21 334:3,11
  337:2,16 340:5
  342:13 344:7,15

360:18 361:20
362:8,16 366:22
367:4 380:7,20
382:18 387:5
389:11 390:4,16
396:10 401:2
402:17 404:10
405:12,25 409:11
416:12 417:17
418:4 421:5
426:20 427:7
429:25 430:4,10
435:8 443:15,22
444:25 445:11
451:9,13,19
453:22 456:11,21
457:4,14 458:4,12
461:4,11 464:10
474:25 475:21
479:13 480:8
482:6 484:12,17
486:10 488:7
490:3,11 491:8
494:20 502:17
503:16 504:6,8
505:6,10 506:7,11
508:20 513:22
516:11,19,21
517:2,7 524:15,22
539:15,23 540:6
542:8,17 544:25
549:2 550:5 551:7
551:13 559:7,14
561:19 562:8
563:25 566:10,17
567:13 568:11
572:7,20 573:5
574:13,20 576:19
577:3 579:7,15
580:7,11 581:6,12
584:3,15 589:25
592:9 594:25
597:14 598:23
600:11,16 604:3
605:3
curious 310:12
current 303:24

423:23
currently 311:15
  344:23 547:2
cut 481:18 523:13
  604:5,11
cuts 462:24

## D

dangerous 414:15
darkened 588:21
darkening 589:8
dash 334:14
data 310:17 311:23
database 311:18
date 332:5 416:10
  493:16 506:19
  509:17 553:6
  607:4
dated 300:5 313:7
  334:9 342:18
  344:9 390:18
  405:15 417:19
  426:23 430:7
  443:17 445:5
  451:15 457:6,10
  458:6 464:14
  503:18 508:23
  517:9 524:18
  539:24 542:11,15
  559:11 572:23,25
  574:15,16 600:13
dates 359:7 422:24
daughter 510:14
day 411:11 433:15
  494:12 508:12
  512:10 555:2
  607:23
days 365:25 512:13
DBA 322:14 327:11
  327:18 329:5
  484:22
DBAs 319:21 328:3
  344:3 348:24
  349:23 358:2
  361:16 482:15,16
  &#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;
deal 375:13 513:3

552:19
Dear 443:18
debt 466:21 560:3
  560:5,25 561:5
Debtor 296:8
debtors 298:3
  477:15
December 299:21
  301:14 342:18
  417:20 425:7,22
  425:24 426:3
  469:2,2 490:19
  494:5 510:15
  541:21 549:12
  559:11
decide 397:16
decided 436:17
  460:7
decision 315:6
  333:15 395:16
  399:19 471:9
  482:5 550:15
  562:3
decisions 549:6
Declaration 300:9
  456:14
deduct 341:17
  390:8,13 586:9
  596:15 601:7,22
deducted 366:14
  389:21 429:16
  510:23 581:25
  590:21 602:18
deducting 390:6
  510:20 602:9
deduction 406:7
  585:19 586:11
  588:3 599:16
deductions 586:15
  598:25
deem 357:25
default 395:6
deficit 344:22
  345:11 351:24
  352:2,4,6 354:24
  355:2
definite 435:16

definition 382:24
570:20 571:3
degraded 424:8
Delaware 486:12
488:4
delivered 524:4
delivering 517:20
DeLois 372:17
████████
demanded 338:9
370:24
demographics
424:10
department 354:8
depend 356:20
dependent 371:5
depending 378:24
381:24
depends 347:9
377:14 521:2,24
548:4
deposition 606:8,11
606:17 607:1
depreciation
304:24
describe 542:21
description 395:3
496:9
deserve 399:4
desperately 495:14
destroy 387:17
destroyed 467:6
details 410:25
determination
521:18
determine 530:10
determining 538:4
575:15
developed 380:11
571:8 572:11
developing 504:14
504:18 571:23
development
419:17
diagnoses 568:21
died 414:22
difference 315:9

320:21 369:22
376:16 378:11
380:21 382:20
450:8,11 466:18
519:14 545:8
different 324:8
327:5,24 344:5
372:4,6 373:20
419:20 432:15,16
434:15 438:6,19
445:24,25 455:16
457:17 495:11
519:19 521:9
528:11
differently 328:2
438:7,9
difficult 371:18
424:6 455:20,24
483:21 548:18
593:2
difficulty 529:21
532:6
dinner 339:17
429:8,15 452:16
512:11 590:9,16
590:17,23
dip 480:25
direct 304:3 323:17
335:19,22 336:16
337:6,21 338:3,6
339:13 424:7
452:15 453:8
482:12,14 552:19
552:23 554:3
557:8,23 558:11
558:13,21 559:2,5
direction 606:15
directly 507:23
513:3 563:12,22
director 487:24
501:7 546:14
565:19 566:3,7
directors 363:18
384:5 421:19
459:3 488:9
490:16 495:10,14
507:13 509:20

527:8 550:17
560:9 561:13
directory 545:18
disability 413:15
413:17
disagreement
331:24
disagreements
496:4 552:14
555:13,19
disappointed
592:20
disappointing
592:25
disbursement
322:15,20
disclosed 577:13,21
581:3
discuss 315:6
404:21 415:8
462:3 513:9
518:17 555:17
598:12
discussed 397:25
398:13 415:3
462:7 488:25
507:4 533:24
601:10
discussing 453:2
465:4
discussion 366:18
397:23 400:6,11
402:15 453:20
479:15 504:3
535:10 572:18
579:5 580:3,9
discussions 489:6
507:18 592:22
dispute 386:7
disputed 580:15
dissolving 559:24
distinct 439:19
distinction 349:16
437:9 440:20
544:10 547:25
distinguish 441:17
443:5

distribute 560:18
distributed 309:15
309:20
distribution 406:21
407:20
DISTRICT 296:3
diversifying 384:8
docket 456:17,18
457:18,19 579:11
document 299:16
300:7 421:2,6,7
434:17 451:15
456:14 461:8
505:7 506:13,16
507:3 508:25
509:6,19 516:13
567:2 584:5
documented
317:11
documents 387:21
393:11,15 418:17
490:13 508:22
doing 304:3 312:16
330:7 336:11
338:8 370:10
371:24,25 373:2
400:19 401:18
419:19 469:23
497:12 516:7
dollar 364:9,9
430:23
dollars 319:11
320:23,24 347:14
347:16 364:10
379:11 381:13,23
392:16 404:4
444:21 447:13
448:2,14 464:24
467:17 468:12
472:18
donate 373:7
donated 320:23
donation 313:16
314:8,15 324:13
324:22 328:14
340:11,13 357:21
373:13 374:13

376:4,11 382:21
383:4,8,17,24
386:25 398:22
399:13,16 406:6
416:4 447:16
donations 315:25
316:6 318:22
320:8 324:10
332:24 352:5
361:8 374:11
381:2 384:23
385:5 386:18
387:7,9,16,25
388:22 404:4
431:12,24 467:10
474:19 475:8,25
560:19
donor 306:22 307:2
307:11 328:10
340:16,19 347:4
351:13 363:22
364:16,22 373:7
376:17 382:5,22
398:24 399:6,22
400:2 429:4
430:21 440:17
442:8,25 454:8
464:24 466:14
468:16 470:13
510:4 512:14
553:17 596:25
597:5
donors 306:20,22
314:14 315:9,13
315:17 323:15
325:7 335:21,23
335:25 336:11,21
336:22 337:11,12
338:5 340:22
343:3 363:12
364:8 368:21,23
369:20 374:16,20
382:17 385:10
389:9 404:12,16
409:20 420:20
441:17,20 443:6
445:16,18 450:21

463:19,22,24
465:13 466:19
468:9 470:8,8
472:6,11 473:17
474:13,23 475:7
480:22 481:20,24
481:25 519:18
576:11
**donor-advised**
439:13,15 440:13
**doors** 560:10
**double** 317:23
340:12 352:24
**doubt** 331:8 488:18
**downsizing** 557:20
**draft** 492:11
503:15,22 506:5
507:4 508:23
513:10 514:5,20
515:4 525:10,18
**drafted** 457:24
502:11 504:21
505:16 508:11
**draw** 497:24
**drew** 503:15
**due** 418:21 425:16
426:13,19 486:8
**duly** 606:8
**dumped** 339:19
**Dysart** 458:19,20
459:12 495:3,22
496:4 500:7 503:2
503:18 504:10
505:20,22 507:14
515:25 518:6
524:18 527:2
542:24 547:19
550:21 551:21
554:25 555:10
603:2
**Dysart's** 501:4
**D&O** 488:10,11
489:3,15

**E**

**E** 301:20 579:9
607:2

**earlier** 459:2
461:17 508:23
509:13 514:5
515:4 523:15
559:17 578:20
586:2 601:10
**early** 425:16 480:2
496:18
**earmark** 389:8
**earn** 399:4 465:22
465:23
**earned** 467:14
**Earth** 404:18
**earthquake** 414:19
414:21
**easily** 425:20 480:6
**Eastman** 344:11
**easy** 416:5 463:19
**effect** 326:19
350:18
**effective** 466:8
**effectively** 570:21
**eight** 408:18 445:16
445:17 450:21
455:3 523:14
**either** 357:18
569:20 594:23
600:5
**Either-or** 491:21
**elaborate** 462:17
492:20
**eligible** 526:23,25
537:23
**else's** 563:8
**employee** 584:9
**employees** 526:11
536:6 548:8
**employment**
497:18 498:22
504:14,19 505:11
507:14,24 508:16
509:18 542:25
552:2
**enable** 346:18
348:10
**encouraged** 403:24
**ended** 308:12

354:16
**ends** 463:3
**end-of-the-year**
592:4
**enhance** 589:2
**ensure** 353:21
356:15
**enter** 483:4
**entered** 398:6,8
**entire** 321:19 347:2
347:7 507:20
**entirely** 306:21
**entirety** 324:21
328:13
**entitled** 417:14
456:14 516:13
**entity** 382:4
**entry** 583:6 600:20
**envelope** 316:14
**equally** 423:18
**equipment** 304:24
**equipped** 372:23
**equivalent** 544:20
**ERRATA** 607:1
**error** 491:2
**especially** 372:25
406:18 483:21
**ESQ** 298:4,10,12
**essentially** 563:4
**establish** 521:11
**established** 365:15
519:12 520:22,22
524:7
**establishment**
522:11
**estimate** 353:5
**estimates** 575:16
**ETF** 493:10 494:25
**Ethiopia** 372:3
374:18 379:8
**evaluate** 535:21
**evaluated** 539:5
**evaluates** 536:11
537:18
**event** 429:5,5,19
**events** 510:4
**evidence** 531:5

**exact** 342:2 359:7
412:5 434:6
**exactly** 310:4,8
335:25 339:24
365:12 367:18
407:24 409:23
412:21 416:20
445:19 460:6
507:9
**examined** 606:7
**EXAMINER**
298:24
**example** 309:18
347:6
**examples** 323:11
326:10
**exceeded** 358:17
**excellent** 486:20
**exception** 482:11
**exceptions** 478:3
**excited** 484:20
485:23
**exciting** 550:3
**execute** 530:4
**executive** 520:3,5
520:20 530:21
558:13 592:6
**exercise** 319:24
**exhibit** 299:7,10,11
299:12,14,16,17
299:18,19,21,24
300:1,3,4,5,7,9,12
300:14,16,17,19
300:22,24 301:1,2
301:3,6,7,9,11,13
301:14,15,16,19
301:20,21,22,24
302:11 303:20
313:5,11 334:4,10
342:12,14 344:9
344:14 362:11,15
366:25 367:3
389:13,13 390:3
390:15,17 405:13
405:14,24 417:19
418:3 420:25,25
421:4 426:22

427:6 430:2,3,5
443:16,21 445:4
445:10 446:15,22
451:14,18 453:17
453:19,23 456:13
456:20 457:5,13
457:19 458:6,11
461:6,10 464:9,11
464:12 490:10
491:7,9 492:6,14
492:15 502:19
503:17,24 505:7,9
506:8,10,21
516:12,18,19,20
517:3,6 518:4
524:16,21 540:5
542:10,10,16
550:8 551:8,12
556:14,18 559:8
559:13 566:21,22
567:12 572:8,9,22
573:4 574:14,19
575:22 576:20
577:6 579:8,14
581:8,11 584:5,12
585:3 593:9
600:12,15,18
**exhibits** 299:6
490:4
**existence** 597:21
**existing** 519:16
522:12
**exists** 537:2
**exited** 530:5
**expect** 395:22
494:3 546:25
**expectation** 393:6
**expenditures**
411:25
**expense** 514:12
595:2,7
**expenses** 303:9
304:21 305:4
325:11 332:22
342:6 358:23
361:18,21,22,25
366:7,9,11 389:20

390:11 510:16,19
515:2 579:24
586:3,5,8 587:13
593:21 594:15
595:12 599:22,25
**experienced** 549:11
**expert** 501:23
**experts** 407:10
**explain** 319:8
320:13 334:25
342:22 391:3
437:9 446:14
449:20 526:7
533:17 534:3
561:20 583:7
597:3 602:2
**explained** 368:13
**explanation** 533:13
**explicitly** 338:3
**explore** 353:13
378:18
**Express** 596:7
**extra** 369:2
**extremely** 548:23
**eye** 569:8,9,16,16
570:5,8,12,15,22
570:24 571:5,6,8
571:11,12,14
589:7
**eyes** 569:19 571:19
588:24
**eyesight** 326:20,23
350:23 357:24
**e-mail** 299:10,11,12
299:17,18,21
300:1,3,14,16,17
300:24 301:6,7,11
301:13,14,24
334:5,7 342:15,17
344:9 345:2
389:14 390:10,17
390:23 392:2,4
400:14 401:14,20
402:21 417:19,24
426:22 430:5,13
432:13 458:6,13
458:18 460:12

461:6,9,13,16,22
461:24,25 462:4
464:12,18 503:17
503:21 504:9
508:10 511:12
517:4,8,24 518:5
524:17,24 526:5
527:17 542:11,13
542:19,22 546:4
550:10 551:8
559:9,10,15,16
590:8 600:12
**e-mailed** 401:6,17
531:6 550:24
**e-mails** 401:24
405:2 460:24
511:19 517:12
604:12

---

**F**

**F** 301:20 579:9
**face** 404:17
**fact** 314:14 354:23
376:19 393:18
433:9 434:23
445:17 452:7,25
453:4 459:11
476:14 517:18
538:23
**facts** 538:20
**failing** 557:25
**fair** 346:21 372:21
516:6 540:15,19
574:4 580:19
**fall** 472:19
**familiar** 445:14
487:7 492:7
546:18,19
**family** 414:6,24
427:3
**far** 374:17 540:12
546:15 568:14
**fast** 367:20 484:21
521:5,8
**fast-growing**
522:23
**father** 365:11

367:23 448:19
**favorable** 368:4
**favorite** 312:6
**February** 299:8
300:5,7,12 301:17
313:7 316:15
445:5 451:15
457:6,10 502:20
572:25 590:5,15
**Federal** 388:11
597:17
**FedEx** 340:12
**fee** 463:25
**feedback** 507:21
518:21 519:10
522:20 525:11
**feel** 524:5
**feels** 333:8
**fees** 304:22 387:8
388:16,19,21
425:5 481:15
488:21 548:15
578:19
**feet** 312:10 570:16
**fell** 404:17
**felt** 523:23 524:2
566:2
**Ferrari** 588:17
**fide** 599:25
**Fidelity** 439:13
**Fifth** 298:21 396:16
**fighters** 414:17
**figure** 541:23
553:24
**figures** 367:8
**filed** 575:17 579:9
**filing** 332:5 493:14
493:16,18 593:10
**fill** 340:11 492:22
**filled** 365:10
394:19
**final** 350:12 492:14
492:18,25 514:20
528:10
**finalize** 452:20
503:3
**finally** 468:25

485:22 497:23
**finance** 372:13
548:21
**finances** 333:10
**financial** 315:14,21
324:2,5 341:13
409:13 574:5
581:4
**financials** 302:16
**find** 310:7 371:21
419:23 422:20
431:7,21 460:10
464:23 493:24
512:3 531:7 536:5
553:15 558:25
583:5
**finding** 529:21
532:6 552:8
**fine** 331:7 424:12
551:3 566:11
**fingers** 312:11,12
**Finish** 551:5
**finished** 307:24
**fire** 386:10
**firewall** 562:7
**firm** 505:20 513:18
**first** 342:16 365:3
370:23 389:18
390:19 396:13
400:5,11 415:8
418:6,12 430:6,12
432:11 444:3
445:8,23 458:17
462:2 469:24
473:5,24 490:5
495:6 497:15
506:18 507:2
525:9 543:7
548:16 549:13
550:14 559:10,21
564:6 567:25
570:10,10 572:21
572:23 575:6
582:12 585:11
596:7
**FirstStep** 299:14
362:10,12

**fiscal** 302:18
307:16,23 308:18
308:20 309:2
460:15 542:4
**fit** 502:7
**five** 334:7 367:24
388:10 412:23
452:18 456:4
510:22 513:21
**five-page** 584:5
**five-year** 398:24
415:18
**fix** 558:21
**flew** 399:10
**Florida** 545:21
556:5,7
**flows** 574:7
**fluent** 589:22
**fly** 471:14
**flying** 512:10
**focus** 410:10 418:5
**focusing** 468:9
532:12,14
**folks** 408:19 455:21
568:10
**follow** 351:7
356:22 557:25
**followed** 435:7
**following** 310:7
336:3 351:21
576:8
**follows** 526:2
**follow-up** 472:24
**force** 370:13
**forced** 424:3
481:14
**Ford** 437:18 438:11
441:10
**forecast** 417:24
418:13
**forecasts** 419:20
**foregoing** 606:17
**forget** 407:9 417:3
516:3
**forgive** 415:2,11,21
416:7,15
**forgiven** 416:11

420:15,21 446:25
447:6,13,23 448:9
467:12
**forgiving** 415:5
**forgoing** 606:8
**forgotten** 390:25
**form** 324:24 340:12
349:23 409:3
540:2 549:14
579:23 584:22
**formal** 383:25
**formalize** 459:20
**formalized** 482:22
601:17
**formally** 526:6
**formed** 547:21
**former** 329:22
497:5
**forms** 476:2
**forth** 338:17
367:16 452:19
455:21 456:10
606:12
**forward** 311:18
330:13 333:10
480:5
**fought** 371:2
**found** 441:9
**foundation** 364:23
365:22 383:3
396:3,15,22 407:5
414:25 427:3
428:3 437:18,22
438:11,12,13,17
439:9,20,24,25
440:2 441:7,11,12
441:13 443:12
457:9 463:15
468:20,22 469:8
469:10,12,14,17
470:13,25 471:18
471:20
**foundations** 338:17
406:19,20 408:16
408:23 409:7,16
409:17,22 410:3
437:6,8,13,20

438:3 439:2,7
440:6,11,22 441:5
441:14 442:14,19
**founding** 458:22
495:4
**four** 308:16 336:9
365:25 386:11
429:5,9 430:9
452:17 474:22,23
492:8 502:12
504:13 512:13
548:9,17 554:13
581:8 584:8
**fourth** 518:3
**frame** 553:3
**fraud** 310:23 489:2
489:3
**free** 323:19 477:25
500:4
**freight** 327:20
330:9
**friend** 499:8 500:3
500:4,6,9,13
513:18
**friends** 394:20
562:11,18
**front** 308:4 309:6
311:16,19,21,25
312:20 326:12
406:8 509:4
513:10 527:21
547:14
**frustrated** 497:23
**Fuchs** 430:7 432:21
446:15 458:8,19
464:14 551:11
**fulfill** 545:19
**full** 369:7,17 373:8
373:13 376:19
378:5,7 606:17
**function** 546:24
**functional** 303:9
**functioning** 549:20
**fund** 370:9 439:13
439:15,18 440:13
**funding** 373:13
376:19,20 478:17

**fundraising** 307:12
307:14,15 319:22
324:19 325:7
423:9
**funds** 317:25
323:25 340:17
341:17,24 344:20
345:18,21 347:7
348:4,5,9 364:10
364:17,18 418:20
426:5,11,18 470:9
470:14 475:12
480:11 481:5
482:11 493:14
587:9
**further** 368:22,24
374:21 574:2
606:20
**future** 385:18,19
**FYI** 389:19

## G

**G** 457:19
**gain** 577:11 578:2
**gap** 546:22
███████████
**GARY** 298:18
**Gates** 441:11
**general** 303:6,14
304:17 305:6
322:13 348:21
351:10 500:22
519:21 560:14,16
**generally** 574:7
**generate** 508:6
**generated** 404:3
**generous** 306:21,25
307:11 351:11
372:22
**genesis** 399:12
**German** 457:9
**getting** 346:3 354:4
415:13 467:5
548:13 552:23
557:15 577:4
583:17 600:6
603:2

**gift** 340:9,18,21
341:15 343:4,16
343:17 344:19,21
345:10,17 346:6
346:16,17 351:7
354:8,11 355:21
358:19 364:8
478:10
**gifts** 340:7,15
341:11,18,25
342:4,10 346:9,12
354:12,19,22
485:4 554:8
**Gillette** 547:9
**give** 305:22 309:6
319:10 326:22
340:16 350:20
363:6 365:22
372:9 373:21
375:17,21 377:3,4
384:6 385:12
387:21 392:10
402:12 406:24
415:20 432:2
433:13 440:4,9
441:8 452:21
463:6 464:19
485:14 500:24
525:11 541:22
546:4 549:15
553:18 563:16
566:12 572:13
582:2 588:16
598:10
**given** 306:4 308:2
308:17 342:8
345:25 384:11
394:16 426:15
433:22 434:24
435:4 451:2
468:17 470:9,14
472:15,25 597:10
604:23
**gives** 437:20 462:20
468:22 588:8,11
**giving** 376:6,13
384:15 438:18

440:20,21 466:14
522:20 524:13
553:20 573:17
**GL** 598:5
**glad** 497:9
**go** 303:25 313:18
314:10,16 316:4
318:24 319:3,14
319:15 321:19
322:21 324:15,16
324:17,19 326:3
326:11 328:20,22
335:17 336:6
343:14 349:9,12
352:14 354:14,25
356:7 357:20
362:21 364:18,25
366:24 368:2,21
368:24 371:21
372:3 375:17,18
377:15 384:4
395:9 396:21
402:13,17 410:20
414:14 416:15
419:23 427:12,25
430:11 431:8
432:10 438:11
442:4 447:21
448:5 452:22
453:13 456:9
460:9 470:3,7
475:8 480:5
492:24 494:4
500:23 511:8
512:8 514:4 518:3
528:19 550:9
556:4,13,23 557:2
558:3,9 569:2
572:16 577:5
583:16,22 585:2
585:10 587:20,22
590:2,5,6 592:5
601:20 604:14
**goals** 522:4,25
**God** 388:5
**goes** 314:23 315:3
326:2,3 353:18

355:12 374:19,21
420:7,10 530:20
576:10
**going** 310:21,22
311:18 316:7,19
317:22,23 318:4
318:20 320:8
330:12 345:9
350:15 351:16
352:12 357:11
362:7 367:16
369:18 372:18
373:17 374:16
375:14 377:24
381:19 386:9
400:15 416:23,24
420:14,21 432:2
433:6 441:10
452:18 455:20
459:12 463:9
467:5,21,25
476:23 479:3,6,24
490:12 497:3,20
497:21 498:3
499:13 501:2,11
510:11 520:18
522:2,3,15 523:4
531:22 550:8
551:4 556:7
566:18,20 572:4
578:3,17 583:19
593:4 604:13
**GOLDIN** 298:20
**good** 397:2 415:17
426:17 466:10
471:15 482:3
486:18 516:2
524:13 554:3
558:23 562:17
566:8
**good-bye** 404:15
**gotten** 395:7
398:21 401:25
523:14 583:10
**governing** 552:11
**government** 369:21
370:19 382:4,4

462:21
**governors** 495:8,9
527:4,6,15 543:9
**gpolkowitz@gol...**
298:19
**gracious** 404:19
**grand** 317:5 340:21
345:12 388:13
400:3 417:2 426:9
432:3 460:5
469:23 499:14
**grant** 309:5,7,21
318:8 324:24
369:15,19 370:2
371:9,16,17
378:11 396:18
430:23 472:15,21
472:23 473:4,23
473:24 474:5,8
567:18
**granted** 321:10,18
323:2 356:16
**grants** 307:20
308:2,17 318:4
329:11 358:3
361:24 362:2
364:19 447:18
448:15 453:6
473:16 474:15
485:9,12,14,18
541:16
**graphic** 323:4
**grateful** 375:12
**great** 329:21
343:13 400:23
415:19 483:17
497:5 513:13
562:14,19
**Greenwich** 556:3
**Greenwood** 551:10
551:10
**Greg** 407:13 464:3
464:13 497:24
498:17,20 501:20
502:11 503:15
505:17 506:6
507:23 508:5,15

510:24
**grew** 523:7
**group** 363:4,11,15
407:9 528:18
532:25 534:12
548:11
**groups** 518:13,19
519:12
**grow** 521:8 523:4
**growing** 367:20
521:5 529:22
532:7
**growth** 520:10
523:7
**grueling** 523:22
**guess** 423:2 505:14
517:22 577:19
**guessing** 455:18
**guy** 304:12 343:13
343:13 396:19
397:11 407:5
469:4 496:25
500:16 550:25
562:15,19 584:24
**guys** 415:19 480:21
531:15

------

**H**

------

**haggling** 371:25
**Haiti** 414:19
**half** 335:16 339:14
420:8 462:15,24
470:17 481:21
561:7 586:25
595:13
**Hana** 305:12
306:10 317:13
329:23 341:13
354:2 356:5
357:10 390:10
430:7 432:14
434:16 458:8,19
460:12 461:17,23
462:5 464:14
494:17 579:21
581:21 587:9
595:23 596:11
599:22 600:13
601:25 603:20
604:4
**hand** 332:21
333:24 345:18,21
353:11 434:18,20
483:22,25 491:19
590:6
**handing** 567:3
**handle** 513:8
515:25 547:18
600:4
**handled** 338:14,15
**handwritten**
491:25
**happen** 383:2
442:18
**happened** 310:4
329:21 330:6
339:25 530:7
550:21 601:19

**happens** 315:7
**happy** 562:22
**harassed** 467:6
**hard** 304:4 376:17
411:2 422:5 441:3
467:7 523:16
548:23 558:25
**harder** 367:15
374:8,8,9
**hardship** 425:18
**hates** 386:15
**hats** 522:2
**head** 323:9 341:8
359:9 540:25
**headhunter** 500:14
**headhunters**
539:12
**heading** 344:17
**heads** 499:17
**health** 571:24
**hear** 400:20
**heard** 395:16 456:5
**heart** 415:16
**heavy** 553:22
**Heidrick** 500:15
**held** 366:19 402:16
429:9 453:21
477:20 479:16
504:4 572:19
579:6 580:4,10
**help** 313:17 314:9
318:23 326:20
336:20 337:10
339:15 350:18,19
351:14 364:11
370:3 372:7,8
374:21 379:20
383:2 387:22,24
394:2 430:16
452:4,9 467:20
483:17 492:19
539:20 548:24
551:2 555:23
564:14 589:18
596:22
**helped** 333:20
391:12 396:23

407:11 444:4
487:22 540:12
542:2 562:16
**helping** 333:23
343:10 369:25
403:23 512:12
**HelpMeSee** 379:6
477:9 493:21
**HelpMeSee's**
300:10 456:15
**helps** 374:20
489:22 540:17
**hey** 403:2
**hiding** 573:18
**high** 549:10 557:17
**higher** 370:7
378:21 535:5
540:22
**high-growth**
532:12,15

**hire** 387:20 499:7
500:3,6,8 552:18
554:2,5 557:7,19
558:23
**hired** 407:5,8 477:4
499:8 500:19
513:19 516:3,4
**hiring** 498:6 521:22
550:25 558:12
**hissy** 502:7
**historically** 355:5
**history** 332:20
**hit** 406:22 413:6
**Hm-hm** 306:23
326:17 360:4
422:2 427:18
429:13 459:10
466:16 534:25
576:12
**hold** 312:11 313:21
334:21 344:19
431:20 602:9
**holding** 386:25
482:2
**holiday** 590:9,15

**home** 593:6
**hope** 368:15 384:14
386:21 545:23
**hoped** 465:19
495:12
**hopes** 467:24
**hoping** 415:17
416:14 532:19
**horrible** 386:19
**hospital** 328:17
369:21 371:14,19
374:24 375:14,24
376:15 378:8,10
378:12,25 379:15
382:8 399:13
521:3
**hospitals** 321:11
329:2,12 372:21
372:24 374:9
376:7 485:18
562:15 567:16
**hosted** 429:11
**hotel** 414:22 523:19
**hotels** 414:15
**hour** 499:9
**hours** 468:21 593:5
**house** 391:2,9
392:20 556:6
**HSBC** 322:14
**Hudner** 517:9,15
517:19 518:6,18
529:15 532:2,14
**huge** 304:3 419:21
469:15
**hundred** 317:5,7
317:15 318:15,21
319:2,11 320:7,22
320:24 324:11,15
325:25 326:15
327:8 328:5 329:5
340:20 341:16,17
341:19 347:14,15
357:19 373:2
375:21 379:10
381:23 406:7
430:23 432:3
447:5,12,23,25

448:9,13 467:17
468:11 475:7
486:6 523:5
564:25 587:4
**hundreds** 343:2
404:3
**hundred-thousa...**
557:22
**H-U-D-N-E-R**
517:9

**I**
**iceberg** 392:3
**idea** 336:20 337:10
450:17 456:3
457:2 467:4
480:14 488:6
508:18 576:2,16
**identified** 517:4
567:14
**identify** 576:10
**II** 296:12 302:1
303:1 304:1 305:1
306:1 307:1 308:1
309:1 310:1 311:1
312:1 313:1 314:1
315:1 316:1 317:1
318:1 319:1 320:1
321:1 322:1 323:1
324:1 325:1 326:1
327:1 328:1 329:1
330:1 331:1 332:1
333:1 334:1 335:1
336:1 337:1 338:1
339:1 340:1 341:1
342:1 343:1 344:1
345:1 346:1 347:1
348:1 349:1 350:1
351:1 352:1 353:1
354:1 355:1 356:1
357:1 358:1 359:1
360:1 361:1 362:1
363:1 364:1 365:1
366:1 367:1 368:1
369:1 370:1 371:1
372:1 373:1 374:1
375:1 376:1 377:1

378:1 379:1 380:1
381:1 382:1 383:1
384:1 385:1 386:1
387:1 388:1 389:1
390:1 391:1 392:1
393:1 394:1 395:1
396:1 397:1 398:1
399:1 400:1 401:1
402:1 403:1 404:1
405:1 406:1 407:1
408:1 409:1 410:1
411:1 412:1 413:1
414:1 415:1 416:1
417:1 418:1 419:1
420:1 421:1 422:1
423:1 424:1 425:1
426:1 427:1 428:1
429:1 430:1 431:1
432:1 433:1 434:1
435:1 436:1 437:1
438:1 439:1 440:1
441:1 442:1 443:1
444:1 445:1 446:1
447:1 448:1 449:1
450:1 451:1 452:1
453:1 454:1 455:1
456:1 457:1 458:1
459:1 460:1 461:1
462:1 463:1 464:1
465:1 466:1 467:1
468:1 469:1 470:1
471:1 472:1 473:1
474:1 475:1 476:1
477:1 478:1 479:1
480:1 481:1 482:1
483:1 484:1 485:1
486:1 487:1 488:1
489:1 490:1 491:1
492:1 493:1 494:1
495:1 496:1 497:1
498:1 499:1 500:1
501:1 502:1 503:1
504:1 505:1 506:1
507:1 508:1 509:1
510:1 511:1 512:1
513:1 514:1 515:1
516:1 517:1 518:1

519:1 520:1 521:1
522:1 523:1 524:1
525:1 526:1 527:1
528:1 529:1 530:1
531:1 532:1 533:1
534:1 535:1 536:1
537:1 538:1 539:1
540:1 541:1 542:1
543:1 544:1 545:1
546:1 547:1 548:1
549:1 550:1 551:1
552:1 553:1 554:1
555:1 556:1 557:1
558:1 559:1 560:1
561:1 562:1 563:1
564:1 565:1 566:1
567:1 568:1 569:1
570:1 571:1 572:1
573:1 574:1 575:1
576:1 577:1 578:1
579:1 580:1 581:1
582:1 583:1 584:1
585:1 586:1 587:1
588:1 589:1 590:1
591:1 592:1 593:1
594:1 595:1 596:1
597:1 598:1 599:1
600:1 601:1 602:1
603:1 604:1 605:1
**immediate** 309:14
471:4
**immediately**
308:23 309:4,15
309:22,25 477:2
493:25
**impact** 332:15
335:9,14,17
336:10,13,17
337:7,17 338:14
338:21,24 339:5
348:20 359:2,5
396:13,20 397:8
397:10,24,25
398:16 399:20
406:5 407:2,10,19
407:21 408:3,19
409:3 410:8,22

416:18,21 418:20
419:5,13 420:4,6
420:11 421:24
422:13 424:18
426:25 427:13,19
428:11 431:13
432:2 435:11,11
436:10,21 444:5,8
445:16,17,25
446:24 451:10
454:3,14 455:2
456:5 459:7,19,21
460:16,25 461:2
462:12 463:15
464:4 465:9 466:4
467:11 480:16
482:8,10,22
485:24 521:17
522:7 550:20
561:2,7 563:14,17
563:19 601:8,10
601:16,23 602:8
603:8
**implying** 349:19
**important** 440:19
441:16 443:4
460:10
**impossible** 410:21
558:23
**impress** 471:11
**inaccurate** 527:19
528:6
**inappropriate**
519:4 524:9
**incentive** 525:25
**include** 307:13
325:11 360:25
382:19 431:12
433:2 446:16
450:15 454:10
535:3
**included** 304:16
403:19 428:15
433:10 434:21
444:14 446:4
447:14 450:25
454:4 460:23

**492:15** 514:20
518:18 544:3
576:14
**includes** 446:8
459:22
**including** 325:19
391:8 436:12
475:6 495:19
524:7 536:13
543:8,9
**income** 586:15
587:17 597:17
598:13,22
**inconsistent** 353:15
**incorrect** 522:17
**increase** 381:10
**incremental** 520:10
**independent** 459:3
495:16 515:22
545:14 546:14
550:17 565:18
566:3,6
**INDEX** 299:1
**India** 312:8 372:20
374:18 399:10,14
510:12 559:6
**indicate** 308:22
414:25 447:12
**indicated** 584:17
**indirectly** 563:13
563:23
**individual** 438:18
443:5
**individuals** 409:4
437:6,23 439:3,5
439:10 440:8,21
441:6 442:15,17
443:9
**inform** 397:7
**information** 305:18
306:10 381:5
382:6 403:13
404:25 405:6
534:9 538:24
547:7
**initially** 399:16
410:11

**injected** 387:19
**input** 496:12
519:22 524:14
532:11
**inquired** 557:6
**insurance** 412:25
413:8,12,21,23
414:2 488:9 489:7
489:11,15 509:8
509:11,21 511:8
512:5
**intended** 415:2
**interest** 388:23
415:14 420:7
423:9 449:16
465:23 467:14
483:2 485:24
563:3,9 601:18
**interested** 606:23
**Internet** 375:17
**interrupt** 470:6
553:2
**interview** 296:11
297:12 539:9
566:24
**interviews** 350:7
**introduced** 555:10
**intuitively** 371:17
374:7
**invalid** 489:4
**invest** 477:15,25
**investment** 407:17
408:4 476:24
**investments** 408:15
409:2 476:17
477:16,18 493:7
**investors** 434:5,23
**invited** 487:20
524:14 564:13
**invoice** 513:17
**involved** 428:5
489:3 497:10
563:12 564:15
**involvement**
496:10
**in-house** 557:7
**in-kind** 378:15

**381:2** 382:21,24
575:16
**Ironically** 400:13
**IRS** 406:5
**Islamic** 414:17
**issue** 538:22 543:2
543:18,21
**Item** 579:16
**items** 512:19 513:4

### J

**January** 299:12,18
301:24 344:10
345:8 354:5,20
365:20 383:11
384:23 385:3
390:18 395:18
426:15 506:22
585:14,14,15
599:8,14,15,18
600:13,19
**January/February**
583:20
**Jason** 298:24
310:25 343:6

**Jim** 517:9,15 518:6
518:10,10 561:15
562:12
**jinxed** 334:2
**JJ** 329:21 483:14
497:4 502:9,10,13
507:19 508:19
512:21 513:7,23
531:6 539:9 545:4
545:17 549:16
554:22 559:11
595:9
**job** 296:25 415:18
466:10 496:9
500:13 512:9
516:2 519:20
521:9 524:13
556:5

**jobs** 557:23

**join** 495:23 552:6
564:5,21
**joined** 564:7
**Jones** 508:12
**Joseph** 448:8,18
**judge** 391:6 478:4
478:5
**judgment** 391:7,17
394:10,11 521:20
**juggling** 358:13
**July** 365:24 460:15
462:20 478:19,20
541:23 582:19
585:25 591:12,15
**June** 300:17 301:7
315:15 333:12
352:19 365:24
459:2 464:14
472:19 474:6
478:19 524:19
525:5 528:21
541:25 558:6
564:16,18 575:18
592:4
**justified** 524:3

### K

**Kant** 527:11,12
542:14 550:10
552:6,14,17 554:9
557:6 558:11
**Karen** 334:8
338:15 343:20
417:20 452:20
455:19 456:9
464:13 489:22
492:19 588:11
595:23
**Kaye** 387:20 484:6
**keep** 304:5 317:24
362:7 403:25
462:10 463:2

keeping 579:21
keeps 489:19
  581:22 602:22
kept 455:22 599:23
  603:14
key 379:13
killed 333:16
kind 424:17 455:8
  456:6 472:12
  495:12 496:12
  497:2 523:11
knew 335:24
  343:10 386:6
  398:8 443:9
  457:22 480:19
  527:2,11 552:10
  560:7
know 310:5,14
  315:20 316:7
  317:2,3,12 318:2
  318:11 324:13
  326:21,22,22,23
  334:17 335:12
  338:7,11 341:19
  342:2 343:17
  345:8 346:14
  348:23,25 350:19
  352:3,8 359:6,13
  376:17 381:10
  382:10 384:10
  385:25 386:16
  389:6,7 392:7,11
  393:24 394:23
  398:25 401:15
  402:4 403:8,8
  405:2 407:16
  408:21 411:11,16
  414:5 416:4
  419:10,19,22
  420:12 424:25
  425:2,8 428:13,22
  433:17,18 435:14
  435:14 436:16,16
  437:15 438:23
  442:3 444:16,17
  444:19 446:19

  448:22,23 449:6,8
  452:12 456:2,25
  463:5 465:20
  466:20 467:22
  469:18,22 477:23
  478:19,21,23
  480:15 481:10,15
  483:18 484:25
  485:25 486:4,11
  486:16 488:2,13
  488:16,19 489:10
  493:23 494:2
  495:19 496:24
  497:14 505:3
  508:19 510:25
  513:20 515:13
  517:21 520:25
  522:21 525:16,17
  532:13,16 541:23
  544:22,23 546:2
  546:16 547:10,13
  548:6 553:16
  554:15 555:9
  561:11 564:9
  573:20,22 578:7
  578:10,15 581:5
  583:9 585:5 593:8
  595:11 597:20
  599:21 602:11
knowing 501:15
knowledge 436:20
  482:9 501:16
  506:6 530:9
known 393:23
knows 343:20
  393:24 438:15

KPMG 323:21
  329:23 483:13
  573:2

L

L 569:20
labeled 335:21
labor 500:20

lady 588:8
Lam 407:13 464:3
  464:13 465:5
  497:24 498:17,21
  501:20 502:11
  503:15 505:17
  506:6 507:23
  508:5,15 510:25
  511:17 512:18
  513:3
language 317:18
  318:20 319:10
  322:10 324:12
  326:16,19 327:9
  328:5 351:3
  357:21,25 373:16
  435:24 437:5
Lanka 372:4
laptop 491:19
large 332:2 392:13
  469:16
largest 364:22
  386:13 597:5
late 550:6 595:4
laugh 332:11
launched 473:2

law 487:8 501:24
  513:18
laws 394:24
lawsuit 388:12
  484:3,4,8
lawsuits 386:4
lawyer 388:10
  477:23,24 486:20
  487:7,17 489:11
  498:4,5,6 499:2,8
  500:11 502:2,6
  578:16
lawyers 338:8,18
  339:20 386:11
  452:19 455:15
  477:4 489:9
  493:24 500:20
Lazarus 334:9
  342:18 417:21
  464:13 551:11

lead 331:19 399:7
  545:17 546:13
  547:5 565:18
  566:2,6
leadership 546:22
leads 545:15
leaked 395:15
lean 503:2
learn 396:13
learned 371:3
  441:3
leave 425:12
  494:25
leaving 400:15,16

led 430:13 542:22
ledger 322:13
LEDYARD 298:6
left 311:3 333:4
  357:13 387:14
  401:10 404:14
  483:8 533:11
  549:8 569:9,16,22
  570:15,22 571:14
  601:15
left-hand 591:6
legal 331:11 332:22
  387:8 388:16,19
  388:21 425:5
  481:15 488:21
  548:15 557:16
  578:18
legible 567:10
lend 459:15
lender 408:11
lenders 463:16
lending 459:13
length 545:16
lens 589:7
lent 391:18
LEONARDO
  298:4
lessons 588:9,16
letter 299:19 300:4
  300:12 301:9
  313:14,22 339:7
  342:21 343:4,24

  344:6 362:24
  363:24 364:2,7
  403:6,16,19,22
  404:20 405:5,15
  405:21 443:17,24
  445:24 448:7
  453:14 454:7
  457:6,21,25
  493:21 504:7
  539:24 540:3
  554:18 573:13,15
  575:7,25 576:14
letters 300:5
  301:16 324:13
  344:2,3 349:17,20
  351:10 401:23
  445:4,13 572:22
  573:7,14 574:14
  574:22,25 575:21
let's 318:18 334:3
  343:6 346:19
  362:7 402:13,17
  410:10 444:18
  446:21 471:11,12
  471:13 475:22
  484:12 504:6
  505:6 513:9
  539:18 549:14,15
  549:16,16,19
  558:20 572:16
  574:13 581:7
  582:18 583:5,22
  585:2,10,11
level 399:25 412:6
  519:24 557:9
leveraging 384:9

Levitt 495:20 560:9
  564:21
liabilities 411:12
  428:16 480:17
  577:11,20 578:12
liability 422:10
  580:24
library 589:23
life 399:11 413:12
  413:20,22,25

509:8,11,21 512:4
**lift** 314:20
**lightened** 588:21
**lighting** 589:8
**liked** 379:23 443:10
456:3
**likes** 399:6
**LILIEN** 298:24
302:24 305:17,23
306:3,6,9,13,17
306:19,24 307:6
308:8,21,25 309:9
311:14,24 312:3
312:15,25 316:21
317:9,17 318:18
319:6,13,23
320:12,19,22
321:2,6,9,14,18
321:22 322:2,6,9
323:10,22 324:8
324:21 325:4,10
325:13,16,19,22
326:8,18 327:4,7
327:21 328:9,13
328:16,21 329:10
329:14 330:14,18
330:22 331:2,10
331:17,20 333:17
336:12 338:13,19
338:23 339:4
349:15 350:3,6,15
351:2,18 352:10
352:18,22 353:4
353:12,20,24
354:13 355:3,8,11
355:16,23 356:3,6
356:9,23 357:6,15
358:6,10,14,21
359:4,14,17,19,22
359:25 360:5,9,13
360:24 361:4,7,12
366:17,20 369:6
369:11,14,17,24
371:6,11 373:5,11
373:23 374:3,23
375:7,23 376:2
377:24 378:17

380:15 381:19
382:3,12,15
383:22 384:21
385:4,7,14,22
386:22 389:3
392:13,17,23
393:2,5,10,14,17
394:4,9 395:17,22
398:5,16 399:15
399:21,25 400:5
400:10 401:6,10
401:13,16,22
402:13,19 403:5
403:10,18 405:5
405:11 408:14,25
409:6 415:7,21,24
417:5,10,13
423:11,17,22
424:20 425:2,13
425:21 426:2,10
429:18 434:3,8,21
435:20,23 436:2
436:12,19,24
437:3 438:2,8,20
439:8,14,18
440:18,25 441:15
441:22 442:5,21
443:3,14 449:9,13
449:15,18 450:10
450:13,18,23
454:17,25 455:12
455:23 468:4,8,14
469:5,11,16 470:5
470:20,24 471:7
471:17,21,24
472:2,5,10,14,21
473:3,7,10,15,21
473:24 474:4,7,11
475:14 478:7,12
478:15 479:17
481:2,8 482:19,24
483:3,24 485:5,13
485:21 486:25
487:6,13,25 494:7
496:16,22 498:16
498:20 499:3,19
499:24 500:5,8,11

501:3,10,19
503:25 504:5
507:22 508:4,8,14
510:18,24 511:16
512:3,17 513:2
519:23 520:11,14
520:17 521:12
522:5 524:5 531:9
531:13,20,25
532:10,17,23
533:6,10,17,25
534:4,8,21 535:2
535:8,20 536:8,24
537:10,16 538:3
538:19,24 539:4
543:11,22 544:2,9
544:15,18 545:7
546:2 547:20
549:21,24 561:17
561:24 562:24
563:6,11,20
565:17,21 566:5
572:16 576:23
583:22 589:5,12
590:23 591:3,10
591:14,19,23
593:7,14 594:8,13
594:17,20,24
597:2,7,12 598:18
602:3,13 603:4,7
603:11,15
**limbo** 579:20 598:3
598:9 603:9 604:8
**limit** 488:14,17
**Lincoln** 521:3
████████████
**line** 304:17 305:4,5
342:19 372:15
419:12 422:9,9,14
428:17 435:10
475:5 533:12
570:10 578:16
585:12,12 607:6
**lines** 547:14 590:13
**liquid** 560:3,6,14
560:15
**liquidate** 494:18,21

**list** 433:25 434:4,9
434:22,25 435:2
435:12 460:24
461:2 519:6
559:22
**listed** 450:14,21
578:7,8
**lists** 460:24 551:16
**literally** 589:20
**litigation** 386:19
387:16 488:23
**little** 353:13,14
364:25 436:6
440:7 520:12
521:17 560:2,5,24
582:15 588:7
**LiveNote** 297:14
606:5
**lives** 400:17 556:6
**living** 332:20
333:24 483:22,24
**LLP** 298:6
**loan** 334:17 336:17
337:7,18 338:2
339:5,9,10 391:2
391:11 392:14,18
392:21 393:19
395:20 396:20
398:17,23,24
399:6,9,20 400:7
400:8 406:5,9
407:8,19,21 408:3
408:9,19 409:18
410:7,11 415:2,5
415:13 416:7,22
420:4,7 422:11,13
427:2,19 431:13
431:15 432:2
433:3,5,18 435:12
436:3 444:8
445:16,17 446:2,8
446:17,24 447:13
449:19,24 450:5
451:3,6,11 452:3
452:5,8,20,22
453:4 454:10,21
455:2 459:7,19,21

460:7,16 462:12
480:17 482:10,22
483:4,6 561:7
563:14,17 601:8
601:10,16,23,23
602:8 603:5,8,10
603:17
**loaning** 408:9
**loans** 332:15 335:9
335:14,17 336:13
336:24 337:14
338:14,21,24
359:2,5,7,10
396:13 397:8,10
397:24 398:2
407:2,10 409:3
410:8,22 415:22
416:2,18 418:21
419:5,14 420:11
420:20 421:24
422:24 423:4,13
424:13,19,23
425:19 427:13
428:11 432:22
433:15 434:2,16
435:11 436:8,10
436:11,21 437:7
438:14 444:6
447:2 450:19
454:3,4,9,14
456:5 460:25
461:2 464:4,25
465:2,9 466:4
467:4,11 468:2
479:7,20,24 480:3
480:19 481:6
482:8 485:25
561:3 563:19
**LOEB** 298:14,14
**London** 391:6
394:25 468:20
**long** 393:24 443:10
502:16 527:4
**longer** 359:13
**look** 305:3 313:13
315:7 316:13
332:19 333:9

337:25 344:16
351:25 355:13
356:3,13 370:16
378:14 384:8
422:8 425:6
437:17 440:3
445:22 446:23
464:20 474:19
492:7 498:2
502:19 503:3
514:8,15 515:3
524:25 533:3
536:15 540:8
551:14 559:20
567:23,25 568:20
569:18 570:9
571:17 573:25
575:8 576:4 577:6
581:13 591:10
593:22 594:2,4
595:10,20 596:8
600:17
**looked** 331:7 346:3
346:8 351:19
594:6 595:20,22
**looking** 304:18
309:17 311:17
319:9,9 356:15
396:17 418:24
472:2 529:5 537:2
539:7 582:18
593:11 599:5
**looks** 445:14
506:15
**lose** 386:2 413:6
546:5
**loss** 577:11
**lost** 388:7 476:5
477:11 493:19,19
494:13
**lot** 336:24 337:14
367:25 372:24
390:8 431:25
433:24 441:10
465:21 467:15
486:4 523:18
554:5

**Louis** 562:15
**love** 375:4 380:6
400:24 469:22
**loved** 397:6 403:4
**loves** 512:15
**low** 304:5 320:2
**lower** 375:2
**lowering** 374:5
**lunch** 339:18
343:12 554:25
**Lupo** 529:14 532:2
532:14
**luxury** 548:19
**L.A** 400:15 512:10

---

### M

**MAB** 590:23
**mail** 323:17 335:19
335:22 336:17
337:7,21 338:4,6
339:13 424:7
452:15 453:8
482:12,14 552:19
552:23 554:3
557:8,24 558:11
558:13,21 559:2,5
**mailer** 302:7 343:7
**mailers** 482:12
**mailing** 314:23,24
325:11 355:12,25
358:8,16,23 359:3
540:8
**mailings** 304:3
322:7 327:12
328:11 346:20
354:14 359:5
361:13 475:6
557:16
**major** 363:5,11
389:9 429:4 468:9
468:16 470:8,13
472:6,11 473:17
474:13 510:3
554:8 555:15,18
**majority** 349:25
568:14
**making** 311:15

370:11 383:7
437:10 439:4
462:11 476:3
485:13,17 515:20
526:12 547:25
603:17
**manage** 588:12
598:8
**management** 303:6
303:14 304:17
305:6,19 306:4
440:2
**managing** 589:20
**map** 378:16
**Maria** 588:17
**mark** 313:5 334:3
344:8 362:9
366:22 389:12
405:13 417:18
420:24 426:21
430:2 443:16
445:2,3 451:14
456:13 457:5,17
458:5 461:5 490:4
503:17 504:7
505:6 506:8
516:12 517:3
524:16 539:24
542:9 551:7 559:8
566:18,20 572:8
572:21 574:13
576:20 579:8
581:7 584:4
600:12
**marked** 299:6
313:11 334:10
342:12 344:14
362:15 367:3
390:3,15 405:24
418:3 421:4 427:6
430:3 443:21
445:10 451:18
456:20 457:13
458:11 461:10
464:9 490:10
491:7 503:24
505:9 506:10

507:3 516:20
517:6 524:21
540:5 542:16
551:12 559:13
566:23 567:12
573:4 574:19
575:22 579:14
581:11 584:12
600:15
**market** 476:5,8,12
478:13 494:12
495:2 535:23
**marketing** 299:24
317:14 341:14
354:8 421:2
**marking** 567:3

**match** 317:22
340:17 341:15
344:19,20,22
345:19 347:5,21
347:22 349:5
352:6 353:8,22
354:12 356:21
364:8
**matched** 346:17
347:15 348:3,10
348:19 351:8
**matches** 340:11
355:9 357:4 360:3
360:15
**matching** 317:25
339:9 340:7,9,21
341:11,18,20,24
342:10 345:10,17
346:5,9,12,16
348:8 349:10,12
351:6,20 352:13
353:17 354:8,11
354:18,21 355:20

357:13 363:6
364:17,18 485:4
**materials** 324:14
352:14,16 356:11
357:18 376:10
454:23 455:15
**matter** 315:10,11
**matters** 315:13
**maximum** 530:18
**mean** 312:4 332:11
335:6 342:21
349:8,18 407:25
412:11 462:18
470:5 494:10,22
494:23 498:5
531:10 533:22
543:13 555:17
560:14 572:14
582:4 583:14
596:15
**meaning** 371:13
408:8 415:21
578:9
**meaningless**
440:15
**means** 391:4 457:9
493:6 533:7
569:22 577:16,25
578:11
**meant** 436:8
484:24 494:24
520:9 560:5
**measure** 312:9
538:5 570:19
**media** 496:14
**median** 534:17
538:14
**Medical** 590:25
**meet** 343:11 365:16
365:17,21 366:4
384:5 400:24
438:11,16 476:23
495:6 510:10
518:9,10
**meeting** 383:19
384:4,23 386:23
387:4 396:14

397:11 398:14,20
459:3 469:24
476:21 490:2,18
490:20 491:14
493:5 502:21
503:4,9 525:6
528:12 529:25
544:20 547:6,8,23
549:4 556:24
558:7 592:5
**meetings** 384:25
489:20 528:22
530:22,25 535:19
543:6 544:4,6,14
545:11 546:9,10
548:3 565:3
**member** 458:21
486:23 487:16
507:12 543:7,19
547:22 564:7
**members** 350:10
458:22 472:20
486:17 488:4
489:23 493:22
495:5 548:9 552:9
562:25 563:7,12
563:18
**memory** 335:5
**mentioned** 327:24
331:23 351:18
359:25 364:21
402:22 454:19
468:11 470:10
482:21 522:8
565:18
**mess** 486:21
**met** 315:16 365:3
383:10 396:25
398:15 400:24
401:3 468:25
476:25 554:22
583:9
**Meyer** 516:8
517:19 522:9
524:6 525:5,15,23
529:18 532:18
**middle** 540:8 569:3

587:22
**mid-to-late** 475:3
**MILBURN** 298:6
**million** 303:17
305:11 307:17
332:4,6,13,15,19
332:19,24,25
335:15,16 338:3
339:12 342:8,9
345:7 346:2,4,9
346:11 354:5,18
358:17,25 360:21
360:25 367:24
370:22 380:3,8,14
380:19 381:15
384:10,12,16,19
385:12 387:12,15
387:25 388:6,11
392:16 398:23
399:12 416:14
419:2,18 422:14
422:15 423:15
425:8,11 426:14
431:4 435:10,13
436:3 444:5,12,20
450:14,20 454:14
460:2 466:19
467:17 468:23
469:12 470:17
472:18,25 473:9
473:13 474:20,22
474:24 476:4,9
477:11 479:8
480:15,16 481:4
481:11,15,19,21
519:16 536:7
553:13 561:4,6
**millionaires** 333:22
**million-dollar**
398:21
**mind** 411:3 434:12
467:9 544:10
545:8
**mine** 510:17
**mingled** 326:5
327:19 593:25
**minimum** 406:22

**minus** 586:17 590:9
**minute** 480:18
504:2 562:21
581:13 598:5,21
**minutes** 300:20,22
377:8 379:4
489:21 490:8,15
490:25 492:14,18
492:25 502:12,20
513:21 528:19,21
529:12 531:23
556:14,23 557:3
558:6 566:12
**miscellaneous**
601:4
**misleading** 443:8
527:19 528:7,14
**missing** 491:3
514:17
**mistake** 534:7,8,10
535:12
**model** 379:24
380:11
**moment** 318:19
402:14 468:5
572:17
**moments** 357:2
**Monday** 462:3
**money** 309:22
317:22,23 318:8
318:15 319:14,20
322:19,21 324:9
325:8 326:22
329:5 332:25
334:18 335:13,24
336:23 337:13
343:6,14,18
345:10,24 346:24
347:21 348:2,19
349:9 350:20
351:7,14 353:6,21
353:22 354:11,23
354:25 355:4,6,17
355:22 356:7,14
356:16,22 357:3,7
357:11,12,19
358:2,7,22 359:12

359:23 360:2,10
360:14,16 361:19
362:5 363:17
368:21,24 369:2
370:15,18,19
371:22 374:16,21
381:14 383:13
385:3 388:18,21
388:23 389:4,8
390:6 391:15,16
391:22 392:22
393:12 394:16
395:8,19 396:2,18
399:3 408:10
413:7 415:20
416:24 434:24
435:4 437:21
438:18 441:4,8
452:14,22 459:23
462:10,13,16,24
463:6 465:16,17
465:18,20,21,22
465:23 466:14,21
468:17 472:13
474:7 476:8,11,16
477:16,20 479:2
480:22 481:12
482:10 483:9
484:22 485:3,14
487:11 494:13
495:2 498:15
499:15 553:17
554:6 556:4
557:18 579:3
583:21 596:24
602:7,15 603:14
603:23 604:20,23
**monies** 463:9
**monitoring** 341:10
**month** 354:19
397:4 400:25
414:21 561:16
**monthly** 585:7
**months** 333:15
336:10 352:7
395:25 398:10
414:18 416:3

425:6 452:18
456:10 460:8
471:15 541:24
549:18,19 554:13
█████████████
**mortgages** 466:23
**Motion** 300:10
456:15
**Motors** 500:22
560:16
**mouth** 332:21
333:25 483:22,25
**moved** 545:21
556:2
**Mullaney** 296:11
297:12 299:2
302:1,11 303:1
304:1 305:1 306:1
307:1 308:1 309:1
310:1 311:1 312:1
313:1 314:1 315:1
316:1 317:1 318:1
319:1 320:1 321:1
322:1 323:1 324:1
325:1 326:1 327:1
328:1 329:1 330:1
331:1 332:1 333:1
334:1,8 335:1
336:1 337:1 338:1
339:1 340:1 341:1
342:1,17 343:1
344:1,11 345:1
346:1 347:1 348:1
349:1 350:1 351:1
352:1 353:1 354:1
355:1 356:1 357:1
358:1 359:1 360:1
361:1 362:1 363:1
364:1 365:1 366:1
367:1 368:1 369:1
370:1 371:1 372:1
373:1 374:1 375:1
376:1 377:1 378:1
379:1 380:1 381:1
382:1 383:1 384:1
385:1 386:1 387:1
388:1 389:1,16

390:1,20 391:1
392:1 393:1 394:1
395:1 396:1,12
397:1 398:1 399:1
400:1 401:1 402:1
403:1 404:1 405:1
405:16 406:1
407:1 408:1 409:1
410:1 411:1 412:1
413:1 414:1 415:1
416:1 417:1,21
418:1 419:1 420:1
421:1 422:1 423:1
424:1 425:1 426:1
427:1,17 428:1
429:1,12 430:1,7
431:1 432:1 433:1
434:1 435:1 436:1
437:1 438:1 439:1
440:1 441:1 442:1
443:1,18 444:1
445:1 446:1 447:1
448:1,8,18 449:1
450:1 451:1 452:1
453:1 454:1 455:1
456:1,22 457:1
458:1 459:1 460:1
461:1 462:1 463:1
464:1,14 465:1
466:1 467:1 468:1
469:1 470:1 471:1
472:1 473:1 474:1
475:1 476:1 477:1
478:1 479:1 480:1
481:1 482:1 483:1
484:1 485:1 486:1
487:1 488:1 489:1
490:1 491:1 492:1
493:1 494:1 495:1
496:1 497:1 498:1
499:1 500:1 501:1
502:1 503:1,18,23
504:1 505:1 506:1
507:1 508:1 509:1
510:1,2 511:1
512:1 513:1 514:1
515:1 516:1 517:1

518:1 519:1 520:1
521:1 522:1 523:1
524:1,18 525:1,24
526:1 527:1 528:1
529:1 530:1,5
531:1 532:1 533:1
534:1 535:1 536:1
537:1 538:1 539:1
540:1 541:1 542:1
542:14 543:1
544:1 545:1 546:1
547:1 548:1 549:1
550:1 551:1,9
552:1 553:1 554:1
555:1 556:1 557:1
558:1,14 559:1,10
560:1 561:1 562:1
563:1 564:1 565:1
566:1 567:1 568:1
569:1 570:1 571:1
572:1 573:1 574:1
575:1 576:1 577:1
578:1 579:1 580:1
581:1 582:1 583:1
584:1,10 585:1
586:1 587:1 588:1
589:1 590:1 591:1
592:1 593:1 594:1
595:1 596:1 597:1
598:1 599:1 600:1
601:1 602:1 603:1
604:1 605:1 607:5
607:21
**Mullaney-12**
302:11
**Mullaney-13**
303:21
**Mullaney-16**
308:14
**Mullaney-17**
302:15

---

**N**

**name** 407:9 435:3
448:25 498:3
549:19 588:12,17
**named** 549:5 606:7

**names** 433:23
435:2,15
**naming** 589:19

**nature** 519:22
**near** 313:13 422:9
585:13
**nearly** 351:15
**necessarily** 345:18
**need** 318:12 354:11
384:7,13 385:19
452:14 497:9
557:6 598:13,17
**needed** 470:3
495:15 556:4
589:3
**negative** 562:5
**negotiate** 498:6,9
499:10 500:23
**negotiated** 368:3,8
455:16
**negotiating** 338:21
**negotiation** 339:2
368:11
**neighborhood**
445:20
**neither** 606:20
**Nepal** 378:25
**nervous** 372:15
413:5
**net** 332:14,18
410:18 411:4,9,10
411:19 574:6
**never** 326:5,6
327:19 329:8
330:9,10 339:2
346:2 369:9
375:11 379:21
416:9 433:17,25
435:7 440:6
444:15 446:8
456:4 460:19,20
482:21 497:13
514:24 526:5

528:15 530:23
543:18,20 544:23
584:23 586:16
587:18 597:19
601:13
**new** 296:3,14,14
297:4,4 298:8,16
298:16,22 333:21
375:10 395:8
400:16,21 401:8
404:6 484:7
526:14 556:10
560:11,21 564:23
572:11 587:2
607:2,2
**Newport** 400:16
**newspaper** 466:5
**newspapers** 395:14
**NGO** 382:5
**nice** 394:2 420:22
496:25
**nickel** 323:17,17
424:14 479:20,22
**night** 302:5 310:6
**nightmare** 484:10
**nights** 523:20
**Nodding** 323:8
540:25
**non** 511:22
**non-profit** 304:12
486:13 487:8
488:3 501:23
546:15 558:24
**non-restricted**
343:16
**normal** 492:16

**North** 521:2
**Notary** 297:15
607:25
**note** 458:25 538:12
**noted** 503:2
**notes** 490:6 491:13
491:15,18,25
492:13,17 530:24
606:19
**notice** 420:6 430:17

458:16 477:2
**noticed** 506:17
**notified** 591:24
**notion** 546:17
**November** 300:24
301:12 429:5
503:19 542:15
**nucleus** 492:22
**number** 306:7
307:2 313:8 334:6
342:3,15 344:13
375:18 389:15
405:18 417:25
421:3 430:9 433:9
435:17,17 436:7
436:23,25 451:16
454:2 456:19
457:11 458:9
461:8 478:2
481:12 490:6,13
492:25 510:25
514:9 524:20
533:7,18,22
542:12 556:18
559:22 567:6
575:12 579:11
581:9 591:20
**numbered** 444:3
508:24
**numbers** 305:20,25
362:13 367:12
412:12 427:4
428:18 431:11
432:14,22 433:2
434:14,15 445:6
446:16 464:15
490:22 516:16
538:13 540:4
552:24 573:3
574:17 582:16
584:6
**numeric** 310:24
**NY** 298:8,22

---

**O**

**O** 576:21

471:19
**object** 501:16
**objected** 501:17
**objecting** 501:11
**objection** 512:23
512:24
**obligation** 371:12
**obscene** 499:15
**occur** 496:17
**occurs** 538:22
**October** 300:21
301:9 362:18
418:25 420:6
421:19 476:15,16
490:9 493:5
539:25 541:2,21
543:17 556:24
███████████
**offer** 315:17 351:12
379:14
**offered** 393:7
463:18
**office** 304:23 310:6
322:4 325:20
396:16 588:8
**officer** 438:13
**officers** 440:2
488:9
**Oh** 368:25 394:13
398:7,18 401:12
405:2 407:3
486:18 487:18
503:11 519:9
541:11 560:15
**okay** 302:21 307:9
310:9 313:25
318:6 321:6
328:23 329:14
330:6,14 331:17
334:15,20,24
335:3 336:5 340:2
340:14,19 344:7
359:19 365:13
366:16 383:21
391:21 405:11
406:15 410:6
411:7,18,22

412:22 413:19
414:11,13 415:24
416:17 418:9,14
419:6 420:9
421:22 422:7
426:20 427:15,22
428:9,20,24 430:4
430:24 431:14
432:20 433:8
439:21 443:14
444:24 445:21
446:20 447:20
448:17,20 449:7
449:14 450:22
451:25 452:24
453:11,25 454:15
456:11 457:3,15
458:3,4,23 460:22
461:4 463:11
464:6 477:6 481:8
485:21 489:5,13
489:18 491:22
492:4,23 494:6
499:3 503:13
504:17 505:18
506:3 507:10
509:24 514:3,22
516:8 517:14
525:21 527:9,16
528:2 530:19
540:24 541:15
542:8 543:4 548:5
550:23 551:5
552:5 553:11
555:24 556:12
557:4 558:22
559:3 560:23
567:20 568:25
569:16 570:3
571:15 572:3
573:24 575:4,19
576:3,17,17
579:13 580:12
581:2,6 582:14,20
584:13,20,25
585:16 586:10
587:19,21 590:18

591:3 592:18
594:17,24 598:11
601:21 604:18
605:3
**old** 500:18 562:12
588:7
**once** 322:18 365:14
417:14 496:9
510:9 595:11
**ones** 440:10 509:15
555:15
**one-on-one** 368:11
**one-tenth** 370:9
**one-twelfth** 582:24
**one-year** 450:7
**open** 415:4 560:11
**opened** 408:22
**operate** 555:14
**operated** 569:19
570:6 571:11
**operations** 496:5
552:15
**opposed** 316:8
409:6 480:13
508:24
**Opposition** 300:9
456:15
**order** 376:23
409:17
**organization**
440:24 520:4
521:15,16 545:15
546:23 559:24
560:2,11,22
575:14 576:7
**organize** 588:13
**original** 338:2
450:5 455:6,14
503:5
███████████
**outcome** 606:23
**outside** 350:9
386:22 387:3
487:17 550:16
**overhead** 302:6
303:13,24 304:5,8
304:11,14 306:15

306:20,25 307:12
313:18 314:10
318:24 319:21,25
320:3,9,15,16
323:13,18 324:3
324:17 325:8
328:11 342:5
346:13 357:8,12
358:8,17,24 360:6
360:7,11,15
361:10 485:4
**overseas** 510:5
**owed** 332:17 417:9
486:7 600:6,7
601:4 603:22
**owes** 395:9 444:20
459:21 460:3
579:2,22 580:21
600:25 601:2
**owned** 332:14,16
**owns** 414:4,5

───────────

**P**
**package** 490:12
526:16,18
**page** 303:20 304:18
309:18 313:10
334:14,14 362:22
362:25 367:5
368:2 406:3 418:7
418:12 427:12,25
428:25 430:11,17
430:25 431:8
432:11 435:21
445:23 446:21
447:21 448:5
449:11 450:14
458:18 461:9
492:6,24 502:22
508:24,25 514:8
518:4 525:22
527:20 528:19
529:5,9 531:22
532:21 536:16,17
536:21 538:13
539:14 540:9
550:9 555:16

556:25,25 557:2
558:3,9 559:21
568:9,12,22 569:3
573:11 575:6,7
577:6 579:12
585:11,11,12,17
587:20,23 590:2,7
591:5 599:5 607:6
**pages** 334:7 342:15
422:10 430:9
490:5 492:8
542:13 581:8
**paid** 325:7 326:6
327:20 362:4
370:8 382:13,22
389:9 391:14
394:21 406:9,23
410:2 413:8 417:5
419:4 429:11
460:14,19 462:9
462:19 463:21,24
486:6 510:12,16
514:25 526:11
583:2,3,6,17,18
583:19 590:17,19
590:24 594:22
598:9
**paperwork** 338:8
338:16,20 433:19
**paragraph** 313:14
344:18 362:25
364:13 389:18
406:3 444:4
464:22 502:25
506:18 509:7,25
514:11,16,19
515:3,7,7 529:14
540:9 551:15
557:5 558:10
574:2 575:8 576:4
577:9
**paranoid** 480:20
**Park** 296:13 297:3
298:15
███████████

part 321:24 330:8 360:6,9 369:4 370:6 436:15 446:6 452:11 458:8 459:7 486:23 509:16 512:9 531:6,10 582:8 595:16
participated 437:14
participation 442:23 565:2
particular 364:16
particularly 421:8
partner 309:21 321:11 326:4 328:17 329:2 368:20 371:14 376:15 377:22 382:8 485:18 567:16
partners 308:3 310:22 311:8,21 311:25 312:6 322:24 323:2 358:4 362:2 368:12 370:14 374:24 375:6 377:12 378:4 380:6 381:7 382:17 516:9 560:20
parts 371:24
party 382:25 606:21
patient 377:5 570:10
patients 312:10 370:4 588:25
pay 308:3,4 313:16 314:8 318:22 320:8 322:3,4,6 323:16 330:3,8 337:20 340:3 342:5 366:15 368:14 370:25 377:7,13 381:12

382:23 387:8 388:18,21 389:22 390:6,9,14 391:12 391:13,16 395:10 416:25 417:6,13 423:13 424:19 429:14,17 433:7 452:4,9 453:6 462:21 463:2,3 464:24,25 465:17 465:19 466:21,23 479:6 481:14 486:2 499:11 510:18,21 515:23 517:17 520:19 523:13,13,24 527:10 560:20 561:5,6 578:21 579:20 581:22 586:5,7,9 590:21 593:21 594:14 596:15 597:11,12 597:15 598:3,22 600:2 601:2,5 604:10,14
payback 450:8
paycheck 583:11 583:15
paychecks 585:7
paying 369:7 381:17 420:19 463:8 520:8 521:10 586:25 601:18
payment 509:7 512:4
payments 533:15 534:23
payroll 604:15
pays 366:3,6,9 413:22 414:8 462:22 582:5 586:3
Pearl 516:8 517:19 522:9 524:6 525:4 525:15,22 529:18 532:18 535:14

pediatric 377:5
peer 518:13,19 529:21 532:6,25 534:12
peers 519:4
penny 333:5 604:16
people 310:13 331:9 341:13,14 344:6 351:11 360:21 379:20 397:17,21 406:19 407:3 408:9 409:15 427:23 429:23,24 431:25 433:24 435:16 439:23 445:25 467:16 485:14 495:18 515:24 549:4,11 550:2 552:18 557:23 558:24,25 561:7 564:23 596:23
Pepsi 547:9
percent 302:6 303:24 304:11,13 309:6,7 313:15,17 314:8,10,15,23 315:3 316:3,18 317:7,15 318:15 318:21,23 319:2 320:8 324:12,15 324:16,17,18 326:15 327:8 328:5 329:5 357:19 377:6,13 389:21 406:7,19 406:21 412:7 416:10,13 440:5,9 450:3 452:2,8 475:8 483:2 486:6 523:5,5,6 540:16 540:23 560:3,5 565:2 586:21 587:4
percentage 480:11 540:22
percentile 534:16

534:18,24 538:14
percentiles 534:11 535:4
perfect 466:9
perform 328:18 329:12 348:11 371:15 374:10,25 376:7
performance 424:8 459:4
performed 376:25 567:17
performing 376:10
period 433:16
perk 512:6,9,16
perks 498:12 499:13 511:25
permission 339:8 402:12
person 339:21 379:10 438:13 456:8 521:22 570:21 571:4,10 571:18 588:15
personal 401:14 437:8 599:2,8,9 599:17 600:4
personally 394:11 396:4,6 408:21 438:16 469:7 498:18
ph 312:7
PhD 396:19
phenomenal 495:21 555:7
phone 401:24 502:13 511:11
photo 589:16
photos 588:10 589:15,19,21
Photoshop 588:9
phrase 434:6
phrased 578:22
physically 325:25 327:14,17,18
picking 519:11
picture 588:20

pictures 589:8
pitch 397:15 455:6
pitched 397:5 415:9,10
place 312:8 378:23 379:13 384:22,24 385:7 606:12
places 414:15 544:7
plan 397:3 423:25 467:3 594:5
plane 400:15 401:7
planning 603:17
plans 523:2
play 546:13,25
playing 547:2
please 326:19,21 342:23 362:8 366:23 390:10,24 391:3 405:13 406:2 426:21 429:2 430:2 443:16 446:22 461:5,22,24 502:19 513:16 524:15 527:18 539:10,24 556:15 575:10
plenty 465:16 467:25
pluck 549:16
plural 436:8
plus 323:12 433:23 440:9 467:14 479:19 533:15,23 535:16,25 538:18
PM&P 525:23
Poehling 561:15 562:10,13,13 563:2
Poehling's 563:13
point 311:14 329:16 362:20 377:16 403:6 410:12,20 419:25 422:23 438:22 439:4 440:19 454:18 478:5

501:21 505:4
506:17 513:11,12
521:13 536:25
537:16 559:5
571:25
**pointed** 465:16
**pointing** 538:21
**points** 559:22
**policies** 412:25
413:9,13,21,23
414:2,4,9 509:9
509:12,22
**policy** 413:15,18
477:14 488:13,16
489:15 511:8
595:3
**POLKOWITZ**
298:18 318:3
322:12,18,25
323:8 396:2
**Ponzi** 466:2,6
**Ponzi-scheme**
465:3
**pool** 334:19 335:7
335:18 339:12
**poor** 379:20 404:7
456:9 490:16
552:25
**poorest** 312:8
**popular** 466:7
**portfolio** 493:6
**portion** 376:20
415:5,25 429:16
466:20 467:13
**portions** 324:3
446:25
**posed** 442:24
**position** 425:7
479:11 480:6
482:3,4 485:19
524:10
**possible** 482:11
541:4
**post-bankruptcy**
481:22
**post-operative**
569:15

**pot** 336:6
**potential** 314:14
**power** 495:17
**practice** 329:16,19
**practices** 517:17
**precisely** 335:20
**preferred** 501:20
**premium** 512:4
**premiums** 414:8
509:8 512:5
**preoperative** 569:7
569:9 570:11
571:18
**preparation** 428:6
**prepared** 456:25
529:11
**present** 502:4
530:21 531:11
547:5,12
**presentation**
421:20,21 525:19
528:10 529:18
**presentations**
432:15,16 433:11
433:11
**presented** 503:8
504:23 529:15
532:2
**presenting** 547:8
**preside** 547:5
**presided** 543:5,12
547:22 548:2
**president** 543:15
543:22,23 544:11
544:19 545:9
546:8
**presides** 546:8
547:16
**presiding** 544:4
545:10
**press** 395:15
**presumably** 533:7
**previous** 506:21
575:22 585:3
**previously** 505:23
566:23
**pre-petition** 594:19

594:21
**PRI** 407:18
**Price** 565:11
**primarily** 552:4
**principal** 356:24
**principles** 574:8
**print** 545:18
**prior** 383:22
384:25 493:13
509:17 517:19,25
525:5,18 528:12
595:18 606:6
**priorities** 496:11
497:8
**probably** 316:13
334:2 344:4 364:3
388:12 398:13,20
411:21 418:23
428:19 449:25
459:22 508:18
530:18 541:17
**procedure** 378:3
**proceeds** 452:9
**process** 390:5
492:17 596:2
**processer** 604:15
**produced** 490:24
567:5
**product** 525:14
**production** 313:8
334:6 342:15
344:12 362:13
389:14 405:18
417:25 421:3
427:4 430:8 445:6
451:16 457:11
458:9 461:8
464:15 490:6,21
503:20 506:9
514:8 516:16
517:5 524:20
540:4 542:12
567:6 573:2
574:17 581:9
582:8 584:6
**productive** 526:13
**productivity** 304:8

**professional**
297:13 304:22
437:13 438:12
439:25 606:3
**program** 319:18
320:4,5 324:4
328:7 372:17
380:5 411:25
412:13 419:21
459:8 510:4,14
554:3,7 557:8,24
558:21
**programs** 313:16
314:9,16,24 315:3
318:22 319:5,7
320:9 321:13
324:11,16 327:2
329:9,11 348:13
356:10,12,17
357:23 358:11,16
447:8,25 448:11
475:9 484:24
485:2,8,16 559:2
**program-related**
407:17 408:4,15
409:2
**Progress** 427:2
**project** 377:11
379:2,9 470:19
**projection** 422:23
**projections** 420:18
**promised** 449:24
500:13 523:11
**prompted** 401:23
496:22
**pronounced** 562:13
**proper** 394:21
**proposal** 451:21
**protocol** 343:3
**prove** 399:3
**proven** 379:25
397:3
**provide** 346:18
350:18,21 371:20
373:8 537:3
539:20 540:18
542:2

**provided** 305:18
306:10 374:12
405:6 483:6
532:11 539:17
541:20,25 542:5
**provides** 382:5
**providing** 364:10
374:4 378:10
**provision** 402:7
**public** 297:15
306:22 374:13
439:19 546:17
607:25
**publicity** 466:3
562:5
**pull** 309:11
**pulled** 477:3
**pulling** 346:7
**purely** 434:16
**purpose** 316:9
348:5 363:3
374:14 413:3
442:21
**purposes** 324:4
468:18 470:10
472:16 473:18
474:17
**pursuant** 324:11
509:19
**pursuing** 464:4
**put** 309:4,14,22
314:18 344:19
347:21 471:4,12
476:16 477:10
480:12 494:22
562:6 589:10,12
589:15 593:24
596:13 598:5,7
602:21 603:20
**putting** 314:17
412:11 472:6,7
474:11
**p.m** 605:9

**Q**

**quantity** 370:7
**question** 305:22

307:25 314:3
321:15 335:3
350:16 352:11
376:4,5 381:20
391:25 408:2
428:4 431:19
437:17 446:3
449:10 466:25
475:2 486:18
528:3 532:19
536:9 537:8 546:3
566:9 591:4
604:19
**questions** 308:15
330:23 356:25
442:6,24 482:7
515:12 531:21
**quickly** 471:13
553:19 559:25
**quit** 372:11,18
424:3 497:17
499:17,19,21
502:8 542:24
**quote** 381:2 595:5
**quoting** 373:20

**R**

**R** 569:20
**raise** 333:6 339:12
354:25 370:15,17
444:4 499:12
523:13
**raised** 341:16 347:3
359:2 381:21
384:11 423:14
431:5 432:6,6
436:21 438:25
439:2 442:10,13
442:14 455:25
474:21 479:2
487:10 536:7
**raising** 360:20
441:4 519:17
521:14
**ran** 335:23 359:11
522:22 544:5
**range** 534:15

**rapidly** 523:8
**Rappaport** 476:22
486:19 487:2,7,14
545:4,23 565:5
**rarely** 600:10
**rates** 523:7
**Ravi** 527:10,12
539:9 542:14
552:6 553:25
**reached** 378:4
**reaction** 323:13
592:19
**read** 313:22 337:4
337:22 339:21
363:20 389:17
422:5 458:24
461:17,21 502:24
575:10
**reading** 422:3
431:23 457:23
574:24 601:24
**real** 415:12,13
420:20 495:17
554:4
**really** 304:4,5
363:15 368:10
380:13 402:11
411:2 415:17
418:5 421:12
422:5 423:16
451:23 463:7
471:11 480:14
496:20 499:5
501:17 512:7
535:4 548:6 549:8
550:22 552:22
553:24 555:15
558:25 560:12
562:6 575:2
**reason** 331:8 417:3
423:21,24 433:16
434:13 559:23
561:9 567:22
**reasonable** 428:14
513:13 516:6,6
575:15
**reasonableness**

535:22 536:12
537:18 538:4
539:5
**reasons** 331:22
474:12 551:17,24
**recall** 330:22 345:2
346:20 348:7,15
397:23 406:10
410:15 411:5,9
418:10 419:16
421:6,7 427:8
430:12 443:23
445:12 451:20
452:18 457:20,24
458:13 461:12
463:13,16 464:17
465:4 491:23
517:12 524:23
528:9 530:16
535:10,14 542:18
555:4 574:24
575:23 576:13
590:11
**receipt** 341:10
**receipts** 412:18
**receive** 331:11
340:6 344:20
383:23 402:20
407:12 450:10
473:11 474:15
584:21 591:14
**received** 342:8
343:5 417:6
432:23 434:16
450:2 452:12
454:22 455:7,14
462:13 473:4,17
474:8,13 525:4
602:16,19
**receives** 342:20
**receiving** 455:22
464:17
**Recess** 396:7
484:14 566:14
583:24
**recognize** 405:20
491:9 506:12

573:6 593:14
**recognized** 477:18
**recollection** 430:17
477:19 493:11
514:18 530:6
535:9 551:21
600:19
**Recommenced**
396:9 484:16
566:16 584:2
**recommendation**
558:2
**recommendations**
301:4 516:15
529:16 532:4
**recommending**
535:17
**record** 302:3,10
303:20 366:17,19
366:21 377:23
380:5 396:11
397:3 402:14,16
402:18 419:11
453:21 461:22
479:14,16,18
484:18 503:25
504:4 534:5
538:12 566:19
572:17,19 575:11
579:6 580:2,4,6,8
580:10 583:23
**recorded** 316:20
335:24
**records** 405:3
489:19
**reduce** 411:19,20
**reduced** 601:24
606:14
**reducing** 369:14,19
370:2 371:7,16
**reductions** 368:9
**reeling** 557:14
**REF** 607:5
**refer** 429:8 502:18
550:15
**reference** 431:3
**referral** 554:24

**referred** 411:9
454:3 505:21,21
**referring** 302:10
303:13 307:3
308:9,11 345:4
389:24 455:2,6
466:12,13 503:6
504:20 516:23
525:12 526:8
527:22 529:17
559:16 586:23
588:19
**refers** 509:7 549:4
588:6
**reflects** 586:12
**refresh** 335:4
430:16 477:19
551:20 600:18
**regarded** 400:7
**regarding** 331:12
334:16
**regardless** 406:8
**Registered** 297:13
606:2
**Regrettably** 383:5
**regular** 549:20
**regularly** 535:18
**reimburse** 366:10
366:13
**reimbursement**
595:3 599:9,10
600:9
**reimbursements**
595:8 599:3,17
**reimbursing** 600:5
**reinvest** 477:7
**reinvested** 477:9
**reinvesting** 459:6
**related** 304:21
305:4 366:7 412:8
431:12 606:21
**relatively** 320:2
**release** 602:6
**reliant** 376:14
**rely** 305:18,25
**relying** 369:20
**remaining** 356:18

remarkably 425:17
remember 338:11
  339:24 340:4
  341:7 397:9,22
  398:4 400:18
  405:9 407:15
  409:16,19,23,25
  410:5,24 411:17
  411:23 412:3,5,7
  412:21 416:20
  429:22 434:6
  436:15 445:19
  452:11 453:2
  457:23 460:6,9
  463:23 464:5
  485:23 486:24
  492:3 501:9 507:8
  508:2,3 509:23
  514:23 519:5
  524:12 525:7,8,20
  528:13,17 553:9
  566:9 576:22
  602:2
remembering
  410:19
remiss 458:25
remove 413:17
Renewal 344:17
rent 304:23 466:23
  557:21,22
repack 333:2
repaid 391:23
  420:11,13,16
  421:25 423:19
  468:2
repay 333:2 336:23
  337:13 391:15
  393:8 394:5
  418:20 422:23
  424:13,16,22
  425:19 426:17
  467:11 478:22
  479:20,22,24
  480:3,6,16,19
  481:4,5
repayment 393:6
  395:23 419:13

420:5 422:14
  423:4
repeat 314:5
  317:20 337:3
  365:2
rephrase 407:25
report 309:10,18
  380:25 385:11
  421:17 427:2,9
  428:6 471:2
  516:22 517:20,25
  519:7 525:5,23
  527:20 567:15
  586:14 587:16
  597:16 598:13
reported 296:23
  382:7 604:24
reporter 297:13,14
  297:15 342:11
  389:12 417:18
  445:3 456:13
  464:8 516:18
  584:4 606:3,4,5
reporting 567:16
reports 308:21
  336:8 453:12
represent 533:19
  567:4 591:20
representation
  574:4 575:25
representative
  442:25
represented 430:20
representing
  314:14 376:9
  442:8 499:5 563:2
  563:8,21
represents 306:14
  533:14 582:24
  585:23
request 339:5
  384:2 385:16
  397:17,20 399:16
  403:19 452:8
  531:15
requested 348:5
  526:6

Requesting 338:23
requests 511:13
require 310:21
  412:24
required 577:12,21
  578:12
requirement 411:5
requiring 477:15
rescinded 472:22
research 302:5
  338:12 529:15
  532:3
researching 308:6
reserved 353:6
resign 377:22 554:9
  555:20,22,25
  556:8 559:18
resignation 554:19
resigned 381:12
  499:22,25 551:22
  554:15,16 561:13
  561:15 564:8,10
resource 463:18
resources 315:21
  376:23
respect 364:15
  411:24 441:18
  488:21
respond 442:23
responded 339:16
  442:15
responding 438:23
  441:23 442:6
responds 432:21
  460:13
response 315:2
  346:25 416:8
  442:22 461:16
  557:12,16 558:19
  567:18
responsibilities
  395:3 544:3
responsible 341:9
  341:22,22 364:6
  574:3
restaurant 429:6
restore 326:20,23

350:22 357:24
restricted 316:2,15
  316:24 317:6
  318:16 328:7
  329:6 330:2,3
  331:3,6,12 343:18
  357:25 411:13
  425:9 426:6,7
  447:7,14,24
  448:10 470:23
  471:23 475:15,17
  480:12 481:12
  560:19
restriction 316:3
restrictions 576:9
rests 493:9
result 561:14
resulting 454:9
results 524:3 533:2
retain 505:20
retained 500:20
  505:24
retaining 501:12,13
retire 467:21
retired 556:2
return 546:6
  586:15
returning 593:8
returns 478:13
  597:17
revealing 403:12
revenue 303:16
  336:2,3 410:19
  519:17 520:23
  522:12,13
revenues 304:2
  412:19,20 519:16
  520:2,6,8,12,15
  521:17
review 310:22
  330:19 350:11
  489:24 502:14
  515:23 527:23
  595:15
reviewed 351:3
  364:4 452:14
  471:2 502:25

516:4 595:12
reviewing 302:13
  304:19 305:8
  313:20,24 334:22
  335:2 336:4
  342:24 343:22
  362:19 363:8,13
  367:2 368:7
  389:25 390:22
  392:9,11 405:22
  406:13 418:8,15
  418:22 419:22,25
  421:10 422:4
  427:10 428:2,8,12
  428:21 429:3
  430:15 431:7,18
  431:22 437:11
  442:9 443:25
  446:18 448:6
  449:21 451:22
  453:18,24 454:12
  464:19,21 491:10
  491:12 502:23
  503:10,11 504:22
  504:25 505:13
  506:14 514:7,10
  515:9 516:24
  517:11,17 519:9
  525:2,13 526:9
  528:2,24 530:12
  533:5,21 535:7
  556:17,22 558:18
  568:24 569:21,24
  571:13 572:6
  573:8 574:23
  575:9 577:7,17
  578:2 581:15
  582:21 584:14,18
  587:21 590:4,14
  599:11,20 600:21
  600:24 601:21
revised 486:22
re-classified 426:7
re-write 487:22
Rhodes 438:24
rich 438:17
rid 486:23

**ride** 323:19
**ridiculous** 477:5
**right** 304:20 305:2
306:2,5 308:24
309:15,23 311:11
312:16 314:2
315:23 319:12
320:11,19 322:17
327:3 328:12
332:8 352:17,21
358:5,14 363:23
369:11,16,23
371:6,10 373:10
373:15 377:21
390:21 393:8
406:11 431:6
432:19 433:4,13
443:2 444:12
452:6 468:13
469:5 475:10
476:10 478:14
481:13,16 494:17
497:16 498:16
505:15 506:23,25
509:10 518:16
520:11,13,16
533:16,25 534:20
535:6 549:17,25
558:17 569:4,8,14
569:16,17,22
570:12,14,24
571:15 577:14,23
578:24 580:16
582:25 583:3
585:21 587:23
590:6,7,22 591:9
601:12
**right-hand** 585:18
**ring** 448:23 449:2
**road** 424:6 467:7
**Rockefeller** 396:15
396:22 407:4
437:19 441:12
443:12
**rocky** 424:5
**role** 487:15,16
501:4 545:19

546:12 565:22
**room** 523:19 530:5
539:11

**roughly** 561:16
**roundtrip** 463:10
**rude** 404:18
**run** 377:17 439:25
521:10,23 554:6,7
557:7 558:13,25
562:15 585:16
**running** 311:10
345:21 405:4
462:2 490:19
519:15 521:2
544:13 548:13
554:2 583:5
587:11,12 593:24
594:6 597:23
602:22,23 603:20
**runs** 546:9 547:16

---

### S

**S** 297:12 606:2
**Sabrina** 564:2
**sad** 386:17 387:7
**safe** 494:2,9
**safety** 310:23 570:7
**saint** 605:6
**salaries** 304:21
305:3 322:3
325:13
**salary** 394:17
459:23 515:15
526:19,21 530:14
533:11 535:15,24
535:24 537:22
538:7,17 591:8
594:9 601:2
**salary/unreimbu...**
579:24
**Santos** 296:24
297:13 606:2
**sat** 328:19,21
603:21
**save** 557:18
**saved** 391:2

**saw** 378:14 433:24
522:25 525:18
528:12
**saying** 310:3
315:19 317:14
323:24 336:10
351:16 361:23
381:16 404:16
437:12,15 451:6
479:6,23 480:21
521:4 548:20
573:16 600:25
604:22
**says** 309:10,20
313:15 314:5
318:21 334:16
335:7,12 339:22
340:10 342:19
344:18 347:12
348:23 363:4
364:7 367:15
368:3 389:19
392:2 406:4
418:13 421:14,18
421:18,23 422:14
429:4,11 431:4,11
431:15 432:5,14
432:21 436:2
438:25 444:4
445:15,25 446:23
447:5,22 448:8
452:2 458:24
464:23 490:7
504:12 506:20,21
509:25 518:9,12
525:9,23 526:5
527:18 529:7,14
529:20 530:3
532:2 533:4,11,12
533:23 536:16
540:10 551:15
557:5 558:10
559:23 560:24
569:3,19,20
570:11 572:5
574:2 576:7
577:10,20 578:11

**579**:23 580:14
583:6,7 585:13,19
586:17,21 587:24
590:8 599:7,16
601:6
**scale** 569:4
**schedule** 427:13
450:9
**scheduled** 414:20
**Schedules** 301:20
579:9
**scheme** 466:2
**schemes** 466:6
**Scholer** 387:20
484:6
**Schwab** 440:12
**scrambling** 493:24
**scratch** 486:11
**screen** 312:24
**screening** 311:16
312:20
**scribbles** 487:21
**SDNY** 607:4
**searching** 589:18
**Seasons** 429:6,9
**second** 313:21
334:13,21 342:19
377:25 392:10
406:3,3 464:20,22
473:13,23 474:4
497:16 502:24
533:3 546:4 550:9
551:14 557:5
572:24 579:12
580:2
**secretary** 501:8
**section** 437:5
**see** 303:18 304:20
312:12 313:19
314:20 317:18
343:7 344:24
347:24 355:16
356:6,13 363:9
364:12 368:5
376:17 392:5
395:24 401:18
408:13 422:12,19

**431**:17 432:8,18
438:25 447:3,9
450:7 454:15
455:9 459:9 505:3
509:25 514:13
515:6 518:7,15
526:3 527:24
529:7 540:13
550:11,18 551:18
553:17,19 554:18
557:10 558:16,20
568:4,21 569:6,11
577:10 579:16
582:22 583:6
585:17,25 586:19
587:23 589:3
**seeing** 348:7 451:20
457:20
**seek** 331:11 397:8
**seeking** 397:10
538:25
**seen** 323:4 455:10
456:23 531:3
581:17 582:7
**seize** 391:8
**selected** 522:10
**self-printed** 402:3
**send** 316:18 317:20
336:8,22 337:12
344:2,3 347:14
351:14 352:15
354:9 364:7
379:17 381:6
390:9,11,12 392:2
416:6 461:25
462:4 505:25
511:12 573:16
**sending** 317:15
427:8 443:23
445:12 461:12
524:23 542:18
**senior** 554:4 557:8
558:12
**sense** 550:20
559:25 584:19
589:13
**sensitive** 562:5

sent 308:22 314:22
324:23 325:4
329:2 339:6 343:6
345:16 354:18
364:17 400:14
402:2,22 403:6,10
403:14 404:11,19
458:25 461:24
462:8 487:21
497:25 512:21
517:24 567:19
sentence 525:9
532:5 575:21,24
576:14
separate 392:3
537:4,8,15 599:23
separately 600:5
September 300:1
300:14 426:24
458:7 475:20,23
479:21 480:2,10
481:3 486:3
services 303:15
304:23 607:1
session 530:4,21
592:6
set 300:22 353:20
409:15,16,22
455:3 463:14
490:14,25 518:13
553:21 606:12
setting 410:3
settled 435:19
settlement 402:8
seven 332:21 386:3
408:19 536:6
548:8 553:12
seventeen 601:3
seven-year 484:9
severance 498:13
sham 386:8
shape 424:12
426:17
share 389:20
390:13 465:7
479:2
shared 459:5

shareholder 386:13
sharpened 588:21
sheet 574:6 607:1
shocked 496:13
Shore 521:3
short 354:17
426:14
shorthand 297:14
606:4,13,18
shortly 308:7
499:22
show 304:6 326:9
387:23 401:20
419:9 471:15
498:25 502:5
582:9 596:8,12,14
showing 567:22
573:17
shows 303:2,5
419:13,20 427:13
427:16
shrinking 557:24
sick 389:2
side 371:12 408:5,6
585:18 587:23
590:7 591:6
sign 500:25 502:5
signature 573:10
574:21
signed 330:15
392:25 393:3,22
398:10 410:17
433:17 434:17
435:5 502:13
513:15 514:16
574:11
significantly 424:9
signifying 434:22
signing 574:25
similar 357:24
397:16 421:8
574:14 575:20
SIMMONS 298:10
simple 498:10
560:2
simply 437:7 439:6
596:2

Simpson 407:6
Simultaneous
325:3
single 368:20 375:5
Singular 592:17
sir 532:22 552:12
590:4
sister 363:19
438:16
sit 324:25 483:8
sits 305:12
sitting 328:24,25
332:23 479:5
601:15
situation 320:6,13
321:23 370:2
situations 547:18
six 345:25 391:13
395:25 398:9
416:3 460:8
471:14 483:12
536:7 549:18
562:12
size 358:18 399:25
sky-high 375:18
slate 549:9
slaughtered 548:14
slide 527:17,18,22
528:5
small 372:11
379:16 520:14
548:7,11 558:24
smaller 369:3
370:6,11 374:11
smart 377:16
549:10 562:19
Smile 304:10
331:25 333:4
343:11 365:5
367:9,12,20,21
369:13 370:23
375:15 377:18
379:19 380:10,12
380:18 387:15,22
391:5,13,17
394:14 395:8
399:23 400:18

401:4,11 403:3,24
403:25 404:5,12
423:15 468:24
483:11 488:22
495:8 498:11
508:13 511:5,7
515:21,24 521:7,8
522:21 523:17
526:12,18 527:4,7
527:13 543:15,23
552:11,24 596:18
596:19 598:4
social 496:14
sold 556:5
solicit 441:4,5
solicitation 299:7
299:14 313:6
316:22 324:14
345:17 346:15,16
348:23 352:15
356:11 357:17
362:11,12 364:16
376:9 452:13
454:23 455:14
540:3
solicitations 347:2
348:2,8,16,18
solicited 347:4
solidly 565:4
Somalia 511:9
somebody 328:3
563:20,22
soon 322:20 545:24
sorry 313:3,25
332:12,17 374:2
387:13 422:20
451:8 453:23
460:24 480:21
508:24 528:4
541:13 542:11
551:6 553:2 568:8
585:5
sort 352:25 365:10
371:12 403:16
sounds 397:14
source 355:4,5
358:22 360:14

381:4,5 382:13
388:15,20 423:4
475:23 602:3,15
602:17,25
sources 478:16
SOUTHERN 296:3
space 322:4 325:20
speak 403:20
507:23 517:18
special 377:10
511:25
specific 308:10
349:4 351:9,15
362:2 385:15
specifically 302:22
353:6 389:7
411:16
specifics 317:13
spectrum 310:13
speed 529:23 532:8
spelling 562:14
spend 317:7 333:5
336:18 337:8
339:13 348:12
387:24 388:6
440:6,8 496:13
499:14
spending 319:18
334:18 335:13
341:11 381:11
410:22 412:13
419:21 501:17
553:12,22
spends 365:25
512:13
spent 305:15
321:13 335:18
338:9,10 339:22
359:5,11,23
386:18 387:11,15
388:4,8,11,12
454:13 468:21
482:12
spite 426:19
split 429:19
spoke 489:11 508:5
517:21

**spoken** 508:15
**sponsoring** 373:4
**sponsors** 372:6
**spousal** 510:2
   511:6 512:5
**spreadsheet** 299:22
   378:14 379:7
   390:12 417:22
   418:2,7,11,19
   419:12,17 421:13
   567:5,9 581:21
   598:7
**spreadsheets**
   419:19
**spring** 344:19
**Sri** 372:3
**St** 562:15
**staff** 325:14 350:10
   441:21 442:4
   471:11 590:16
**stand** 312:10
**standard** 344:2,17
   511:15 571:24
   573:15
**Starr** 330:15 386:5
**start** 492:21 556:25
   560:21 582:18
   585:11
**started** 307:23
   407:4 416:2
   435:17 473:14
   475:19 585:9
**starting** 591:11
   428:17 475:3,13
   475:22 490:17
   492:6 519:13,17
**starts** 591:11
**startup** 521:15,16
**State** 597:17
**stated** 357:16
**statement** 303:8,12
   446:15 540:16,20
   580:20
**statements** 324:2,6
   574:5 581:4
**states** 296:2 357:21
   365:25 376:3

   477:14
**stationery** 314:18
   475:18
**statistics** 454:7
**stay** 556:9 562:2
**stayed** 493:15
   555:23
**step** 566:12
**stepping** 495:13
**steps** 394:22
**Steve** 476:22
   486:19 495:20
   545:4,23 560:8
   564:20,20
   ████████
**stock** 476:5,8,12
**stockmarket**
   493:10
**stole** 394:15
**stomach** 389:2
**stone** 495:13
**stood** 375:20
**stop** 469:5 553:20
**stopped** 304:2
   354:21 542:7
**strategic** 399:19
**Street** 298:7 607:2
**stressed** 529:20
   532:5
**strong** 479:10
   481:23
**strongly** 523:23
**structure** 315:14
   407:2,11 526:2
   549:15
**structures** 372:5
**Struggles** 500:15
**struggling** 552:22
   553:24
**stuck** 556:11
**studies** 518:14
**study** 518:20
   532:18,21 533:2
   535:21 536:10,10
   537:4,9,15,18
   538:3
**stuff** 310:15 323:6

   325:9 332:22
   340:13 348:21
   388:14 395:4
   399:7 405:3 425:5
   465:24 466:24
   496:14 500:22
   511:9 523:2,18
   547:12,19 562:6
   564:16 588:14
   601:4 604:2
**stupid** 372:13
**subject** 465:8
   558:10
**submit** 527:18
**Subscribed** 607:22
**subsequent** 467:10
**subsequently** 374:5
**substantial** 472:15
**subtle** 589:4
**success** 377:18
**successful** 379:25
   467:2,3
**sue** 494:14
**sued** 391:5 424:2
   467:5
**sufficient** 418:20
**suggest** 421:24
   476:15 493:4
   519:2 552:17
**suggested** 598:7
**suggesting** 312:21
   312:22 522:6
**suggestion** 557:13
**Suisse** 487:12
**Suite** 607:2
**Summary** 299:24
   421:3
**summer** 366:8
**Sunday** 554:21
**super** 554:4
**supervision** 606:16
**supplies** 304:23
**supply** 381:25
**support** 383:20
   384:7,9,14 385:18
   385:18,19 386:20
   393:18 404:23

   465:12 467:15
   481:23 540:10
**supporters** 363:5
   446:24
**supporting** 303:15
   374:17 403:25
   418:17 466:19
   468:23
**supposed** 394:23
   395:2 536:15
**sure** 309:9 312:15
   313:23 323:23
   335:11 340:8
   343:8 411:3 420:3
   445:14 478:8
   485:10 507:7
   513:19 514:6
   515:19 525:7
   527:25 556:16
   575:2 602:14
**surgeries** 316:4,8
   316:16,24 317:8
   318:16 319:3
   328:18 329:3,12
   333:20 336:25
   337:15,23 338:10
   339:23 343:15,18
   346:19 347:8,17
   348:11,25 349:15
   350:19,21 351:17
   357:20,23 369:4
   370:10,12,22
   372:14 373:3
   374:10,22 376:8
   378:6,8,9 380:3,8
   380:9,14,16 448:3
   452:4,10,23 471:5
   471:13 475:9
   484:23 485:2
   539:16 540:17,18
   541:3,5,20 542:3
   542:5 567:17
**surgery** 310:20
   312:14 319:4,6
   321:3,11 326:25
   327:2 343:13
   349:10,13 356:12

   356:17 357:22
   358:4 368:4 369:8
   369:18 371:2,15
   371:19,20 373:9
   373:14 374:18,25
   375:16 376:12,19
   376:21,24 377:3,5
   377:8 378:20
   379:4 381:12,13
   381:22 383:2
   404:7 447:7,15,25
   448:10 475:9
   484:24 485:2,7,8
   485:15 490:16
   572:23
**surgery-to-surgery**
   485:15
**surgical** 348:12
**surprised** 455:9
**survey** 381:6
**survive** 383:15
**suspect** 456:6
**sustainable** 336:20
   337:10
**Swiss** 469:19
**Switzerland** 351:12
   365:21
**sworn** 606:9 607:22
**system** 311:9
   316:23,25 318:5
   589:24
   ████████

## T
**Tab** 362:9,10
   405:14
**take** 376:22 379:15
   385:7 392:20
   425:4 459:23
   463:5 466:20,22
   476:7,11 484:12
   491:18 503:2
   504:14 510:7
   523:13 530:24
   557:23 578:21
   581:13,25 582:3,4

583:21 585:9
587:9 602:4,21
604:14
**taken** 384:24
391:14 416:25
417:8 496:20
526:16 567:5,7
606:11,13,19
**Taliban** 414:17
**talk** 318:18 343:12
355:18 385:23
402:4,11 468:5
484:21 485:7
492:20 502:3
510:11 555:2
566:13
**talked** 345:14
357:16 386:3,12
386:16 434:4
439:23 472:7
502:12
**talking** 320:7,18
327:22 335:8
337:23 348:22
349:3 387:10
392:8 422:16
439:22 455:4
485:8,17 497:14
509:12 541:13
553:3 578:6
597:23
**talks** 449:16
**tape** 312:9 570:19
**tax** 406:7 586:15
587:17 597:17
**taxes** 391:14
462:16,22 463:3,8
598:22
**team** 317:14 333:8
342:25 379:18
442:2,11
**technically** 395:6
**Ted** 458:18,20
460:13 461:18
495:3 497:12
498:2 500:7 501:4
502:3 503:18

505:24 515:25
518:6 524:18
527:2 542:24
547:19 549:7
554:24
**Ted's** 513:17
**tell** 323:12 382:10
383:7 429:22
459:11 515:17
518:23 544:9
550:14 552:21
553:10 554:22
560:4 579:18
581:20 588:5
592:3,7
**telling** 306:20
373:6 578:17
587:9
**template** 502:15
**ten** 399:2 425:9
467:17
**tens** 588:10 589:21
**tenth** 596:24 597:5
**term** 452:5 466:12
546:14
**termination** 515:8
**terms** 304:7 312:19
338:19,20 392:18
438:20 440:16
545:10
**testify** 606:9
**testimony** 303:11
396:8 484:15
566:15 583:25
605:8
**testing** 314:19
**Texas** 469:22
**Thacher** 407:6
**thank** 404:20
422:19 454:16
556:21 576:18
605:7
**thanked** 403:23
**thanking** 404:22
**thanks** 461:18
494:6 517:22
572:3

**thereof** 606:23
**thin** 372:15
**thing** 307:20
310:10 327:13
329:20 330:5
345:22,23 353:10
362:21 381:9,18
388:25 398:10,12
404:20 406:4
410:24 420:2
433:21 455:10
460:20 465:10
470:2 482:19
499:7 511:23
549:13 553:10
572:12
**things** 346:13
347:23 358:13
388:14 390:9
465:10 467:25
492:2 511:4 512:2
555:17 567:24
590:14
**think** 318:12
327:14 345:12,15
345:20 347:19
349:19 351:24
352:10 353:12
359:11 364:23
373:12 374:6
376:16 390:25
392:9 402:8,24,25
407:15,23 408:17
408:18 411:8
412:6 413:17
416:10 425:3,10
433:19 440:19
441:16 444:17
450:12 451:4
453:17 456:3,24
463:17,24 466:11
468:10 484:23
486:22 489:12
491:10 496:19
508:5,12 511:17
511:21 512:17
513:12 521:13,19

524:12 528:13
530:13 531:14,15
534:6 536:17,20
537:7,11 550:6
551:15 562:4
566:10 577:24
578:5,14,15,21
583:4 587:5
590:16 591:17
596:24 597:4
604:22 605:4
**thinking** 465:8
**third** 344:18
382:25 431:10

███████████
███████████
███████████
███████████
███████████
███████████
███████████
███████████
███████████
███████████
███████████
███████████
████████
██████
██████████
███████

**thoroughly** 336:7
**thought** 303:22
310:16 333:17
342:5 378:3
396:24 397:12
424:16 441:22
459:18 473:21
511:17,21,22
516:5 519:11
522:9 531:2 541:8
546:6 578:3
595:10
**thousand** 364:10

373:2 381:13
404:13,21 430:23
447:6,12,23 448:2
448:9,13 468:11
**thousands** 343:2
404:4 588:10
589:21
**thread** 342:15
390:18,23 430:6
430:14 458:9,14
461:7 517:4 559:9
**threat** 484:4
**threatened** 484:7
**threatening** 493:20
**threats** 388:13
**three** 307:22,24
333:21 336:9
377:9 414:15
474:21,23 476:9
490:5 502:16
504:12 505:25
548:9 549:18
553:7,23 554:13
559:22 582:22
601:3
**threw** 404:14
**tie** 411:14
**tied** 412:17
**tiff** 542:23
**time** 304:10 305:14
315:4 333:11
393:24 410:13
433:20 440:7,7,8
441:10 443:10
455:20,24 478:4,5
496:14 497:15,16
501:4 505:5 527:5
553:3,15 561:12
606:12
**times** 365:19 399:2
483:21 526:14
**tiny** 547:10 548:7
**TMT** 350:5 364:3
**today** 308:6,7
423:18 424:14,15
424:18,22 426:13
481:12 485:6

541:8,14
**told** 333:13 338:6
352:3 364:23
368:12 369:10
373:15 383:11
391:6 394:15
396:23 467:19
471:3 477:13,24
478:2,6 488:19
489:2 511:3
515:19 516:5
526:10,15 527:10
557:18 562:20
568:18 578:20
586:2 592:24
596:3 603:2
**ton** 487:10
**top** 334:7 341:8
392:2 421:19
490:8 517:8
542:13 601:6
**topic** 478:9
**total** 305:4 306:14
342:9 346:8
416:19 418:25
428:16,16 431:15
432:6 435:12,17
436:3,8,9 438:25
439:2 442:13,14
445:25 450:19
452:3 454:2 493:9
533:14 534:13,22
536:12 537:19
538:5,17 541:5
583:5 591:7
**totally** 415:14
**touched** 381:20
**track** 304:9 311:6
316:5,12,24 317:2
317:24 336:2
367:22 397:3
579:21 581:22
**tracked** 335:19
336:7 432:3
**tracking** 589:24
**tracks** 318:5 354:7
**traditional** 519:12

**train** 304:10 331:25
333:4 343:11
365:5 367:9,12,20
367:21 369:13
370:23 375:15
377:18 379:19
380:10,12,18
387:15,22 391:5
391:13,17 394:14
395:8 399:23
400:19 401:4,11
403:3,24,25 404:5
404:12 423:15
468:24 483:11
488:22 495:8
498:11 508:13
511:5,7 515:21,24
521:7,8 522:21
523:17 526:12,18
527:4,7,13 543:15
543:23 546:5
552:11,24 566:11
596:18,19 598:4
**transcript** 606:18
**transcription**
606:15
**transfer** 322:14
**transition** 556:10
**TRANSPERFECT**
607:1
**travel** 304:25
325:22 510:2
511:6 512:6
586:22,25 587:13
**treasury** 477:10
**treat** 306:15 324:9
328:6 420:22
438:7,9
**treated** 347:19,20
439:17
**treatments** 452:4
**treats** 406:5
**tremendous** 466:3
523:25
**tried** 521:7
**trip** 365:8 366:3
384:17 390:11

399:10 510:12,14
**triple** 352:24
**trips** 467:20 510:5
514:25 523:21
**TRIVIGNO** 298:4
302:9,14,20,22,25
303:19 308:14
331:18 402:6
491:5 531:14,19
537:7,11,14
538:11,21 539:3
567:11 568:8
579:25 580:5
**trivigno@clm.com**
298:5
**true** 374:24 406:12
406:16 606:17
**trustee** 300:11
456:16 477:14
**truth** 429:22 606:9
606:10,10
**try** 531:7 583:5
**trying** 334:22 335:4
339:11 343:19
387:17 431:6,20
438:22 518:12
520:17 521:13
522:14 545:6
546:11,21 547:24
548:12 557:17
576:24 602:14
**turn** 313:9 367:5
406:2 428:25
435:20 446:21
449:11 492:5
508:21 525:22
528:18 531:21
532:17 575:5
579:12
**turned** 488:23
**turning** 492:17
**twice** 326:24
346:18 348:11,12
350:18,21,23
364:11 365:17
372:14 374:16
496:8 523:16

**two** 307:22,24
333:2 342:16
352:5 358:13
361:2,4 367:16
394:7 408:20
409:10 413:20
425:16 445:24,25
461:9 468:21
472:3 473:16
474:14,20 476:4,9
480:2 482:7 484:4
490:4 511:4,13
514:25 523:19
531:21 542:13
553:6,7,19,21
566:4,12 569:13
574:14,22 575:21
583:17 589:15
**two-day** 386:9
**two-page** 498:10
503:21
**two-pages** 502:16
**type** 465:3
**typed** 490:5 491:16
491:24 492:2
**types** 477:16
**typical** 395:13
**typo** 536:18

---

**U**

**Ujjal** 566:24
567:14
**UK** 391:13,17
394:12
**ultimately** 505:16
**um** 503:11
**uncorrected** 569:8
569:9 570:11
**underneath** 439:3
**understand** 310:2
323:23 348:6
373:6 412:10
428:23 434:14
438:2 451:23
455:13 519:25
520:18 522:14
536:25 538:10

539:3 546:12
547:24 560:14
574:10 592:21
594:9 602:14
**understanding**
309:24 350:4,7
353:15 426:3
480:9 537:6
577:16 585:4
**understands**
525:24
**unfortunate** 543:10
**unhappy** 551:16
**United** 296:2
365:25 376:3
477:13
**university** 555:2
**unliquidated**
580:15
**unrestricted** 331:3
331:6,13 360:23
423:5,6 424:21
425:23 426:5
468:18 470:9,15
470:18 472:16
473:18 474:17
475:12,14,25
478:17 480:13
481:5
**unsolicited** 379:19
**unused** 332:24
**update** 365:23
384:6 385:9
**updated** 593:15
**updates** 455:3
**upped** 587:3
**upset** 462:6
**upswing** 333:24
**USBC** 607:4
**use** 309:4,14,22
313:15 314:7
315:4 337:23
339:9 340:20
347:16 352:23
416:24 441:7
471:4 495:12
501:20,25 597:25

598:2
**useful** 463:8
**uses** 500:21
**usual** 385:9,11
  498:13
**usually** 315:7
  555:16 570:8
  583:12

**V**

**Vanguard** 440:12
  477:17,25 493:9
  494:18
**varies** 378:23
**various** 388:13
**vehicle** 437:24
  439:7 440:14
**vendor** 350:2,9
**vendors** 424:3
**Vera** 344:10
**verbally** 592:3
**version** 514:5
  593:15
**versions** 445:24
**versus** 331:3,6
  440:21
**vetting** 430:22
**viable** 561:10
**vice** 329:22 497:5
  500:14
**view** 599:2
**vision** 571:18
**visits** 366:7 510:4
  585:20
**visual** 569:3,8,10
  569:15 570:12
**volume** 296:12
  302:1 303:1 304:1
  305:1 306:1 307:1
  308:1 309:1 310:1
  311:1 312:1 313:1
  314:1 315:1 316:1
  317:1 318:1 319:1
  320:1 321:1 322:1
  323:1 324:1 325:1
  326:1 327:1 328:1
  329:1 330:1 331:1

332:1 333:1 334:1
335:1 336:1 337:1
338:1 339:1 340:1
341:1 342:1 343:1
344:1 345:1 346:1
347:1 348:1 349:1
350:1 351:1 352:1
353:1 354:1 355:1
356:1 357:1 358:1
359:1 360:1 361:1
362:1 363:1 364:1
365:1 366:1 367:1
368:1 369:1 370:1
371:1 372:1 373:1
374:1 375:1 376:1
377:1,6 378:1
379:1 380:1 381:1
382:1 383:1 384:1
385:1 386:1 387:1
388:1 389:1 390:1
391:1 392:1 393:1
394:1 395:1 396:1
397:1 398:1 399:1
400:1 401:1 402:1
403:1 404:1 405:1
406:1 407:1 408:1
409:1 410:1 411:1
412:1 413:1 414:1
415:1 416:1 417:1
418:1 419:1 420:1
421:1 422:1 423:1
424:1 425:1 426:1
427:1 428:1 429:1
430:1 431:1 432:1
433:1 434:1 435:1
436:1 437:1 438:1
439:1 440:1 441:1
442:1 443:1 444:1
445:1 446:1 447:1
448:1 449:1 450:1
451:1 452:1 453:1
454:1 455:1 456:1
457:1 458:1 459:1
460:1 461:1 462:1
463:1 464:1 465:1
466:1 467:1 468:1
469:1 470:1 471:1

472:1 473:1 474:1
475:1 476:1 477:1
478:1 479:1 480:1
481:1 482:1 483:1
484:1 485:1 486:1
487:1 488:1 489:1
490:1 491:1 492:1
493:1 494:1 495:1
496:1 497:1 498:1
499:1 500:1 501:1
502:1 503:1 504:1
505:1 506:1 507:1
508:1 509:1 510:1
511:1 512:1 513:1
514:1 515:1 516:1
517:1 518:1 519:1
520:1 521:1 522:1
523:1 524:1 525:1
526:1 527:1 528:1
529:1 530:1 531:1
532:1 533:1 534:1
535:1 536:1 537:1
538:1 539:1 540:1
541:1 542:1 543:1
544:1 545:1 546:1
547:1 548:1 549:1
550:1 551:1 552:1
553:1 554:1 555:1
556:1 557:1 558:1
559:1 560:1 561:1
562:1 563:1 564:1
565:1 566:1 567:1
568:1 569:1 570:1
571:1 572:1 573:1
574:1 575:1 576:1
577:1 578:1 579:1
580:1 581:1 582:1
583:1 584:1 585:1
586:1 587:1 588:1
589:1 590:1 591:1
592:1 593:1 594:1
595:1 596:1 597:1
598:1 599:1 600:1
601:1 602:1 603:1
604:1 605:1
**volunteered** 600:2
**vote** 566:6

**W**

**wait** 393:9
**waiting** 328:20,22
  328:25 513:15
**walk** 578:18
**walked** 368:20
**Wall** 298:7
**Walter** 298:12
  347:13 356:24
  454:20 457:7
  546:2
**Walter's** 350:16
  381:20
**Wang** 331:24
  381:10 386:3,15
  387:11,14 395:13
  424:4 467:7
  548:14
**want** 333:5 343:15
  365:2 370:14,17
  370:18 372:7
  378:17 404:8
  418:5 434:13
  452:22 454:18
  462:8 468:5 478:7
  483:2 485:10
  494:11,15 497:7
  498:8,9,11,12,14
  499:12,12 523:12
  546:5,6 547:15
  553:5,10 559:4
  565:25 567:23
  603:12
**wanted** 381:10
  385:25 391:7
  397:8 462:9 494:9
  499:2,6 511:4,4
  515:19 526:15
  545:3 548:23
  553:25 554:5
  555:22,25 562:2,6
**wants** 343:14,17
  546:3
**war** 548:16 593:3
**warehouse** 310:18
**wasn't** 332:14

351:15 363:15
368:10 397:9
401:22 423:16
429:24 431:16
433:12 434:18
436:4 441:19
474:12 479:5,11
511:20 551:25
562:3
**waste** 433:20
  498:14 499:15
**wasting** 441:9
**way** 312:16 323:20
  323:25 327:15
  330:6 333:9
  347:20 351:25
  353:2 368:21
  370:4,20,21 371:4
  377:16 380:4,14
  390:8 431:10
  439:16,22 441:3
  483:17 497:11
  578:22 585:17
  593:21 594:3,5
  596:21 598:8
  604:16
**ways** 438:8
**wcurchack@loe...**
  298:13
**wealthy** 441:5
**wear** 522:3
**website** 367:14
**week** 523:20 593:5
**weekly** 586:22,25
**weeks** 377:9 484:5
  593:6
**weird** 339:23
  424:17 562:14
**welcome** 376:4
**went** 304:2 310:5
  319:24 327:17,18
  328:16 334:19
  335:7 338:4 346:8
  346:16 350:11
  352:4 370:23
  383:10 387:18
  394:15 396:17

410:25 424:11
433:25 442:3
445:15 477:9
484:5,22 492:11
500:19 502:9
513:11 530:4
557:20
**weren't** 314:17
333:24 360:20
367:20 411:15
**we're** 483:22
**we've** 523:10
**whack** 596:10
**wife** 366:2,2 510:3
510:11 512:8
585:25

**win** 387:23 578:4
578:17
**wired** 392:22
**wiring** 393:12
**wish** 388:5 461:23
545:19 550:14
590:13
**withdrawn** 446:5
515:11
**witness** 302:4,12
303:22 305:21
306:2,5,8,12,16
306:18,23 307:7
308:12,16,24
309:3,13 311:20
312:2,5,23 313:3
316:25 317:12,19
318:10 319:4,12
319:15 320:11,17
320:20,25 321:5,8
321:12,17,21,25
322:5,8,11,17,23
323:3,12 324:7,20
324:25 325:6,12
325:15,18,21,24
326:17 327:3,6,10
328:8,12,15,19
329:4,13,18
330:17,21,25

331:5,15 333:19
336:16 338:15,22
338:25 339:6
349:22 350:5,13
350:25 351:5,22
352:17,21 353:3,9
353:19,23 354:2
354:15 355:7,10
355:15,18 356:2,5
356:8,19 357:5,9
358:5,9,12,20,25
359:6,16,18,21,24
360:4,8,12,17
361:2,6,11,14
367:2 369:9,13,16
369:23 370:5
371:10,23 373:10
373:15,25 374:15
375:3,9,25 377:2
378:13,22 380:17
382:2,9,14,16
384:3 385:2,6,8
385:21,24 386:5
387:3 389:6,25
392:15,19,24
393:4,7,13,16,20
394:6,13 395:21
395:24 396:5
398:7,18 399:18
399:24 400:3,9,13
401:9,12,15,19,25
402:10,24 403:7
403:17,22 405:8
405:22 408:17
409:5,9 415:9,23
415:25 417:7,12
417:16 423:12,20
423:24 424:24
425:3,15,25 426:8
426:12 429:21
434:7,10,25
435:22,25 436:5
436:14,22 437:2
437:11 438:5,10
438:21 439:11,16
439:21 440:23
441:2,19,25 442:9

443:2,7 449:12,14
449:17,21 450:12
450:16,22 451:4
454:24 455:5,18
456:2 468:7,13,19
469:9,13,18
470:16,22 471:6,8
471:19,22,25
472:4,9,12,17,22
473:5,9,12,19,22
474:2,6,9,18
475:16 478:11,14
478:21 479:19
481:7,9 482:23,25
483:7 484:2
485:12,20,22
487:4,9,18 488:5
494:11 496:18,24
498:19,23 499:4
499:21 500:2,7,10
500:12 501:6,14
501:22 507:25
508:6,9,17 510:20
511:3,20 512:7,20
513:6 520:7,13,16
520:24 521:19
522:19 524:11
531:12,17,24
532:9,16,22 533:5
533:9,16,21 534:2
534:6,20,25 535:6
535:14 536:3,14
537:5,13,25 538:9
539:8 543:14,25
544:5,12,17,22
545:13 547:3
548:4 549:22,25
561:18,25 563:5
563:10,15,24
565:20,23 566:8
572:10 576:21
577:2 579:13
584:13 589:9,14
590:24 591:9,13
591:16,22 592:2
593:13,22 594:12
594:16,18,21

597:4,9,13 598:20
602:4,20 603:6,9
603:13,19 605:5
606:7 607:5
**witnesses** 387:22
**woman** 554:2 564:6
**WON** 300:8 301:1
451:16 505:7
**WonderWork**
296:7 300:20
301:23 312:19
325:6,9 327:12,20
327:23 328:2
331:14 332:6
340:6 344:4
351:10 360:21
361:8,18 362:5
365:14 366:5,10
367:9 372:25
373:12 377:19
380:9,18 387:17
388:3,17 389:9,22
394:12 413:8,24
414:10 417:9,23
418:19 434:5
444:20 456:17
459:7,13,16,21
460:3 462:22
468:12 473:2
474:19,23 475:7
476:2 483:6,13
484:2 486:12,17
488:8 490:8,17
495:23 496:5
498:17,19,21,24
499:5 501:25
503:23 505:12,19
509:20 522:22
523:16 524:10
528:22 529:23
532:8 533:4
539:17 540:7,17
543:20,24 547:21
552:15 555:14
572:22 579:2,10
579:22 580:20
581:4 584:9,22

595:3 596:20,25
597:6,18 599:25
601:16 603:13,18
603:22 607:4
**WonderWork's**
493:7
**WON-EX** 301:2
302:23,25 303:21
506:9
**word** 309:25 547:4
559:19 595:6,6
597:25 598:2
**words** 538:16
**work** 390:7 397:12
403:4 416:16
497:7 523:16
525:14 552:23
583:18
**worked** 304:4
593:5
**working** 307:19
310:18 365:4
487:14 553:14,23
**workman's** 462:23
**works** 449:3 553:16
**world** 546:15
**worried** 345:13
479:11
**worry** 346:5
**worse** 578:18
**worth** 332:14,18
411:11
**wouldn't** 317:2
388:6 462:13,15
465:11,25 497:22
500:2,5 571:23
597:25
**wow** 354:22
**write** 348:18
349:17,21 350:9
351:9 363:23,25
395:2 424:15,18
467:16 489:21
498:21
**writes** 581:24
**writing** 406:10
**written** 349:25

393:22 442:11
479:25 509:19
**wrong** 327:15
451:6,8 553:6,10
**wrongdoing** 395:11
**wrote** 432:25
442:13 461:17
496:10
**W-2** 584:24 604:11
604:25
**W-2s** 301:23 582:5
582:8,9 584:8,16
594:4

**X**

**X** 519:16
**X-amount** 351:17
368:15

**Y**

**yeah** 306:8 312:2
313:23 314:12
315:12 324:20
325:12,21 338:25
342:7 349:23
353:3,19 355:18
358:20 359:16,21
359:24 360:12
367:10 375:25
380:24 382:2,14
392:6 393:13
401:9,12,19
402:10 407:18
411:6 419:3
423:20 426:8
427:14 429:7
430:20 431:9,22
432:9,12,24 434:7
435:22,25 436:5
439:11 440:25
444:7 453:23
468:7 472:9 474:3
475:4 478:11
481:16 482:25
493:8 500:12
514:14 518:2
519:10 529:2

532:9 533:9 543:3
543:25 544:5,17
551:19,24 558:8
570:7 573:9 576:6
578:14 579:20
580:22 581:16
582:13 583:2,4
584:19 585:4
592:24 593:13
599:6 600:23
601:14
**year** 302:19 305:13
307:5,6,23,25
308:18,19,20
309:2 310:7
311:13 329:24
333:3,6,13,18,21
344:3 345:7 346:4
355:19,24 359:12
359:14 365:18
367:15,16,17
377:23 380:6
381:7 384:19
387:2 389:20
394:7 399:9 420:8
426:18 440:4
446:12 460:3,9,15
468:21,23 469:2,3
473:20 474:22,24
476:5 496:11
512:13 523:5,6,6
523:21,23 530:11
539:19 541:25
542:4 553:13,18
566:4 573:16
575:25 576:15
582:12 583:11,12
583:12,15,16
585:9 587:4
592:10,11 593:2,6
594:23 595:11,13
599:14
**years** 332:21 333:2
333:7 343:10
345:25 370:21
383:22 386:4,12
391:13 394:8

405:3 412:23
425:16 456:4
468:24 472:3
473:16 474:14
480:2 483:10,12
497:12,19 500:18
504:13 513:14
523:14 536:7
543:16,16,16
548:10,17 553:6,7
553:22,23 562:12
566:4 583:17
584:10,17 587:4
592:14,16 596:17
**year-end** 417:23
459:4
**year-to-year**
345:22
**Yep** 344:25 345:3
367:7 368:6 431:2
458:15 459:14
464:21 492:9
542:20 550:19
587:25
**yesterday** 308:13
331:23 364:24
369:10 378:15
381:21 468:10
471:2 485:6
488:20
**York** 296:3,14,14
297:4,4 298:8,16
298:16,22 395:8
400:16,21 401:8
526:14 587:2
607:2,2
**young** 500:17
**younger** 568:9

**Z**

**zero** 313:17 314:10
318:23 320:9
324:16,17,18
523:8

**Zimbabwe** 470:23
471:25
**zone** 593:3
**Zurich** 365:21
366:4

**$**

**$1,721,000** 305:5
**$10** 332:15 378:12
378:19 444:12
481:2 561:6
**$10,000** 318:7,9
510:22 585:19
**$13** 342:8 358:17
**$14** 303:17
**$15** 339:12
**$2** 354:5 477:11
**$2,000-a-year**
557:21
**$2,274.09** 590:10
**$2.5** 444:5
**$20** 332:6,24 604:5
**$200,000** 450:15
**$21** 425:8 479:8
**$22,000** 599:16
600:22 601:20
602:5
**$25** 376:14 377:3,7
378:2 381:25
**$250,000** 427:16
433:2,5 446:16
450:24 451:2
459:5 462:21
463:2 526:24,25
536:2,16 537:24
592:12 601:9,15
602:17
**$286,000** 307:3
**$286,751** 303:3
**$3** 467:22 476:4
**$3,000** 463:25
**$3,750** 588:3
**$30,000** 586:18
**$300** 321:5,7,9,16

321:19,24 373:7,8
376:13 377:3,4
381:11
**$300,000** 449:19,23
450:2,11
**$35** 377:7 378:2,10
378:19,21
**$4** 399:12
**$4,000** 506:2
**$4.6** 307:17
**$40,000** 501:18
551:4
**$400,000** 597:11,16
**$475,000** 515:15
526:19 533:12,18
534:23 537:20,22
538:7 582:10,24
**$5** 387:12,15
**$50** 379:7 381:23
**$50,000** 469:3
**$500** 364:17 375:19
469:12
**$500,000** 471:4
**$6** 387:25
**$6,000** 449:18
**$60** 536:7
**$600,000** 460:4
**$641,000** 593:12,17
594:15
**$641,320.07** 580:21
**$67,000** 355:2
**$7.5** 398:23
**$700** 423:15
**$700,000** 459:22
**$725,000** 539:4
**$74,000** 305:7,11
306:6
**$8** 553:13
**$800,000** 452:3
453:5
**$9,950,000** 446:2
**$9.7** 431:4 450:20
**$9.75** 435:10
**$9.95** 450:13
**$900** 499:9
**$950,000** 591:20
593:18

| # | 1 | | 2 |
|---|---|---|---|

**#**

**#903** 607:2

**0**

**0000570** 301:15 567:6
**010614** 300:19 490:7
**010748** 301:2 506:9
**010760** 508:24
**010764** 301:5 516:16
**010785** 301:5 516:17
**012040** 300:15 458:10
**012291** 309:19
**01237** 301:1 505:8
**01248** 509:2
**017317-17319** 299:20 405:19
**0211672** 301:8 524:20
**0227** 304:18
**0227453** 301:6 517:5
**0240289** 300:13 457:11
**0241193** 299:13 344:13
**0251267** 301:11 542:12
**027649** 299:10 334:6
**042016** 301:17 573:3
**042026** 301:18 573:3
**042027** 301:19 574:17
**042032** 575:6
**042034** 577:6
**042039** 301:19 574:18
**06106** 301:10 540:4
**06398** 301:22 584:6
**06402** 301:22 584:7

**07285** 301:21 581:9
**07289** 301:21 581:10
**07840** 300:8 451:17

**1**

**1** 304:11 506:22
**1st** 541:23
**1.1** 460:2
**1.5** 380:3,8,19
**1.7** 305:11
**1/18/15** 590:8
**1:10** 484:16
**10** 299:18,19 301:7 332:13,19,24 343:10 344:4 358:25 390:18 395:18 405:3,16 416:14 425:11 435:18,18 468:24 480:16 483:10 524:19 543:16 561:4 596:17
**10,000** 373:4 375:22
**10-year** 299:24 418:13 421:2
**10:33** 396:8
**10:53** 396:9
**100** 313:15 314:8 314:15,23 315:3 316:3,18 377:13
**10005** 298:8
**10017** 607:2
**10022** 298:16
**10118** 298:22
**10753** 514:9
**10821** 299:25 421:3
**1099s** 584:22
**11** 300:7,24 425:12 451:15 490:18 503:19 543:16,16
**11581** 300:3 430:9
**11581-3** 435:21
**12** 300:14 302:11 344:4 348:25 458:7 479:14

574:16
**12:21** 484:15
**12053** 300:16 461:8
**1248** 509:7
**1251** 300:23 490:22
**1261** 502:22
**1264** 528:25 529:2
**1265** 528:19 529:5 529:6
**1286** 556:25
**1288** 557:3
**1296** 558:4
**13** 346:2 366:25 384:10 528:21 584:11 586:24
**13th** 462:20
**130,000** 542:7
**1300** 492:6
**1303** 493:2
**1304** 300:23 490:22
**135** 332:4
**14** 359:18 460:15 502:20 584:11 585:14
**14th** 585:14
**14.4** 303:17
**15** 301:16 572:24 584:11
**15th** 590:5
**150** 377:4 528:16
**150,000** 596:25
**1500** 372:20
**16** 300:12,19 315:15 457:6,10 472:19 490:7 584:11
**16th** 480:2 587:24
**16-13607(SMB)** 296:4
**167,000** 541:3
**167,115** 540:10
**17** 296:15 297:5 607:4
**175** 528:16
**17980** 368:3
**17982** 367:6
**17985** 303:21

**18** 299:7 300:5 313:5,11 334:9 344:2 430:8 445:5
**18th** 420:6
**187** 579:11
**19** 299:10 301:9 334:4,10 539:25
**193824** 300:25 503:20
**19385** 296:25 607:5
**196209** 299:17 389:15

**2**

**2** 298:7 300:18 302:6 334:14 335:16 345:6 346:3 354:17 377:6 380:13 384:15 385:12 426:14 430:17 450:3 454:13 464:16 478:2 481:14,19,21 558:9
**2.5** 444:11
**2.8** 422:15
**2:30** 566:15
**2:35** 566:16
**2:56** 583:25
**2:57** 584:2
**20** 299:11 301:17 304:13 342:11,12 342:18 419:23 479:13 497:12 572:25 607:23
**20/20/20** 302:7 327:13 328:4
**20/200** 311:2
**20/60** 311:3 570:13 571:16,19
**200** 347:16
**200,000** 541:18
**2001** 372:2 543:6 543:17
**2010** 543:17
**2011** 333:10 473:14

**473:25** 543:17 547:20
**2012** 396:21 490:18 582:19 584:10
**2013** 299:8,19,21 300:1,14,17 301:7 301:16 313:7 314:13 315:18 316:15 359:8,10 359:15 362:18 396:21 405:16 417:20 421:19 426:24 458:7 460:15 464:15 496:19 502:21 503:9 504:24 506:20 507:4 514:5 517:10 524:19 525:5 572:24 591:12,15
**2014** 300:4,8 301:17,24 302:20 307:16 334:9 443:17 451:15 528:21 553:8 572:25 575:18 585:15 599:8,15 599:18 600:14,20
**2015** 299:18 300:6 300:24 301:12 390:18 395:18 430:8 445:5 503:19 542:15 549:12 550:6 556:24 564:22 574:15 575:7 583:18 592:15,17
**2016** 300:21 301:9 301:14 333:12,18 342:18 384:17 425:22,24 426:3 474:6 475:3,23 476:16 478:20 479:21 480:10 481:3 486:20 490:9,20 506:22 508:25 510:15

514:15 539:19,25
541:2,7,12,21,24
558:6 559:12
564:18 574:16
579:23 595:4
**2017** 296:15 297:5
299:12 300:12
344:10 383:4,17
457:6,10 542:4
607:4
**2018** 333:3 480:7
**2019** 418:25 480:7
**2020** 421:25 422:15
**2021** 421:25 422:15
**21** 299:12 301:14
344:14 480:15
481:11 559:11
**2100** 601:5
**212** 607:3
**216** 607:2
**22** 299:14,16
362:11,15 367:3
**22,000** 601:7,23
**221** 379:18
**224263** 299:22
417:25
**224264** 299:23
418:2
**2254** 299:15 362:13
**2258** 362:22
**2259** 299:15 362:14
**227** 302:23,25
**23** 299:17 300:4
389:13 390:3
443:17 575:8,12
**23rd** 453:14
**24** 299:18 349:2,5
390:15,17 576:5
**241,000** 534:17
**25** 299:12,19
300:17 333:7
344:10 377:12
379:2,5 380:22
400:3 405:14,24
464:14
**25th** 534:16
**25,000** 510:23

**250** 321:5 416:25
436:13 444:14
446:4 451:5 460:5
533:23 535:16
**250,000** 539:21
541:5 603:22
**26** 299:21 362:9,10
417:19 418:3
**27** 299:8,24 313:7
316:15 317:4
420:25 421:4
**2785** 585:12
**28** 300:1 426:22
427:6
**285** 538:17,18
**285,000** 534:18
**286** 306:16
**29** 300:3 430:2,3,5
446:15
**29th** 494:5

---

**3**

**3** 384:19 430:25
431:8 440:4 483:2
551:16 559:22
**3.3** 579:16
**3:16** 605:8
**30** 300:4 301:12
304:13 381:15
384:12 443:16,21
453:19,23 499:14
501:17 517:10
523:6 542:15
575:18
**30,000** 541:19
572:10
**300** 539:21
**300,000** 380:13,15
541:14
**31** 300:5 445:4,10
446:22 453:16,17
**313** 299:7
**316,000** 534:19
**32** 300:7 451:14,18
**33** 300:9 405:14
456:13,20
**334** 299:10

**33625-1** 300:18
464:16
**34** 300:12 457:13
**342** 299:11
**344** 299:12
**345** 296:13 297:3
298:15
**35** 300:14 367:23
380:22 384:12
458:6,11
**350** 298:21
**36** 300:16 461:10
**362** 299:14
**367** 299:16
**37** 300:17 464:8,9
464:12
**370** 440:3
**38** 300:19 490:10
491:9 492:14
**389** 299:17
**39** 300:22 491:7
492:6,15 502:19
556:19,20
**39,583** 582:23
**390** 299:18

---

**4**

**4** 346:10 360:20,24
440:5 492:24
525:22 527:18,20
527:22 528:5
536:16,17 570:16
577:9
**4.5** 342:9 346:9
**4.6** 303:24
**40** 300:24 381:15
499:14 500:18
503:17,24
**400,000** 459:24
**400-8845** 607:3
**405** 299:19
**41** 301:1 505:9
**417** 299:21
**42** 301:2 506:8,10
**420** 299:24 396:16
**42023** 299:11
342:16

**426** 300:1
**43** 301:3 516:18,19
516:20
**430** 300:3
**44** 301:6 517:3,6
**443** 300:4
**445** 300:5
**45** 301:7 379:21
524:21
**45th** 607:2
**450** 469:25 526:20
**450,000** 469:4
470:19
**451** 300:7
**456** 300:9
**457** 300:12
**458** 300:14
**46** 301:9 540:5
**461** 300:16
**464** 300:17
**47** 301:11 542:10
542:16 550:8
**475** 526:20 533:7
533:23,23 535:15
582:17 594:4
**475,000** 533:8
534:11 535:24,25
**48** 301:13 551:8,12
**49** 301:14 559:13
**490** 300:19,22

---

**5**

**5** 300:13 360:21,25
406:21 416:10,13
422:14 457:12
509:7
**5th** 429:5
**5.18** 419:2
**50** 301:15 309:6,7
389:21 412:7
467:17 523:5
566:22 567:12
586:21 593:6
**50-year-olds** 568:7
**500** 364:8 388:13
429:24 468:22
469:23

**500s** 330:16
**500,000** 346:10
450:6 466:18
471:9
**503** 300:24
**505** 301:1
**506** 301:2
**51** 301:16 572:9,22
573:4
**516** 301:3
**517** 301:6
**52** 301:19 523:21
574:14,19
**524** 301:7
**53** 301:20 579:8,14
**539** 301:9
**54** 301:21 581:8,11
**542** 301:11
**55** 301:22 584:12
**551** 301:13
**559** 301:14
**56** 301:24 600:15
600:18
**566** 301:15
**572** 301:16
**574** 301:19
**579** 301:20
**581** 301:21
**584** 301:22
**59** 456:19

---

**6**

**6** 300:1 301:24
360:21,25 388:5
426:24 490:19
509:25 510:25
514:8 515:3 599:8
600:13,19
**6th** 599:15,18
**60** 377:8 379:4
568:6
**600** 301:24
**61-7** 457:19
**65** 345:11

---

**7**

**7** 574:15 575:7

**7.5** 335:15 338:3
  444:10
**70** 429:23
**70th** 534:18
**700** 426:8
**7285** 599:5,12
**7287** 587:20 591:5
**7589** 300:2 427:4
**7593** 427:12
**76th** 538:14
**7600** 427:25 428:7
**7605** 428:25
**7607** 300:2 427:5
**7826** 590:3

---
**8**

**8** 299:21 417:20
  532:21
**80** 452:2,8 593:5
**8108** 300:6 445:6
**8109** 445:23 450:14
**8111** 445:23 446:21
**81113** 447:21
**8115** 448:5
**8118** 449:11,12,13
**8122** 300:6 445:7
**8544** 299:8 313:8
**8552** 313:10
**8553** 299:9 313:9

---
**9**

**9** 312:10 332:18
**9,700,000** 432:7
**9.7** 435:19
**9.75** 435:13
**9.9** 481:13
**9.95** 436:3,7
**9:00** 296:15 297:5
**90** 406:19 440:9
  540:16,23
**90th** 534:24
**900,000** 388:8
**92,000** 333:20
  542:2,2,5
**99** 560:3,5
**990s** 330:19,19
  367:13

**9950** 431:16 436:9
  436:23,24 444:13
  446:4,8

MULLANEY
EXHIBIT 18

**Double Your Donation**

*Will you please help today?*

BURN RESCUE
Life-changing surgeries for severely burned children.

EDGE OF FOLDED FLAP

Stock: White
Window Specs: N/A

NNE
Client/Job: WW_1302_RS_SA_CFOE
Size: 6.5 x 4.25 (#10)
Color: C M Y K

EXHIBIT -18
Brian Mullaney
8/17/17
S. Arielle Santos, RPR, CSR
**TransPerfect Legal**

WON-EX 8544

BurnRescue
PO Box 96054
Washington, DC 20090-6054

Ahahu Bush

Client/Job: WM_1302_BR_CTRL_RE
Size: 8.875 x 3.875 (#8)
Color: PMS2727■

Stock:
Special Instructions:

WON-EX 8545



Stock:
Special Instructions:

Client/Job: WW_1302_BR_CTRL_INS
Size: 3.5"x 5.5"
Color: C■ M■ Y□ K■

NNE
Marketing

WON-EX 8546

More than 15 million
severely burned
children are waiting
for surgery they will
never receive unless
someone helps them.

Stock:
Special Instructions:

Client/Job: WW_1302_BR_CTRL_INS
Size: 3.5"x 5.5"
Color: K■



WON-EX 8547



Stock:
Special Instructions:

Client/Job: WW_1302_BR_CTRL_INS
Size: 3.5"x5.5"
Color: C■ M■ Y□ K■

NNE
Marketing

WON-EX 8548

When this boy
tried to free his
kite from some
wires he was
electrocuted -- and
severely burned.
They had to
amputate his right
arm at the elbow.

Stock:
Special Instructions:

Client/Job: WW_1302_BR_CTRL_INS
Size: 3.5"x5.5"
Color: K■


NNE

WON-EX 8549



Client/Job: WW_1302_BR_CTRL_INS
Size: 3.5"x 5.5"
Color: C■ M■ Y☐ K■

Stock:
Special Instructions:

NNE
Marketing

WON-EX 8550

Women and children suffer the most from burns. This girl suffered severe scalding burns from a tipped over pot of boiling water. Her injuries and disfigurement will haunt her her entire life and may make it impossible for her to marry, which in a developing country is unthinkable.

**NNE** Marketing

Client/Job: WW_1302_BR_CTRL_INS
Size: 3.5"x 5.5"
Color: K■

Stock:
Special Instructions:

WON-EX 8551



## DOUBLE YOUR DONATION TODAY

Yes, I want to help a suffering child...

( ) $86 will be doubled to $172      ( ) $128 will be doubled to $256
( ) $171 will be doubled to $342     ( ) $____ (Any amount can be doubled!)

Donate online at

BurnRescue.org

( ) If you prefer to charge your gift to a credit card please check here
and see other side. Please make check payable to BurnRescue.

0010221778   BR13022701XXX116RE

---

**BURN RESCUE**

Life-changing surgeries for
severely burned children.

## DOUBLE YOUR DONATION TODAY

February 27, 2013

Dear Friend,

I am writing to you from 35,000 feet, on a 9-hour flight home, exhausted, from my very last trip of a very busy year.

Of all the trips I've taken over the past 12 months, to Africa, Asia and about a dozen other places, this one was one of the most important because it was to meet with our largest donor. I showed him everything we accomplished over the past year: how much money we raised and how many lives we helped change. He was impressed. But I must tell you, what made the biggest impact wasn't the data or the graphs. It was the pictures. The faces. And the stories of the children we helped this year. (I have enclosed some of the photos.)

During our meeting, this donor didn't say much. But when I tell you what he and his sister have done, you may be as excited as I am. Our largest donor has given us a matching gift that will double every donation we receive over the next four weeks: $86 donations become $172, $128 donations become $256 and $171 donations become $342.

This matching gift means the world to us during very difficult economic times. And it means even more to our partner hospitals who turn away children every day due to lack of funds. I hope this opportunity means something to you too.

Will you please consider sending us another donation?

As always, we'll use 100% of your donation to pay for programs that help children – 0% will go towards overhead or administration.

Millions of severely burned children will never receive surgery unless someone helps them.

With this grant, you can be that someone.

*Thanks For Helping Us!*

Brian Mullaney
Co-Founder

P.S.    If you have any feedback, ideas or suggestions, I would love to hear from you. Please email me directly at Brian@BurnRescue.org or call me at 212-729-3166.

P.P.S. Remember, BurnRescue is a WonderWork charity program which means we share office space, personnel and computers with other charity programs to keep our overhead expenses very, very low.

---

WON-EX 8552

Visit our web site at www.BurnRescue.org to make a secure donation online.
Enclosed is my check payable to BurnRescue. If you prefer, we accept:

( ) MasterCard     ( ) VISA     ( ) American Express     ( ) Discover

Card# _____     CVV# _____     Exp. Date _____ / _____

Signature _____

BurnRescue sometimes allows other worthy organizations to mail to our donors. If
you do not wish to receive these mailings or if you'd like to change the frequency of
mailings from us, let us know. We are happy to respect your wishes. BurnRescue is
a WonderWork charity program. WonderWork is a 501 (c)(3) nonprofit, charitable
organization recognized by the IRS. All donations are tax deductible in accordance
with the law.



**BURN RESCUE**
Life-changing surgeries for
severely burned children.
P.O. Box 96054
Washington, DC 20090-6054

## They could pick any charity in America.
## Here's why they chose BurnRescue...



**Christie Brinkley,**
Model, Author, Actor
"What really makes me smile is
knowing that a small donation can
help give a desperate child a miracle
cure that will change their life."



**Bryan Cranston,** Actor
"The best thing about BurnRescue
is knowing that every single
donation, big or small, really
makes a difference."



**Alex Trebek,** Host of Jeopardy!
"I've seen firsthand the suffering of
these children and their parents.
These life-changing cures are
modern-day medical miracles."



**Sir Ben Kingsley,** Actor
"These cures are true modern-day
medical miracles...they can give a
child a 2nd chance at life."



**Mariska Hargitay,** Actor
"To end the suffering of children:
an absolutely, completely, entirely
wonderful endeavor."



**Drew Ordon,**
TV Host, The Doctors
"You don't have to be a surgeon to
make these miracles happen.
Your donation can change the life
of a child forever."



**Howie Mandel,**
Comedian and Game Show Host
"I know talent when I see it. Like
when a surgeon saves a child's life.
Let's keep these miracles coming!"



**Jane Kaczmarek,** Actor
"I have seen with my own eyes, the
incredible impact these doctors can have
on the life of a small child. Please join
me and help make a miracle happen for
a child no one else will help."

MULLANEY
EXHIBIT 19

**From:** Brian Mullaney [brian@wonderwork.org]
**Sent:** Friday, April 18, 2014 4:47 PM
**To:** Karen Lazarus
**Subject:** Re: revised letters

You are saying that we projected we would spend $452,000 and get only 956 donors? Please look at the projections if you are confused. You are saying that we got ten times as many donors as projected which is a little much.

I assume we projected our cost to raise a dollar for all these months was around $2 – can you please find what it actually was?

That would mean revenue would be half the expenses. So for October, $225,000 in revenue and $225,000 in net costs. Divide the new revenue of $225,000 by projected cost per donor of $42.50 and that gives you 5,284 new donors.

We did almost twice as well by getting 8,293 donors.

Does this make sense now?

B.


**Brian Mullaney**
Co-Founder/CEO
WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

---

**From:** Karen Lazarus <karen@wonderwork.org>
**Date:** Friday, April 18, 2014 4:36 PM
**To:** brian mullaney <brian@wonderwork.org>
**Subject:** Re: revised letters

Question - **Let's drop the cost per donor column and create an incremental donors column. Derve projected donors by dividing expenses by projected $42.50 cost per donor we had projected.**

I know you say here to derive projected donors by dividing expenses by cost/new donor, but it's actually based on the net, not the gross expense. Here, I've projected the new donors based on the ACTUAL net revenue. Is this what you are intending to show? As far as incremental donors go, how do you want to show that?

| Mailing | Letters Mailed | Expense | Revenue | Projected New Donors | Actual New Donors |
|---------|---------------|---------|---------|---------------------|-------------------|
| October | 1,498,291 | $452,573 | $493,199 | 956 | 8,293 |
| November | 1,945,752 | $634,624 | $604,195 | 716 | 11,572 |
| December | 1,842,924 | $601,085 | $433,350 | 3,947 | 8,454 |
| January | 2,019,406 | $604,826 | $442,705 | 3,815 | 9,338 |
| Totals | 7,306,373 | $2,293,108 | $1,973,449 | 9,433 | 37,657 |

**EXHIBIT -19**
Brian Mullaney
8/17/17
S. Arielle Santos, RPR, CSR
**TransPerfect Legal**

**From:** Karen Lazarus <brian@wonderwork.org>

**Date:** Friday, April 18, 2014 4:20 PM
**To:** Karen Lazarus <karen@wonderwork.org>
**Subject:** Re: revised letters

Thanks.

Just choose with whatever font you like the best.

Balance of the loan is how much they gave us  - which doesn't go down unless they forgive a portion of it – and the interest which accrues over time. I want to show interest earned to date, not projected interest which may or may not happen. Think of it like a savings account at a bank – want them to know how their account is doing.

Let's get true format done and looking good and we can plug in hana's correct numbers Monday.

Thanks
B.


Brian Mullaney
Co-Founder/CEO
WonderWork
420 Fifth Avenue, 27th Floor
New York, NY  10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

**From:** Karen Lazarus <karen@wonderwork.org>
**Date:** Friday, April 18, 2014 4:11 PM
**To:** brian mullaney <brian@wonderwork.org>
**Subject:** Re: revised letters


**From:** Karen Lazarus <brian@wonderwork.org>
**Date:** Friday, April 18, 2014 3:46 PM
**To:** Karen Lazarus <karen@wonderwork.org>
**Subject:** Re: revised letters

Thanks.

How about Courier new condensed? Unless you want to try something else. I think it should look typewriterish.   I just tried about 10 different fonts (including "condensed" versions; unfortunately I don't have Courier New Condensed as an option).  It still comes our to 3 pages.

Let's drop the cost per donor column and create an incremental donors column. Derve projected donors by dividing expenses by projected $42.50 cost per donor we had projected.please delet sentence that says all acqusion appeals lose money. That ail just confuse them.  Got it.

Regarding balance of the loan – how do you know whose money we are spending? It all went in to one pool. Exactly, which was why I was asking you how you wanted to treat everyone's letter. I was confused as to what you had meant by "balance of loan."  I thought you wanted to deduct the monies spent against the loan.

Also, what do you mean interest for 5 years when it has on;y been one year – and different time periods for each investor.I was referring to your comment here that talks about the balance of the loan. "loan balance is the amount he loaned us PLUS the interest." So, this "balance of the loan" amount is $7.5MM plus his interest to date? Different amounts also for Bill who gave us the money at different times. I want to show them how much interest they have earne,d that WE OWE THEM so far, to date. Yes, I understand the interest to date. I figured Hana has this info accurately. She's just not here now.

I am sorry but I just filled in numbners for position on;y as I don't know the accurate numbers.

Thanks
B.

Brian Mullaney
Co-Founder/CEO
WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

**From:** Karen Lazarus <karen@wonderwork.org>
**Date:** Friday, April 18, 2014 3:38 PM
**To:** brian mullaney <brian@wonderwork.org>
**Subject:** Re: revised letters

Take a look at the spreadsheet I used to get the numbers in the letter. Might be helpful in answering your first question...I think.

Regarding the typeface, yes, we've used American Typewriter in the past. I thought you specifically had chosen this one since I had never seen it before. In any event, American Typewriter is even bigger than this font, so it may not be the best choice. If you want this down to 2 pages, no matter what font we choose, I think we're going to have to cut copy.

Regarding the "balance of the loan", I understood it to mean how much of their loan was left that we didn't spend. But from what you mentioned, that is not what you intend it to mean. You said his "loan balance is the amount he loaned us PLUS the interest." So, 7.5MM, plus 387K interest over 5 years (need to double check this with Hana)? You had filled in $1,000,000... which I guess is what initially threw me off.

**From:** Karen Lazarus <brian@wonderwork.org>
**Date:** Friday, April 18, 2014 3:04 PM
**To:** Karen Lazarus <karen@wonderwork.org>
**Subject:** Re: revised letters

Thanks.

Can you please derive projected donors by expense and projected cost per new donor of $41 – or whatever the accurate number is.

Can you put loan info at end of letter, under the signature.

I am not crazy about this typeface – what do we usually use – american type writer? I am open to anything. Need to

x

condense is and try to get to two pages.

What were you talking about balance of loan and all of that? I want to make sure I understand what you were questioning.

Thanks


B.


Brian Mullaney
Co-Founder/CEO
WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

**From:** Karen Lazarus <karen@wonderwork.org>
**Date:** Friday, April 18, 2014 2:57 PM
**To:** brian mullaney <brian@wonderwork.org>
**Subject:** Re: revised letters

Let me know what you think here. Maybe we can discuss over the phone?


**From:** Karen Lazarus <brian@wonderwork.org>
**Date:** Friday, April 18, 2014 1:21 PM
**To:** Karen Lazarus <karen@wonderwork.org>
**Subject:** FW: revised letters

Sorry about that.

I sent this 2 hours ago.


B.


Brian Mullaney
Co-Founder/CEO
WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

WW_EMAILS0207649-4

**From:** brian mullaney <brian@wonderwork.org>
**Date:** Friday, April 18, 2014 11:13 AM
**To:** DeLois Greenwood <delois@wonderwork.org>, Karen Lazarus <karen@wonderwork.org>
**Subject:** revised letters

Karen, please stick on stationery so I can see if I need to cut.


Thanks

B.


Brian Mullaney
Co-Founder/CEO
WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

MULLANEY
EXHIBIT 20

**From:** Brian Mullaney
**Sent:** Tuesday, December 20, 2016 2:00 PM
**To:** Karen Lazarus
**CC:** DeLois Greenwood; Hana Fuchs; Vera Eastman; Janet Huang
**Subject:** Re: ▮▮▮▮▮▮ a huge box of cookies and and even bigger donation $125,000

**SysUserProp:** 88334F2CCA0D8E51C8530404366F9B82

Great news, thanks.

Please send thank you letter that acknowledges 100% of his donations will be used for surgeries.
Just because he receives a cultivation letter doesn't mean anything.
His expectation has bene always that all of his donations are going towards surgeries.
Just because we don't repeat that in every single letter, phone call, email, doesn't mean his expectation is any different.

Thanks , I will call and thank him.


b


**Brian Mullaney**
Co-Founder/CEO

WonderWork
411Fifth Avenue, Suite 702 **NEW ADDRESS!**
New York, NY 10016
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

Watch two blind sisters see their mom for the first time!
More than 15,000,000 people have watched this heart-warming video so far. It was the #1 watched video on the
National Geographic website for more than a year.



**TIME magazine named WonderWork "One of 10 Ideas That Can Change The World."**

EXHIBIT -20
Brian Mullaney
8/17/17
S. Arielle Santos, RPR, CSR
TransPerfect Legal

**From:** Karen Lazarus <karen@wonderwork.org>
**Date:** Tuesday, December 20, 2016 at 1:57 PM
**To:** Brian Mullaneyo <brian@wonderwork.org>
**Cc:** DeLois Greenwood <delois@wonderwork.org>, Hana Fuchs <hana@wonderwork.org>, Vera Eastman
<vera@wonderwork.org>, Janet Huang <janet@wonderwork.org>
**Subject:** ▮▮▮▮▮▮ - a huge box of cookies and and even bigger donation
25,000

This morning we received a box of cookies from ▮▮ (those great Italian Christmas cookies he always sends).

And just a little while ago, we received a UPS overnight package with 2 checks from ██████████ ████████████: $100,000 and $25,000.  Not sure why he wrote 2 checks, but maybe the $25,000 was an afterthought!

**CUMM (with the new $125k): $608,172**

Anyway, I think you'll probably want to call him asap: ███████████████████████████

He recently got the CULTIVATION piece.

Thanks.
Karen

MULLANEY

EXHIBIT 21

**From:** Vera Eastman [vera@wonderwork.org]
**Sent:** Wednesday, January 25, 2017 10:42 AM
**To:** Brian Mullaney; DeLois Greenwood; Hana Fuchs; Janet Huang; Karen Lazarus
**Subject:** Re: Marketing Meeting Notes 1/24/17

Marketing Meeting Notes 1/24/17
Attendees: Brian, DeLois, Hana, Janet, Karen, Vera

<u>Major Donors</u>:

BM will write letter for February (second Bangladesh letter) – will send to WonderWork only. 20/20/20 donors have been folded back into standard renewal to receive nicer versions of DM.

We will do grant proposal again, possibly using return postage as a back test. We may also highlight surgery and # surgeries as we did last year. This year, it was a bit buried.

<u>Standard Renewal</u>:
Brian will re-write copy for Annual Appeal for March renewal.

For major donors, we will ask CDR to price out a different version – make OE and letter look more handmade, take off picture and headline on OE, move bar code down on OE, make letter look more like stationary – no headline, etc, keep reply slip separate, use 8 1/2 x 11, Kings Things font. For letter, remove old board members, add Jim Poehling and update Kokich. We can remove some color, if need be.  Too much differentiation could cause the cost to increase significantly.

We will put Spring Match Gift on hold until we receive funds to match. We will ask ▇▇▇▇▇▇ if his gift can be used to match the deficit we currently have (~$65k).

Once and Done – looks good. We will send again using the next best retention piece other than match – most likely Annual Appeal for March for all causes.

<u>Misc</u>:
100% claim, we will remove mention of founding donor on stationary, web, and everywhere else it appears. Funding for overhead will come from the $7MM unrestricted funds in the bank.
For pre-invoicing, we will ask CDR if we can give them a lump sum of money for them to manage to pay for pre-invoices, as paying urgent invoices from our office is a difficulty.
We will table privacy policy issue until we have more time. BM wants to add privacy policy to the next board meeting agenda. We'll send the data to U Chicago for the IRS study, but Brian did not want to revise the policy to mention sending data to 3rd party like some charities do.
Brian will call Angela regarding their outstanding invoices and their vendors' outstanding invoices. We no longer have a critical vendor list.

Thanks.
**Vera Eastman**
Marketing and Development Manager
WonderWork

411 Fifth Avenue, Suite 702  **NEW ADDRESS!**
New York, NY  10016
tel: 212.729.1855 ext. 106
email: vera@wonderwork.org
skype: vera_wonderwork
www.WonderWork.org

<u>Watch two blind sisters see their mom for the first time!</u>
Almost 10,000,000 people have watched this heart-warming video so far. It was the #1 watched video on the National Geographic website for more than a year.

EXHIBIT -21
Brian Mullaney
8/17/17
S. Arielle Santos, RPR, CSR
**TransPerfect Legal**



Miracle surgeries for children

 

Like us    Follow Us

TIME magazine named WonderWork "One of 10 Ideas That Can Change The World."

WW_EMAILS0241193-2

MULLANEY
EXHIBIT 22





27393

MATCHING CHECK ENCLOSED FOR:

curing
clubfoot

Help *twice as many* children born with clubfoot!

EXHIBIT -22
Brian Mullaney
8/17/17
S. Arielle Santos, RPR, CSR
**TransPerfect Legal**




ICMᴺᴱKᴵ



*Time Magazine recognized us as "an idea that will change the world"*

FireShop • P.O. Box 96156 • Washington, DC 26090-6092 • www.fireshop.org

MRKT



**FirstStep**

PO Box 96055
Washington, DC  20090-6055

THANK YOU
FOR SAMPLE
MAILER

NAME
ADDRESS
CITY / STATE / ZIP

27394

WON-EX 2256

FirstStep is a WonderWorks charity program. Your gift is very important to us and appreciated, and is tax-deductible as provided by law. Actual cost of our latest financial report may be obtained by writing to WonderWorks, Inc. 420 Fifth Avenue, 27th Floor, New York, NY 10018, 212-724-4471. If you are a resident of one of these states you may request financial information or obtain a copy of our financial report from the state agency listed. FLORIDA – A COPY OF THE OFFICIAL REGISTRATION AND FINANCIAL INFORMATION MAY BE OBTAINED FROM THE DIVISION OF CONSUMER SERVICES BY CALLING TOLL-FREE, 1-800-435-7352 (800-HELP-FLA) WITHIN THE STATE. REGISTRATION DOES NOT IMPLY ENDORSEMENT, APPROVAL, OR RECOMMENDATION BY THE STATE. Florida Registration CH36999. GEORGIA – A full and fair description of our programs and our financial statement summary is available upon request at the office and phone number above. MARYLAND – For the cost of copies and postage, Office of the Secretary of State, State House, Annapolis, MD 21401. MISSISSIPPI – The official registration and financial information may be obtained from the Mississippi Secretary of State's office by calling 1-888-236-6167. Registration by the Secretary of State does not imply endorsement. MICHIGAN – MICS #. NEW JERSEY – INFORMATION FILED WITH THE ATTORNEY GENERAL CONCERNING THIS CHARITABLE SOLICITATION AND THE PERCENTAGE OF CONTRIBUTIONS RECEIVED BY THE CHARITY DURING THE LAST REPORTING PERIOD THAT WERE DEDICATED TO THE CHARITABLE PURPOSE MAY BE OBTAINED FROM THE ATTORNEY GENERAL OF THE STATE OF NEW JERSEY BY CALLING (973) 504-6215 AND IS AVAILABLE ON THE INTERNET AT http://www.state.nj.us/lps/ca/charfrm.htm. REGISTRATION WITH THE ATTORNEY GENERAL DOES NOT IMPLY ENDORSEMENT. NEW YORK – Office of the Attorney General, Dept. of Law, 120 Broadway, New York, NY 10271. NORTH CAROLINA – FINANCIAL INFORMATION ABOUT THIS ORGANIZATION AND A COPY OF ITS LICENSE ARE AVAILABLE FROM THE STATE SOLICITATION LICENSING BRANCH AT 1-888-830-4989. THE LICENSE IS NOT AN ENDORSEMENT BY THE STATE. PENNSYLVANIA – The official registration and financial information of WonderWorks may be obtained from the Pennsylvania Department of State by calling toll-free, within Pennsylvania, 1-800-732-0999. Registration does not imply endorsement. VIRGINIA – Virginia State Office of Consumer Affairs, Department of Agricultural and Consumer Services, PO Box 1163, Richmond, VA 23218. WASHINGTON – Charities Division, Office of the Secretary of State, State of Washington, Olympia, WA 98504-0422, 1-800-332-4483. WEST VIRGINIA – Residents may obtain a summary of the registration and financial documents from the Secretary of State, State Capitol, Charleston, WV 25305. Registration with any of these state agencies does not imply endorsement, approval or recommendation by any state.








WON-EX 2257

**DOUBLE** the impact of your support!

Yes, I want to help a suffering child...

( ) $1,000 that can be *doubled* to $2,000
( ) $875 that can be *doubled* to $1,750
( ) $750 that can be *doubled* to $1,500
( ) $500 that can be *doubled* to $1,000
( ) $_____ any amount can be *doubled!*

[ ] Please send me updates about FirstStep.

My email address is:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

To donate online please
visit www.1stStep.org

To charge your gift to a credit card, please see other side.

0010032423    CR14010201XX1129RE

---

This "check" has special meaning to children with clubfoot!

*This check can match any gift of $500 or more!*

Pay To The Order Of: *FirstStep*                                    $ *500*

The Sum Of: *Five Hundred and 00/100 Dollars*

Ms. ▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

⑆⑈⑉⑇⑆⑈⑉⑇⑆⑈⑉⑇⑆⑈⑉⑇⑆⑈⑉⑇

0010032423    CR14010201XX1129RE

---

P.O. Box 96055
Washington, DC 20090-6055
www.1stStep.org



## Save *twice as many* children from a lifetime of pain and suffering!

Dear ▮▮▮▮▮,

The simulated "check" you are holding in your hand that I've attached to this letter has a very special meaning to children born with clubfoot. It's for the exact amount that you gave to FirstStep in March, 2013, that was put to work curing a young child born with clubfoot.

Somewhere in the world, a child will be walking — probably for the first time in his or her life — simply because you made a gift.

That "check" also has another purpose: a group of our major supporters have committed to matching any amount you give to this appeal, like the $500 you so generously sent a few months ago.

Send a gift of $500 and our donors will match it **dollar-for-dollar**, thereby providing $1,000 in funds to help twice as many children.

A larger gift of $750 can be doubled to $1,500...

...or a most generous gift $875 can have twice the impact to help twice as many children when doubled to $1,750.

There's only one "string" attached to this offer: in order to put the funds to work as soon as possible, our supporters have set a **deadline of February 28** for gifts to be matched.

This is unexpected — but terrific — news, and a tremendous opportunity to help thousands of children whose families could never afford the $250 life-changing, lifesaving cure for clubfoot!



*(over, please)*



CM:K rampage dieline




Visit our web site at www.wndrtrip.org to make a secure donation online.

If you prefer, we accept:

Card # _____

CVV# _____ Exp. Date _____ /

Signature _____

P.O. Box 99988
Washington, DC 20090-9998

The miracle procedure we support is *not* expensive, *not* invasive, and *virtually 100 percent effective* in curing even the most severe forms of clubfoot permanently.

Using plaster casts that gradually straighten twisted feet into the proper position, a child's clubfoot can be corrected. It is amazing that such a simple procedure can last forever and cost so little.

But families that earn only a dollar or two a day can never afford the $250 cost — they can only hope and pray that someone like you can help their young child...

...and now with this marvelous matching grant opportunity, your tax-deductible gift today can give *twice as many* children new lives and the ability to walk, run, play, go to school and embrace lives free from pain and suffering!

Please take advantage of this opportunity to double the impact of your generous support — and in a few weeks, I'll send you some photos of kids who can now walk because you cared!

Here's to a wonderful year!

Brian Mullaney
Co-Founder

P.S. Don't forget — **you must send your gift before February 28** for it to qualify during this double match grant period. Please send a gift today!










WON-EX 2259

# MULLANEY
# EXHIBIT 23

**From:** Brian Mullaney [brian@wonderwork.org]
**Sent:** Monday, August 24, 2015 10:37 AM
**To:** ██████████
**Subject:** newport expenses
**Attachments:** haefner expenses.xlsx

Hi ██

As promised, here are the expenses for our fun trip to Newport last month. I have included the wire instructions below. FYI: every year I have our share of expenses (50%) deducted from my WonderWork pay.

Hope you are enjoying the last gasp of summer! Our kids are getting ready to go back to school so Cricket is running around getting them haircuts, new shoes, school supplies, etc.

You asked some good questions about WonderWork in Newport, I am preparing a separate email to send you with some info I think you will find interesting.

Also, earlier this month the NHL terminated their contract with Wang's company, NeuLion which sent the stock into a free fall. The Toronto Exchange halted trading in the stock because NeuLion had reported earnings the day before and neglected to mention that they were losing their largest client. The stock is down from $1.72 to 60 cents. I am so glad you are not a major NeuLion shareholder!

Last piece of good news is that I have been trying to get a meeting with ████████ in Geneva, Switzerland for 10 years and he finally said yes! I will be coming to Switzerland sometime in November to see him. Very exciting.

████, as always, many thanks for your help, friendship and support.

Give our best to ██████

B.

Wiring instructions for WONDERWORK!

HSBC BANK USA, N.A.
Account Name: Wonderwork, Inc.
Checking Account #: ██████████
Routing Number (bank code for checks and ACH): ████████
ABA Number (bank code for wire transfers): ████████
SWIFT Code (bank code for international wires): ████████

**Brian Mullaney**
Co-Founder/CEO

WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

EXHIBIT -23
Brian Mullaney
8/17/17
S. Anelle Santos, RPR, CSR
TransPerfect Legal

<u>Watch two blind sisters see their mom for the first time!</u>
More than 4,000,000 people have watched this heart-warming video over the past few months!



TIME magazine named WonderWork "One of 10 Ideas That Can Change The World."

WW_EMAILS0196209-2

MULLANEY
EXHIBIT 24

**From:** ███████████████████

**Sent:** Saturday, January 10, 2015 11:48 AM

**To:** Brian Mullaney

**Subject:** Re: Thank you #2

Dear Brian,

First is that it is one of your friends that granted the loan and therefore repayment can wait.

With respect of continuing support of Wonderwork I can send you a positive but so far just informal signal. You will receive a letter within a couple of weeks.

I will send a copy of the iceberg by a separate e-mail hoping the hugh megabites are going through!

Best - ██████

Am 09.01.2015 um 18:32 schrieb "Brian Mullaney" <brian@wonderwork.org>:

> HI ██████
>
> Please do not think we have forgotten about your loan that saved our house!
>
> Cricket and I will always be indebted to you for your help and support during what was one of most Hellish experiences of my entire life.
>
> My dream/hope/plan is to repay you in full when Mr. Wang is removed and Smile Train fixes all of the wrongs that need to be righted. ██████ just sent a follow-up letter to the NY State AG thanking them for meeting with Mark and encouraging them  to investigate. I think we will know whether or not the AG will pursue this within a month or so.
>
> If you would rather not wait, and would prefer I start repaying it right away just let me know and I will send what I can every month.
>
> I really appreciate your not charging interest.
>
> Thank you.
>
>
> B.
>
>
>
> Brian Mullaney
> Co-Founder/CEO
> WonderWork

EXHIBIT -24
Brian Mullaney
8/17/17
S. Arielle Santos, RPR, CSR
TransPerfect Legal

Watch two blind sisters see their mom for the first time!
More than 2,100,000 people have watched this heart-warming video over the past few weeks!

420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

WW_EMAILS0204333-2

MULLANEY

EXHIBIT 25

May 10, 2013



Dear ████████

I want you to know how much we all appreciate your very generous support.

Thanks to you and a small group of other Founding Donors...

...we were able to open an office, hire our team, and start raising money.

...we've awarded grants that will provide 30,000+ surgeries.

...we're one of the fastest growing charities in America today.

But what matters even more than where we are today, is where we are going tomorrow and how we will get there. The next big hill we have to climb is to scale up our direct mail just like we did at Smile Train.

At Smile Train, direct mail was key to our fundraising success. We mailed hundreds of millions of letters which enabled us to acquire 2,500,000 donors and raise $700+ million. Direct mail is the only way we'll ever be able to help millions of children.

The good news is our WonderWork direct mail is working even better than we hoped. Over just the past few months, we have acquired more than 50,000 new donors through direct mail. Our $40 average donation is about twice what most charities get. And our response rates have been strong and steady.

The bad news is that while direct mail is by far the most cost-efficient way for a charity to raise money, it is always expensive in the beginning. That's because with direct mail you always lose money on every new donor, for the first year or so. So you need to have substantial financial reserves to invest in donor acquisition in the early years - to weather the deficits and reap the benefits years later.

The Smile Train direct mail program we created was one of the most successful and cost-effective non-profit direct mail programs in America. We scaled up from our first mailing of just 50,000 letters in 2002 to more than 100 million letters in 10 years later.

We know how to scale up WonderWork direct mail to similar heights and we know roughly how much it will cost. According to our latest estimates, we need about $15 million. (We were fortunate to have a $35 million start-up grant at Smile Train so we didn't have to worry about raising this kind of start-up capital.) $15 million will help us acquire 250,000+ donors and $75 - $100 million in donations over the 5 years or so.

If you're thinking I am going to ask you for an even larger donation than the incredibly generous $50,000 donation you mentioned yesterday, you can relax! I've found an innovative new way to raise this $15 million without asking you or any one else for a single donation.

It's called an "impact loan."

EXHIBIT -25
Brian Mullaney
8/17/17
S. Arielle Santos, RPR, CSR
TransPerfect Legal

WON-EX 017317

Instead of grants, many major donors today are giving "impact loans" to credit-worthy charities that need start-up capital. The folks at Rockefeller Foundation who helped invent "impact loans" told us we're the perfect candidate since we have a proven revenue model and extensive experience. An "impact loan" is a real loan that pays interest and returns the principal at the end of the term.

But the best thing about an "impact loan" is that the IRS treats it as if it is a donation - *you get 100% of the tax deduction up front regardless of whether the loan is ever paid back.* You receive all the tax benefits of giving a donation– and then get 100% of your loan returned to you when it is repaid.

If you have a personal or family foundation, it's even easier. Not only are you allowed to use your foundation funds for an "impact loan", it also counts as a "distribution."  That means you can take money in your foundation that's currently invested in stocks, bonds or an index fund and invest it instead in a charity that is doing good work and saving tens of thousands of children every year.

One more thing.  We will even pay you 2% interest on this impact loan – every year. (That's more than a ten-year treasury note pays.)

I think you can see why "impact loans" are the hottest new trend in philanthropy. They hold a charity accountable for the use of the funds and demand the charity shows how and when it can pay back the loan. These loans make charities earn their support.

To raise the $15 million we need, we have put together a $15 Million WonderWork Impact Loan Note that will be a 5-year loan that pays 2% interest annually. We are searching for 15 WonderWork Founding Investors that can each finance a share of the loan. I am thrilled to report that we already have a firm commitment from a supporter for $7.5 million, so we are halfway there.

**WonderWork "Impact Loan" Loan: $15 million, 5-year term, 2% interest per year**

| Portion Of Loan | Investors needed | Total | Status |
|---|---|---|---|
| $7,500,000 | 1 | $7,500,000 | Committed |
| $2,500,000 | 1 | $2,500,000 | 0 |
| $1,000,000 | 2 | $2,000,000 | 0 |
| $500,000 | 4 | $2,000,000 | 0 |
| $250,000 | 2 | $500,000 | 0 |
| $100,000 | 5 | $500,000 | 0 |
| | 15 | $15,000,000 | 1 |

There are rules you need to follow for "impact loans," but they are fairly simple. We've hired lawyers at two of America's best law firms, Simpson Thacher and Copilevitz & Canter, who are experts in this area to guide us through this process, help us structure our "impact loan" and make it easy and inexpensive for you to participate.

Although this loan is unsecured, I am very confident in our ability to repay you. As the co-founder and CEO of Smile Train for 10 years, I helped turn $35 million in start-up capital into $700 million in less than 10 years. I've enclosed a chart that shows WonderWork's growth-to-date and our projected growth for the next 10 years. Virtually the entire senior management team that built Smile Train is helping me which is a big reason why we've come so far so fast.  As you can see, we'll have plenty of money to repay your loan in 5 years when

WON-EX 017318

I hope to personally hand you your check and thank you on behalf of the hundreds of thousands of children who you helped us save.

Although this letter is filled with numbers, we should never forget that what this is *really all about....* is helping children who no one else will help.

Like a 9-year-old girl I met last month in India who suddenly became blind when she was 3. For six years her father begged hospital after hospital to help her, but none would. In March, her father brought Priya 100 kilometers to one of our partner hospitals after seeing a small ad offering free surgery for the blind. The surgery she waited six years for took 15 minutes. I cannot tell you how it felt to be there when her bandages came off, she opened her eyes and could see. Her father cried. So did we.

Priya is but one of tens of millions of children in developing countries who are blind, burned and crippled with clubfoot and who have absolutely zero chance of ever receiving the surgery that can save them unless someone helps them.

*This "impact loan" is your chance to be that someone.*

As someone who knows first-hand what it is like to create a major children's charity, I can tell you it is one of the most rewarding and gratifying things I have ever done.

Not a day goes by that I don't appreciate the opportunity I had in 1997 when we came up with the idea for Smile Train and for the 10 years that I served as CEO. Smile Train will operate on its 1 millionth patient next year – that's pretty extraordinary.

By becoming one of just 15 Founding Investors, you will have the same opportunity to play a critical role in the development of WonderWork. If you do, I guarantee you that one day you will look back and say "THAT was the best darn donation *I never made."*

If you have any interest in this I'd like to meet with you in person to discuss it. I come to Boston quite frequently so that would be easy to arrange. If you're not interested, that's okay too. We're still very grateful for the donations you have given us and hope you will continue to support us.

All the best,

Brian
212-729-1855
brian@wonderwork.org

P.S. If you would like to speak to our very first Founding Investor who agreed to loan us $7.5 million, I'd be happy to arrange it. He is one of the most respected bankers in America and he'll tell you why he thinks WonderWork is a rock-solid investment.

WON-EX 017319

MULLANEY
EXHIBIT 26

**From:** Karen Lazarus [karen@wonderwork.org]
**Sent:** Sunday, December 08, 2013 1:42 PM
**To:** Brian Mullaney
**Subject:** Re: spreadsheets
**Attachments:** !WW_10YearForecast_FINAL_2013_12_03.xls

Haven't done anything with our most recent spreadsheet regarding your email below (I'll let Hana do this so that it's one person adjusting it and owning it), but since we've been making an effort to make sure everything is correct and ties out, I'm going to point this out one more time. The Donor numbers have no formula in the Yearly Summary spreadsheet and do not seem to tie out to the detail tab. Perhaps I'm missing something and perhaps they are, in fact, correct, but I just can't seem to figure it out. Take a quick look and you'll see what I'm talking about. (For example, the detail monthly tab puts our cumm donors at 179,000, but on our yearly summary, we're saying 194,000). When I brought this up a couple months ago when we were providing this spreadsheet to ███, you said that "Ron Bell messed with this spreadsheet" and that you think they are correct. (See emails below). I don't mind going on your word that these numbers are correct. It's just when someone like ███ will ask us how we arrived at the number, I won't be able to help you explain it. I just want to better understand what's comprising these numbers. Thanks.

*From: Brian Mullaney <brian@wonderwork.org>*
*Date: Monday, September 30, 2013 7:06 PM*
*To: Karen Lazarus <karen@wonderwork.org>*
*Subject: Re: ███...*

*Thanks.*

*Reporting is too much – please remove.*

*Rob Bell messed with this spreadsheet and that's what happened to donors. I think it is okay.*

*Your changes are good.*

*Can you also add to this email the slide from ███ presentation that had total year results – all letters mailed, response rates, etc.*

*THANKS !*

*B.*
*P.S. PLEASE DON'T NAME SPREADSHEET WITH OR WITHOUT REPORTING*

*Brian Mullaney*
*Co-Founder/CEO*
*WonderWork*
*420 Fifth Avenue, 27th Floor*
*New York, NY 10018*
*tel: 212.729.1855*
*cell: 917.902.7550*
*email: brian@wonderwork.org*
*www.WonderWork.org*

EXHIBIT -26
Brian Mullaney
8/17/17
S. Anelle Santos, RPR, CSR
TransPerfect Legal

*From: Karen Lazarus <karen@wonderwork.org>*
*Date: Monday, September 30, 2013 6:27 PM*
*To: brian mullaney <brian@wonderwork.org>*
*Subject: For ███...*

*Here you go. Just one thing before you send. How did you calculate the donors? There is no formula and I can't seem to tie it back to the detail in the monthly tab.*

*Also, I put the "reporting" clause back in to his template. I used it from the Thompson agreement so let me know if it works for Garrett's version.*

*Thanks.*

**From:** Brian Mullaney <brian@wonderwork.org>
**Date:** Sunday, December 8, 2013 11:23 AM
**To:** Hana Fuchs <hana@wonderwork.org>
**Cc:** Karen Lazarus <karen@wonderwork.org>
**Subject:** spreadsheets

Hi Hana,

Two things please.

For our 10 year projection spreadsheet which is now in good shape, can you please put the DONORS row up as part of acquisition and add a row beneath it which is COST TO ACQUIRE A DONOR. This should be the net cost to acquire a donor and something I think we need to track carefully.

Can you also please add a line under SURGERIES that is for COST TO PROVIDE A SURGERY and this should be all program costs plus non program overhead and admin. Please do not include any fundraising expenses.

Thank you.

And I need the following for tonight please. Our 10 year projections with our first two years included – Oct. 2011 – Pct. 13.

For this time period I need

Total revenues
Total expenses
Total surgeries

And I would like to compare these 3 key numbers what we accomplished at Smile Train using July, 2001 – which is shortly after I became President – as year 1.

I have a feeling that we are doing much better than we give ourselves credit for. In fact, I think we are way ahead in terms of the number of people we are helping.

Let me know if you have any questions. I have all the smile train power points and I think Karen does too if you need those to get the numbers.

THANKS

B.


**Brian Mullaney**
Co-Founder/CEO

WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

WW_EMAILS0224263-3



Gross Revenue — Program Spending Total — Surgeries

WW_EMAILS0224264

| | Jun-13 | Sep-13 | Jun-14 | Oct-14 | Oct-15 | Oct-16 | Oct-17 | Oct-18 | Oct-19 | Oct-20 | Oct-21 | Oct-22 | Oct-23 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TMT expenses (at $20k month)** | | | | $240,000 | $240,000 | $240,000 | $240,000 | $240,000 | $240,000 | $240,000 | $240,000 | $240,000 | $240,000 | |
| **Mike Schell (2.5K month, DMP $5k month, DM! $3k month** | | | | $126,000 | $126,000 | $126,000 | $126,000 | $126,000 | $126,000 | $126,000 | $126,000 | $126,000 | $126,000 | |
| **Amee ($15K month for 6 months)** | | | | $90,000 | | | | | | | | | | | |
| **Total** | | | | $456,000 | $366,000 | $366,000 | $366,000 | $366,000 | $366,000 | $366,000 | $366,000 | $366,000 | $366,000 | |
| Acquisition DM spending | | | | $9,250,000 | $13,500,000 | $13,500,000 | $13,500,000 | $13,500,000 | $13,500,000 | $13,500,000 | $13,500,000 | $13,500,000 | $13,500,000 | $121,500,000 |
| Acquisition DM revenue | | | | $4,537,063 | $6,646,154 | $6,646,154 | $6,646,154 | $6,646,154 | $6,646,154 | $6,646,154 | $6,646,154 | $6,646,154 | $6,646,154 | $64,352,448 |
| Acquisition DM net | | | | -$4,712,937 | -$6,853,846 | -$6,853,846 | -$6,853,846 | -$6,853,846 | -$6,853,846 | -$6,853,846 | -$6,853,846 | -$6,853,846 | -$6,853,846 | -$66,397,552 |
| Renewal DM spending | | | | $660,344 | $1,577,205 | $2,449,765 | $3,277,258 | $4,119,623 | $4,957,079 | $5,796,156 | $6,634,698 | $7,473,416 | $8,312,077 | $45,257,621 |
| Renewal DM revenue | | | | $1,935,440 | $5,618,792 | $8,727,289 | $11,675,231 | $14,676,155 | $17,659,596 | $20,648,806 | $23,636,112 | $26,624,046 | $29,611,773 | $160,813,238 |
| Renewal DM net | | | | $1,275,096 | $4,041,587 | $6,277,524 | $8,397,973 | $10,556,533 | $12,702,516 | $14,852,650 | $17,001,414 | $19,150,630 | $21,299,696 | $115,555,618 |
| Total DM spending | | | $7,197,490 | $10,366,344 | $15,443,205 | $16,315,765 | $17,143,258 | $17,985,623 | $18,823,079 | $19,662,156 | $20,500,698 | $21,339,416 | $22,178,077 | $179,757,621 |
| Total DM revenue | | | $4,585,433 | $6,472,502 | $12,264,946 | $15,373,443 | $18,321,384 | $21,322,309 | $24,305,749 | $27,294,959 | $30,282,265 | $33,270,200 | $36,257,927 | $225,165,686 |
| Total DM net | | | -$2,612,056 | -$3,893,841 | -$3,178,259 | -$942,322 | $1,178,127 | $3,336,687 | $5,482,670 | $7,632,803 | $9,781,567 | $11,930,783 | $14,079,850 | $45,408,065 |
| Donors | | | | 194,418 | 427,694 | 643,970 | 860,245 | 1,076,521 | 1,292,797 | 1,509,072 | 1,725,348 | 1,941,624 | 2,157,899 | 2,157,899 |
| President's circle | | | $500,000 | $500,000 | $1,400,000 | $2,200,000 | $3,000,000 | $3,800,000 | $4,500,000 | $5,162,000 | $5,900,000 | $6,656,000 | $7,400,000 | $40,518,000 |
| Major gifts | | | $3,000,000 | $3,000,000 | $4,000,000 | $6,000,000 | $6,000,000 | $8,000,000 | $8,000,000 | $9,000,000 | $10,000,000 | $11,000,000 | $12,000,000 | $77,000,000 |
| Foundations | | | $100,000 | $100,000 | $200,000 | $300,000 | $400,000 | $500,000 | $600,000 | $700,000 | $800,000 | $900,000 | $1,000,000 | $5,500,000 |
| Investment income | | | $250,710 | $351,625 | $365,359 | $277,972 | $244,541 | $216,721 | $278,324 | $155,654 | $162,807 | $192,638 | $238,341 | $2,483,983 |
| Gross revenue | | | $8,436,143 | $10,424,128 | $18,230,305 | $24,151,415 | $27,965,926 | $33,839,031 | $37,684,073 | $42,312,613 | $47,145,073 | $52,018,838 | $56,896,268 | $350,667,669 |
| Net revenue | | | $1,238,654 | $57,784 | $2,787,100 | $7,835,650 | $10,822,668 | $15,853,408 | $18,860,994 | $22,650,457 | $26,644,375 | $30,679,422 | $34,718,191 | $170,910,049 |
| Program spending info | | | $3,598,745 | $5,183,172 | $7,721,602 | $8,157,883 | $8,571,629 | $8,992,811 | $9,411,540 | $9,831,078 | $10,250,349 | $10,669,708 | $11,089,038 | $89,878,810 |
| Program spending intl | | | $1,500,000 | $1,500,000 | $3,000,000 | $5,000,000 | $7,000,000 | $8,000,000 | $10,000,000 | $15,000,000 | $17,500,000 | $20,000,000 | $25,000,000 | $112,000,000 |
| Program spending admin | | | $750,000 | $750,000 | $750,000 | $875,000 | $875,000 | $1,000,000 | $1,000,000 | $1,125,000 | $1,125,000 | $1,250,000 | $1,250,000 | $10,000,000 |
| Program spending total | | | $5,848,745 | $7,433,172 | $11,471,602 | $14,032,883 | $16,446,629 | $17,992,811 | $20,411,540 | $25,956,078 | $28,875,349 | $31,919,708 | $37,339,038 | $211,878,810 |
| % spent on programs | | | 57.35% | 54.81% | 57.03% | 60.43% | 63.17% | 64.00% | 66.09% | 70.24% | 71.74% | 72.81% | 75.16% | 65.55% |
| ~~Blindness~~ | | | | $990,000 | $1,980,000 | $3,300,000 | $4,620,000 | $5,280,000 | $6,600,000 | $9,900,000 | $11,550,000 | $13,200,000 | $16,500,000 | $73,920,000 |
| ~~Burns~~ | | | | $255,000 | $510,000 | $850,000 | $1,190,000 | $1,360,000 | $1,700,000 | $2,550,000 | $2,975,000 | $3,400,000 | $4,250,000 | $19,040,000 |
| ~~Clubfoot~~ | | | | $255,000 | $510,000 | $850,000 | $1,190,000 | $1,360,000 | $1,700,000 | $2,550,000 | $2,975,000 | $3,400,000 | $4,250,000 | $19,040,000 |

WW_EMAILS0224264

| | L1 | L2 | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total spending | | | $10,197,490 | $13,561,344 | 20,114,205 | 23,222,765 | 26,036,258 | 28,114,623 | 30,884,979 | 36,951,256 | $40,250,698 | $43,839,416 | $49,678,077 | $312,653,621 |
| Surgeries | | | 42,857 | 42,857 | 85,714 | 142,857 | 200,000 | 228,571 | 285,714 | 428,571 | 500,000 | 571,429 | 714,286 | 3,200,000 |
| Overhead and admin | | | $750,000 | $750,000 | $750,000 | $875,000 | $875,000 | $1,000,000 | $1,000,000 | $1,125,000 | $1,125,000 | $1,250,000 | $1,250,000 | $10,000,000 |
| % of total spending to overhead | | | 7.35% | 5.53% | 3.73% | 3.77% | 3.36% | 3.56% | 3.24% | 3.04% | 2.79% | 2.85% | 2.52% | 3.20% |
| Impact Loan interest | | | | $195,000 | $171,000 | $157,000 | $143,000 | $129,000 | $61,900 | $39,100 | | | | $896,000 |
| Yearly net surplus | | | | -$3,442,216 | -$3,112,900 | -$1,114,350 | -$927,332 | $2,053,408 | $2,360,994 | $238,457 | $994,375 | $1,523,422 | -$181,809 | -$1,607,951 |
| Asset (without loan) | $5,857,000 | $5,870,847 | | $2,228,631 | $715,731 | $301,381 | $74,049 | $2,827,457 | $2,093,451 | $3,471,908 | $6,421,283 | $7,944,705 | $7,762,896 | |
| Impact Loan assets | $2,500,000 | $5,850,000 | | $9,950,000 | $8,550,000 | $7,850,000 | $7,150,000 | $6,450,000 | $3,095,000 | $1,955,000 | | | | |
| Total assets | $8,357,000 | $11,720,847 | | $12,178,631 | $9,265,731 | $8,151,381 | $7,224,049 | $9,277,457 | $5,188,451 | $5,426,908 | $6,421,283 | $7,944,705 | $7,762,896 | |
| Liability without loan | $2,679,000 | $2,679,000 | | $3,574,000 | $4,245,000 | $5,102,000 | $5,945,000 | $6,774,000 | $1,140,900 | $2,280,900 | $4,235,900 | $4,235,900 | $4,235,900 | |
| Impact Loan liability reduced over time | $2,500,000 | $5,850,000 | | $9,050,000 | $8,550,000 | $7,850,000 | $7,150,000 | $6,450,000 | $3,095,000 | $1,955,000 | | | | |
| Impact Loan repayment | | | | | | | | | $3,095,000 | $1,955,000 | | | | |
| Total liabilities | $5,179,000 | $8,529,000 | | $12,624,000 | $12,795,000 | $12,952,000 | $13,095,000 | $13,224,000 | $4,235,900 | $4,235,900 | $4,235,900 | $4,235,900 | $4,235,900 | |
| Net surplus | $3,178,000 | $3,191,847 | | -$445,369 | -$3,529,269 | -$4,800,619 | -$5,870,951 | -$3,946,543 | $952,551 | $1,191,008 | $2,185,383 | $3,708,805 | $3,526,996 | |

Repay Impact Loans at 66%

| | L1 | L2 | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Impact Loans | $2,500,000 | $3,350,000 | | $3,900,000 | $200,000 | | | | | | | $9,950,000 |
| margin | $1,160,000 | | | | | | | | | | | |
| | $3,660,000 | | | | | | | | | | | |

| | | impact loans | annual interest yr 1 |
|---|---|---|---|
| FY13 | 05/16/2013 | 2,500,000.00 | 50,000.00 |
| FY14 | Jul-13 | 250,000.00 | 5,000.00 |
| FY14 | 08/02/2013 | 100,000.00 | 2,000.00 |
| FY14 | 08/14/2013 | 250,000.00 | 5,000.00 |
| FY14 | 09/23/2013 | 250,000.00 | 5,000.00 |
| FY14 | 09/24/2013 | 2,500,000.00 | 50,000.00 |
| FY14 | Jan-14 | 2,500,000.00 | 50,000.00 |
| FY14 | Jan-14 | 100,000.00 | 2,000.00 |
| FY14 | Jan-14 | 0.00 | 0.00 |
| FY14 | Jun-14 | 300,000.00 | 6,000.00 |
| FY15 | Jan-15 | 200,000.00 | 4,000.00 yr 2 |

WW_EMAILS0224264

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | FY14 | Jun-14 | 0.00 | 0.00 | | | | | | |
| | FY14 | Jun-14 | 1,000,000.00 | 20,000.00 | | | | | | |
| | FY14 | Jun-14 | 0.00 | 0.00 | | | | | | |
| | | | 9,950,000.00 | 199,000.00 | | | | | | |
| simple interest shall accrue on the | repayment | less forgiveness | 9,050,000.00 | 9,050,000.00 | 8,550,000.00 | 7,850,000.00 | 7,150,000.00 | 6,450,000.00 | 3,095,000.00 | 1,955,000.00 |
| simple interest shall accrue on the | repayment | | 6,450,000.00 | | | | | | | |
| outstanding principal balance on the note at | forgiven | | 3,500,000.00 | 2% interest | | | | | | |
| the rate of 2% per anum | forgive $700,000 a year for 5 years | | 700,000.00 | 195,000.00 | 171,000.00 | 157,000.00 | 143,000.00 | 129,000.00 | 61,900.00 | 39,100.00 |
| based on 365 days a year | 5 years | | | | | | | | | |
| loan closing 5/15/13 | | | 66% | 6,567,000.00 | | | | | | |

WW_EMAILS0224264

| Year Ending | Oct-14 | Oct-15 | Oct-16 | Oct-17 | Oct-18 | Oct-19 | Oct-20 | Oct-21 | Oct-22 | Oct-23 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Acquisition DM Spending | $9,706,000 | $13,866,000 | $13,866,000 | $13,866,000 | $13,866,000 | $13,866,000 | $13,866,000 | $13,866,000 | $13,866,000 | $13,866,000 | $134,500,000 |
| Acquisition DM Revenue | $4,537,063 | $6,646,154 | $6,646,154 | $6,646,154 | $6,646,154 | $6,646,154 | $6,646,154 | $6,646,154 | $6,646,154 | $6,646,154 | $64,352,448 |
| Acquisition DM Net | -$4,712,937 | -$6,853,846 | -$6,853,846 | -$6,853,846 | -$6,853,846 | -$6,853,846 | -$6,853,846 | -$6,853,846 | -$6,853,846 | -$6,853,846 | -$66,397,552 |
| | | | | | | | | | | | |
| Renewal DM Spending | $660,344 | $1,577,205 | $2,449,765 | $3,277,258 | $4,119,623 | $4,957,079 | $5,796,156 | $6,634,698 | $7,473,416 | $8,312,077 | $45,257,621 |
| Renewal DM Revenue | $1,935,440 | $5,618,792 | $8,727,289 | $11,675,231 | $14,676,155 | $17,659,596 | $20,648,806 | $23,636,112 | $26,624,046 | $29,611,773 | $160,813,238 |
| Renewal DM Net | $1,275,096 | $4,041,587 | $6,277,524 | $8,397,973 | $10,556,533 | $12,702,516 | $14,852,650 | $17,001,414 | $19,150,630 | $21,299,696 | $115,555,618 |
| | | | | | | | | | | | |
| Total Direct Mail Spending | $10,366,344 | $15,443,205 | $16,315,765 | $17,143,258 | $17,985,623 | $18,823,079 | $19,662,156 | $20,500,698 | $21,339,416 | $22,178,077 | $179,757,621 |
| Total Direct Mail Revenue | $6,472,502 | $12,264,946 | $15,373,443 | $18,321,384 | $21,322,309 | $24,305,749 | $27,294,959 | $30,282,265 | $33,270,200 | $36,257,927 | $225,165,686 |
| Total Direct Mail Net | -$3,893,841 | -$3,178,259 | -$942,322 | $1,178,127 | $3,336,687 | $5,482,670 | $7,632,803 | $9,781,567 | $11,930,783 | $14,079,850 | $45,408,065 |
| | | | | | | | | | | | |
| Donors | 194,418 | 427,694 | 643,970 | 860,245 | 1,076,521 | 1,292,797 | 1,509,072 | 1,725,348 | 1,941,624 | 2,157,899 | 2,157,899 |
| | | | | | | | | | | | |
| President's Circle Revenue | $500,000 | $1,400,000 | $2,200,000 | $3,000,000 | $3,800,000 | $4,500,000 | $5,162,000 | $5,900,000 | $6,656,000 | $7,400,000 | $40,518,000 |
| Major Gift Revenue | $3,000,000 | $4,000,000 | $6,000,000 | $6,000,000 | $8,000,000 | $8,000,000 | $9,000,000 | $10,000,000 | $11,000,000 | $12,000,000 | $77,000,000 |
| Foundation Revenue | $100,000 | $200,000 | $300,000 | $400,000 | $500,000 | $600,000 | $700,000 | $800,000 | $900,000 | $1,000,000 | $5,500,000 |
| | | | | | | | | | | | |
| Investment Income | $351,625 | $365,359 | $277,972 | $244,541 | $216,721 | $278,324 | $155,654 | $162,807 | $192,638 | $238,341 | $2,483,983 |
| | | | | | | | | | | | |
| Gross Revenue | $10,424,128 | $18,230,305 | $24,151,415 | $27,965,926 | $33,839,031 | $37,684,073 | $42,312,613 | $47,145,073 | $52,018,838 | $56,896,268 | $350,667,669 |
| Net Revenue | $57,784 | $2,787,100 | $7,835,650 | $10,822,668 | $15,853,408 | $18,860,994 | $22,650,457 | $26,644,375 | $30,679,422 | $34,718,191 | $170,910,049 |
| | | | | | | | | | | | |
| Program Spending Info | $5,183,172 | $7,721,602 | $8,157,883 | $8,571,629 | $8,992,811 | $9,411,540 | $9,831,078 | $10,250,349 | $10,669,708 | $11,089,038 | $89,878,810 |
| Program Spending Intl | $1,500,000 | $3,000,000 | $5,000,000 | $7,000,000 | $8,000,000 | $10,000,000 | $15,000,000 | $17,500,000 | $20,000,000 | $25,000,000 | $112,000,000 |
| Program Spending Admin | $750,000 | $750,000 | $875,000 | $875,000 | $1,000,000 | $1,000,000 | $1,125,000 | $1,125,000 | $1,250,000 | $1,250,000 | $10,000,000 |
| Program Spending Total | $7,433,172 | $11,471,602 | $14,032,883 | $16,446,629 | $17,992,811 | $20,411,540 | $25,956,078 | $28,875,349 | $31,919,708 | $37,339,038 | $211,878,810 |
| % Spent On Programs | 55.40% | 57.03% | 60.43% | 63.17% | 64.00% | 66.09% | 70.24% | 71.74% | 72.81% | 75.16% | 65.61% |
| | | | | | | | | | | | |
| Total Spending | $13,416,344 | $20,114,205 | $23,222,765 | $26,036,258 | $28,114,623 | $30,884,979 | $36,951,256 | $40,250,698 | $43,839,416 | $49,678,077 | $312,508,621 |
| | | | | | | | | | | | |
| Surgeries | 42,857 | 85,714 | 142,857 | 200,000 | 228,571 | 285,714 | 428,571 | 500,000 | 571,429 | 714,286 | 3,200,000 |
| | | | | | | | | | | | |
| Overhead And Admin | $750,000 | $750,000 | $875,000 | $875,000 | $1,000,000 | $1,000,000 | $1,125,000 | $1,125,000 | $1,250,000 | $1,250,000 | $10,000,000 |
| % Total Spending To Overhea | 5.59% | 3.73% | 3.77% | 3.36% | 3.56% | 3.24% | 3.04% | 2.79% | 2.85% | 2.52% | 3.20% |
| | | | | | | | | | | | |
| Impact Loan Interest | $195,000 | $171,000 | $157,000 | $143,000 | $129,000 | $61,900 | $39,100 | | | | $896,000 |
| | | | | | | | | | | | |
| Yearly Net Surplus | -$3,442,216 | -$3,112,900 | -$1,114,350 | -$927,332 | $2,053,408 | $2,360,994 | $238,457 | $994,375 | $1,523,422 | -$181,809 | -$1,607,951 |
| | | | | | | | | | | | |
| Total Assets | $12,178,631 | $9,265,731 | $8,151,381 | $7,224,049 | $9,277,457 | $5,188,451 | $5,426,908 | $6,421,283 | $7,944,705 | $7,762,896 | |

WW_EMAILS0224264

MONTHLY DETAILS

## Section 1

| | Oct-13 | Nov-13 | Dec-13 | Jan-14 | Feb-14 | Mar-14 | Apr-14 | May-14 | Jun-14 | Jul-14 | Aug-14 | Sep-14 | TOTAL | through June 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ACQUISITION** | | | | | | | | | | | | | | |
| Spending | $500,000 | $750,000 | $1,000,000 | $750,000 | $750,000 | $750,000 | $750,000 | $750,000 | $750,000 | $750,000 | $750,000 | $1,000,000 | $9,250,000 | $6,750,000 |
| Cost per letter mailed | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | | |
| Letters mailed | 1,515,152 | 2,272,727 | 3,030,303 | 2,307,692 | 2,307,692 | 2,307,692 | 2,307,692 | 2,307,692 | 2,307,692 | 2,307,692 | 2,307,692 | 3,076,923 | 28,356,643 | 20,664,336 |
| Response rate | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | | |
| Donations | 6,061 | 9,091 | 12,121 | 9,231 | 9,231 | 9,231 | 9,231 | 9,231 | 9,231 | 9,231 | 9,231 | 12,308 | 113,427 | 82,657 |
| Average donation | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | | |
| Revenue | $242,424 | $363,636 | $484,848 | $369,231 | $369,231 | $369,231 | $369,231 | $369,231 | $369,231 | $369,231 | $369,231 | $492,308 | $4,537,063 | $3,306,294 |
| New donors | 6,061 | 9,091 | 12,121 | 9,231 | 9,231 | 9,231 | 9,231 | 9,231 | 9,231 | 9,231 | 9,231 | 12,308 | 113,427 | 82,657 |
| Net | -$257,576 | -$386,364 | -$515,152 | -$380,769 | -$380,769 | -$380,769 | -$380,769 | -$380,769 | -$380,769 | -$380,769 | -$380,769 | -$507,692 | -$4,712,937 | -$3,443,706 |
| Total donors | 72,000 | 81,091 | 93,212 | 102,443 | 111,674 | 120,904 | 130,135 | 139,366 | 148,597 | 157,828 | 167,058 | 179,366 | 179,366 | 999,422 |
| Cost per dollar raised | $ 2.06 | $ 2.06 | $ 2.06 | $ 2.06 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | 2.03 | | |
| **RENEWAL** | | | | | | | | | | | | | | |
| Mailable donors | 47,952 | 54,007 | 62,079 | 68,227 | 74,375 | 80,522 | 86,670 | 92,818 | 98,965 | 105,113 | 111,261 | 119,458 | 1,394,911 | 921,902 |
| Letters mailed (1.5 mailings per month) | 71,928 | 71,928 | 81,010 | 93,119 | 102,340 | 111,562 | 120,784 | 130,005 | 139,227 | 148,448 | 157,670 | 166,891 | | |
| Cost per letter mailed | $0.50 | $0.50 | $0.50 | $0.50 | $0.50 | $0.50 | $0.50 | $0.45 | $0.45 | $0.45 | $0.45 | $0.45 | | |
| Spending | $35,964 | $35,964 | $40,505 | $46,559 | $51,170 | $55,781 | $60,392 | $58,502 | $62,652 | $66,802 | $70,951 | $75,101 | $660,342 | $447,490 |
| Response rate | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | | |
| Donations | 2,697 | 2,697 | 3,038 | 3,492 | 3,838 | 4,184 | 4,529 | 4,875 | 5,221 | 5,567 | 5,913 | 6,258 | 52,309 | 34,571 |
| Average donation | $37.00 | $37.00 | $37.00 | $37.00 | $37.00 | $37.00 | $37.00 | $37.00 | $37.00 | $37.00 | $37.00 | $37.00 | | |
| Revenue | $99,800 | $99,800 | $112,401 | $129,202 | $141,997 | $154,792 | $167,587 | $180,382 | $193,177 | $205,972 | $218,767 | $231,562 | $1,935,440 | $1,279,140 |
| Net | $63,836 | $63,836 | $71,896 | $82,643 | $90,827 | $99,011 | $107,195 | $121,880 | $130,525 | $139,170 | $147,815 | $156,461 | $1,275,096 | $831,650 |
| Cost per dollar raised | $ 0.36 | $ 0.36 | $ 0.36 | $ 0.36 | $ 0.36 | $ 0.36 | $ 0.36 | $ 0.32 | $ 0.32 | $ 0.32 | $ 0.32 | 0.32 | | |
| **TOTAL DM SPENDING** | | | | | | | | | | | | | $9,910,344 | $7,197,490 |
| **TOTAL DM REVENUE** | | | | | | | | | | | | | $6,472,502 | $4,585,433 |
| **COMBINED NET** | -$193,740 | -$322,528 | -$443,255 | -$298,126 | -$289,942 | -$281,758 | -$273,574 | -$258,889 | -$250,244 | -$241,599 | -$232,954 | -$351,232 | ==-$3,437,841== | -$2,612,056 |

## Section 2

| | Oct-14 | Nov-14 | Dec-14 | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | Jul-15 | Aug-15 | Sep-15 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ACQUISITION** | | | | | | | | | | | | | |
| Spending | $1,500,000 | $1,500,000 | $1,500,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $13,500,000 |
| Cost per letter mailed | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | |
| Letters mailed | 4,615,385 | 4,615,385 | 4,615,385 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 41,538,462 |
| Response rate | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | |
| Donations | 18,462 | 18,462 | 18,462 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 166,154 |
| Average donation | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | |
| Revenue | $738,462 | $738,462 | $738,462 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $6,646,154 |
| New donors | 18,462 | 18,462 | 18,462 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 166,154 |
| Net | -$761,538 | -$761,538 | -$761,538 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$6,853,846 |
| Total donors | 197,828 | 216,289 | 234,751 | 247,058 | 259,366 | 271,674 | 283,981 | 296,289 | 308,597 | 320,904 | 333,212 | 345,520 | 345,520 |
| Cost per dollar raised | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | 2.03 | |
| **RENEWAL** | | | | | | | | | | | | | |
| Mailable donors | 115,929 | 126,226 | 135,858 | 142,026 | 148,194 | 154,362 | 160,530 | 166,699 | 172,867 | 179,035 | 185,203 | 190,695 | |
| Letters mailed (2.1 mailings per month) | 243,451 | 265,075 | 285,301 | 298,254 | 311,208 | 324,161 | 337,114 | 350,067 | 363,020 | 375,974 | 388,927 | 400,460 | 3,943,012 |
| Cost per letter mailed | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | |
| Spending | $97,380 | $106,030 | $114,120 | $119,302 | $124,483 | $129,664 | $134,846 | $140,027 | $145,208 | $150,389 | $155,571 | $160,184 | $1,577,205 |
| Response rate | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | |
| Donations | 9,129 | 9,940 | 10,699 | 11,185 | 11,670 | 12,156 | 12,642 | 13,128 | 13,613 | 14,099 | 14,585 | 15,017 | 147,863 |
| Average donation | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | |
| Revenue | $346,917 | $377,732 | $406,554 | $425,013 | $443,471 | $461,929 | $480,387 | $498,846 | $517,304 | $535,762 | $554,221 | $570,655 | $5,618,792 |
| Net | $249,537 | $271,702 | $292,434 | $305,711 | $318,988 | $332,265 | $345,542 | $358,819 | $372,096 | $385,373 | $398,650 | $410,471 | $4,041,587 |
| **TOTAL DM SPENDING** | | | | | | | | | | | | | $15,077,205 |
| **TOTAL DM REVENUE** | | | | | | | | | | | | | $12,264,946 |
| **COMBINED NET** | -$512,001 | -$489,836 | -$469,105 | -$201,982 | -$188,705 | -$175,427 | -$162,150 | -$148,873 | -$135,596 | -$122,319 | -$109,042 | -$97,221 | -$2,812,259 |

## Section 3

| | Oct-15 | Nov-15 | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 | Aug-16 | Sep-16 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ACQUISITION** | | | | | | | | | | | | |

WW_EMAILS0224264

| | Oct-16 | Nov-16 | Dec-16 | Jan-17 | Feb-17 | Mar-17 | Apr-17 | May-17 | Jun-17 | Jul-17 | Aug-17 | Sep-17 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Spending | $1,500,000 | $1,500,000 | $1,500,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $13,500,000 |
| Cost per letter mailed | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | |
| Letters mailed | 4,615,385 | 4,615,385 | 4,615,385 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 41,538,462 |
| Response rate | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | |
| Donations | 18,462 | 18,462 | 18,462 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 166,154 |
| Average donation | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | |
| Revenue | $738,462 | $738,462 | $738,462 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $6,646,154 |
| New donors | 18,462 | 18,462 | 18,462 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 166,154 |
| Net | -$761,538 | -$761,538 | -$761,538 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$6,853,846 |
| Total donors | 363,981 | 382,443 | 400,904 | 413,212 | 425,520 | 437,828 | 450,135 | 462,443 | 474,751 | 487,058 | 499,366 | 511,674 | 511,674 |
| Cost per dollar raised | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | |
| **RENEWAL** | | | | | | | | | | | | | |
| Mailable donors | 204,155 | 213,052 | 222,169 | 228,331 | 234,492 | 240,654 | 246,815 | 252,976 | 259,138 | 265,299 | 271,461 | 277,845 | |
| Letters mailed (1.5 mailings per month) | 428,726 | 447,410 | 466,556 | 479,495 | 492,434 | 505,372 | 518,311 | 531,250 | 544,189 | 557,128 | 570,067 | 583,475 | 6,124,414 |
| Cost per letter mailed | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | |
| Spending | $171,490 | $178,964 | $186,622 | $191,798 | $196,973 | $202,149 | $207,325 | $212,500 | $217,676 | $222,851 | $228,027 | $233,390 | $2,449,765 |
| Response rate | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | |
| Donations | 16,077 | 16,778 | 17,496 | 17,981 | 18,466 | 18,951 | 19,437 | 19,922 | 20,407 | 20,892 | 21,378 | 21,880 | 229,666 |
| Average donation | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | |
| Revenue | $610,934 | $637,559 | $664,842 | $683,280 | $701,718 | $720,156 | $738,594 | $757,032 | $775,470 | $793,908 | $812,346 | $831,452 | $8,727,289 |
| Net | $439,444 | $458,595 | $478,219 | $491,482 | $504,744 | $518,007 | $531,269 | $544,532 | $557,794 | $571,057 | $584,319 | $598,062 | $6,277,524 |
| **TOTAL DM SPENDING** | | | | | | | | | | | | | $15,949,765 |
| **TOTAL DM REVENUE** | | | | | | | | | | | | | $15,373,443 |
| **COMBINED NET** | -$322,095 | -$302,943 | -$283,319 | -$16,210 | -$2,948 | $10,314 | $23,577 | $36,839 | $50,102 | $63,364 | $76,627 | $90,370 | -$576,322 |

| | Oct-16 | Nov-16 | Dec-16 | Jan-17 | Feb-17 | Mar-17 | Apr-17 | May-17 | Jun-17 | Jul-17 | Aug-17 | Sep-17 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ACQUISITION** | | | | | | | | | | | | | |
| Spending | $1,500,000 | $1,500,000 | $1,500,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $13,500,000 |
| Cost per letter mailed | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | |
| Letters mailed | 4,615,385 | 4,615,385 | 4,615,385 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 41,538,462 |
| Response rate | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | |
| Donations | 18,462 | 18,462 | 18,462 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 166,154 |
| Average donation | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | |
| Revenue | $738,462 | $738,462 | $738,462 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $6,646,154 |
| New donors | 18,462 | 18,462 | 18,462 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 166,154 |
| Net | -$761,538 | -$761,538 | -$761,538 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$6,853,846 |
| Total donors | 530,135 | 548,597 | 567,058 | 579,366 | 591,674 | 603,981 | 616,289 | 628,597 | 640,904 | 653,212 | 665,520 | 677,828 | 677,828 |
| Cost per dollar raised | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | |
| **RENEWAL** | | | | | | | | | | | | | |
| Mailable donors | 285,489 | 295,058 | 304,345 | 310,509 | 316,672 | 322,836 | 329,000 | 335,163 | 341,327 | 347,491 | 353,654 | 359,744 | |
| Letters mailed (1.5 mailings per month) | 599,968 | 619,622 | 639,124 | 652,068 | 665,012 | 677,955 | 690,899 | 703,843 | 716,786 | 729,730 | 742,674 | 755,463 | 8,193,144 |
| Cost per letter mailed | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | |
| Spending | $239,987 | $247,849 | $255,650 | $260,827 | $266,005 | $271,182 | $276,360 | $281,537 | $286,715 | $291,892 | $297,070 | $302,185 | $3,277,258 |
| Response rate | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | |
| Donations | 22,499 | 23,236 | 23,967 | 24,453 | 24,938 | 25,423 | 25,909 | 26,394 | 26,879 | 27,365 | 27,850 | 28,330 | 307,243 |
| Average donation | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | |
| Revenue | $854,954 | $882,962 | $910,752 | $929,197 | $947,642 | $966,086 | $984,531 | $1,002,976 | $1,021,421 | $1,039,865 | $1,058,310 | $1,076,534 | $11,675,231 |
| Net | $614,967 | $635,113 | $655,102 | $668,370 | $681,637 | $694,904 | $708,172 | $721,439 | $734,706 | $747,973 | $761,241 | $774,349 | $8,397,973 |
| **TOTAL DM SPENDING** | | | | | | | | | | | | | $16,777,258 |
| **TOTAL DM REVENUE** | | | | | | | | | | | | | $18,321,384 |
| **COMBINED NET** | -$146,572 | -$126,426 | -$106,436 | $160,677 | $173,945 | $187,212 | $200,479 | $213,747 | $227,014 | $240,281 | $253,548 | $266,657 | $1,544,127 |

| | Oct-17 | Nov-17 | Dec-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ACQUISITION** | | | | | | | | | | | | | |
| Spending | $1,500,000 | $1,500,000 | $1,500,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $13,500,000 |
| Cost per letter mailed | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | |

| | Oct-18 | Nov-18 | Dec-18 | Jan-19 | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Letters mailed | 4,615,385 | 4,615,385 | 4,615,385 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 41,538,462 |
| Response rate | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | |
| Donations | 18,462 | 18,462 | 18,462 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 166,154 |
| Average donation | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | |
| Revenue | $738,462 | $738,462 | $738,462 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $6,646,154 |
| New donors | 18,462 | 18,462 | 18,462 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 166,154 |
| Net | -$761,538 | -$761,538 | -$761,538 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$6,853,846 |
| Total donors | 696,289 | 714,751 | 733,212 | 745,520 | 757,828 | 770,135 | 782,443 | 794,751 | 807,058 | 819,366 | 831,674 | 843,981 | 843,981 |
| Cost per dollar raised | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | |
| **RENEWAL** | | | | | | | | | | | | | |
| Mailable donors | 369,448 | 378,655 | 387,885 | 394,048 | 400,211 | 406,374 | 412,537 | 418,700 | 424,863 | 431,026 | 437,189 | 443,376 | |
| Letters mailed (1.5 mailings per month) | 775,841 | 795,175 | 814,559 | 827,502 | 840,444 | 853,386 | 866,328 | 879,270 | 892,212 | 905,154 | 918,096 | 931,090 | 10,299,056 |
| Cost per letter mailed | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | |
| Spending | $310,336 | $318,070 | $325,824 | $331,001 | $336,177 | $341,354 | $346,531 | $351,708 | $356,885 | $362,062 | $367,239 | $372,436 | $4,119,623 |
| Response rate | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | |
| Donations | 29,094 | 29,819 | 30,546 | 31,031 | 31,517 | 32,002 | 32,487 | 32,973 | 33,458 | 33,943 | 34,429 | 34,916 | 386,215 |
| Average donation | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | |
| **Revenue** | $1,105,573 | $1,133,124 | $1,160,747 | $1,179,190 | $1,197,632 | $1,216,075 | $1,234,517 | $1,252,960 | $1,271,402 | $1,289,845 | $1,308,287 | $1,326,803 | $14,676,155 |
| Net | $795,237 | $815,054 | $834,923 | $848,189 | $861,455 | $874,720 | $887,986 | $901,252 | $914,517 | $927,783 | $941,049 | $954,367 | $10,556,533 |

| | | TOTAL |
|---|---|---|
| **TOTAL DM SPENDING** | | $17,619,623 |
| **TOTAL DM REVENUE** | | $21,322,309 |

| **COMBINED NET** | $33,698 | $53,516 | $73,385 | $340,497 | $353,762 | $367,028 | $380,294 | $393,560 | $406,825 | $420,091 | $433,357 | $446,675 | $3,702,687 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| **ACQUISITION** | Oct-18 | Nov-18 | Dec-18 | Jan-19 | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Spending | $1,500,000 | $1,500,000 | $1,500,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $13,500,000 |
| Cost per letter mailed | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | |
| Letters mailed | 4,615,385 | 4,615,385 | 4,615,385 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 41,538,462 |
| Response rate | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | |
| Donations | 18,462 | 18,462 | 18,462 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 166,154 |
| Average donation | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | |
| Revenue | $738,462 | $738,462 | $738,462 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $6,646,154 |
| New donors | 18,462 | 18,462 | 18,462 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 166,154 |
| Net | -$761,538 | -$761,538 | -$761,538 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$6,853,846 |
| Total donors | 862,443 | 880,904 | 899,366 | 911,674 | 923,981 | 936,289 | 948,597 | 960,904 | 973,212 | 985,520 | 997,828 | 1,010,135 | 1,010,135 |
| Cost per dollar raised | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | 1,010,135 |
| **RENEWAL** | | | | | | | | | | | | | |
| Mailable donors | 452,469 | 461,726 | 470,976 | 477,139 | 483,302 | 489,465 | 495,628 | 501,791 | 507,955 | 514,118 | 520,281 | 526,436 | |
| Letters mailed (1.5 mailings per month) | 950,185 | 969,625 | 989,049 | 1,001,991 | 1,014,934 | 1,027,877 | 1,040,819 | 1,053,762 | 1,066,704 | 1,079,647 | 1,092,590 | 1,105,516 | 12,392,699 |
| Cost per letter mailed | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | |
| Spending | $380,074 | $387,850 | $395,619 | $400,797 | $405,974 | $411,151 | $416,328 | $421,505 | $426,682 | $431,859 | $437,036 | $442,206 | $4,957,079 |
| Response rate | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | |
| Donations | 35,632 | 36,361 | 37,089 | 37,575 | 38,060 | 38,545 | 39,031 | 39,516 | 40,001 | 40,487 | 40,972 | 41,457 | 464,726 |
| Average donation | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | |
| Revenue | $1,354,014 | $1,381,716 | $1,409,394 | $1,427,838 | $1,446,281 | $1,464,724 | $1,483,167 | $1,501,611 | $1,520,054 | $1,538,497 | $1,556,940 | $1,575,360 | $17,659,596 |
| Net | $973,940 | $993,866 | $1,013,775 | $1,027,041 | $1,040,307 | $1,053,573 | $1,066,840 | $1,080,106 | $1,093,372 | $1,106,638 | $1,119,904 | $1,133,153 | $12,702,516 |

| | | TOTAL |
|---|---|---|
| **TOTAL DM SPENDING** | | $18,457,079 |
| **TOTAL DM REVENUE** | | $24,305,749 |

| **COMBINED NET** | $212,401 | $232,327 | $252,236 | $519,349 | $532,615 | $545,881 | $559,147 | $572,414 | $585,680 | $598,946 | $612,212 | $625,461 | $5,848,670 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| **ACQUISITION** | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Spending | $1,500,000 | $1,500,000 | $1,500,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $13,500,000 |
| Cost per letter mailed | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | |
| Letters mailed | 4,615,385 | 4,615,385 | 4,615,385 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 41,538,462 |
| Response rate | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | |

| | | | | | | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Donations | 18,462 | 18,462 | 18,462 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 166,154 |
| Average donation | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | |
| Revenue | $738,462 | $738,462 | $738,462 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $6,646,154 |
| New donors | 18,462 | 18,462 | 18,462 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 166,154 |
| Net | -$761,538 | -$761,538 | -$761,538 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$6,853,846 |
| Total donors | 1,028,597 | 1,047,058 | 1,065,520 | 1,077,828 | 1,090,135 | 1,102,443 | 1,114,751 | 1,127,058 | 1,139,366 | 1,151,674 | 1,163,981 | 1,176,289 | 1,176,289 |
| Cost per dollar raised | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | |

**RENEWAL**

| | | | | | | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mailable donors | 535,731 | 544,971 | 554,214 | 560,377 | 566,540 | 572,704 | 578,867 | 585,030 | 591,193 | 597,356 | 603,519 | 609,685 | |
| Letters mailed (1.5 mailings per month) | 1,125,034 | 1,144,439 | 1,163,850 | 1,176,792 | 1,189,735 | 1,202,677 | 1,215,620 | 1,228,562 | 1,241,505 | 1,254,447 | 1,267,390 | 1,280,338 | 14,490,390 |
| Cost per letter mailed | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | |
| Spending | $450,014 | $457,776 | $465,540 | $470,717 | $475,894 | $481,071 | $486,248 | $491,425 | $496,602 | $501,779 | $506,956 | $512,135 | $5,796,156 |
| Response rate | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | |
| Donations | 42,189 | 42,916 | 43,644 | 44,130 | 44,615 | 45,100 | 45,586 | 46,071 | 46,556 | 47,042 | 47,527 | 48,013 | 543,390 |
| Average donation | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | |
| Revenue | $1,603,174 | $1,630,826 | $1,658,486 | $1,676,929 | $1,695,372 | $1,713,815 | $1,732,258 | $1,750,701 | $1,769,144 | $1,787,587 | $1,806,030 | $1,824,481 | $20,648,650 |
| Net | $1,153,160 | $1,173,050 | $1,192,946 | $1,206,212 | $1,219,478 | $1,232,744 | $1,246,010 | $1,259,276 | $1,272,542 | $1,285,808 | $1,299,074 | $1,312,346 | $14,852,650 |

| | | | | | | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL DM SPENDING** | | | | | | | | | | | | | $19,296,156 |
| **TOTAL DM REVENUE** | | | | | | | | | | | | | $27,294,959 |
| **COMBINED NET** | $391,622 | $411,512 | $431,408 | $698,520 | $711,786 | $725,052 | $738,318 | $751,584 | $764,850 | $778,116 | $791,382 | $804,654 | $7,998,803 |

| | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ACQUISITION** | | | | | | | | | | | | | |
| Spending | $1,500,000 | $1,500,000 | $1,500,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $13,500,000 |
| Cost per letter mailed | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | |
| Letters mailed | 4,615,385 | 4,615,385 | 4,615,385 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 41,538,462 |
| Response rate | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | |
| Donations | 18,462 | 18,462 | 18,462 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 166,154 |
| Average donation | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | |
| Revenue | $738,462 | $738,462 | $738,462 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $6,646,154 |
| New donors | 18,462 | 18,462 | 18,462 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 166,154 |
| Net | -$761,538 | -$761,538 | -$761,538 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$6,853,846 |
| Total donors | 1,194,751 | 1,213,212 | 1,231,674 | 1,243,981 | 1,256,289 | 1,268,597 | 1,280,904 | 1,293,212 | 1,305,520 | 1,317,828 | 1,330,135 | 1,342,443 | 1,342,443 |
| Cost per dollar raised | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | |
| **RENEWAL** | | | | | | | | | | | | | |
| Mailable donors | 618,913 | 628,159 | 637,404 | 643,567 | 649,730 | 655,893 | 662,056 | 668,219 | 674,383 | 680,546 | 686,709 | 692,871 | |
| Letters mailed (1.5 mailings per month) | 1,299,717 | 1,319,133 | 1,338,548 | 1,351,491 | 1,364,433 | 1,377,376 | 1,390,318 | 1,403,261 | 1,416,203 | 1,429,146 | 1,442,088 | 1,455,029 | 16,586,745 |
| Cost per letter mailed | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | |
| Spending | $519,887 | $527,653 | $535,419 | $540,596 | $545,773 | $550,950 | $556,127 | $561,304 | $566,481 | $571,658 | $576,835 | $582,012 | $6,634,698 |
| Response rate | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | |
| Donations | 48,739 | 49,468 | 50,196 | 50,681 | 51,166 | 51,652 | 52,137 | 52,622 | 53,108 | 53,593 | 54,078 | 54,564 | 622,003 |
| Average donation | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | |
| Revenue | $1,852,097 | $1,879,765 | $1,907,431 | $1,925,874 | $1,944,318 | $1,962,761 | $1,981,204 | $1,999,647 | $2,018,090 | $2,036,533 | $2,054,976 | $2,073,417 | $23,636,112 |
| Net | $1,332,210 | $1,352,112 | $1,372,012 | $1,385,278 | $1,398,544 | $1,411,810 | $1,425,076 | $1,438,342 | $1,451,609 | $1,464,875 | $1,478,141 | $1,491,405 | $17,001,414 |

| | | | | | | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL DM SPENDING** | | | | | | | | | | | | | $20,134,698 |
| **TOTAL DM REVENUE** | | | | | | | | | | | | | $30,282,265 |
| **COMBINED NET** | $570,671 | $590,573 | $610,474 | $877,586 | $890,852 | $904,118 | $917,384 | $930,650 | $943,916 | $957,182 | $970,448 | $983,713 | $10,147,567 |

| | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ACQUISITION** | | | | | | | | | | | | | |
| Spending | $1,500,000 | $1,500,000 | $1,500,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $13,500,000 |
| Cost per letter mailed | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | |
| Letters mailed | 4,615,385 | 4,615,385 | 4,615,385 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 41,538,462 |
| Response rate | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | |
| Donations | 18,462 | 18,462 | 18,462 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 166,154 |
| Average donation | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | |

| | Oct-22 | Nov-22 | Dec-22 | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Sep-23 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $738,462 | $738,462 | $738,462 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $6,646,154 |
| New donors | 18,462 | 18,462 | 18,462 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 166,154 |
| Net | -$761,538 | -$761,538 | -$761,538 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$6,853,846 |
| Total donors | 1,360,904 | 1,379,366 | 1,397,828 | 1,410,135 | 1,422,443 | 1,434,751 | 1,447,058 | 1,459,366 | 1,471,674 | 1,483,981 | 1,496,289 | 1,508,597 | 1,508,597 |
| Cost per dollar raised | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | |
| **RENEWAL** | | | | | | | | | | | | | |
| Mailable donors | 702,121 | 711,365 | 720,610 | 726,773 | 732,936 | 739,099 | 745,262 | 751,425 | 757,588 | 763,752 | 769,915 | 776,078 | |
| Letters mailed (1.5 mailings per month) | 1,474,454 | 1,493,867 | 1,513,281 | 1,526,223 | 1,539,166 | 1,552,108 | 1,565,051 | 1,577,993 | 1,590,936 | 1,603,878 | 1,616,821 | 1,629,764 | 18,683,541 |
| Cost per letter mailed | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | |
| Spending | $589,782 | $597,547 | $605,312 | $610,489 | $615,666 | $620,843 | $626,020 | $631,197 | $636,374 | $641,551 | $646,728 | $651,906 | $7,473,416 |
| Response rate | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | |
| Donations | 55,292 | 56,020 | 56,748 | 57,233 | 57,719 | 58,204 | 58,689 | 59,175 | 59,660 | 60,145 | 60,631 | 61,116 | 700,633 |
| Average donation | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | |
| Revenue | $2,101,097 | $2,128,761 | $2,156,425 | $2,174,868 | $2,193,311 | $2,211,754 | $2,230,197 | $2,248,640 | $2,267,083 | $2,285,526 | $2,303,969 | $2,322,413 | $26,624,046 |
| Net | $1,511,316 | $1,531,214 | $1,551,113 | $1,564,379 | $1,577,645 | $1,590,911 | $1,604,177 | $1,617,443 | $1,630,709 | $1,643,975 | $1,657,241 | $1,670,508 | $19,150,630 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL DM SPENDING** | | | | | | | | | | | | | $20,973,416 |
| **TOTAL DM REVENUE** | | | | | | | | | | | | | $33,270,200 |
| **COMBINED NET** | $749,777 | $769,675 | $789,574 | $1,056,686 | $1,069,952 | $1,083,219 | $1,096,485 | $1,109,751 | $1,123,017 | $1,136,283 | $1,149,549 | $1,162,816 | $12,296,783 |

| | Oct-22 | Nov-22 | Dec-22 | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Sep-23 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ACQUISITION** | | | | | | | | | | | | | |
| Spending | $1,500,000 | $1,500,000 | $1,500,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $13,500,000 |
| Cost per letter mailed | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | $0.33 | |
| Letters mailed | 4,615,385 | 4,615,385 | 4,615,385 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 3,076,923 | 41,538,462 |
| Response rate | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | 0.40% | |
| Donations | 18,462 | 18,462 | 18,462 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 166,154 |
| Average donation | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | |
| Revenue | $738,462 | $738,462 | $738,462 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $492,308 | $6,646,154 |
| New donors | 18,462 | 18,462 | 18,462 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 12,308 | 166,154 |
| Net | -$761,538 | -$761,538 | -$761,538 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$507,692 | -$6,853,846 |
| Total donors | 1,527,058 | 1,545,520 | 1,563,981 | 1,576,289 | 1,588,597 | 1,600,904 | 1,613,212 | 1,625,520 | 1,637,828 | 1,650,135 | 1,662,443 | 1,674,751 | 1,674,751 |
| Cost per dollar raised | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | $ 2.03 | |
| **RENEWAL** | | | | | | | | | | | | | |
| Mailable donors | 785,321 | 794,566 | 803,810 | 809,973 | 816,137 | 822,300 | 828,463 | 834,626 | 840,789 | 846,952 | 853,115 | 859,278 | |
| Letters mailed (1.5 mailings per month) | 1,649,174 | 1,668,588 | 1,688,002 | 1,700,944 | 1,713,887 | 1,726,829 | 1,739,772 | 1,752,714 | 1,765,657 | 1,778,599 | 1,791,542 | 1,804,484 | 20,780,192 |
| Cost per letter mailed | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | $0.40 | |
| Spending | $659,670 | $667,435 | $675,201 | $680,378 | $685,555 | $690,732 | $695,909 | $701,086 | $706,263 | $711,440 | $716,617 | $721,794 | $8,312,077 |
| Response rate | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | |
| Donations | 61,844 | 62,572 | 63,300 | 63,785 | 64,271 | 64,756 | 65,241 | 65,727 | 66,212 | 66,697 | 67,183 | 67,668 | 779,257 |
| Average donation | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | $38.00 | |
| Revenue | $2,350,073 | $2,377,738 | $2,405,402 | $2,423,846 | $2,442,289 | $2,460,732 | $2,479,175 | $2,497,618 | $2,516,061 | $2,534,504 | $2,552,947 | $2,571,390 | $29,611,773 |
| Net | $1,690,403 | $1,710,303 | $1,730,202 | $1,743,468 | $1,756,734 | $1,770,000 | $1,783,266 | $1,796,532 | $1,809,798 | $1,823,064 | $1,836,330 | $1,849,596 | $21,299,696 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL DM SPENDING** | | | | | | | | | | | | | $21,812,077 |
| **TOTAL DM REVENUE** | | | | | | | | | | | | | $36,257,927 |
| **COMBINED NET** | $928,865 | $948,764 | $968,663 | $1,235,776 | $1,249,042 | $1,262,308 | $1,275,574 | $1,288,840 | $1,302,106 | $1,315,372 | $1,328,638 | $1,341,904 | $14,445,850 |

$130,750,000

WW_EMAILS0224264

MULLANEY
EXHIBIT 27



EXHIBIT -27

Brian Mullaney

8/17/17

S. Arielle Santos, RPR, CSR

**TransPerfect Legal**