# FUCHS
# 8/15/2017

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------

In Re:
                        Chapter 11
WonderWork, Inc.,
                        Case No.
        Debtor.          16-13607(MV)

---------------------------------------


CONTINUED INTERVIEW OF HANA FUCHS

VOLUME II

August 15, 2017

New York, New York


Reported by:

DEBRA STEVENS

Job no: 19434

1
2     CONTINUED INTERVIEW OF HANA
3  FUCHS, taken by the Examiner, at the
4  offices of Loeb & Loeb, 345 Park Avenue,
5  New York, New York, on Tuesday, August 15,
6  2017, at 11:00 a.m., before DEBRA STEVENS,
7  a Certified Realtime and Registered
8  Professional Reporter and Notary Public
9  within and for the State of New York.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2        A P P E A R A N C E S :
3
    LOEB & LOEB LLP
4        Attorneys for Examiner
    345 Park Avenue
5   New York, New York 10154-1895
6     BY:  WALTER H. CURCHACK, ESQ.
        wcurchack@loeb.com
7
        JASON R. LILIEN, ESQ.
8       jlilien@loeb.com
9       BETHANY SIMMONS, ESQ.
        bsimmons@loeb.com
10
11
    CARTER LEDYARD & MILBURN LLP
12       Attorneys for WonderWork, Inc.
    2 Wall Street
13  New York, New York 10005
14    BY:  LEONARDO TRIVIGNO, ESQ.
        trivigno@clm.com
15
16
    ALSO PRESENT:
17
        MICHAEL BERKIN,
18      Goldin Associates, LLC
19      GARY POLKOWITZ,
        Goldin Associates, LLC
20
21
22
23
24
25

1
2        E X A M I N A T I O N S
3  Witness                        Page
4  By Mr. Curchack              219
5
6        E X H I B I T S
    Fuchs
    Exhibits    Description     Page
7
    Exhibit 21  1/20/15 email      221
8
    Exhibit 22  7/1/15 letter, Bates   228
9       012929
10  Exhibit 23  6/15/16 email and     231
        attached schedule
11
    Exhibit 24  20/20/20         241
12      solicitation, Bates
        2938 to 2942
13
    Exhibit 25  Email thread, Bates   251
14      0020553
15  Exhibit 26  Email thread, Bates   262
        0022194
16
    Exhibit 27  WonderWork field      264
17      reports
18  Exhibit 28  10/21/16 email with   267
        attached spreadsheet,
19      Bates 0040124
20  Exhibit 29  20/20/20         270
        solicitation, Bates
21      WON 02544 through
        02555
22
    Exhibit 30  Solicitation, Bates   280
23      WON-EX 9333
24  Exhibit 31  Spreadsheet        288
25      (Continued)

1
2        E X H I B I T S
    Fuchs
3   Exhibits    Description     Page
4   Exhibit 32  Draft, Bates 07834    304
5   Exhibit 33  Email thread, Bates   307
        0011581
6
    Exhibit 34  Email thread, Bates   310
7       0011330
8   Exhibit 35  Employment Agreement,  316
        Bates WON 01237
9       through 01248
10  Exhibit 36  Email thread, Bates   317
        38117
11
    Exhibit 37  Four-page        321
12      spreadsheet, Bates
        WON 07285 through
13      7288
14  Exhibit 38  Spreadsheet, Bates    321
        WON 07289
15
    Exhibit 39  8/28/12 email, Bates   335
16      07290
17  Exhibit 40  Email thread, Bates   348
        07291 through '292
18
    Exhibit 41  4/5/14 email thread,   351
19      Bates 07293
20  Exhibit 42  10/21/14 email, Bates  357
        7296
21
    Exhibit 43  3/9/15 email, Bates    359
22      7300 and 7301
23  Exhibit 44  4/20/15 email, Bates   364
        7302
24
    Exhibit 45  Letter dated April    376
25      7th, Bates 70255

1       Proceedings
2           MR. CURCHACK:  Good morning,
3    Ms. Fuchs.
4           MS. FUCHS:  Good morning.
5           MR. CURCHACK:  Good morning,
6    Len.  Welcome back.
7           MR. TRIVIGNO:  Good morning.
8    EXAMINATION BY
9    MR. CURCHACK:
10       Q.   Did you review any documents
11   since we broke last night?
12       A.   No, I didn't.  Should I have?  I
13   was exhausted.  Sorry.
14       Q.   Did you have any discussions
15   with anyone about the examination?
16       A.   No, I didn't.
17       Q.   Thank you.
18           A couple of loose ends to tie
19   up.  Before 2017, did you ever do a
20   year-end reconciliation of the restricted
21   and unrestricted fund accounts?
22       A.   Yes, I did.  Every year we did a
23   reconciliation for the auditors.
24       Q.   And was it the same basic
25   process every year?

1           H. Fuchs
2       A.   With KPMG, yes, it was.
3       Q.   But the process is changed now?
4       A.   Yes.  We changed it now.
5       Q.   So with respect to the
6    2016-fiscal year?
7       A.   That's correct.  And then we
8    went back and looked at '15 as well.
9       Q.   Thank you.
10          Could you, in your own words,
11   tell us what you understand the test for
12   allowing direct mail costs to be allocated
13   to program services is?
14       A.   My understanding is that the
15   direct mail piece, or pieces of the direct
16   mail piece, need to meet certain criteria
17   for informational purposes to the public.
18   And whatever is deemed appropriate for
19   that particular accounting policy would
20   be -- that part to be allocated to public
21   information/programs.
22       Q.   And that determination, you told
23   us yesterday, was made either by the
24   accountants initially or by Gary Ellis?
25   Is that correct?

1           H. Fuchs
2       A.   Initially KPMG, along with our
3    marketing company, Target Market.  And
4    then after that, when we moved to CDR, a
5    new marketing company, it was relinquished
6    to Gary Ellis.  So, he has only been doing
7    that short term.  Well, FY '15, '16.
8           MR. CURCHACK:  I would like to
9       mark as the next exhibit an email
10      dated January 20, 2015, from you to
11      Mallory Taaffe and accompanying
12      spreadsheet.
13       Q.   While that is getting marked,
14   who is Mallory Taaffe?
15       A.   Right now I don't recall.  I
16   would have to see her email address.
17           (So marked for identification as
18      Fuchs Exhibit 21.)
19       Q.   Does this refresh your
20   recollection as to who Mallory Taaffe was?
21       A.   Apparently, being it is a KPMG
22   email address, she perhaps was someone
23   working with -- Ryan Leggett was the
24   manager of the job at the time.  Probably
25   a staff person.

1           H. Fuchs
2       Q.   You don't need to read the email
3    because I am not going to ask questions
4    about that, but I would like you to look
5    at the spreadsheet attached.  I just
6    wanted to ask a couple of definitional
7    questions.  What is an acquisition white
8    mail, M-A-I-L?
9       A.   Acquisition is the mail that is
10   sent out to gather new donors.  So an
11   acquisition piece would be sent to people
12   who are not current donors, based on a
13   mailing list that the marketing department
14   would determine to use after they ran it
15   through our donors.
16           White mail, as far as my
17   understanding, is mail that arrives
18   without any solicitation attributed to it.
19   But Janet would be able to explain that
20   much better.
21       Q.   Can you go down to sort of the
22   middle of the page, under "Mail quantity,"
23   it says 1,216,000?  Do you see that line?
24       A.   Yes.
25       Q.   It says, "20/20/20,

1        H. Fuchs
2 October 13th, control single sample with
3 $300 gift array from April and First."
4     Can you tell us what that means?
5    A. I can't really tell you exactly
6 what it means. This is the -- the
7 marketing department labels the direct
8 mail pieces based on the cause, which was
9 20/20/20. It was sent out in
10 October 2013. The rest of it -- "control
11 single sample," I am not sure what that
12 means.
13    Q. Would the -- sorry.
14    A. And the rest "300 gift array," I
15 know 300 gift would be an ask, but I don't
16 know -- I am not familiar with the "array"
17 part of it.
18    Q. Okay. Now, would this be a
19 mailing that is going out to existing
20 donors?
21    A. If it's acquisition, it would
22 not.
23    Q. So looking at the spreadsheet,
24 the first column says "Program." Wherever
25 it says acquisition, all of those did not

1        H. Fuchs
2 go out to prior donors?
3    A. My understanding is they did not
4 go to prior donors. However, perhaps it
5 went to a donor from like Burn Rescue, who
6 was not a 20/20/20. I can't be sure about
7 that. Janet would be able to tell you
8 that more so than I would.
9    Q. Okay.
10    A. But it would be a new donor to
11 20/20/20. That's for sure.
12    Q. Thank you. Just go to the third
13 page, where it says in that first column,
14 it says "Renewal." What does that mean to
15 you?
16    A. To me, this would be a mailing
17 that would go to a preexisting donor to
18 renew their donation.
19    Q. Thank you.
20    I want to go back to the
21 question of in-kind donations. Focusing
22 on the credits, if you will, that
23 WonderWork took for the difference in cost
24 of the surgeries, what the hospitals said
25 it cost and what WonderWork gave to the

1        H. Fuchs
2 hospital, how did you verify those
3 amounts?
4    A. At the time we sent out the
5 survey to the hospitals, the amounts were
6 not verified. At that point we took the
7 hospitals' word for it. However,
8 subsequent, we have done several hospital
9 reviews where some of the information was
10 confirmed. But for the most part, I did
11 not confirm what the hospital said.
12    Q. So other than the hospitals
13 where you actually did obtain the records,
14 you just relied on the hospitals?
15    A. On the hospitals.
16    Q. Okay. And about how many
17 hospitals actually gave you that level of
18 detail?
19    A. Well, I don't want to guess at
20 the moment. I would have to look at the
21 spreadsheets with all the details on it.
22 So, I am sorry.
23    Q. That's okay. If -- and the
24 survey that was sent out to the hospital
25 was the SurveyMonkey?

1        H. Fuchs
2    A. Correct.
3    Q. We have seen that, so we don't
4 have to ask you about it except to see
5 what was done with it. So, is that the
6 information that you would rely on in
7 compiling the aggregate amount of the
8 in-kind donations?
9    A. That is part of the information.
10 I personally don't compile it. Our
11 program group compiles the information.
12 They also obtain grant records from the
13 hospitals with detailed spreadsheets of
14 the surgeries that were done, to confirm
15 that the actual surgeries were performed.
16 It is a grant report for the number of
17 surgeries as opposed to the cost of the
18 surgery.
19    Q. But how many hospitals provide
20 grant reports?
21    A. Every hospital that we fund.
22    Q. Okay.
23    A. Otherwise, we don't fund them
24 anymore.
25    Q. Do you know whether the

4 (Pages 223 to 226)

1       H. Fuchs
2  hospitals know that WonderWork is treating
3  those cost differentials as donations?
4    A.  The hospital -- well, I am not
5  sure exactly what the hospitals think, but
6  we do send a -- I send a letter to the
7  hospitals explaining we would like this
8  information as part of our financial
9  review, and to ensure that they are
10  getting credit for the cost of the
11  surgeries.
12      I am not sure exactly of the
13  wording of the letter.  It went out a
14  while ago.
15      MR. LILIEN:  They are getting
16  credit for the surgeries?
17      MS. FUCHS:  We are including the
18  surgeries as part of the financial
19  report, part of the audit.  I would
20  have to read the letter again.  I
21  haven't seen it for a few months.
22      MR. CURCHACK:  I will ask the
23  reporter to mark as the next exhibit a
24  letter, because I want to ask you if
25  that is the letter you are talking

1       H. Fuchs
2  about.
3      (So marked for identification as
4  Fuchs Exhibit 22.)
5      MR. CURCHACK:  For the record we
6  have marked as Exhibit 22, a letter
7  dated July 1, 2015, signed by Hana
8  Fuchs, addressed "Dear Sir or Madam,"
9  production number 012929.
10    Q.  I am asking is this the letter
11  you were referring to?
12    A.  Yes, this is the letter.
13    Q.  Do you know whether the partners
14  report these in-kind donations on their
15  own financial statements?
16    A.  I don't know.
17    Q.  Do you know whether the board of
18  directors of WonderWork was aware that
19  this is how WonderWork was accounting for
20  these in-kind donations?
21    A.  The board is aware, yes.
22    Q.  What do you base that
23  understanding on?
24    A.  Reviewing -- usually after the
25  half-year period, when we go over the

1       H. Fuchs
2  board presentation that is made, there is
3  an estimated in-kind number in the
4  financials which we explain to the board
5  how -- well, it's explained to the board
6  how we come up with that number.  I don't,
7  but in the process of the board reviewing,
8  the financial part of the board meeting.
9  And at the end of the year, we have a
10  better idea of what number of surgeries
11  that the hospitals have done and explain
12  to them the in-kind contribution and the
13  in-kind expense.
14      MR. LILIEN:  Who has that
15  conversation with the board if you are
16  not present?
17      MS. FUCHS:  Brian will have that
18  conversation.  And J.J. Coneys
19  understands that as well.  So I am not
20  sure what part he plays -- I am not at
21  the meetings so I can't really say,
22  but that's my understanding.
23    Q.  I would like to turn to the
24  topic of matching gifts.  What is your
25  understanding of a matching gift?

1       H. Fuchs
2    A.  Backing off a little, I don't
3  participate in the matching gift process,
4  but my understanding is that major donors
5  will put up money and provide it for a
6  marketing campaign.  They will ask
7  donors -- well, we'll ask donors to send
8  funds in because we have a donor that will
9  match your funds.
10    Q.  And are the donations from the
11  public requested before the matching donor
12  contributes its match?
13    A.  Both.
14    Q.  Who has made matching gifts to
15  WonderWork?
16    A.  Currently we have a major donor,
17  ████████, who has made a matching
18  gift, a big one.
19    Q.  And who else?
20    A.  One of our major donors --
21  several donors have allowed us to use
22  their money, donations that were made
23  previous, ████████████.
24  Two, for example, that I know of.  I
25  actually don't keep records on that.

H. Fuchs

1    MR. LILIEN:  You don't keep
2  records on what?
3    MS. FUCHS:  I don't keep
4  separate records in my general ledger
5  on matching gifts.
6  Q.   Do you keep any records of how
7  the funds for the matches are kept up?
8  A.   I only record the donation and
9  put a note on my general ledger for
10  matching gift, if it is, in fact.  But
11  those donations are recorded in the
12  database by our database group.
13  Q.   "Those donations," meaning?
14  A.   The donations coming in from the
15  solicitation.
16  Q.   I am going to ask the reporter
17  to mark as the next, 23, an email dated
18  June 15, 2016, from Janet Huang to Hana
19  Fuchs.  Actually, also attached to that is
20  a worksheet.
21    (So marked for identification as
22    Fuchs Exhibit 23.)
23  Q.   Have you seen this email and
24  attached schedule?

H. Fuchs

1  A.   June 2016.  Yes.
2  Q.   So, in fact, you -- withdrawn.
3  Who prepared this schedule?
4  A.   This schedule was prepared
5  either -- by the marketing group, Janet or
6  Vera or both.
7  Q.   So what was your understanding
8  of the use of ███████ funds for
9  matching gifts?
10  A.   My understanding was that if we
11  used -- if we had a matching gift program,
12  we could use his funds or part of his
13  funds as a carrot for the donors to donate
14  to us, saying we had a donor who would
15  match your gift.
16  Q.   But it was Janet who kept track
17  of the funds that were being matched?
18  A.   Well, the funds were kept track
19  within the database, and there was a code
20  used on the direct mail piece when it came
21  in.  It said this was from the matching
22  gift campaign.
23  Q.   So when the ████ matches were
24  being applied -- if you turn to the

H. Fuchs

1  spreadsheet, the second page, you see some
2  red-colored lines, and it says, "████
3  ████ matching gift"?
4  A.   I see.
5  Q.   Are those the ones that were
6  matched against her contribution?
7  A.   ███████ gave us a pledge, a
8  pledge for $500,000 to do a certain number
9  of surgeries.  However, she pledged to
10  give us -- well, she gave us 250,000 up
11  front and pledged to give us the other
12  half once the match was met.  So, it was a
13  little different than having the money up
14  front.
15  We did get the final installment
16  of the $250,000.
17  Q.   If you look at the email, second
18  email in the thread from the top, this is
19  from you to Janet and DeLois.  It says, "I
20  will need to see all the matching gifts on
21  the spreadsheet in order to get back to
22  Brian on his ideas, especially if he wants
23  to use ██████ money for overhead.  And
24  we have used 940,000 of ████matching

H. Fuchs

1  gift dollars in fiscal year 2016."
2  Could you explain that to me?
3  A.   Okay.  As I recall, ████████
4  is our largest funder and gives us a
5  $2 million donation every year with the
6  exception of the start-up money he gave us
7  was $5 million, and has allowed us to use
8  his money as we see fit for overhead and
9  fund raising as opposed to restricting it
10  to programs.
11  We had $2 million that year from
12  him --
13  Q.   "That year" -- excuse me --
14  being?
15  A.   FY '16.  My question was if we
16  wanted to parcel it out for matching
17  gifts, we needed to make sure we had
18  enough left over for overhead and fund
19  raising to claim to the donors that
20  100 percent of your funds will go to
21  programs -- whatever the language was --
22  and we have a donor who pays overhead.
23  Q.   Was there enough money?
24  A.   I think there was, but I don't

1        H. Fuchs
2  remember exactly. I would have to look at
3  the numbers. But if this was done in
4  June, I think so because -- well, I don't
5  know.
6        MR. LILIEN: Just to clarify,
7  which of ███████ gifts are you
8  referring to? Are you referring to
9  his original $5 million gift?
10       MS. FUCHS: No. FY '16.
11       MR. LILIEN: This is referring
12  to just the $2 million gift?
13       MS. FUCHS: Correct.
14  Q. So if I look at the first email
15  on the chain, it says "███████ campaigns
16  are in blue." Does that mean that the
17  matching campaigns that are in blue ink on
18  this spreadsheet are the ones that are
19  attributable, that were matched with
20  ███████ money?
21  A. Yes. I think, yes, that's
22  correct.
23  Q. And that says, the email says
24  the total was $1,002,557. Is that
25  correct?

1        H. Fuchs
2  A. I am not adding it up, but I
3  guess so. If that is what it says --
4  Q. As they say, the paper speaks
5  for itself.
6  A. Yes.
7  Q. So if ███████ had given you
8  $2 million, that means it would be
9  slightly less than a million dollars left
10  of his money to apply towards other
11  expenses. Is that correct?
12  A. That would be correct.
13       MR. LILIEN: Can we go back to
14  the ███████ matching gift for a
15  second on page 2?
16       MS. FUCHS: The email page 2 or
17  the spreadsheet?
18       MR. LILIEN: Spreadsheet page 2.
19  So I understand, Hana, what was
20  the amount of ███████ gift that
21  she was allowed to be matched or used
22  for matching?
23       MS. FUCHS: All of this.
24       MR. LILIEN: What was the size
25  of the gift?

1        H. Fuchs
2       MS. FUCHS: $500,000. However,
3  she gave us 250 up-front because we
4  were funding surgeries and she said,
5  "Okay, use that for the grant to start
6  up, but I am not giving you --"
7  whatever her terms were. "You will
8  get the other 250,000 when you have
9  matched."
10       MR. LILIEN: So the amounts that
11  are listed here in red on page 2 of
12  the spreadsheet, are those amounts,
13  the portion of ███████ gift
14  that is being used to be matched?
15       MS. FUCHS: I am saying yes, but
16  I'd have to go over this with Janet
17  again. Just it's, you know, a year
18  old, so...
19       MR. LILIEN: And if the amounts
20  added up to more than $500,000, which
21  I believe they do, where would the
22  source of the funds come from for that
23  match?
24       MS. FUCHS: Well, there were a
25  few other donors who suggested we

1        H. Fuchs
2  could use their funds but I don't have
3  that detail now. I have to find out
4  from Vera or Janet what they used.
5       MR. LILIEN: Again, I just want
6  to clarify. The amounts that are
7  listed here are amounts from ███████
8  ███████ funds, or are these amounts
9  of donations from the public that were
10  expected to be used from ███████
11  ███████ funds?
12       MS. FUCHS: My understanding is
13  these are the amounts of donations
14  that came in from the mailings that
15  went out to use ███████ money
16  for matching gifts.
17  BY MR. CURCHACK:
18  Q. When it says 3X match or 3X
19  matching, what does that mean?
20  A. My understanding is that it
21  would be matched not just once but it
22  would be a three-times match.
23  Q. Meaning that if the public donor
24  gave a dollar --
25  A. The match would be $3. But I'd

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

1  H. Fuchs
2 have to ask Janet what they meant, Janet
3 or Vera.  But that's my understanding of
4 the three times, because two times would
5 be if somebody gave $1, we would give $2.
6 So I am thinking they mean we would give
7 $3.
8      MR. LILIEN:  On that point,
9  though, if it were not you, would
10  there be another person in the
11  organization who, from a financial
12  perspective, would track those dollars
13  to make sure the numbers are accurate?
14      MS. FUCHS:  I am the only
15  financial person, so Janet and Vera
16  track those numbers, and they are
17  marketing people.
18      MR. LILIEN:  So would you
19  receive the amounts from them and --
20      MS. FUCHS:  I would get the
21  reports similar to this.  But I don't
22  track them separately.
23      MR. LILIEN:  Would you in any
24  way validate the numbers?
25      MS. FUCHS:  I don't do that, no.

1      H. Fuchs
2      MR. LILIEN:  Does anybody else
3  validate the numbers that the
4  marketing department gives?  Within
5  WonderWork, I mean.
6      MS. FUCHS:  Within WonderWork?
7  Well, no, because it is just Janet and
8  Vera who run that.
9      MR. LILIEN:  Okay.
10 BY MR. LILIEN:
11      Q.  Are you aware of Brian Mullaney
12 asking ████████ to allow a portion of her
13 gift to be used as a matching gift?
14      A.  I am not aware of that.
15      Q.  Did any of the matching
16 campaigns include the claim that
17 100 percent of donations made in
18 connection with a match will go to surgery
19 programs?
20      A.  Once again, I am not really
21 familiar with all the wordings of all the
22 mailings, so I don't know.
23      MR. LILIEN:  One question.  You
24  mentioned before the outside vendor
25  records donations in the DMI system as

1      H. Fuchs
2 to whether they are matched or not?
3      MS. FUCHS:  Well, the code on
4  the direct mail piece would indicate
5  which campaign and information is
6  where it should be located in the
7  database.  When DMP, the direct mail
8  processing people, when they process
9  the mail, they scan those codes, so
10  that's how it would be read.
11      MR. CURCHACK:  I have asked the
12  reporter to mark as Exhibit 24 a copy
13  of a 20/20/20 solicitation with
14  production numbers 2938 through 2942.
15      (So marked for identification as
16  Fuchs Exhibit 24.)
17      Q.  If you look at the page with
18 production number 29941.  The letter on
19 the mark-up says, "Dear ██████████
20 ███████"  The third paragraph says, "A
21 group of our most dedicated donors have
22 agreed to double match every dollar of
23 your support for this appeal."
24      Who were those donors?
25      A.  I don't know who these donors

1      H. Fuchs
2 are.
3      Q.  Who would know who they are?
4      A.  Janet and Vera and possibly
5 Karen.
6      MR. LILIEN:  But --
7      MS. FUCHS:  Brian especially.
8      MR. LILIEN:  As chief financial
9  officer, who maintains the books and
10  records, how would you know whether
11  the information you are being provided
12  by others is accurate?
13      MS. FUCHS:  The information I am
14  provided with regard to the matching
15  gifts?
16      MR. LILIEN:  Right -- no.  Who
17  the donors are so you can track the
18  funds that they claim to be matching
19  to the solicitations.
20      MS. FUCHS:  I think I mentioned
21  before, I actually don't track the
22  matching gift funds on my general
23  ledger.  I let the marketing
24  department keep track of that.  I just
25  make sure that the funds -- we have

1        H. Fuchs
2  the funds, whether it is from the
3  match or not.  But if we get money
4  that is -- well, that is given to us,
5  but we don't have the second portion
6  of it in yet, I just make sure that we
7  get that money in.
8        MR. LILIEN:  You don't have the
9  second portion?
10       MS. FUCHS:  You know, from
11  ██████, for example.  That was one
12  that we had only received half of her
13  money.  So, the second half was a
14  pledge.  I just follow up that we get
15  the pledge by making sure that the
16  pledge was fulfilled.
17       But the other cases where people
18  say we can use their funds, I don't
19  keep track of that.
20  BY MR. CURCHACK:
21  Q.   So, how would you know whether
22  there were, in fact, funds available to
23  match the public donations?
24  A.   I would only use the reports,
25  for example, like this one we had in the

1        H. Fuchs
2  exhibit that Janet and Vera would supply
3  when they do their matching gift programs
4  and they compile the monies that are
5  received.
6  Q.   According to this letter --
7  well, before that, the letter says, "This
8  offer won't last long to help blind
9  children and adults as soon as possible.
10  Our supporters have set a deadline of
11  October 10th for this opportunity."
12       Do you know where they set that
13  deadline?
14  A.   I don't know where they set that
15  deadline.
16  Q.   The matching gift card that went
17  out with this mailing has various places
18  to check the amount of the gift that the
19  person is giving.  Do you see that at the
20  top?
21       One of them is $88.  Do you know
22  why $88 was chosen?
23  A.   I don't know why that was
24  chosen.  That is a marketing decision.
25  Q.   Now, it also says that -- if you

1        H. Fuchs
2  go to page 2942, "But with this special
3  triple match offer --" do you see the
4  paragraph?
5  A.   Yes.
6  Q.   Second sentence says, "Your gift
7  today can provide three times the support
8  of our partner hospitals that provide free
9  eyesight restoring surgery and give three
10  times as many blind boys, girls, teenagers
11  and adults hope for their future."
12       Does that mean that if someone
13  contributed $100 to this campaign, that
14  $300 would go to your partner hospitals?
15  A.   Again, I really -- I don't know
16  the exact meaning of this from a marketing
17  perspective.  So I don't -- I don't keep
18  track of this.  I don't know.
19  Q.   Do you know how Brian Mullaney
20  came to know ██████?
21  A.   I know they have known each
22  other a long time, but I don't know how
23  they met.
24  Q.   The original ██████████████
25  donation was $5 million.  Is that correct?

1        H. Fuchs
2  A.   The first donation he gave us
3  was 2 million.  I think the second one was
4  the 5 million, although I am not sure.
5  Thirteen in total: 2, 4, 6, 8 plus 5.  I
6  think the first was 2, 5, then 2, 2, 2.
7  Q.   Do you know whether anything was
8  left out of that initial amount?
9  A.   Could you repeat that, please?
10  Q.   Do you know whether any funds
11  are left out of his initial contribution?
12  A.   I don't understand the question.
13  Q.   Withdrawn.
14       Now, you indicate the ████████
15  ██████ has made $2 million donations
16  each year?
17  A.   And a $5 million, yes.
18  Q.   Plus the 5 million.  What are
19  ██████████ funds used for?
20  A.   In general, his funds are
21  unrestricted, so they can be used for
22  whatever is deemed unrestricted fund
23  raising and admin.
24  Q.   Do you keep track of his funds?
25  A.   Separate?

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

1        H. Fuchs
2    Q.   Yes.
3    A.   No, I don't.
4    Q.   Have you seen the mailings that
5 say -- excuse me.
6       Have you seen the mailings that
7 say "one of our donors" or "a group of our
8 donors have agreed to cover all
9 non-program expenses"?
10   A.   I have seen some -- I have seen
11 some mockups of that.
12   Q.   How do you keep track of whose
13 funds are being used to pay those
14 non-program expenses?
15   A.   My understanding is that was
16 only a recent -- a recent -- recently
17 printed on our stationery/mail pieces in
18 FY '17, where it's this overall 100
19 percent.  However, that's my
20 understanding.  It's just for the fiscal
21 '17.
22     MR. LILIEN:  Is that for
23 WonderWork as well as the d/b/a's?
24     MS. FUCHS:  Well, the d/b/a's
25 wouldn't have that because the d/b/a's

1        H. Fuchs
2 are all restricted anyway.  The money
3 from the d/b/a would only go to
4 restricted program -- programs.  So it
5 wouldn't go to -- it wouldn't -- it
6 wouldn't go to anything other than
7 what was programmatic.
8   Q.   And how is that tracked?
9   A.   That is tracked at the end of
10 the year when I do the functional
11 allocations and include all the restricted
12 funds that are received and how we release
13 it and then what remains restricted for
14 the next year.
15   Q.   Do you know whether ████████
16 is aware that WonderWork makes the
17 representation that his funds are being
18 used to pay all administrative and
19 overhead expenses?
20   A.   Personally, I have not spoken to
21 ██████████ in about five years, so I
22 don't know what he actually thinks.
23     MR. LILIEN:  What about with
24 respect to the $5 million gift?  Did
25 you ever speak to him with respect to

1        H. Fuchs
2 the $5 million gift?
3     MS. FUCHS:  I have never spoken
4 to him about his gifts.
5     MR. LILIEN:  What have you
6 spoken about?
7     MS. FUCHS:  I spoke with him
8 initially when we were starting up
9 WonderWork.
10    MR. LILIEN:  With respect to
11 ████████████ gift, I think you
12 answered a question earlier that you
13 do not keep track of ██████████
14 gifts separately, or expenditures
15 separately from that gift?
16     MS. FUCHS:  That's correct.  His
17 gift is unrestricted.
18     MR. LILIEN:  So how would you
19 know whether his gift has been spent
20 or what it's been spent on?
21     MS. FUCHS:  At the end of the
22 year when I look over how much money
23 we have restricted versus
24 unrestricted, I can tell how we spend
25 the money.  If it is unrestricted

1        H. Fuchs
2 money, primarily it would be his
3 $2 million and several other gifts
4 that is unrestricted.
5     MR. LILIEN:  It is his
6 $2 million that is being used to cover
7 overhead.
8     MS. FUCHS:  His $2 million is
9 always used for unrestricted expenses
10 which would be overhead and fund
11 raising.
12    MR. LILIEN:  If funds were to be
13 used for matching gifts and not
14 overhead, where would the -- what
15 would be the source of funds to cover
16 the overhead if ██████████ funds
17 were not being used?
18     MS. FUCHS:  There are some
19 donors who would give us unrestricted
20 funds as well.  So, we might have
21 maybe 3 million in unrestricted, an
22 additional million or so, based on
23 other donors, ████████ being one,
24 ██████████ is another.
25     MR. LILIEN:  They made their

```
1            H. Fuchs
2   gifts for the purpose of?
3        MS. FUCHS:  Whatever we feel it
4   should be used for.
5        MR. LILIEN:  And those would be
6   the donors that, who are being
7   referred to in the solicitation
8   materials when they say "a generous
9   donor or donors have."
10       MS. FUCHS:  That's true, yes.
11  If it's a plural, "donors," it would
12  be one of those people.
13       MR. CURCHACK:  I would like to
14  ask the reporter to mark as Exhibit 25
15  an email thread.  The first one is
16  from Brian to Jeremy Steckel and Hana
17  Fuchs, identified by production
18  numbers 0020553 through -- just that
19  number.
20       (So marked for identification as
21  Fuchs Exhibit 25.)
22  BY MR. CURCHACK:
23
```

```
1            H. Fuchs
2
17       A.   Yes.  I don't keep a separate
18  running tab.
19       Q.   But with respect to operating
20  expenses and salaries, do you keep a tab?
21       A.   The tabs that I keep are in the
22  general ledger.  I don't have a separate
23  ledger with tabs.
24       Q.   Do you keep track of how
25           $2 million is spent?
```

```
1            H. Fuchs
2        A.   I don't keep track of it during
3   the course of a year.  I just keep track
4   at the end of the year when I do my
5   allocations of how much we have spent on
6   programmatic versus fund raising and
7   admin.
8        Q.   Does WonderWork pay for the
9   costs of the trips that Mr. Mullaney and
10  his wife take with            and his
11  wife?
12       A.   WonderWork does not pay for
13            trips.  He actually -- if
14  anything is paid by WonderWork, he asks
15  for a tab and he will then send us the
16  money.  So if there is a trip that they
17  are taking and there is a hotel expense
18  that has been booked by WonderWork or
19  whatever -- whatever it is, he always asks
20  for what did it cost and he always sends
21  us the funds.
22       Mr. Mullaney will deduct
23  whatever is spent from his salary.
24       Q.   And has that been the process
25  pretty much all the way through?
```

```
1            H. Fuchs
2        A.   Pretty much.  And at Smile Train
3   as well.
4        Q.   Who is responsible for
5   developing the WonderWork budget?
6        A.   Well, I develop the budget with
7   input from the programs group, DeLois
8   Greenwood; and from marketing, Janet
9   Huang.  And whatever other expenses we
10  feel go into the budget, I keep the
11  records for a lot of the overhead.
12       So, I would input what I feel is
13  appropriate based on historical
14  information.  And anything out of the
15  ordinary that we feel we might want to do
16  will come from Mr. Mullaney.
17       Q.   Does WonderWork have directors
18  and officers indemnity insurance?
19       A.   Yes, we do.
20       Q.   Has it always had that?
21       A.   Yes, we have.
22       Q.   Do you know what the initial
23  policy limit was?
24       A.   Offhand, I don't.  I don't.
25       Q.   Has the policy been maintained?
```

1        H. Fuchs
2    A.   Yes, it has.
3    Q.   Was the policy increased at any
4 point?
5    A.   I am not sure.
6        MR. LILIEN: Who in the
7 organization but you would have
8 handled that?
9        MS. FUCHS: Well, I handle the
10 insurance and then I discuss it with
11 Mr. Mullaney.
12        MR. LILIEN: You do not recall
13 whether the policy limits were
14 increased?
15        MS. FUCHS: I think I did.
16 Really, I am not sure if I did or
17 didn't. But I think at one point I
18 did. But I'd have to go back and look
19 at the policies.
20    Q.   Were any claims ever made
21 against that policy?
22    A.   As far as I know, they haven't.
23 As far as I know.
24    Q.   I want to talk about grant
25 making for a minute. How do you record

1        H. Fuchs
2 grants that are made during the course of
3 the fiscal year?
4    A.   I discuss the grants with
5 DeLois, who is our program officer. She
6 will have worked up what she feels the
7 hospitals that we want to fund, and she
8 will have a spreadsheet as to how much we
9 would fund them and how many surgeries
10 they would be providing.
11        That is presented as part of the
12 budget. Once the budget is approved, we
13 go ahead -- well, she goes ahead. Her
14 program officer would then contact -- my
15 understanding is they contact the
16 hospitals to find out if they -- if it is
17 a new hospital or if it is a hospital we
18 have already given money to.
19        Two kind of separate ways they
20 go about. But once they decide on giving
21 out the grant, she will ask me to review
22 the paperwork that they have. We will go
23 through it and we'll agree that, yes, we
24 want to send the money to the hospital.
25        Normally, we send half of it up

1        H. Fuchs
2 front, and once they start reporting on
3 the work they have been doing, we'll send
4 them the second half. So if we are
5 sending a hospital $20,000 in grant money
6 to do a certain amount of work, we'll
7 first wire them 10,000 and then after they
8 report in to Tiffany, who works with
9 DeLois, they will decide whether the work
10 was done according to their procedures and
11 will go through the application again and
12 send them the second half.
13    Q.   Who actually cuts the checks?
14    A.   For the most part, most of the
15 funds are wired.
16    Q.   Who actually initiates the
17 wires?
18    A.   I do.
19    Q.   What backup do you keep in your
20 records for those wires?
21    A.   The backup would be a copy of
22 the grant letter signed, a copy of the --
23 there is some documentation from the
24 hospital that is in the program folders.
25 A copy of the wire transaction that went

1        H. Fuchs
2 out. And they keep copies of any reports
3 that had been submitted by the hospitals,
4 some financial reports, some government
5 records that they have as to whether --
6 what charity status they have.
7    Q.   Is there a particular timetable
8 for the issuance of the wires or checks
9 that are going out to partners? Are they
10 batched or does it happen randomly?
11    A.   Normally we send out --
12 depending on the approval, if the amount
13 of the grants are approved, we'll send the
14 whole thing out in a particular time. So,
15 DeLois will prepare a list and total will
16 be on the list. And if Brian reviews that
17 and says it's okay, then we'll send them
18 all out.
19    Q.   And when the money goes out, is
20 there any indication made on the
21 restricted funds' accounts that money has
22 gone out?
23    A.   The expenses are all recorded in
24 the program expense account. So, those
25 are all restricted.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

1          H. Fuchs
2     Q.    But where do the funds come
3    from?
4     A.    Well, the funds are all coming
5    out of the WonderWork bank account,
6    because the WonderWork bank account is
7    what I use for operational -- all the
8    expenses. So, funds from the d/b/a's will
9    be transferred to the WonderWork account
10   as they are needed.
11        MR. LILIEN:  Are there items in
12     the program expense, under program
13     expense that you would view as not
14     being restricted?
15        MS. FUCHS:  No.  All the program
16     expenses would be restricted.  I
17     don't -- yes.  I don't put anything in
18     that account that is not part of the
19     restricted funds.
20    Q.    Do you recall that at some point
21   KPMG conducted an audit of certain of the
22   grant partners?
23    A.    Yes.
24    Q.    And how many did they look at?
25    A.    I recall they looked at four.

1          H. Fuchs
2     Q.    And who chose which ones they
3    would look at?
4     A.    Well, between DeLois, Tiffany
5    and I, we looked at the hospitals that we
6    had funded the most money to.
7     Q.    Did you get a report back from
8    KPMG?
9     A.    Yes, we did.
10    Q.    Did anything change as a result
11   of that report?
12    A.    Well, I will defer that to
13   DeLois because she would know better. But
14   for the most part, I don't recall.
15        MR. LILIEN:  I just want to
16     clarify one more thing.  You mentioned
17     before that you staged the payments.
18        MS. FUCHS:  Correct.
19        MR. LILIEN:  Some money up
20     front, some money after they report
21     back.
22        When they report back, is that
23     after all the surgeries have been
24     completed?
25        MS. FUCHS:  They report -- they

1          H. Fuchs
2    would -- I am not sure exactly the
3    staging of the reporting.  DeLois and
4    Tiffany would know better.  My
5    understanding is that they might send
6    an interim report in before they
7    finished all the funds.
8        But before we issue another
9    grant to them, they will have to have
10   completed the work from the first
11   grant.
12        MR. LILIEN:  As a result of this
13   process, have you ever denied a second
14   installment of a grant?
15        MS. FUCHS:  Currently, there are
16   some hospitals awaiting a second
17   installment.
18        MR. LILIEN:  What is driving
19   that?
20        MS. FUCHS:  Completion of the
21   number of surgeries.  Obviously, now
22   in bankruptcy, we are not giving out
23   any grant money.
24        MR. LILIEN:  But prior to
25   bankruptcy?

1          H. Fuchs
2        MS. FUCHS:  It would be the
3    completion of the surgeries.
4        MR. LILIEN:  Do you recall any
5    circumstance in which a second
6    installment was not paid?
7        MS. FUCHS:  There are some
8    outstanding, but I am not sure any of
9    them have been rejected.  I think they
10   are just waiting.  But that, as I
11   said, they'd give you better
12   clarification on that.
13        MR. LILIEN:  Okay.
14        MS. FUCHS:  But I know there are
15   some open.
16        MR. CURCHACK:  I will ask the
17   reporter as Exhibit 26 an email
18   thread.  The top one is from you to
19   Mallory Taaffe, who I believe was one
20   of the KPMG folks, dated January 20,
21   2015, production number 0022194.
22        (So marked for identification as
23   Fuchs Exhibit 26.)
24        MS. FUCHS:  I am reading?
25        MR. CURCHACK:  Read the whole

**13 (Pages 259 to 262)**

1        H. Fuchs
2    thing.
3        MS. FUCHS:  Okay.
4        (Pause.)
5    BY MR. CURCHACK:
6        Q.    The top email, do you remember
7    sending this email?
8        A.    Yes.  I remember this.
9        Q.    The last line says, "I sent you
10   a copy of the contribution per surgery
11   memo signed by the program officer."  Who
12   is the program officer?
13       A.    The program officer is DeLois
14   Greenwood.
15       Q.    So what is the contribution per
16   surgery memo referred to there?
17       A.    The exact memo I don't recall.
18   Sounds like it may be a memo where the
19   contributions WonderWork gives for the
20   grants was a memo that was prepared.  But
21   I am just surmising that based on this
22   email.
23       Q.    Earlier in the email it says,
24   "In letter number 2, we asked ▬▬▬ to
25   treat a thousand patients at $150 each."

1        H. Fuchs
2    Who is ▬▬▬?
3        A.    ▬▬▬ is one of our partners.  I
4    don't recall exactly what they do, but
5    ▬▬▬ is a partner that we fund.
6        Q.    Is it a hospital?
7        A.    ▬▬▬, I am not sure if they are
8    their own hospital or have a group of
9    hospitals under them.
10       Q.    In other words, would you give
11   money to them and they would give money --
12       A.    To their hospitals, I think,
13   ▬▬▬.  I don't recall exactly.
14       MR. CURCHACK:  I would like to
15   ask the reporter to mark as the next
16   exhibit a couple of WonderWork field
17   reports.
18       (So marked for identification as
19   Fuchs Exhibit 27.)
20       Q.    Do you recognize what these
21   documents are?
22       A.    In looks like a report put
23   together by our -- by a team that went to
24   visit this eye hospital in November of
25   2016.

1        H. Fuchs
2        Q.    That's fine.  I will represent
3    that these were identified by Ujjal as
4    field reports prepared by him.
5        A.    Okay.
6        Q.    If you look at the fourth page,
7    back of the fourth piece of paper, do you
8    see where it says "Finance" -- I am sorry.
9    Do you see where it says "Finance"?
10       A.    Yes.
11       Q.    It says, "Presently 100 percent
12   of surgery costs are borne by a federal
13   government."
14       Do you know whether WonderWork
15   actually contributes to hospitals that are
16   receiving funds from other sources?
17       A.    Yes, we do.
18       Q.    Please turn to the page of the
19   report that has a picture with five nurses
20   on it.  Do you see it?
21       A.    This one?
22       Q.    Yes.  Thanks.
23       Do you see where it says
24   "Finance" there?  If you notice it says,
25   the last line, "Per surgery cost is $35

1        H. Fuchs
2    and free patients pay partial cost."
3        Are you aware of the fact that
4    WonderWork contributes to surgeries where,
5    in fact, the patient has to pay something?
6        A.    I am not really aware of the
7    payment structure from these field
8    reports.
9        Q.    Okay.
10       A.    Yes, the payment structure.
11       Q.    Do you know what Project
12   Varanasi is?
13       A.    I know of Project Varanasi.
14       Q.    What can you tell us about it?
15       A.    My understanding is Varanasi,
16   Project Varanasi is a burn -- is a project
17   to build a burn hospital in Varanasi,
18   India, run by Dr. -- what's his name?  I
19   will remember his name when I leave.
20   ▬▬▬.  Sorry.
21       MR. CURCHACK:  I would like to
22   mark -- this will be the last question
23   before we take a very short break --
24   as the next Exhibit, 28, an email
25   dated October 21, 2016, from you to

H. Fuchs

1  Brian Mullaney.  It doesn't have a
2  production number -- oh, yes.  It is
3  0040124 and there is a spreadsheet
4  attached to it.
5      (So marked for identification as
6  Fuchs Exhibit 28.)
7  Q.    Do you recall sending this
8  email?
9  A.    Yes.
10  Q.    If you look at -- do you see the
11  spreadsheet that is attached to it?
12  A.    Yes.
13  Q.    Did you prepare this?
14  A.    Yes, I did.
15  Q.    And what did this show?
16  A.    Well, this spreadsheet shows
17  what our restricted net assets were at the
18  end of fiscal '15, and then without --
19  without using, in the email where it says,
20  "I did not use any of the direct mail
21  allocation in this spreadsheet" to show
22  Brian how much we had remaining; I only
23  used the program expenses for FY '16 and
24  how much was released and what we had

H. Fuchs

1  remaining.
2  Q.    Okay.
3  A.    And then I rolled it into
4  partial FY '17 numbers.
5  Q.    Now, do you see the line that
6  says "Project Varanasi"?
7  A.    Yes.
8  Q.    That shows a $4 million donation
9  during fiscal year 2016?
10  A.    Yes, I see that.
11  Q.    Did WonderWork receive
12  $4 million restricted to Project Varanasi
13  in fiscal 2016?
14  A.    There was a possibility of us
15  getting that money in June of FY '16.
16  However, by the time October or so rolled
17  about, we did not get that money.  It was
18  not booked in the general ledger, or was
19  reversed out, I should say.
20  Q.    So if one were to look at the
21  restricted necessary assets account today,
22  that $4 million would not be reflected in
23  it?
24  A.    Correct.

H. Fuchs

1  Q.    Who was the source of that
2  $4 million?
3  A.    It is my belief that it was the
4  ████████████████████████.
5  Q.    Are there any other donations in
6  the FY '16 column that were not donations
7  at the time you spread the spreadsheet?
8  A.    In June, it was the same thing.
9  ████████ was thinking about a million
10  dollar pledge over 10 years actually, not
11  5 years, which he then rescinded.
12  Q.    Do you know why he rescinded?
13  A.    Do I know -- I don't know from
14  him exactly why he rescinded it.
15  Q.    Were you told by someone why he
16  rescinded it?
17  A.    My guess is that he is on the
18  board and knows about the bankruptcy, so
19  he was not going to make good on his
20  pledge.  It was also reversed.
21      MR. CURCHACK:  Let's take a very
22  quick break.
23      (Recess.)
24      MR. CURCHACK:  I am going to ask

H. Fuchs

1  the reporter to mark as the next
2  exhibit a 20/20/20 solicitation
3  identified as WON 02544 through 02555.
4      (So marked for identification as
5  Fuchs Exhibit 29.)
6  Q.    I believe this to be a
7  WonderWork solicitation, if you look at
8  page -- a 20/20/20 solicitation supposed
9  to be mailed April 14, 2015.  Okay?  Do
10  you see that on page 2548?
11      MR. TRIVIGNO:  I think he is
12  referring to the barcode number.  I
13  don't know if she is familiar with
14  that.
15      MS. FUCHS:  We'll take your word
16  for it.
17  Q.    You don't know what that barcode
18  means?
19  A.    I don't.
20  Q.    If you look at the page that
21  says 02547?
22      MR. TRIVIGNO:  Do you want her
23  to read it?
24      MR. CURCHACK:  I think she just

H. Fuchs

1      needs to read this one sentence.
2      Q.  The paragraph begins, "At about
3  2 percent"?
4      A.  Okay.
5      Q.  Can you just read the paragraph?
6      A.  Out loud?
7      Q.  No, to yourself.
8      (Pause.)
9      A.  Okay.
10     Q.  For the record, the sentence
11 says, "At about 2 percent, 20/20/20 has
12 one of the lowest administrative costs of
13 any major charity."
14     What was the basis for that
15 statement?
16     A.  I think they want to show the
17 donors that we have a low overhead.
18     Q.  How was the 2 percent
19 calculated?
20     A.  I am not exactly sure.  My
21 understanding is the allocated expenses on
22 the functional expenses, and this would be
23 the management and general piece of it.  I
24 don't know.  I'd have to go back and look.

H. Fuchs

1      Q.  Who would have calculated the
2  administrative costs?
3      A.  For this piece?  I mean, in
4  this --
5      Q.  For the organization.
6      A.  I calculate that on the audited
7  financials.
8      Q.  So you would provided this
9  figure of 2 percent?
10     A.  It would have come from those
11 numbers.
12     Q.  If someone had asked you, what
13 are the administrative costs of 20/20/20,
14 would you have said 2 percent?
15     A.  I would have said it was the
16 administrative piece -- I would have said
17 what the percentage was from the numbers
18 that I have, but --
19     Q.  And how would you have
20 calculated that from the numbers that you
21 have?
22     A.  I would have looked at the
23 allocations, functional expense
24 allocations, which are split to program,

H. Fuchs

1      management and general and then fund
2  raising.  And I believe this is the
3  management and general piece.  It is
4  2 percent of the total expenses after
5  allocations.
6      Q.  I would like you to go back to
7  Exhibit Number 12 just for a minute.  That
8  is the spreadsheet of temporarily
9  restricted net assets.  I think we
10 referred to it as the roll-forward.
11     A.  Got it.
12     Q.  If you look at the first page, I
13 believe it is the first page -- it says
14 "FY '14" at the top?
15     A.  I see it.
16     Q.  If you look at program expenses,
17 that number is -- for blindness is
18 $2.6 million?
19     A.  That's correct.
20     Q.  Now, I thought that this column
21 reflected the grants that were made with
22 respect to the various causes.
23     A.  The 2.6 million would be the
24 category of blindness, and it would be

H. Fuchs

1      grants -- it would be the grant
2  category -- well, the category in the
3  general ledger 5100, whatever was in that
4  account, which typically are the grants
5  paid.  Blindness, 5100.
6      Q.  What would have been --
7      A.  On the left side, where it says,
8  "Program expense," those are the expenses
9  that were booked to those programs.  There
10 is a "See details in next tab," which I
11 guess is not here.  There may be an
12 explanation for that 2.6 million.
13     Q.  I am looking at -- could you
14 please look at Exhibit 7?  If you look at
15 page 227?  This exhibit, for the record,
16 is the 2014-fiscal year composite of the
17 New York State charitable filing, the 990
18 and the audited financials.
19     A.  I have it.
20     Q.  Looking at page 227, which is a
21 sheet that comprises part of the audited
22 financial statements.
23     A.  Okay.
24     Q.  If you look at the first line

1          H. Fuchs
2    where it says, "Program services," the
3    total number 1.543055.  Do you see that?
4        A.   I see that.
5        Q.   Now, my understanding from what
6    you said earlier is program services is
7    comprised of the direct mail allocation
8    and the program expenses.  Is that
9    correct?
10       A.   That's correct.
11       Q.   So, how can we -- how do you
12   reconcile the 2.634 number with the 1.543
13   number?
14       A.   I need to get my worksheets out
15   from my -- I can't do it in my head.  I
16   don't remember.
17       Q.   If you look at the page going
18   back to Exhibit 12, which is the same
19   information for fiscal year 2013, I
20   believe --
21       A.   Okay.
22       Q.   Okay?  The total for all program
23   expenses in that year is $877,000.  Is
24   that correct?
25       A.   Which one?  I am sorry.

1          H. Fuchs
2        Q.   Program expenses in 2013.
3        A.   877.  Yes.
4        Q.   And if -- and for blindness, it
5    is 352,000 and change?
6        A.   That's correct.
7        Q.   If you look at 2015, the 2015
8    roll-forward schedule still in Exhibit 12,
9    the total for all program expenses is
10   1,890,000 in round numbers and for
11   blindness is 1,244,000.  Is that correct?
12       A.   I am sorry.  Can you repeat
13   that?
14       Q.   The total for program expenses
15   on the June 30, 2015 roll-forward
16   schedule.
17       A.   Okay.
18       Q.   Column C is 1.891500 in total.
19   And on line 4010, which is blindness --
20       A.   I am sorry.  I am lost.  Can you
21   start again?  Start from the beginning.
22       Q.   Let's take Exhibit 12 and start
23   with the 2013 starting point.
24       A.   Got it.
25       Q.   What is the total program

1          H. Fuchs
2    expenses for blindness there?
3        A.   352,000.
4        Q.   And what is the total program
5    expenses for all causes?
6        A.   In total, 877,000.
7        Q.   Now let's turn to the next year,
8    which is 2014.
9        A.   Okay.
10       Q.   What is the total for all
11   program expenses?
12       A.   Total, 3.6 million.
13       Q.   And for blindness?
14       A.   2.6 million.
15       Q.   Now let's go to the third page
16   of that exhibit for program expenses.
17   What is the total for all causes?
18       A.   In total, it is 1.9 million.
19   1.99.
20           MR. TRIVIGNO:  1.89.
21           MS. FUCHS:  In column C, 1.89.
22       Q.   For blindness?
23       A.   It is 1.24.
24       Q.   Now please turn to Exhibit 7.
25       A.   Okay.

1          H. Fuchs
2        Q.   Go to page 227.  What is the
3    total for grants under program services?
4        A.   1.5.
5        Q.   And go to the next page, page
6    228.
7        A.   Okay.
8        Q.   What is the total for grants for
9    2013?
10       A.   1.3.
11       Q.   So, all of those numbers are --
12   I will rephrase that.
13           How can you explain the
14   difference in the grant amounts or the
15   program expense amounts for the
16   2014-fiscal year under blindness?
17           MR. TRIVIGNO:  Can I make a
18   suggestion?  This refers to next tabs.
19   Can we get the full document?  I
20   assume it has it.  It may be easier to
21   cut to the chase.
22           MS. SIMMONS:  It was produced to
23   Goldin.
24           (Discussion held off the
25   record.)

17 (Pages 275 to 278)

1              H. Fuchs
2          MR. CURCHACK:  Apparently we
3      just got the one page.
4          MS. FUCHS:  There is a tab
5      there.  It refers to something in --
6      to make it the 1.54.
7          MR. CURCHACK:  Can I make a
8      request for the support for those
9      numbers?
10         MS. FUCHS:  I can find that.
11     The tab is attached on the worksheet.
12         MR. LILIEN:  Just so I
13     understand, we have, under the column
14     "Program Expenses," is it your
15     understanding that column should
16     equate with grants?
17         MR. TRIVIGNO:  In the chart?
18         MS. FUCHS:  This column should
19     equate with what was spent on the
20     program but not necessarily the
21     grants.  I mean, there might have been
22     something else here that I can't
23     recall.  It is the 5,000 account,
24     which is program expense, which can be
25     other than a grant.  It could be some

1              H. Fuchs
2      equipment, it could be --
3          MR. LILIEN:  So in two years --
4      to be sure, in two of the three years
5      we looked at, the number in the chart
6      is the same number that is listed as
7      grants in your financials.
8          MS. FUCHS:  Yes.
9          MR. LILIEN:  We have one year
10     where the number is substantially
11     higher.
12         MS. FUCHS:  That is why I need
13     to see what I did on that worksheet to
14     get to this number.
15         MR. LILIEN:  Off the record.
16         (Discussion held off the
17     record.)
18         MR. CURCHACK:  I want to mark
19     another solicitation.  This is
20     production number WON-EX 9333.
21         (So marked for identification as
22     Fuchs Exhibit 30.)
23         MS. FUCHS:  Just to back up to
24     this, this was part of the audit and
25     KPMG reviewed it all so -- and the

1              H. Fuchs
2      spreadsheet that we were looking at,
3      actually, they prepare, because this
4      is their little notes on it and
5      colors.  So, I am sure it's correct,
6      but I just need to figure out how it
7      ended up there.
8      BY MR. CURCHACK:
9          Q.   We have now marked as Exhibit 30
10     another solicitation.  Based on the
11     information on page 9338, I believe this
12     was prepared in 2013.  Do you see at
13     bottom of the page there where it says
14     1/28/13?
15         I also note for the record the
16     barcode on page 9340, which we believe
17     represents a 2013 mailing.
18         I would ask you to turn to page
19     9341, please.
20         MR. TRIVIGNO:  Just give her a
21     minute.
22         MS. FUCHS:  I have to take a
23     quick read-through of this.
24         (Pause.)
25         MS. FUCHS:  Yes.

1              H. Fuchs
2          Q.   Turning to page 9341, the first
3      line on that page says, "We are a new
4      charity program and receive no money from
5      the government or big foundations or
6      corporations."
7          Do you see that?
8          A.   I see that, yes.
9          Q.   What do you consider a big
10     foundation?
11         A.   I consider that as a figure of
12     speech for a marketing piece.  I have no
13     idea if that is a real name of something.
14         Q.   A little farther down it says,
15     "100 percent of your donation will go
16     towards programs.  Zero percent goes to
17     overhead or fund raising."  Do you see
18     that line?
19         A.   I do.
20         Q.   What was the basis for saying
21     that in this mailing?
22         A.   The charity program 20/20/20,
23     all the funds -- all the funds that are
24     received from our d/b/a's are restricted
25     to the programs.

**18 (Pages 279 to 282)**

1          H. Fuchs
2     Q.   And what do you mean -- what
3  does "the programs" mean in that context?
4     A.   In this context, it would go
5  towards the blindness program.
6     Q.   And what is the blindness
7  program?
8     A.   It would be all the work that we
9  do towards restoring sight as well as
10  public information.  Whatever entails the
11  blindness program.
12          MR. LILIEN:  Before, I think you
13     mentioned the 100 percent language was
14     a recent addition to the WonderWork
15     mailings.
16          MS. FUCHS:  The WonderWork,
17     correct.
18          MR. LILIEN:  This mailing, I
19     believe, is -- I believe this is from
20     2013.
21          MS. FUCHS:  This is 20/20/20
22     mailing.  20/20/20 would be different
23     than a WonderWork mailing in my
24     knowledge.
25     Q.   Do you believe that the 100

1          H. Fuchs
2  percent language was put on d/b/a mailings
3  before it was put on WonderWork mailings?
4     A.   That's correct.
5     Q.   And the reason is the reason
6  that you stated before, that no money that
7  came in -- that in your understanding all
8  money that came in for the d/b/a's was
9  spent on what you are referring to as
10  programming?
11     A.   Programmatic.  Yes, that's
12  correct.
13          MR. LILIEN:  Can I just point
14     you to the top of page 9340?
15          MS. FUCHS:  Okay.
16          MR. LILIEN:  It is our
17     understanding, after speaking with
18     your colleagues, that for 20/20/20, 98
19     to 99 percent of the individuals who
20     received surgeries are adults and not
21     children.  And it is our understanding
22     that the grants approximate $25 for
23     adult surgeries.
24          MS. FUCHS:  Okay.
25          MR. LILIEN:  For your partner

1          H. Fuchs
2  hospitals.
3          If you look at the top of the
4  page 9340, there is a series of
5  donation options for individuals to
6  give.  And the top option says, "$300
7  to provide a full surgery."
8          So the full language is "Yes, I
9  want to give the blind a chance to
10  see," and the first option is $300 to
11  provide a full surgery.
12          To the best of your knowledge,
13  has WonderWork ever given a hospital
14  $300 to provide a full surgery?
15          MS. FUCHS:  To the best of my
16  knowledge, that would be probably for
17  children.  It's more expensive to do a
18  surgery on a child than an adult.  So,
19  that's what is my recollection.
20          MR. LILIEN:  And when you read
21  the language, "Yes, I want to give the
22  blind a chance to see," if you were
23  reading this, you would read that as
24  also allowing your money to be used
25  for something other than giving the

1          H. Fuchs
2  blind a chance to see such as public
3  information?
4          MS. FUCHS:  Well, once again,
5  it's hard for me to differentiate
6  between what I know and what I would
7  do.  But knowing that I know about
8  monies being used for direct mail and
9  such, I do give money to charities
10  knowing that what I am giving is not
11  just going to be to help somebody get
12  breast cancer screening.  It's going
13  to go to the piece of mailing.  I
14  mean, I know that and I still give
15  money.
16          I just believe in certain
17  causes, and I would give money
18  regardless of personally knowing that
19  my money is not always going to be
20  spent on a vaccination or a Meal On
21  Wheels or things like that.
22          MR. LILIEN:  If someone did not
23  have the knowledge of joint cost
24  allocation that you have, would you
25  still answer that question the same

1       H. Fuchs
2   way?
3       MS. FUCHS:  It is hard for me to
4   answer that question because I have
5   the knowledge.  Sorry.
6   BY MR. CURCHACK:
7       Q.  I want to ask one more question
8   about ████████, actually about his
9   money.  If you were taking funds from the
10  ████████ and using them to match
11  a solicitation, would those funds be
12  deemed restricted?  Those funds, meaning
13  the funds from ████████.
14      A.  I don't think -- I don't think
15  they are deemed restricted as matching
16  funds, to my knowledge.  I think you can
17  use matching funds for matching as well as
18  other things.
19      Q.  So that if the solicitation
20  says, "If you give $25 to provide one
21  surgery, one of our donors will match that
22  twice, which will give enough money for
23  three surgeries," there is no assurance
24  that in fact $75 is going to go to
25  surgeries?

1       H. Fuchs
2       A.  That's correct.
3       MR. CURCHACK:  I would like to
4   ask the reporter to please mark as
5   Exhibit 31 a spreadsheet that was part
6   of the production.  We will represent
7   it was part of the production and will
8   get you the number.  I believe this
9   may have been -- it is a spreadsheet
10  that we understand Ms. Fuchs to have
11  sent to the Goldin Associates team.
12      (So marked for identification as
13  Fuchs Exhibit 31.)
14      Q.  Let me ask you to look at it
15  and, if you could, tell us if, in fact,
16  this looks like the spreadsheet that you
17  did give to them?
18      A.  Yes.  This spreadsheet was a
19  draft of our calculations for the FY '16
20  restricted funds and the release of the
21  restriction plus some additional
22  calculations for FY '17 numbers that were
23  unaudited and part of what we had raised
24  so far.
25      Q.  Could you go back to Exhibit 28?

1       H. Fuchs
2   This is a similar, though not identical,
3   spreadsheet that we looked at previously.
4   Could you tell us the sequence of
5   preparation of these two separate
6   documents?
7       A.  28 was done from my email in
8   October of 2016 for Brian Mullaney, to
9   give him an idea of what the restricted --
10  what was the remaining restricted net
11  assets without using the direct mail
12  allocation at that point.  I didn't have
13  that here.  So, it was just informational
14  purposes.
15      Number 31 has more information,
16  because at that time I had already
17  received the direct mail allocation
18  breakdown and we were trying to do the
19  allocation prior to having auditors
20  inhouse to -- to having auditors in to go
21  over it.
22      Also, that is FY '16, so you
23  could see in number 31 the FY '15
24  restricted net assets were the same as
25  they were on the audited financials.  And

1       H. Fuchs
2   then you have additional donations that we
3   call the WonderWork restricted donations
4   now in this calculation.
5       Q.  That is the 1.9 million that is
6   added to Exhibit 31 that doesn't appear in
7   Exhibit 28?
8       A.  That's correct.
9       MR. POLKOWITZ:  This 1,921,195,
10  what does that represent?
11      MS. FUCHS:  That would represent
12  the restricted WonderWork donation
13  that restricted to surgeries or
14  surgical programs from the -- based on
15  the direct mail pieces that -- and the
16  responses, the donors who made
17  donations to WonderWork gave as to how
18  their money should be spent.
19      MR. POLKOWITZ:  Is this new for
20  '16 versus years?
21      MS. FUCHS:  We didn't restrict
22  WonderWork monies as such in the prior
23  year.
24      MR. POLKOWITZ:  Any reason for
25  that change?

20  (Pages 287 to 290)

1      H. Fuchs
2      MS. FUCHS:  Based on the direct
3  mail pieces and the way the donations
4  tied back to the direct mail piece
5  that was sent, it should have been
6  restricted.
7      MR. POLKOWITZ:  In prior years?
8      MS. FUCHS:  Some of it should
9  have been restricted in FY '15.
10      MR. POLKOWITZ:  Have you gone
11  back to recalculate FY '15?
12      MS. FUCHS:  Yes, we did.
13      MR. POLKOWITZ:  Is that
14  something that potentially could be
15  adjusted for the audit?
16      MS. FUCHS:  The auditors are
17  going through again -- the auditors
18  are going through the FY '16 and '15
19  restricted, updated restricted
20  calculations which they have now and
21  are reviewing it based on the data
22  that they received from us on how we
23  determined that these WonderWork
24  donations should have been restricted
25  for FY '15 and how they are restricted

1      H. Fuchs
2      MS. FUCHS:  FY '16, there is a
3  WonderWork restricted account.
4  However, I had suggested a journal
5  entry to the auditors and I am waiting
6  for them to approve it so that it
7  would show the WonderWork surgical
8  restricted account.
9      MR. POLKOWITZ:  So the general
10  ledger does not yet reflect the
11  reclass between unrestricted and
12  restricted for WonderWork.
13      MS. FUCHS:  For WonderWork.
14  Correct.
15      MR. POLKOWITZ:  How far back did
16  you go to calculate this reclass for
17  fiscal year 2015?
18      MS. FUCHS:  We looked at all of
19  the donations to WonderWork for FY
20  '15.  We looked at the entire
21  population.
22      MR. POLKOWITZ:  So the reclass
23  would reflect the full year of fiscal
24  year '15?
25      MS. FUCHS:  Correct.

1      H. Fuchs
2  for FY '16 to get to that number.
3      MR. LILIEN:  Just to repeat
4  something I think we discussed
5  yesterday but just to be clear, when
6  there were changes made reclassifying
7  gifts as restricted in 2015 or 2016,
8  were those changes reflected in the
9  general ledger?
10      MS. FUCHS:  The FY '15
11  reclassification has not been
12  reflected in the general ledger
13  because those books are closed.  It is
14  going to be an adjustment on the
15  audited financials by BDO.
16      MR. LILIEN:  So the general
17  ledger that we have been provided,
18  would that reflect these adjustments
19  or would that be preadjustment?
20      MS. FUCHS:  The general ledger
21  actually does not have a separate
22  WonderWork category for FY '15.  So,
23  it would be -- it's not shown there.
24      MR. LILIEN:  What about for FY
25  '16?

1      H. Fuchs
2      MR. POLKOWITZ:  Plus the full
3  year of fiscal year 2016?
4      MS. FUCHS:  Yes, that's correct.
5  But 2016 hasn't been closed yet, so --
6      MR. POLKOWITZ:  Understood.
7      MR. LILIEN:  Which individuals
8  participate in that process, the
9  process of reclassifying?
10      MS. FUCHS:  Well, I would do the
11  reclass based on approval from BDO
12  once they have gone through and agreed
13  with the amounts.  The actual
14  review --
15      MR. LILIEN:  Yes.
16      MS. FUCHS:  -- was done by CLM
17  and our -- Vera, Janet and Karen.
18      MR. POLKOWITZ:  I believe this
19  is Exhibit 31.  Is that correct?
20      MR. CURCHACK:  Yes.
21      MR. POLKOWITZ:  This is
22  Exhibit 28?
23      MR. CURCHACK:  Yes.
24      MR. POLKOWITZ:  If you look at
25  Exhibit 28, the column labeled,

21 (Pages 291 to 294)

1          H. Fuchs
2    "Program Expenses" --
3          MS. FUCHS:  Okay.  28.
4          MR. POLKOWITZ:  The total is
5    $2,682,200.  Correct?
6          MS. FUCHS:  Well, this
7    spreadsheet, however, is a draft of a
8    calculation that I prepared for Brian
9    to determine approximately how much
10   restricted money we had left.  It's
11   not fully accurate in terms of the
12   other information we have just been
13   discussing.
14         MR. POLKOWITZ:  Are these
15   amounts from the general ledger, that
16   was recorded in the general ledger as
17   of October 2016?
18         MS. FUCHS:  These were recorded
19   as of October 2016 -- I am saying yes,
20   but I would have to double-check the
21   GL.
22         MR. POLKOWITZ:  If that is the
23   case --
24         MS. FUCHS:  Well, it was
25   preaudit.

1          H. Fuchs
2          MR. POLKOWITZ:  So if that's the
3    case, that was after fiscal year 2016
4    ended, which is June 30, 2016.
5    Correct?
6          MS. FUCHS:  It ended, but it
7    wasn't closed.
8          MR. POLKOWITZ:  Okay.  So if you
9    go to Exhibit 31 --
10         MS. FUCHS:  Still not closed.
11         MR. POLKOWITZ:  Understood.
12   Program expenses, it says $2,094,600.
13         MS. FUCHS:  Yes.
14         MR. POLKOWITZ:  What is the
15   reason for the discrepancy between
16   Exhibit 28 and Exhibit 31?
17         MS. FUCHS:  For program
18   expenses, or --
19         MR. POLKOWITZ:  In both
20   Exhibit 28 and Exhibit 31 --
21         MS. FUCHS:  Donations for FY
22   '16, we had included a pledge we
23   thought we were going to get from the
24   ████████████████████ for
25   $4 million for Project Varanasi, which

1          H. Fuchs
2    were burn hospitals, which we did not
3    get.  We thought we would be getting
4    it, so for the exercise I included
5    that.
6          Also, a million dollar pledge
7    from ████████, who had said he
8    would give us a million dollars over a
9    ten-year period, which he rescinded.
10         MR. POLKOWITZ:  So --
11         MS. FUCHS:  That is for the FY
12   '16 donations.
13         MR. POLKOWITZ:  I am focused on
14   program expenses.  There is a
15   difference on Exhibit 31.  $2,682,200
16   on Exhibit 28 as compared to on
17   Exhibit 31, program expenses of
18   $2,094,600.  Why is there a
19   difference?
20         MS. FUCHS:  I would have to go
21   back and look at how I calculated this
22   program expense.  I can't answer that
23   right now.  I have to go back and look
24   at the data that I prepared this with.
25         MR. LILIEN:  Why would the way

1          H. Fuchs
2    you calculated it differ or matter?
3          MS. FUCHS:  Well, the timing.
4    So I'd need to see what I anticipated
5    in that program expense for things
6    that were possibly booked or thought
7    about being booked at the close of the
8    year.  I am not quite sure why there
9    would be that program expense
10   difference.
11         MR. LILIEN:  It is a fairly
12   significant amount.
13         MS. FUCHS:  I know.  That is why
14   I am not sure.  I'd have to take a
15   look at that program expense.
16         I would have to look at that.
17   BY MR. CURCHACK:
18      Q.  When you prepared Exhibit 28,
19   was that at Mr. Mullaney's request?
20      A.  That was based on the email?
21   Yes.
22      Q.  Do you know why he wanted to
23   have that prepared?
24      A.  My understanding, he wanted to
25   know how much of our funds were restricted

1      H. Fuchs
2   at that point. Since we hadn't done the
3   audit and we hadn't done the calculation
4   on direct mail, so it was just an estimate
5   as to what was remaining restricted at the
6   end of June and then at the time of
7   October.
8       MR. LILIEN: Before we move on
9   on this, I may ask Gary to chime in in
10  a moment, but Hana, if I understand
11  Exhibit 28 correctly, there was
12  $5 million of revenue that ultimately
13  was not received?
14      MS. FUCHS: Pledges. Correct.
15      MR. LILIEN: But as reflected on
16  Exhibit 28, money that was not
17  actually received?
18      MS. FUCHS: Correct.
19      MR. LILIEN: Now, looking at
20  Exhibit 31, the restricted net asset
21  balance, the middle yellow column is
22  $8.75 million. We are just trying to
23  do the math on this and have you guide
24  us through this.
25      Exhibit 28, which has a

1      H. Fuchs
2   7.795 million restricted net asset
3   value as of June 30, 2016, would be
4   reduced, if I understand this
5   correctly, by $5 million. So the
6   restricted net assets as of June 30,
7   2016 would be 2.795 million.
8       Since this calculation did not
9   yet include cost allocation,
10  presumably once those costs were
11  allocated, that number would go down
12  further.
13      MS. FUCHS: That's correct.
14      MR. LILIEN: Why don't we hold
15  off on that and start with the
16  2.795 million number once you have
17  subtracted the $5 million, and let's
18  move to Exhibit 31.
19      MS. FUCHS: Can I interject?
20      MR. LILIEN: Sure.
21      MS. FUCHS: So, for FY '16, in
22  this estimate that I did for Brian, we
23  do not include the WonderWork
24  donations.
25      MR. LILIEN: Fair point. We are

1      H. Fuchs
2   just focused on d/b/a right now,
3   donations to the BDA's.
4       MS. FUCHS: Okay.
5       MR. LILIEN: So when you go
6   through the, when you go through the
7   restricted net assets column -- again,
8   we are just trying to under how this
9   was put together. We are not
10  suggesting it is wrong. We are just
11  trying to understand it.
12      Would you take the roll-forward
13  number that applies to d/b/a's that
14  is -- is that the left-hand column?
15      MS. FUCHS: The left column.
16  Correct.
17      MR. LILIEN: Add that to the
18  2.795 million that was on Exhibit 28.
19  Add those two figures together, the
20  2.795 million on Exhibit 28 plus the
21  roll-forward in the left-hand column
22  as it applies to d/b/a's, not
23  WonderWork, and then subtract from
24  that the direct mail allocation that's
25  been allocated to the d/b/a's?

1      H. Fuchs
2       MR. POLKOWITZ: Can you read the
3   record?
4       (Record read.)
5       MR. LILIEN: Hana, is that how
6   we should be calculating this, or is
7   that the methodology how you
8   calculated these numbers?
9       MS. FUCHS: So, I would
10  calculate this using the remaining
11  restricted net assets from 6/30/15,
12  adding in the total donations from FY
13  '16 to give us the new net restricted
14  assets; subtract out the program
15  expense, subtract out the net assets
16  released, and then I would have my
17  restricted net assets remaining.
18      I think we said the same thing.
19      MR. LILIEN: Okay.
20  BY MR. CURCHACK:
21      Q.  I want to ask you a couple of
22  questions about impact loans. Are you
23  familiar with the concept of impact loans?
24      A.  Yes, I am familiar.
25      Q.  And you are aware of the fact

1       H. Fuchs
2  that WonderWork raised some impact loans?
3    A.  Yes.
4    Q.  To your knowledge, does
5  WonderWork expect to repay the impact
6  loans?
7    A.  Currently, or prior to
8  bankruptcy?
9    Q.  Let's start with prior to
10  bankruptcy.
11    A.  Yes. I expected they would all
12  be paid back.
13    Q.  And since the bankruptcy?
14    A.  My -- I expect the loans to be
15  paid back. I am not sure to what extent,
16  but I would expect -- well, backing up,
17  they are not due until five years from
18  when they were signed so they come due
19  around 2018, '19 and '20.
20      I would hope that they would be
21  paid back.
22    Q.  Are the funds that came in from
23  the impact loans considered restricted or
24  unrestricted?
25    A.  Those are unrestricted.

1       H. Fuchs
2    Q.  Are you familiar with a loan
3  made by the ███████████████?
4    A.  A million dollars, I think.
5    Q.  Do you recall that that loan
6  provided that 80 percent was to be paid on
7  surgeries?
8    A.  I don't recall.
9    MR. CURCHACK: Can we please
10    mark as the next exhibit, 32, a
11    document with production number 07834.
12    (So marked for identification as
13  Fuchs Exhibit 32.)
14    Q.  I believe that Exhibit 32 is a
15  draft. I have seen the subsequent
16  version, which is substantially identical.
17  This says, "Use of proceeds 80 percent of
18  total loan, 800,000, to be used to help
19  pay for surgeries and treatment during
20  term of loan."
21      Does this refresh your
22  recollection at all about the use?
23    A.  Yes, it does.
24    Q.  And were $800,000 of the ███
25  loan used to pay for surgeries?

1       H. Fuchs
2    A.  I didn't account for this loan
3  in my donations because it was a loan. It
4  was on the balance sheet. So, in fact, I
5  don't have an accounting record of how
6  this loan was used.
7    MR. LILIEN: Who would have that
8    record?
9    MS. FUCHS: Possibly the program
10    group because they are the ones who
11    send out the grants to these
12    hospitals.
13    Q.  Did Brian Mullaney ever make an
14  impact loan to WonderWork?
15    A.  No, he did not.
16    Can I just back up a little? My
17  understanding, though, is if the loan were
18  forgiven, that we would use this money for
19  surgeries. But I am not sure about the
20  actual use of it at the time of the loan,
21  so...
22    Q.  How did WonderWork expect that
23  it would be able to repay the impact
24  loans?
25    A.  How? Based on donations that

1       H. Fuchs
2  were not restricted.
3    Q.  As I understand it, starting in
4  2016, all mailings said 100 percent of
5  your donations will be used for surgeries.
6  Is that correct?
7    A.  That's correct.
8    Q.  So what would the source of
9  unrestricted funds be to pay back the
10  impact loans?
11    A.  Well, our wishful thinking was
12  that these people would forgive their
13  loans so we wouldn't have to pay them
14  back.
15    Q.  So in fact --
16    A.  Some people have already.
17    Q.  But, in fact, it was your
18  expectation or your -- I don't want to put
19  words in your mouth.
20    A.  My feeling was we would pay back
21  whatever was remaining on the loans that
22  hadn't been forgiven.
23    Q.  But you anticipate that they
24  would be forgiven?
25    MR. TRIVIGNO: I don't think she

1      H. Fuchs
2    said anticipated.
3      MR. LILIEN:  Let her answer the
4    question.
5    Q.   I am not trying to put words in
6    your mouth.
7    A.   Mine was wishful thinking.  My
8    idea was that people were donors and
9    eventually they would forgive their loans
10   since some of them had forgiven portions
11   of their loans already, as ████ did.
12   Q.   Did you ever discuss with
13   Mr. Mullaney the repayment of those loans?
14   A.   Not yet, no.
15     MR. CURCHACK:  I would like to
16   mark Exhibit 33, another email thread.
17   It is between you and Brian.  It bears
18   production number 0011581.
19     (So marked for identification as
20   Fuchs Exhibit 33.)
21   Q.   Now, if you look at the third
22   page of this exhibit, you will see where
23   it says how much was raised.
24   A.   Yes.
25   Q.   It says 9,700,000.  Do you see

1      H. Fuchs
2    that?  And it says, "Total raised from
3    foundations 9,450,000.  Total raised from
4    individuals 250."
5      What is that distinction based
6    on?
7    A.   That's based on the monies
8    received were 9.4 million from family
9    foundations or people's foundations.  And
10   individuals had lent us the 250,000.
11   Q.   Who were those individuals?
12   A.   Offhand, ████████████
13   ████.  I don't remember.  That might
14   have been the two people.  Maybe there is
15   more.  I know ████████████████
16   were individuals.  I think the rest were
17   the foundations, but that's just my
18   recollection.
19   Q.   If you look at the second email
20   in the thread, it says -- this is from you
21   to Brian.  "My numbers are purely the
22   loans we received.  Karen's numbers
23   include the donations as a result of the
24   ask letter and a few others."
25     Do you know what that is

1      H. Fuchs
2    referring to?
3    A.   To my recollection, when Brian
4    asked for these loans, some people, rather
5    than giving him a loan, actually made a
6    donation.
7    Q.   Okay.
8    A.   So that would be the donations
9    as a result of the letter asking for the
10   loan.
11   Q.   Go to the first email and read
12   that into the record, please.
13   A.   On the top?
14   Q.   Yes?
15   A.   "Also, these numbers include
16   your 250K loan which is not on the books."
17   Q.   Can you tell us what that means?
18   A.   Brian had requested -- Brian was
19   considering a loan from funds he had not
20   received yet, but he was going to deduct
21   it from the salary he didn't receive.
22     And I told him that I couldn't
23   book that information because there was no
24   money.  He either gave the money or he
25   didn't give the money.  I wasn't going to

1      H. Fuchs
2    deduct it and book it as a loan.
3      Anyway, that's the gist of that.
4    Q.   Do you know whether Brian
5    Mullaney ever told anyone that he had made
6    a loan?
7    A.   You'd have to ask Brian.
8    Q.   The next Exhibit, 34, email
9    dated March 9, 2015 -- an email thread,
10   the most recent being dated March 9, 2015,
11   between Hana and Brian bearing production
12   number 0011330.
13     (So marked for identification as
14   Fuchs Exhibit 34.)
15   Q.   Do you recall this email thread?
16   A.   This is familiar.
17   Q.   Okay.  If you go to the second
18   page, there is an email to you from Lisa
19   Parnagian, P-A-R-N-A-G-I-A-N.  Do you see
20   that?
21   A.   Yes, I see.
22   Q.   Do you know who that person is?
23   A.   May I read the email first?
24   Q.   Sure.
25   A.   It may refresh my memory.

```
 1          H. Fuchs
 2      (Pause.)
 3      Oh, I see.  To my recollection,
 4  she was a mortgage broker, I think, that
 5  had asked for some salary on Brian, salary
 6  information.
 7      Q.   So this email is you discussing
 8  the information you would be giving to the
 9  Bank of New York Mellon in connection with
10  a mortgage application by Brian?
11      A.   I think it was.  I don't know if
12  it was exact mortgage application or
13  another form of funds that he was
14  requesting, but...
15      Q.   But you were aware that this was
16  provided information that would be going
17  to a bank in connection with an
18  application for some sort of loan or
19  credit?
20      A.   Yes.
21      MR. LILIEN:  Can I ask you just
22  a couple questions on the same
23  document?
24      MS. FUCHS:  Sure.
25      MR. LILIEN:  It is an email from
```

```
 1          H. Fuchs
 2  you to Brian.  It says, "Hi, Brian."
 3  This is the second email above the one
 4  we just read.  "Hi, Brian.  I will
 5  respond that your base pay is $475,000
 6  per year for the past year.  At the
 7  end of our fiscal year, June 30th, our
 8  board has voted a bonus of $250,000."
 9      MS. FUCHS:  That's correct.
10      MR. LILIEN:  There was a formal
11  board action to award him the
12  $250,000?
13      MS. FUCHS:  It was awarded at
14  the board meeting, and I would
15  subsequently get an email from the
16  board regarding that.
17      MR. LILIEN:  Who on the board
18  would you get that email from?
19      MS. FUCHS:  J.J. Coneys.
20      MR. LILIEN:  Once you learned
21  that, that the board had awarded a
22  $250,000 bonus, how would you record
23  that bonus payment on the books and
24  records?
25      MS. FUCHS:  Well, I would
```

```
 1          H. Fuchs
 2  usually record it first on my list of
 3  Brian's salary that I keep.  And when
 4  he decided to take the salary, then I
 5  would record it on the books and
 6  records.
 7      MR. LILIEN:  I am not following.
 8      MR. CURCHACK:  Let me get there.
 9      Q.   Let's talk about Mr. Mullaney's
10  compensation.  How often does WonderWork
11  make payroll?
12      A.   Once a month.
13      Q.   Has it always been once a month
14  since you have been there?
15      A.   That's correct.
16      Q.   And who processes the payroll?
17      A.   ADP.
18      Q.   Is compensation ever paid by any
19  means other than ADP?
20      A.   Well, ADP processes the payroll.
21  Occasionally, when there was a bonus
22  awarded to the staff, the funds would come
23  from funds that were owed to Brian, but it
24  would still be processed through ADP.
25      Q.   How did Brian provide those
```

```
 1          H. Fuchs
 2  funds?
 3      A.   Brian would provide them through
 4  monies that were owed to him that he
 5  hadn't received yet.
 6      Q.   If they were owed to him, why
 7  hadn't he received yet?
 8      A.   Well, you'd have to ask Brian.
 9      Q.   Is there any formal deferred
10  compensation policy?
11      A.   No, there is not.
12      Q.   Is deferred compensation shown
13  on an employee's W-2 form?
14      A.   Well, currently there is no
15  deferred as such, so no.
16      Q.   Is deferred compensation shown
17  as a compensation expense in the books and
18  records of WonderWork?
19      A.   The only person who has
20  requested not to get paid was Brian, so
21  it's not on the books and records.
22      Q.   So there is no liability entry
23  for --
24      A.   No, not at the moment.  Well, at
25  the moment there is for the bankruptcy.
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

```
1              H. Fuchs
2    There is an amount that is recorded on the
3    books and records for what is owed to
4    Brian.
5        Q.    What is the basis of that
6    number?
7        A.    The number was based on the
8    total compensation that Brian decided not
9    to accept at the time it was due and the
10   deduction of certain expenses that he felt
11   he would deduct from the compensation that
12   was due him.  So, it's the difference of
13   that in total.
14       Q.    Does Mr. Mullaney have an
15   employment agreement?
16       A.    Yes, he does.
17       Q.    Do you know when it was
18   executed?
19       A.    I don't know the exact date.
20       Q.    Was it executed at the beginning
21   of his employment with WonderWork?
22       A.    Not at the beginning, no.
23       Q.    Was it executed prior to
24   January 1st of 2015?
25       A.    Prior to?  Yes.
```

```
1              H. Fuchs
2        Q.    It was?
3        A.    I think so.  I think so.
4        Q.    Do you know if there is more
5    than one employment agreement that he has
6    ever had?
7        A.    My understanding is there is
8    one.
9        Q.    I would like the reporter to
10   mark as Exhibit 35 a document entitled,
11   "Employment Agreement" between WonderWork,
12   Inc. and Brian Mullaney, production number
13   WON 01237 through 01248.
14       (So marked for identification as
15       Fuchs Exhibit 35.)
16       Q.    Is this the employment agreement
17   that you were referring to?
18       A.    Yes, this looks like it.
19       Q.    In the first paragraph, can you
20   read into the record what it says?
21       A.    "This employment agreement is
22   entered into by" --
23       Q.    Sorry.  Paragraph number 1.
24       A.    "Employment"?
25       Q.    Yes?
```

```
1              H. Fuchs
2        A.    "As of January 1, 2016,
3    WonderWork hereby employs Mullaney for a
4    period of five years through December 31,
5    2021, and Mullaney hereby accepts
6    employment with WonderWork, Inc. upon the
7    terms and conditions of this agreement."
8        Q.    So, to your knowledge, prior to
9    January 1, 2016, did Mr. Mullaney have a
10   written employment agreement?
11       A.    He did not, then, have a written
12   employment agreement that I know of.
13       MR. CURCHACK:  I would like to
14       mark as the next exhibit, 36, an email
15       thread.  The top one is from Brian
16       Mullaney to Hana Fuchs dated August 2,
17       2016.  It bears production number
18       38117.
19       (So marked for identification as
20       Fuchs Exhibit 36.)
21       Q.    I would like you to look at the
22   first email and read the second paragraph,
23   please, out loud.
24       A.    "I want to make a donation of my
25   salary to WonderWork.  Please send me
```

```
1              H. Fuchs
2    latest spreadsheet with my taking a large
3    chunk and also being given a bonus --"
4    excuse me.
5        "Please send me latest
6    spreadsheet with my taking a large chunk
7    and also being given a bonus so I can
8    decide how much."
9        Q.    Now, what spreadsheet is he
10   referring to?
11       A.    I maintained a spreadsheet of
12   Brian's salary that was owed to him from
13   when he decided he wanted not to take all
14   his salary until now.  And alongside that
15   was the amounts that he deducted from his
16   salary based on the things that you have
17   here on Number 34.
18       Q.    So, when he says "taking large
19   chunk," what does that mean?  What did
20   that mean to you at the time?
21       A.    Well, Brian was owed some many
22   months salary.  My understanding was he
23   wanted more than a month pay, so he wanted
24   a chunk.
25       Q.    When he says, "I want to make a
```

27 (Pages 315 to 318)

H. Fuchs

donation of my salary to WonderWork," that
meant he wanted you to take some of the
funds that he had not yet taken and
contribute them to WonderWork?  Is that
correct?

A.   My understanding of what was
meant by the donation was he was going to
take part of his salary and deduct some of
these expenses that he felt the company
would have paid for however he wanted to
take them out of his salary.  Not a
donation.

MR. LILIEN:  When you say
salary, are you referring to his base
salary of 475, or the bonus that the
board had awarded to him?

MS. FUCHS:  Both.  It was a line
item on my spreadsheet when he got the
bonus.

MR. LILIEN:  Had he ever
received in a year less than $475,000?

MS. FUCHS:  His initial salary
was not 475.  So in the beginning,
yes.

H. Fuchs

MR. LILIEN:  After it was raised
to 475.

MS. FUCHS:  After it was raised?
I don't think so.

MR. LILIEN:  When you say he
deducted expenses from his salary,
again, are you referring to the 475
base salary or the additional amount,
the bonus amount that he was awarded
from which he was deducting his
expenses?

MS. FUCHS:  Well, to me it was a
combination because I kept them in a
running total.  So I would give him
whatever was remaining from the last
place first and continue to run the
totals.

MR. CURCHACK:  Can we please
mark as Exhibit, whatever the next
number is, 37, a three-page
spreadsheet -- sorry.  It is a -- a
four-page spreadsheet.  Sorry.
Production numbers WON 07285 through
7288.

H. Fuchs

(So marked for identification as
Fuchs Exhibit 37.)

MR. CURCHACK:  Then I would like
to mark as next exhibit a single page
with production number WON 07289.

MR. TRIVIGNO:  Off the record.

(Discussion held off the
record.)

(So marked for identification as
Fuchs Exhibit 38.)

BY MR. CURCHACK:

Q.   Looking at these two at the
moment separately marked exhibits, do they
actually connect to each other?

I will ask a different question.
Do you recognize either or both of these?

A.   I recognize both of them.

Q.   Could you tell us what they are?

A.   So, 37 would be what I was
trying to explain before is my ledger on
how I maintain Brian's salary, what he got
paid and what remained unpaid from the
beginning of time -- well, the beginning
of WonderWork.

H. Fuchs

So, 37, you can see on the left
side the months that he was supposed --
the months where -- what his salary was
and the payments he received.

And then in the column -- the
third column would be what was -- what he
did not receive of what he should have
received.

Q.   I want to be sure I understand.
The first column is what he --

A.   What he received.

Q.   That's the column that has 475
at the top?

A.   Correct.

Q.   The second column, which has no
heading in the first line and the first
number is 28,833?

A.   Correct.

Q.   What is that?

A.   So that would be the monies
remaining from what he received.  So, his
monthly salary was, at that point, 39,583.
However, in October 2012, he only wanted
18,750.  So, WonderWork owed him the

28 (Pages 319 to 322)

1          H. Fuchs
2    difference between the 18 and the 39.  So,
3    that would be that 20,833.
4          But there was also a deduction
5    in that 20,000 of 3,500 that he made
6    towards a camera.
7    Q.   So it was a deduction from the
8    deferral, in other words?
9    A.   Deduction from the salary that
10   he did not take in October of 2012.
11   Q.   Do you recall what was reported
12   for Mr. Mullaney for calendar year 2012 on
13   his Form W-2?
14   A.   475,000.
15   Q.   Was Mr. Mullaney awarded a bonus
16   for the fiscal year ending June 30, 2012.
17          (Pause.)
18   A.   At the end -- if you look at
19   7287, there is -- the fourth column says
20   "Bonuses."
21   Q.   Yes.
22   A.   Those were the bonuses he was
23   awarded.
24   Q.   So according to this, he did not
25   get a bonus at the end of fiscal 2012?

1          H. Fuchs
2    A.   That's correct.
3    Q.   But did, at the end of each of
4    the subsequent fiscal years?
5    A.   Correct.
6    Q.   Now, if you go back to page
7    7285, there is a line in the left column
8    near the bottom of the page that says,
9    "bonus 7/1/13," and there is $250,000 in
10   the second column.  Is that correct?
11   A.   Where are you looking?
12   Q.   Second column, about ten lines
13   up from the bottom of the page.
14   A.   I see.
15   Q.   What does that number in that
16   column mean?
17   A.   That was the -- that was the
18   bonus the board awarded him in the end of
19   June, which I was told about July 1st.
20   Q.   And if you look over on the
21   right-hand side of the page, there is an
22   unheaded column about in the middle of the
23   page that says "Board Bonus" in that
24   column?  Do you see that?
25   A.   I am having trouble with...

1          H. Fuchs
2    What am I looking at now?
3    Q.   Do you see where it says "Notes"
4    in the middle of the page?
5    A.   Okay.
6    Q.   Go down a couple lines.  It
7    says, "7/1/2013."  The next column says
8    "Board Bonus."  The next column says
9    "$250,000."  Do you see that?
10   A.   Yes.
11   Q.   Is that the same 250 we are
12   talking about?
13   A.   Correct.
14   Q.   Next to that, it says, "email
15   TD."  What does that mean?
16   A.   Ted Dysart.  He was on the
17   board.  He is the one who e-mailed me
18   regarding Brian's bonus.
19   Q.   In that column, where it says
20   "email TD"?
21   A.   Yes.
22   Q.   Where it says "email BM," what
23   does that mean?
24   A.   That means that on January 6,
25   2014, Brian sent me an email to deduct

1          H. Fuchs
2    $22,000 from what was owed to him,
3    personal -- just reimbursements, $22,000.
4    Q.   Do you know -- so that -- based
5    on this, you believe that would have been
6    January 6th of 2014?
7    A.   That was the email date of the
8    email.
9    Q.   So the reimbursement would have
10   happened subsequent to that?
11   A.   No.  He wanted me to deduct that
12   from his -- from things that -- that the
13   company -- some expenses the company had
14   reimbursed him.
15   Q.   Well, had the company reimbursed
16   him?
17   A.   The way Brian asked to deduct --
18   take things out of his pay were round
19   numbers, as you can see on Number 38.
20   Sometimes they were specific and sometimes
21   just "deduct X amount for this or Y amount
22   for that."
23   Q.   Nothing specific for the 22,000?
24   MR. TRIVIGNO:  There are emails.
25   MS. FUCHS:  It could be on the

1          H. Fuchs
2     email from 1/6.  You are right.
3     Q.   Let's look at Exhibit 38 for a
4     moment.
5          What does that represent?
6     A.   This is a running list of all of
7     the requests to deduct monies from Brian's
8     salary.
9          MR. LILIEN:  So when they were
10    deducted from Brian's salary, did you
11    record that as income to Brian.
12         MS. FUCHS:  No, I did not.
13         MR. LILIEN:  Can I ask you to
14    turn back to page 7285.
15         MS. FUCHS:  Got it.
16         MR. LILIEN:  If you look down
17    towards the bottom of the document,
18    April 14th, there is a number next to
19    it, $189,583.  There is a note next to
20    it that says, "Includes $150,000 bonus
21    per 4/5/14 email."
22         If you look down one line,
23    May 14th, going straight across the
24    page where it says "remaining bonus
25    $150,000 paid 4/15/14," does that mean

1          H. Fuchs
2     Brian was paid $150,000 bonus on
3     April 15, 2014?
4          MS. FUCHS:  It means that part
5     of his $250,000 bonus, I think, from
6     my understanding, was paid in the
7     April 14th paycheck.
8          MR. LILIEN:  This is a document
9     you maintained and prepared.
10         MS. FUCHS:  Correct.
11         MR. LILIEN:  A little bit down,
12    a couple lines down, is an FY '14
13    total line that says $616,000.  Does
14    that mean the amounts that were, in
15    fact, paid to Brian during that fiscal
16    year?
17         MS. FUCHS:  Correct.
18         MR. LILIEN:  Can we turn to -- I
19    don't know what exhibit this is, but
20    the CHAR500 for the fiscal year ending
21    June 30, 2014.
22         Do you have the Exhibit Number
23    for this?
24         MS. SIMMONS:  6.
25         MR. LILIEN:  Exhibit 6.  Turn

1          H. Fuchs
2     about ten pages in to page number EX
3     0181.  This is a Form 990 attached to
4     a CHAR500 --
5          MR. TRIVIGNO:  You are looking
6     at 7.  You said 0181?
7          MR. LILIEN:  Yes.  Sorry.
8     Exhibit 7.
9          This is a CHAR500 form attaching
10    the Form 990 signed by you as chief
11    financial officer.  I am on page 181.
12         MS. FUCHS:  Which page?
13         MR. LILIEN:  0181, which is a
14    list of compensation.
15         MS. FUCHS:  0181.  Okay.
16         MR. LILIEN:  Can you state how
17    much money is reported here that was
18    paid to Brian Mullaney during this
19    fiscal year?
20         MS. FUCHS:  This is -- on this
21    particular report, this is what's on
22    the W-2, not on the fiscal year, which
23    was different.  So there is an
24    overlap.
25         MR. LILIEN:  Turning back to the

1          H. Fuchs
2     spreadsheet we were just looking at,
3     page 7285, where it talks about --
4     where it states in fiscal '14 Brian
5     Mullaney was paid $616,000.  Did Brian
6     Mullaney received a W-2 that indicated
7     $616,000?
8          MS. FUCHS:  No.  He didn't
9     receive a W-2 for 616 because the
10    fiscal year laps over two calendar
11    years.
12         MR. LILIEN:  So in other
13    circumstances, when he received a
14    bonus from which he was -- from which
15    he used funds from the bonus to pay
16    his expenses, during any year did he
17    receive a W-2 that included the
18    payment of expenses that were deducted
19    from his bonus?
20         MS. FUCHS:  His payroll were
21    just the numbers here that were given
22    to him.  And in total, a lot of the
23    numbers -- the amounts were deducted.
24    The W-2 didn't have that item, if that
25    is what you are saying.

1          H. Fuchs
2     I guess I am not clear.
3          MR. LILIEN:  What I am asking
4     is, did his W-2's, which report
5     income, at any point include amounts
6     that were paid by WonderWork from his
7     bonus account for expenses,
8     reimbursement of expenses or payment
9     of expenses?
10          MS. FUCHS:  W-2's?  They did
11     not.  They were just salary numbers.
12          MR. POLKOWITZ:  I have a
13     question.  On the 990, where his
14     compensation is provided on Part 4 --
15     sorry.  Part 7.
16          MS. FUCHS:  Which page?
17          MR. TRIVIGNO:  The same page,
18     181.
19          MR. POLKOWITZ:  Page 0181.  The
20     475.  Is that for the fiscal year?
21          MS. FUCHS:  Calendar year.
22          MR. POLKOWITZ:  Based on his
23     W-2?
24          MS. FUCHS:  Yes.  It used to be,
25     990 used to have fiscal year and

1          H. Fuchs
2     calendar year, but I think they
3     changed it, to my recollection.
4          MR. CURCHACK:  Do you recall
5     when they changed it.
6          MS. FUCHS:  Let me just look
7     through this a minute.
8          There was always one section in
9     the 990 that you had the W-2
10     information.  And then there used to
11     be -- I am not sure when it was
12     changed, the fiscal year in the 990 as
13     well.  I am not sure if it was changed
14     pre-WonderWork or post-WonderWork
15     but...
16          MR. LILIEN:  Was it
17     Mr. Mullaney's desire to maintain his
18     reportable compensation at $475,000
19     each year?
20          MS. FUCHS:  You'd have to ask
21     him that, please.  I would always
22     follow what he asked me at that point
23     as what he wanted.  But...
24          MR. LILIEN:  Again, going back
25     to the spreadsheet, on 7285, for

1          H. Fuchs
2     calendar year 2014, not fiscal year
3     but calendar year 2014.
4          MS. FUCHS:  Okay.  I got it.
5          MR. LILIEN:  I just want to walk
6     through with you so we understand
7     these numbers here.
8          In January 2014, was that -- the
9     first number is $114,170?
10          MS. FUCHS:  That's correct.
11          MR. LILIEN:  What did that
12     $114,000 number represent and why did
13     he receive it in that amount?
14          MS. FUCHS:  It appears that the
15     114,000, what was remaining --
16     remaining from past deductions of
17     expenses, and it was remaining salary
18     that was due.  Salary/bonus money that
19     was due to him.
20          MR. LILIEN:  So the 114,000
21     would have been out of his bonus that
22     was not used for expenses in the prior
23     year?
24          MS. FUCHS:  Correct.
25          MR. LILIEN:  Then on January '14

1          H. Fuchs
2     is an additional amount of $21,000.
3          MS. FUCHS:  Correct.
4          MR. LILIEN:  Do you have an
5     understanding what that amount
6     represents?
7          MS. FUCHS:  I think that was the
8     difference -- I think there was a
9     difference I had forgotten to include,
10     which should have been 136,000 that he
11     should have been paid, which would
12     have been the break-even point, what
13     we owed him and what he got paid.  And
14     I think I just missed it and so I gave
15     him the additional -- he received the
16     additional 21,000.
17          So 291 plus the 114 adds up to
18     the 136.
19          MR. LILIEN:  If you go down to
20     June 2014, the amount associated with
21     June 2014 is 30,583.  Do you know why
22     that number would be less than prior
23     amounts?
24          MS. FUCHS:  Well, that was --
25     there was remaining $8,999, and he had

H. Fuchs

1  requested to be paid.  And that was
2  the total.  He had requested only
3  30,000 in June 2014.
4      MR. LILIEN:  Why do you think he
5  only requested 30,000 and kept $9,000
6  remaining?
7      MS. FUCHS:  You'd have to ask
8  him that, unless there is an email
9  telling me.  I don't see a reference
10 in here.
11     MR. CURCHACK:  Let's go through
12 some of the emails that relate to some
13 of this and maybe we can answer some
14 of it.
15     The first document is an email
16 from Brian Mullaney to Hana Fuchs
17 dated August 28, 2012, and it bears
18 production number 07290.
19     (So marked for identification as
20 Fuchs Exhibit 39.)
21 BY MR. CURCHACK:
22 Q.  Do you recall seeing this email?
23 A.  Yes.
24 Q.  Can you explain it to us,

H. Fuchs

1  please?
2  A.  This email, Brian had asked me
3  to deduct a $3,500 camera that was
4  purchased for the office but he wanted to
5  pay for it from his salary that was owed
6  to him.  And he had requested just to get
7  paid up to 475,000.
8  Q.  So when it says, "Hi, Hana.  I
9  do not want my pay to exceed the approved
10 475 annual pay amount.  Please stop paying
11 me when I hit this number and accrue it."
12     That is what you were referring
13 to before when you said that he asked you
14 to stop?
15 A.  That's correct.
16 Q.  I know we are going longer than
17 we wanted.  Do you want to take a break at
18 all?
19     (Recess.)
20 Q.  I would like you to look, if you
21 would, at the second page of Exhibit 37
22 and go to the column down the middle of
23 the page that says "Bonus" up at the top?
24 A.  Which page?  I am sorry?

H. Fuchs

1  Q.  7286.
2  A.  Okay.
3  Q.  Do you see the middle column
4  that says "Bonus" up at the top?  On the
5  top line in one of the columns --
6  A.  I got it.  Okay.  Thank you.
7  Sorry.
8  Q.  If you go down that column to
9  June.15, which I assume means June of
10 2015 -- is that correct?
11 A.  June.15?  2015.  Mm-hmm.
12 Q.  Do you recall the staff of
13 WonderWork taking pay reductions around
14 June of 2015?
15 A.  We took a pay reduction, I think
16 it was June of 2015.
17 Q.  Did Mr. Mullaney take a pay
18 reduction?
19 A.  No, he did not.
20 Q.  And so what is that note, "June
21 board 2015 meeting reduction of 150K not
22 included"?  What does that mean?
23 A.  That that was not included in
24 that $167,000.  Just maybe a note that I

H. Fuchs

1  wrote.
2  Q.  If you look at the column which
3  has the 167,000 in it, it seems to be like
4  a running tally.
5  A.  Yes.
6  Q.  So, on June 15th, it adds
7  39,583, which I assume means that he did
8  not take his June salary.  Is that
9  correct?
10 A.  That's correct.
11 Q.  So at that point his tab, if you
12 will, was $167,000?
13 A.  That's correct.
14 Q.  So why -- did the board salary
15 reductions include $150,000 salary
16 reduction for Mr. Mullaney?
17 A.  The board -- I am just trying to
18 think back.  The salary reductions, I
19 don't recall if it included his or not.
20 Q.  But in fact, Mr. Mullaney took
21 the same $475,000 that year as he had
22 taken every other year.  Is that right?
23 A.  That's correct.
24 Q.  Now, at some point I think we

H. Fuchs

1 said yesterday that Mr. Mullaney had told
2 you to pay bonuses to the staff out of his
3 pay?
4     A.    Out of his remaining pay.
5 Correct.
6     Q.    If you go to, again on page
7 7286, the line for March 2017, on the
8 left, but all the way to the right where
9 there is a deduction of $36,925?
10     A.    For 12/31/15?
11     Q.    Yes.  Staff bonus -- is that
12 those bonuses we are talking about?
13     A.    That's correct.
14     Q.    So when Mr. Mullaney said that
15 he was paying the staff bonuses out of his
16 funds, in fact they were paid out of this
17 account that you were maintaining on this
18 separate ledger.  Is that correct?
19     A.    The funds he had not received
20 yet.  That's correct.
21     Q.    So he had never actually
22 received those funds?
23     A.    That's correct.
24     Q.    And he had never reported those

H. Fuchs

1 funds as income to himself?
2     A.    Well, he did not receive a W-2.
3 I don't know what he does for his taxes.
4         MR. LILIEN:  Did you believe he
5     had an entitlement to these funds?
6     Were these his funds?
7         MS. FUCHS:  Yes.  These were
8     owed to him for salaries he didn't
9     take at that point.
10     Q.    But they were not reflected on
11 the books and records of WonderWork as a
12 deferred compensation liability?
13     A.    Correct.
14         MR. LILIEN:  Is this the only
15     instance in which Mr. Mullaney used
16     funds out of this bonus account to pay
17     bonuses for other staff members?
18         MS. FUCHS:  I will take a quick
19     look through my list to see.  I don't
20     recall.  But he did that again in
21     December, 2016.
22         MR. LILIEN:  How were the bonus
23     payments treated in respect of the
24     recipient's income for that year?

H. Fuchs

1 Meaning were these bonus payments
2 included in the employees' W-2's that
3 received a bonus?
4         MS. FUCHS:  Yes, as a bonus
5     category.  They were included on the
6     employees' W-2's.
7         MR. CURCHACK:  I would like to
8     mark another email.  This is --
9         MR. LILIEN:  Sorry, Walter,
10     before you go into this.  Were they
11     recorded on the books and records as
12     compensation to these individuals?
13         MS. FUCHS:  As a bonus.  Yes.
14         MR. LILIEN:  So how was the
15     payments that came from Mr. Mullaney's
16     account recorded on the books and
17     records, the money that was used to
18     pay for this compensation expense?
19         MS. FUCHS:  I just deducted it
20     on my spreadsheets from what he was
21     owed but it wasn't -- it wasn't set up
22     as an accrual on the books and records
23     or as a liability for Mr. Mullaney.
24         MR. LILIEN:  Was it treated as a

H. Fuchs

1 contribution from Mr. Mullaney to
2 WonderWork?
3         MS. FUCHS:  No, it was not.
4         MR. LILIEN:  Would there not be
5     an amount corresponding to the expense
6     on the books and records?
7         MS. FUCHS:  A Mr. Mullaney
8     expense?
9         MR. LILIEN:  There is a
10     compensation expense that was paid to
11     employees.  Where did the money -- how
12     was the corresponding source of that
13     money accounted for in the books and
14     records?
15         MS. FUCHS:  It was accounted --
16     it was accounted from the WonderWork
17     account.
18         MR. LILIEN:  Using what funds?
19         MS. FUCHS:  The WonderWork
20     funds.  Donation funds.
21         MR. LILIEN:  But those funds are
22     not the same funds as Mr. Mullaney's
23     funds.
24         MS. FUCHS:  Well, Mr. Mullaney's

1  H. Fuchs
2  funds were on the spreadsheet but they
3  weren't on the books because he hadn't
4  received them yet. So it just reduced
5  what was owed to him and paid to the
6  employees.
7  BY MR. CURCHACK:
8  Q. Do you recall any communications
9  with the board of directors about
10 maintaining an accrual with respect to
11 Mr. Mullaney's supposedly deferred
12 compensation?
13 A. It was mentioned but I wasn't --
14 I wasn't recording an accrual. They knew
15 that, as did KPMG. When we would go over
16 payroll, that was what I had to show the
17 auditors.
18 Q. So you believed the board of
19 directors knew at some point in time that
20 you were maintaining this separate
21 account?
22 A. Oh, yes.
23 Q. At what point in time do you
24 think they were aware of that?
25 A. Oh, from the beginning.

1  H. Fuchs
2  Q. That would apply to all of the
3  directors?
4  A. I don't know about all the
5  directors. I know some of them.
6  Q. Which ones?
7  A. Particularly J.J. knew that.
8  And I think, before that, Ted Dysart, but
9  I am not quite sure.
10 MR. POLKOWITZ: Did KPMG ever
11 question the accounting for that
12 bonus?
13 MS. FUCHS: They understood what
14 I was doing and they agreed with the
15 treatment. They didn't say -- had
16 they told me it was something
17 incorrect, I would have changed it,
18 but they didn't, so I didn't change
19 it.
20 MR. POLKOWITZ: Were they
21 provided all the information?
22 MS. FUCHS: Of course.
23 MR. POLKOWITZ: Were they
24 provided with this schedule,
25 Exhibit 37 -- is that correct? Were

1  H. Fuchs
2  they provided Exhibit 37?
3  MS. FUCHS: Well, this exhibit
4  was put together to show the actual
5  deductions from the running totals
6  because it was really getting
7  difficult.
8  MR. CURCHACK: Which schedule?
9  MS. FUCHS: 38 was put together
10 afterwards. Well, it was alongside of
11 it, but I wanted to keep it as its own
12 so I knew exactly what was deducted.
13 So they didn't see Number 38, per se,
14 because that was fairly new. But they
15 did see how the other payroll was done
16 and what was owed to him.
17 MR. LILIEN: Hana, just answer
18 Gary's questions. Did the auditors,
19 KPMG, ever receive the spreadsheet
20 that is Exhibit 37?
21 MR. TRIVIGNO: Or an earlier
22 version?
23 MR. LILIEN: Or an earlier
24 version of this. Correct.
25 MS. FUCHS: They might have or

1  H. Fuchs
2  might not. I am not exactly sure if I
3  actually gave them a physical copy or
4  if they looked at what I had, but they
5  definitely knew about it.
6  MR. LILIEN: When you say looked
7  at what you had, what do you mean?
8  MS. FUCHS: Looked on the
9  computer.
10 MR. LILIEN: Did any board
11 member receive this version or any
12 prior version of this spreadsheet?
13 MS. FUCHS: I don't remember
14 sending that to any of the board
15 members.
16 BY MR. CURCHACK:
17 Q. You mentioned that Exhibit 38
18 was prepared later in time. Do you recall
19 when it was created?
20 A. It was prepared probably around
21 the bankruptcy time, when I needed to have
22 something a little more understandable to
23 people other than myself.
24 Q. There is a reference on the
25 amended schedules that WonderWork filed in

1    H. Fuchs
2 its Chapter 11 proceeding, which I believe
3 shows an amount due to Mr. Mullaney.  Is
4 that correct?
5    A.   For his salary or for --
6    Q.   I don't know for what.  I am
7 asking --
8    A.   There is an amended amount on
9 the document regarding a reimbursed
10 expense that he paid to American Express
11 as well as his salary.
12    Q.   Did --
13    A.   So there is two items.
14    Q.   Well, to be specific, did
15 WonderWork list on its schedules as
16 liability amounts owing to Mr. Mullaney?
17    A.   Yes.  It is on that.
18    Q.   What were those amounts?
19    A.   The amount on the -- one amount
20 on that schedule would be the compensation
21 that is owed to him --
22    Q.   Let me stop you for a second
23 there.  When you say "the compensation
24 that is owed to him," are you referring to
25 his $475,000 a year salary, or are you

1    H. Fuchs
2 referring to the balance in the account
3 that you were maintaining on this
4 spreadsheet?
5    A.   It would be the balance of what
6 was owed to him from the spreadsheet I was
7 maintaining.
8    Q.   Thank you.
9       MR. CURCHACK:  I would like to
10    now mark as Exhibit 40 a two-page
11    email thread, production number 07291
12    through 292.
13       (So marked for identification as
14    Fuchs Exhibit 40.)
15    Q.   Do you recall these emails?
16    A.   Yes.
17    Q.   If you look at page 7292, it
18 says, "Can you please add any extra pay
19 from 2013 that I did not take with my
20 January pay?"
21       What is that referring to?
22    A.   To the best of my knowledge,
23 Brian had asked...
24       He was looking to find out how
25 much remaining of his pay, I think.

1    H. Fuchs
2    Q.   I don't mean to interrupt, but
3 by "remaining of his pay," you mean of the
4 $475,000?
5    A.   What was being totalled up from
6 all of what was outstanding.
7    Q.   When he says  my pay, extra pay
8 from 2013, would that have included
9 anything other than the salary component?
10    A.   It may have included his bonus,
11 but I would have to go back to my
12 spreadsheet.
13    Q.   Read the next sentence and see
14 if that refreshes your recollection.
15    A.   "This..."
16    Q.   "This, of course, does not
17 include the $250,000 bonus which I loaned
18 to WonderWork as part of our impact loan."
19    A.   That never happened, and I told
20 him that.
21    Q.   Turn to page 7291.  Email at the
22 top says, "If it is okay with you, I would
23 like to deduct the 22,000 from my impact
24 loan, thus my loan is reduced to
25 $228,000."

1    H. Fuchs
2    A.   That was not his impact loan.
3 That was the bonus, and it was deducted
4 from the bonus.  There was no impact loan,
5 and -- not in this email, but I told Brian
6 that I can't book a loan for money I don't
7 have.
8    Q.   If you look at Exhibit 37 --
9    A.   He just kept on calling it what
10 he wanted.
11    Q.   If you look at Exhibit 37, next
12 to the "Notes" column on page 7285, if you
13 go down to January of 2014, is that the
14 22,000 and $250,000 we are talking about
15 here?
16    A.   The 250,000 was the bonus.  The
17 22,000 was deducted.  This was not a loan.
18       MR. CURCHACK:  I would like to
19    mark now --
20    A.   Just to reiterate that, the line
21 "deduct the 22,000 from my impact" was
22 copied off of his email, so I had a
23 reference.  So I cut and pasted it.
24    Q.   Thank you for that
25 clarification.

H. Fuchs

Let's look at now an email
thread dated April 5, 2014 bearing
production number 07293.
(So marked for identification as
Fuchs Exhibit 41.)
MR. LILIEN: Before we go to the
next document, there are a number of
references, including the document we
just read, that refers to the Four
Seasons.
MS. FUCHS: Yes.
MR. LILIEN: What is the Four
Seasons?
MS. FUCHS: The Four Seasons is
a restaurant.
MR. LILIEN: Not the hotel, the
Four Seasons restaurant.
MS. FUCHS: Restaurant, now
closed.
MR. LILIEN: What events took
place at the Four Seasons restaurant?
MS. FUCHS: There were several
donor dinners there, as well as donor
meetings and -- with Brian and

H. Fuchs

selected donors. And there was one
big dinner held there for a thank you
dinner to our new donors.
MR. LILIEN: Who selected the
venue?
MS. FUCHS: The Four Seasons?
MR. LILIEN: Yes.
MS. FUCHS: That was selected by
Brian.
MR. LILIEN: Okay.
BY MR. CURCHACK:
Q. If you look at Exhibit 41, first
go to the second page, Document 7294.
There is an email from Brian that says, in
the second line, "I want to forgive some
of my impact loan. Take some and reduce
the balances all around."
So, is that referring to the
impact loan that you just said never
happened?
A. Yes.
Q. Okay.
A. I don't know about the time
frame of these emails, but I am sure it

H. Fuchs

was at the time that he wanted to do this
impact loan and was sending out
information to the donors.
Q. For the record, the last one we
looked at was January 2014 and this one is
April 2014.
It also says in the email on the
first page, 7293, "Can you please deduct
$30,000 as a contribution to defray
50 percent of my weekly travel expenses?"
First question: What were his
weekly travel expenses?
A. Brian takes a train to New York.
Normally -- well, it was once a week. And
stays in a hotel once a week. And based
on the cost, he had asked to use $30,000
that was owed to him to deduct -- well, to
use $30,000 of what was owed to him to
deduct it from his travel costs.
Q. Those travel costs were his
costs of commuting from Boston to New
York?
A. That's correct.
Q. Do you know whether the board

H. Fuchs

ever authorized WonderWork to pay him
those expenses?
A. Well, it was a reimbursed
expense that the board knew about. I
didn't have anything -- I don't recall
having anything in writing regarding that,
but...
Q. Other than hearing it from
Mr. Mullaney, did anyone ever discuss with
you the reimbursement of his travel
expenses for commuting?
A. I don't recall anybody
specifically talking to me about it. To
my recollection, the board knew about it.
They all -- the board knew about it
from --
Q. What do you --
A. Well, it was recorded in our
budget, for part of the travel budget, and
they approved that.
Q. The budget that the board saw --
A. In June.
Q. Which had a travel budget line
on it?

1          H. Fuchs
2     A.    Correct.
3     Q.    You think the board saw a line
4  with detail that would have shown Brian's
5  commuting costs specifically on that?
6     A.    Well, that's how we calculated
7  the budget.
8     Q.    Right.  But on the presentation
9  to the board is just a single line that
10  says "Travel."  Right?
11     A.    That's true.  But I wasn't at
12  the meeting.  I am not sure how that line
13  item was explained.
14     Q.    Now, it also in this email says,
15  "Can you please deduct 30,000 as a
16  contribution?"
17          What does "as a contribution"
18  mean?
19     A.    That is -- Brian liked to use
20  that term for his -- for his deductions of
21  this expenses.  That is a Brian term.
22     Q.    Did that get reflected as a
23  contribution in the books and records?
24     A.    No, it did not.
25     MR. POLKOWITZ:  His travel costs

1          H. Fuchs
2  for the Amtrak and the hotel, that was
3  paid through the corporate Amex card?
4     MS. FUCHS:  Correct.
5     MR. POLKOWITZ:  And then that
6  was recorded as an expense on the
7  books and records of WonderWork?
8     MS. FUCHS:  That's correct.
9     MR. POLKOWITZ:  Then when he
10  asked for 30,000 to be credited
11  against these expenses, where was that
12  recorded?
13     MS. FUCHS:  That was not
14  recorded, except on my Excel
15  spreadsheet.
16     MR. POLKOWITZ:  So the expenses
17  of WonderWork were not reduced by the
18  $30,000 of reimbursement by Brian?
19     MS. FUCHS:  His salary expense
20  on -- what was remaining owed to him
21  was reduced.
22     MR. CURCHACK:  But what was owed
23  to him was not on the books and
24  records of WonderWork.
25     MS. FUCHS:  Correct.

1          H. Fuchs
2     MR. POLKOWITZ:  So these
3  expenses were still carried on the
4  books and records of WonderWork?
5     MS. FUCHS:  That's correct.
6     MR. POLKOWITZ:  Even though that
7  he had provided a credit for those
8  related to unpaid compensation.
9     MS. FUCHS:  But since there was
10  no money exchanged, I didn't record
11  it.  I mean, if there was actually a
12  money exchange, yes, but...
13     MR. CURCHACK:  I would like to
14  mark as the next exhibit another email
15  from Brian to you dated October 21,
16  2014, bearing production number 7296.
17          (So marked for identification as
18  Fuchs Exhibit 42.)
19  BY MR. CURCHACK:
20     Q.    Do you recall seeing this email?
21     A.    Yes, I recall this email.
22     Q.    Again, it says, "Please deduct
23  50,000 from pay owed to me and make it a
24  donation to WonderWork."
25          Was that $50,000 ever reflected

1          H. Fuchs
2  on the books and records of WonderWork as
3  a donation?
4     A.    No, it was not.
5     Q.    But the email also asks for
6  certain amounts, 12,500, to go to Mark
7  Atkinson's travel expenses for an Africa
8  trip, and 12,500 for Mr. Mullaney's
9  expenses for this Africa trip, which is
10  25,000, I believe, a balance of 25,000.
11          Then it says, "Please deduct
12  whatever our Christmas party costs and, of
13  course, all Photoshop lessons."
14          What happened to the rest of
15  that $50,000?
16     A.    Well, the 50,000 was deducted on
17  10/21.
18     Q.    And that is reflected --
19     A.    That reflected the 25,000.  And
20  then, the less was just miscellaneous,
21  because he did say 50,000.
22     Q.    Right.  So in other words, it
23  was sort of a -- he just rounded the
24  number and certain expenses were paid in
25  the ordinary course because WonderWork, in

1       H. Fuchs
2   fact, paid those travel expenses.
3   Correct?
4       A.  Yes, that's correct.
5       Q.  To be clear, when Mr. Atkinson
6   and Mr. Mullaney went to Africa around
7   this time in 2014, WonderWork actually
8   paid those expenses?
9       A.  That's correct.
10      Q.  And the cost of the Christmas
11  party was paid by WonderWork?
12      A.  That's correct.
13      MR. CURCHACK:  I would like to
14  mark as the next exhibit an email from
15  Brian to you dated March 9, 2015,
16  bearing production numbers 7300 and
17  7301.
18      (So marked for identification as
19  Fuchs Exhibit 43.)
20      Q.  I would like to address your
21  attention to the very bottom of page 7300,
22  where -- I will read the sentence.  It
23  says, "Please make sure all Eve expenses
24  related to this trip to India be deducted
25  from my pay."

1       H. Fuchs
2       Do you see that?
3       A.  Yes, I see that.
4       Q.  Can you tell us who Eve is?
5       A.  Eve was a writer and had gone to
6   India.
7       Q.  Do you recall whether she was in
8   fact being considered as a ghostwriter to
9   work with him on a book?
10      A.  You'd really have to ask him
11  about that.  I was not -- I wasn't really
12  familiar with it -- except for this email,
13  I wasn't really familiar with the Eve
14  situation.
15      Q.  If we go back to Exhibit 37 and
16  look at the October 15th, on the
17  right-hand side -- I am sorry.  I am wrong
18  on the date.  It says April 20th.  But
19  there is a $6,000 deduction per MB for
20  writer.
21      A.  Per MB.  That must be BM.  I
22  must have just transposed that.
23      Q.  Is that --
24      A.  6,000 for the writer.  That's
25  correct.

1       H. Fuchs
2       Q.  That is what this is referring
3   to?
4       A.  Yes.
5       MR. LILIEN:  While we are on
6   that page, before you move on, if you
7   can just go up to February 15th, page
8   7286 --
9       MR. CURCHACK:  We are back in
10  Exhibit 37.
11      MS. FUCHS:  Oh, okay.
12      MR. LILIEN:  Exhibit 37.  Sorry.
13  Do you see February 15th, there is a
14  line -- the amount next to
15  February 15th, page 7286.  The amount
16  is $39,000, so we are in the beginning
17  of the calendar year.
18      MS. FUCHS:  I am sorry.  The
19  left side or the right side?
20      MR. LILIEN:  Left side,
21  February 15th.  It says $39,583.
22      MS. FUCHS:  I see that.
23      MR. LILIEN:  Under that line, it
24  says February 15th, no year,
25  February 15th additional, and the

1       H. Fuchs
2   amount is $385,000.
3       MS. FUCHS:  I see that.
4       MR. LILIEN:  Next to that
5   amount, there is a few words.  It
6   says, "to bring calendar year to
7   $475,000."
8       MS. FUCHS:  Okay.
9       MR. LILIEN:  Is this another
10  example where you were copying an
11  email Brian had sent, or was this
12  something that you had inserted?
13      MS. FUCHS:  Well, to the best of
14  my knowledge, I may have inserted it
15  based on an email I received.  But I
16  would have to find the email.
17      MR. LILIEN:  What do you think
18  "to bring calendar year to 475" means?
19      MS. FUCHS:  Well, total pay for
20  the calendar year Brian requested to
21  be 475,000.
22      MR. LILIEN:  And for the
23  remainder of the year, was he paid any
24  additional amounts?
25      MS. FUCHS:  Based on this

38 (Pages 359 to 362)

1        H. Fuchs
2   schedule, he was not.
3        MR. LILIEN:  And looking at the
4   next column, there are -- there is an
5   amount beginning with $46,092.  Under
6   that -- that is February of '15.
7   Beginning March '15, through the end
8   of the year, there are equal amounts,
9   monthly amounts paid to him of
10  $39,583?
11       MS. FUCHS:  That was a column
12  that was not paid.
13       MR. LILIEN:  This, again,
14  represents a column that --
15       MS. FUCHS:  Should have been
16  paid, but didn't get the pay.  The
17  zero was not paid.
18       MR. LILIEN:  The reason it
19  wasn't paid is because Brian did not
20  want his compensation that year to
21  exceed $475,000, his reportable
22  compensation to exceed 475.
23       MS. FUCHS:  That's correct.
24       MR. CURCHACK:  Just a couple
25  more questions on this line.

1        H. Fuchs
2   Can we mark 7302?  Exhibit 44 is
3   an email from Brian Mullaney to Hana
4   Fuchs dated April 20, 2015.
5        (So marked for identification as
6   Fuchs Exhibit 44.)
7   BY MR. CURCHACK:
8   Q.   It says, "Please let me know my
9   total Boston/New York travel expenses and
10  if I have exceeded the 30,000 I deducted."
11       Does this reflect that all
12  Mr. Mullaney's costs of commuting between
13  Boston and New York were being paid by
14  WonderWork at this time?
15  A.   The expenses are being paid by
16  WonderWork.  However, he had requested
17  $30,000 to be deducted to cover these
18  expenses.
19  Q.   Does WonderWork maintain life
20  insurance on any of its employees?
21  A.   We have a small life insurance
22  policy for all of our employees.  And then
23  we have a life insurance policy for Brian
24  Mullaney that is separate.
25  Q.   Do you know how many policies

1        H. Fuchs
2   there are for Brian Mullaney?
3   A.   Currently?
4   Q.   Yes.
5   A.   Currently, there are -- well,
6   three policies.  Two of them are actually
7   the same policy.  I don't know if you want
8   me to get into why there are two policies.
9   Q.   No.
10  A.   To cover the ███████████
11  ███.  One is a personal policy.
12  Q.   So the beneficiary of those
13  first two you mentioned is the ███████
14  ████████?
15  A.   That's correct.
16  Q.   And the beneficiary of the
17  second one is Mr. Mullaney's wife?
18  A.   Correct.
19  Q.   And WonderWork pays the premiums
20  for those policies?
21  A.   That's correct.
22  Q.   Do you know where DeLois
23  Greenwood lives?
24  A.   Currently she is in Atlanta.
25  Q.   Has she always been in Atlanta

1        H. Fuchs
2   since she's working at WonderWork?
3   A.   That's correct.
4   Q.   How often does she come to the
5   office?
6   A.   She maintains a small apartment
7   on the east side so she is in the office
8   almost every day.
9   Q.   Does WonderWork pay for the cost
10  for her to travel from Atlanta to New
11  York?
12  A.   We pay for her commuting
13  generally once a month.
14  Q.   What exactly do you pay for?
15  A.   A plane ticket to and from.
16  Q.   A once-a-month plane ticket?
17  A.   Back and forth.
18  Q.   Is there any documentation to
19  support that payment?
20  A.   Well, in her original -- she was
21  originally a consultant, and I think it
22  was documented in that consulting
23  agreement.  And as far as current
24  documentation, I don't have anything that
25  I can recall currently.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

1        H. Fuchs
2        MR. LILIEN:  How many plane
3    trips are there in a month?
4        MS. FUCHS:  That DeLois
5    Greenwood takes?  Usually one.
6        MR. LILIEN:  One a month?
7        MS. FUCHS:  Yes.  It depends.
8        MR. LILIEN:  Are there any other
9    expenses other than the plane trips
10   that WonderWork pays on her behalf?
11       MS. FUCHS:  Taxi to the airport
12   and back.
13       Q.    Does WonderWork pay for her
14   apartment you said she has in New York?
15       A.    No, we don't pay her apartment.
16       Q.    WonderWork does pay for the
17   hotel rooms that Mr. Mullaney stays in?
18       A.    We pay that.  He deducts that,
19   but we pay that.
20       MR. LILIEN:  For DeLois, is the
21   amount that you pay, that WonderWork
22   pays for her air travel reported as a
23   monetary benefit?  Is the monetary
24   value of that reported as income to
25   DeLois?

1        H. Fuchs
2        MS. FUCHS:  No.  It is similar
3    to not reporting it for Brian.
4        MR. LILIEN:  Any reason why?
5        MS. FUCHS:  Well, the auditors
6    have reviewed this and haven't told me
7    that it needs to be reported since it
8    is -- it was felt that it was a
9    reimbursable expense.
10       MR. CURCHACK:  Len, do you know
11   whether part of the production
12   included Ms. Greenwood's consulting
13   agreement?
14       MR. TRIVIGNO:  Do I know
15   offhand?  No.  I would expect it would
16   have.  If it didn't, I can do that.
17       MR. CURCHACK:  We will check,
18   but if you can check?
19       MR. TRIVIGNO:  No problem.  I
20   thought we did, but I may not have.
21   If it is not, you can have it.
22   BY MR. CURCHACK:
23       Q.    I would like to ask -- I will
24   mention a few names.  These are entities
25   that received 1099's from WonderWork over

1    the years.  Some of them I recognize, some
2    I don't, so I would like to ask your
3    recollection.
4        A.    Okay.
5        Q.    Rosanna Menza, M-E-N-Z-A?
6        A.    Rosanna Menza is the woman who,
7    if I remember correctly, gives the
8    Photoshop lessons.
9        Q.    And those were given to?
10       A.    Karen and Brian.
11       Q.    Are any of the photographs that
12   appear in any of the WonderWork mailers
13   actually Photoshopped?
14       A.    You would have to ask the
15   Photoshop people.  I don't know the answer
16   to that.
17       Q.    I will spell this.  Looks
18   Vietnamese.  Ha, H-A, Thuy-Ngoc, T-H-U-Y
19   dash N-G-O-C?
20       A.    A 1099?
21       Q.    Yes.
22       (Pause.)
23       Q.    Maria Ferrari?
24       A.    I think she is the Photoshop

1        H. Fuchs
2    lady.  The other one, Menza, I am not
3    sure.  I think Maria is the Photoshop
4    lady.  I think the other woman did some
5    artwork or something.  I am sorry.
6        Q.    That is okay.
7        A.    The name Maria now...
8        Q.    So the record is clear, it is a
9    2011 --
10       A.    That was some artwork she was
11   doing for the brochure or something.  It
12   wasn't a lot of money, was it?
13       Q.    $1,530.
14       Mr. or Ms. Tunyak was $793.
15       A.    A possible temp, but I am not
16   sure.  I'd have to -- I can't recall.
17       Q.    AJ2E Consulting?  $3,780.  They
18   are located in West Orange, New Jersey.
19       A.    In what year?
20       Q.    2014.
21       A.    Let me write down and maybe it
22   will --
23       Q.    Capital letters, A as in Andrew,
24   J as in John, 2 --
25       A.    Oh, the number 2?

```
1              H. Fuchs
2      Q.   Yes.
3      A.   That's familiar, but I am not
4  exactly sure.  I think it was some website
5  consulting, but I am not sure.
6      Q.   Okay.
7      A.   Sorry.  The number 2.
8      Q.   Elizabeth London, also in 2014?
9      A.   Do you recall how much that was?
10     Q.   I will tell you in a minute.
11         1,875, on West End Avenue.
12     A.   I can't recall what she did.
13     Q.   Kerri, K-E-R-R-I, Ahern,
14  A-H-E-R-N?
15     A.   Web consulting.  I think that
16  was web consulting.
17     Q.   Katy Westerlage,
18  W-E-S-T-E-R-L-A-G-E?
19     A.   Intern.  Summer intern.
20     Q.   Victor Sotelo, S-O-T-E-L-O?
21     A.   Temp.  These are more current,
22  right?
23     Q.   Yes.
24     A.   He was a temp.
25     Q.   Julio Tavarez, T-A-V-A-R-E-Z?
```

```
1              H. Fuchs
2      A.   Normally around -- if I remember
3  correctly, normally around the holiday
4  season, when we sent out more mail and we
5  had mail coming in, we had a few temps
6  helping us out.
7      Q.   Christine Sotelo, Christina
8  Sotelo?
9      A.   Cousin of the other Sotelo, but
10  she did temp work for us as well.
11     Q.   Was it a coincidence that two
12  cousins were working for you?
13     A.   It was a different time.  But
14  the same person knew them both.
15     Q.   Who was that?
16     A.   Vera, one of our employees.
17     Q.   Madeline Kaliff, K-A-L-I-F-F?
18     A.   Summer intern.
19     Q.   Madison Seger, S-E-G-E-R?
20     A.   Summer intern.
21     Q.   Thank you.
22     MR. LILIEN:  Are any -- have any
23  employees been related to each other
24  in any way?
25     MS. FUCHS:  Employees?
```

```
1              H. Fuchs
2      MR. LILIEN:  Yes.
3      MS. FUCHS:  No.
4      MR. LILIEN:  Have any employees
5  been related to any vendor who has
6  been retained by WonderWork?
7      MS. FUCHS:  One employee, Karen,
8  her husband does some artwork.  And
9  every -- very few times we have paid
10  him to help in the office hanging
11  pictures or doing some pictures.
12  Normally at a very reduced rate.  But
13  he is a photographer.
14     MR. LILIEN:  That is the only
15  relationship between WonderWork and a
16  relative of an employee?
17     MS. FUCHS:  I am thinking.  Yes,
18  that's it.
19     Q.   Koala Design?  Is that the name
20  of that company?
21     A.   Koala Design?  No.  His company
22  is -- well, he has DiScalfani Photography,
23  and then he has Bond Street, I think is
24  his new company.
25     Koala Design does artwork.
```

```
1              H. Fuchs
2      Q.   Bond Street --
3      A.   Bond Street Photos.  That's
4  Karen's husband.
5      Q.   Karen Lazarus's husband?
6      A.   Yes.
7      MR. LILIEN:  What kind of
8  artwork?
9      MS. FUCHS:  He is a
10  photographer, and he -- depending on
11  our old office space, he would
12  reproduce some of the pictures that we
13  have and hang them using his skills
14  and his contacts to get us really
15  reduced rates.
16     Then he'd come in once in a
17  while if there was something that
18  needed to be done.  We had a big map
19  in our old office that he hung for us.
20     MR. LILIEN:  Did he ever work on
21  campaign material?
22     MS. FUCHS:  To my knowledge, no.
23     MR. LILIEN:  Did he ever take
24  photographs that were used in any
25  material?
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

1          H. Fuchs
2          MS. FUCHS: I can't recall. A
3    possibility, but I don't think so.
4          Q.   When the Smile Train lawsuit was
5    going on, if Brian -- the board of
6    directors, I believe, passed a resolution
7    that WonderWork would indemnify
8    Mr. Mullaney up to $150,000. Do you
9    recall that?
10         A.   I don't. Maybe. I haven't read
11   the -- I don't recall that.
12         Q.   Do you recall WonderWork paying
13   the law firm of Jones Day $245,000?
14         A.   I do -- well, it sounds
15   familiar.
16         Q.   What was Jones Day retained to
17   do?
18         A.   I am thinking it was to
19   represent Brian at the hearing or
20   whatever.
21         Q.   Do you know whether a claim was
22   made under the directors and officers
23   indemnity insurance policy with respect to
24   those costs?
25         A.   Not to my knowledge.

1          H. Fuchs
2          Q.   In 2017, certain letters were
3    sent out to donors. Do you recall that?
4          MR. CURCHACK: Let's mark one as
5    an exhibit as an example. This is the
6    last exhibit.
7          We are marking as the next
8    Exhibit, 45, a letter dated April 7th
9    to ███████████, production number
10   70255.
11         (So marked for identification as
12   Fuchs Exhibit 45.)
13         Q.   Have you ever seen this letter
14   or a similar form letter?
15         A.   I don't recall seeing this form
16   of a letter.
17         Q.   Do you remember any discussions
18   at WonderWork about writing a letter to
19   existing donors asking them to check one
20   of the boxes on a letter with respect to
21   the treatment of their donation?
22         A.   I wasn't included in this
23   letter, organization piece, whatever
24   letter.
25         Q.   So you did not see these letters

1          H. Fuchs
2    before they went out?
3          A.   I don't think -- I don't recall
4    seeing them.
5          MR. LILIEN: Were you involved
6    at all in the process --
7          MS. FUCHS: Of this letter?
8          MR. LILIEN: The process of
9    reaching out to donors or discussing
10   the reaching out to donors in order
11   for them to fill something out like
12   this?
13         MS. FUCHS: I was not involved
14   in that process, no.
15         MR. LILIEN: I think we are just
16   about done. Gary?
17         MR. POLKOWITZ: I have a couple
18   of questions.
19         DMP, the cager, provides daily
20   packages to you and to the marketing
21   group. Is that correct?
22         MS. FUCHS: We don't get daily
23   anymore, but they were providing us
24   with daily packages.
25         MR. POLKOWITZ: Those daily

1          H. Fuchs
2    packages, or say weekly packages you
3    receive from the cager, do you use
4    those to record donations into the
5    general ledger?
6          MS. FUCHS: Prior to receiving
7    the package, we also get -- I get an
8    email with the same information, so it
9    is kind of earlier than the package
10   shows up. So, I record the donation
11   based on the PDF sent of the package.
12         MR. POLKOWITZ: The package you
13   receive, is that the same package that
14   Janet and Vera receive?
15         MS. FUCHS: It's the package --
16   unless they get something else. But
17   it is just the one package that comes
18   in.
19         MR. POLKOWITZ: Is that the
20   package that includes all donations
21   over $500 and any handwritten notes?
22         MS. FUCHS: They would open the
23   package and only give me the piece
24   that contained the daily deposit logs
25   and the backup. So I think that was

1        H. Fuchs
2   in that package.  I didn't look at
3   that information.
4        MR. POLKOWITZ:  Do you know what
5   Janet and Vera do with the support for
6   the donations greater than 500 and the
7   ones which have handwritten notes?
8        MS. FUCHS: Exactly what they do?
9   You'd have to ask them.  But I know
10  they retain them and perhaps answer
11  whatever correspondence.  But I am
12  just saying that's what I think they'd
13  be doing.  But there may be something
14  else that they are doing that I can't
15  tell you.
16       MR. POLKOWITZ:  Do you know if
17  they review them -- do you know if
18  they review those packages to
19  determine that the allocation of
20  donation was made properly to either a
21  d/b/a or to WonderWork?
22       MS. FUCHS:  They would review --
23  well, the packages come in by
24  WonderWork or d/b/a.  So each one is
25  separate.  So, there would be no need

1        H. Fuchs
2   for them to review that because it
3   would be coming in on its own, in its
4   own package.
5        There would be batch donations
6   that would say "WonderWork," a batch
7   that would say "20/20/20," a batch or
8   many batches that would say "Burn
9   Rescue" and "First Step."
10       MR. POLKOWITZ:  So if a donation
11  came in from WonderWork, and upon
12  their review they made a change and
13  reclassified it to blindness 20/20/20,
14  would you be made aware of that?
15       MS. FUCHS:  I guess we need to
16  back up because the WonderWork
17  donations will usually come to the
18  office during 2017.  Very few
19  WonderWork donations went to the
20  caging company.  So, in fact, if they
21  did get a donation that said
22  "WonderWork" on it to the caging
23  company and it was supposed to be for
24  one of the causes, they would normally
25  tell me.

1        H. Fuchs
2        But it would still -- the
3   donation would still be in the
4   WonderWork bank account because that
5   is where DMP processed it.  But I
6   would change -- well, I wouldn't
7   change, but rather than recording it
8   to the income account, the revenue
9   account for WonderWork, I would record
10  it to the associated d/b/a account,
11  the associated account for the cause.
12       MR. POLKOWITZ:  So you would
13  adjust the general ledger for a
14  reclassification?
15       MS. FUCHS:  No, I wouldn't have
16  to adjust it because I would be making
17  that entry directly.  So it would
18  be -- the bank account would be
19  WonderWork, but rather than if the
20  income account for WonderWork, it
21  would be the income account for
22  20/20/20 or Burn Rescue, which would
23  then segregate those monies.
24       MR. POLKOWITZ:  Would you
25  reconcile the general ledger to the

1        H. Fuchs
2   DMI system?
3        MS. FUCHS:  Well, we reconcile
4   it always at the end of the year.  Now
5   our process changed to do it more
6   frequently, monthly, because now the
7   donations to WonderWork were being
8   processed over by DMP for FY '17.
9        MR. POLKOWITZ:  So if there was
10  differences, would you record the
11  difference or adjust the general
12  ledger?
13       MS. FUCHS:  Well, the general
14  ledger always balances to the bank
15  statement.  So if there was a
16  difference, we'd have to figure out
17  what donations in DMP were recorded
18  incorrectly.
19       MR. POLKOWITZ:  So the general
20  ledger records are based on the
21  lockbox the money came in from?
22       MS. FUCHS:  Based on the
23  processing of the checks through
24  the -- yes, from the lockbox, and also
25  what comes to the headquarters checks.

1          H. Fuchs
2          MR. POLKOWITZ: So upon Janet
3     and Vera's review, if there was a
4     misposting of a check that was in
5     WonderWork that should have been in
6     blindness, do you make that adjustment
7     to the general ledger?
8          MS. FUCHS: If they tell me
9     about it, yes.
10         MR. POLKOWITZ: And if they tell
11    you about it, how do they inform you?
12         MS. FUCHS: Well, it depends.
13    It may be an email, it may be verbal.
14    We just sit across from each other.
15    They could just say, "Oh, this
16    donation came in," and then I would
17    find what I recorded and then I'd make
18    the adjustment.
19         MR. POLKOWITZ: If you record
20    the adjustment, how would it be
21    recorded? Would there be a
22    description?
23         MS. FUCHS: Normally, in the
24    description I would say what it was.
25         MR. POLKOWITZ: Meaning a

1          H. Fuchs
2     reclass from WonderWork to blindness?
3          MS. FUCHS: I would just say --
4     it depends. I would say "Donation
5     from should have been in blindness."
6          MR. POLKOWITZ: So the 4,000
7     accounts in the general ledger should
8     agree to the DMI system. Is that
9     correct?
10         MS. FUCHS: It should, yes.
11         MR. POLKOWITZ: You said you
12    used to do it annually. Now, how
13    often do you do those reconciliations?
14         MS. FUCHS: Our current process
15    is to do it monthly.
16         MR. POLKOWITZ: So the last
17    month you did was?
18         MS. FUCHS: Well, we do it
19    now --
20         MR. POLKOWITZ: June?
21         MS. FUCHS: Well, we don't have
22    any donations now, very few. But in
23    June, it was reconciled. We then
24    reconciled it again at the time of the
25    bankruptcy and then again in March

1          H. Fuchs
2     when testimony we were recording --
3     trying to get a feel for what was
4     restricted.
5          So, we have done that already
6     through March, and we'll do it again
7     once things settle down a little.
8          MR. CURCHACK: Was it done
9     monthly between October and March or
10    just done in October and then March?
11         MS. FUCHS: No. We did it
12    December for the bankruptcy. Then we
13    did it again in March. We did it
14    again in June, at the end of the
15    fiscal year.
16         Now, our new process was to do
17    it monthly, but we really haven't
18    gotten involved with it that much
19    because we haven't been getting many
20    donations, so it's easy from what we
21    get to see where they belong.
22         MR. POLKOWITZ: So for fiscal
23    2016, how many times did you do the
24    reconciliation?
25         MS. FUCHS: Well, formally, we

1          H. Fuchs
2     do it at the end of the year as a
3     formal reconciliation for the
4     auditors. But in between, normally
5     around board time, to make sure that
6     we are in agreement -- that I am in
7     agreement with their numbers, whatever
8     they are presenting to the board
9     agrees with what I have.
10         MR. CURCHACK: When you say
11    "their"?
12         MS. FUCHS: The marketing
13    people. Because marketing will say
14    donations for Burn Rescue were X
15    amount. And then I will say we posted
16    Y amount. What's the difference?
17         Then we would go back and figure
18    out.
19         MR. CURCHACK: When you say
20    "board time," you mean the October
21    board meetings?
22         MS. FUCHS: Each board meeting.
23    October, February, June.
24         MR. POLKOWITZ: Is it hard for
25    you to provide us copies of those

1    H. Fuchs
2  reconciliations?
3    MS. FUCHS:  They are not formal
4  reconciliations where there is a
5  sign-off and here it is.  It is done
6  by, "Here are the numbers I have,
7  these are the numbers you have," and
8  then we talk to each other.  I don't
9  have a formal document.
10    MR. POLKOWITZ:  When you say
11  you, you are referring to Janet and
12  you --
13    MS. FUCHS:  For me, like what I
14  would consider -- like a
15  reconciliation I have for a bank
16  account is a formal document that
17  shows how it was reconciled based on
18  the donations in the bank.  I don't
19  have anything similar to the DMI
20  system.
21    MR. POLKOWITZ:  So you share
22  your bank records and bank
23  reconciliation with Janet and Vera?
24    MS. FUCHS:  I don't share them.
25  I run a report for them, but not the

1    H. Fuchs
2  actual bank reconciliation.
3    MR. POLKOWITZ:  Then the three
4  of you will talk and come to an
5  agreement?
6    MS. FUCHS:  That's correct, yes.
7    MR. POLKOWITZ:  And then you
8  will record a journal entry for any
9  potential adjustments?
10    MS. FUCHS:  Well, normally the
11  adjustments would be -- yes.  If it
12  was my side, yes.  If their side,
13  they'd have to fix their DMI system.
14    MR. POLKOWITZ:  How are they
15  marked in the general ledger?  How are
16  they recorded in the general ledger?
17    MS. FUCHS:  Can I go back to the
18  general ledger and find them?
19    MR. POLKOWITZ:  Yes.
20    MS. FUCHS:  No, I can't.  It is
21  just an adjustment that is made -- I
22  would be able to go back maybe to the
23  audit log to see what I adjusted.
24    MR. POLKOWITZ:  Repeat that
25  again?  The audit what?

1    H. Fuchs
2    MS. FUCHS:  There is an audit
3  log in the general ledger system that
4  may record my adjustment, but I don't
5  keep a separate record of what I
6  adjust.
7    MR. POLKOWITZ:  So that audit
8  log -- is that correct, audit log?
9    MS. FUCHS:  It is part of the
10  QuickBooks.
11    MR. POLKOWITZ:  And that
12  represents any adjustments that were
13  proposed by the auditors?
14    MS. FUCHS:  It would represent
15  testimony -- well, changes made to the
16  system.
17    MR. CURCHACK:  By you?
18    MS. FUCHS:  By me.
19    MR. CURCHACK:  It is called the
20  audit log, but it is not related to
21  the auditors.
22    MS. FUCHS:  You are right.
23  Sorry.  It is not the auditor's log.
24  It is a log named "audit log" in the
25  QuickBooks system that you can look at

1    H. Fuchs
2  changes made for a certain period of
3  time, I think.  I don't really look at
4  it much since I am the one making the
5  changes.
6    MR. CURCHACK:  Your
7  understanding is that the system has
8  the ability to show you when a change
9  was made?
10    MS. FUCHS:  It does, yes.
11    MR. POLKOWITZ:  Last question.
12  Janet and Vera, do they make
13  adjustments to the DMI system?
14    MS. FUCHS:  They have access to
15  do that, yes.
16    MR. POLKOWITZ:  Has there been
17  any times when the differences were
18  larger than $10,000?
19    MS. FUCHS:  Not to my
20  recollection.
21    MR. LILIEN:  You mentioned three
22  board meetings a year.
23    MS. FUCHS:  Yes.
24    MR. LILIEN:  Are there only
25  three board meetings a year?

1    H. Fuchs
2    MS. FUCHS:  Three per the --
3  yes.  Three regular meetings.  There
4  may be special meetings.
5    MR. LILIEN:  In past years, this
6  has been constant, three board
7  meetings?
8    MS. FUCHS:  Three.  October,
9  February, June.  Maybe one February
10  got moved.  October, February, June.
11    MR. CURCHACK:  Sorry to have
12  gone so long.  Thank you very much.
13    MS. FUCHS:  You are welcome.
14    (Time noted:  3:27 p.m.)
15
16
17
18
19
20
21
22
23
24
25

1
2
    CERTIFICATION
3
4
5    I, DEBRA STEVENS, a Notary Public for
6  and within the State of New York, do
7  hereby certify:
8    That the witness whose testimony as
9  herein set forth, was duly sworn by me;
10  and that the within transcript is a true
11  record of the testimony given by said
12  witness.
13    I further certify that I am not
14  related to any of the parties to this
15  action by blood or marriage, and that I am
16  in no way interested in the outcome of
17  this matter.
18    IN WITNESS WHEREOF, I have hereunto
19  set my hand this 25th day of August, 2017.
20
21  _____
22    DEBRA STEVENS, RPR-CRR
23
24    * * *
25

1
2    ACKNOWLEDGMENT
3
  STATE OF NEW YORK   )
4              :ss
  COUNTY OF NEW YORK  )
5
6
7    I, HANA FUCHS, hereby certify that
8  I have read the transcript of my
9  testimony taken under oath in my
10  deposition on August 15, 2017,
11  that the transcript is a true, complete
12  and correct record of my testimony, and
13  that the answers on the record as given by
14  me are true and correct.
15
16
17  _____
18    HANA FUCHS
19  Signed and subscribed to before me
20  this _____ day of _____, 2017.
21  _____
22  Notary Public, State of New York
23
24
25

1
2    *** ERRATA SHEET ***
  TRANSPERFECT DEPOSITION SERVICES
3    216 E. 45th Street, Suite #903
    NEW YORK, NEW YORK 10017
4      (212) 400-8845
5  CASE:  In Re Wonderwork, Inc.
  DATE:  August 15, 2017
6  WITNESS: Hana Fuchs    REF: Job 19434
7  PAGE LINE  FROM        TO
8  ___|____|_____|_____|___
9  ___|____|_____|_____|___
10  ___|____|_____|_____|___
11  ___|____|_____|_____|___
12  ___|____|_____|_____|___
13  ___|____|_____|_____|___
14  ___|____|_____|_____|___
15  ___|____|_____|_____|___
16  ___|____|_____|_____|___
17  ___|____|_____|_____|___
18  ___|____|_____|_____|___
19  ___|____|_____|_____|___
20  ___|____|_____|_____|___
21
22  _____
    HANA FUCHS
23
  Subscribed and sworn to before me
24  this ____ day of _____, 20__.
  _____
25    Notary Public

## A

**ability** 390:8
**able** 222:19 224:7
305:23 388:22
**accept** 315:9
**accepts** 317:5
**access** 390:14
**accompanying**
221:11
**account** 258:24
259:5,6,9,18
268:22 274:5
279:23 293:3,8
305:2 331:7
339:18 340:17
341:17 342:18
343:21 348:2
381:4,8,9,10,11
381:18,20,21
387:16
**accountants** 220:24
**accounted** 342:14
342:16,17
**accounting** 220:19
228:19 305:5
344:11
**accounts** 219:21
258:21 384:7
**accrual** 341:23
343:10,14
**accrue** 336:12
**accurate** 239:13
242:12 295:11
**ACKNOWLED...**
392:2
**acquisition** 222:7,9
222:11 223:21,25
**action** 312:11
393:15
**actual** 226:15
294:13 305:20
345:4 388:2
**add** 301:17,19
348:18
**added** 237:20
290:6
**adding** 236:2

302:12
**addition** 283:14
**additional** 250:22
288:21 290:2
320:9 334:2,15,16
361:25 362:24
**address** 221:16,22
359:20
**addressed** 228:8
**adds** 334:17 338:7
**adjust** 381:13,16
382:11 389:6
**adjusted** 291:15
388:23
**adjustment** 292:14
383:6,18,20
388:21 389:4
**adjustments**
292:18 388:9,11
389:12 390:13
**admin** 246:23
253:7
**administrative**
248:18 271:13
272:3,14,17
**ADP** 313:17,19,20
313:24
**adult** 284:23
285:18
**adults** 244:9
245:11 284:20
**Africa** 358:7,9
359:6
**aggregate** 226:7
**ago** 227:14
**agree** 256:23 384:8
**agreed** 241:22
247:8 294:12
344:14
**agreement** 218:8
315:15 316:5,11
316:16,21 317:7
317:10,12 366:23
368:13 386:6,7
388:5
**agrees** 386:9
**ahead** 256:13,13

**Ahern** 371:13
**air** 367:22
**airport** 367:11
**AJ2E** 370:17
**allocated** 220:12,20
271:22 300:11
301:25
**allocation** 267:22
275:7 286:24
289:12,17,19
300:9 301:24
379:19
**allocations** 248:11
253:5 272:24,25
273:6
**allow** 240:12
**allowed** 230:21
234:8 236:21
**allowing** 220:12
285:24
**alongside** 318:14
345:10
**amended** 346:25
347:8
**American** 347:10
**Amex** 356:3
**amount** 226:7
236:20 244:18
246:8 257:6
258:12 298:12
315:2 320:9,10
326:21,21 333:13
334:2,5,20 336:11
342:6 347:3,8,19
347:19 361:14,15
362:2,5 363:5
367:21 386:15,16
**amounts** 225:3,5
237:10,12,19
238:6,7,8,13
239:19 278:14,15
294:13 295:15
318:15 328:14
330:23 331:5
334:23 347:16,18
358:6 362:24
363:8,9

**Amtrak** 356:2
**Andrew** 370:23

██████████

**annual** 336:11
**annually** 384:12
**answer** 252:9,9
286:25 287:4
297:22 307:3
335:14 345:17
369:16 379:10
**answered** 249:12
**answers** 392:13
**anticipate** 306:23
**anticipated** 298:4
307:2
**anybody** 240:2
354:13
**anymore** 226:24
377:23
**anyway** 248:2
310:3
**apartment** 366:6
367:14,15
**Apparently** 221:21
279:2
**appeal** 241:23
**appear** 290:6
369:13
**appears** 333:14
**application** 257:11
311:10,12,18
**applied** 232:25
**applies** 301:13,22
**apply** 236:10 344:2
**appropriate** 220:18
254:13
**approval** 258:12
294:11
**approve** 293:6
**approved** 256:12
258:13 336:10
354:21
**approximate**
284:22
**approximately**
295:9

**April** 218:24 223:3
270:10 327:18
328:3,7 351:3
353:7 360:18
364:4 376:8
**array** 223:3,14,16
**arrives** 222:17
**artwork** 370:5,10
373:8,25 374:8
**asked** 241:11
263:24 272:13
309:4 311:5
326:17 332:22
336:3,14 348:23
353:17 356:10
**asking** 228:10
240:12 309:9
331:3 347:7
376:19
**asks** 253:14,19
358:5
**asset** 299:20 300:2
**assets** 267:18
268:22 273:10
289:11,24 300:6
301:7 302:11,14
302:15,17
**associated** 334:20
381:10,11
**Associates** 216:18
216:19 288:11
**assume** 278:20
337:10 338:8
**assurance** 287:23
**Atkinson** 359:5
**Atkinson's** 358:7
**Atlanta** 365:24,25
366:10
**attached** 217:10,18
222:5 231:20,25
267:5,12 279:11
329:3
**attaching** 329:9
**attention** 251:24
359:21
**Attorneys** 216:4,12
**attributable** 235:19

attributed 222:18
audit 227:19
259:21 280:24
291:15 299:3
388:23,25 389:2,7
389:8,20,24
audited 272:7
274:19,22 289:25
292:15
auditors 219:23
289:19,20 291:16
291:17 293:5
343:17 345:18
368:5 386:4
389:13,21
auditor's 389:23
August 214:12
215:5 317:16
335:18 392:10
393:19 394:5
authorized 354:2
available 243:22
Avenue 215:4
216:4 371:11
awaiting 261:16
award 312:11
awarded 312:13,21
313:22 319:17
320:10 323:15,23
324:18
aware 228:18,21
240:11,14 248:16
266:3,6 302:25
311:15 343:24
380:14
A-H-E-R-N 371:14
a.m 215:6

**B**

B 217:5 218:2
back 219:6 220:8
224:20 233:22
236:13 255:18
260:7,21,22 265:7
271:25 273:7
275:18 280:23
288:25 291:4,11

293:15 297:21,23
303:12,15,21
305:16 306:9,14
306:20 324:6
327:14 329:25
332:24 338:19
349:11 360:15
361:9 366:17
367:12 380:16
386:17 388:17,22
backing 230:2
303:16
backup 257:19,21
378:25
balance 252:7
299:21 305:4
348:2,5 358:10
balances 352:18
382:14
bank 259:5,6 311:9
311:17 381:4,18
382:14 387:15,18
387:22,22 388:2
bankruptcy 214:2
261:22,25 269:19
303:8,10,13
314:25 346:21
384:25 385:12
barcode 270:13,18
281:16
base 228:22 312:5
319:15 320:9
based 222:12 223:8
250:22 254:13
263:21 281:10
290:14 291:2,21
294:11 298:20
305:25 308:5,7
315:7 318:16
326:4 331:22
353:16 362:15,25
378:11 382:20,22
387:17
basic 219:24
basis 271:15
282:20 315:5
batch 380:5,6,7

batched 258:10
batches 380:8
Bates 217:8,12,13
217:15,19,20,22
218:4,5,6,8,10,12
218:14,15,17,19
218:20,21,23,25
BDA's 301:3
BDO 292:15
294:11
bearing 310:11
351:3 357:16
359:16
bears 307:17
317:17 335:18
beginning 276:21
315:20,22 319:24
321:24,24 343:25
361:16 363:5,7
begins 271:3
behalf 367:10
belief 269:4
believe 237:21
262:19 270:7
273:3,14 275:20
281:11,16 283:19
283:19,25 286:16
288:8 294:18
304:14 326:5
340:5 347:2
358:10 375:6
believed 343:18
belong 385:21
beneficiary 365:12
365:16
benefit 367:23
BERKIN 216:17
best 285:12,15
348:22 362:13
BETHANY 216:9
better 222:20
229:10 260:13
261:4 262:11
big 230:18 282:5,9
352:3 374:18
■■■■■■
bit 328:11

blind 244:8 245:10
285:9,22 286:2
blindness 273:18
273:25 274:6
276:4,11,19 277:2
277:13,22 278:16
283:5,6,11 380:13
383:6 384:2,5
blood 393:15
blue 235:16,17
BM 325:22 360:21
board 228:17,21
229:2,4,5,7,8,15
269:19 312:8,11
312:14,16,17,21
319:17 324:18,23
325:8,17 337:22
338:15,18 343:9
343:18 346:10,14
353:25 354:5,15
354:16,22 355:3,9
375:5 386:5,8,20
386:21,22 390:22
390:25 391:6
Bond 373:23 374:2
374:3
bonus 312:8,22,23
313:21 318:3,7
319:16,20 320:10
323:15,25 324:9
324:18,23 325:8
325:18 327:20,24
328:2,5 330:14,15
330:19 331:7
333:21 336:24
337:5 339:12
340:17,23 341:2,4
341:5,14 344:12
349:10,17 350:3,4
350:16
bonuses 323:20,22
339:3,13,16
340:18
book 309:23 310:2
350:6 360:9
booked 253:18
268:19 274:10

298:6,7
books 242:9 252:6
292:13 309:16
312:23 313:5
314:17,21 315:3
340:12 341:12,17
341:23 342:7,14
343:3 355:23
356:7,23 357:4
358:2
borne 265:12
Boston 353:22
364:13
Boston/New 364:9
bottom 251:25
281:13 324:8,13
327:17 359:21
boxes 376:20
boys 245:10
break 266:23
269:23 336:18
breakdown 289:18
break-even 334:12
breast 286:12
Brian 229:17
233:23 240:11
242:7 245:19
251:16 252:2,12
258:16 267:2,23
289:8 295:8
300:22 305:13
307:17 308:21
309:3,18,18 310:4
310:7,11 311:5,10
312:2,2,4 313:23
313:25 314:3,8,20
315:4,8 316:12
317:15 318:21
325:25 326:17
327:11 328:2,15
329:18 330:4,5
335:17 336:3
348:23 350:5
351:25 352:10,15
353:14 355:19,21
356:18 357:15
359:15 362:11,20

363:19 364:3,23
365:2 368:3
369:11 375:5,19
**Brian's** 313:3
318:12 321:22
325:18 327:7,10
355:4
**bring** 362:6,18
**brochure** 370:11
**broke** 219:11
**broker** 311:4
**bsimmons@loeb....**
216:9
**budget** 254:5,6,10
256:12,12 354:20
354:20,22,24
355:7
**build** 266:17
**burn** 224:5 266:16
266:17 297:2
380:8 381:22
386:14

**C**

**C** 216:2 276:18
277:21
**cager** 377:19 378:3
**caging** 380:20,22
**calculate** 272:7
293:16 302:10
**calculated** 271:20
272:2,21 297:21
298:2 302:8 355:6
**calculating** 302:6
**calculation** 290:4
295:8 299:3 300:8
**calculations** 288:19
288:22 291:20
**calendar** 323:12
330:10 331:21
332:2 333:2,3
361:17 362:6,18
362:20
**call** 290:3
**called** 389:19
**calling** 350:9
**camera** 323:6

336:4
**campaign** 230:6
232:23 241:5
245:13 374:21
**campaigns** 235:15
235:17 240:16
**cancer** 286:12
**Capital** 370:23
**card** 244:16 356:3
**carried** 357:3
**carrot** 232:14

[redacted]

**CARTER** 216:11

[redacted]

**case** 214:6 295:23
296:3 394:5
**cases** 243:17
**category** 273:25
274:3,3 292:22
341:6
**cause** 223:8 381:11
**causes** 273:23
277:5,17 286:17
380:24
**CDR** 221:4
**certain** 220:16
233:9 257:6
259:21 286:16
315:10 358:6,24
376:2 390:2
**CERTIFICATI...**
393:2
**Certified** 215:7
**certify** 392:7 393:7
393:13
**chain** 235:15
**chance** 285:9,22
286:2
**change** 260:10
276:5 290:25
344:18 380:12

381:6,7 390:8
**changed** 220:3,4
332:3,5,12,13
344:17 382:5
**changes** 292:6,8
389:15 390:2,5
**Chapter** 214:5
347:2
**charitable** 274:18
**charities** 286:9
**charity** 258:6
271:14 282:4,22
**chart** 279:17 280:5
**CHAR500** 328:20
329:4,9
**chase** 278:21
**check** 244:18
368:17,18 376:19
383:4
**checks** 257:13
258:8 382:23,25
**chief** 242:8 329:10
**child** 285:18
**children** 244:9
284:21 285:17
**chime** 299:9
**chose** 260:2
**chosen** 244:22,24
**Christina** 372:7
**Christine** 372:7
**Christmas** 358:12
359:10
**chunk** 318:3,6,19
318:24
**circumstance**
262:5
**circumstances**
330:13
**claim** 234:20
240:16 242:18
375:21
**claims** 255:20
**clarification**
262:12 350:25
**clarify** 235:6 238:6
260:16

[redacted]

**clear** 292:5 331:2
359:5 370:8
**CLM** 294:16
**close** 298:7
**closed** 292:13
294:5 296:7,10
351:20
**code** 232:20 241:3
**codes** 241:9
**coincidence** 372:11
**colleagues** 284:18
**colors** 281:5
**column** 223:24
224:13 269:7
273:21 276:18
277:21 279:13,15
279:18 294:25
299:21 301:7,14
301:15,21 322:6,7
322:11,13,16
323:19 324:7,10
324:12,16,22,24
325:7,8,19 336:23
337:4,9 338:3
350:12 363:4,11
363:14
**columns** 337:6
**combination**
320:14
**come** 229:6 237:22
254:16 259:2
272:11 303:18
313:22 366:4
374:16 379:23
380:17 388:4
**comes** 378:17
382:25
**coming** 231:15
259:4 372:5 380:3
**communications**
343:8
**commuting** 353:22
354:12 355:5
364:12 366:12
**company** 221:3,5
319:10 326:13,13

326:15 373:20,21
373:24 380:20,23
**compared** 297:16
**compensation**
313:10,18 314:10
314:12,16,17
315:8,11 329:14
331:14 332:18
340:13 341:13,19
342:11 343:12
347:20,23 357:8
363:20,22
**compile** 226:10
244:4
**compiles** 226:11
**compiling** 226:7
**complete** 392:11
**completed** 260:24
261:10
**completion** 261:20
262:3
**component** 349:9
**composite** 274:17
**comprised** 275:7
**comprises** 274:22
**computer** 346:9
**concept** 302:23
**conditions** 317:7
**conducted** 259:21
**Coneys** 229:18
312:19
**confirm** 225:11
226:14
**confirmed** 225:10
**connect** 321:15
**connection** 240:18
311:9,17
**consider** 282:9,11
387:14
**considered** 303:23
360:8
**considering** 309:19
**constant** 391:6
**consultant** 366:21
**consulting** 366:22
368:12 370:17
371:5,15,16

contact 256:14,15
contacts 374:14
contained 378:24
context 283:3,4
continue 320:17
Continued 214:10
  215:2 217:25
contribute 319:5
contributed 245:13
contributes 230:12
  265:15 266:4
contribution
  229:12 233:7
  246:11 263:10,15
  342:2 353:10
  355:16,17,23
contributions
  263:19
control 223:2,10
conversation
  229:15,18
copied 350:22
copies 258:2
  386:25
copy 241:12 257:21
  257:22,25 263:10
  346:3
copying 362:10
corporate 356:3
corporations 282:6
correct 220:7,25
  226:2 235:13,22
  235:25 236:11,12
  245:25 249:16
  252:10 260:18
  268:25 273:20
  275:9,10,24 276:6
  276:11 281:5
  283:17 284:4,12
  288:2 290:8
  293:14,25 294:4
  294:19 295:5
  296:5 299:14,18
  300:13 301:16
  306:6,7 312:9
  313:15 319:6
  322:15,19 324:2,5

324:10 325:13
328:10,17 333:10
333:24 334:3
336:16 337:11
338:10,11,14,24
339:6,14,19,21,24
340:14 344:25
345:24 347:4
353:24 355:2
356:4,8,25 357:5
359:3,4,9,12
360:25 363:23
365:15,18,21
366:3 377:21
384:9 388:6 389:8
392:12,14
correctly 299:11
  300:5 369:8 372:3
correspondence
  379:11
corresponding
  342:6,13
cost 224:23,25
  226:17 227:3,10
  253:20 265:25
  266:2 286:23
  300:9 353:17
  359:10 366:9
costs 220:12 253:9
  265:12 271:13
  272:3,14 300:10
  353:20,21,22
  355:5,25 358:12
  364:12 375:24
COUNTY 392:4
couple 219:18
  222:6 264:16
  302:21 311:22
  325:6 328:12
  363:24 377:17
course 253:3 256:2
  344:22 349:16
  358:13,25
COURT 214:2
Cousin 372:9
cousins 372:12
cover 247:8 250:6

250:15 364:17
365:10
created 346:19
credit 227:10,16
  311:19 357:7
credited 356:10
credits 224:22
criteria 220:16
Curchack 216:6
  217:4 219:2,5,9
  221:8 227:22
  228:5 238:17
  241:11 243:20
  251:13,22 262:16
  262:25 263:5
  264:14 266:21
  269:22,25 270:25
  279:2,7 280:18
  281:8 287:6 288:3
  294:20,23 298:17
  302:20 304:9
  307:15 313:8
  317:13 320:19
  321:4,12 332:4
  335:12,22 341:8
  343:7 345:8
  346:16 348:9
  350:18 352:12
  356:22 357:13,19
  359:13 361:9
  363:24 364:7
  368:10,17,22
  376:4 385:8
  386:10,19 389:17
  389:19 390:6
  391:11

[REDACTED]

current 222:12
  366:23 371:21
  384:14
currently 230:16
  261:15 303:7
  314:14 365:3,5,24
  366:25
cut 278:21 350:23
cuts 257:13

**D**

daily 377:19,22,24
  377:25 378:24
dash 369:20
data 291:21 297:24
database 231:13,13
  232:20 241:7
date 315:19 326:7
  360:18 394:5
dated 218:24
  221:10 228:7
  231:18 262:20
  266:25 310:9,10
  317:16 335:18
  351:3 357:15
  359:15 364:4
  376:8
day 366:8 375:13
  375:16 392:20
  393:19 394:24
deadline 244:10,13
  244:15
Dear 228:8 241:19
  252:2
DEBRA 214:24
  215:6 393:5,22
Debtor 214:7
December 317:4
  340:22 385:12
decide 256:20
  257:9 318:8
decided 313:4
  315:8 318:13
decision 244:24
dedicated 241:21
deduct 253:22
  309:20 310:2
  315:11 319:9
  325:25 326:11,17
  326:21 327:7
  336:4 349:23
  350:21 353:9,18
  353:20 355:15
  357:22 358:11
deducted 318:15
  320:7 327:10
  330:18,23 341:20

345:12 350:3,17
358:16 359:24
364:10,17
deducting 320:11
deduction 315:10
  323:4,7,9 339:10
  360:19
deductions 333:16
  345:5 355:20
deducts 367:18
deemed 220:18
  246:22 287:12,15
defer 260:12
deferral 323:8
deferred 314:9,12
  314:15,16 340:13
  343:11
definitely 346:5
definitional 222:6
defray 353:10
DeLois 233:20
  254:7 256:5 257:9
  258:15 260:4,13
  261:3 263:13
  365:22 367:4,20
  367:25
denied 261:13
department 222:13
  223:7 240:4
  242:24
depending 258:12
  374:10
depends 367:7
  383:12 384:4
deposit 378:24
deposition 392:10
  394:2
description 217:6
  218:3 383:22,24
Design 373:19,21
  373:25
desire 332:17
detail 225:18 238:3
  355:4
detailed 226:13
details 225:21
  274:11

**determination** 220:22
**determine** 222:14 295:9 379:19
**determined** 291:23
**develop** 254:6
**developing** 254:5
**differ** 298:2
**difference** 224:23 278:14 297:15,19 298:10 315:12 323:2 334:8,9 382:11,16 386:16
**differences** 382:10 390:17
**different** 233:14 283:22 321:16 329:23 372:13
**differentials** 227:3
**differentiate** 286:5
**difficult** 345:7
**dinner** 352:3,4
**dinners** 351:24
**direct** 220:12,15,15 223:7 232:21 241:4,7 251:24 267:21 275:7 286:8 289:11,17 290:15 291:2,4 299:4 301:24
**directly** 381:17
**directors** 228:18 254:17 343:9,19 344:3,5 375:6,22
**DiScalfani** 373:22
**discrepancy** 296:15
**discuss** 255:10 256:4 307:12 354:10
**discussed** 292:4
**discussing** 295:13 311:7 377:9
**Discussion** 278:24 280:16 321:8
**discussions** 219:14 376:17
**distinction** 308:5

**DISTRICT** 214:3
**DMI** 240:25 382:2 384:8 387:19 388:13 390:13
**DMP** 241:7 377:19 381:5 382:8,17
**document** 278:19 304:11 311:23 316:10 327:17 328:8 335:16 347:9 351:8,9 352:14 387:9,16
**documentation** 257:23 366:18,24
**documented** 366:22
**documents** 219:10 264:21 289:6
**doing** 221:6 257:3 344:14 370:11 373:11 379:13,14
**dollar** 238:24 241:22 269:11 297:6
**dollars** 234:2 236:9 239:12 297:8 304:4
**donate** 232:14
**donation** 224:18 231:9 234:6 245:25 246:2 268:9 282:15 285:5 290:12 309:6 317:24 319:2,8,13 342:21 357:24 358:3 376:21 378:10 379:20 380:10,21 381:3 383:16 384:4
**donations** 224:21 226:8 227:3 228:14,20 230:10 230:22 231:12,14 231:15 238:9,13 240:17,25 243:23 246:15 269:6,7

**290**:2,3,17 291:3 291:24 293:19 296:21 297:12 300:24 301:3 302:12 305:3,25 306:5 308:23 309:8 378:4,20 379:6 380:5,17,19 382:7,17 384:22 385:20 386:14 387:18
**donor** 224:5,10,17 230:8,11,16 232:15 234:23 238:23 251:9 351:24,24
**donors** 222:10,12 222:15 223:20 224:2,4 230:4,7,7 230:20,21 232:14 234:20 237:25 241:21,24,25 242:17 247:7,8 250:19,23 251:6,9 251:11 271:18 287:21 290:16 307:8 352:2,4 353:4 376:3,19 377:9,10
**double** 241:22
**double-check** 295:20
**Dr** 266:18
**draft** 218:4 288:19 295:7 304:15
**driving** 261:18
**due** 303:17,18 315:9,12 333:18 333:19 347:3
**duly** 393:9
**Dysart** 325:16 344:8
**d/b/a** 248:3 284:2 301:2 379:21,24 381:10
**d/b/a's** 247:23,24 247:25 259:8

**282**:24 284:8 301:13,22,25

**E**
**E** 216:2,2 217:2,5 218:2 394:3
**earlier** 249:12 263:23 275:6 345:21,23 378:9
**easier** 278:20
**east** 366:7
**easy** 385:20
**either** 220:23 232:6 309:24 321:17 379:20
**Elizabeth** 371:8
**Ellis** 220:24 221:6
**email** 217:7,10,13 217:15,18 218:5,6 218:10,15,17,18 218:20,21,23 221:9,16,22 222:2 231:18,24 233:18 233:19 235:14,23 236:16 251:15,24 252:14 262:17 263:6,7,22,23 266:24 267:9,20 289:7 298:20 307:16 308:19 309:11 310:8,9,15 310:18,23 311:7 311:25 312:3,15 312:18 317:14,22 325:14,20,22,25 326:7,8 327:2,21 335:9,16,23 336:3 341:9 348:11 349:21 350:5,22 351:2 352:15 353:8 355:14 357:14,20,21 358:5 359:14 360:12 362:11,15 362:16 364:3 378:8 383:13
**emails** 326:24

**335**:13 348:15 352:25
**employee** 373:7,16
**employees** 341:3,7 342:12 343:6 364:20,22 372:16 372:23,25 373:4
**employee's** 314:13
**employment** 218:8 315:15,21 316:5 316:11,16,21,24 317:6,10,12
**employs** 317:3
**ended** 281:7 296:4 296:6
**ends** 219:18
**ensure** 227:9
**entails** 283:10
**entered** 316:22
**entire** 293:20
**entities** 368:24
**entitled** 316:10
**entitlement** 340:6
**entry** 293:5 314:22 381:17 388:8
**equal** 363:8
**equate** 279:16,19
**equipment** 280:2
**ERRATA** 394:2
**especially** 233:23 242:7
**ESQ** 216:6,7,9,14
**estimate** 299:4 300:22
**estimated** 229:3
**Eve** 359:23 360:4,5 360:13
**events** 351:21
**eventually** 307:9
**EX** 329:2
**exact** 245:16 263:17 311:12 315:19
**exactly** 223:5 227:5 227:12 235:2 261:2 264:4,13 269:15 271:21

345:12 346:2
366:14 371:4
379:8
examination 219:8
219:15
Examiner 215:3
216:4
example 230:24
243:11,25 362:10
376:5
exceed 336:10
363:21,22
exceeded 364:10
Excel 356:14
exception 234:7
exchange 357:12
exchanged 357:10
excuse 234:14
247:5 318:4
executed 315:18,20
315:23
exercise 297:4
exhausted 219:13
exhibit 217:7,8,10
217:11,13,15,16
217:18,20,22,24
218:4,5,6,8,10,11
218:14,15,17,18
218:20,21,23,24
221:9,18 227:23
228:4,6 231:23
241:12,16 244:2
251:14,21 262:17
262:23 264:16,19
266:24 267:7
270:3,6 273:8
274:15,16 275:18
276:8,22 277:16
277:24 280:22
281:9 288:5,13,25
290:6,7 294:19,22
294:25 296:9,16
296:16,20,20
297:15,16,17
298:18 299:11,16
299:20,25 300:18
301:18,20 304:10

304:13,14 307:16
307:20,22 310:8
310:14 316:10,15
317:14,20 320:20
321:3,5,11 327:3
328:19,22,25
329:8 335:21
336:22 344:25
345:2,3,20 346:17
348:10,14 350:8
350:11 351:6
352:13 357:14,18
359:14,19 360:15
361:10,12 364:2,6
376:5,6,8,12
exhibits 217:6
218:3 321:14
existing 223:19
376:19
expect 303:5,14,16
305:22 368:15
expectation 306:18
expected 238:10
303:11
expenditures
249:14
expense 229:13
253:17 258:24
259:12,13 272:24
274:9 278:15
279:24 297:22
298:5,9,15 302:15
314:17 341:19
342:6,9,11 347:10
354:5 356:6,19
368:9
expenses 236:11
247:9,14 248:19
250:9 252:20
254:9 258:23
259:8,16 267:24
271:22,23 273:5
273:17 274:9
275:8,23 276:2,9
276:14 277:2,5,11
277:16 279:14
295:2 296:12,18

297:14,17 315:10
319:10 320:7,12
326:13 330:16,18
331:7,8,9 333:17
333:22 353:11,13
354:3,12 355:21
356:11,16 357:3
358:7,9,24 359:2
359:8,23 364:9,15
364:18 367:9
expenses/salaries
252:5
expensive 285:17
explain 222:19
229:4,11 234:3
278:13 321:21
335:25
explained 229:5
355:13
explaining 227:7
explanation 274:13
Express 347:10
extent 303:15
extra 348:18 349:7
eye 264:24
eyesight 245:9
e-mailed 325:17

**F**

fact 231:11 232:3
243:22 266:3,5
287:24 288:15
302:25 305:4
306:15,17 328:15
338:21 339:17
359:2 360:8
380:20
Fair 300:25
fairly 298:11
345:14
familiar 223:16
240:21 270:14
302:23,24 304:2
310:16 360:12,13
371:3 375:15
family 269:5
296:24 308:8

far 222:16 255:22
255:23 288:24
293:15 366:23
farther 282:14
February 361:7,13
361:15,21,24,25
363:6 386:23
391:9,9,10
federal 265:12
feel 251:3 254:10
254:12,15 385:3
feeling 306:20
feels 256:6
felt 315:10 319:10
368:8
Ferrari 369:24
field 217:16 264:16
265:4 266:7
figure 272:10 281:6
282:11 382:16
386:17
figures 301:19
filed 346:25
filing 274:18
fill 377:11
final 233:16
Finance 265:8,9,24
financial 227:8,18
228:15 229:8
239:11,15 242:8
258:4 274:23
329:11
financials 229:4
272:8 274:19
280:7 289:25
292:15
find 238:3 256:16
279:10 348:24
362:16 383:17
388:18
fine 265:2
finished 261:7
firm 375:13
first 223:3,24
224:13 235:14
246:2,6 251:15,25
257:7 261:10

273:13,14 274:25
282:2 285:10
309:11 310:23
313:2 316:19
317:22 320:17
322:11,17,17
333:9 335:16
352:13 353:9,12
365:13 380:9
fiscal 234:2 247:20
256:3 267:19
268:10,14 275:19
293:17,23 294:3
296:3 312:7
323:16,25 324:4
328:15,20 329:19
329:22 330:4,10
331:20,25 332:12
333:2 385:15,22
fit 234:9
five 248:21 265:19
303:17 317:4
fix 388:13
focused 297:13
301:2
Focusing 224:21
folders 257:24
folks 262:20
follow 243:14
332:22
following 313:7
forgive 306:12
307:9 352:16
forgiven 305:18
306:22,24 307:10
forgotten 334:9
form 311:13
314:13 323:13
329:3,9,10 376:14
376:15
formal 312:10
314:9 386:3 387:3
387:9,16
formally 385:25
forth 366:17 393:9
foundation 245:24
246:15 269:5

282:10 287:10 296:24 304:3 365:14
**foundations** 282:5 308:3,9,9,17
**four** 259:25 351:10 351:13,15,18,22 352:7
**fourth** 265:6,7 323:19
**four-page** 218:11 320:23
**frame** 352:25
**free** 245:8 266:2
**frequently** 382:6
**front** 233:12,15 257:2 260:20
**Fuchs** 214:10 215:3 217:6 218:2 219:3 219:4 220:1 221:1 221:18 222:1 223:1 224:1 225:1 226:1 227:1,17 228:1,4,8 229:1 229:17 230:1 231:1,4,20,23 232:1 233:1 234:1 235:1,10,13 236:1 236:16,23 237:1,2 237:15,24 238:1 238:12 239:1,14 239:20,25 240:1,6 241:1,3,16 242:1 242:7,13,20 243:1 243:10 244:1 245:1 246:1 247:1 247:24 248:1 249:1,3,7,16,21 250:1,8,18 251:1 251:3,10,17,21,23 252:1 253:1 254:1 255:1,9,15 256:1 257:1 258:1 259:1 259:15 260:1,18 260:25 261:1,15 261:20 262:1,2,7 262:14,23,24

263:1,3 264:1,19 265:1 266:1 267:1 267:7 268:1 269:1 270:1,6,16 271:1 272:1 273:1 274:1 275:1 276:1 277:1 277:21 278:1 279:1,4,10,18 280:1,8,12,22,23 281:1,22,25 282:1 283:1,16,21 284:1 284:15,24 285:1 285:15 286:1,4 287:1,3 288:1,10 288:13 289:1 290:1,11,21 291:1 291:2,8,12,16 292:1,10,20 293:1 293:2,13,18,25 294:1,4,10,16 295:1,3,6,18,24 296:1,6,10,13,17 296:21 297:1,11 297:20 298:1,3,13 299:1,14,18 300:1 300:13,19,21 301:1,4,15 302:1 302:9 303:1 304:1 304:13 305:1,9 306:1 307:1,20 308:1 309:1 310:1 310:14 311:1,24 312:1,9,13,19,25 313:1 314:1 315:1 316:1,15 317:1,16 317:20 318:1 319:1,18,23 320:1 320:4,13 321:1,3 321:11 322:1 323:1 324:1 325:1 326:1,25 327:1,12 327:15 328:1,4,10 328:17 329:1,12 329:15,20 330:1,8 330:20 331:1,10 331:16,21,24 332:1,6,20 333:1

333:4,10,14,24 334:1,3,7,24 335:1,8,17,21 336:1 337:1 338:1 339:1 340:1,8,19 341:1,5,14,20 342:1,4,8,16,20 342:25 343:1 344:1,13,22 345:1 345:3,9,25 346:1 346:8,13 347:1 348:1,14 349:1 350:1 351:1,6,12 351:15,19,23 352:1,7,9 353:1 354:1 355:1 356:1 356:4,8,13,19,25 357:1,5,9,18 358:1 359:1,19 360:1 361:1,11,18 361:22 362:1,3,8 362:13,19,25 363:1,11,15,23 364:1,4,6 365:1 366:1 367:1,4,7 367:11 368:1,2,5 369:1 370:1 371:1 372:1,25 373:1,3 373:7,17 374:1,9 374:22 375:1,2 376:1,12 377:1,7 377:13,22 378:1,8 378:15,22 379:1,8 379:22 380:1,15 381:1,15 382:1,3 382:13,22 383:1,8 383:12,23 384:1,3 384:10,14,18,21 385:1,11,25 386:1 386:12,22 387:1,3 387:13,24 388:1,6 388:10,17,20 389:1,2,9,14,18 389:22 390:1,10 390:14,19,23 391:1,2,8,13 392:7,18 394:6,22

**fulfilled** 243:16
**full** 278:19 285:7,8 285:11,14 293:23 294:2
**fully** 295:11
**functional** 248:10 271:23 272:24
**fund** 219:21 226:21 226:23 234:10,19 246:22 250:10 253:6 256:7,9 264:5 273:2 282:17
**funded** 260:6
**funder** 234:5
**funding** 237:4
**funds** 230:8,9 231:8 232:9,13,14 232:18,19 234:21 237:22 238:2,8,11 242:18,22,25 243:2,18,22 246:10,19,20,24 247:13 248:12,17 250:12,15,16,20 252:3,6 253:21 257:15 258:21 259:2,4,8,19 261:7 265:16 282:23,23 287:9 287:11,12,13,16 287:17 288:20 298:25 303:22 306:9 309:19 311:13 313:22,23 314:2 319:4 330:15 339:17,20 339:23 340:2,6,7 340:17 342:19,21 342:21,22,23,24 343:2
**further** 300:12 393:13
**future** 245:11
**FY** 221:7 234:16 235:10 247:18 267:24 268:5,16

269:7 273:15 288:19,22 289:22 289:23 291:9,11 291:18,25 292:2 292:10,22,24 293:2,19 296:21 297:11 300:21 302:12 328:12 382:8

**G**

**Gary** 216:19 220:24 221:6 299:9 377:16
**Gary's** 345:18
**gather** 222:10
**general** 231:5,10 242:22 246:20 252:22 268:19 271:24 273:2,4 274:4 292:9,12,16 292:20 293:9 295:15,16 378:5 381:13,25 382:11 382:13,19 383:7 384:7 388:15,16 388:18 389:3
**generally** 366:13
**generous** 251:8
**getting** 221:13 227:10,15 268:16 297:3 345:6 385:19
**ghostwriter** 360:8
**gift** 223:3,14,15 229:25 230:3,18 231:11 232:12,16 232:23 233:4 234:2 235:9,12 236:14,20,25 237:13 240:13,13 242:22 244:3,16 244:18 245:6 248:24 249:2,11 249:15,17,19
**gifts** 229:24 230:14 231:6 232:10

233:21 234:18
235:7 238:16
242:15 249:4,14
250:3,13 251:2
292:7
**girls** 245:10
**gist** 310:3
**give** 233:11,12
239:5,6 245:9
250:19 262:11
264:10,11 281:20
285:6,9,21 286:9
286:14,17 287:20
287:22 288:17
289:9 297:8
302:13 309:25
320:15 378:23
**given** 236:7 243:4
256:18 285:13
318:3,7 330:21
369:10 392:13
393:11
**gives** 234:5 240:4
263:19 369:8
**giving** 237:6
244:19 256:20
261:22 285:25
286:10 309:5
311:8
**GL** 295:21
**go** 222:21 224:2,4
224:12,17,20
228:25 234:21
236:13 237:16
240:18 245:2,14
248:3,5,6 254:10
255:18 256:13,20
256:22 257:11
271:25 273:7
277:15 278:2,5
282:15 283:4
286:13 287:24
288:25 289:20
293:16 296:9
297:20,23 300:11
301:5,6 309:11
310:17 324:6

325:6 334:19
335:12 336:23
337:9 339:7
341:11 343:15
349:11 350:13
351:7 352:14
358:6 360:15
361:7 386:17
388:17,22
**goes** 256:13 258:19
282:16
**going** 222:3 223:19
231:17 258:9
269:20,25 275:17
286:11,12,19
287:24 291:17,18
292:14 296:23
309:20,25 311:16
319:8 327:23
332:24 336:17
375:5
**Goldin** 216:18,19
278:23 288:11
**good** 219:2,4,5,7
269:20
**gotten** 385:18
**government** 258:4
265:13 282:5
**grant** 226:12,16,20
237:5 255:24
256:21 257:5,22
259:22 261:9,11
261:14,23 274:2
278:14 279:25
**grants** 256:2,4
258:13 263:20
273:22 274:2,5
278:3,8 279:16,21
280:7 284:22
305:11
**greater** 379:6
**Greenwood** 254:8
263:14 365:23
367:5
**Greenwood's**
368:12
**group** 226:11

231:13 232:6
241:21 247:7
254:7 264:8
305:10 377:21
**guess** 225:19 236:3
269:18 274:12
331:2 380:15
**guide** 299:23

---

### H

**H** 216:6 217:5
218:2 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:1
279:1 280:1 281:1
282:1 283:1 284:1
285:1 286:1 287:1
288:1 289:1 290:1
291:1 292:1 293:1
294:1 295:1 296:1
297:1 298:1 299:1
300:1 301:1 302:1
303:1 304:1 305:1
306:1 307:1 308:1
309:1 310:1 311:1
312:1 313:1 314:1
315:1 316:1 317:1
318:1 319:1 320:1
321:1 322:1 323:1
324:1 325:1 326:1

327:1 328:1 329:1
330:1 331:1 332:1
333:1 334:1 335:1
336:1 337:1 338:1
339:1 340:1 341:1
342:1 343:1 344:1
345:1 346:1 347:1
348:1 349:1 350:1
351:1 352:1 353:1
354:1 355:1 356:1
357:1 358:1 359:1
360:1 361:1 362:1
363:1 364:1 365:1
366:1 367:1 368:1
369:1 370:1 371:1
372:1 373:1 374:1
375:1 376:1 377:1
378:1 379:1 380:1
381:1 382:1 383:1
384:1 385:1 386:1
387:1 388:1 389:1
390:1 391:1
**Ha** 369:19

**half** 233:13 243:12
243:13 256:25
257:4,12
**half-year** 228:25
**Hana** 214:10 215:2
228:7 231:19
236:19 251:16
252:3,11,15
299:10 302:5
310:11 317:16
335:17 336:9
345:17 364:3
392:7,18 394:6,22

**hand** 393:19
**handle** 255:9
**handled** 255:8
**handwritten**
378:21 379:7
**hang** 374:13
**hanging** 373:10
**happen** 258:10
**happened** 326:10
349:19 352:21
358:14
**hard** 286:5 287:3
386:24
**head** 275:15
**heading** 322:17
**headquarters**
382:25
**hearing** 354:9
375:19
**held** 278:24 280:16
321:8 352:3
**help** 244:8 286:11
304:18 373:10
**helping** 372:6
**hereunto** 393:18
**Hi** 312:2,4 336:9
**higher** 280:11
**historical** 254:13
**hit** 336:12
**hold** 300:14
**holiday** 372:3
**hope** 245:11 303:20
**hospital** 225:2,8,11
225:24 226:21
227:4 256:17,17
256:24 257:5,24
264:6,8,24 266:17
285:13
**hospitals** 224:24
225:5,7,12,14,15
225:17 226:13,19
227:2,5,7 229:11
245:8,14 256:7,16
258:3 260:5
261:16 264:9,12
265:15 285:2
297:2 305:12

**hotel** 253:17
  351:17 353:16
  356:2 367:17
**Huang** 231:19
  254:9
**hung** 374:19
**husband** 373:8
  374:4,5
**H-A** 369:19

**I**

**idea** 229:10 282:13
  289:9 307:8
**ideas** 233:23
**identical** 289:2
  304:16
**identification**
  221:17 228:3
  231:22 241:15
  251:20 262:22
  264:18 267:6
  270:5 280:21
  288:12 304:12
  307:19 310:13
  316:14 317:19
  321:2,10 335:20
  348:13 351:5
  357:17 359:18
  364:5 376:11
**identified** 251:17
  265:3 270:4
**II** 214:11
**impact** 302:22,23
  303:2,5,23 305:14
  305:23 306:10
  349:18,23 350:2,4
  350:21 352:17,20
  353:3 365:10
**include** 240:16
  248:11 300:9,23
  308:23 309:15
  331:5 334:9
  338:16 349:17
**included** 296:22
  297:4 330:17
  337:23,24 338:20
  341:3,6 349:8,10

**368**:12 376:22
**includes** 327:20
  378:20
**including** 227:17
  351:9
**income** 327:11
  331:5 340:2,25
  367:24 381:8,20
  381:21
**incorrect** 344:17
**incorrectly** 382:18
**increased** 255:3,14
**indemnify** 375:7
**indemnity** 254:18
  375:23
**India** 266:18
  359:24 360:6
**indicate** 241:4
  246:14
**indicated** 330:6
**indication** 258:20
**individuals** 284:19
  285:5 294:7 308:4
  308:10,11,16
  341:13
**inform** 383:11
**information** 225:9
  226:6,9,11 227:8
  241:5 242:11,13
  254:14 275:19
  281:11 283:10
  286:3 289:15
  295:12 309:23
  311:6,8,16 332:10
  344:21 353:4
  378:8 379:3
**informational**
  220:17 289:13
**information/pro...**
  220:21
**inhouse** 289:20
**initial** 246:8,11
  254:22 319:23
**initially** 220:24
  221:2 249:8
**initiates** 257:16
**ink** 235:17

**input** 254:7,12
**inserted** 362:12,14
**installment** 233:16
  261:14,17 262:6
**instance** 340:16
**insurance** 254:18
  255:10 364:20,21
  364:23 375:23
**interested** 393:16
**interim** 261:6
**interject** 300:19
**intern** 371:19,19
  372:18,20
**interrupt** 349:2
**INTERVIEW**
  214:10 215:2
**involved** 377:5,13
  385:18
**in-kind** 224:21
  226:8 228:14,20
  229:3,12,13
**issuance** 258:8
**issue** 261:8
**item** 319:19 330:24
  355:13
**items** 259:11
  347:13

**J**

**J** 370:24
**Janet** 222:19 224:7
  230:17 231:19
  232:6,17 233:3,8
  233:20 236:14,20
  237:13,16 238:4,7
  238:10,15 239:2,2
  239:15 240:7
  242:4 244:2
  252:13 254:8
  294:17 378:14
  379:5 383:2
  387:11,23 390:12
**January** 221:10
  262:20 315:24
  317:2,9 325:24
  326:6 333:8,25
  348:20 350:13

**353**:6
**JASON** 216:7
**Jeremy** 251:16
  252:2
**Jersey** 370:18
**jlilien@loeb.com**
  216:8
**job** 214:25 221:24
  394:6
[redacted]
**John** 370:24
**joint** 286:23
**Jones** 375:13,16
**journal** 293:4
  388:8
**Julio** 371:25
**July** 228:7 324:19
**June** 231:19 232:2
  235:4 268:16
  269:9 276:15
  296:4 299:6 300:3
  300:6 312:7
  323:16 324:19
  328:21 334:20,21
  335:4 337:10,15
  337:17,21 338:7,9
  354:23 384:20,23
  385:14 386:23
  391:9,10
**June.15** 337:10,12
**J.J** 229:18 312:19
  344:7

**K**

**Kaliff** 372:17
**Karen** 242:5
  294:17 369:11
  373:7 374:5
**Karen's** 308:22
  374:4
**Katy** 371:17
**keep** 230:25 231:2
  231:4,7 242:24
  243:19 245:17
  246:24 247:12
  249:13 252:17,20

**252**:21,24 253:2,3
  254:10 257:19
  258:2 313:3
  345:11 389:5
**keeps** 252:13
**kept** 231:8 232:17
  232:19 320:14
  335:6 350:9
**Kerri** 371:13
**kind** 256:19 374:7
  378:9
**knew** 343:14,19
  344:7 345:12
  346:5 354:5,15,16
  372:14
**know** 223:15,16
  226:25 227:2
  228:13,16,17
  230:24 235:5
  237:17 240:22
  241:25 242:3,10
  243:10,21 244:12
  244:14,21,23
  245:15,18,19,20
  245:21,22 246:7
  246:10 248:15,22
  249:19 252:7
  254:22 255:22,23
  260:13 261:4
  262:14 265:14
  266:11,13 269:13
  269:14,14 270:14
  270:18 271:25
  286:6,7,14 298:13
  298:22,25 308:15
  308:25 310:4,22
  311:11 315:17,19
  316:4 317:12
  326:4 328:19
  334:21 336:17
  340:4 344:4,5
  347:6 352:24
  353:25 364:8,25
  365:7,22 368:10
  368:14 369:16
  375:21 379:4,9,16
  379:17

knowing 286:7,10 286:18
knowledge 283:24 285:12,16 286:23 287:5,16 303:4 317:8 348:22 362:14 374:22 375:25
known 245:21
knows 269:19
Koala 373:19,21,25
██████
KPMG 220:2 221:2,21 259:21 260:8 262:20 280:25 343:15 344:10 345:19
K-A-L-I-F-F 372:17
K-E-R-R-I 371:13

**L**

labeled 294:25
labels 223:7
lady 370:2,4
language 234:22 283:13 284:2 285:8,21
laps 330:10
large 318:2,6,18
larger 390:18
largest 234:5
latest 318:2,5
law 375:13
lawsuit 375:4
Lazarus's 374:5
learned 312:20
leave 266:19
ledger 231:5,10 242:23 252:22,23 268:19 274:4 292:9,12,17,20 293:10 295:15,16 321:21 339:19 378:5 381:13,25 382:12,14,20

383:7 384:7 388:15,16,18 389:3
LEDYARD 216:11
left 234:19 236:9 246:8,11 274:8 295:10 301:15 322:2 324:7 339:9 361:19,20
left-hand 301:14 301:21
Leggett 221:23
Len 219:6 368:10
lent 308:10
LEONARDO 216:14
lessons 358:13 369:9
letter 217:8 218:24 227:6,13,20,24,25 228:6,10,12 241:18 244:6,7 257:22 263:24 308:24 309:9 376:8,13,14,16,18 376:20,23,24 377:7
letters 370:23 376:2,25
let's 269:22 276:22 277:7,15 300:17 303:9 313:9 327:3 335:12 351:2 376:4
level 225:17
liability 314:22 340:13 341:24 347:16
life 364:19,21,23
liked 355:19
LILIEN 216:7 227:15 229:14 231:2 235:6,11 236:13,18,24 237:10,19 238:5 239:8,18,23 240:2 240:9,10,23 242:6

242:8,16 243:8 247:22 248:23 249:5,10,18 250:5 250:12,25 251:5 255:6,12 259:11 260:15,19 261:12 261:18,24 262:4 262:13 279:12 280:3,9,15 283:12 283:18 284:13,16 284:25 285:20 286:22 292:3,16 292:24 294:7,15 297:25 298:11 299:8,15,19 300:14,20,25 301:5,17 302:5,19 305:7 307:3 311:21,25 312:10 312:17,20 313:7 319:14,21 320:2,6 327:9,13,16 328:8 328:11,18,25 329:7,13,16,25 330:12 331:3 332:16,24 333:5 333:11,20,25 334:4,19 335:5 340:5,15,23 341:10,15,25 342:5,10,19,22 345:17,23 346:6 346:10 351:7,13 351:17,21 352:5,8 352:11 361:5,12 361:20,23 362:4,9 362:17,22 363:3 363:13,18 367:2,6 367:8,20 368:4 372:22 373:2,4,14 374:7,20,23 377:5 377:8,15 390:21 390:24 391:5
limit 254:23
limits 255:13
line 222:23 263:9 265:25 268:6

274:25 276:19 282:3,18 319:18 322:17 324:7 327:22 328:13 337:6 339:8 350:20 352:16 354:24 355:3,9,12 361:14,23 363:25 394:7
lines 233:3 324:12 325:6 328:12
Lisa 310:18
list 222:13 258:15 258:16 313:2 327:6 329:14 340:20 347:15
listed 237:11 238:7 280:6
little 230:2 233:14 281:4 282:14 305:16 328:11 346:22 385:7
lives 365:23
LLC 216:18,19
LLP 216:3,11
loan 304:2,5,18,20 304:25 305:2,3,6 305:14,17,20 309:5,10,16,19 310:2,6 311:18 349:18,24,24 350:2,4,6,17 352:17,20 353:3 365:11
loaned 349:17
loans 302:22,23 303:2,6,14,23 305:24 306:10,13 306:21 307:9,11 307:13 308:22 309:4
located 241:6 370:18
lockbox 382:21,24
Loeb 215:4,4 216:3 216:3
log 388:23 389:3,8

389:8,20,23,24,24
logs 378:24
██████
London 371:8
long 244:8 245:22 391:12
longer 336:17
look 222:4 225:20 233:18 235:2,14 241:17 249:22 255:18 259:24 260:3 265:6 267:11 268:21 270:8,21 271:25 273:13,17 274:15 274:15,25 275:17 276:7 285:3 288:14 294:24 297:21,23 298:15 298:16 307:21 308:19 317:21 323:18 324:20 327:3,16,22 332:6 336:21 338:3 340:20 348:17 350:8,11 351:2 352:13 360:16 379:2 389:25 390:3
looked 220:8 259:25 260:5 272:23 280:5 289:3 293:18,20 346:4,6,8 353:6
looking 223:23 274:14,21 281:2 299:19 321:13 324:11 325:2 329:5 330:2 348:24 363:3
looks 264:22 288:16 316:18 369:18
loose 219:18
lost 276:20
lot 254:11 330:22 370:12

loud 271:7 317:23
low 271:18
lowest 271:13

**M**

M 217:2
Madam 228:8
Madeline 372:17
Madison 372:19
mail 220:12,15,16
222:8,9,16,17,22
223:8 232:21
241:4,7,9 267:21
275:7 286:8
289:11,17 290:15
291:3,4 299:4
301:24 372:4,5
mailed 270:10
mailers 369:13
mailing 222:13
223:19 224:16
244:17 281:17
282:21 283:18,22
283:23 286:13
mailings 238:14
240:22 247:4,6
283:15 284:2,3
306:4
maintain 321:22
332:17 364:19
maintained 254:25
318:11 328:9
maintaining
339:18 343:10,20
348:3,7
maintains 242:9
366:6
major 230:4,16,20
271:14
making 243:15
255:25 381:16
390:4
Mallory 221:11,14
221:20 262:19
management
271:24 273:2,4
manager 221:24

map 374:18
March 310:9,10
339:8 359:15
363:7 384:25
385:6,9,10,13
Maria 369:24
370:3,7
mark 221:9 227:23
231:18 241:12
245:20 251:14
264:15 266:22
270:2 280:18
288:4 304:10
307:16 316:10
317:14 320:20
321:5 341:9
348:10 350:19
357:14 358:6
359:14 364:2
376:4
marked 221:13,17
228:3,6 231:22
241:15 251:20
262:22 264:18
267:6 270:5
280:21 281:9
288:12 304:12
307:19 310:13
316:14 317:19
321:2,10,14
335:20 348:13
351:5 357:17
359:18 364:5
376:11 388:15
Market 221:3
marketing 221:3,5
222:13 223:7
230:6 232:6
239:17 240:4
242:23 244:24
245:16 254:8
282:12 377:20
386:12,13
marking 376:7
mark-up 241:19
marriage 393:15
██████████████

██████
match 230:9,12
232:16 233:13
237:23 238:18,22
238:25 240:18
241:22 243:3,23
245:3 287:10,21
matched 232:18
233:7 235:19
236:21 237:9,14
238:21 241:2
matches 231:8
232:24
matching 229:24
229:25 230:3,11
230:14,17 231:6
231:11 232:10,12
232:22 233:4,21
233:25 234:17
235:17 236:14,22
238:16,19 240:13
240:15 242:14,18
242:22 244:3,16
250:13 287:15,17
287:17
material 374:21,25
materials 251:8
math 299:23
matter 298:2
393:17
MB 360:19,21
Meal 286:20
mean 224:14
235:16 238:19
239:6 240:5
245:12 272:4
279:21 283:2,3
286:14 318:19,20
324:16 325:15,23
327:25 328:14
337:23 346:7
349:2,3 355:18
357:11 386:20
meaning 231:14
238:23 245:16
287:12 341:2
383:25

means 223:4,6,12
236:8 270:19
309:17 313:19
325:24 328:4
337:10 338:8
362:18
meant 239:2 319:3
319:8
meet 220:16
meeting 229:8
312:14 337:22
355:12 386:22
meetings 229:21
351:25 386:21
390:22,25 391:3,4
391:7
Mellon 311:9
member 346:11
members 340:18
346:15
memo 263:11,16,17
263:18,20
memory 310:25
mention 368:24
mentioned 240:24
242:20 260:16
283:13 343:13
346:17 365:13
390:21
Menza 369:6,7
370:2
met 233:13 245:23
methodology 302:7
MICHAEL 216:17
middle 222:22
299:21 324:22
325:4 336:23
337:4
MILBURN 216:11
million 234:6,8,12
235:9,12 236:8,9
245:25 246:3,4,15
246:17,18 248:24
249:2 250:3,6,8
250:21,22 252:25
268:9,13,23 269:3
269:10 273:19,24

274:13 277:12,14
277:18 290:5
296:25 297:6,8
299:12,22 300:2,5
300:7,16,17
301:18,20 304:4
308:8
Mine 307:7
minute 255:25
273:8 281:21
332:7 371:10
miscellaneous
358:20
misposting 383:4
missed 334:14
Mm-hmm 337:12
mockups 247:11
moment 225:20
299:10 314:24,25
321:14 327:4
monetary 367:23
367:23
money 230:5,22
233:14,24 234:7,9
234:24 235:20
236:10 238:15
243:3,7,13 248:2
249:22,25 250:2
253:16 256:18,24
257:5 258:19,21
260:6,19,20
261:23 264:11,11
268:16,18 282:4
284:6,8 285:24
286:9,15,17,19
287:9,22 290:18
295:10 299:16
305:18 309:24,24
309:25 329:17
333:18 341:18
342:12,14 350:6
357:10,12 370:12
382:21
monies 244:4 286:8
290:22 308:7
314:4 322:21
327:7 381:23

month 313:12,13
318:23 366:13
367:3,6 384:17
monthly 322:23
363:9 382:6
384:15 385:9,17
months 227:21
318:22 322:3,4
morning 219:2,4,5
219:7
mortgage 311:4,10
311:12
mouth 306:19
307:6
move 299:8 300:18
361:6
moved 221:4
391:10
Mullaney 240:11
245:19 253:9,22
254:16 255:11
267:2 289:8
305:13 307:13
308:13,15 310:5
315:14 316:12
317:3,5,9,16
323:12,15 329:18
330:5,6 335:17
337:18 338:17,21
339:2,15 340:16
341:24 342:2,8
347:3,16 354:10
359:6 364:3,24
365:2 367:17
375:8
Mullaney's 298:19
313:9 332:17
341:16 342:23,25
343:11 358:8
364:12 365:17
M-A-I-L 222:8
M-E-N-Z-A 369:6

**N**

N 216:2 217:2,2
name 266:18,19
282:13 370:7

373:19
named 389:24
names 368:24
near 324:8
necessarily 279:20
necessary 268:22
need 220:16 222:2
233:21 275:14
280:12 281:6
298:4 379:25
380:15
needed 234:18
259:10 346:21
374:18
needs 271:2 368:7
net 267:18 273:10
289:10,24 299:20
300:2,6 301:7
302:11,13,15,17
never 249:3 339:22
339:25 349:19
352:20
new 214:3,13,13
215:5,5,9 216:5,5
216:13,13 221:5
222:10 224:10
256:17 274:18
282:3 290:19
302:13 311:9
345:14 352:4
353:14,22 364:13
366:10 367:14
370:18 373:24
385:16 392:3,4,22
393:6 394:3,3
night 219:11
non-program
247:9,14
normally 256:25
258:11 353:15
372:2,3 373:12
380:24 383:23
386:4 388:10
Notary 215:8
392:22 393:5
394:25
note 231:10 281:15

327:19 337:21,25
noted 391:14
notes 281:4 325:3
350:12 378:21
379:7
notice 265:24
November 264:24
number 226:16
228:9 229:3,6,10
233:9 241:18
251:19 261:21
262:21 263:24
267:3 270:13
273:8,18 275:3,12
275:13 280:5,6,10
280:14,20 288:8
289:15,23 292:2
300:11,16 301:13
304:11 307:18
310:12 315:6,7
316:12,23 317:17
318:17 320:21
321:6 322:18
324:15 326:19
327:18 328:22
329:2 333:9,12
334:22 335:19
336:12 345:13
348:11 351:4,8
357:16 358:24
370:25 371:7
376:9
numbers 235:3
239:13,16,24
240:3 241:14
251:18 268:5
272:12,18,21
276:10 278:11
279:9 288:22
302:8 308:21,22
309:15 320:24
326:19 330:21,23
331:11 333:7
359:16 386:7
387:6,7
nurses 265:19
N-G-O-C 369:20

**O**

O 217:2
oath 392:9
obtain 225:13
226:12
Obviously 261:21
Occasionally
313:21
October 223:2,10
244:11 266:25
268:17 289:8
295:17,19 299:7
322:24 323:10
357:15 360:16
385:9,10 386:20
386:23 391:8,10
offer 244:8 245:3
offhand 254:24
308:12 368:15
office 336:5 366:5,7
373:10 374:11,19
380:18
officer 242:9 256:5
256:14 263:11,12
263:13 329:11
officers 254:18
375:22
offices 215:4
oh 267:3 311:3
343:22,25 361:11
370:25 383:15
okay 223:18 224:9
225:16,23 226:22
234:4 237:5 240:9
258:17 262:13
263:3 265:5 266:9
268:3 270:10
271:5,10 274:24
275:21,22 276:17
277:9,25 278:7
284:15,24 295:3
296:8 301:4
302:19 309:7
310:17 325:5
329:15 333:4
337:3,7 349:22
352:11,23 361:11

362:8 369:5 370:6
371:6
old 237:18 374:11
374:19
once 233:13 238:21
240:20 256:12,20
257:2 286:4
294:12 300:10,16
312:20 313:12,13
353:15,16 366:13
374:16 385:7
once-a-month
366:16
once-a-month
366:16
ones 233:6 235:18
260:2 305:10
344:6 379:7
open 262:15 378:22
operating 252:4,19
operational 259:7
opportunity 244:11
opposed 226:17
234:10
option 285:6,10
options 285:5
Orange 370:18
order 233:22
377:10
ordinary 254:15
358:25
organization
239:11 255:7
272:6 376:23
original 235:9
245:24 366:20
originally 366:21
outcome 393:16
outside 240:24
outstanding 262:8
349:6
overall 247:18
overhead 233:24
234:9,19,23
248:19 250:7,10
250:14,16 254:11
271:18 282:17
overlap 329:24
owed 313:23 314:4

314:6 315:3
318:12,21 322:25
326:2 334:13
336:6 340:9
341:22 343:5
345:16 347:21,24
348:6 353:18,19
356:20,22 357:23
owing 347:16

**P**

P 216:2,2
package 378:7,9,11
378:12,13,15,17
378:20,23 379:2
380:4
packages 377:20
377:24 378:2,2
379:18,23
page 217:3,6 218:3
222:22 224:13
233:2 236:15,16
236:18 237:11
241:17 245:2
251:25 265:6,18
270:9,11,21
273:13,14 274:16
274:21 275:17
277:15 278:2,5,5
279:3 281:11,13
281:16,18 282:2,3
284:14 285:4
307:22 310:18
321:5 324:6,8,13
324:21,23 325:4
327:14,24 329:2
329:11,12 330:3
331:16,17,19
336:22,24,25
339:7 348:17
349:21 350:12
352:14 353:9
359:21 361:6,7,15
394:7
pages 329:2
paid 253:14 262:6
274:6 303:12,15

303:21 304:6
313:18 314:20
319:11 321:23
327:25 328:2,6,15
329:18 330:5
331:6 334:11,13
335:2 336:8
339:17 342:11
343:5 347:10
356:3 358:24
359:2,8,11 362:23
363:9,12,16,17,19
364:13,15 373:9
paper 236:4 265:7
paperwork 256:22
paragraph 241:20
245:4 271:3,6
316:19,23 317:22
parcel 234:17
Park 215:4 216:4
Parnagian 310:19
part 220:20 223:17
225:10 226:9
227:8,18,19 229:8
229:20 232:13
256:11 257:14
259:18 260:14
274:22 280:24
288:5,7,23 319:9
328:4 331:14,15
349:18 354:20
368:11 389:9
partial 266:2 268:5
participate 230:3
294:8
particular 220:19
258:7,14 329:21
Particularly 344:7
parties 393:14
partner 245:8,14
264:5 284:25
partners 228:13
258:9 259:22
264:3
party 358:12
359:11
passed 375:6

pasted 350:23
patient 266:5
patients 263:25
266:2
Pause 263:4 271:9
281:24 311:2
323:17 369:23
pay 247:13 248:18
253:8,12 266:2,5
304:19,25 306:9
306:13,20 312:5
318:23 326:18
330:15 336:6,10
336:11 337:14,16
337:18 339:3,4,5
340:17 341:19
348:18,20,25
349:3,7,7 354:2
357:23 359:25
362:19 363:16
366:9,12,14
367:13,15,16,18
367:19,21
paycheck 328:7
paying 336:11
339:16 375:12
payment 266:7,10
312:23 330:18
331:8 366:19
payments 260:17
322:5 340:24
341:2,16
payroll 313:11,16
313:20 330:20
343:16 345:15
pays 234:23 365:19
367:10,22
PDF 378:11
people 222:11
239:17 241:8
243:17 251:12
306:12,16 307:8
308:14 309:4
346:23 369:16
386:13
people's 308:9
percent 234:21

240:17 247:19
265:11 271:4,12
271:19 272:10,15
273:5 282:15,16
283:13 284:2,19
304:6,17 306:4
353:11
percentage 272:18
performed 226:15
period 228:25
297:9 317:4 390:2
person 221:25
239:10,15 244:19
310:22 314:19
372:14
personal 326:3
365:11
personally 226:10
248:20 286:18
perspective 239:12
245:17
photographer
373:13 374:10
photographs
369:12 374:24
Photography
373:22
Photos 374:3
Photoshop 358:13
369:9,16,25 370:3
Photoshopped
369:14
physical 346:3
picture 265:19
pictures 373:11,11
374:12
piece 220:15,16
222:11 232:21
241:4 265:7
271:24 272:4,17
273:4 282:12
286:13 291:4
376:23 378:23
pieces 220:15 223:8
247:17 290:15
291:3
place 320:17

351:22
places 244:17
plane 366:15,16
367:2,9
plays 229:20
please 246:9
265:18 274:15
277:24 281:19
288:4 304:9
309:12 317:23,25
318:5 320:19
332:21 336:2,11
348:18 353:9
355:15 357:22
358:11 359:23
364:8
pledge 233:8,9
243:14,15,16
269:11,21 296:22
297:6
pledged 233:10,12
Pledges 299:14
plural 251:11
plus 246:5,18
288:21 294:2
301:20 334:17
point 225:6 239:8
255:4,17 259:20
276:23 284:13
289:12 299:2
300:25 322:23
331:5 332:22
334:12 338:12,25
340:10 343:19,23
policies 255:19
364:25 365:6,8,20
policy 220:19
254:23,25 255:3
255:13,21 314:10
364:22,23 365:7
365:11 375:23
POLKOWITZ
216:19 290:9,19
290:24 291:7,10
291:13 293:9,15
293:22 294:2,6,18
294:21,24 295:4

295:14,22 296:2,8
296:11,14,19
297:10,13 302:2
331:12,19,22
344:10,20,23
355:25 356:5,9,16
357:2,6 377:17,25
378:12,19 379:4
379:16 380:10
381:12,24 382:9
382:19 383:2,10
383:19,25 384:6
384:11,16,20
385:22 386:24
387:10,21 388:3,7
388:14,19,24
389:7,11 390:11
390:16
**population** 293:21
**portion** 237:13
240:12 243:5,9
**portions** 307:10
**possibility** 268:15
375:3
**possible** 244:9
370:15
**possibly** 242:4
298:6 305:9
**posted** 386:15
**post-WonderWo...**
332:14
**potential** 388:9
**potentially** 291:14
**practice** 252:5
**preadjustment**
292:19
**preaudit** 295:25
**preexisting** 224:17
**premiums** 365:19
**preparation** 289:5
**prepare** 258:15
267:14 281:3
**prepared** 232:4,5
263:20 265:4
281:12 295:8
297:24 298:18,23
328:9 346:18,20

**present** 216:16
229:16
**presentation** 229:2
355:8
**presented** 256:11
**presenting** 386:8
**Presently** 265:11
**presumably** 300:10
**pretty** 253:25
254:2
**previous** 230:23
**previously** 289:3
**pre-WonderWork**
332:14
**primarily** 250:2
**printed** 247:17
**prior** 224:2,4 252:8
261:24 289:19
290:22 291:7
303:7,9 315:23,25
317:8 333:22
334:22 346:12
378:6
**probably** 221:24
285:16 346:20
**problem** 368:19
**procedures** 257:10
**proceeding** 347:2
**Proceedings** 219:1
**proceeds** 304:17
**process** 219:25
220:3 229:7 230:3
241:8 253:24
261:13 294:8,9
377:6,8,14 382:5
384:14 385:16
**processed** 313:24
381:5 382:8
**processes** 313:16
313:20
**processing** 241:8
382:23
**produced** 278:22
**production** 228:9
241:14,18 251:17
262:21 267:3
280:20 288:6,7

304:11 307:18
310:11 316:12
317:17 320:24
321:6 335:19
348:11 351:4
357:16 359:16
368:11 376:9
**Professional** 215:8
**program** 220:13
223:24 226:11
232:12 248:4
256:5,14 257:24
258:24 259:12,12
259:15 263:11,12
263:13 267:24
272:25 273:17
274:9 275:2,6,8
275:22 276:2,9,14
276:25 277:4,11
277:16 278:3,15
279:14,20,24
282:4,22 283:5,7
283:11 295:2
296:12,17 297:14
297:17,22 298:5,9
298:15 302:14
305:9
**programmatic**
248:7 253:6
284:11
**programming**
284:10
**programs** 234:11
234:22 240:19
244:3 248:4 254:7
274:10 282:16,25
283:3 290:14
**project** 266:11,13
266:16,16 268:7
268:13 296:25
**properly** 379:20
**proposed** 389:13
**provide** 226:19
230:5 245:7,8
285:7,11,14
287:20 313:25
314:3 386:25

**provided** 242:11,14
272:9 292:17
304:6 311:16
331:14 344:21,24
345:2 357:7
**provides** 377:19
**providing** 256:10
377:23
**public** 215:8
220:17,20 230:11
238:9,23 243:23
283:10 286:2
392:22 393:5
394:25
**purchased** 336:5
**purely** 308:21
**purpose** 251:2
**purposes** 220:17
289:14
**put** 230:5 231:10
259:17 264:22
284:2,3 301:9
306:18 307:5
345:4,9
**P-A-R-N-A-G-I-...**
310:19
**p.m** 391:14

---

### Q

**quantity** 222:22
**question** 224:21
234:16 240:23
246:12 249:12
252:9 266:22
286:25 287:4,7
307:4 321:16
331:13 344:11
353:12 390:11
**questions** 222:3,7
302:22 311:22
345:18 363:25
377:18
**quick** 269:23
281:23 340:19
**QuickBooks**
389:10,25
**quite** 298:8 344:9

---

### R

**R** 216:2,7
**raised** 288:23
303:2 307:23
308:2,3 320:2,4
**raising** 234:10,20
246:23 250:11
253:6 273:3
282:17
**ran** 222:14
**randomly** 258:10
**rate** 373:12
**rates** 374:15
**reaching** 377:9,10
**read** 222:2 227:20
241:10 262:25
270:24 271:2,6
285:20,23 302:2,4
309:11 310:23
312:4 316:20
317:22 349:13
351:10 359:22
375:10 392:8
**reading** 262:24
285:23
**read-through**
281:23
**real** 282:13
**really** 223:5 229:21
240:20 245:15
255:16 266:6
345:6 360:10,11
360:13 374:14
385:17 390:3
**Realtime** 215:7
**reason** 284:5,5
290:24 296:15
363:18 368:4
**recalculate** 291:11
**recall** 221:15 234:4
255:12 259:20,25
260:14 262:4
263:17 264:4,13
267:8 279:23
304:5,8 310:15
323:11 332:4
335:23 337:13

338:20 340:21
343:8 346:18
348:15 354:6,13
357:20,21 360:7
366:25 370:16
371:9,12 375:2,9
375:11,12 376:3
376:15 377:3
**receive** 239:19
268:12 282:4
309:21 322:8
330:9,17 333:13
340:3 345:19
346:11 378:3,13
378:14
**received** 243:12
244:5 248:12
282:24 284:20
289:17 291:22
299:13,17 308:8
308:22 309:20
314:5,7 319:22
322:5,9,12,22
330:6,13 334:15
339:20,23 341:4
343:4 362:15
368:25
**receiving** 265:16
378:6
**Recess** 269:24
336:20
**recipient's** 340:25
**reclass** 293:11,16
293:22 294:11
384:2
**reclassification**
292:11 381:14
**reclassified** 380:13
**reclassifying** 292:6
294:9
**recognize** 264:20
321:17,18 369:2
**recollection** 221:20
285:19 304:22
308:18 309:3
311:3 332:3
349:14 354:15

**reconcile** 275:12
381:25 382:3
**reconciled** 384:23
384:24 387:17
**reconciliation**
219:20,23 385:24
386:3 387:15,23
388:2
**reconciliations**
384:13 387:2,4
**record** 228:5 231:9
255:25 271:11
274:16 278:25
280:15,17 281:15
302:3,4 305:5,8
309:12 312:22
313:2,5 316:20
321:7,9 327:11
353:5 357:10
370:8 378:4,10
381:9 382:10
383:19 388:8
389:4,5 392:12,13
393:11
**recorded** 231:12
258:23 295:16,18
315:2 341:12,17
354:19 356:6,12
356:14 382:17
383:17,21 388:16
**recording** 343:14
381:7 385:2
**records** 225:13
226:12 230:25
231:3,5,7 240:25
242:10 254:11
257:20 258:5
312:24 313:6
314:18,21 315:3
340:12 341:12,18
341:23 342:7,15
355:23 356:7,24
357:4 358:2
382:20 387:22
**red** 237:11
**reduce** 352:17

**reduced** 300:4
343:4 349:24
356:17,21 373:12
374:15
**reduction** 337:16
337:19,22 338:17
**reductions** 337:14
338:16,19
**red-colored** 233:3
**REF** 394:6
**reference** 335:10
346:24 350:23
**references** 351:9
**referred** 251:7
263:16 273:11
**referring** 228:11
235:8,8,11 252:12
252:14 270:13
284:9 309:2
316:17 318:10
319:15 320:8
336:13 347:24
348:2,21 352:19
362:1 387:11
**refers** 278:18 279:5
351:10
**reflect** 292:18
293:10,23 364:11
**reflected** 268:23
273:22 292:8,12
299:15 340:11
355:22 357:25
358:18,19
**refresh** 221:19
304:21 310:25
**refreshes** 349:14
**regard** 242:14
**regarding** 312:16
325:18 347:9
354:7
**regardless** 286:18
**Registered** 215:7
**regular** 391:3
**reimbursable**
368:9
**reimbursed** 326:14
326:15 347:9

354:4
**reimbursement**
326:9 331:8
354:11 356:18
**reimbursements**
326:3
**reiterate** 350:20
**rejected** 262:9
**relate** 335:13
**related** 357:8
359:24 372:23
373:5 389:20
393:14
**relationship** 373:15
**relative** 373:16
**release** 248:12
288:20
**released** 267:25
302:16
**relied** 225:14
**relinquished** 221:5
**rely** 226:6
**remainder** 362:23
**remained** 321:23
**remaining** 267:23
268:2 289:10
299:5 302:10,17
306:21 320:16
322:22 327:24
333:15,16,17
334:25 335:7
339:5 348:25
349:3 356:20
**remains** 248:13
**remember** 235:2
263:6,8 266:19
275:16 308:13
346:13 369:8
372:2 376:17
**renew** 224:18
**Renewal** 224:14
**repay** 303:5 305:23
**repayment** 307:13
**repeat** 246:9
276:12 292:3
388:24
**rephrase** 278:12

**report** 226:16
227:19 228:14
257:8 260:7,11,20
260:22,25 261:6
264:22 265:19
329:21 331:4
387:25
**reportable** 332:18
363:21
**reported** 214:23
323:11 329:17
339:25 367:22,24
368:7
**reporter** 215:8
227:23 231:17
241:12 251:14
262:17 264:15
270:2 288:4 316:9
**reporting** 257:2
261:3 368:3
**reports** 217:17
226:20 239:21
243:24 258:2,4
264:17 265:4
266:8
**represent** 265:2
288:6 290:10,11
327:5 333:12
375:19 389:14
**representation**
248:17
**represents** 281:17
334:6 363:14
389:12
**reproduce** 374:12
**request** 279:8
298:19
**requested** 230:11
309:18 314:20
335:2,3,6 336:7
362:20 364:16
**requesting** 311:14
**requests** 327:7
**rescinded** 269:12
269:13,15,17
297:9
**Rescue** 224:5 380:9

381:22 386:14
**resolution** 375:6
**respect** 220:5
  248:24,25 249:10
  252:3,19 273:23
  340:24 343:10
  375:23 376:20
**respond** 312:5
**responses** 290:16
**responsible** 254:4
**rest** 223:10,14
  308:16 358:14
**restaurant** 351:16
  351:18,19,22
**restoring** 245:9
  283:9
**restrict** 290:21
**restricted** 219:20
  248:2,4,11,13
  249:23 258:21,25
  259:14,16,19
  267:18 268:13,22
  273:10 282:24
  287:12,15 288:20
  289:9,10,24 290:3
  290:12,13 291:6,9
  291:19,19,24,25
  292:7 293:3,8,12
  295:10 298:25
  299:5,20 300:2,6
  301:7 302:11,13
  302:17 303:23
  306:2 385:4
**restricting** 234:10
**restriction** 288:21
**result** 260:10
  261:12 308:23
  309:9
**retain** 379:10
**retained** 373:6
  375:16
**revenue** 299:12
  381:8
**reversed** 268:20
  269:21
**review** 219:10
  227:9 256:21

294:14 379:17,18
  379:22 380:2,12
  383:3
**reviewed** 280:25
  368:6
**reviewing** 228:24
  229:7 291:21
**reviews** 225:9
  258:16
**right** 221:15
  242:16 297:23
  301:2 327:2
  338:23 339:9
  355:8,10 358:22
  361:19 371:22
  389:22
**right-hand** 324:21
  360:17
**Robert** 376:9
**rolled** 268:4,17
**roll-forward**
  273:11 276:8,15
  301:12,21
**rooms** 367:17
**Rosanna** 369:6,7
**round** 276:10
  326:18
**rounded** 358:23
**RPR-CRR** 393:22
**run** 240:8 266:18
  320:17 387:25
**running** 252:11,15
  252:18 320:15
  327:6 338:5 345:5
**Ryan** 221:23

---

**S**

**S** 216:2 217:2,5
  218:2
**salaries** 252:20
  340:9
**salary** 253:23
  309:21 311:5,5
  313:3,4 317:25
  318:12,14,16,22
  319:2,9,12,15,16
  319:23 320:7,9

321:22 322:4,23
  323:9 327:8,10
  331:11 333:17
  336:6 338:9,15,16
  338:19 347:5,11
  347:25 349:9
  356:19
**Salary/bonus**
  333:18
**sample** 223:2,11
**saw** 354:22 355:3
**saying** 232:15
  237:15 282:20
  295:19 330:25
  379:12
**says** 222:23,25
  223:24,25 224:13
  224:14 233:3,20
  235:15,23,23
  236:3 238:18
  241:19,20 244:7
  244:25 245:6
  252:2,15 258:17
  263:9,23 265:8,9
  265:11,23,24
  267:20 268:7
  270:22 271:12
  273:14 274:8
  275:2 281:13
  282:3,14 285:6
  287:20 296:12
  304:17 307:23,25
  308:2,20 312:2
  316:20 318:18,25
  323:19 324:8,23
  325:3,7,7,8,14,19
  325:22 327:20,24
  328:13 336:9,24
  337:5 348:18
  349:7,22 352:15
  353:8 355:10,14
  357:22 358:11
  359:23 360:18
  361:21,24 362:6
  364:8
**scan** 241:9
**schedule** 217:10

231:25 232:4,5
  276:8,16 344:24
  345:8 347:20
  363:2
**schedules** 346:25
  347:15
**screening** 286:12
**se** 345:13
**season** 372:4
**Seasons** 351:11,14
  351:15,18,22
  352:7
**second** 233:2,18
  236:15 243:5,9,13
  245:6 246:3 257:4
  257:12 261:13,16
  262:5 308:19
  310:17 312:3
  317:22 322:16
  324:10,12 336:22
  347:22 352:14,16
  365:17
**section** 332:8
**see** 221:16 222:23
  226:4 233:2,5,21
  234:9 244:19
  245:3 265:8,9,20
  265:23 267:11
  268:6,11 270:11
  273:16 274:11
  275:3,4 280:13
  281:12 282:7,8,17
  285:10,22 286:2
  289:23 298:4
  307:22,25 310:19
  310:21 311:3
  322:2 324:14,24
  325:3,9 326:19
  335:10 337:4
  340:20 345:13,15
  349:13 360:2,3
  361:13,22 362:3
  376:25 385:21
  388:23
**seeing** 335:23
  357:20 376:15
  377:4

**seen** 226:3 227:21
  231:24 247:4,6,10
  247:10 304:15
  376:13
**Seger** 372:19
**segregate** 381:23
**selected** 352:2,5,9
**send** 227:6,6 230:7
  253:15 256:24,25
  257:3,12 258:11
  258:13,17 261:5
  305:11 317:25
  318:5
**sending** 257:5
  263:7 267:8
  346:14 353:3
**sends** 253:20
**sent** 222:10,11
  223:9 225:4,24
  263:9 288:11
  291:5 325:25
  362:11 372:4
  376:3 378:11
**sentence** 245:6
  271:2,11 349:13
  359:22
**separate** 231:5
  246:25 252:17,22
  256:19 289:5
  292:21 339:19
  343:20 364:24
  379:25 389:5
**separately** 239:22
  249:14,15 252:6
  321:14
**sequence** 289:4
**series** 285:4
**services** 220:13
  275:2,6 278:3
  394:2
**set** 244:10,12,14
  341:22 393:9,19
**settle** 385:7
**share** 387:21,24
**sheet** 274:22 305:4
  394:2
**short** 221:7 266:23

---

show 267:16,22
271:17 293:7
343:16 345:4
390:8
shown 292:23
314:12,16 355:4
shows 267:17 268:9
347:3 378:10
387:17
side 274:8 322:3
324:21 360:17
361:19,19,20
366:7 388:12,12
sight 283:9
signed 228:7
257:22 263:11
303:18 329:10
392:19
significant 298:12
sign-off 387:5
similar 239:21
289:2 368:2
376:14 387:19
SIMMONS 216:9
278:22 328:24
single 223:2,11
321:5 355:9
Sir 228:8
sit 383:14
situation 360:14
size 236:24
skills 374:13
slightly 236:9
small 364:21 366:6
Smile 254:2 375:4
solicitation 217:12
217:20,22 222:18
231:16 241:13
251:7 270:3,8,9
280:19 281:10
287:11,19
solicitations 242:19
somebody 239:5
286:11
soon 244:9
sorry 219:13
223:13 225:22

265:8 266:20
275:25 276:12,20
287:5 316:23
320:22,23 329:7
331:15 336:25
337:8 341:10
360:17 361:12,18
370:5 371:7
389:23 391:11
sort 222:21 311:18
358:23
Sotelo 371:20
372:7,8,9
sounds 263:18
375:14
source 237:22
250:15 269:2
306:8 342:13
sources 265:16
SOUTHERN 214:3
space 374:11
speak 248:25
speaking 284:17
speaks 236:4
special 245:2 391:4
specific 326:20,23
347:14
specifically 354:14
355:5
speech 282:12
spell 369:18
spend 249:24
spent 249:19,20
252:25 253:5,23
279:19 284:9
286:20 290:18
split 272:25
spoke 249:7
spoken 248:20
249:3,6
spread 269:8
spreadsheet 217:18
217:24 218:12,14
221:12 222:5
223:23 233:2,22
235:18 236:17,18
237:12 252:13

256:8 267:4,12,17
267:22 269:8
273:9 281:2 288:5
288:9,16,18 289:3
295:7 318:2,6,9
318:11 319:19
320:22,23 330:2
332:25 343:2
345:19 346:12
348:4,6 349:12
356:15
spreadsheets
225:21 226:13
341:21
ss 392:4
staff 221:25 313:22
337:13 339:3,12
339:16 340:18
staged 260:17
staging 261:3
start 237:5 257:2
276:21,21,22
300:15 303:9
starting 249:8
276:23 306:3
start-up 234:7
state 215:9 274:18
329:16 392:3,22
393:6
stated 284:6
statement 271:16
382:15
statements 228:15
274:23
states 214:2 330:4
stationery/mail
247:17
status 258:6
stays 353:16
367:17
Steckel 251:16
252:2
Step 380:9
STEVENS 214:24
215:6 393:5,22
stop 336:11,15
347:22

straight 327:23
Street 216:12
373:23 374:2,3
394:3
structure 266:7,10
submitted 258:3
████████████
subscribed 392:19
394:23
subsequent 225:8
304:15 324:4
326:10
subsequently
312:15
substantially
280:10 304:16
subtract 301:23
302:14,15
subtracted 300:17
suggested 237:25
293:4
suggesting 301:10
suggestion 278:18
Suite 394:3
Summer 371:19
372:18,20
supply 244:2
support 241:23
245:7 279:8
366:19 379:5
supporters 244:10
supposed 270:9
322:3 380:23
supposedly 343:11
sure 223:11 224:6
224:11 227:5,12
229:20 234:18
239:13 242:25
243:6,15 246:4
255:5,16 261:2
262:8 264:7
271:21 280:4
281:5 298:8,14
300:20 303:15
305:19 310:24
311:24 322:10
332:11,13 344:9

346:2 352:25
355:12 359:23
370:3,16 371:4,5
386:5
surgeries 224:24
226:14,15,17
227:11,16,18
229:10 233:10
237:4 256:9
260:23 261:21
262:3 266:4
284:20,23 287:23
287:25 290:13
304:7,19,25
305:19 306:5
surgery 226:18
240:18 245:9
263:10,16 265:12
265:25 285:7,11
285:14,18 287:21
surgical 290:14
293:7
surmising 263:21
survey 225:5,24
SurveyMonkey
225:25
sworn 393:9 394:23
system 240:25
382:2 384:8
387:20 388:13
389:3,16,25 390:7
390:13
S-E-G-E-R 372:19
S-O-T-E-L-O
371:20

T

T 217:2,5 218:2
Taaffe 221:11,14
221:20 262:19
tab 252:11,16,18
252:20 253:15
274:11 279:4,11
338:12
tabs 252:21,23
278:18
take 252:8 253:10

266:23 269:22 270:16 276:22 281:22 298:14 301:12 313:4 318:13 319:3,9,12 323:10 326:18 336:18 337:18 338:9 340:10,19 348:19 352:17 374:23
**taken** 215:3 319:4 338:23 392:9
**takes** 353:14 367:5
**talk** 255:24 313:9 387:8 388:4
**talking** 227:25 325:12 339:13 350:14 354:14
**talks** 330:3
**tally** 338:5
**Target** 221:3
**Tavarez** 371:25
**taxes** 340:4
**Taxi** 367:11
**TD** 325:15,20
**team** 264:23 288:11
**Ted** 325:16 344:8
**teenagers** 245:10
**tell** 220:11 223:4,5 224:7 249:24 266:14 288:15 289:4 309:17 321:19 360:4 371:10 379:15 380:25 383:8,10
**telling** 335:10
**temp** 370:15 371:21,24 372:10
**temporarily** 273:9
**temps** 372:5
**ten** 324:12 329:2
**ten-year** 297:9
**term** 221:7 304:20 355:20,21
**terms** 237:7 295:11 317:7

**test** 220:11
**testimony** 385:2 389:15 392:9,12 393:8,11
**thank** 219:17 220:9 224:12,19 337:7 348:8 350:24 352:3 372:21 391:12
**Thanks** 265:22
**they'd** 262:11 379:12 388:13
**thing** 258:14 260:16 263:2 269:9 302:18
**things** 286:21 287:18 298:5 318:16 326:12,18 385:7
**think** 227:5 234:25 235:4,21 242:20 246:3,6 249:11 252:12 255:15,17 262:9 264:12 270:12,25 271:17 273:10 283:12 287:14,14,16 292:4 302:18 304:4 306:25 308:16 311:4,11 316:3,3 320:5 328:5 332:2 334:7 334:8,14 335:5 337:16 338:19,25 343:24 344:8 348:25 355:3 362:17 366:21 369:25 370:3,4 371:4,15 373:23 375:3 377:3,15 378:25 379:12 390:3
**thinking** 239:6 269:10 306:11 307:7 373:17 375:18
**thinks** 248:22

**third** 224:12 241:20 277:15 307:21 322:7
**Thirteen** 246:5
███████████████

**thought** 273:21 296:23 297:3 298:6 368:20
**thousand** 263:25
**thread** 217:13,15 218:5,6,10,17,18 233:19 251:15 262:18 307:16 308:20 310:9,15 317:15 348:11 351:3
**three** 239:4 245:7,9 280:4 287:23 365:6 388:3 390:21,25 391:2,3 391:6,8
**three-page** 320:21
**three-times** 238:22
**Thuy-Ngoc** 369:19
**ticket** 366:15,16
**tie** 219:18
**tied** 291:4
**Tiffany** 257:8 260:4 261:4
**time** 221:24 225:4 245:22 252:7 258:14 268:17 269:8 289:16 299:6 305:20 315:9 318:20 321:24 343:19,23 346:18,21 352:24 353:2 359:7 364:14 372:13 384:24 386:5,20 390:3 391:14
**times** 239:4,4 245:7 245:10 373:9 385:23 390:17
**timetable** 258:7
**timing** 298:3

**today** 245:7 268:22
**told** 220:22 269:16 309:22 310:5 324:19 339:2 344:16 349:19 350:5 368:6
**top** 233:19 244:20 252:15 262:18 263:6 273:15 284:14 285:3,6 309:13 317:15 322:14 336:24 337:5,6 349:22
**topic** 229:24
**total** 235:24 246:5 258:15 273:5 275:3,22 276:9,14 276:18,25 277:4,6 277:10,12,17,18 278:3,8 295:4 302:12 304:18 308:2,3 315:8,13 320:15 328:13 330:22 335:3 362:19 364:9
**totalled** 349:5
**totals** 320:18 345:5
**track** 232:17,19 239:12,16,22 242:17,21,24 243:19 245:18 246:24 247:12 249:13 252:6,24 253:2,3
**tracked** 248:8,9
**train** 254:2 353:14 375:4
**transaction** 257:25
**transcript** 392:8,11 393:10
**transferred** 259:9
**TRANSPERFECT** 394:2
**transposed** 360:22
**travel** 353:11,13,20 353:21 354:11,20 354:24 355:10,25

358:7 359:2 364:9 366:10 367:22
**treat** 263:25
**treated** 340:24 341:25
**treating** 227:2
**treatment** 304:19 344:15 376:21
**trip** 253:16 358:8,9 359:24
**triple** 245:3
**trips** 253:9,13 367:3,9
**TRIVIGNO** 216:14 219:7 270:12,23 277:20 278:17 279:17 281:20 306:25 321:7 326:24 329:5 331:17 345:21 368:14,19
**trivigno@clm.com** 216:14
**trouble** 324:25
**true** 251:10 355:11 392:11,14 393:10
**trying** 289:18 299:22 301:8,11 307:5 321:21 338:18 385:3
**Tuesday** 215:5
**Tunyak** 370:14
**turn** 229:23 232:25 265:18 277:7,24 281:18 327:14 328:18,25 349:21
**Turning** 282:2 329:25
**twice** 287:22
**two** 230:24 239:4 256:19 280:3,4 289:5 301:19 308:14 321:13 330:10 347:13 365:6,8,13 372:11
**two-page** 348:10
**typically** 274:5

T-A-V-A-R-E-Z 371:25
T-H-U-Y 369:19

**U**

Ujjal 265:3
ultimately 299:12
unaudited 288:23
understand 220:11
236:19 246:12
279:13 288:10
299:10 300:4
301:11 306:3
322:10 333:6
understandable 346:22
understanding 220:14 222:17
224:3 228:23
229:22,25 230:4
232:8,11 238:12
238:20 239:3
247:15,20 256:15
261:5 266:15
271:22 275:5
279:15 284:7,17
284:21 298:24
305:17 316:7
318:22 319:7
328:6 334:5 390:7
understands 229:19
understood 294:6
296:11 344:13
unheaded 324:22
UNITED 214:2
unpaid 321:23
357:8
unrestricted 219:21 246:21,22
249:17,24,25
250:4,9,19,21
293:11 303:24,25
306:9
updated 291:19
up-front 237:3
use 222:14 230:21

232:9,13 233:24
234:8 237:5 238:2
238:15 243:18,24
259:7 267:21
287:17 304:17,22
305:18,20 353:17
353:19 355:19
378:3
usually 228:24
313:2 367:5
380:17

**V**

vaccination 286:20
validate 239:24
240:3
value 300:3 367:24
Varanasi 266:12
266:13,15,16,17
268:7,13 296:25
various 244:17
273:23
vendor 240:24
373:5
venue 352:6
Vera 232:7 238:4
239:3,15 240:8
242:4 244:2
252:13 294:17
372:16 378:14
379:5 387:23
390:12
Vera's 383:3
verbal 383:13
verified 225:6
verify 225:2
version 304:16
345:22,24 346:11
346:12
versus 249:23
253:6 290:20
Victor 371:20
Vietnamese 369:19
view 259:13
visit 264:24
VOLUME 214:11
voted 312:8

**W**

waiting 262:10
293:5
walk 333:5
Wall 216:12
Walter 216:6
341:10
want 224:20 225:19
227:24 238:5
254:15 255:24
256:7,24 260:15
270:23 271:17
280:18 285:9,21
287:7 302:21
306:18 317:24
318:25 322:10
333:5 336:10,18
352:16 363:20
365:7
wanted 222:6
234:17 298:22,24
318:13,23,23
319:3,11 322:24
326:11 332:23
336:5,18 345:11
350:10 353:2
wants 233:23
wasn't 296:7
309:25 341:22,22
343:13,14 355:11
360:11,13 363:19
370:12 376:22
way 239:24 253:25
287:2 291:3
297:25 326:17
339:9 372:24
393:16
ways 256:19
wcurchack@loe...
216:6
web 371:15,16
website 371:4
week 353:15,16
weekly 353:11,13
378:2
welcome 219:6
391:13

went 220:8 224:5
227:13 238:15
244:16 257:25
264:23 359:6
377:2 380:19
weren't 343:3
West 370:18
371:11
Westerlage 371:17
we'll 230:7 256:23
257:3,6 258:13,17
270:16 385:6
Wheels 286:21
WHEREOF 393:18
white 222:7,16
wife 253:10,11
365:17
wire 257:7,25
wired 257:15
wires 257:17,20
258:8
wishful 306:11
307:7
■■■■■■■■
withdrawn 232:3
246:13
witness 217:3
393:8,12,18 394:6
woman 369:7 370:4
WON 217:21 218:8
218:12,14 270:4
316:13 320:24
321:6
WonderWork
214:6 216:12
217:16 224:23,25
227:2 228:18,19
230:15 240:5,6
247:23 248:16
249:9 253:8,12,14
253:18 254:5,17
259:5,6,9 263:19
264:16 265:14
266:4 268:12
270:8 283:14,16
283:23 284:3

285:13 290:3,12
290:17,22 291:23
292:22 293:3,7,12
293:13,19 300:23
301:23 303:2,5
305:14,22 313:10
314:18 315:21
316:11 317:3,6,25
319:2,5 321:25
322:25 331:6
337:14 340:12
342:3,17,20
346:25 347:15
349:18 354:2
356:7,17,24 357:4
357:24 358:2,25
359:7,11 364:14
364:16,19 365:19
366:2,9 367:10,13
367:16,21 368:25
369:13 373:6,15
375:7,12 376:18
379:21,24 380:6
380:11,16,19,22
381:4,9,19,20
382:7 383:5 384:2
394:5
WON-EX 217:23
280:20
word 225:7 270:16
wording 227:13
wordings 240:21
words 220:10
264:10 306:19
307:5 323:8
358:22 362:5
work 257:3,6,9
261:10 283:8
360:9 372:10
374:20
worked 256:6
working 221:23
366:2 372:12
works 257:8
worksheet 231:21
279:11 280:13
worksheets 275:14

**wouldn't** 247:25
  248:5,5,6 306:13
  381:6,15
**write** 370:21
**writer** 360:5,20,24
**writing** 354:7
  376:18
**written** 317:10,11
**wrong** 301:10
  360:17
**wrote** 338:2
**W-E-S-T-E-R-L-...**
  371:18
**W-2** 314:13 323:13
  329:22 330:6,9,17
  330:24 331:23
  332:9 340:3
**W-2's** 331:4,10
  341:3,7

**X**

**X** 217:2,5 218:2
  326:21 386:14

**Y**

**Y** 326:21 386:16
**year** 219:22,25
  220:6 229:9 234:2
  234:6,12,14
  237:17 246:16
  248:10,14 249:22
  253:3,4 256:3
  268:10 274:17
  275:19,23 277:7
  278:16 280:9
  290:23 293:17,23
  293:24 294:3,3
  296:3 298:8 312:6
  312:6,7 319:22
  323:12,16 328:16
  328:20 329:19,22
  330:10,16 331:20
  331:21,25 332:2
  332:12,19 333:2,2
  333:3,23 338:22
  338:23 340:25
  347:25 361:17,24
  362:6,18,20,23

  363:8,20 370:19
  382:4 385:15
  386:2 390:22,25
**years** 248:21
  269:11,12 280:3,4
  290:20 291:7
  303:17 317:4
  324:4 330:11
  369:2 391:5
**year-end** 219:20
**yellow** 299:21
**yesterday** 220:23
  292:5 339:2
**York** 214:3,13,13
  215:5,5,9 216:5,5
  216:13,13 274:18
  311:9 353:14,23
  364:9,13 366:11
  367:14 392:3,4,22
  393:6 394:3,3

**Z**

**zero** 282:16 363:17
████████████

**$**

**$1** 239:5
**$1,002,557** 235:24
**$1,530** 370:13
**$10,000** 390:18
**$100** 245:13
**$114,000** 333:12
**$114,170** 333:9
**$150** 263:25
**$150,000** 327:20,25
  328:2 338:16
  375:8
**$167,000** 337:25
  338:13
**$189,583** 327:19
**$2** 234:6,12 235:12
  236:8 239:5
  246:15 250:3,6,8
  252:25
**$2,094,600** 296:12
  297:18
**$2,682,200** 295:5

  297:15
**$2.6** 273:19
**$20,000** 257:5
**$21,000** 334:2
**$22,000** 326:2,3
**$228,000** 349:25
**$245,000** 375:13
**$25** 284:22 287:20
**$250,000** 233:17
  312:8,12,22 324:9
  325:9 328:5
  349:17 350:14
**$3** 238:25 239:7
**$3,500** 336:4
**$3,780** 370:17
**$30,000** 353:10,17
  353:19 356:18
  364:17
**$300** 223:3 245:14
  285:6,10,14
**$35** 265:25
**$36,925** 339:10
**$385,000** 362:2
**$39,000** 361:16
**$39,583** 361:21
  363:10
**$4** 268:9,13,23
  269:3 296:25
**$46,092** 363:5
**$475,000** 312:5
  319:22 332:18
  338:22 347:25
  349:4 362:7
  363:21
**$5** 234:8 235:9
  245:25 246:17
  248:24 249:2
  299:12 300:5,17
**$50,000** 357:25
  358:15
**$500** 378:21
**$500,000** 233:9
  237:2,20
**$6,000** 360:19
**$616,000** 328:13
  330:5,7
**$75** 287:24

**$793** 370:14
**$8,999** 334:25
**$8.75** 299:22
**$800,000** 304:24
**$877,000** 275:23
**$88** 244:21,22
**$9,000** 335:6

**#**

**#903** 394:3

**0**

**0011330** 218:7
  310:12
**0011581** 218:5
  307:18
**0020553** 217:14
  251:18
**0022194** 217:15
  262:21
**0040124** 217:19
  267:4
**01237** 218:8 316:13
**01248** 218:9 316:13
**012929** 217:9 228:9
**0181** 329:3,6,13,15
  331:19
**02544** 217:21 270:4
**02547** 270:22
**02555** 217:21 270:4
**07285** 218:12
  320:24
**07289** 218:14 321:6
**07290** 218:16
  335:19
**07291** 218:17
  348:11
**07293** 218:19 351:4
**07834** 218:4 304:11

**1**

**1** 228:7 316:23
  317:2,9
**1st** 315:24 324:19
**1,216,000** 222:23
**1,244,000** 276:11
**1,875** 371:11
**1,890,000** 276:10

**1,921,195** 290:9
**1.24** 277:23
**1.3** 278:10
**1.5** 278:4
**1.54** 279:6
**1.543** 275:12
**1.543055** 275:3
**1.89** 277:20,21
**1.891500** 276:18
**1.9** 277:18 290:5
**1.99** 277:19
**1/20/15** 217:7
**1/28/13** 281:14
**1/6** 327:2
**10** 269:11
**10th** 244:11
**10,000** 257:7
**10/21** 358:17
**10/21/14** 218:20
**10/21/16** 217:18
**100** 234:17 240:17
  247:18 265:11
  282:15 283:13,25
  306:4
**10005** 216:13
**10017** 394:3
**10154-1895** 216:5
**1099** 369:21
**1099's** 368:25
**11** 214:5 347:2
**11:00** 215:6
**114** 334:17
**114,000** 333:15,20
**12** 273:8 275:18
  276:8,22
**12,500** 358:6,8
**12/31/15** 339:11
**13th** 223:2
**136** 334:18
**136,000** 334:10
**14** 270:10 273:15
  328:12 330:4
  333:25
**14th** 327:18,23
  328:7
**15** 214:12 215:5
  220:8 221:7

231:19 267:19
289:23 291:9,11
291:18,25 292:10
292:22 293:20,24
328:3 363:6,7
392:10 394:5
**15th** 338:7 360:16
361:7,13,15,21,24
361:25
**150K** 337:22
**16** 221:7 234:16
235:10 267:24
268:16 269:7
288:19 289:22
290:20 291:18
292:2,25 293:2
296:22 297:12
300:21 302:13
**16-13607(MV)**
214:7
**167,000** 338:4
**17** 247:18,21 268:5
288:22 382:8
**18** 323:2
**18,750** 322:25
**181** 329:11 331:18
**19** 303:19
**19434** 214:25 394:6

---
**2**

**2** 216:12 236:15,16
236:18 237:11
246:3,5,6,6,6,6
263:24 271:4,12
271:19 272:10,15
273:5 317:16
370:24,25 371:7
**2.6** 273:24 274:13
277:14
**2.634** 275:12
**2.795** 300:7,16
301:18,20
**20** 221:10 262:20
303:19 364:4
394:24
**20th** 360:18
**20,000** 323:5

**20,833** 323:3
**20/20/20** 217:11,20
222:25 223:9
224:6,11 241:13
270:3,9 271:12
272:14 282:22
283:21,22 284:18
380:7,13 381:22
**2011** 370:9
**2012** 322:24 323:10
323:12,16,25
335:18
**2013** 223:10 275:19
276:2,23 278:9
281:12,17 283:20
348:19 349:8
**2014** 277:8 325:25
326:6 328:3,21
333:2,3,8 334:20
334:21 335:4
350:13 351:3
353:6,7 357:16
359:7 370:20
371:8
**2014-fiscal** 274:17
278:16
**2015** 221:10 228:7
262:21 270:10
276:7,7,15 292:7
293:17 310:9,10
315:24 337:11,12
337:15,17,22
359:15 364:4
**2016** 231:19 232:2
234:2 264:25
266:25 268:10,14
289:8 292:7 294:3
294:5 295:17,19
296:3,4 300:3,7
306:4 317:2,9,17
340:22 385:23
**2016-fiscal** 220:6
**2017** 214:12 215:6
219:19 339:8
376:2 380:18
392:10,20 393:19
394:5

**2018** 303:19
**2021** 317:5
**21** 217:7 221:18
266:25 357:15
**21,000** 334:16
**212** 394:4
**216** 394:3
**219** 217:4
**22** 217:8 228:4,6
**22,000** 326:23
349:23 350:14,17
350:21
**221** 217:7
**227** 274:16,21
278:2
**228** 217:8 278:6
**23** 217:10 231:18
231:23
**231** 217:10
**24** 217:11 241:12
241:16
**241** 217:11
**25** 217:13 251:14
251:21
**25th** 393:19
**25,000** 358:10,10
358:19
**250** 237:3 308:4
325:11
**250K** 309:16
**250,000** 233:11
237:8 308:10
350:16
**251** 217:13
**2548** 270:11
**26** 217:15 262:17
262:23
**262** 217:15
**264** 217:16
**267** 217:18
**27** 217:16 264:19
**270** 217:20
**28** 217:18 266:24
267:7 288:25
289:7 290:7
294:22,25 295:3
296:16,20 297:16

298:18 299:11,16
299:25 301:18,20
335:18
**28,833** 322:18
**280** 217:22
**288** 217:24
**29** 217:20 270:6
**291** 334:17
**292** 218:17 348:12
**2938** 217:12 241:14
**2942** 217:12 241:14
245:2
**29941** 241:18

---
**3**

**3** 250:21
**3X** 238:18,18
**3,500** 323:5
**3.6** 277:12
**3/9/15** 218:21
**3:27** 391:14
**30** 217:22 276:15
280:22 281:9
296:4 300:3,6
323:16 328:21
**30th** 312:7
**30,000** 335:4,6
355:15 356:10
364:10
**30,583** 334:21
**300** 223:14,15
**304** 218:4
**307** 218:5
**31** 217:24 288:5,13
289:15,23 290:6
294:19 296:9,16
296:20 297:15,17
299:20 300:18
317:4
**310** 218:6
**316** 218:8
**317** 218:10
**32** 218:4 304:10,13
304:14
**321** 218:11,14
**33** 218:5 307:16,20
**335** 218:15

**34** 218:6 310:8,14
318:17
**345** 215:4 216:4
**348** 218:17
**35** 218:8 316:10,15
**351** 218:18
**352,000** 276:5
277:3
**357** 218:20
**359** 218:21
**36** 218:10 317:14
317:20
**364** 218:23
**37** 218:11 320:21
321:3,20 322:2
336:22 344:25
345:2,20 350:8,11
360:15 361:10,12
**376** 218:24
**38** 218:14 321:11
326:19 327:3
345:9,13 346:17
**38117** 218:10
317:18
**39** 218:15 323:2
335:21
**39,583** 322:23
338:8

---
**4**

**4** 246:5 331:14
**4,000** 384:6
**4/15/14** 327:25
**4/20/15** 218:23
**4/5/14** 218:18
327:21
**40** 218:17 348:10
348:14
**400-8845** 394:4
**4010** 276:19
**41** 218:18 351:6
352:13
**42** 218:20 357:18
**43** 218:21 359:19
**44** 218:23 364:2,6
**45** 218:24 376:8,12
**45th** 394:3

**475** 319:16,24 320:3,8 322:13 331:20 336:11 362:18 363:22
**475,000** 323:14 336:8 362:21

---
**5**

**5** 246:4,5,6,18 269:12 351:3
**5,000** 279:23
**50** 353:11
**50,000** 357:23 358:16,21
**500** 379:6
**5100** 274:4,6

---
**6**

**6** 246:5 325:24 328:24,25
**6th** 326:6
**6,000** 360:24
**6/15/16** 217:10
**6/30/15** 302:11
**616** 330:9

---
**7**

**7** 274:15 277:24 329:6,8 331:15
**7th** 218:25 376:8
**7.795** 300:2
**7/1/13** 324:9
**7/1/15** 217:8
**7/1/2013** 325:7
**70255** 218:25 376:10
**7285** 324:7 327:14 330:3 332:25 350:12
**7286** 337:2 339:8 361:8,15
**7287** 323:19
**7288** 218:13 320:25
**7291** 349:21
**7292** 348:17
**7293** 353:9
**7294** 352:14
**7296** 218:20 357:16

**7300** 218:22 359:16 359:21
**7301** 218:22 359:17
**7302** 218:23 364:2

---
**8**

**8** 246:5
**8/28/12** 218:15
**80** 304:6,17
**800,000** 304:18
**877** 276:3
**877,000** 277:6

---
**9**

**9** 310:9,10 359:15
**9,450,000** 308:3
**9,700,000** 307:25
**9.4** 308:8
**9333** 217:23 280:20
**9338** 281:11
**9340** 281:16 284:14 285:4
**9341** 281:19 282:2
**940,000** 233:25
**98** 284:18
**99** 284:19
**990** 274:18 329:3 329:10 331:13,25 332:9,12

# FUCHS
# EXHIBIT 21

**From:** Hana Fuchs
**Sent:** Tuesday, January 20, 2015 12:30 PM
**To:** Taaffe, Mallory K
**CC:** Leggette, Ryan
**Subject:** RE: WW Open Items as of 1/15
**Attachments:** year end ; Copy of WWK FY14 Functional Allocation Report Revised12.08.14.xlsx

Please see responses as best as I can below the questions.
Thanks.
h

**From:** Taaffe, Mallory K [mailto:mtaaffe@kpmg.com]
**Sent:** Thursday, January 15, 2015 9:36 AM
**To:** Hana Fuchs
**Cc:** Leggette, Ryan
**Subject:** WW Open Items as of 1/15

```
EXHIBIT    21
WIT:   Fuchs
DATE:   8-15-17
DEBRA STEVENS, RPR, CRR
```

Hi Hana,

Below is a list of open items for us to try and complete WonderWork. Many of these items we've been going back and forth about over the past week but I wanted to provide a summary since things have been all over the place:

. Financial Statement Footnotes

. Rollforward of Investments – emailed Hana on 1/7 explaining where our variance in the RF is occurring, need this to complete the cash flow

. When we looked at the investment activity (attached), it looked like there were items highlighted in orange and labeled as "Donations of Stock".. were these sold immediately or did WW keep it? This impacts where these amounts fall on the cash flow. Stocks were not always sold immediately. The donation was booked at the price the stock was when we received the gift. The sale of the stocks can be found in the Vanguard statements and spreadsheet that was supplied.

. FY14 In-Kind Contribution Support (selections sent to Hana 1/9) DONE

. Support for 3 employee's FY14 Bonus: CFO, Senior Advisor Global Programs and Development Associate (refer to email on 1/6 and 1/13)
The FY14 Bonuses were approved by Brian Mullaney after the June 2014 board meeting. Please see attached e-mail fro BM

. Explanation for why Brians approved salary is $475K but was paid $616K (refer to email on 1/6 and 1/13)
I went over this with Lauren- Brian wanted his W2 to be $475k however his FY salary was more because of his bonus of $250 of which he did not take all of it (he gave back $22k)

. The Allocation schedule we have right now does not tie to the Functional Expense statement and also does not include the word count. Please provide (I've attached the excel we got last year – refer to Tab 5 for the mailing detail which includes word counts) Please see attached allocation spreadsheet from our marketing consultants. This was also send to Lauren.

. Along with this allocation schedule specifically for the mailings – is there any way to track what program each mailing relates to? I can see in the detail we have that some items are labeled "BurnRescue Acquisition White Mail" which I would guess 100% of the mailing pertains to BurnRescue but for line items that are general such as "WonderWork Acquistion White Mail", we would like to see a breakdown of how much of the mailing relates to each program (such as club foot, 20/20 and burn rescue). If you open the spreadsheet you can see each mailing.

. Loan Confirms – Open right now for Ryan and I to talk to Kim regarding how we want to test.

WW_EMAILS0022154

Let me know if you'd like to discuss any of these or have questions on them.

Thank you,

**Mallory Taaffe**
**KPMG LLP** | 345 Park Avenue New York, NY 10154
Fax: 646-417-7179 | Email: mtaaffe@kpmg.com

---

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients any opinions or advice contained in this email are subject to the terms and conditions expressed in the governing KPMG client engagement letter.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Program | Mail Month | Appeal Code | Package Description | Mail Quantity | Postage Cost | Production Cost | Fundraising Percentage | Public Information Percentage | Fundraising Postage Cost | Fundraising Production Cost | Total Fundraising Cost | Public Information Postage Cost | Public Information Production Cost | Total Public Information Cost | Fundraising Word Count | Public Information Word Count | Total Word count | Extended Fundraising Word Count | Extended Public Information Word Count | Extended Total Word count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acquisition | 1307 | BA1307XX | JUL 13 BurnRescue Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1307 | CA1307XX | JUL 13 FirstStep Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1307 | NA1307XX | JUL 13 20|20|20 Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1307 | TA1307XX | 2013 Hole In The Heart Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1307 | WA1307XX | 2013 Medley Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1307 | XA1307OB | Jul '13 Impact Pitch 100K Foundations | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1307 | XA1307XX | JUL 13 WonderWork Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1307 | YA1307XX | 2013 Hydrocephalus Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | 1307 Total | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Acquisition | 1308 | BA1308XX | AUG 13 BurnRescue Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1308 | CA1308XX | AUG 13 FirstStep Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1308 | NA1308XX | AUG 13 20|20|20 Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1308 | TA1308XX | 2013 Hole In The Heart Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1308 | WA1308XX | 2013 Medley Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1308 | XA1308XX | AUG 13 WonderWork Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1308 | YA1308XX | 2013 Hydrocephalus Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | 1308 Total | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Acquisition | 1309 | BA1309XX | SEP 13 BurnRescue Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1309 | CA1309XX | SEP 13 FirstStep Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1309 | NA1309XX | SEP 13 20|20|20 Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1309 | TA1309XX | 2013 Hole In The Heart Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1309 | WA1309XX | 2013 Medley Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1309 | XA1309XX | SEP 13 WonderWork Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1309 | YA1309XX | 2013 Hydrocephalus Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | 1309 Total | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Acquisition | 1310 | BA1310XX | OCT 13 BurnRescue Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1310 | CA131021 | First Step Oct '13 Test; First Step Brian Test C 2ND | 187,837 | $25,499 | $20,604 | 51.6% | 48.4% | $13,158 | $10,631 | $23,789 | $12,342 | $9,972 | $22,314 | 2,205 | 2,068 | 4,273 | 414,180,585 | 388,446,916 | 802,627,501 |
| Acquisition | 1310 | CA1310XX | OCT 13 FirstStep Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1310 | NA131007 | 20/20/20 Oct '13 Control Singles Sample with $300 gift array from April N 1ST | 1,216,524 | $153,490 | $229,923 | 48.8% | 51.2% | $74,903 | $112,203 | $187,106 | $78,587 | $117,721 | $196,308 | 2,151 | 2,257 | 4,408 | 2,616,743,124 | 2,745,694,668 | 5,362,437,792 |
| Acquisition | 1310 | NA131021 | 20/20/20 Oct '13 Control Balance N 2ND | 93,918 | $12,749 | $10,302 | 48.8% | 51.2% | $6,222 | $5,027 | $11,249 | $6,528 | $5,274 | $11,802 | 2,151 | 2,257 | 4,408 | 202,017,618 | 211,972,926 | 413,990,544 |
| Acquisition | 1310 | NA1310XX | OCT 13 20|20|20 Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1310 | TA1310XX | 2013 Hole In The Heart Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1310 | WA1310XX | 2013 Medley Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1310 | XA1310XX | OCT 13 WonderWork Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1310 | YA1310XX | 2013 Hydrocephalus Acquisition White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | 1310 Total | | | 1,498,279 | $191,739 | $260,829 | 49.1% | 50.9% | $94,283 | $127,861 | $222,144 | $97,456 | $132,967 | $230,424 | 6,507 | 6,582 | 13,089 | 3,232,941,327 | 3,346,114,510 | 6,579,055,837 |
| Acquisition | 1311 | BA131118 | BurnRescue Nov '13 Control BUR1022 Singles $200 Ask B 2nd Ctrl | 304,538 | $40,941 | $54,803 | 50.4% | 49.6% | $20,635 | $27,621 | $48,255 | $20,307 | $27,182 | $47,489 | 2,441 | 2,402 | 4,843 | 743,177,258 | 731,500,276 | 1,474,877,534 |
| Acquisition | 1311 | BA1311XX | NOV 13 BurnRescue Acquisition White Mail | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1311 | CA131104 | First Step Nov '13 Control FST1040 Singles $200 Ask C 1st | 634,397 | $88,178 | $136,837 | 51.6% | 48.4% | $45,500 | $70,608 | $116,108 | $42,678 | $66,229 | $108,907 | 2,205 | 2,068 | 4,273 | 1,398,845,385 | 1,311,932,996 | 2,710,778,381 |
| Acquisition | 1311 | CA1311XX | NOV 13 FirstStep Acquisition White Mail | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1311 | NA131104 | 20/20/20 Nov '13 Control TTT1039 Singles $300 Ask N 1st | 612,295 | $84,670 | $139,976 | 48.8% | 51.2% | $41,319 | $68,308 | $109,627 | $43,351 | $71,668 | $115,019 | 2,151 | 2,257 | 4,408 | 1,317,046,545 | 1,381,949,815 | 2,698,996,360 |
| Acquisition | 1311 | NA131118 | 20/20/20 Nov '13 Control TTT1039 Singles $300 Ask N 2nd | 394,522 | $52,508 | $66,729 | 48.8% | 51.2% | $25,624 | $32,564 | $58,188 | $26,884 | $34,165 | $61,049 | 2,151 | 2,257 | 4,408 | 848,616,822 | 890,436,154 | 1,739,052,976 |
| Acquisition | 1311 | NA1311XX | NOV 13 20|20|20 Acquisition White Mail | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1311 | TA1311XX | 2013 Hole In The Heart Acquisition White Mail | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1311 | WA1311XX | 2013 Medley Acquisition White Mail | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1311 | XA131113 | Sept '13 India Field Report Restricted Acq | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1311 | XA131121 | Sept '13 India Field Report Email Restricted Acq | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1311 | XA131127 | Dec '13 Fridge Hard Ask Acq | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1311 | XA1311XX | NOV 13 WonderWork Acquisition White Mail | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1311 | YA1311XX | 2013 Hydrocephalus Acquisition White Mail | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | 1311 Total | | | 1,945,752 | $266,298 | $398,345 | 50.0% | 50.0% | $133,077 | $199,101 | $332,178 | $133,220 | $199,244 | $332,465 | 8,948 | 8,984 | 17,932 | 4,307,686,010 | 4,315,819,241 | 8,623,705,251 |
| Acquisition | 1312 | BA131216 | BurnRescue Dec '13 Control BUR1022 Singles $200 Ask B 2nd | 404,997 | $54,447 | $79,070 | 50.4% | 49.6% | $27,441 | $39,851 | $67,293 | $27,006 | $39,219 | $66,224 | 2,357 | 2,402 | 4,759 | 954,577,929 | 972,802,794 | 1,927,380,723 |
| Acquisition | 1312 | BA1312XX | DEC 13 BurnRescue Acquisition White Mail | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1312 | CA131202 | First Step Dec '13 Control FST1040 Singles $200 Ask C 1st | 664,041 | $85,755 | $118,818 | 51.6% | 48.4% | $44,249 | $61,310 | $105,559 | $41,505 | $57,508 | $99,013 | 2,205 | 2,068 | 4,273 | 1,464,210,405 | 1,373,236,788 | 2,837,447,193 |
| Acquisition | 1312 | CA131216 | First Step Dec '13 Control FST1040 Singles $200 Ask C 2nd | 170,424 | $22,009 | $28,380 | 51.6% | 48.4% | $11,356 | $14,644 | $26,000 | $10,652 | $13,736 | $24,388 | 2,205 | 2,068 | 4,273 | 375,784,920 | 352,436,832 | 728,221,752 |
| Acquisition | 1312 | CA1312XX | DEC 13 FirstStep Acquisition White Mail | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1312 | NA131202 | 20/20/20 Dec '13 Control TTT1039 Singles $300 Ask N 1st | 466,868 | $62,136 | $81,295 | 48.8% | 51.2% | $30,323 | $39,672 | $69,994 | $31,814 | $41,623 | $73,437 | 2,151 | 2,257 | 4,408 | 1,004,233,068 | 1,053,721,076 | 2,057,954,144 |
| Acquisition | 1312 | NA131216 | 20/20/20 Dec '13 Control TTT1039 Singles $300 Ask N 2nd | 136,594 | $18,180 | $34,610 | 48.8% | 51.2% | $8,872 | $16,890 | $25,761 | $9,308 | $17,720 | $27,028 | 2,151 | 2,257 | 4,408 | 293,813,694 | 308,292,658 | 602,106,352 |
| Acquisition | 1312 | NA1312XX | DEC 13 20|20|20 Acquisition White Mail | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1312 | TA1312XX | 2013 Hole In The Heart Acquisition White Mail | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1312 | WA1312XX | 2013 Medley Acquisition White Mail | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1312 | XA131210 | Dec '13 Fridge Email Acq | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1312 | XA131219 | 2013 Holiday Card Acq | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1312 | XA131220 | 2013 Year End Appeal Restricted Acq | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1312 | XA131224 | 2013 Year End Appeal Email Acq | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1312 | XA1312XX | DEC 13 WonderWork Acquisition White Mail | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1312 | YA1312XX | 2013 Hydrocephalus Acquisition White Mail | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | 1312 Total | | | 1,842,924 | $242,526 | $342,172 | 50.4% | 49.6% | $122,241 | $172,367 | $294,608 | $120,285 | $169,806 | $290,090 | 11,069 | 11,052 | 22,121 | 4,092,630,016 | 4,060,490,148 | 8,153,110,164 |
| Acquisition | 1401 | BA140123 | BurnRescue Jan '14 BUR1046 #10 "Chin-chest" CFE "Dadaab" Letter BM Sig House X-Sell | 42,005 | $6,883 | $7,058 | 50.4% | 49.6% | $3,469 | $3,557 | $7,026 | $3,414 | $3,501 | $6,915 | 2,357 | 2,402 | 4,759 | 99,015,785 | 100,896,010 | 199,901,795 |
| Acquisition | 1401 | BA1401XX | JAN 14 BurnRescue Acquisition White Mail | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1401 | CA140116 | FirstStep Jan '14 FST1018 6x9 "Romper" CFE "Dadaab" Donor Challenge BM Sig Single Test [Donor] | 118,393 | $16,602 | $21,602 | 51.6% | 48.4% | $8,567 | $11,147 | $19,713 | $8,035 | $10,455 | $18,491 | 2,205 | 2,068 | 4,273 | 261,156,565 | 244,836,724 | 505,893,289 |
| Acquisition | 1401 | CA1401XX | JAN 14 FirstStep Acquisition White Mail | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1401 | NA140116 | 20/20/20 Jan '14 TTT1044-v1 #10 "Hoodie" CFE "Pria" Letter BM Sig Single Ctrl to Test | 981,117 | $126,560 | $164,075 | 48.8% | 51.2% | $61,761 | $80,069 | $141,830 | $64,799 | $84,006 | $148,805 | 2,151 | 2,257 | 4,408 | 2,110,582,667 | 2,214,381,069 | 4,324,763,736 |
| Acquisition | 1401 | NA140130 | 20/20/20 Jan '14 TTT1044-v1 #10 "Hoodie" CFE "Pria" Letter BM Sig Single Ctrl to Tests - Drop 2 | 877,766 | $119,266 | $143,337 | 48.8% | 51.2% | $58,202 | $69,949 | $128,150 | $61,064 | $73,389 | $134,453 | 2,151 | 2,257 | 4,408 | 1,888,074,666 | 1,981,117,862 | 3,869,192,528 |
| Acquisition | 1401 | NA1401XX | JAN 14 20|20|20 Acquisition White Mail | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1401 | TA1401XX | 2014 Hole In The Heart Acquisition White Mail | - | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |

WonderWork
Functional Allocation Report
July 2013 - June 2014

| Program | Mail Month | Appeal Code | Package Description | Mail Quantity | Postage Cost | Production Cost | Fundraising Percentage | Public Information Percentage | Fundraising Postage Cost | Total Fundraising Cost | Public Information Cost | Public Information Production Cost | Total Public Information Cost | Fundraising Word Count | Public Information Word Count | Total Word count | Extended Fundraising Word Count | Extended Public Information Word Count | Extended Total Word count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acquisition | 1401 | WA1401XX | 2014 Medley Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1401 | XA1401XX | JAN 14 WonderWork Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1401 | YA1401XX | 2014 Hydrocephalus Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | **1401 Total** | | | | **$0** | **$0** | | | **$0** | **$0** | **$0** | **$0** | **$0** | | | | | | |
| Acquisition | 1402 | BA140224 | BurnRescue Feb '14 BUR1074 #10 "Donor Challenge" Letter BM Sig House X-Sell [Donor] | 2,019,281 | $269,311 | $336,072 | 49.0% | 51.0% | $131,999 | $164,731 | $296,720 | $137,332 | $171,351 | $308,664 | 8,864 | 8,984 | 17,848 | 4,358,519,683 | 4,541,231,665 | 8,899,751,348 |
| Acquisition | 1402 | BA1402XX | FEB 14 BurnRescue Acquisition White Mail | 45,434 | $6,634 | $6,123 | 50.4% | 49.6% | $3,344 | $3,086 | $6,430 | $3,291 | $3,037 | $6,328 | 2,357 | 2,402 | 4,759 | 107,087,938 | 109,132,468 | 216,220,406 |
| Acquisition | 1402 | CA1402XX | FEB 14 FirstStep Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1402 | CA140217 | FirstStep Feb '14 FST1051 #10 "It Doesn't Take Much to Save a Child" Letter BM Sig Single Test | 120,959 | $17,195 | $20,623 | 51.6% | 48.4% | $8,872 | $10,641 | $19,514 | $8,322 | $9,981 | $18,304 | 2,205 | 2,068 | 4,273 | 266,714,595 | 250,143,212 | 516,857,807 |
| Acquisition | 1402 | CA140228 | FEB 14 FirstStep Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1402 | NA140217 | 20/20/20 Feb '14 TTT1075 #10 "Hoodie" CFE "Pria" Letter BM Sig Single Ctrl to Tests | 1,063,945 | $140,289 | $192,668 | 48.8% | 51.2% | $68,461 | $94,022 | $162,483 | $71,828 | $98,646 | $170,474 | 2,151 | 2,257 | 4,408 | 2,288,545,695 | 2,401,323,865 | 4,689,869,560 |
| Acquisition | 1402 | NA140230 | 20/20/20 Feb '14 TTT1075 #10 "Hoodie" CFE "Pria" Letter BM Sig Single Ctrl Balance - Drop 2 | 704,533 | $92,434 | $101,209 | 48.8% | 51.2% | $45,108 | $49,390 | $94,498 | $47,326 | $51,819 | $99,145 | 2,151 | 2,257 | 4,408 | 1,515,450,483 | 1,590,130,981 | 3,105,581,464 |
| Acquisition | 1402 | NA1402XX | FEB 14 20/20/20 Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1402 | TA1402XX | 2014 Hole In The Heart Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1402 | WA1402XX | 2014 Medley Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1402 | XA1402XX | FEB 14 WonderWork Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1402 | YA1402XX | 2014 Hydrocephalus Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | **1402 Total** | | | **1,934,871** | **$256,552** | **$320,622** | **49.0%** | **51.0%** | **$125,785** | **$157,139** | **$282,924** | **$130,767** | **$163,483** | **$294,250** | **8,864** | **8,984** | **17,848** | **4,177,798,711** | **4,350,730,526** | **8,528,529,237** |
| Acquisition | 1403 | BA140324 | BurnRescue Mar '14 BUR1085 #10 "Adopt a Child" Letter BM Sig House Club X-Sell | 50,964 | $8,364 | $7,436 | 50.4% | 49.6% | $4,215 | $3,748 | $7,963 | $4,148 | $3,688 | $7,837 | 2,357 | 2,402 | 4,759 | 120,122,148 | 122,415,528 | 242,537,676 |
| Acquisition | 1403 | BA1403XX | MAR 14 BurnRescue Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1403 | CA140317 | FirstStep Mar '14 FST1084 #10 "Adopt a Child" Letter BM Sig Single Test | 150,229 | $21,522 | $30,812 | 51.6% | 48.4% | $11,105 | $15,899 | $27,004 | $10,417 | $14,913 | $25,330 | 2,205 | 2,068 | 4,273 | 331,254,945 | 310,673,572 | 641,928,517 |
| Acquisition | 1403 | CA1403XX | MAR 14 FirstStep Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1403 | NA140317 | 20/20/20 Mar '14 TTT1083 6x9 Certificate Letter BM Sig Single Test | 1,310,218 | $171,837 | $230,009 | 48.8% | 51.2% | $83,856 | $112,245 | $196,101 | $87,980 | $117,765 | $205,745 | 2,151 | 2,257 | 4,408 | 2,818,378,918 | 2,957,162,026 | 5,775,440,944 |
| Acquisition | 1403 | NA140331 | 20/20/20 Mar '14 TTT1080 #10 "Hoodie" CFE "Pria" Letter BM Sig Multi Ctrl Balance 2 | 705,643 | $92,930 | $103,104 | 48.8% | 51.2% | $45,350 | $50,315 | $95,665 | $47,580 | $52,789 | $100,369 | 2,151 | 2,257 | 4,408 | 1,517,838,093 | 1,592,636,251 | 3,110,474,344 |
| Acquisition | 1403 | NA1403XX | MAR 14 20/20/20 Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1403 | TA1403XX | 2014 Hole In The Heart Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1403 | WA1403XX | 2014 Medley Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1403 | XA1403XX | MAR 14 WonderWork Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1403 | YA1403XX | 2014 Hydrocephalus Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | **1403 Total** | | | **2,217,054** | **$294,653** | **$371,362** | **49.1%** | **50.9%** | **$144,527** | **$182,206** | **$326,733** | **$150,126** | **$189,155** | **$339,281** | **8,864** | **8,984** | **17,848** | **4,787,494,104** | **4,982,887,377** | **9,770,381,481** |
| Acquisition | 1404 | BA140422 | BurnRescue Apr '14 BUR1111 #10 "Chin/Chest" CFE "Dadaab" Letter BM Sig House Club X-Sell | 54,939 | $8,021 | $7,771 | 50.4% | 49.6% | $4,043 | $3,916 | $7,959 | $3,979 | $3,854 | $7,833 | 2,357 | 2,402 | 4,759 | 129,444,083 | 131,915,438 | 263,359,521 |
| Acquisition | 1404 | BA1404XX | APR 14 BurnRescue Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1404 | CA140415 | FirstStep Apr '14 FST1112 #10 "Pink-Shirt" CFE "Dadaab" Letter BM Sig House Burn X-Sel | 53,873 | $7,869 | $6,020 | 51.6% | 48.4% | $4,060 | $3,106 | $7,167 | $3,808 | $2,914 | $6,722 | 2,205 | 2,068 | 4,273 | 118,789,965 | 111,409,364 | 230,199,329 |
| Acquisition | 1404 | CA1404XX | APR 14 FirstStep Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1404 | NA140415 | 20/20/20 Apr '14 TTT1104 #10 "Hoodie" CFE "Pria" Letter BM Sig Ctr | 2,962,501 | $382,754 | $509,035 | 48.8% | 51.2% | $186,784 | $248,409 | $435,193 | $195,970 | $260,626 | $456,596 | 2,151 | 2,257 | 4,408 | 6,372,339,651 | 6,686,364,757 | 13,058,704,408 |
| Acquisition | 1404 | NA140429 | 20/20/20 Apr '14 TTT1104 #10 "Hoodie" CFE "Pria" Letter BM Sig Multi Ctr | 1,124,687 | $142,113 | $142,694 | 48.8% | 51.2% | $69,351 | $69,635 | $138,986 | $72,762 | $73,059 | $145,821 | 2,151 | 2,257 | 4,408 | 2,419,201,737 | 2,538,418,559 | 4,957,620,296 |
| Acquisition | 1404 | NA1404XX | APR 14 20/20/20 Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1404 | TA1404XX | 2014 Hole In The Heart Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1404 | WA1404XX | 2014 Medley Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1404 | XA140428 | WW 04 2014 India Report No Ask - No Restriction | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1404 | XA1404XX | APR 14 WonderWork Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1404 | YA1404XX | 2014 Hydrocephalus Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | **1404 Total** | | | **4,195,980** | **$540,757** | **$665,520** | **48.9%** | **51.1%** | **$264,238** | **$325,067** | **$589,305** | **$276,519** | **$340,453** | **$616,972** | **8,864** | **8,984** | **17,848** | **9,039,775,436** | **9,468,108,118** | **18,507,883,554** |
| Acquisition | 1405 | BA1405XX | MAY 14 BurnRescue Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1405 | CA140529 | FirstStep May '14 FST1049 BM SIG FINCA | 258,192 | $36,720 | $46,552 | 51.6% | 48.4% | $18,947 | $24,021 | $42,968 | $17,772 | $22,531 | $40,304 | 2,205 | 2,068 | 4,273 | 569,313,360 | 533,941,056 | 1,103,254,416 |
| Acquisition | 1405 | CA1405XX | MAY 14 FirstStep Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1405 | NA140515 | 20/20/20 May '14 TTT1124 BM SIG REUSE CTRL | 2,053,730 | $261,687 | $354,071 | 48.8% | 51.2% | $127,703 | $172,787 | $300,490 | $133,983 | $181,284 | $315,268 | 2,151 | 2,257 | 4,408 | 4,417,573,230 | 4,635,268,610 | 9,052,841,840 |
| Acquisition | 1405 | NA140522 | 20/20/20 May '14 TTT1124 BM SIG FINCA | 8,192 | $1,036 | $3,013 | 48.8% | 51.2% | $505 | $1,471 | $1,976 | $530 | $1,543 | $2,073 | 2,151 | 2,257 | 4,408 | 17,620,992 | 18,489,344 | 36,110,336 |
| Acquisition | 1405 | NA140529 | 20/20/20 May '14 TTT1124 BM SIG 2ND DROP REUSE | 852,971 | $107,843 | $125,866 | 48.8% | 51.2% | $52,628 | $61,423 | $114,051 | $55,217 | $64,443 | $119,660 | 2,151 | 2,257 | 4,408 | 1,834,740,621 | 1,925,155,547 | 3,759,896,168 |
| Acquisition | 1405 | NA1405XX | MAY 14 20/20/20 Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1405 | TA1405XX | 2014 Hole In The Heart Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1405 | WA1405XX | 2014 Medley Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1405 | XA1405XX | MAY 14 WonderWork Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1405 | YA1405XX | 2014 Hydrocephalus Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1405 | BC140522 | BurnRescue May '14 BUR1132 BM SIG HOUSE CLUB X-SE | 60,464 | $8,830 | $7,724 | 50.4% | 49.6% | $4,450 | $3,893 | $8,343 | $4,380 | $3,831 | $8,211 | 2,357 | 2,402 | 4,759 | 142,513,648 | 145,234,528 | 287,748,176 |
| Acquisition | 1405 | CC140529 | FirstStep May '14 FST1049 BM SIG HOUSE BURN X-SE | 59,105 | $8,383 | $6,962 | 51.6% | 48.4% | $4,326 | $3,592 | $7,918 | $4,057 | $3,370 | $7,427 | 2,205 | 2,068 | 4,273 | 130,326,525 | 122,229,140 | 252,555,665 |
| Acquisition | 1405 | NC140515 | 20/20/20 May '14 TTT1124 BM SIG HOUSE BURN X-SE | 52,359 | $6,620 | $6,174 | 48.8% | 51.2% | $3,231 | $3,013 | $6,243 | $3,389 | $3,161 | $6,550 | 2,151 | 2,257 | 4,408 | 112,624,209 | 118,174,263 | 230,798,472 |
| | **1405 Total** | | | **3,345,013** | **$431,120** | **$550,363** | **49.1%** | **50.9%** | **$211,791** | **$270,199** | **$481,990** | **$219,329** | **$280,164** | **$499,493** | **15,371** | **15,566** | **30,937** | **7,224,712,585** | **7,498,492,488** | **14,723,205,073** |
| Acquisition | 1406 | BA1406XX | JUN 14 BurnRescue Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1406 | CA140630 | FirstStep June '14 FST1154 #10 "Pink-Shirt" CFE "Dadaab" Letter BM Sig Test | 250,000 | | | 51.6% | 48.4% | $0 | $0 | $0 | $0 | $0 | $0 | 2,205 | 2,068 | 4,273 | 551,250,000 | 517,000,000 | 1,068,250,000 |
| Acquisition | 1406 | CA1406XX | JUN 14 FirstStep Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1406 | NA140616 | 20/20/20 June '14 TTT1139 #10 "Hoodie" CFE "Pria" Letter BM Sig Single Ctrl | 2,578,632 | | | 48.8% | 51.2% | $0 | $0 | $0 | $0 | $0 | $0 | 2,151 | 2,257 | 4,408 | 5,546,637,432 | 5,819,972,424 | 11,366,609,856 |
| Acquisition | 1406 | NA140630 | 20/20/20 June '14 TTT1139 #10 "Hoodie" CFE "Pria" Letter BM Sig Single Ctrl | 1,101,959 | | | 48.8% | 51.2% | $0 | $0 | $0 | $0 | $0 | $0 | 2,151 | 2,257 | 4,408 | 2,370,313,809 | 2,487,271,363 | 4,857,585,172 |
| Acquisition | 1406 | NA1406XX | JUN 14 20/20/20 Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1406 | TA1406XX | 2014 Hole In The Heart Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1406 | WA1406XX | 2014 Medley Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1406 | XA1406XX | JUN 14 WonderWork Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1406 | YA1406XX | 2014 Hydrocephalus Acquisition White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Acquisition | 1406 | BC140623 | BurnRescue June '14 BUR1155 #10 "Chin-Chest" CFE "Adopt a Child" Letter BM Sig House Club X-Sell | 66,932 | | | 50.4% | 49.6% | $0 | $0 | $0 | $0 | $0 | $0 | 2,357 | 2,402 | 4,759 | 157,758,724 | 160,770,664 | 318,529,388 |
| Acquisition | 1406 | CC140630 | FirstStep June '14 FST1154 #10 "Pink-Shirt" CFE "Dadaab" Letter BM Sig House Burn X-Sel | 65,338 | | | 51.6% | 48.4% | $0 | $0 | $0 | $0 | $0 | $0 | 2,205 | 2,068 | 4,273 | 144,070,290 | 135,118,984 | 279,189,274 |
| Acquisition | 1406 | NC140616 | 20/20/20 June '14 TTT1139 #10 "Hoodie" CFE "Pria" Letter BM Sig House Burn X-Sell | 51,565 | | | 48.8% | 51.2% | $0 | $0 | $0 | $0 | $0 | $0 | 2,151 | 2,068 | 4,273 | 113,730,825 | 106,636,420 | 220,337,245 |
| | **1406 Total** | | | **4,114,417** | **$0** | **$0** | **0.0%** | **0.0%** | **$0** | **$0** | **$0** | **$0** | **$0** | **13,274** | **13,120** | **26,394** | **8,883,711,721** | **9,226,599,642** | **18,110,311,363** |
| | **Acquisition Total** | | | **23,113,571** | **$2,492,957** | **$3,245,285** | **49.3%** | **50.7%** | **$1,227,941** | **$1,598,661** | **$2,826,602** | **$1,265,015** | **$1,646,624** | **$2,911,640** | **90,625** | **91,240** | **181,865** | **$0,105,059,593** | **51,790,491,515** | **101,895,933,108** |
| Email | 1311 | CE131105 | FirstStep Email Campaign Nov '13 | 6,017 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Email | 1311 | XE131121 | Sept '13 India Field Report Email Restricted Ren | 96 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | **1311 Total** | | | **6,113** | **$0** | **$0** | **0.0%** | **0.0%** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | | | | | | |
| Email | 1312 | NE1312XX | 20/20/20 Email Campaign Nov '13 | 3,483 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Email | 1312 | XE131210 | Dec '13 Fridge Email Ren | 71 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |

# WonderWork
## Functional Allocation Report
## July 2013 - June 2014

| Program | Mail Month | Appeal Code | Package Description | Mail Quantity | Postage Cost | Production Cost | Fundraising Percentage | Public Information Percentage | Fundraising Postage Cost | Total Fundraising Cost | Public Information Cost | Public Information Production Cost | Total Public Information Cost | Fundraising Word Count | Public Information Word Count | Total Word count | Extended Fundraising Word Count | Extended Public Information Word Count | Extended Total Word count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Email | 1312 | XE131224 | 2013 Year End Appeal Email Ren | 73 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | 1312 Total | | | 3,627 | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | | | | | | |
| **Email Total** | | | | 9,740 | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| N | 1311 | XN131105 | Nov 2013 Event | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | 1311 Total | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| **N Total** | | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Print | 1307 | BP1307XX | JUL 13 BurnRescue Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1307 | CP1307XX | JUL 13 FirstStep Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1307 | NP1307XX | JUL 13 20|20|20 Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | 1307 Total | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Print | 1308 | BP1308XX | AUG 13 BurnRescue Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1308 | CP1308XX | AUG 13 FirstStep Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1308 | NP1308XX | AUG 13 20|20|20 Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | 1308 Total | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Print | 1309 | BP1309XX | SEP 13 BurnRescue Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1309 | CP1309XX | SEP 13 FirstStep Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1309 | NP1309XX | SEP 13 20|20|20 Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1309 | XP1309XX | Bryan Cranston Breaking Bad Ad | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | 1309 Total | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Print | 1310 | BP1310XX | OCT 13 BurnRescue Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1310 | CP1310XX | OCT 13 FirstStep Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1310 | NP1310XX | OCT 13 20|20|20 Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | 1310 Total | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Print | 1311 | BP1311XX | NOV 13 BurnRescue Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1311 | CP1311XX | NOV 13 FirstStep Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1311 | NP1311XX | NOV 13 20|20|20 Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | 1311 Total | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Print | 1312 | BP1312XX | DEC 13 BurnRescue Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1312 | CP1312XX | DEC 13 FirstStep Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1312 | NP1312XX | DEC 13 20|20|20 Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | 1312 Total | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Print | 1401 | BP1401XX | JAN 14 BurnRescue Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1401 | CP1401XX | JAN 14 FirstStep Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1401 | NP1401XX | JAN 14 20|20|20 Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | 1401 Total | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Print | 1402 | BP1402XX | FEB 14 BurnRescue Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1402 | CP1402XX | FEB 14 FirstStep Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1402 | NP1402XX | FEB 14 20|20|20 Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | 1402 Total | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Print | 1403 | BP1403XX | MAR 14 BurnRescue Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1403 | CP1403XX | MAR 14 FirstStep Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1403 | NP1403XX | MAR 14 20|20|20 Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | 1403 Total | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Print | 1404 | BP1404XX | APR 14 BurnRescue Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1404 | CP1404XX | APR 14 FirstStep Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1404 | NP1404XX | APR 14 20|20|20 Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | 1404 Total | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Print | 1405 | BP1405XX | MAY 14 BurnRescue Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1405 | CP1405XX | MAY 14 FirstStep Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1405 | NP1405XX | MAY 14 20|20|20 Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | 1405 Total | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Print | 1406 | BP1406XX | JUN 14 BurnRescue Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1406 | CP1406XX | JUN 14 FirstStep Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Print | 1406 | NP1406XX | JUN 14 20|20|20 Print White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | 1406 Total | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| **Print Total** | | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1307 | BR130701 | BurnRescue July '13 Renewal New Donor MG - FD #1 [2xMG] [ZOH] | 1,178 | | | 100.00% | 0.0% | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1307 | BR130715 | BurnRescue July '13 Fridge Photo - FD | 4,228 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | 1,024 | | 1,024 | 4,329,472 | | 4,329,472 |
| Renewal | 1307 | BR130731 | BurnRescue July '13 Renewal - FD | 18,707 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1307 | BR1307XX | JUL 13 BurnRescue Monthly Donor Mail | 4,907 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1307 | CR130701 | FirstStep July '13 Renewal New Donor MG - FD #1 [2xMG] [ZOH] | 1,037 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1307 | CR130715 | FirstStep July '13 Fridge Photo - FD | 3,864 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | 1,114 | | 1,114 | 4,304,496 | | 4,304,496 |
| Renewal | 1307 | CR130731 | FirstStep July '13 Renewal - FD | 14,295 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1307 | CR1307XX | JUL 13 FirstStep Monthly Donor Mail | 4,980 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1307 | NR130701 | 20/20/20 July '13 Renewal New Donor MG - FD #1 [2xMG] | 1,022 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1307 | NR130715 | 20/20/20 July '13 Fridge Photo - FD | 3,110 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | 1,142 | | 1,142 | 3,551,620 | | 3,551,620 |
| Renewal | 1307 | NR130731 | 20/20/20 July '13 Renewal - FD | 6,568 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1307 | NR1307XX | JUL 13 20|20|20 Monthly Donor Mail | 5,006 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1307 | TR1307XX | 2013 Hole In The Heart Renewal White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1307 | WR1307AX | 2013 Medley Renewal White Mail | 3 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1307 | XR130702 | Jul-Aug '13 XA1 One Year Renewal | 8 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1307 | XR130703 | Jul '13 XA1 Impact Pitch Followup | 57 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1307 | XR130715 | Jul '13 XA1 Impact Pitch Followup Tier 2 | 36 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1307 | XR1307XX | JUL 13 WonderWork Monthly Donor Mail | 10 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1307 | YR1307XX | 2013 Hydrocephalus Renewal White Mail | 1 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | 1307 Total | | | 69,017 | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | 3,280 | - | 3,280 | 12,185,588 | - | 12,185,588 |

## WonderWork
## Functional Allocation Report
## July 2013 - June 2014

| Program | Mail Month | Appeal Code | Package Description | Mail Quantity | Postage Cost | Production Cost | Fundraising Percentage | Public Information Percentage | Fundraising Postage Cost | Total Fundraising Cost | Public Information Cost | Public Information Production Cost | Total Public Information Cost | Fundraising Word Count | Public Information Word Count | Total Word count | Extended Fundraising Word Count | Extended Public Information Word Count | Extended Total Word count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Renewal | 1308 | BR130BXX | AUG 13 BurnRescue Monthly Donor Mail | 5,495 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1308 | CR130BXX | AUG 13 FirstStep Monthly Donor Mail | 5,491 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1308 | NR130BXX | AUG 13 20/20/20 Monthly Donor Mail | 4,748 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1308 | TR130BXX | 2013 Hole In The Heart Renewal White Mail | 1 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1308 | WR130BXX | 2013 Medley Renewal White Mail | 1 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1308 | XR130BXX | AUG 13 WonderWork Monthly Donor Mail | 13 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1308 | YR130BXX | 2013 Hydrocephalus Renewal White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| **1308 Total** | | | | **15,749** | **$0** | **$0** | **0.0%** | **0.0%** | **$0** | **$0** | **$0** | **$0** | **$0** | | | | | | |
| Renewal | 1309 | BR130XXX | SEP 13 BurnRescue Monthly Donor Mail | 3,284 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1309 | CR130XXX | SEP 13 FirstStep Monthly Donor Mail | 2,954 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1309 | NR130XXX | SEP 13 20/20/20 Monthly Donor Mail | 2,553 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1309 | TR130XXX | 2013 Hole In The Heart Renewal White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1309 | WX130XXX | 2013 Medley Renewal White Mail | 2 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1309 | XR130XXX | SEP 13 WonderWork Monthly Donor Mail | 12 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1309 | YR130XXX | 2013 Hydrocephalus Renewal White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| **1309 Total** | | | | **8,805** | **$0** | **$0** | **0.0%** | **0.0%** | **$0** | **$0** | **$0** | **$0** | **$0** | | | | | | |
| Renewal | 1310 | BR131005 | BurnRescue MG Check SEPT '13 Renewal - (BUR1002) [2xMG] | 17,243 | $2,788 | $4,719 | 100.0% | 0.0% | $2,788 | $4,719 | $7,507 | $0 | $0 | 1,187 | - | 1,187 | 20,467,441 | - | 20,467,441 |
| Renewal | 1310 | BR131008 | BurnRescue Ann Appeal SEPT '13 Renewal - (BUR1004) | 1,768 | $245 | $385 | 100.0% | 0.0% | $245 | $385 | $630 | $0 | $0 | 1,372 | - | 1,372 | 2,425,696 | - | 2,425,696 |
| Renewal | 1310 | BR131024 | BurnRescue MG Follow Up Oct Dec '13 Renewal - (BUR - TBD) [2xMG] | 13,372 | $1,846 | $2,919 | 100.0% | 0.0% | $1,846 | $2,919 | $4,766 | $0 | $0 | 860 | - | 860 | 11,499,920 | - | 11,499,920 |
| Renewal | 1310 | BR131OXX | OCT 13 BurnRescue Monthly Donor Mail | 1,087 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1310 | CR131005 | FirstStep MG Dbl Slip SEPT '13 Renewal - (FST1001) [2xMG] | 12,813 | $2,112 | $3,506 | 100.0% | 0.0% | $2,112 | $3,506 | $5,618 | $0 | $0 | 1,729 | - | 1,729 | 22,153,677 | - | 22,153,677 |
| Renewal | 1310 | CR131008 | FirstStep Ann Fund SEPT '13 Renewal - (FST1005) | 1,355 | $188 | $295 | 100.0% | 0.0% | $188 | $295 | $483 | $0 | $0 | 1,320 | - | 1,320 | 1,788,600 | - | 1,788,600 |
| Renewal | 1310 | CR131024 | FirstStep Annual Fund Oct '13 Renewal - (FST1005) | 17,335 | $2,403 | $3,896 | 100.0% | 0.0% | $2,403 | $3,896 | $6,299 | $0 | $0 | 1,320 | - | 1,320 | 22,882,200 | - | 22,882,200 |
| Renewal | 1310 | CR131OXX | OCT 13 FirstStep Monthly Donor Mail | 904 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1310 | NR131005 | 20|20|20 MG Coupon SEPT '13 Renewal - (TTT1000) [2xMG] | 6,307 | $1,066 | $1,726 | 100.0% | 0.0% | $1,066 | $1,726 | $2,792 | $0 | $0 | 1,901 | - | 1,901 | 11,989,607 | - | 11,989,607 |
| Renewal | 1310 | NR131008 | 20|20|20 Ann Fund SEPT '13 Renewal - (TTT1003) | 1,420 | $235 | $309 | 100.0% | 0.0% | $235 | $309 | $544 | $0 | $0 | 1,566 | - | 1,566 | 2,223,720 | - | 2,223,720 |
| Renewal | 1310 | NR131031 | 20/20/20 Annual Fund Oct '13 Renewal - (TTT1003) | 8,217 | $1,365 | $1,872 | 100.0% | 0.0% | $1,365 | $1,872 | $3,236 | $0 | $0 | 1,566 | - | 1,566 | 12,867,822 | - | 12,867,822 |
| Renewal | 1310 | NR131OXX | OCT 13 20|20|20 Monthly Donor Mail | 1,611 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1310 | TR131OXX | 2013 Hole In The Heart Renewal White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1310 | WR131OXX | 2013 Medley Renewal White Mail | 7 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1310 | XR131OXX | OCT 13 WonderWork Monthly Donor Mail | 41 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1310 | YR131OXX | 2013 Hydrocephalus Renewal White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| **1310 Total** | | | | **83,480** | **$12,249** | **$19,626** | **100.0%** | **0.0%** | **$12,249** | **$19,626** | **$31,875** | **$0** | **$0** | **12,821** | - | **12,821** | **108,298,683** | - | **108,298,683** |
| Renewal | 1311 | BR131107 | BurnRescue Annual Appeal Nov '13 Renewal - (BUR1004) | 20,234 | $2,810 | $4,551 | 100.0% | 0.0% | $2,810 | $4,551 | $7,361 | $0 | $0 | 1,550 | - | 1,550 | 31,362,700 | - | 31,362,700 |
| Renewal | 1311 | BR131129 | BurnRescue Year End Ctrl Nov '13 Renewal - (BUR1032) | 23,090 | $3,707 | $6,843 | 100.0% | 0.0% | $3,707 | $6,843 | $10,550 | $0 | $0 | 1,587 | - | 1,587 | 36,643,830 | - | 36,643,830 |
| Renewal | 1311 | BR131111XX | NOV 13 BurnRescue Monthly Donor Mail | 1,076 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1311 | CR131114 | FirstStep Year End Ctrl Nov '13 Renewal - (FST1028) | 19,752 | $3,317 | $6,821 | 100.0% | 0.0% | $3,317 | $6,821 | $10,138 | $0 | $0 | 1,714 | - | 1,714 | 33,854,928 | - | 33,854,928 |
| Renewal | 1311 | CR131XXX | NOV 13 FirstStep Monthly Donor Mail | 1,706 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1311 | NR131118 | Sept '13 India Field Report 20/20/20 | 51 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1311 | NR131121 | 20|20|20 Year End Ctrl Nov '13 Renewal - (TTT1000) | 12,136 | $2,031 | $6,632 | 100.0% | 0.0% | $2,031 | $6,632 | $8,663 | $0 | $0 | 1,697 | - | 1,697 | 20,594,792 | - | 20,594,792 |
| Renewal | 1311 | NR131XXX | NOV 13 20|20|20 Monthly Donor Mail | 5,105 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1311 | TR131XXX | 2013 Hole In The Heart Renewal White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1311 | WR131XXX | 2013 Medley Renewal White Mail | 5 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1311 | XR131113 | Sept '13 India Field Report Restricted Ren | 164 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1311 | XR131127 | Dec '13 Fridge Hard Ask Ren | 133 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1311 | XR131XXX | NOV 13 WonderWork Monthly Donor Mail | 44 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1311 | YR131XXX | 2013 Hydrocephalus Renewal White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| **1311 Total** | | | | **83,496** | **$11,865** | **$24,846** | **100.0%** | **0.0%** | **$11,865** | **$24,846** | **$36,711** | **$0** | **$0** | **6,548** | - | **6,548** | **122,456,250** | - | **122,456,250** |
| Renewal | 1312 | BR131205 | BurnRescue Holiday Card Ctrl Dec '13 Renewal - (BUR1027) | 136 | $23 | $236 | 100.0% | 0.0% | $23 | $236 | $259 | $0 | $0 | 1,438 | - | 1,438 | 195,568 | - | 195,568 |
| Renewal | 1312 | BR131210 | December '13 Year End Fridge MD | 32 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1312 | BR131212 | BurnRescue Holiday Card Ctrl Dec '13 Renewal #2 - (BUR1027) | 789 | $136 | $1,369 | 100.0% | 0.0% | $136 | $1,369 | $1,504 | $0 | $0 | 1,438 | - | 1,438 | 1,134,582 | - | 1,134,582 |
| Renewal | 1312 | BR131219 | BurnRescue Year End FU Ctrl Dec '13 Renewal #3 - (BUR1033) | 18,972 | $3,048 | $3,427 | 100.0% | 0.0% | $3,048 | $3,427 | $6,475 | $0 | $0 | 1,393 | - | 1,393 | 26,427,996 | - | 26,427,996 |
| Renewal | 1312 | BR1312XX | DEC 13 BurnRescue Monthly Donor Mail | 1,522 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1312 | CR131205 | FirstStep Year End FU Ctrl Dec '13 Renewal - (FST1029) | 18,130 | $2,911 | $2,862 | 100.0% | 0.0% | $2,911 | $2,862 | $5,773 | $0 | $0 | 1,287 | - | 1,287 | 23,333,310 | - | 23,333,310 |
| Renewal | 1312 | CR131210 | December '13 Year End Fridge MD | 39 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1312 | CR131212 | FirstStep Holiday Card Ctrl Dec '13 Renewal #2 - (FST1025) | 1,266 | $217 | $2,189 | 100.0% | 0.0% | $217 | $2,189 | $2,405 | $0 | $0 | 1,343 | - | 1,343 | 1,700,238 | - | 1,700,238 |
| Renewal | 1312 | CR131219 | FirstStep Holiday Card Ctrl Dec '13 Renewal #3 - (FST1025) | 110 | $19 | $190 | 100.0% | 0.0% | $19 | $190 | $209 | $0 | $0 | 1,343 | - | 1,343 | 147,730 | - | 147,730 |
| Renewal | 1312 | CR1312XX | DEC 13 FirstStep Monthly Donor Mail | 2,366 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1312 | NR131205 | 20|20|20 Holiday Card Ctrl Dec '13 Renewal - (TTT1026) | 633 | $109 | $1,101 | 100.0% | 0.0% | $109 | $1,101 | $1,210 | $0 | $0 | 1,412 | - | 1,412 | 893,796 | - | 893,796 |
| Renewal | 1312 | NR131210 | December '13 Year End Fridge MD | 22 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1312 | NR131212 | 20|20|20 Year End FU Ctrl Dec '13 Renewal #2 - (TTT1031) | 11,943 | $1,979 | $2,158 | 100.0% | 0.0% | $1,979 | $2,158 | $4,137 | $0 | $0 | 1,380 | - | 1,380 | 16,481,340 | - | 16,481,340 |
| Renewal | 1312 | NR131219 | 20|20|20 Holiday Card Ctrl Dec '13 Renewal #3 - (TTT1026) | 33 | $6 | $57 | 100.0% | 0.0% | $6 | $57 | $63 | $0 | $0 | 1,412 | - | 1,412 | 46,596 | - | 46,596 |
| Renewal | 1312 | NR1312XX | DEC 13 20|20|20 Monthly Donor Mail | 4,232 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1312 | TR1312XX | 2013 Hole In The Heart Renewal White Mail | | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1312 | WR1312XX | 2013 Medley Renewal White Mail | 3 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1312 | XR131219 | 2013 Holiday Card Ren | 200 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1312 | XR191220 | 2013 Year End Appeal Restricted Ren | 68 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1312 | XR1312XX | DEC 13 WonderWork Monthly Donor Mail | 71 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1312 | YR1312XX | 2013 Hydrocephalus Renewal White Mail | 2 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| **1312 Total** | | | | **60,679** | **$8,447** | **$13,589** | **100.0%** | **0.0%** | **$8,447** | **$13,589** | **$22,037** | **$0** | **$0** | **12,446** | - | **12,446** | **70,361,156** | - | **70,361,156** |
| Renewal | 1401 | BR140116 | BurnRescue Partner Card Ctrl Jan '14 Renewal - (BUR1036) | 21,505 | $3,462 | $4,133 | 100.0% | 0.0% | $3,462 | $4,133 | $7,594 | $0 | $0 | 1,635 | - | 1,635 | 35,160,675 | - | 35,160,675 |
| Renewal | 1401 | BR1401XX | FirstStep Jan '14 Acknowledgements RE | 33 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1401 | CR140102 | FirstStep Match Grant Ctrl Jan '14 Renewal - (FST1064) [2xMG] | 19,356 | $3,098 | $4,226 | 100.0% | 0.0% | $3,098 | $4,226 | $7,324 | $0 | $0 | 1,303 | - | 1,303 | 25,220,868 | - | 25,220,868 |
| Renewal | 1401 | CR140123 | FirstStep Match Grant Follow Up Jan '14 Renewal - (FST1065) [2xMG] | 17,956 | $2,479 | $3,588 | 100.0% | 0.0% | $2,479 | $3,588 | $6,067 | $0 | $0 | 1,466 | - | 1,466 | 26,323,496 | - | 26,323,496 |
| Renewal | 1401 | CR1401XX | FirstStep Jan '14 Acknowledgement Coded RE | 4,934 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| Renewal | 1401 | NR140109 | 20|20|20 Match Grant Ctrl Jan '14 Renewal - (TTT1041) [3xMG] | 12,775 | $2,106 | $3,406 | 100.0% | 0.0% | $2,106 | $3,406 | $5,512 | $0 | $0 | 2,045 | - | 2,045 | 26,124,875 | - | 26,124,875 |

# WonderWork
## Functional Allocation Report
### July 2013 - June 2014

| Program | Mail Month | Appeal Code | Package Description | Mail Quantity | Postage Cost | Production Cost | Fundraising Percentage | Public Information Percentage | Fundraising Postage Cost | Fundraising Production Cost | Total Fundraising Cost | Public Information Postage Cost | Public Information Production Cost | Total Public Information Cost | Fundraising Word Count | Public Information Word Count | Total Word count | Extended Fundraising Word Count | Extended Public Information Word Count | Extended Total Word count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Renewal | 1401 | NR140130 | 20\|20\|20 Partner Card Ctrl Jan '14 Renewal - (TTT1035) | 13,604 | $2,409 | $2,614 | 100.0% | 0.0% | $2,409 | $2,614 | $5,023 | $0 | $0 | $0 | 1,614 | | 1,614 | 21,956,856 | | 21,956,856 |
| Renewal | 1401 | NR1401XX | JAN 14 20\|20\|20 Monthly Donor Mail | 6,586 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1401 | TR1401XX | 2014 Hole In The Heart Renewal White Mail | | $0 | $0 | | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1401 | WR1401XX | 2014 Medley Renewal White Mail | 5 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1401 | XR1401XX | JAN 14 WonderWork Monthly Donor Mail | 60 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1401 | YR1401XX | 2014 Hydrocephalus Renewal White Mail | | $0 | $0 | | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | **1401 Total** | | | 100,338 | $13,555 | $17,966 | 100.0% | 0.0% | $13,555 | $17,966 | $31,521 | $0 | $0 | $0 | 8,063 | | 8,063 | 134,786,770 | | 134,786,770 |
| Renewal | 1402 | BR140206 | BurnRescue Card FU Feb '14 Renewal - (BUR1057) | 19,209 | $2,806 | $4,371 | 100.0% | 0.0% | $2,806 | $4,371 | $7,177 | $0 | $0 | $0 | 1,477 | | 1,477 | 28,371,693 | | 28,371,693 |
| Renewal | 1402 | BR140220 | BurnRescue Tax Statement Ctrl Jan '14 Renewal - (BUR1058) | 15,422 | $2,429 | $2,849 | 100.0% | 0.0% | $2,429 | $2,849 | $5,277 | $0 | $0 | $0 | 1,224 | | 1,224 | 18,876,528 | | 18,876,528 |
| Renewal | 1402 | BR140227 | BurnRescue Short Note Feb '14 Std Renew - (BUR1061) | 21,244 | $3,607 | $7,866 | 100.0% | 0.0% | $3,607 | $7,866 | $11,472 | $0 | $0 | $0 | 1,514 | | 1,514 | 32,163,416 | | 32,163,416 |
| Renewal | 1402 | BR1402XX | BurnRescue Feb 14 Standard Acknowledgements | 7,164 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | 1,263 | | 1,263 | 9,048,132 | | 9,048,132 |
| Renewal | 1402 | CR140206 | FirstStep Tax Statement Ctrl Feb '14 Renewal - (FST1059) | 15,910 | $2,749 | $2,937 | 100.0% | 0.0% | $2,749 | $2,937 | $5,686 | $0 | $0 | $0 | 1,321 | | 1,321 | 21,017,110 | | 21,017,110 |
| Renewal | 1402 | CR140213 | FirstStep Partner Card Ctrl Feb '14 Renewal - (FST1034) | 20,743 | $3,534 | $3,892 | 100.0% | 0.0% | $3,534 | $3,892 | $7,426 | $0 | $0 | $0 | 1,388 | | 1,388 | 28,791,284 | | 28,791,284 |
| Renewal | 1402 | CR1402XX | FirstStep Feb 14 Standard Acknowledgements | 10,834 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | 1,141 | | 1,141 | 12,361,594 | | 12,361,594 |
| Renewal | 1402 | NR140213 | 20/20/20 Tax Statement Ctrl Feb '14 Renewal - (TTT1060) | 16,128 | $2,501 | $2,977 | 100.0% | 0.0% | $2,501 | $2,977 | $5,478 | $0 | $0 | $0 | 1,225 | | 1,225 | 19,756,800 | | 19,756,800 |
| Renewal | 1402 | NR140220 | 20\|20\|20 Annual Appeal Feb '14 Renewal - (TTT1079) | 20,330 | $2,970 | $4,566 | 100.0% | 0.0% | $2,970 | $4,566 | $7,535 | $0 | $0 | $0 | 1,644 | | 1,644 | 33,422,520 | | 33,422,520 |
| Renewal | 1402 | NR1402XX | FEB 14 20\|20\|20 Monthly Donor Mail | 20,629 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1402 | TR1402XX | 2014 Hole In The Heart Renewal White Mail | - | $0 | $0 | | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1402 | WR1402XX | 2014 Medley Renewal White Mail | 3 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1402 | XR1402XX | FEB 14 WonderWork Monthly Donor Mail | 22 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1402 | YR1402XX | 2014 Hydrocephalus Renewal White Mail | | $0 | $0 | | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | **1402 Total** | | | 167,638 | $20,595 | $29,456 | 100.0% | 0.0% | $20,595 | $29,456 | $50,051 | $0 | $0 | $0 | 12,197 | | 12,197 | 203,809,077 | | 203,809,077 |
| Renewal | 1403 | BR140320 | BurnRescue 3xMG Coupon Mar '14 Std BM Sig - (BUR1090) [3xMG] | 20,231 | $3,486 | $1,958 | 100.0% | 0.0% | $3,486 | $1,958 | $5,444 | $0 | $0 | $0 | 2,357 | | 2,357 | 47,684,467 | | 47,684,467 |
| Renewal | 1403 | BR1403XX | BurnRescue Mar 14 Standard Acknowledgements | 3,141 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | 1,263 | | 1,263 | 3,967,083 | | 3,967,083 |
| Renewal | 1403 | CR140306 | FirstStep Supporter Card FU Mar '14 Std Renew - (FST1066) | 17,994 | $2,629 | $5,898 | 100.0% | 0.0% | $2,629 | $5,898 | $8,527 | $0 | $0 | $0 | 1,238 | | 1,238 | 22,276,572 | | 22,276,572 |
| Renewal | 1403 | CR140327 | FirstStep Personal Note Mar '14 Std Renew - (FST1088) | 20,062 | $3,146 | $3,282 | 100.0% | 0.0% | $3,146 | $3,282 | $6,428 | $0 | $0 | $0 | 2,205 | | 2,205 | 44,236,710 | | 44,236,710 |
| Renewal | 1403 | CR1403XX | FirstStep Mar 14 Standard Acknowledgements | 3,915 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | 1,141 | | 1,141 | 4,467,015 | | 4,467,015 |
| Renewal | 1403 | NR140313 | 20\|20\|20 Personal Note Mar '14 Std Renew - (TTT1089) | 19,339 | $2,822 | $2,964 | 100.0% | 0.0% | $2,822 | $2,964 | $5,787 | $0 | $0 | $0 | 2,151 | | 2,151 | 41,555,169 | | 41,555,169 |
| Renewal | 1403 | NR1403XX | MAR 14 20\|20\|20 Monthly Donor Mail | 13,872 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1403 | TR1403XX | 2014 Hole In The Heart Renewal White Mail | - | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1403 | WR1403XX | 2014 Medley Renewal White Mail | - | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1403 | XR1403XX | MAR 14 WonderWork Monthly Donor Mail | 13 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1403 | YR1403XX | 2014 Hydrocephalus Renewal White Mail | - | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | **1403 Total** | | | 98,547 | $12,084 | $14,102 | 100.0% | 0.0% | $12,084 | $14,102 | $26,186 | $0 | $0 | $0 | 10,355 | | 10,355 | 164,187,016 | | 164,187,016 |
| Renewal | 1404 | BR140410 | BurnRescue 3xMG FU Apr '14 Std BM Sig - (BUR1092) [3xMG] | 19,932 | $2,912 | $3,264 | 100.0% | 0.0% | $2,912 | $3,264 | $6,176 | $0 | $0 | $0 | 1,398 | | 1,398 | 27,864,936 | | 27,864,936 |
| Renewal | 1404 | BR1404XX | BurnRescue Apr 14 Standard Acknowledgements | 3,353 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | 1,263 | | 1,263 | 4,234,839 | | 4,234,839 |
| Renewal | 1404 | CR140417 | FirstStep "Transformation" Apr '14 Std Renew - (FST1050) | 21,717 | $3,173 | $2,513 | 100.0% | 0.0% | $3,173 | $2,513 | $5,686 | $0 | $0 | $0 | 1,457 | | 1,457 | 31,641,669 | | 31,641,669 |
| Renewal | 1404 | CR1404XX | FirstStep Apr 14 Standard Acknowledgements | 3,630 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | 1,141 | | 1,141 | 4,141,830 | | 4,141,830 |
| Renewal | 1404 | NR140403 | 20\|20\|20 DeLois' Field Report Apr '14 Std Renew - (TTT1091) | 19,918 | $2,910 | $5,773 | 100.0% | 0.0% | $2,910 | $5,773 | $8,683 | $0 | $0 | $0 | 1,788 | | 1,788 | 35,613,384 | | 35,613,384 |
| Renewal | 1404 | NR140424 | 20\|20\|20 2xMG Check Apr '14 Std Renew - (TTT1093) [2xMG] | 23,065 | $3,369 | $3,791 | 100.0% | 0.0% | $3,369 | $3,791 | $7,161 | $0 | $0 | $0 | 1,409 | | 1,409 | 32,498,585 | | 32,498,585 |
| Renewal | 1404 | NR1404XX | APR 14 20\|20\|20 Monthly Donor Mail | 16,835 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1404 | TR1404XX | 2014 Hole In The Heart Renewal White Mail | - | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1404 | WR1404XX | 2014 Medley Renewal White Mail | 1 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1404 | XR140428 | WW 04-2014 India Report No Ask - No Restriction | 255 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1404 | XR1404XX | APR 14 WonderWork Monthly Donor Mail | 16 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1404 | YR1404XX | 2014 Hydrocephalus Renewal White Mail | - | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | **1404 Total** | | | 108,732 | $12,364 | $15,341 | 100.0% | 0.0% | $12,364 | $15,341 | $27,705 | $0 | $0 | $0 | 8,456 | | 8,456 | 135,995,243 | | 135,995,243 |
| Renewal | 1405 | BR140501 | BurnRescue Tote Bag May '14 Std - (BUR1078) | 20,033 | $8,686 | $40,313 | 100.0% | 0.0% | $8,686 | $40,313 | $48,999 | $0 | $0 | $0 | 1,636 | | 1,636 | 32,773,988 | | 32,773,988 |
| Renewal | 1405 | BR140522 | BurnRescue Tote FU May '14 Std BM Sig - (BUR1097) | 19,953 | $2,914 | $3,068 | 100.0% | 0.0% | $2,914 | $3,068 | $5,983 | $0 | $0 | $0 | 1,530 | | 1,530 | 30,528,090 | | 30,528,090 |
| Renewal | 1405 | BR1405XX | BurnRescue May 14 Standard Acknowledgements | 3,646 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | 1,263 | | 1,263 | 4,604,898 | | 4,604,898 |
| Renewal | 1405 | CR140508 | FirstStep "Annual Fund" May '14 Std Renew - (FST1030) | 20,098 | $2,937 | $1,888 | 100.0% | 0.0% | $2,937 | $1,888 | $4,824 | $0 | $0 | $0 | 1,430 | | 1,430 | 28,740,140 | | 28,740,140 |
| Renewal | 1405 | CR140529 | FirstStep Triple Match Voucher May '14 Std Renew - (FST1138) [3xMG] | 20,106 | $2,937 | $3,866 | 100.0% | 0.0% | $2,938 | $3,866 | $6,803 | $0 | $0 | $0 | 1,625 | | 1,625 | 32,672,250 | | 32,672,250 |
| Renewal | 1405 | CR1405XX | FirstStep May 14 Standard Acknowledgements | 3,611 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | 1,141 | | 1,141 | 4,120,151 | | 4,120,151 |
| Renewal | 1405 | NR140515 | 20\|20\|20 2x Match Follow Up May '14 Std Renew - (TTT1137) [3xMG] | 24,684 | $3,606 | $5,300 | 100.0% | 0.0% | $3,606 | $5,300 | $8,906 | $0 | $0 | $0 | 1,400 | | 1,400 | 34,557,600 | | 34,557,600 |
| Renewal | 1405 | NR1405XX | MAY 14 20\|20\|20 Monthly Donor Mail | 17,954 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1405 | TR1405XX | 2014 Hole In The Heart Renewal White Mail | 1 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1405 | WR1405XX | 2014 Medley Renewal White Mail | 4 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1405 | XR1405XX | MAY 14 WonderWork Monthly Donor Mail | 33 | $0 | $0 | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Renewal | 1405 | YR1405XX | 2014 Hydrocephalus Renewal White Mail | - | $0 | $0 | | | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| | **1405 Total** | | | 130,123 | $21,080 | $54,435 | 100.0% | 0.0% | $21,080 | $54,435 | $75,515 | $0 | $0 | $0 | 10,025 | | 10,025 | 167,997,117 | | 167,997,117 |
| Renewal | 1406 | BR140612 | BurnRescue Match Check (2xMG) June '14 Std BM Sig - (BUR1151) [2xMG] | 20,838 | | | 100.0% | 0.0% | | | | | | | 1,405 | | 1,405 | 29,277,390 | | 29,277,390 |
| Renewal | 1406 | BR140619 | BurnRescue Jun 14 Standard Acknowledgements | 4,140 | | | 100.0% | 0.0% | | | | | | | 1,263 | | 1,263 | 5,228,820 | | 5,228,820 |
| Renewal | 1406 | CR140619 | FirstStep Triple Match Voucher Follow Up (3xMG) June '14 Std Renew - (FST1153) [3xMG] | 22,905 | | | 100.0% | 0.0% | | | | | | | 997 | | 997 | 22,836,285 | | 22,836,285 |
| Renewal | 1406 | CR1406XX | FirstStep Jun 14 Standard Acknowledgements | 2,519 | | | 100.0% | 0.0% | | | | | | | 1,141 | | 1,141 | 2,874,179 | | 2,874,179 |
| Renewal | 1406 | NR140605 | 20\|20\|20 Transformation June '14 Std Renew - (TTT1150) | 32,629 | | | 100.0% | 0.0% | | | | | | | 1,698 | | 1,698 | 55,404,042 | | 55,404,042 |
| Renewal | 1406 | NR140626 | 20\|20\|20 Waiting List June '14 Std Renew - (TTT1147) | 28,992 | | | 100.0% | 0.0% | | | | | | | 1,898 | | 1,898 | 55,026,816 | | 55,026,816 |
| Renewal | 1406 | NR1406XX | JUN 14 20\|20\|20 Monthly Donor Mail | 16,121 | | | 100.0% | 0.0% | | | | | | | | | | | | |
| Renewal | 1406 | TR1406XX | 2014 Hole In The Heart Renewal White Mail | - | | | | | | | | | | | | | | | | |
| Renewal | 1406 | WR1406XX | 2014 Medley Renewal White Mail | - | | | | | | | | | | | | | | | | |
| Renewal | 1406 | WR1406XX | 2014 Medley Renewal White Mail | 29 | | | 100.0% | 0.0% | | | | | | | | | | | | |
| Renewal | 1406 | XR1406XX | JUN 14 WonderWork Monthly Donor Mail | - | | | | | | | | | | | | | | | | |
| Renewal | 1406 | YR1406XX | 2014 Hydrocephalus Renewal White Mail | - | | | | | | | | | | | | | | | | |
| | **1406 Total** | | | 128,173 | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | 8,402 | | 8,402 | 170,647,532 | | 170,647,532 |
| **Renewal Total** | | | | 1,054,767 | $112,238 | $189,362 | 100.0% | 0.0% | $112,238 | $189,362 | $301,601 | $0 | $0 | $0 | 92,593 | | 92,593 | 1,290,724,432 | | 1,290,724,432 |
| White Mail | 1307 | BW1307XX | JUL 13 BurnRescue Web White Mail | | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| White Mail | 1307 | CW1307XX | JUL 13 FirstStep Web White Mail | | | | | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| White Mail | 1307 | NW1307XX | JUL 13 20\|20\|20 Web White Mail | | | | | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |

WW_EMAIL50022156

# WonderWork
## Functional Allocation Report
## July 2013 - June 2014

| Program | Mail Month | Appeal Code | Package Description | Mail Quantity | Postage Cost | Production Cost | Fundraising Percentage | Public Information Percentage | Fundraising Postage Cost | Total Fundraising Cost | Public Information Production Cost | Public Information Production Cost | Total Public Information Cost | Fundraising Word Count | Public Information Word Count | Total Word Count | Extended Fundraising Word Count | Extended Public Information Word Count | Extended Total Word count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| White Mail | 1307 | TW1307XX | 2013 Hole In The Heart Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1307 | WW1307XX | 2013 Medley Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1307 | XW1307XX | JUL 13 WonderWork Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1307 | YW1307XX | 2013 Hydrocephalus Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| **1307 Total** | | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1308 | BW1308XX | AUG 13 BurnRescue Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1308 | CW1308XX | AUG 13 FirstStep Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1308 | NW1308XX | AUG 13 20|20|20 Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1308 | TW1308XX | 2013 Hole In The Heart Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1308 | WW1308XX | 2013 Medley Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1308 | XW1308XX | AUG 13 WonderWork Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1308 | YW1308XX | 2013 Hydrocephalus Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| **1308 Total** | | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1309 | BW1309XX | SEP 13 BurnRescue Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1309 | CW1309XX | SEP 13 FirstStep Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1309 | NW1309XX | SEP 13 20|20|20 Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1309 | TW1309XX | 2013 Hole In The Heart Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1309 | WW1309XX | 2013 Medley Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1309 | XW1309XX | SEP 13 WonderWork Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1309 | YW1309XX | 2013 Hydrocephalus Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| **1309 Total** | | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1310 | BW1310XX | OCT 13 BurnRescue Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1310 | CW1310XX | OCT 13 FirstStep Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1310 | NW1310XX | OCT 13 20|20|20 Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1310 | TW1310XX | 2013 Hole In The Heart Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1310 | WW1310XX | 2013 Medley Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1310 | XW1310XX | OCT 13 WonderWork Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1310 | YW1310XX | 2013 Hydrocephalus Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| **1310 Total** | | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1311 | BW1311XX | NOV 13 BurnRescue Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1311 | CW1311XX | FirstStep Email Campaign Nov '13 | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1311 | CW1311XX | NOV 13 FirstStep Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1311 | NW1311XX | NOV 13 20|20|20 Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1311 | TW1311XX | 2013 Hole In The Heart Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1311 | WW1311XX | 2013 Medley Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1311 | XW1311XX | NOV 13 WonderWork Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1311 | YW1311XX | 2013 Hydrocephalus Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| **1311 Total** | | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1312 | BW1312XX | DEC 13 BurnRescue Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1312 | CW1312XX | DEC 13 FirstStep Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1312 | NW1312XX | DEC 13 20|20|20 Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1312 | TW1312XX | 2013 Hole In The Heart Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1312 | WW1312XX | 2013 Medley Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1312 | XV1312XX | DEC 13 WonderWork Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1312 | YW1312XX | 2013 Hydrocephalus Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| **1312 Total** | | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1401 | BW1401XX | JAN 14 BurnRescue Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1401 | CW1401XX | JAN 14 FirstStep Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1401 | NW1401XX | JAN 14 20|20|20 Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1401 | TW1401XX | 2014 Hole In The Heart Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1401 | WW1401XX | 2014 Medley Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1401 | XW1401XX | JAN 14 WonderWork Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1401 | YW1401XX | 2014 Hydrocephalus Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| **1401 Total** | | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1402 | BW1402XX | FEB 14 BurnRescue Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1402 | CW1402XX | FEB 14 FirstStep Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1402 | NW1402XX | FEB 14 20|20|20 Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1402 | TW1402XX | 2014 Hole In The Heart Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1402 | WW1402XX | 2014 Medley Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1402 | XW1402XX | FEB 14 WonderWork Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1402 | YW1402XX | 2014 Hydrocephalus Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| **1402 Total** | | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1403 | BW1403XX | MAR 14 BurnRescue Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1403 | CW1403XX | MAR 14 FirstStep Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1403 | NW1403XX | MAR 14 20|20|20 Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1403 | TW1403XX | 2014 Hole In The Heart Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1403 | WW1403XX | 2014 Medley Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1403 | XW1403XX | MAR 14 WonderWork Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1403 | YW1403XX | 2014 Hydrocephalus Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| **1403 Total** | | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1404 | BW1404XX | APR 14 BurnRescue Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1404 | CW1404XX | APR 14 FirstStep Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1404 | NW1404XX | APR 14 20|20|20 Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1404 | TW1404XX | 2014 Hole In The Heart Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1404 | WW1404XX | 2014 Medley Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1404 | XW1404XX | APR 14 WonderWork Web White Mail | - | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |

WonderWork
Functional Allocation Report
July 2013 - June 2014

| Program | Mail Month | Appeal Code | Package Description | Mail Quantity | Postage Cost | Production Cost | Fundraising Percentage | Public Information Percentage | Fundraising Postage Cost | Fundraising Production Cost | Total Fundraising Cost | Public Information Postage Cost | Public Information Production Cost | Total Public Information Cost | Fundraising Word Count | Public Information Word Count | Total Word count | Extended Fundraising Word Count | Extended Public Information Word Count | Extended Total Word count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| White Mail | 1404 | YW1404XX | 2014 Hydrocephalus Web White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| **1404 Total** | | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1405 | BW1405XX | MAY 14 BurnRescue Web White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1405 | CW1405XX | MAY 14 FirstStep Web White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1405 | NW1405XX | MAY 14 20|20|20 Web White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1405 | TW1405XX | 2014 Hole In The Heart Web White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1405 | WW1405XX | 2014 Medley Web White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1405 | XW1405XX | MAY 14 WonderWork Web White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1405 | YW1405XX | 2014 Hydrocephalus Web White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| **1405 Total** | | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1406 | BW1406XX | JUN 14 BurnRescue Web White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1406 | CW1406XX | JUN 14 FirstStep Web White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1406 | NW1406XX | JUN 14 20|20|20 Web White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1406 | TW1406XX | 2014 Hole In The Heart Web White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1406 | WW1406XX | 2014 Medley Web White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1406 | XW1406XX | JUN 14 WonderWork Web White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| White Mail | 1406 | YW1406XX | 2014 Hydrocephalus Web White Mail | | | | | | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| **1406 Total** | | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| **White Mail Total** | | | | - | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| X | 1401 | CX1401XX | First Step - Spin for Good Email Campaign Jan 14 | 782 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| **1401 Total** | | | | 782 | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| X | 1406 | BX1406XX | June '14 BurnRescue Spin for Good Email Campaign w/ Non-Appended Emails | 704 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| X | 1406 | CX1406XX | June '14 FirstStep Spin for Good Email Campaign w/ Non-Appended Emails | 968 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| X | 1406 | NX1406XX | June '14 20/20/20 Spin for Good Email Campaign w/ Non-Appended Emails | 1,259 | | | 100.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| **1406 Total** | | | | 2,931 | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| **X Total** | | | | 3,713 | $0 | $0 | 0.0% | 0.0% | $0 | $0 | $0 | $0 | $0 | $0 | - | - | - | - | - | - |
| **Grand Total** | | | | 24,181,791 | $2,605,195 | $3,434,647 | 51.8% | 48.2% | $1,340,180 | $1,788,023 | $3,128,203 | $1,265,015 | $1,646,624 | $2,911,640 | 183,218 | 91,240 | 274,458 | 51,396,184,025 | 51,790,473,715 | 103,186,657,740 |
| | | | | | | | | | | | | | | | 66.76% | 33.24% | | 49.81% | 50.19% | |

0.51                                                                 0.48

# FUCHS

# EXHIBIT 22



July 1, 2015

Dear Sir or Madam,

In my capacity as Chief Financial Officer at WonderWork, I would like to request your help with our financial reporting.

As you know, WonderWork provides support for a portion of the actual cost for surgical treatment at your center/organization.

We wish to show our supporters the overall cost needed to provide these life-changing surgeries. Please provide us with your estimated total cost to perform WonderWork sponsored surgeries. Consider expenses such as:

- Overhead for medical/surgical staff and facilities
- Medical/surgical supplies
- Medications
- Outreach activities

Providing us with actual surgical costs is critical to maintaining our current donor base and attracting new donors so that WonderWork can continue supporting your vital work.

If you have any questions or concerns, please do not hesitate to contact me at hana@wonderwork.org.

We greatly appreciate your help and admire the meaningful work being done by your center/organization. Thank you for your assistance in this matter.

Best Regards,

Hana Fuchs
Chief Financial Officer
WonderWork

EXHIBIT 22
WIT: *Fuchs*
DATE: 8-15-17
DEBRA STEVENS, RPR, CRR

TIME magazine named WonderWork one of "10 Ideas That Can Change The World."

420 Fifth Avenue, New York, NY 10018 Tel 212.729.1855 WonderWork.org

WON-EX 012929

FUCHS

EXHIBIT 23

**From:** "Janet Huang"
**Subject:** Re: matching gifts data
**Sent:** Wed, 15 Jun 2016 19:00:14 -0400

**From:** Janet Huang [janet@wonderwork.org]
**Sent:** Wednesday, June 15, 2016 3:00 PM
**To:** Hana Fuchs
**CC:** Delois Greenwood
**Subject:** Re: matching gifts data
**Attachments:** BCN_2016_06_15_CampaignAllocation.xlsx

Hi Hana,

Attached is the updated matching gift tracking sheet. All of  funded campaigns are in red.

 campaigns -- for FY16 only -- are in blue. There was a BurnRescue 3x match campaign in July '15, which brings up  FY16 amount to **$1,002,557.**

Please let me know if you have any questions.

Thanks,
Janet

---

**From:** Hana Fuchs <hana@wonderwork.org>
**Date:** Wednesday, June 15, 2016 1:33 PM
**To:** WonderWork <janet@wonderwork.org>
**Cc:** Delois Greenwood <delois@wonderwork.org>
**Subject:** matching gifts data

Thanks,
Hana

---

I will need to see all the matching gifts on a spreadsheet on order to get  back to Brian on his ideas...especially if he wants to use  money for overhead

And we've used $940K of  matching gift $ in FY16

Thanks, Hana

---

**From:** Hana Fuchs
**Sent:** Wednesday, June 15, 2016 10:57 AM
**To:** Janet Huang
**Subject:** RE: Public Information

Can you send me the spreadsheet with all the matching gifts/by cause since we've started?
Thanks Hana

---

**From:** Janet Huang
**Sent:** Tuesday, June 14, 2016 4:36 PM
**To:** Hana Fuchs
**Subject:** Re: Public Information

Hi Hana,

We've used $940K of  matching gift $ in FY16.

Thanks,
Janet

---

**From:** Hana Fuchs <hana@wonderwork.org>
**Date:** Tuesday, June 14, 2016 4:08 PM
**To:** WonderWork <janet@wonderwork.org>
**Subject:** RE: Public Information

EXHIBIT
83
WIT: Fuchs
DATE: 8-25-17
DEBRA STEVENS, RPR, CRR

Please send me a pdf of a renewal and the public info brochure and I will send it to him to review.

How much of [redacted] gift have you used for matching this FY?

Thanks, Hana

**From:** Janet Huang
**Sent:** Tuesday, June 14, 2016 3:58 PM
**To:** Hana Fuchs
**Subject:** Re: Public Information

Hi Hana,

The last time we used [redacted] fund was for Year End Matching Gift.

Also, we haven't determined what public information should be included yet. We were planning to pick up copy from the black & white health brochure. However, the auditors said that copy doesn't count since donors have already seen it.

Do you think Gary Ellis would be able to provide advice?

Thanks,
Janet

**From:** Hana Fuchs <hana@wonderwork.org>
**Date:** Tuesday, June 14, 2016 3:52 PM
**To:** WonderWork <janet@wonderwork.org>
**Subject:** RE: Public Information

Also – you have been using [redacted] funds on other matching gift mail?

h

**From:** Hana Fuchs
**Sent:** Tuesday, June 14, 2016 3:51 PM
**To:** Janet Huang
**Subject:** RE: Public Information

Can you give me the copy of what will be included and if we included this already in some of the FY16 renewal pieces?

Thanks Hana

**From:** Janet Huang
**Sent:** Tuesday, June 14, 2016 3:50 PM
**To:** Hana Fuchs
**Subject:** Public Information

Hi Hana,

We'll need to give Brian a status update on public information in the renewal pieces. Would it be possible to speak to Gary Ellis about it?

Thanks!
Janet

WW_EMAILS0095673

| GRAND TOTAL OF REVENUE | Burns | 1stStep | 20/20/20 | WonderWork | TOTAL |
|---|---|---|---|---|---|
| 2x Match Gift | $354,193 | $517,602 | $1,279,037 | $276,792 | $2,427,624 |
| 3x Match Gift | $266,683 | $89,616 | $178,364 | $0 | $534,662 |
| | | | TOTAL MATCH GIFT | | $2,962,286 |
| 100% Programs | $63,975 | $69,543 | $719,901 | (Supplied in another report) | $853,419 |

| | Burns | 1stStep | 20/20/20 | WonderWork | TOTAL |
|---|---|---|---|---|---|
| 2x Match Gift | $127,092 | $146,953 | $112,240 | $0 | $386,284 |
| 3x Match Gift | $78,894 | $89,616 | $25,703 | $0 | $194,213 |
| 100% Programs | $63,975 | $69,543 | $719,901 | (Supplied in another report) | $853,419 |

| July 2014 to present | Job | Burns | 1stStep | 20/20/20 | WonderWork | TOTAL |
|---|---|---|---|---|---|---|
| BurnRescue 2xMG Jul '14 | BUR1152 | $17,745.00 | | | | $17,745.00 |
| FirstStep 2x MG Aug '14 | FST1169 | | $40,087.06 | | | $40,087.06 |
| 202020 2x MG Sept '14 | TTT1197 | | | $80,644.99 | | $80,644.99 |
| FirstStep 2x MG Oct '14 | FST1206 | | $32,828.00 | | | $32,828.00 |
| FirstSTep 2x MG Nov '14 | FST1212 | | $35,724.87 | | | $35,724.87 |
| BurnRescue 2xMG Jan'15 | D1501BUR | $50,293.25 | | | | $50,293.25 |
| Burnrescue MGF1Feb '15 | D1502BUR | $24,714.52 | | | | $24,714.52 |
| 202020 Matching Gift April '15 | D1505TTT | | | $128,775.64 | | $128,775.64 |
| FirstStep Matching Gift April '15 | D1506FST | | $53,033.11 | | | $53,033.11 |
| 202020 Matching Gift Followup April '15 | D1506TTT | | | $98,754.24 | | $98,754.24 |
| FirstStep Matching Gift Follow upMay '15 | D1507FST | | $21,998.00 | | | $21,998.00 |
| 20/20/20 Giving Tuesday Email Dec 1, 2015* | | | | $39,018.55 | | $39,018.55 |
| 20/20/20 Year End Match Email (emailed 12/21) | | | | $16,675.00 | | $16,675.00 |
| 20/20/20 Year End Match Email (emailed 12/29) | | | | $26,250.00 | | $26,250.00 |
| 20/20/20 Year End Match Nov '15 | | | | $205,197.00 | | $205,197.00 |
| 20/20/20 Year End Match Follow Up Dec '15 | | | | $166,137.00 | | $166,137.00 |
| 20/20/20 Major Donor Match Gift (mailed 10/13) | | | | $27,509.00 | | $27,509.00 |
| 20/20/20 Major Donor Match Gift (mailed 12/15) | | | | $72,081.00 | | $72,081.00 |

| Description | | Col1 | Col2 | Col3 | Col4 | Total |
|---|---|---|---|---|---|---|
| FirstStep Year End Match Nov '15 | | | $53,011.20 | | | $53,011.20 |
| FirstStep Year End Match Follow Up Dec '15 | | | $28,100.00 | | | $28,100.00 |
| FirstStep Major Donor Match Gift (mailed 12/15) | | | $9,649.00 | | | $9,649.00 |
| FirstStep Giving Tuesday Email Dec 1, 2015 | | | $1,631.00 | | | $1,631.00 |
| FirstStep Year End Match Email (emailed 12/22) | | | $1,295.00 | | | $1,295.00 |
| FirstStep Year End Match Email (emailed 12/30) | | | $6,326.00 | | | $6,326.00 |
| BurnRescue Giving Tuesday Email Dec 1, 2015 | | $1,733.00 | | | | $1,733.00 |
| BurnRescue Year End Match Email (emailed 12/22) | | $6,250.00 | | | | $6,250.00 |
| BurnRescue Year End Match Email (emailed 12/30) | | $4,145.00 | | | | $4,145.00 |
| BurnRescue Year End Match Nov '15 | | $37,500.00 | | | | $37,500.00 |
| BurnRescue Year End Match Follow Up Dec '15 | | $18,549.00 | | | | $18,549.00 |
| BurnRescue Major Donor Match Gift (mailed 12/15) | | $6,195.00 | | | | $6,195.00 |
| WonderWork Giving Tuesday Email Dec 1, 2015 | | | | | $14,000.00 | $14,000.00 |
| WonderWork Year End Match Email (emailed 12/22) | | | | | $2,250.00 | $2,250.00 |
| WonderWork Major Donor Match Gift (mailed 10/7) | | | | | $96,912.30 | $96,912.30 |
| WonderWork Major Donor Match Gift (mailed 12/4) | | | | | $38,325.00 | $38,325.00 |
| 20/20/20 Spring Match Email (emailed 4/13/16) | | | | $12,525.51 | | $12,525.51 |
| FirstStep Spring Match Email (emailed 4/13/16) | | | $7,237.55 | | | $7,237.55 |
| BurnRescue Spring Match Email (emailed 4/13/16) | | $1,320.00 | | | | $1,320.00 |
| 20/20/20 Spring Match (mailed 3/17/16) | | | | $156,943.17 | | $156,943.17 |
| 20/20/20 Spring Match Extension (4/7/16) | | | | $101,253.50 | | $101,253.50 |
| 20/20/20 MD Spring Match (3/11/16) | | | | $28,241.00 | | $28,241.00 |
| 20/20/20 MD Spring Match Extension (5/9/16) | | | | $6,791.00 | | $6,791.00 |
| FirstStep Spring Match (mailed 3/12/16) | | | $49,755.41 | | | $49,755.41 |
| FirstStep Spring Match Extension (3/31/16) | | | $24,347.42 | | | $24,347.42 |
| FirstStep MD Spring Match (3/11/16) | | | $2,100.00 | | | $2,100.00 |
| FirstStep MD Spring Match Extension (5/6/16) | | | $3,525.00 | | | $3,525.00 |
| BurnRescue Spring Match (mailed 3/16/16) | | $39,132.98 | | | | $39,132.98 |
| BurnRescue Spring Match Extension (4/14/16) | | $16,255.85 | | | | $16,255.85 |
| BurnRescue MD Spring Match (3/16/16) | | $1,798.00 | | | | $1,798.00 |
| BurnRescue MD Spring Match Extension (5/6/16) | | $1,470.00 | | | | $1,470.00 |
| WonderWork Spring Match (mailed 3/11/16) | | | | | $77,555.00 | $77,555.00 |
| WonderWork Spring Match Extension (mailed 5/9/16) | | | | | $47,750.00 | $47,750.00 |
| **2X Match Total** | | **$227,102** | **$370,649** | **$1,166,797** | **$276,792** | **$2,041,339** |
| | | | | | | |
| 3xMatch | | | | | | |
| 202020 3x MG Aug '14 | TTT1167 | | | $65,016.05 | | $65,016.05 |
| BurnRescue 3x MG Sept '14 | BUR1196 | $39,174.41 | | | | $39,174.41 |
| BurnRescue 3x MG Sept '14 | BUR1200 | $26,784.46 | | | | $26,784.46 |

VW_EMAILS0095674

| | | | | | | |
|---|---|---|---|---|---|---|
| 202020 3x MG Oct '14 | TTT1202 | | | $87,644.52 | | $87,644.52 |
| BurnRescue 3x MG Oct '14 | BUR1204 | $26,508.46 | | | | $26,508.46 |
| BurnRescue 3x MG Nov '14 | BUR1211 | $30,335.43 | | | | $30,335.43 |
| BurnRescue 3x Match Email (emailed 9/14) | | $3,077.00 | | | | $3,077.00 |
| BurnRescue x3 Matching Gift Package | D1509BUR | $36,089.00 | | | | $36,089.00 |
| BurnRescue x3 Matching Gift Extension Package | D1510BUR | $25,820.00 | | | | $25,820.00 |
| **3X Match Total** | | **$187,789** | **$0** | **$152,661** | **$0** | **$340,449** |

*Includes gift from ███████████████████████████ - responded to grant proposal and Giving Tuesday Email)

WW_EMAILS0095674

# FUCHS
# EXHIBIT 24



*Triple* the impact of your gift for blind children and adults!

EXHIBIT 24
WIT: Fuchs
DATE: 8-15-17
DEBRA STEVENS, RPR, CRR



**One of "10 ideas that will change the world." —*Time Magazine***

...No Ink Area...

...No Ink Area...

**2020/20**
RESTORING ENGLISH
MISSION TO 20 MILLION BLIND
CHILDREN AND ADULTS

P.O. Box 96669
Washington, D.C. 20090-6669
www.2020.org

***Triple*** the impact of your gift
for blind children and adults!

...No Ink Area...

TITLE
Size: 9.5X4.125 Prints: 4/0 24#WW

TTT1167

15 MINUTES + $300 = A CURE FOR BLINDNESS

**RESTORING 20/20 VISION TO 20 MILLION BLIND CHILDREN AND ADULTS**



PLACE STAMP HERE

# 20|20|20

PO Box 96669
Washington, DC 20090-6669

Attention: Brian

NRI40RXXUNXXXUUURE

20|20|20 is a WonderWork charity program. Your gift is very much appreciated and fully deductible as a charitable contribution. A copy of our latest financial report may be obtained by writing to WonderWork, Inc. 420 Fifth Avenue, 28th Floor, New York, NY 10018, 212-390-1134. If you are a resident of one of these states, you may obtain financial information directly from the state agency: FLORIDA - A COPY OF THE OFFICIAL REGISTRATION AND FINANCIAL INFORMATION MAY BE OBTAINED FROM THE DIVISION OF CONSUMER SERVICES BY CALLING TOLL-FREE, 1-800-435-7352 (800-HELP-FLA), WITHIN THE STATE. REGISTRATION DOES NOT IMPLY ENDORSEMENT, APPROVAL, OR RECOMMENDATION BY THE STATE. Florida Registration# CH36659. GEORGIA - A full and fair description of our programs and our financial statement summary is available upon request at the office and phone number indicated above. MARYLAND - For the cost of copies and postage. Office of the Secretary of State, State House, Annapolis, MD 21401. MISSISSIPPI - The official registration and financial information may be obtained from the Mississippi Secretary of State's office by calling 1-888-236-6167. Registration by the Secretary of State does not imply endorsement. NEW JERSEY - INFORMATION FILED WITH THE ATTORNEY GENERAL CONCERNING THIS CHARITABLE SOLICITATION AND THE PERCENTAGE OF CONTRIBUTIONS RECEIVED BY THE CHARITY DURING THE LAST REPORTING PERIOD THAT WERE DEDICATED TO THE CHARITABLE PURPOSE MAY BE OBTAINED FROM THE ATTORNEY GENERAL OF THE STATE OF NEW JERSEY BY CALLING (973) 504-6215 AND IS AVAILABLE ON THE INTERNET AT http://www.state.nj.us/lps/ca/charfrm.htm. REGISTRATION WITH THE ATTORNEY GENERAL DOES NOT IMPLY ENDORSEMENT. NEW YORK - Office of the Attorney General, Department of Law, Charities Bureau, 120 Broadway, New York, New York 10271. NORTH CAROLINA - FINANCIAL INFORMATION ABOUT THIS ORGANIZATION AND A COPY OF ITS LICENSE ARE AVAILABLE FROM THE STATE SOLICITATION LICENSING BRANCH AT 1-888-830-4989. THE LICENSE IS NOT AN ENDORSEMENT BY THE STATE. PENNSYLVANIA - The official registration and financial information of WonderWork may be obtained from the Pennsylvania Department of State by calling toll-free, within Pennsylvania, 1-800-732-0999. Registration does not imply endorsement. VIRGINIA - Virginia State Office of Consumer Affairs, Department of Agricultural and Consumer Services, PO Box 1163, Richmond, VA 23218. WASHINGTON - Charities Division, Office of the Secretary of State, State of Washington, Olympia, WA 98504-0422, 1-800-332-4483. WEST VIRGINIA - Residents may obtain a summary of the registration and financial documents from the Secretary of State, State Capitol, Charleston, WV 25305. Registration with any of these state agencies does not imply endorsement, approval or recommendation by any state.

1306832_113097.indd 1                                                                 7/14/14 9:01 AM

| Proof Date 7.14.14 | Customer WW TTT | | Job Number 1306632-1 | Form Number/Description 113097 |
|---|---|---|---|---|
| Env. Size/Style: 3 7/8 x 8 7/8 OSSS | Tooling/Die 3.875 Contour | | Ink Colors 1/0 Black/0 | Paper 20# WW |
| Window # 1 | | Window # 2 | | Window # 3 |
| Approved: As Is ☐ | With Alterations ☐ | Alterations & Re-Proof ☐ | By | Date |
| Notes: | | | | |

This Proof Is For Color Separation, Copy And Placement Only. Your Approval Instructs Us To Proceed With This Project As-Is Per Your Signed Request; Or As Specifically Indicated By The "Approved With Changes" Information Furnished By You Above.

WON-EX 2940

## Matching Gift Verification Form

**INSTRUCTIONS:**

1. Verify information for accuracy
2. Indicate the amount of your donation (note how the Matching Funds triple the impact of your support).
3. Return this form in the enclosed envelope on or before October 10, 2014.

**20|20|20**
RESTORING 20/20 VISION
TO 20 MILLION BLIND
CHILDREN AND ADULTS

**REGISTERED TO:**

▄▄▄▄▄▄▄▄▄▄▄▄▄▄

**FOR OFFICE USE ONLY:**
Gift Amount Enclosed [ ][ ][ ][ ][ ][ ]
Gift Date: _____ / _____ / _____

---

**DONATION INFORMATION:**

I understand that my gift can be automatically TRIPLED to provide three times the impact that can restore the eyesight of a blind child or adult. I have enclosed a gift of:

| My Gift: | ( )$50 | ( )$75 | ( )$88 | ( )$100 | ( )Other $_____ *Every gift can be tripled!* |
|---|---|---|---|---|---|
| **Matching Funds:** | $100 | $150 | $176 | $200 | |
| **Total Impact:** | $150 | $225 | $264 | $300 | |

☐ Please send me updates about 20|20|20.

My email address is:_____

*Want to see how support from friends like you helped two sisters who were both born blind but can now see? Go to www.20x20x20.org*

Please mail this reply form with your check payable to 20|20|20 in the envelope provided. Thank you!
To make a gift with a credit card, please see other side.

To access online, please visit www.20x20x20.org

0011231438    NR14082804XX1116RE

---

**20|20|20**
RESTORING 20/20 VISION
TO 20 MILLION BLIND
CHILDREN AND ADULTS



## *Your support can help three times as many blind children and adults!*

Dear ▄▄▄▄▄▄▄▄

The blind children and adults we help have often waited for years for eye sight-restoring surgery. Some blind adults have spent decades in darkness, hoping for an answer to their prayers. Little girls and boys have never seen their mothers... never attended school... never had any hope for the future.

Now they have a chance.

A group of our most dedicated donors have agreed to double match every dollar of your support for this appeal...

**...thereby tripling the impact of your gift!**

And I have even better news. Our friends have set no limit on the matching amount – any gift of any amount that we receive from good friends like you will be automatically tripled.

If you can afford a gift of $50 today, our loyal group of supporters will donate $100 – **for a total of $150!**

A larger donation of $75 will be matched two-for-one to become $225 or a most generous **contribution of $88 can be tripled to $264.**



But this offer won't last long. To help blind children and adults as soon as possible, our supporters have set a deadline of October 10 for this opportunity.

By tripling the value of every donation, just imagine how many blind children and adults can be helped!

Blind girls who have been unable to make friends or attend school will now have the chance for a normal childhood, an education, and the opportunity to marry and have families of their own.

*(over, please)*

20|20|20 | P.O. Box 96669, Washington, DC 20090-6669 | www.20x20x20.org    3004417

WON-EX 2941

At 2020|20, we rely on donations from generous individuals like you to help us provide free surgery for blind children and adults who would otherwise never receive it. You have a choice in how to support your charitable endeavors, and we hope to assist you in any way that is easiest and most convenient for you.

**Donations by mail** Please mail your check or money order to: 2020|20 | PO Box 96669 | Washington, DC 20090-6669

**Donations by phone** To speak to one of our staff members, please call 212-390-1544.

**Tributes and Memorials** If you'd like to make a tribute in honor or in memory of a loved one, please call us at 212-390-1544, and one of our staff members will help you.

**Legacy Gifts** To name 2020|20 in your Will, or set up another legacy gift, please contact us at 212-390-1544, and one of our staff members will help you.

**Matching Gifts** Many employers will match any charitable contributions made by their employees, doubling or sometimes tripling your gift. Simply include your matching gift form, and we'll process it on your behalf. Please send your employer's matching gift form to: 2020|20 | PO Box 96669 | Washington, DC 20090-6669

**Monthly Giving** To become a monthly supporter and provide a steady stream of gift that help blind children and adults, please call us at 212-390-1544, and one of our staff members will help you.

**Stocks and Securities** To donate appreciated securities, please call us at 212-390-1544 and one of our staff members will help you.

---

**CREDIT CARD DONATION**

If you prefer, we accept:

☐   ☐   ☐   ☐

Card # _____

CVV# _____  Exp. Date ____/____

Signature _____

2020|20 sometimes allows other worthy organizations to mail to our donors. If you do not wish to receive these mailings or if you'd like to change the frequency of mailings from us, let us know. We are happy to respect your wishes. 2020|20 is a WonderWork charity program. WonderWork is a 501(c)(3) nonprofit, charitable organization recognized by the IRS. All donations are tax deductible in accordance with the law.



**2020|20**
RESTORING 20/20 VISION
TO 20 MILLION BLIND
CHILDREN AND ADULTS

Visit our web site at
www.2020x20.org
to make a secure donation online

P.O. Box 96669,
Washington, DC 20090-6669

---

Blind moms and dads who have struggled to feed and care for their families will not be able to hold jobs and provide the love and care needed by their children.



And blind grandparents who have been completely dependent on others will now have the opportunity to lead a life with dignity.

You have been very generous in the past with your support for 2020|20, and we are so grateful for your strong commitment.

**But with this special triple match offer,** I'm hoping that you'll make one more contribution that can help three times as many blind children and adults escape a life of darkness and isolation. Your gift today can provide three times the support for our partner hospitals that provide FREE eyesight-restoring surgery and give three times as many blind boys, girls, teenagers and adults hope for their future.

Remember, there is no limit on the amount of matching funds – every gift, whether small or large, can have three times the impact.

And as soon as I receive your gift, I'll send you a photo of a child who was blind and can now see – all because you cared enough to reach out halfway around the world to provide a miracle surgery!

Thank you in advance for your support,

Brian Mullaney
Co-Founder

**P.S.** Twenty million children and adults could see tomorrow if they received the surgery that we support that can take as little as 15 minutes. But the vast majority of these blind children and adults will *never* receive this sight-restoring procedure because they are simply too poor to afford it. They will remain blind *forever* – unless someone like you helps them.



# FUCHS
# EXHIBIT 25

REDACTED

# FUCHS
# EXHIBIT 26

**From:** Hana Fuchs
**Sent:** Tuesday, January 20, 2015 11:10 AM
**To:** Taaffe, Mallory K
**Subject:** RE: Additional TW over In-Kinds

The rates were told to the partners (see call reports). The number of surgeries in the letter are based on the total grant divided by the cost per surgery.   For example in grant #7 in your test, we give the hospital $20,000 and ask the hospital to help 800 patients at $25 each. In letter #2 we asked ▓▓▓ to treat 1,000 patients at $150 each for the total grant of $150,000.
We had also asked that hospitals use 10% of the funds for children eye surgery 90% for adults. This is in some of the older grants.
I sent you a copy of the contribution per surgery memo signed by the Program Officer.
Thanks Hana

**From:** Taaffe, Mallory K [mailto:mtaaffe@kpmg.com]
**Sent:** Friday, January 16, 2015 3:36 PM
**To:** Hana Fuchs
**Subject:** RE: Additional TW over In-Kinds

Hi Hana,

I just got a chance to go through all the support you sent. Ryan hasn't reviewed yet (I am going to send to him over the weekend to ensure this is being tested how he wants) but I'm still confused about the 10% and 90%. You mentioned that these rates are stated in the letters but I don't see them anywhere. Is this an established policy that's documented somewhere? We may need more info on this to validate these %s.

Thanks
Mallory

**From:** Hana Fuchs [mailto:hana@wonderwork.org]
**Sent:** Thursday, January 15, 2015 4:05 PM
**To:** Taaffe, Mallory K
**Subject:** RE: Additional TW over In-Kinds

One more document for in-kind file.h

**From:** Hana Fuchs
**Sent:** Thursday, January 15, 2015 10:22 AM
**To:** 'Taaffe, Mallory K'
**Subject:** RE: Additional TW over In-Kinds
**Importance:** High

EXHIBIT _26_
WIT: _Fuchs_
DATE: _8-15-17_
DEBRA STEVENS, RPR, CRR

Please see responses below the questions
1) child/adult cost –
   This is the cost given to us on the survey sent to each of the partner / hospitals (included in the pdf attached) so that we could calculate their in-kind contribution. There are different costs to perform surgery on an adult than a child. For eye surgery, for example, a child will need anesthesia where as an adult would not. When the hospitals gave us local currency in the survey response, I converted it using OANDA website to USA at 6/30/14 and have attached the spreadsheet with the rates used.
2) FY14 total -
   This is the total of the grants that were given to each of the partner/hospitals during FY14. A copy is included on the attached pdf. We used this to calculate how many surgeries the hospital should perform based on the amount of the grant.
3) # of surgeries –
   is calculated based on the amount of the grant divided by the cost per surgery.
4) WW Contribution per surgery-

is the amount we contribute to the hospital to do each surgery.

5) <u>what is the 10% child and 90% adult? Is that a policy? Need more info on this.</u>
   We have asked each partner in the grant letter to use 10% of the funding to perform surgeries on children. Leaving 90% of the funding to do adult surgeries.

We also changed our contribution per surgery for adults during FY14. We had originally asked the hospitals to perform surgery at $35 each and we later reduced that number to $25. I've also attached some examples of call reports of calls made to specific hospitals to discuss the reduction of funding for some surgeries.

Thanks Hana

---

**From:** Taaffe, Mallory K [mailto:mtaaffe@kpmg.com]
**Sent:** Friday, January 09, 2015 2:59 PM
**To:** Hana Fuchs
**Subject:** Additional TW over In-Kinds

Hi Hana,

We need to extend our testing on the new in-kind contributions. Attached are an additional 7 samples. There's a number of things we want to see in order to get a better grasp over what's happening here. I've listed them in the excel.

Let me know if there's any questions. If it's easier for me to look at the support in person instead of scanning, please let me know and I'll set up a day next week to come to WW.

Thanks!
Mallory

---

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients any opinions or advice contained in this email are subject to the terms and conditions expressed in the governing KPMG client engagement letter.
*********************************************************************

---

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients any opinions or advice contained in this email are subject to the terms and conditions expressed in the governing KPMG client engagement letter.
*********************************************************************

# FUCHS
# EXHIBIT 27

REDACTED

# FUCHS
# EXHIBIT 28

**From:** Hana Fuchs
**Sent:** Friday, October 21, 2016 3:12 PM
**To:** Brian Mullaney (brian@wonderwork.org)
**Subject:** net assets restricted as of Oct 20, 2016.xlsx
**Attachments:** net assets restricted as of Oct 20, 2016.xlsx

Hi Brian,
I did a worksheet showing remaining restricted net assets as of today (unaudited and did not include the direct mail allocation since I have not had it audited as yet).
It shows that we have $8.6 million net assets restricted for programs this includes the $4million for the hospital and $250,000 for the database and the pledged $1million to be released over time.
Let me know if you need additional information.
I can send this to Karen or just send her the total of $8,618,777
Thanks Hana



EXHIBIT _28_
WIT: _Fuchs_
DATE: _8-15-17_
DEBRA STEVENS, RPR, CRR

RESTRICTED NET ASSETS

| | FY15 per audit | | FY16 | | | | FY17 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Restricted Net Assets at 6/30/15 | FY16 Donations | Total Net Restricted Assets | Program Expenses | Net Assets Released | Restricted Net Assets at 6/30/16 | FY17 Donations | Total Net Restricted Additions | Program Expenses to release net assets | Restricted Net Assets at 10/20/16 |
| 4010 Blindness (N) | 1,093,040.39 | 4,244,257.32 | 5,337,297.71 | 1,060,000.00 | 1,060,000.00 | 4,277,297.71 | 848,057.43 | 5,125,355.14 | 512,500.00 | 4,612,855.14 |
| 4020 Burns (B) | 1,334,093.00 | 535,864.64 | 1,869,957.64 | 257,200.00 | 257,200.00 | 1,612,757.64 | 116,024.72 | 1,728,782.36 | 30,000.00 | 1,698,782.36 |
| 4030 Clubfoot (C) | 1,900,379.50 | 697,154.04 | 2,597,533.54 | 1,365,000.00 | 1,365,000.00 | 1,232,533.54 | 182,119.47 | 1,414,653.01 | 30,000.00 | 1,384,653.01 |
| Project Varanasi | 0.00 | 4,000,000.00 | 4,000,000.00 | | | 4,000,000.00 | | 4,000,000.00 | | 4,000,000.00 |
| database | 0.00 | | 0.00 | | | 0.00 | 250,000.00 | 250,000.00 | | 250,000.00 |
| Time ▓▓ gift over 5 years | 169,541.00 | 1,000,000.00 | 1,169,541.00 | | 169,541.00 | 1,000,000.00 | | 1,000,000.00 | | 1,000,000.00 |
| Restricted donations remaining | 4,497,053.89 | 10,477,276.00 | 14,974,329.89 | 2,682,200.00 | 2,851,741.00 | 7,795,076.00 | 1,396,201.62 | 9,191,277.62 | 572,500.00 | 8,618,777.62 |

# FUCHS

# EXHIBIT 29

C1504TTT
20/20/20 April ACO Photo Card Test
Quantity: 50,047
Mail Date: 4.14.15



EXHIBIT 29
WIT: Fuchs
DATE: 8-15-17
DEBRA STEVENS, RPR, CRR

Attorneys' Eyes Only

**20|20|20**
RESTORING 20/20 VISION
TO 20 MILLION BLIND
CHILDREN AND ADULTS

P.O. Box 96669
Washington, DC 20090-6669
www.20x20x20.org

*Photo enclosed.*
**DO NOT BEND**

Attorneys' Eyes Only

WON02545



**20|20|20**
RESTORING 20/20 VISION
TO 20 MILLION BLIND
CHILDREN AND ADULTS



2

Dear Sample A. Sample,

Take a look at the photo. This is Rupali. She's beautiful, isn't she?

You'd never know that this smiling, precious 7-year-old girl was born blind — and, not too long ago, she had no friends and had never gone to school. *That's because she's not blind now.*

Thanks to the kindness and compassion of people like you who opened their hearts — and their wallets — she underwent a 15-minute surgery that restored her sight … and her chances for a healthy, happy life.

As the co-founder and former president of Smile Train, I've traveled to the poorest countries in the world. I've seen a lot of needless suffering and a lot of miracles.

But I've never seen anything as powerful as watching a child who was blind open up their eyes and see.

There are no words to describe it, and I wish you could be there to witness the overwhelming joy of a child receiving this most precious gift.

That's why it breaks my heart to know that countless children like Rupali will spend their entire lives never seeing their parents' faces, never being able to attend school or make new friends … simply because they are poor and cannot afford surgery.

Sample A. Sample, the 15-minute surgery that can cure blindness is a medical miracle to be sure. And even though it only costs $300, families in developing countries could never afford it — not in a hundred years.

So we started **20/20/20** to provide these life-changing "miracle" surgeries at no cost.

**20/20/20** receives no big grants from the government, foundations, or corporations. *The only way we're able to do this is through the incredible generosity of caring people who support our mission — people like you.*

i realize $300 is a large gift to make, so I would be eternally grateful for whatever you can give — hopefully $25, $50, or even $75.

I promise you it will make a life-changing difference.

Because Rupali can see now, she can go to school, make friends, and enjoy

*(over, please)*

20 | 20 | 20 | P.O. Box 96669, Washington, DC 20090-6669 | www.20x20x20.org

Attorneys' Eyes Only

WON02546

a much, much brighter future. An adult who receives an eyesight-restoring surgery is able to work and take care of their families. *Sight is everything when you have next to nothing and there are no resources available.*

**That's why we're pouring our hearts and souls into helping blind children and adults in need.**

At about 2%, **20/20/20** has one of the lowest administrative costs of any major charity. In a short time, we've been able to restore the eyesight of 101,710 blind children and adults.

But, for every child like Rupali, there are millions more just like her — and moms and dads and grandparents too — who will remain blind … unless someone helps them.

*I really hope you'll be that someone.*

Please return a gift today and help a child or adult see tomorrow.

I promise, you will not regret it.

From the bottom of my heart, thank you.

Sincerely,

Brian Mullaney
Co-Founder & CEO

P.S. Want to see what a difference your gift makes? Visit **www.20x20x20.org** and watch as two sisters see their mom and the world for the first time.

You can help make these miracles possible. No matter how much you can send, you will touch and change someone's life. So please return your gift in the enclosed envelope, or you can make your gift online in a matter of seconds. As a thank-you for your gift, we'll send you another photo of child who can now see thanks to the generosity of people like you.

Attorneys' Eyes Only

Dear Brian,

I wholeheartedly believe in what you are doing and want to help 20/20/20 give the gift of sight to children and adults who only remain blind simply because they are poor.

I've enclosed a generous gift in the amount of:

☐ $300, which can provide one full eye surgery
☐ $150, which can provide half a surgery
☐ $75, which can provide anesthesia for the surgery
☐ $50, which can provide surgical supplies for two eye surgeries
☐ $25, which can provide surgical supplies for one eye surgery
☐ $_____. Any amount will help!

☐ I would like to pay for the $300 surgery over time.
   Please charge my credit card $25 a month for the next 12 months.

C1504TTT
20/20/20 April ACQ Photo Card Testt
*Quantity: 50,047
Mail date: 4/14/15

☐ Please send me updates about 20|20|20.
   My email address is:

To watch two sisters see for the very first time, visit *www.20x20x20.org.*

Please mail this reply form with your check payable to
20|20|20 in the envelope provided. Thank you! To make a
gift with a credit card, please see other side.

F786475913 NA15041405XX1RA021

20|20|20
RESTORING 20/20 VISION
TO 20 MILLION BLIND
CHILDREN AND ADULTS

Make it Monthly!
See details on reverse.

Attorneys' Eyes Only

WON02548

## Credit Card Donations

If you prefer, we accept:

☐ VISA   ☐ ⬤ (MasterCard)   ☐ 💳   ☐ AMERICAN EXPRESS

Card #_____

CVV#_____   Exp. Date ____/____

One-time gift of $_____   Monthly gift of $_____

Signature_____

## 20|20|20
RESTORING 20/20 VISION
TO 20 MILLION BLIND
CHILDREN AND ADULTS

www.2020z20.org
P.O. Box 96669,
Washington, DC 20090-6669

20|20|20 sometimes allows other worthy organizations to mail to our donors. If you do not wish to receive these mailings, or if you'd like to change the frequency of mailings from us, let us know. We are happy to respect your wishes. 20|20|20 is a WonderWork charity program. WonderWork is a 501(c)(3) nonprofit, charitable organization recognized by the IRS. All donations are tax deductible in accordance with the law.

# Prevent a Lifetime of Suffering with a Small Monthly Gift

Half of all the blind children and adults in the world could see tomorrow thanks to a miracle surgery that costs only $300. But because they are so poor, 99% of them will never receive surgery unless someone helps them. YOU could be that someone.

20|20|20 provides a simple, safe surgery that takes as little as 15 minutes and restores the eyesight of a blind child or adult. By making a monthly gift of just $25 (around 80¢ per day), you can help provide the funding for at least one of these miracle surgeries to prevent a lifetime of suffering.

Your monthly commitment will be automatically charged to your debit or credit card, and you'll never have to mail a check, find an envelope, or buy a stamp to help a blind child or adult. Simply fill in the credit card information on the left and become a monthly supporter today!

Attorneys' Eyes Only



Attorneys' Eyes Only



Rupali is a seven-year-old girl who was born blind in a very poor village in Eastern India. None of the other children wanted to play with her. And she couldn't go to school. Then her parents took her to a hospital where she received eye surgery funded by 20/20/20.

Rupali can now go to school, she has many new friends, and she's filled with joy because she can now see her way to a brighter future. Her father, who is a laborer and could never in a hundred years have afforded the $300 surgery, is very grateful that his daughter's blindness was cured by generous friends from halfway around the world.

**20/20/20**
RESTORING 20/20 VISION
TO 20 MILLION BLIND
CHILDREN AND ADULTS

P.O. Box 96669, Washington, DC 20090-6669 | www.20-20-20.org

Attorneys' Eyes Only



# 202020
### RESTORING 20/20 VISION TO 20 MILLION BLIND CHILDREN AND ADULTS

Providing valuable public information is one of our most important programs and an important part of our mission.

# Information About Blindness

## Vision Impairment and Blindness

Vision impairment, or low vision, means that even with eyeglasses, contact lenses, medicine, or surgery, you don't see well. Vision impairment can range from mild to severe. The leading causes of vision impairment and blindness in the United States are age-related eye diseases: macular degeneration, cataracts, and glaucoma. Other eye disorders, eye injuries, and birth defects can also cause vision loss. A loss of vision means that you may have to reorganize your life and learn new ways of doing things. If you have some vision, visual aids such as special glasses and large-print books can make life easier. There are also devices to help those with no vision, like text-reading software and braille books. Sometimes, vision loss is preventable. Regular comprehensive eye exams and prompt treatment are critical.

## Some Causes of Blindness

### Macular Degeneration

Macular degeneration, or age-related macular degeneration (AMD), is a leading cause of vision loss in Americans 60 and older. It is a disease that destroys your sharp, central vision. You need central vision to see objects clearly and to do tasks such as reading and driving. AMD affects the macula, the part of the eye that allows you to see fine detail. It does not hurt, but it causes cells in the macula to die. There are two

types: wet and dry. Wet AMD happens when abnormal blood vessels grow under the macula. These new blood vessels often leak blood and fluid. Wet AMD damages the macula quickly. Blurred vision is a common early symptom. Dry AMD happens when the light-sensitive cells in the macula slowly break down. You gradually lose your central vision. A common early symptom is that straight lines appear crooked. Regular comprehensive eye exams can detect macular degeneration before the disease causes vision loss. Treatment can slow vision loss. It does not restore vision.

### Glaucoma

Glaucoma is a group of diseases that can damage the eye's optic nerve. It is a leading cause of blindness in the United States. It usually happens when the fluid pressure inside the eyes slowly rises, damaging the optic nerve. Often, there are no symptoms at first. Without treatment, people with glaucoma will slowly lose their peripheral, or side vision. They seem to be looking through a tunnel. Over time, straight-ahead vision may decrease until no vision remains. A comprehensive eye exam can tell you if you have glaucoma. People at risk should get eye exams at least every two years. They include African-Americans over age 40; people over age 60, especially Mexican-Americans; and people with a family history of glaucoma. There is no cure, but glaucoma can usually be controlled. Early treatment can help protect your eyes against vision loss. Treatments usually include prescription eyedrops and/or surgery.

### Cataracts

A cataract is a clouding of the eye's lens and is the leading causes of blindness worldwide, and the leading cause of vision loss in the United States. Cataracts can occur at any age due to a variety of causes, and can be present at birth. Although treatment for the removal of cataract is widely available, access barriers, such as insurance coverage, treatment costs, patient choice, or lack of awareness, prevent many people from receiving the proper treatment. An estimated 20.5 million (17.2%) Americans 40 years and older have cataract in one or both eyes, and 6.1 million (51.1%) have had their lens removed operatively. The total number of people who have cataracts is estimated to increase to 30.1 million by 2020. Common symptoms are blurry vision, colors that seem faded, glare, not being able to see well at night, double vision, frequent prescription changes in your eyeglasses. Cataracts usually develop slowly. New glasses, brighter lighting, anti-glare sunglasses, or magnifying lenses can help at first. Surgery is also an option. It involves removing the cloudy lens and

replacing it with an artificial lens. Wearing sunglasses and a hat with a brim to block ultraviolet sunlight may help to delay cataracts.

### Congenital Cataracts

A congenital cataract is a clouding of the lens of the eye that is present at birth. The lens of the eye is normally clear. It focuses light that comes into the eye onto the retina. In most patients, no cause can be found.

Congenital cataracts usually look different than other forms of cataract. Symptoms include gray or white cloudiness of the pupil (which is normally black); infant doesn't seem to be able to see (if cataracts are in both eyes); "red eye" glow of the pupil is missing in photos, or is different between the two eyes and unusual rapid eye movements (nystagmus). To diagnose congenital cataract, the infant should have a complete eye examination by an ophthalmologist. The infant may also need to be examined by a pediatrician who is experienced in testing inherited disorders. Blood tests or x-rays may also be needed. If congenital cataracts are mild and do not affect vision, they may not need to be treated, especially if they are in both eyes.

Moderate to severe cataracts that affect vision, or a cataract that is in only one eye, will need to be treated with cataract removal surgery. Removing a congenital cataract is usually a safe, effective procedure. Call for an urgent appointment with your baby's health care provider if you notice that the pupil of one or both eyes appears white or cloudy, or if the child seems to have trouble seeing.

### Amblyopia

Amblyopia, or "lazy eye," is the loss of an eye's ability to see details. It is the most common cause of vision problems in children. Amblyopia occurs when the nerve pathway from one eye to the brain does not develop during childhood. This occurs because the abnormal eye sends a blurred image or the wrong image to the brain. This confuses the brain, and the brain may learn to ignore the image from the weaker eye. Strabismus is the most common cause of amblyopia. There is often a family history of this condition. The term "lazy eye" refers to amblyopia, which often occurs along with strabismus. However, amblyopia can occur without strabismus and people can have strabismus without amblyopia. Amblyopia is usually easily diagnosed with a complete

Attorneys' Eyes Only

WON02552

examination of the eyes. Special tests are usually not needed. Children who get treated before age 5 will usually recover almost completely normal vision although there may continue to be some problems with depth perception. Delaying treatment can result in permanent vision problems. After age 10, only a partial recovery of vision can be expected.

## Eye Injury

According to the American Academy of Ophthalmology, an estimated 90 percent of eye injuries are preventable with the use of proper safety eyewear. Even a minor injury to the cornea — like that from a small particle or bit of debris — can be painful and become a life-long issue, so take the extra precaution and always protect the eyes. If the eye is injured, seek emergency medical help immediately.

## Dangers at Home

When we think of eye protection, we tend to think of people wearing hard hats and lab coats. We often forget that, even at home, we might find ourselves dealing with similar threats to our eyes. Dangerous chemicals that could burn or splash the eyes aren't restricted to chemical laboratories. They're also in our garages and under our kitchen sinks. Debris and other airborne irritants are present at home, too, whether one is doing a home construction project or working in the yard. The debris from a lawnmower or "weed wacker," for example, can be moving at high speed and provide no time to react. Some sports also put the eyes at risk of injury from foreign objects moving at high speeds.

## Effective Eyewear

The best way to prevent injury to the eye is to always wear the appropriate eye protection. The Bureau of Labor Statistics reports that approximately three out of every five workers injured were either not wearing eye protection at the time of the accident or were wearing the wrong kind of eye protection for the job. To be effective, eyewear must fit properly and be effectively designed to protect the eyes based on the activity being performed. The Occupational Safety Health Administration (OSHA) has standards that require employers to provide their workers with the appropriate eye protection.

## When to Wear Protective Eyewear

According to these standards, you (or anyone who is watching you work) should always wear properly fitted eye protective gear, such as safety glasses with side protectors/shields, when doing work that may produce particles, slivers, or dust from materials like wood, metal, plastic, cement, and drywall; hammering, sanding, grinding, or doing masonry work; working with power tools; working with chemicals, including common household chemicals like ammonia, oven cleaners, and bleach; using a lawnmower, riding mower, or other motorized gardening devices, like edging trimmers; working with a wet or powdered cleanser; welding (which requires extra protection like a welding mask or helmet from sparks and UV radiation); "jumping" the battery of a motor vehicle; being a bystander in any of the above.

## Sports

It's also recommended that you protect your eyes from injury when participating in certain sports, including indoor racket sports, paintball, baseball, basketball, hockey, cycling, and riding or being a passenger on a motorcycle.

## Eye Health Tips

### Simple Tips for Healthy Eyes

Your eyes are an important part of your health. There are many things you can do to keep them healthy and make sure you are seeing your best. Follow these simple steps for maintaining healthy eyes well into your golden years.

**Have a comprehensive dilated eye exam.** You might think your vision is fine or that your eyes are healthy, but visiting your eye care professional for a comprehensive dilated eye exam is the only way to really be sure. When it comes to common vision problems, some people don't realize they could see better with glasses or contact lenses. In addition, many common eye diseases, such as glaucoma, diabetic eye disease, and age-related macular degeneration often have no warning signs. A dilated eye exam is the only way to detect these diseases in their early stages. During a comprehensive dilated eye exam, your eye care professional places drops in your eyes to dilate, or widen, the pupil to allow more light to enter the eye the same way an open door lets more light into a dark room. This enables your eye care professional to get a good look at the back of the eyes and examine them for any signs of damage or disease. Your eye care professional is the only one who can determine if your eyes are healthy and if you're seeing your best.

**Know your family's eye health history.** Talk to your family members about their eye health history. It's important to know if anyone has been diagnosed with a disease or condition since many are hereditary. This will help to determine if you are at higher risk for developing an eye disease or condition.

**Eat right to protect your sight.** You've heard carrots are good for your eyes. But eating a diet rich in fruits and vegetables, particularly dark leafy greens, such as spinach, kale, or collard greens, is important for keeping your eyes healthy, too. Research has also shown there are eye health benefits from eating fish high in omega-3 fatty acids, such as salmon, tuna, and halibut.

**Maintain a healthy weight.** Being overweight or obese increases your risk of developing diabetes and other systemic conditions, which can lead to vision loss, such as diabetic eye disease or glaucoma. If you are having trouble maintaining a healthy weight, talk to your doctor.

**Wear protective eyewear.** Wear protective eyewear when playing sports or doing activities around the home. Protective eyewear includes safety glasses and goggles, safety shields, and eye guards, specially designed to provide the correct protection for a certain activity. Most protective eyewear lenses are made of polycarbonate, which is 10 times stronger than other plastics. Many eye care providers sell protective eyewear, as do some sporting goods stores.

**Quit smoking or never start.** Smoking is as bad for your eyes as it is for the rest of your body. Research has linked smoking to an increased risk of developing age-related macular degeneration, cataract, and optic nerve damage, all of which can lead to blindness.

**Be cool and wear your shades.** Sunglasses are a great fashion accessory, but their most important job is to protect your eyes from the sun's ultraviolet rays. When purchasing sunglasses, look for ones that block out 99 to 100 percent of both UV-A and UV-B radiation.

**Give your eyes a rest.** If you spend a lot of time at the computer or focusing on any one thing, you sometimes forget to blink and your eyes can get fatigued. Try the 20-20-20 rule. Every 20 minutes, look away about 20 feet in front of you for 20 seconds. This can help reduce eyestrain.

**Practice workplace eye safety.** Employers are required to provide a safe work environment. When protective eyewear is required as a part of your job, make a habit of wearing the appropriate type at all times and encourage your coworkers to do the same.

*Information was derived from the U.S. Government National Institutes of Health, the National Eye Institute and the Centers for Disease Control and Prevention.*

PLACE STAMP HERE

RESTORING 20/20 VISION
TO 20 MILLION BLIND
CHILDREN AND ADULTS

**2020|20**

PO Box 96669
Washington, DC 20090-6669

Attention: Brian

NA1596XX1NXXX3BRBT

Attorneys' Eyes Only

WON02555

# 15 MINUTES + $300 = A CURE FOR BLINDNESS

20/20/20 is a WonderWork charity program. Your gift is very much appreciated and fully deductible as a charitable contribution. A copy of our latest financial report may be obtained by writing to WonderWork, Inc. 420 Fifth Avenue, 20th Floor, New York, NY 10018, 212-390-1544. If you are a resident of one of these states, you may obtain financial information directly from the state agency: FLORIDA – A COPY OF THE OFFICIAL REGISTRATION AND FINANCIAL INFORMATION MAY BE OBTAINED FROM THE DIVISION OF CONSUMER SERVICES BY CALLING TOLL-FREE, 1-800-435-7352 (800-HELP-FLA) WITHIN THE STATE. REGISTRATION DOES NOT IMPLY ENDORSEMENT, APPROVAL, OR RECOMMENDATION BY THE STATE. Florida Registration# CH36659 GEORGIA – A full and fair description of our programs and our financial statement summary is available upon request at the office and phone number indicated above. MARYLAND – For the cost of copies and postage, Office of the Secretary of State, State House, Annapolis, MD 21401 MISSISSIPPI – The official registration and financial information may be obtained from the Mississippi Secretary of State's office by calling 1-888-236-6167 Registration by the Secretary of State does not imply endorsement. NEW JERSEY – INFORMATION FILED WITH THE ATTORNEY GENERAL CONCERNING THIS CHARITABLE SOLICITATION AND THE PERCENTAGE OF CONTRIBUTIONS RECEIVED BY THE CHARITY DURING THE LAST REPORTING PERIOD THAT WERE DEDICATED TO THE CHARITABLE PURPOSE MAY BE OBTAINED FROM THE ATTORNEY GENERAL OF THE STATE OF NEW JERSEY BY CALLING (973) 504-6215 AND IS AVAILABLE ON THE INTERNET AT http://www.state.nj.us/lps/ca/charfrm.htm REGISTRATION WITH THE ATTORNEY GENERAL DOES NOT IMPLY ENDORSEMENT. NEW YORK – Office of the Attorney General, Department of Law, Charities Bureau, 120 Broadway, New York, NY 10271. NORTH CAROLINA – FINANCIAL INFORMATION ABOUT THIS ORGANIZATION AND A COPY OF ITS LICENSE ARE AVAILABLE FROM THE STATE SOLICITATION LICENSING BRANCH AT 1-888-830-4989. THE LICENSE IS NOT AN ENDORSEMENT BY THE STATE. PENNSYLVANIA – The official registration and financial information of WonderWork may be obtained from the Pennsylvania Department of State by calling toll-free, within Pennsylvania, 1-800-732-0999. Registration does not imply endorsement. VIRGINIA – Virginia State Office of Consumer Affairs, Department of Agricultural and Consumer Services, PO Box 1163, Richmond, VA 23218. WASHINGTON – Charities Division, Office of the Secretary of State, State of Washington, Olympia, WA 98504-0422, 1-800-332-4483. WEST VIRGINIA – Residents may obtain a summary of the registration and financial documents from the Secretary of State, State Capitol, Charleston, WV 25305. Registration with any of these state agencies does not imply endorsement, approval or recommendation by any state.

Attorneys' Eyes Only