FUCHS

EXHIBIT 37

WON07285

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Brian Mullaney | $475,000.00 | | 2011- $275k | | | | | | | |
| | | | e-mail 1/4/12 $295k | | | | | | | |
| | | | board approved at $475k 6/22/12 per bm e-mail 6/22/12 | | | | | | | |
| Dec.2011 | 275,000.00 | | | | notes | | | | $237,500 | |
| Calendar 2011 | $275,000.00 | | | | | | 137,500.00 | $295,000 | $475,000 | |
| | | | | | | | | | | |
| Jan.12 | 24,583.33 | | | | BM Salary | | fiscal year | calendar year | increase | difference |
| Feb.12 | 24,583.33 | | | | | 12/15/2011 | 275,000.00 | | | |
| Mar.12 | 24,583.33 | | | | | 1/15/2012 | 24,583.33 | 24,583.33 | 39,583.33 | 15,000.00 |
| Apr.12 | 24,583.33 | | | | | 2/15/2012 | 24,583.33 | 24,583.33 | 39,583.33 | 15,000.00 |
| May.12 | 24,583.33 | | | | | 3/15/2012 | 24,583.33 | 24,583.33 | 39,583.33 | 15,000.00 |
| June.12 | 24,583.33 | | | | | 4/15/2012 | 24,583.33 | 24,583.33 | 39,583.33 | 15,000.00 |
| June.12 | 190,000.00 | additional salary per 6/22/12 bod meeting | | | | 5/15/2012 | 24,583.33 | 24,583.33 | 39,583.33 | 15,000.00 |
| FY12 | $612,499.98 | | | | | 6/15/2012 | 24,583.33 | 24,583.33 | 39,583.33 | 15,000.00 |
| | | | | | Total for the fiscal year | | 422,499.98 | | | |
| | | | | | | Calendar year | | 147,499.98 | | 90,000.00 |
| | | | | | | | | 137,500.00 | $237,500 | 100,000.00 |
| | | | | | | | | | | 190,000.00 |
| July.12 | 39,583.33 | | | | | | | | | |
| Aug.12 | 39,583.33 | | | | | | | | | |
| Sep.12 | 39,583.33 | | | | | | | | | |
| Oct.12 | 18,750.03 | 20,833.30 less $3500 for camera | | | | | | | | |
| Nov.12 | 0.00 | 39,583.33 | | | | | | | | |
| Dec.12 | 0.00 | 39,583.33 | | | | | | | | |
| Calendar 2012 | $475,000.00 | | | | | | | | | |
| | | | | | | | | | | |
| Jan.13 | 56,916.63 | include holdover per BM e-mail 1/2/13 | | | | | | | | |
| Jan.13 additional | 79,166.66 | Nov 12 and Dec.12 catch up e-mail 1/2/13 | | | | | | | | |
| Feb.13 | 39,583.33 | | | | | | | | | |
| Mar.13 | 39,583.33 | | | NOTES | | | | | | |
| April.13 | 39,583.33 | hold at $475k per e-mail 4/4/13 | | | | | | | | |
| Mar.13 | 39,583.33 | | | | | | | | | |
| Jun.13 | 39,583.33 | | | 7/1/2013 | Board bonus | 250,000.00 | e-mail TD | | | |
| FY13 | $471,499.96 | | | | | | | | | |
| | | | | | | | | | | |
| Jul.13 | 39,583.33 | | | 1/6/2014 | deduct the $22,000 from my impact loan to $228,000. | | | | | |
| Aug.13 | 39,583.33 | | | | | | | | | |
| Sep.13 | 39,583.33 | | | 1/6/2014 x | | -22,000.00 | e-mail BM | | | |
| Oct.13 | 22,250.07 | 17,333.26 | | | remaining | -22,000.00 | | | | |
| Nov.13 | 0.00 | 39,583.33 | | | | | | | | |
| Dec.13 | 0.00 | 39,583.33 | 96,499.92 paid in Jan 2014 | 7/1/2013 | Board bonus | 250,000.00 | e-mail TD | | | |
| Calendar 2013 | $475,000.00 | | | 1/6/2014 | personal reimbur | -22,000.00 | e-mail BM 1/6/14 | | | |
| | | | | 1/6/2014 | remaining | 228,000.00 | | | | |
| Bonus 7/1/13 | | 250,000.00 | 0.00 | 4/5/2014 x | 4/5/2014 | -30,000.00 | about 50% weekly travel FY14, FY15 | | | |
| Jan.14 | 114,170.19 | -22,000.00 | 114,170.19 | | x | -10,000.00 | annual ▇▇▇ visits | | | |
| Jan.14 additional | 21,913.06 | | $136,083.25 136,083.25 | | | | | | | |
| Feb.14 | 39,583.33 | | | | | | | | | |
| Mar.14 | 39,583.33 | -78,000.00 deducted per 4/5/14 | | x | 4/5/2014 | -38,000.00 | additional contribution | | | |
| Apr.14 | 189,583.33 | includes $150k bonus per 4/5/14 e-mail | | | | | | | | |
| May.14 | 39,583.33 | | | | remaining bonus | 150,000.00 | paid 4/15/14 | | | |
| Jun.14 | 30,583.43 | 8,999.90 remaining | | | | | | | | |
| FY14 | $616,000.06 | | | | given back | -100,000.00 | | | | |
| | | | | | BM | | | | | |
| Jul.14 | 0.00 | 39,583.33 | | | Jun.14 | 8,999.90 | | | | |
| Aug.14 | 0.00 | 39,583.33 | | | Jul.14 | 39,583.33 | | | | |

EXHIBIT 37

WIT: _____

DATE: _____

DEBRA STEVENS, RPR, CRR

# FUCHS
# EXHIBIT 38

| NOTES | | | | |
|---|---|---|---|---|
| 1 | | personal reimbursement | -22,000.00 | e-mail BM 1/6/14 |
| 2 | 4/5/2014 | | -30,000.00 | about 50% weekly travel FY14, FY15 |
| 3 | | | -10,000.00 | annual ▓▓▓ visits |
| 4 | 4/5/2014 | | -38,000.00 | additional contribution |
| 5 | Oct.14 | | -1,000.00 | per e-mail 10/1/14 |
| 6 | 10/21/14email | | -50,000.00 | 10/21/14email |
| 7 | 1/8/15 email | | -2,274.09 | holiday dinner |
| 8 | 2/9/15 email | | -1,300.00 | MAB dinner |
| 9 | | | -6,000.00 | 4/20/15 per mb for writer |
| 10 | | | -3,000.00 | 4/20/15 per mb for Photoshop lessons |
| 11 | | | -20,000.00 | e-mail 4/21/15 June ▓▓▓ trip |
| 12 | | | -5,000.00 | e mail 5/6/15 $-5,000 for camera equipment |
| 13 | | | -2,652.17 | e-mail 6/3/15 skyline deductions |
| 14 | | | -1,350.00 | e-mail 9/23/15 |
| 15 | | | -2,057.74 | e-mail 10.08.15 harvard club |
| 16 | Nov. 15 | | -6,080.22 | writer on India trip |
| 17 | | | -36,925.00 | staff bonus email 11/23/15 |
| 18 | | | -1,223.75 | golf balls |
| 19 | | | -23,493.86 | langham bills for 2015 per amex 3/11/16 email |
| 20 | 3/11/2016 | | -11,028.60 | amtrak for 2015 per amex |
| 21 | 3/11/2016 | | -2,977.56 | other taxis for 2015 per amex |
| 22 | | | -8,572.47 | 4 seasons 3/11/16 e-mail | 1/24/15-1/23/16 |
| 23 | email 6/7/16 | | -3,675.46 | 4 seasons 3/18-8/2/16 |
| 24 | email 6/7/16 | | -2,975.36 | skyline deductions through 7/13/16 |
| 25 | email 7/31/16 | | -13742.29 | langham bills for 2016 per amex through July 31, 2016 |
| 26 | email 7/31/16 | | -7,061.00 | amtrak bills for 2016 per amex through July 31, 2016 |
| 27 | email 7/31/16 | | -1,353.22 | other misc taxis bills for 2016 per amex through July 31, 2016 |
| 28 | | | -3,750.00 | 8/14/16 per mb addtional Photoshop lessons |
| 29 | | | -378.63 | July 2016 legal |
| 30 | email 9/8/16 | | -12,423.33 | annual ▓▓▓ visit July 2016 email 09/08/16 |
| 31 | e-mail 9/12/16 | | -790.98 | trip to black pearl lodge |
| 32 | 9/28/2016 | | -15,000.00 | healthcare (annual) |
| 33 | 10/19/2016 | | -25,000.00 | trip to Banglasdesh |
| 34 | 10/21/2016 | | -3,613.95 | camera |
| 35 | 10/31/2016 | | -5,000.00 | computer | email |
| 36 | 10/31/2016 | | -500.00 | az invites | email |
| 37 | 12/4/2016 | | -41,500.00 | bonus email bm 12/4/16 |

CONFIDENTIAL



EXHIBIT 38
WIT: _____
DATE: _____
DEBRA STEVENS, RPR, CRR

WON07289

# FUCHS
# EXHIBIT 39

**Trivigno, Leonardo**

| | |
|---|---|
| **From:** | Brian Mullaney <brian@wonderwork.org> |
| **Sent:** | Tuesday, August 28, 2012 10:18 AM |
| **To:** | Hana Fuchs |
| **Subject:** | my pay |

Hi Hana,

I do not want my pay to exceed the approved $475,000 annual pay amount that the board approved for this calendar year so please stop paying me when I hit this number and accrue it. I can take it next year.

Also, WonderWork bought a camera for me to take on trips but I want to cover the cost out of my pay. It was around $3,500 so please deduct that amount from my pay.

Any questions or concerns feel free to drop by.

Thanks,


Brian


**Brian Mullaney**
Co-Founder/CEO
WonderWork    *(formerly Surgery For The Poor)*
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

EXHIBIT _39_
WIT: _Fuchs_
DATE: _8-15-17_
DEBRA STEVENS, RPR, CRR

CONFIDENTIAL

WON07290

FUCHS

EXHIBIT 40

| | |
|---|---|
| **From:** | Brian Mullaney |
| **Sent:** | Monday, January 06, 2014 4:11 PM |
| **To:** | Hana Fuchs |
| **Subject:** | Re: back pay |

If it is okay with you, I'd like to deduct the $22,000 from my impact loan. Thus, my loan is reduced to $228,000.

Oky?

B.


**Brian Mullaney**
Co-Founder/CEO
WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

**From:** Hana Fuchs <hana@wonderwork.org>
**Date:** Monday, January 6, 2014 4:08 PM
**To:** brian mullaney <brian@wonderwork.org>
**Subject:** RE: back pay

I've attached the spreadsheet we keep based on your expenses above and what WW owes for Oct., Nov. and Dec. 13 which does not include the Impact Loan.
Let me now if you have any questions.
Thanks Hana

| | | Oct.13 | Nov.13 | Dec.13 | Total 2013 |
|---|---|---|---|---|---|
| | | 39,583.33 | | | |
| | paid in Oct. | 22,250.07 | | | |
| | owed to bm | 17,333.26 | 39,583.33 | 39,583.33 | |
| less misc. | per Karen spreadsheet | -2,106.63 | | | |
| | less ▮▮▮▮ | -3,797.43 | | | |
| 11/5/2013 | less dinner 4 Seasons | -15,000.00 | | | |
| 12/9/2013 | holiday dinner | -1,009.00 | | | |
| | | -4,579.80 | 39,583.33 | 39,583.33 | 74,586.86 |

**From:** Brian Mullaney
**Sent:** Monday, January 06, 2014 3:41 PM

1

EXHIBIT 40
WIT: _Fuchs_
DATE: 8-15-17
DEBRA STEVENS, RPR, CRR

CONFIDENTIAL

WON07291

**To:** Hana Fuchs
**Subject:** back pay

Hi Hana,

Can you please add any extra pay from 2013 that I did not take with my January pay?

This of course does not include the $250,000 bonus which I loaned to WonderWork as part of our impact loan. I should ask Karen to fill out some paperwork for me for this. I am not going to take any interest and I may forgive some or all of it.

Thank you,

Brian

**Brian Mullaney**
Co-Founder/CEO
WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

CONFIDENTIAL

WON07292

# FUCHS
# EXHIBIT 41

## Hana Fuchs

**From:** Brian Mullaney
**Sent:** Saturday, April 05, 2014 9:00 AM
**To:** Hana Fuchs
**Subject:** Re: payroll

Hi Hana,

Can you please deduct $30,000 as a contribution to defray costs of 50% of my weekly travel expenses? This should cover fy 2014 and 2015.

Deduct $10,000 as a contribution to help defray the costs of annual ▉▉▉ visit – he told me they want to come for another visit this summer.

Deduct $38,000 as an additional contribution.

And then please pay me the remaining amount in my next paycheck which should be around $150,000.

Also, when I hit $475,000 in salary for this calendar year please stop paying me.

Thanks

B.

**Brian Mullaney**
Co-Founder/CEO
WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

**From:** Hana Fuchs <hana@wonderwork.org>
**Date:** Wednesday, April 2, 2014 9:35 AM
**To:** brian mullaney <brian@wonderwork.org>
**Subject:** RE: payroll

Hi Brian,
We squared away your payroll in January and we caught up on what was outstanding. The 2 paychecks added up to $136,083.25 which was the carryover from the prior year and the Jan. 2014 payroll.  As of the latest summary of expenses that we keep, please see below.

1

EXHIBIT 41
WIT: Fuchs
DATE: 8-15-17
DEBRA STEVENS, RPR, CRR

CONFIDENTIAL

WON07293

| $ 380.08 | Owed to WW 2014 |
|---|---|
| $ 22,293.14 | Owed to WW through 2013 |
| $ (22,000.00) | deducted from Impact Loan 1/6/14 |
| $ 228,000.00 | remaining Impact Loan |

Let me know if you need additional details.
Thank Hana

---

**From:** Brian Mullaney
**Sent:** Tuesday, April 01, 2014 6:17 PM
**To:** Hana Fuchs
**Subject:** payroll

Hi Hana,

Can you please send me a summary of how much I owe WonderWork and how much WonderWork owes me?

I want to forgive some of my impact loan, take some and reduce the balances all around.

Thanks

B.


**Brian Mullaney**
Co-Founder/CEO
WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

CONFIDENTIAL

WON07294

# FUCHS
# EXHIBIT 42

**Hana Fuchs**

| | |
|---|---|
| **From:** | Brian Mullaney |
| **Sent:** | Tuesday, October 21, 2014 1:34 PM |
| **To:** | Hana Fuchs |
| **Subject:** | donation |

Please deduct $50,000 from pay owed to me and make it a donation to WonderWork.

I would like $12,500 of it to go towards Mark Atkinson's travel expenses for this africa trip.

I would like $12,500 of it to pay for my expenses for this africa trip.

Please deduct whatever our xmas party costs and of course, all photoshop lessons.

Thanks


B.



**Brian Mullaney**
Co-Founder/CEO
WonderWork

<u>Watch two blind sisters see their mom for the first time!</u>
More than 1,500,000 people have watched this heart-warming video over the past few weeks!

420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: <u>brian@wonderwork.org</u>
<u>www.WonderWork.org</u>

1



EXHIBIT _42_
WIT: _Fuchs_
DATE: _8-15-17_
DEBRA STEVENS, RPR, CRR

CONFIDENTIAL

WON07296

FUCHS

EXHIBIT 43

| | |
|---|---|
| **From:** | Brian Mullaney |
| **Sent:** | Monday, March 09, 2015 5:39 PM |
| **To:** | Hana Fuchs |
| **Subject:** | book summary |

Hi Hana,

I want you to know what is going on with the new book I am writing.

As you know, I wrote a book to raise money for Smile Train, and while it was taken off the book shelves just a month before it's launch (and it was actually #50 on Barnes and Nobles pre-sales list), when I mailed a thousand or so copies out that I printed myself at my expense, it raised more than $500,000 for WonderWork and most importantly, it prompted ███ ████████, our $7.5 million Impact Loan and $4 million donor to get in touch with us and start supporting WonderWork.

When Smile Train mailed the coffee table book we put together, it raised $2+ million.

I have no doubt that a new book that talks about our previous success at Smile Train and the transition to WonderWork with all of its potential will help us raise millions of dollars for WonderWork.

Our work at Smile Train and WonderWork is currently prominently featured in two best-selling books: *Think Like A Freak* by Steve Levitt and Stephen Dubner and *A Path Appears* by 2-time Pulitzer prize winner, NY Times columnist Nick Kristof and his 1-time Pulitzer prize winning wife Sheryl WuDunn.

My plan is to write a book proposal within the next month or two and shop it around to publishers just as we did with my first book. I have hired the same author who helped me write the first book as she is a great writer and very experienced with what we do. Her latest book, "He Wanted The Moon" was just reviewed by The New York Times and the reviewer wrote - "cannot put it down."   If we cannot find a publisher that will be the end of this project. I had 4 publishers bid on my first book so I am confident this will get published.  Any and all out-of-pocket costs incurred by WonderWork in this venture over the next 1-2 years will be deducted from my pay so it will not cost WonderWork any money.  In addition, I am paying the author $7,500 directly for the book proposal.

When I sign a contract with a publisher for this book, I will include a provision that WonderWork will be able to purchase 20,000 – 30,000 copies of the book at a very low, wholesale rate of $6-$7 to send to our major donors donors in fundraising appeals. In case this does not work, I will indemnify WonderWork against any losses.

Finally, all of my profits from this book will be donated to WonderWork.

In summary, this project will not cost WonderWork any money. We hope it will raise millions of dollars for WonderWork as well as a lot of awareness just as our viral video has.

I gave told our board of directors all of this and before I sign any agreement with a publisher I will get their formal approval.  That should be in 2 months or so.

✓ Please make sure all Eve expenses related to this trip to India by deducted from my pay.

Please let me know if you have any concerns, questions or suggestions.

Thanks,

EXHIBIT _43_

WIT: _____

DATE: _____

DEBRA STEVENS, RPR, CRR

CONFIDENTIAL

WON07300

Brian

**Brian Mullaney**
Co-Founder/CEO

WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

Watch two blind sisters see their mom for the first time!
More than 2,100,000 people have watched this heart-warming video over the past few weeks!



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

2

FUCHS

EXHIBIT 44

CONFIDENTIAL

# Hana Fuchs

| | |
|---|---|
| **From:** | Brian Mullaney |
| **Sent:** | Tuesday, April 21, 2015 9:06 AM |
| **To:** | Hana Fuchs |
| **Subject:** | pay deductions |

Please let me know my total Boston New York travel expenses and if I have exceed the $30,000 I deducted.

Also, please deduct $20,000 towards this June trip with ▮.

Also, please drop by this morning to discuss this printer. I have no idea if this was a great deal or not so great but want to know why we increased our printing expenses and signed a 3 year lease for $25,000 when we are in very poor financia shape. Doesn't make sense to me but I am hoping you can explain it to me so it does!

Thx

B.

**Brian Mullaney**
Co-Founder/CEO

WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

Watch two blind sisters see their mom for the first time!
Almost 3,000,000 people have watched this heart-warming video over the past few months!

TIME magazine named WonderWork "One of 10 Ideas That Can Change The World."

EXHIBIT
WIT: _Fuchs_
DATE: _8-23-17_
DEBRA STEVENS, RPR, CRR

1

WON07302

Left table:

| Label | | | | |
|---|---|---|---|---|
| Sep.14 | 0.00 | 39,583.33 | | |
| bonus per 10/21/14 | | 250,000.00 | | |
| per e-mail 10/1/14 | | -1,000.00 | | |
| Oct.14 | 0.00 | 39,583.33 | | |
| per e-mail 10/21/14 | | -50,000.00 | | |
| Nov.14 | 0.00 | 39,583.33 | | |
| Dec.14 | 0.00 | 39,583.33 | 445,499.88 | |
| Calendar 2014 | $475,000.00 | | | |
| | | | | |
| Jan.15 | $50,000.00 | -$10,416.67 | | |
| 1/8/2015 | | -2,274.09 | holiday dinner | |
| 2/9/2015 | | -1,300.00 | MAB dinner | |
| Feb.15 | 39,583.33 | $431,509.12 | end of Jan 15 | |
| Feb.15 additional | 385,416.67 | to bring calendar year to $475k | | |
| | | $46,092.45 | balance as of Feb.15 | |
| Mar.15 | 0.00 | 39,583.33 | | |
| Apr.15 | 0.00 | 39,583.33 | -29,000.00 | april 2015 emails |
| May.15 | 0.00 | 39,583.33 | -5,000.00 | 5/6/15 e-mail |
| Jun.15 | 0.00 | 39,583.33 | -2,652.17 | 6/3/15 e-mail |
| FY15 | $475,000.00 | $204,425.77 | $167,773.60 | balance as of 6/15/15 |
| | | | | |
| Jul.15 | 0.00 | 39,583.33 | $207,356.93 | |
| Aug.15 | 0.00 | 39,583.33 | $246,940.26 | |
| Sep.15 | 0.00 | 39,583.33 | $285,173.59 | |
| Oct.15 | 0.00 | 39,583.33 | $322,699.18 | |
| Nov.15 | 0.00 | 39,583.33 | $356,202.29 | |
| Dec.15 | 0.00 | 39,583.33 | $558,860.62 | |
| Calendar 2015 | $475,000.00 | | | |
| | | | | |
| Jan.16 | $0.00 | 39,583.33 | $598,443.95 | |
| Feb.16 | $0.00 | 39,583.33 | $638,027.28 | |
| Mar.16 | $0.00 | 39,583.33 | $630,314.37 | |
| Apr.16 | $0.00 | 39,583.33 | $669,897.70 | |
| May.16 | $0.00 | 39,583.33 | $709,481.03 | |
| Jun.16 | $475,000.00 | 39,583.33 | $749,064.36 | |
| FY16 | $475,000.00 | | $274,064.36 | |
| | | | | |
| FY16 bonus per bod | $0.00 | 250,000.00 | $524,064.36 | |
| Jul.16 | $0.00 | 39,583.33 | $534,840.36 | |
| Aug.16 | $0.00 | 39,583.33 | $570,295.06 | |
| Sep.16 | $0.00 | 39,583.33 | $596,664.08 | |
| Oct.16 | $0.00 | 39,583.33 | 552,633.46 | |
| Nov.16 | $0.00 | 39,583.33 | 626,716.79 | |
| Dec.16 | $0.00 | 39,583.33 | 624,800.12 | 32,166.66 |
| Calendar 2016 | $475,000.00 | | | |
| | | | | |
| Jan.17 | $0.00 | 39,583.33 | 664,383.45 | |
| Feb.17 | $0.00 | 39,583.33 | 703,966.78 | |
| Mar.17 | $0.00 | 39,583.33 | 743,550.11 | |
| Apr.17 | $0.00 | 39,583.33 | 783,133.44 | |
| May.17 | $0.00 | | | |
| Jun.17 | $0.00 | | | |
| FY17 | $0.00 | | | |

Right table:

| | Label | value | note | extra | far right |
|---|---|---|---|---|---|
| | bonus | 250,000.00 | see e-mail from JJ 10.21.14 | | |
| | Aug.14 | 39,583.33 | | | |
| | Sep.14 | 39,583.33 | | | |
| x | Oct.14 | 38,583.33 | per e-mail 10/1/14 | -1,000.00 | |
| x | 10/21/14email | -50,000.00 | 10/21/14email | | |
| | Nov.14 | 39,583.33 | | | |
| | Dec.14 | 39,583.33 | | | |
| | | 445,499.88 | | | |
| | Jan. 15 | 39,583.33 | | | |
| | | 485,083.21 | | | |
| | Jan.15 | -50,000.00 | payroll | | |
| | | 435,083.21 | | | |
| x | 1/8/15 email | -2,274.09 | holiday dinner | | |
| x | 2/9/15 email | -1,300.00 | MAB dinner | | |
| | Feb. 15 | 431,509.12 | | | |
| | Feb. 14 | 39,583.33 | | | |
| | | -39,583.33 | paid 7/13/15 | | |
| | paid in Feb | 385,416.67 | to bring calendar 2015 to 475,000 | | |
| | remaining | 46,092.45 | | | |
| | as of the | | | | |
| | end of Feb.15 | | | | |
| | Mar.15 | 39,583.33 | | | |
| | Apr.15 | 39,583.33 | | | |
| | | 125,259.11 | | | |
| x | | -6,000.00 | 4/20/15 per mb for writer | | |
| | | -3,000.00 | 4/20/15 per mb for Photoshop lessons | | |
| | | 116,259.11 | as of 4/20/15 | | |
| x | | -20,000.00 | e-mail 4/21/15 ████████ | | |
| | May.15 | 39,583.33 | | | |
| x | | -5,000.00 | e-mail 5/6/15 $-5,000 for camera equipment | | |
| | | 130,842.44 | | | |
| x | | -2,652.17 | e-mail 6/3/15 skyline deductions | | |
| | June.15 | 39,583.33 | | | |
| | | 167,773.60 | June Board 2015 meeting reduction of $150k not included | | |
| | July.15 | 39,583.33 | | | |
| | | 207,356.93 | | | |
| | Aug.15 | 39,583.33 | | | |
| | | 246,940.26 | | | |
| | Sep.15 | 39,583.33 | | | |
| x | | -1,350.00 | e-mail 9/23/15 | | |
| | owed | 285,173.59 | Sep.15 | | |
| | | -2,057.74 | e-mail 10.08.15 harvard club | | |
| | Oct.15 | 39,583.33 | | | |
| | owed to date | 322,699.18 | Oct. 15 | | |
| x | Nov. 15 | -6,080.22 | writer on india trip | | |
| | | 39,583.33 | | | |
| | | 356,202.29 | Nov. 15 | | |
| | | 39,583.33 | Dec. 15 | | 475000 |
| | | -36,925.00 | staff bonus email 11/23/15 | | 250000 |
| | | 358,860.62 | | | 725000 |
| | | 200,000.00 | bonus per jj 12/22/15 | | |
| | Dec. 15 | 558,860.62 | | | |
| | Jan. 16 | 39,583.33 | | | |

CONFIDENTIAL

WON07287

| | | | | | | Date | Amount | Note | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 598,443.95 | | | |
| | | | | | | Feb. 16 | 39,583.33 | | | |
| | | | | | | | 638,027.28 | | | |
| owed as of Dec. 2016 | $624,800.12 | | | | | | | dinner with lind 2/5/16 e-mail at shoreline | | |
| | | | | | | | -1,223.75 | golf balls | | |
| as of April 30, 2017 | $783,133.44 | | | | | Mar.16 | 39,583.33 | | | |
| | | | | | | | -23,497.86 | langham bills for 2015 per amex 3/11/16 email | | |
| | | | | | | 3/11/2016 | -11,028.60 | amtrak for 2015 per amex | | |
| | | | | | | 3/11/2016 | -2,977.56 | other taxis for 2015 per amex | | |
| Taken to date | | | | | | | -8,572.47 | 4 seasons 3/11/16 e-mail | 1/24/15-1/23/16 | -46,072.49 |
| Calendar 2011 | $275,000.00 | Bonuses | | | | | 630,314.37 | | | |
| Calendar 2012 | $475,000.00 | | | | | Apr.16 | 39,583.33 | | | |
| Calendar 2013 | $475,000.00 | July 2013 | $250,000.00 | | | | 669,897.70 | | | |
| Calendar 2014 | $475,000.00 | July 2014 | $250,000.00 | | | May.16 | 39,583.33 | | | |
| Calendar 2015 | $475,000.00 | July 2015 | $200,000.00 | | | | 709,481.03 | | | |
| Calendar 2016 | $475,000.00 | July 2016 | $250,000.00 | | | Jun.16 | 39,583.33 | | | |
| | $2,650,000.00 | | $950,000.00 | | | | 749,064.36 | | | |
| | | | | | | taken June 2016 | -$475,000.00 | | | |
| | | | | | | remaining | 274,064.36 | | | |
| | | | | | | bonus per JJ 7/19 | 250,000.00 | | | |
| | | | | | | Jul.16 | 39,583.33 | | | |
| | | | | | | email 6/7/16 | -3,675.46 | 4 seasons 3/18-8/2/16 | | |
| | | | | | | email 6/7/16 | -2,975.36 | skyline deductions through 7/13/16 | | |
| | | | | | | email 7/31/16 | -13,742.29 | langham bills for 2016 per amex through July 31, 2016 | | |
| | | | | | | email 7/31/16 | -7,061.00 | amtrak bills for 2016 per amex through July 31, 2016 | | |
| | | | | | | email 7/31/16 | -1,353.22 | other misc taxis bills for 2016 per amex through July 31, 2016 | | |
| | | | | | | | 534,840.36 | | | |
| | | | | | | Aug.16 | 39,583.33 | | | |
| | | | | | | | -3,750.00 | 8/14/16 per mb additional Photoshop lessons | | |
| | | | | | | | -378.63 | July 2016 legal | | |
| | | | | | | | 570,295.06 | | | |
| | | | | | | email 5/8/16 | -12,423.33 | annual ▬▬▬ visit July 2016 email 09/08/16 | | |
| | | | | | | e-mail 9/12/16 | -790.98 | trip to black pearl lodge | | |
| | | | | | | Sep.16 | 39,583.33 | | | |
| | | | | | | | 596,664.08 | | | |
| | | | | | | 9/28/2016 | -15,000.00 | healthcare (annual) | | |
| | | | | | | 10/19/2016 | -25,000.00 | trip to Banglasdesh | | |
| | | | | | | Oct.16 | 39,583.33 | | | |
| | | | | | | | 596,247.41 | | | |
| | | | | | | 10/21/2016 | -3,613.95 | camera | | |
| | | | | | | | $592,633.46 | | | |
| | | | | | | 10/31/2016 | -5,000.00 | computer | email | |
| | | | | | | 10/31/2016 | -500.00 | az invites | email | |
| | | | | | | Nov.16 | 39,583.33 | | | |
| | | | | | | | $626,716.79 | | | |
| | | | | | | Dec. 16 | 39,583.33 | | | |
| | | | | | | | -41,500.00 | bonus email bm 12/4/16 | | |
| | | | | | | | $624,800.12 | -184,060.46 | | |
| | | | | | | | | | | |
| | | | | | | | ($421,699.68) | -421,699.68 | | |
| | | | | | | | | | | |
| | | | | | | Jan. 2017 | 39,583.33 | | | |
| | | | | | | Feb. 2017 | 39,583.33 | | | |

CONFIDENTIAL



| | | | | | | | $703,966.78 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WON07288

# FUCHS
# EXHIBIT 45



Miracle surgeries for children.

**wonder work**

"...one of 10 ideas that
will change the world."
– TIME

April 7, 2017

**BOARD OF DIRECTORS
& ADVISORY BOARD**

Brian Mullaney
Co-Founder & CEO,
WonderWork

Steven D. Levitt
Author, *Freakonomics*

John (JJ) Coneys
Former Vice Chair, PwC

Clark Kokich
Former Exec. Chair, Marchex

Steven Rappaport
Partner, RZ Capital

James Poehling
Former Asst. Vice Chancellor
Health Services; Univ. MO

Richard Price
Chief Executive, Asia Pacific,
CBRE Global Investors

Mark Atkinson
Creative Director, Otto

Tamsen Ann Ziff
Chairman, Metropolitan Opera

Kenneth French
Tuck School at Dartmouth

Garrett Moran
President, Year Up

**SUPPORTERS**

Bryan Cranston
Actor

Christie Brinkley
Actor/Model

Howie Mandel
Comedian

Mariska Hargitay
Actor

Alex Trebek
Host of *Jeopardy!*

Bette Midler
Entertainer

Chris Meloni
Actor

Candice Bergen
Actor

Jane Kaczmarek
Actor

Sir Ben Kingsley
Actor



██████████████████,

We want to make sure we use your very generous donation of $50,000 that we received on 5/24/2016 in accordance with your wishes.

Could you please take just a moment and check a box below, sign underneath, and send this back to us in the enclosed, stamped, self-addressed envelope? If easier, you may email me a PDF copy at brian@wonderwork.org.

I would greatly appreciate it!

[✓] Please use my donation for any of your surgery programs.

[ ] Please use my donation for blindness surgery programs.

[ ] Please use my donation for burn surgery programs.

[ ] Please use my donation for clubfoot surgery programs.

[ ] Please use my donation for general support.

████████████████████                          4.14.17
Name:                                          Date

Thank you so much for your help with this – and as always – for your very generous support.

WE COULD DO NOTHING WITHOUT IT!

With gratitude,

Brian
212-720-1855
brian@wonderwork.org

P.S. If you have any questions, email me at brian@wonderwork.org or call me on my cell: 917-902-7550. Thank you very much!



ACCREDITED
CHARITY
BBB.
give.org

EXHIBIT  45
WIT:  *Fuchs*
DATE:  8-15-17
DEBRA STEVENS, RPR, CRR

411 Fifth Avenue, Suite 702, New York, NY 10016   T: 212.720.1855   WonderWork.org

ATTORNEY'S EYES ONLY

WON07255