# LAZARUS EXHIBIT 32



# Final Grant Report
## for the

Miracle surgeries for ∎ children.
**wonder
work**

**September 29, 2014**

WON-EX 011860



Miracle surgeries for children.
wonder
work

# Final Grant Report

for the

████████████████████████████

**OVERVIEW:** At the end of November 2013, the ██████████████████████ honored us with a very generous grant of $1,000,000. We distributed this grant immediately to WonderWork partner hospitals who had long waiting lists and the capacity to increase surgeries. Over these past 10 months, this grant was invaluable in helping us more than double the number of surgeries we had provided in the previous year. With your help, WonderWork has provided 33,199 life-changing surgeries for children and adults who were blind, severely burned or crippled with clubfoot.

**30,431 blind children and adults received surgery that restored their eyesight.**

**1,870 children with clubfoot were cured.**





**898 severely burned children received reconstructive surgery.**



September 29, 2014



# Summary Of All WonderWork Surgeries
## (12/1/2013-9/29/2014)

| Cause | Country | Partners | # Surgeries |
|---|---|---|---|
| | India | | 4,571 |
| | Nepal | | 4,000 |
| | India | | 3,086 |
| | Bangladesh | | 2,000 |
| | India | | 1,429 |
| | India | | 1,543 |
| | India | | 1,257 |
| | India | | 857 |
| | India | | 857 |
| | India | | 857 |
| | Ghana | | 857 |
| | India | | 800 |
| | Indonesia | | 800 |
| | India | | 686 |
| | India | | 571 |
| | India | | 400 |
| Blindness | India | | 400 |
| | India | | 400 |
| | Nigeria | | 400 |
| | India | | 400 |
| | India | | 400 |
| | India | | 400 |
| | Nepal | | 400 |
| | India | | 400 |
| | India | | 400 |
| | Nigeria | | 400 |
| | Cambodia | | 286 |
| | India | | 286 |
| | Kenya | | 286 |
| | China | | 286 |
| | Global | | 286 |
| | Kenya | | 286 |
| | Togo | | 143 |
| | | | **30,431** |
| | Various | | 1,500 |
| | Bangladesh | | 80 |
| | Bangladesh | | 80 |
| Clubfoot | Bangladesh | | 80 |
| | Nepal | | 50 |
| | India | | 40 |
| | Vietnam | | 40 |
| | | | **1,870** |
| | India | | 667 |
| | Ethiopia | | 33 |
| | Ethiopia | | 33 |
| Burns | Uganda | | 33 |
| | Iraq | | 33 |
| | Cambodia | | 33 |
| | Vietnam | | 33 |
| | Ethiopia | | 33 |
| | | | **898** |
| Safety & Quality | Global | | NA |
| | China | | NA |
| **TOTAL** | | | **33,199** |

September 29, 2014 — 2

WON-EX 011862



**Information about WonderWork hospitals who benefited from the** ███████

███████ .







**Patient:** ███████
**Age:** 45 years
**Gender:** Female
**Village:** ███████
**Diagnosis:** Cataracts

███████ **Story:** ███████ is a housewife with two children. Her husband is a poor farmer and can barely feed his family. She began to go blind a few years ago. She mentioned this to her husband but they could not afford to see a doctor. Through a family friend, they heard about a special eye camp nearby at ███████ in Coimbatore. ███████ husband took her to the camp where she was diagnosed with cataracts. She was then brought to the base hospital, where the surgery was performed immediately and free of cost. ███████ was very excited and grateful to have her vision restored.



WON-EX 011863



Miracle surgeries for children.
wonder
work





**Patient:** ████████
**Age:** 2 years
**Gender:** Male
**Village:** ████████
**Diagnosis:** Congenital Cataract

████████ **Story:** ████████ family realized he was blind when he was only 4 months old. They are very poor famers that live in a thatched mud house in a remote village of ████████ District in West Bengal. Until ████ conducted an eye camp recently, the family did not know ████████ condition could be treated. ████████ was able to undergo a successful surgery at no cost to the family. Now he has 20/20 vision and can go to school.







WON-EX 011864



Miracle surgeries for children.

**Location: Bangladesh**
**Focus: Blindness**

- 2,000 surgeries completed

**About** ███████████████████████

██████████████ They have three branch hospitals and perform about 20,000 cataract surgeries annually, of which 1,252 are performed on children. The hospital performs 10% of the total cataract surgeries in the country █████████████ also provides training to increase the human resource capacity for ophthalmic services in Bangladesh.

**Patient:** ████████
**Age:** 12 years
**Gender:** Male
**Village:** ████████
**Diagnosis:** Traumatic Cataract

████████████, ████████ lost all vision in his right eye two years ago due to an accident. But after successful surgery at ████████ ████████████████ through this WonderWork grant, he is now able to see with 20/20 vision.




**Location: India**
**Focus: Blindness**

- 1,543 cataract surgeries completed
- Conducted 55 outreach screening camps and reached more than 30,000 people

**About** ████████████████

████████████████████████ performs over 6,000 free cataract surgeries each year. 90% of these patients come from outreach eye-screening camps they hold throughout the year.



WON-EX 011865



**Patient:** ███████

**Age:** 82
**Gender:** Female
**Village:** ███████
**Diagnosis:** Cataract

 

*Blindness is 500% more prevalent in the developing world and it hurts women the most. When a wife or mother goes blind, the husband throws her out of the home and gets a new wife. When a girl is blind, she will never marry and remains a burden on the family her entire life.*



**Location: India**
**Focus: Blindness**

- 1,257 completed surgeries
- Patients from slums of Delhi and surrounding villages



 

**Patient** ███████
**Age:** 2 years
**Gender:** Male
**Village:** ███████
**Diagnosis:** Bilateral Cataract

*In many ways, going blind in a developing country is like a death sentence. 60% of children die within 2 years of going blind. They have a saying that a blind person is a "mouth with no hands."*

WON-EX 011866



Miracle surgeries for children
**wonder work**

████████████

**Location: India**
**Focus: Blindness**

* 857 completed cataract surgeries

**About** ████████ established in 1981, is a charitable trust focusing on blindness, orthopedics, education and rehabilitation. They run ████████████ a 60-bed charitable hospital that performs approximately 6,000 cataract surgeries annually. The hospital caters to over half a million people from Western Uttar Pradesh, Agra and Mathura.



**Patient:** ████████████
**Age:** 60
**Gender:** Male
**Village:** ████████
**Diagnosis:** Cataract

 

*When men go blind in a developing country, they cannot work and can no longer provide for their family. Very often, the only way for them – and their family - to survive is to resort to begging.*

WON-EX 011867


███████████████

**Location: India**
**Focus: Blindness**

- 857 completed pediatric surgeries

**About** ██████████████

██████████████ The hospital has a regional eye institute with branches that spread over 32 cities and towns of Uttar Pradesh and Uttaranchal States. The hospital has 1,000+ beds and more than 1,500 beds amongst the rest of its 32 branches. The hospital is equipped with world-class facilities and instruments and continues to provide the best eye care at the lowest price possible in India ████ examines more than 400,000 patients annually and organizes outreach camps for the poor in various villages.  It operates on 3,000+ patients per year.



**Patient:** ████████
**Age:** 2 years
**Gender:** Female
**Village:** ████████
**Diagnosis:** Cataract

██████ **Story:** ████ is a 2-year-old girl with 3 brothers and sisters.  She is completely blind in her right eye. ████ parents are illiterate and do hard labor to support their family. Without the free surgery from WonderWork's program at ████████████ they would not have been able to pay for treatment for ████.  After surgery, ████ now has 20/20 vision and will now be attending school with her brothers and sisters.

WON-EX 011868



████████████████████████████

**Location: India**
**Focus: Blindness**

- 857 completed cataract surgeries
  - 821 adults surgeries
  - 36 pediatric surgeries
- Grant was also used to educate and increase awareness. Several peripheral centers are planned, focusing on pediatric cases to locate and track new patients.

████████████ is a 100-bed multi-specialty hospital located in the capital of Jharkhand state of India. The hospital provides free cataract surgery along with food, medicine and accommodation for all patients as well as free post-operative care for an indefinite period. The hospital also treats patients from neighboring states, Orissa, West Bengal, Chattigarh and Bihar, providing approximately 4,000 surgeries each year.

**Patient:** ████████
**Age:** 7 years
**Gender:** Male
**Village:** ████████
**Diagnosis:** Bilateral Cataract

████**Story:** ████ suffered a fever at the age of 5 and this caused him to go blind in both eyes. He was unable to go to school. His parents heard about WonderWork's program at ████████████ where they operated on ████ and restored his eyesight in both eyes. ████ is now going to school, learning how to read and playing with his friends just like a normal 7-year-old.




WON-EX 011869



████████████████

**Location: Bangladesh**
**Focus: Clubfoot**

- 80 children treated



**About** ████████████
████████ has over 40 clinics across Bangladesh and has provided treatment to 8,759 children. Every year in Bangladesh, an estimated 5,000 children are born with a clubfoot deformity. Besides providing free treatment, the ██████ program supports training to various government medical facilities.

████████████████

**Age:** 5 years
**Gender:** ████
**Village:** ████
**Diagnosis:** Bilateral Congenital Clubfoot

████████ **Story** ████████ father, ████ is a small shopkeeper who lives in ████ When he and his wife saw that their son was born with clubfoot, they were very upset and felt they had been cursed. ████ thought his son's feet would never be corrected and he would never walk properly. After hearing about WonderWork's program with ████████████ took ████ at just 2 ½ years old to get treatment. After successful treatment and a minor surgery, ████ now a normal and happy 5-year-old boy who can walk, run & play.





WON-EX 011870



**Location: Nepal**
**Focus: Clubfoot**

- 50 children treated

About ████████

████████ In that
time ████████ and his talented
team have treated more than 52,000
children. They currently perform
about 1,400 surgeries and
treatments each year. Additionally,
██████ offers training and education
services with 33 orthopedic surgeon
graduates and over 440 physical
rehabilitation trainees.



**Patient Profile:** ████████
**Age:** 3 years
**Gender:** Male
**Village:** ████████
**Diagnosis:** Bilateral Primary Clubfoot



*There are 2 million children in the world suffering from clubfoot who could be cured through a*
*miracle cure. It takes just six weeks or so to straighten even the most twisted and deformed feet.*
*This cure is 95% effective and costs just $250.*

WON-EX 011871


████████████████████████████████

**Location: Bangladesh**
**Focus: Clubfoot**

- 80 children treated

**About** ██

██ is a non-profit organization in Bangladesh treating clubfoot patients using both surgical and non-surgical techniques. ██ provides services to about 50,000 patients each year. The 100-bed hospital at ████████ is the only hospital in Bangladesh that specializes in the treatment of spinal cord injuries. It also has a specific pediatric unit for children with clubfoot disabilities. ██ ████ treats 300 children for clubfoot annually. Most of these children come from rural areas and cannot afford to bear the full cost of treatment. ████ also offers free education, training and rehabilitation services to the poor with donor support ████ is regarded as a model facility throughout South Asia and provides training to students across the entire region.



**Patient Profile:** ████

**Age:** 1 year
**Gender:** Male
**Village:** ████
**Diagnosis:** Bilateral Clubfoot

████████ **Story** ████
was born with bilateral clubfoot. His parents are extremely poor farmers and were unable to afford treatment for their son. But after hearing about ██ and through a WonderWork gran ████████ family was able to get him the free clubfoot treatment he needed to be able to walk. Little ████████ received 6 different casts and after a couple of months was walking on his own.




WON-EX 011872



██████████

**Location: Bangladesh**
**Focus: Clubfoot**

- 80 children treated, including 9 neglected clubfoot surgeries

**About** ██

██ is a nonprofit health project of ████████████
████████████ which aims to transform the lives of children with
clubfoot. ████ is solely dedicated to eliminating clubfoot through
early detection and treatment of children less than 5 years of age in
the Chittagong division of Bangladesh. They provide free Ponseti
Method treatment, which involves a series of castings and corrective
surgery at clinics located within government hospitals. ████ also trains
doctors and physiotherapists in the Ponseti Method and creates
awareness among local stakeholders on early diagnosis and
treatment of clubfoot.



**Patient Profile:** ████████
**Age:** 5 years
**Gender:** Male
**Diagnosis:** Bilateral Clubfoot

████████ **Story:** ████ suffered from clubfoot since he was born. His parents, who are day laborers
are very poor and would never have been able to afford treatment for their son. When they heard
about WonderWork and ████ program, they brought him in for free treatment. It took just six
weeks to straighten ████ feet. Now he can walk and run normally. His parents are very thankful.





WON-EX 011873



Location: **India**
Focus: **Burn Treatment**

- 667 burn patients treated

**About** ██████████ is a private hospital located in Varanasi, one of the oldest inhabited cities in the world.  It was started by ████████████ in memory of his father in order to provide state-of-the-art plastic surgery services at an affordable cost. This 80-bed hospital caters to 1 million people in Varanasi and Eastern Uttar Pradesh and performs about 300 burn surgeries a year. ████████ has become a well-known hospital for cleft care and burn reconstructive surgery.



Patient: ██████
Age: 11 years
Gender: Male
Village: ██████████
Diagnosis: Burn Contracture

██████ Story: ██████ was severely burned 2 years ago while he was lighting a cheap gas cookstove and it blew up. Although he survived the explosion, as his burns healed, his chin

 

became fused to his chest preventing him from moving his head and breathing properly.  His parents had no money to treat ██████ however, they saw a posting in their local newspaper that ████████████ and WonderWork were offering free burn treatment.  They traveled a long way to reach this hospital. Luckily, he was admitted and received surgery the very next day. ██████ was able to separate ██████'s chin from his chest, so now he can move his head and neck. This allows him to eat normally and sleep with his head flat on his sleeping mat. He will need more surgeries, but this one has had a huge impact on his quality of life.

WON-EX 011874

# One of 1,870 clubfoot patients helped





1-year-old ▮▮▮▮ was born with bilateral clubfoot. His feet were so disfigured he could not even stand. His parents, extremely poor farmers, could never afford treatment.

But after hearing about ▮▮ clinic ▮▮▮▮ family was able to get him the free clubfoot treatment he needed. ▮▮▮▮ can now stand, walk and run like any other kid.


wonderwork

WON-EX 011875

# One of youngest blindness patients helped

 

2-year-old ███████ began having trouble seeing when he was only 4 months old. As very poor famers living in a remote village in West Bengal, they had no money for treatment.

Thanks to a blindness camp sponsored by WonderWork, ███████ received surgery on both eyes and had his eyesight restored. The surgeries took 15 minutes each.



WON-EX 011876

# Oldest blindness patient



# One of 898 burn patients helped





9-year-old ▮▮▮▮ was severely burned 2 years ago when a gas cookstove exploded. He survived but his chin and arms fused with his chest. His parents had no money to pay for surgery.

His parents saw an ad for a free burn clinic sponsored by WonderWork at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ performed surgery that released Rohit's chin and arms from his chest.



WON-EX 011878



WON-EX 011879



WON-EX 011880



WON-EX 011881



WON-EX 011882



WON-EX 011883



WON-EX 011884



WON-EX 011885



WON-EX 011886



WON-EX 011887



WON-EX 011888



WON-EX 011889



WON-EX 011890



WON-EX 011891



WON-EX 011892



WON-EX 011893



WON-EX 011894



WON-EX 011895



WON-EX 011896



WON-EX 011897



WON-EX 011898



WON-EX 011899



WON-EX 011900



WON-EX 011901



WON-EX 011902



WON-EX 011903



WON-EX 011904



WON-EX 011905



WON-EX 011906

Global view

# Population living on $1.25 per day or less is estimated at ~1.1B, concentrated primarily in Asia and Africa



**Population Living on $1.25 per Day**

- < 4M
- 4M–15M
- 15M–65M
- 65M–150M
- >150M
- No Data

Source: WHO, GHO, World Bank Development Indicators, UN, WonderWork provider data
WHO/SS Steering Committee Meeting, Sept 09 2014; Patten Analytics and Operations

THE BOSTON CONSULTING GROUP

Draft—for discussion only

4

Copyright © 2014 by The Boston Consulting Group, Inc. All rights reserved.

Global view

# Physician density tends to be lowest where disease burden is highest, e.g., Africa

Copyright © 2014 by The Boston Consulting Group, Inc. All rights reserved.



**Physician Density
(Doctors/10k people)**
- 0–0.5
- 0.6–1.5
- 1.6–3
- 3.1–5
- 5.1–7.7
- No Data

**Source:** WHO, GHO, World Bank Development Indicators, UN, WonderWork provider data
WMHGD Steering Committee Meeting Sept 09 2014 Patient Analysis and Operations    THE BOSTON CONSULTING GROUP

Draft—for discussion only

5

WON-EX 011908

Global view

# Global burden of disease is highest in Africa
As measured by DALY (disability-adjusted life year) metric



**Disability-Adjusted Life Year (DALY)**
- 14,354–25,000
- 25,001–35,000
- 35,001–50,000
- 50,001–75,000
- 75,001–117,683
- No Data

Notes: One DALY can be thought of as one lost year of "healthy" life. The sum of these DALYs across the population, or the burden of disease, can be thought of as a measurement of the gap between current health status and an ideal health situation where the entire population lives to an advanced age, free of disease and disability.
Source: WHO, GHO, World Bank Development Indicators, UN, WonderWork provider data

Poor Sharing Committee Meeting Sept 09 2014 Patient Analytics and Operations **THE BOSTON CONSULTING GROUP**

**Draft—for discussion only**

6

Copyright © 2014 by The Boston Consulting Group, Inc. All rights reserved.

WON-EX 011909

# WonderWork global presence targets population below global poverty line of $1.25/day primarily in India and Africa



**Partner type**
- Blindness partner[1]
- Burn Partner[2]
- Clubfoot partner[3]

**Population Living on $1.25 per Day**
- < 4M
- 4M–15M
- 15M–65M
- 65M–150M
- >150M
- No Data

1. Blindness: Thirty-one of the forth-three providers (72%) are mapped representing 84% of the surgeries delivered. Three of the thirty-nine partners are mapped at a detail level, with some large partners not providing clinic data including ▮▮▮▮. Note that ▮▮▮▮ that have 100 beds or more, are not included. 2. Burns: Fifteen of the nineteen providers (79%) are mapped representing 80% of the surgeries delivered. All Burn partners mapped at a detail level with ▮▮▮ having the highest number of sites but with ▮▮▮ performing the most number of surgeries. 3. Clubfoot: Six of the eight providers (75%) are mapped representing 95% of the surgeries delivered

Source: WHO, GHO, World Bank Development Indicators, UN, WonderWork provider data

WON-EX 011910

Copyright © 2014 by The Boston Consulting Group. Inc. All rights reserved.

Global view

# Set of potential partners already identified may help to increase coverage and impact

Initial View: **Detailed partner location network being collected and compiled**

**Many locations here represent HQ, not necessarily provider locations**



○ Current Partners

◉ Potential Partners

**Population Living $2 a Day**

- 350M–860M
- 150M–350M
- 60M–150M
- 30M–60M
- 10M–30M
- 2.5M–10M
- <2.5M

Source: WHO, GHO, World Bank Development Indicators, UN, WonderWork provider data

W/W SAG Strategy Committee Meeting Sep 09 2014 Patient Analytics and Operations

THE BOSTON CONSULTING GROUP

Draft—for discussion only

14

Copyright © 2014 by The Boston Consulting Group, Inc. All rights reserved.

WON-EX 011911

National view

# India coverage by blindness partners

NOTE—19 of the 24
provider locations (80%) are mapped representing
85% of the surgeries delivered



State of Odisha:
Zoom-in view follows

● Blindness Partner

**Poverty Population**
< 50K
50K–150K
150K–300K
300K–500K
500K–800K
800K–1.5M
>1.5M

Note: Poverty was modeled by the percentage of total population in each taluk relative to the state, urban and rural population, population
density of each taluk, percent of poverty population for rural and urban areas per state.
Source: India Census 2011, Reserve Bank of India, Landscan, BCG GeoAnalytic Analysis

THE BOSTON CONSULTING GROUP

**Draft—for discussion only**

15

Copyright © 2014 by The Boston Consulting Group, Inc. All rights reserved.

National view

# India coverage for clubfoot



NOTE–2 of the 2 providers locations (100%) are mapped representing 100% of the surgeries delivered

State of Odisha: Zoom-in view follows

○ Clubfoot Partner

**Poverty Population**
< 50K
50K–150K
150K–300K
300K–500K
500K–800K
800K–1.5M
>1.5M

Note: Poverty was modeled by the percentage of total population in each taluk relative to the state, urban and rural population, population density of each taluk, percent of poverty population for rural and urban areas per state.
Source: India Census 2011, Reserve Bank of India, Landscan, BCG GeoAnalytic Analysis

WWP03 Steering Committee Meeting Sept 09 2014 Patent Analysis and Operations THE BOSTON CONSULTING GROUP

**Draft—for discussion only**

16

Copyright © 2014 by The Boston Consulting Group, Inc. All rights reserved.

WON-EX 011913

# Backup: India coverage based on state level view of poverty (i.e., no data interpolation at local level)

## NOTE–23 of the 28 provider locations (82%) are mapped representing 86% of the surgeries delivered



**Legend:**
- ● Burn Partner
- ○ Clubfoot Partner
- ○ Blindness Partner

**Population in Poverty (Thousands)**
- 0–125
- 126–550
- 551–1,500
- 1,501–3,000
- 3,001–14,000
- 14,001–36,000
- 36,001–59,819

Copyright © 2014 by The Boston Consulting Group, Inc. All rights reserved.

Source: Reserve Bank of India 2012 Annual Report

**Draft—for discussion only**

THE BOSTON CONSULTING GROUP

WON-EX 011914

Copyright © 2014 by The Boston Consulting Group, Inc. All rights reserved.

# Backup—population only: India coverage of population density

NOTE–23 of the 28 provider locations (82%) are mapped representing 86% of the surgeries delivered



- • Burn Partner
- ○ Clubfoot Partner
- • Blindness Partner

**Population Density (Ppl/Sq Km)**

- 0–150
- 151–250
- 201–350
- 351–700
- 601–45,396

1 Not all partners were located in the database
Source: WonderWork Partner Data, Center for International Earth Science Information Network–CIESIN–Columbia University
[...] Commerce Ministry Sept 09 2014 Patient Analytics and Operations

THE BOSTON CONSULTING GROUP

Draft—for discussion only

WON-EX 011915

Local view

██████████████████████ patient coverage



Source: ████████ Patient Data

THE BOSTON CONSULTING GROUP

**Draft—for discussion only**

40

WON-EX 011916

Copyright © 2014 by The Boston Consulting Group, Inc. All rights reserved.



The Boston Consulting Group

Source:

Copyright © 2014 by The Boston Consulting Group, Inc. All rights reserved.

# LAZARUS

# EXHIBIT 33


EXHIBIT
Lazarus
33



# Final Grant Report
for

███████████

**OVERVIEW:** As of September 2013, we received 4 grants from ███████████ totaling $500,000. Each of these grants was distributed immediately to WonderWork partner hospitals who had long waiting lists and the capacity to increase surgeries. Over these past 12 months, these grants were invaluable in helping us more than double the number of surgeries we provided in the previous year. With your help, WonderWork has provided 34,478 life-changing surgeries over these past 12 months for children and adults who were blind, severely burned or crippled with clubfoot.

31,402 blind children and adults received surgery that restored their eyesight.

1,910 children with clubfoot were cured.





1,166 severely burned children received reconstructive surgery.



October 15, 2014

WON-EX 012099



# Summary Of All WonderWork Surgeries
### (10/1/2013-10/1/2014)

WON-EX 012100



| Cause | Country | Partners | # Surgeries |
|---|---|---|---|
| Blindness | India | | 4,857 |
| | Nepal | | 4,000 |
| | India | | 3,086 |
| | Bangladesh | | 2,000 |
| | India | | 1,429 |
| | India | | 1,543 |
| | India | | 1,257 |
| | Ghana | | 1,143 |
| | India | | 857 |
| | India | | 857 |
| | India | | 857 |
| | India | | 800 |
| | Indonesia | | 800 |
| | India | | 686 |
| | India | | 571 |
| | India | | 400 |
| | India | | 400 |
| | India | | 400 |
| | Nigeria | | 400 |
| | India | | 400 |
| | India | | 400 |
| | Global | | 400 |
| | India | | 400 |
| | Nepal | | 400 |
| | India | | 400 |
| | India | | 400 |
| | Nigeria | | 400 |
| | Cambodia | | 286 |
| | India | | 286 |
| | Kenya | | 286 |
| | China | | 286 |
| | Global | | 286 |
| | Kenya | | 286 |
| | Togo | | 143 |
| | | | **31,402** |
| Clubfoot | Global | | 1,500 |
| | Nepal | | 90 |
| | Bangladesh | | 80 |
| | Bangladesh | | 80 |
| | Bangladesh | | 80 |
| | India | | 40 |
| | Vietnam | | 40 |
| | | | **1,910** |
| Burns | India | | 769 |
| | Nepal | | 83 |
| | Kenya | | 50 |
| | Ethiopia | | 33 |
| | Ethiopia | | 33 |
| | Uganda | | 33 |
| | Iraq | | 33 |
| | Global | | 33 |
| | Cambodia | | 33 |
| | Vietnam | | 33 |
| | Ethiopia | | 33 |
| | | | **1,166** |
| Safety & Quality | Global | | N/A |
| | China | | N/A |
| **TOTAL** | | | **34,478** |

WON-EX 012101



**Location: India**
Focus: Blindness

- 4,857 cataract surgeries performed for the rural poor
- Patients identified through rural outreach screening camps
- Able to cover villages 150-300 km from base hospitals
- For every 5 patients screened, 2 need surgery

**About** ███████████

███████████ has been operating for 25 years. They have a network of 9 hospitals throughout India that provide high quality eye surgery for the rural and urban poor. Their outreach program is one of India's largest; screening camps are held on weekends. Since 1990, not a single week has gone by without camps being conducted. The highly experienced and efficient surgical staff at ███████ treats approximately 140,000 patients every year.

**Patient:** ███████████
**Age:** 45 years
**Gender:** Female
**Village:** ███████████
**Diagnosis:** Cataracts



███████████ **Story:** ███████████ is a housewife with two children. Her husband is a poor farmer and can barely feed his family. She began to go blind a few years ago. She mentioned this to her husband but they could not afford to see a doctor. Through a family friend, they heard about a special eye camp nearby at ███████ ███████████ ███████████ husband took her to the camp where she was diagnosed with cataracts. She was then brought to the base hospital, where the surgery was performed immediately and free of cost. ███████ was very excited and grateful to have her vision restored.

WON-EX 012102



██████████████████████

**Location:** India
**Focus:** Blindness

- ◇ 3,086 free surgeries performed



████████████████████ is a service oriented mission hospital that has served the poorest patients in West Bengal India since the early 1990's. ████████ (pictured right) and his talented team treat approximately 18,000 patients every year. ████ is one of the few hospitals in the region specializing in pediatric ophthalmology. They also run an Ophthalmic Training Centre, which trains more than 100 students each year.

**Patient:** ████████████
**Age:** 2 years
**Gender:** Male
**Village** ████████████████
**Diagnosis:** Congenital Cataract

████████ **Story:** ████████ family realized he was blind when he was only 4 months old. They are very poor famers that live in a thatched mud house in a remote village of Medinipur District in West Bengal. Until ████ conducted an eye camp recently, the family did not know ████ condition could be treated. ████████ was able to undergo a successful surgery at no cost to the family. Now he has 20/20 vision and can go to school.

 

October 15, 2014

WON-EX 012103



**Location: Bangladesh**
Focus: Blindness

* 2,000 surgeries completed

**About** ███████████████

███████████ They have three branch hospitals and perform about 20,000 cataract surgeries annually, of which 1,252 are performed on children. The hospital performs 10% of the total cataract surgeries in the country. ███████████████ also provides training to increase the human resource capacity for ophthalmic services in Bangladesh.

**Patient:** ████
**Age:** 12 years
**Gender:** Male
**Village:** ████████
**Diagnosis:** Traumatic Cataract

████ **Story:** ████ lost all vision in his right eye two years ago due to an accident. But after successful surgery at ████ ████ through this WonderWork grant, he is now able to see with 20/20 vision.

 

████████████

**Location: India**
Focus: **Blindness**

* 1,543 cataract surgeries completed
* Conducted 55 outreach screening camps and reached more than 30,000 people

**About** ████████████

███████████████ performs over 6,000 free cataract surgeries each year. 90% of these patients come from outreach eye-screening camps they hold throughout the year.

████████████████



WON-EX 012104


**Patient:** ██████
**Age:** 82
**Gender:** Female
**Village:** ████████
**Diagnosis:** Cataract



*Blindness is 500% more prevalent in the developing world and it hurts women the most. When a wife or mother goes blind, the husband throws her out of the home and gets a new wife. When a girl is blind, she will never marry and remains a burden on the family her entire life.*

██████████

Location: India
Focus: Blindness

- 1,257 completed surgeries
- Patients from slums of Delhi and surrounding villages

**About** ██████████
██████████████████████ This multi-specialty national hospital has 600 beds and has a patient referral base of over 2 million people. The hospital's eye department performs 4,500 free cataract surgeries each year. ██████████ (pictured here) runs the ophthalmic department.






**Patient:** ██████
**Age:** 2 years
**Gender:** Male
**Village:** ████████
**Diagnosis:** Bilateral Cataract

*In many ways, going blind in a developing country is like a death sentence. 60% of children die within 2 years of going blind. They have a saying that a blind person is a "mouth with no hands."*

October 15, 2014

7

WON-EX 012105

███████████

**Location:** India
**Focus:** Blindness

- 857 completed cataract surgeries

**Abo██** ██████████ established in 1981, is a charitable trust focusing on blindness, orthopedics, education and rehabilitation. They run ███████████ a 60-bed charitable hospital that performs approximately 6,000 cataract surgeries annually. The hospital caters to over half a million people from Western Uttar Pradesh, Agra and Mathura.



**Patient:** ███████████
**Age:** 60
**Gender:** Male
**Village:** ███████████
**Diagnosis:** Cataract

 

*When men go blind in a developing country, they cannot work and can no longer provide for their family. Very often, the only way for them – and their family - to survive is to resort to begging.*

WON-EX 012106



████████████

Location: India
**Focus: Blindness**

- 857 completed pediatric surgeries

**About** ████████████



████████████ The hospital has a regional eye institute with branches that spread over 32 cities and towns of Uttar Pradesh and Uttaranchal States. The hospital has 1,000+ beds and more than 1,500 beds amongst the rest of its 32 branches. The hospital is equipped with world-class facilities and instruments and continues to provide the best eye care at the lowest price possible in India. ████ examines more than 400,000 patients annually and organizes outreach camps for the poor in various villages. It operates on 3,000+ patients per year.

**Patient:** ████████
**Age:** 2 years
**Gender:** Female
**Village:** ████████████
**Diagnosis:** Cataract

████████ **Story:** ████ is a 2-year-old girl with 3 brothers and sisters. She is completely blind in her right eye. ████ parents are illiterate and do hard labor to support their family. Without the free surgery from WonderWork's program at ████████████ they would



not have been able to pay for treatment for ████ After surgery, ████ now has 20/20 vision and will now be attending school with her brothers and sisters.



WON-EX 012107

wne
wr

██████████████████████

**Location: India**
**Focus: Blindness**



- 857 completed cataract surgeries
  - 821 adults surgeries
  - 36 pediatric surgeries
- Grant was also used to educate and increase awareness. Several peripheral centers are planned, focusing on pediatric cases to locate and track new patients.

**About** ████████████████

████████ Centre is a 100-bed multi-specialty hospital located in the capital of Jharkhand state of India. The hospital provides free cataract surgery along with food, medicine and accommodation for all patients as well as free post-operative care for an indefinite period. The hospital also treats patients from neighboring states, Orissa, West Bengal, Chattigarh and Bihar, providing approximately 4,000 surgeries each year.

**Patient:** ████████
Age: 7 years
Gender: Male
Village: ████████
Diagnosis: Bilateral Cataract




████ **Story:** ████ suffered a fever at the age of 5 and this caused him to go blind in both eyes. He was unable to go to school. His parents heard about WonderWork's program at ████ ████████ where they operated on ████████ and restored his eyesight in both eyes. ████ is now going to school, learning how to read and playing with his friends just like a normal 7-year-old.

WON-EX 012108



**Location: Nepal**
**Focus: Clubfoot**

- 90 children treated

**About** ▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ In that
time, ▮▮▮▮▮▮ and his talented
team have treated more than 52,000
children. They currently perform
about 1,400 surgeries and treatments
each year. Additionally, ▮▮▮ offers
training and education services with
33 orthopedic surgeon graduates and
over 440 physical rehabilitation
trainees.



**Patient Profile:** ▮▮▮▮▮
**Age:** 3 years
**Gender:** Male
**Village** ▮▮▮▮
**Diagnosis:** Bilateral Primary Clubfoot

  

*There are 2 million children in the world suffering from clubfoot who could be cured through a miracle cure. It takes just six weeks or so to straighten even the most twisted and deformed feet. This cure is 95% effective and costs just $250.*

October 15, 2014

WON-EX 012109



**▇▇▇▇▇**

Location: Bangladesh
Focus: Clubfoot

* 80 children treated

**About ▇▇▇▇▇**

▇▇▇▇▇ has over 40 clinics across Bangladesh and has provided treatment to 8,759 children. Every year in Bangladesh, an estimated 5,000 children are born with a clubfoot deformity. Besides providing free treatment, the ▇▇▇▇▇ program supports training to various government medical facilities.

**Patient:** ▇▇▇▇▇
Age: 5 years
Gender: Male
Village: ▇▇▇
Diagnosis: Bilateral Congenital Clubfoot

**▇▇▇ Story:** ▇▇▇ father ▇▇▇ is a small shopkeeper who lives in ▇▇▇ When he and his wife saw that their son was born with clubfoot, they were very upset and felt they had been cursed. ▇▇▇ thought his son's feet would never be corrected and he would never walk properly. After hearing about WonderWork's program with ▇▇▇▇▇ took ▇▇▇ at just 2 ½ years old to get treatment. After successful treatment and a minor surgery, ▇▇▇ is now a normal and happy 5-year-old boy who can walk, run & play.





WON-EX 012110

w n e
w r

███████████████████████████████████

Location: Bangladesh
Focus: Clubfoot

- 80 children treated

### About █████



████ is a non-profit organization in Bangladesh treating clubfoot patients using both surgical and non-surgical techniques. ████ provides services to about 50,000 patients each year. The 100-bed hospital at ███████ is the only hospital in Bangladesh that specializes in the treatment of spinal cord injuries. It also has a specific pediatric unit for children with clubfoot disabilities. ████████ treats 300 children for clubfoot annually. Most of these children come from rural areas and cannot afford to bear the full cost of treatment. ████ also offers free education, training and rehabilitation services to the poor with donor support. ████ is regarded as a model facility throughout South Asia and provides training to students across the entire region.

**Patient Profile:** ████████
**Age:** 1 year
**Gender:** Male
**Village:** █████
**Diagnosis:** Bilateral Clubfoot

████████ **Story:** █████
was born with bilateral clubfoot. His parents are extremely poor farmers and were unable to afford treatment for their son. But after hearing about ████ and through a WonderWork grant, ████████ family was able to get him the free clubfoot treatment he needed to be able to walk. Little ████████ received 6 different casts and after a couple of months was walking on his own.




WON-EX 012111



████████████

Location: Bangladesh
Focus: Clubfoot

- 80 children treated, including 9 neglected clubfoot surgeries

**About** ████

████ is a nonprofit health project of ████████████ which aims to transform the lives of children with clubfoot. ████ is solely dedicated to eliminating clubfoot through early detection and treatment of children less than 5 years of age in the Chittagong division of Bangladesh. They provide free Ponseti Method treatment, which involves a series of castings and corrective surgery at clinics located within government hospitals. ████ also trains doctors and physiotherapists in the Ponseti Method and creates awareness among local stakeholders on early diagnosis and treatment of clubfoot.



**Patient Profile:** ████
**Age:** 5 years
**Gender:** Male
**Diagnosis:** Bilateral Clubfoot

████ **Story:** ████ suffered from clubfoot since he was born. His parents, who are day laborers are very poor and would never have been able to afford treatment for their son. When they heard about WonderWork and ████ program, they brought him in for free treatment. It took just six weeks to straighten ████ feet. Now he can walk and run normally. His parents are very thankful.




October

14

WON-EX 012112



██████████

Location: India
Focus: Burn Treatment

- 769 burn patients treated

### About ██████████



██████████ is a private hospital located in Varanasi, one of the oldest inhabited cities in the world. It was started by ██████████████████████ in memory of his father in order to provide state-of-the-art plastic surgery services at an affordable cost. This 80-bed hospital caters to 1 million people in Varanasi and Eastern Uttar Pradesh and performs about 300 burn surgeries a year. ██████████ has become a well-known hospital for cleft care and burn reconstructive surgery.

**Patient:** ██████
Age: 11 years
Gender: Male
Village ██████████
Diagnosis: Burn Contracture



██████ **Story:** ██████ was severely burned 2 years ago while he was lighting a cheap gas cookstove and it blew up. Although he survived the explosion, as his burns healed, his chin became fused to his chest preventing him from moving his head and breathing properly. His parents had no money to treat ██████, however, they saw a posting in their local newspaper that ██████ and WonderWork were offering free burn treatment. They traveled a long way to reach this hospital. Luckily, he was admitted and received surgery the very next day. ██████ was able to separate ██████ chin from his chest, so now he can move his head and neck. This allows him to eat normally and sleep with his head flat on his sleeping mat. He will need more surgeries, but this one has had a huge impact on his quality of life.

WON-EX 012113

LAZARUS
EXHIBIT 34

**EXHIBIT**
Lazarus
34
Blumberg No. 5118



# A Special Progress Report

for

████████████

---

**OVERVIEW:** Over the past 2+ years, we have received generous donations – every month – from ██
████ for all three of our causes: 20|20|20, FirstStep and BurnRescue. As of June 15, 2015, these
gifts have totaled more than $70,000. These donations have been distributed to WonderWork
partner hospitals who had long waiting lists and the capacity to increase surgeries. With your help,
WonderWork has helped provide 111,337 life-changing surgeries for children and adults who were
blind, severely burned or crippled with clubfoot.

104,483 blind children and adults received
surgery that restored their eyesight.

3,997 children with clubfoot were cured.





2,857 severely burned children
received reconstructive surgery.



June 15, 2015

WON-EX 012083



# Summary Of WonderWork Surgeries

| Cause | Country | Partners | # Surgeries |
|---|---|---|---|
| | India | | 14,142 |
| | India | | 10,057 |
| | India | | 9,971 |
| | Tanzania | | 4,800 |
| | India | | 4,669 |
| | India | | 4,114 |
| | Nepal | | 4,000 |
| | Bangladesh | | 3,016 |
| | India | | 2,686 |
| | India | | 2,400 |
| | Indonesia | | 2,286 |
| | Global | | 2,229 |
| | India | | 1,943 |
| | India | | 1,943 |
| | India | | 1,600 |
| | India | | 1,543 |
| | India | | 1,200 |
| | India | | 1,200 |
| | India | | 1,177 |
| | India | | 1,096 |
| | Global | | 1,086 |
| | India | | 1,086 |
| | Togo | | 1,084 |
| Blindness | Cambodia | | 972 |
| | Bangladesh | | 972 |
| | India | | 800 |
| | India | | 800 |
| | India | | 800 |
| | Nigeria | | 686 |
| | Nepal | | 686 |
| | India | | 686 |
| | Nigeria | | 686 |
| | India | | 572 |
| | Malawi, Kenya | | 572 |
| | Kenya | | 572 |
| | Global | | 572 |
| | China | | 572 |
| | Global | | 428 |
| | Sri Lanka | | 400 |
| | India | | 400 |
| | India | | 400 |
| | India | | 400 |
| | Congo | | 336 |
| | India | | 286 |
| | Ethiopia | | 286 |
| | Bangladesh | | 286 |
| | India | | 286 |
| | | | **104,483** |

| Cause | Country | Partners | # Surgeries |
|---|---|---|---|
| | Global | | 2,926 |
| | Tanzania | | 222 |
| | Nepal | | 197 |
| | Vietnam | | 146 |
| Clubfoot | Bangladesh | | 120 |
| | Bangladesh | | 120 |
| | Bangladesh | | 120 |
| | India | | 66 |
| | India | | 40 |
| | Colombia | | 40 |
| | | | **3,997** |
| | India | | 1,548 |
| | Global | | 183 |
| | Nepal | | 149 |
| | Tanzania | | 143 |
| | Ethiopia | | 99 |
| | Ethiopia | | 99 |
| | Global | | 99 |
| | Vietnam | | 99 |
| Burns | Uganda | | 66 |
| | Ethiopia | | 66 |
| | Global | | 66 |
| | Kenya | | 58 |
| | India | | 33 |
| | Ukraine | | 33 |
| | Iraq | | 33 |
| | India | | 33 |
| | Cambodia | | 33 |
| | Kenya | | 17 |
| | | | **2,857** |
| | Global | | n/a |
| | Nepal | | n/a |
| Safety & Quality | Bangladesh | | n/a |
| | Global | | n/a |
| | Global | | n/a |
| | Global | | n/a |
| **Total** | | | **111,337** |

WON-EX 012084



Information about WonderWork hospitals who have benefited from ███████ donations…

███████████████████

**Location: India**
Focus: Blindness

- 14,142 cataract surgeries performed for the rural poor
- Patients identified through rural outreach screening camps
- Able to cover villages 150-300 km from base hospitals
- For every 5 patients screened, 2 need surgery



**About** ████████████████

████████████████ has been operating for 25 years. They have a network of 9 hospitals throughout India that provide high quality eye surgery for the rural and urban poor. Their outreach program is one of India's largest; screening camps are held on weekends. Since 1990, not a single week has gone by without camps being conducted. The highly experienced and efficient surgical staff at ███████ treats approximately 140,000 patients every year.

**Patient:** ███████████
**Age:** 45 years
**Gender:** Female
**Village:** ███████████
**Diagnosis:** Cataracts



███████████ **Story:** ███████ is a housewife with two children. Her husband is a poor farmer and can barely feed his family. She began to go blind a few years ago. She mentioned this to her husband but they could not afford to see a doctor. Through a family friend, they heard about a special eye camp nearby at ███████ ███████████ ███████████ husband took her to the camp where she was diagnosed with cataracts. She was then brought to the base hospital, where the surgery was performed immediately and free of cost. ███████ was very excited and grateful to have her vision restored.

WON-EX 012085



██████████████████████████████████████

Location: India
Focus: Blindness

- 10,057 free surgeries performed

**About** ███████████



████████████████ is a service oriented mission hospital that has served the poorest patients in West Bengal India since the early 1990's. ███████ ████████████████ and his talented team treat approximately 18,000 patients every year. ████ is one of the few hospitals in the region specializing in pediatric ophthalmology. They also run an Ophthalmic Training Centre, which trains more than 100 students each year.

**Patient:** ███████████
**Age:** 2 years
**Gender:** Male
**Village:** ████████████
**Diagnosis:** Congenital Cataract

██████ **Story:** ███████████ family realized he was blind when he was only 4 months old. They are very poor famers that live in a thatched mud house in a remote village of ██████████ in West Bengal. Until ████ conducted an eye camp recently, the family did not know ██████ condition could be treated. ██████████ was able to undergo a successful surgery at no cost to the family. Now he has 20/20 vision and can go to school.

 

June 15, 2015

4

WON-EX 012086



**Location: Bangladesh**
**Focus: Blindness**

- 3,016 surgeries completed

**About** ▮

▮ They have three branch hospitals and perform about 20,000 cataract surgeries annually, of which 1,252 are performed on children. The hospital performs 10% of the total cataract surgeries in the country. ▮ also provides training to increase the human resource capacity for ophthalmic services in Bangladesh.

**Patient:** ▮
Age: 12 years
Gender: Male
Village: ▮
Diagnosis: Traumatic Cataract

▮ **Story:** ▮ ost all vision in his right eye two years ago due to an accident. But after successful surgery at ▮ through this WonderWork grant, he is now able to see with 20/20 vision.






▮

**Location: India**
**Focus: Blindness**

- 4,669 surgeries completed

**About** ▮

▮ performs over 6,000 free cataract surgeries each year. 90% of these patients come from outreach eye-screening camps they hold throughout the year.

▮

WON-EX 012087


**Patient:** █████████
**Age:** 82
**Gender:** Female
**Village:** █████████
**Diagnosis:** Cataract



*Blindness is 500% more prevalent in the developing world and it hurts women the most. When a wife or mother goes blind, the husband throws her out of the home and gets a new wife. When a girl is blind, she will never marry and remains a burden on the family her entire life.*

█████████

**Location: India**
**Focus: Blindness**

- 1,943 completed surgeries

**About** █████████
█████████ This multi-specialty national hospital has 600 beds and has a patient referral base of over 2 million people. The hospital's eye department performs 4,500 free cataract surgeries each year. █████████ runs the ophthalmic department.






**Patient:** ██████
**Age:** 2 years
**Gender:** Male
**Village:** █████████
**Diagnosis:** Bilateral Cataract

*In many ways, going blind in a developing country is like a death sentence. 60% of children die within 2 years of going blind. They have a saying that a blind person is a "mouth with no hands."*

WON-EX 012088



**Location:** India
**Focus:** Blindness

- 1,943 completed cataract surgeries

**About** ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ established in 1981, is a charitable trust focusing on blindness, orthopedics, education and rehabilitation. They run ▮▮▮▮▮▮▮▮▮▮▮▮▮ a 60-bed charitable hospital that performs approximately 6,000 cataract surgeries annually. The hospital caters to over half a million people from Western Uttar Pradesh, Agra and Mathura.



**Patient:** ▮▮▮▮▮▮▮▮▮
**Age:** 60
**Gender:** Male
**Village:** ▮▮▮▮▮▮▮▮
**Diagnosis:** Cataract

 

*When men go blind in a developing country, they cannot work and can no longer provide for their family. Very often, the only way for them – and their family - to survive is to resort to begging.*

WON-EX 012089



**Location:** India
**Focus:** Blindness

- 1,543 completed pediatric surgeries

**About** ███████ The hospital has a regional eye institute with branches that spread over 32 cities and towns of Uttar Pradesh and Uttaranchal States. The hospital has 1,000+ beds and more than 1,500 beds amongst the rest of its 32 branches. The hospital is equipped with world-class facilities and instruments and continues to provide the best eye care at the lowest price possible in India. ███████ examines more than 400,000 patients annually and organizes outreach camps for the poor in various villages. It operates on 3,000+ patients per year.



**Patient:** ███████
**Age:** 2 years
**Gender:** Female
**Village:** ███████
**Diagnosis:** Cataract



███████ **Story:** ███ is a 2-year-old girl with 3 brothers and sisters. She is completely blind in her right eye. ███ parents are illiterate and do hard labor to support their family. Without the free surgery from WonderWork's program at ███████ they would not have been able to pay for treatment for ███ After surgery, ███ now has 20/20 vision and will now be attending school with her brothers and sisters.

WON-EX 012090



██████████████████████████████

Location: **India**
Focus: **Blindness**

- 1,177 completed cataract surgeries
  - 1,107 adults surgeries
  - 70 pediatric surgeries

████ is a 100-bed multi-specialty hospital located in the capital of Jharkhand state of India. The hospital provides free cataract surgery along with food, medicine and accommodation for all patients as well as free post-operative care for an indefinite period. The hospital also treats patients from neighboring states, Orissa, West Bengal, Chattigarh and Bihar, providing approximately 4,000 surgeries each year.

**Patient:** ████████
**Age:** 7 years
**Gender:** Male
**Village:** ████████
**Diagnosis:** Bilateral Cataract

████ **Story:** ████ suffered a fever at the age of 5 and this caused him to go blind in both eyes. He was unable to go to school. His parents heard about WonderWork's program at ████ ████████████████ where they operated on ████ and restored his eyesight in both eyes. ████ is now going to school, learning how to read and playing with his friends just like a normal 7-year-old.




WON-EX 012091

**Location:** Nepal
**Focus:** Clubfoot

- 197 children treated



About ███
███ is the only pediatric orthopedic hospital in Nepal and has been operating for 27 years. In that time, ███████ and his talented team have treated more than 52,000 children. They currently perform about 1,400 surgeries and treatments each year. Additionally ████ offers training and education services with 33 orthopedic surgeon graduates and over 440 physical rehabilitation trainees.

**Patient Profile:** ████████
**Age:** 3 years
**Gender:** Male
**Village:** ████
**Diagnosis:** Bilateral Primary Clubfoot

  

*There are 2 million children in the world suffering from clubfoot who could be cured through a miracle cure. It takes just six weeks or so to straighten even the most twisted and deformed feet. This cure is 95% effective and costs just $250.*

June 15, 2015

WON-EX 012092



███████████

Location: Bangladesh
Focus: Clubfoot

- 120 children treated

**About** ███████████

███████████ has over 40 clinics across Bangladesh and has provided treatment to 8,759 children. Every year in Bangladesh, an estimated 5,000 children are born with a clubfoot deformity. Besides providing free treatment, the ███████████ program supports training to various government medical facilities.

**Patient** ███████

Age: 5 years
Gender: Male
Village: ██████
Diagnosis: Bilateral Congenital Clubfoot



███████████ **Story:** ███████ father, ████ is a small shopkeeper who lives in ██████. When he and his wife saw that their son was born with clubfoot, they were very upset and felt they had been cursed. ██████ thought his son's feet would never be corrected and he would never walk properly. After hearing about WonderWork's program with ███████████ ████ took ████ at just 2 ½ years old to get treatment. After successful treatment and a minor surgery, ██████ is now a normal and happy 5-year-old boy who can walk, run & play.





WON-EX 012093

**Location: Bangladesh**
Focus: Clubfoot

- 120 children treated

About █████
█████ is a non-profit organization in Bangladesh treating clubfoot patients using both surgical and non-surgical techniques. █████ provides services to about 50,000 patients each year. The 100-bed hospital at █████ is the only hospital in Bangladesh that specializes in the treatment of spinal cord injuries. It also has a specific pediatric unit for children with clubfoot disabilities. █████ treats 300 children for clubfoot annually. Most of these children come from rural areas and cannot afford to bear the full cost of treatment. █████ also offers free education, training and rehabilitation services to the poor with donor support. █████ is regarded as a model facility throughout South Asia and provides training to students across the entire region.



**Patient Profile:** █████
**Age:** 1 year
**Gender:** Male
**Village:** █████
**Diagnosis:** Bilateral Clubfoot

█████ **Story:** █████
was born with bilateral clubfoot. His parents are extremely poor farmers and were unable to afford treatment for their son. But after hearing about █████ and through a WonderWork grant, █████ family was able to get him the free clubfoot treatment he needed to be able to walk. Little █████ received 6 different casts and after a couple of months was walking on his own.



June 15, 2015

12

WON-EX 012094

w n e
w r

**Location: Bangladesh**
**Focus: Clubfoot**

* 120 children treated

**About** ███

███ is a nonprofit health project of ████████ 
████████████████ which aims to transform the lives of children with
clubfoot. ███ is solely dedicated to eliminating clubfoot through early
detection and treatment of children less than 5 years of age in the
Chittagong division of Bangladesh. They provide free Ponseti Method
treatment, which involves a series of castings and corrective surgery at
clinics located within government hospitals. ███ also trains doctors
and physiotherapists in the Ponseti Method and creates awareness
among local stakeholders on early diagnosis and treatment of
clubfoot.

**Patient Profile:** ███████
Age: 5 years
Gender: Male
Diagnosis: Bilateral Clubfoot

███████ **Story:** ███ suffered from clubfoot since he was born. His parents, who are day laborers
are very poor and would never have been able to afford treatment for their son. When they heard
about WonderWork and ███ program, they brought him in for free treatment. It took just six
weeks to straighten ███ feet. Now he can walk and run normally. His parents are very thankful.





June 15,

13

WON-EX 012095



██████████████████

Location: India
Focus: Burn Treatment

- 1,548 burn patients treated

**About** ████████

████████ is a private hospital located in Varanasi, one of the oldest inhabited cities in the world. It was started by ████████████████████ in memory of his father in order to provide state-of-the-art plastic surgery services at an affordable cost. This 80-bed hospital caters to 1 million people in Varanasi and Eastern Uttar Pradesh and performs about 300 burn surgeries a year. ████████ has become a well-known hospital for cleft care and burn reconstructive surgery.



**Patient:** ████
**Age:** 11 years
**Gender:** Male
**Village:** ████████
**Diagnosis:** Burn Contracture

 

████**Story:** ████ was severely burned 2 years ago while he was lighting a cheap gas cookstove and it blew up. Although he survived the explosion, as his burns healed, his chin became fused to his chest preventing him from moving his head and breathing properly. His parents had no money to treat ████ however, they saw a posting in their local newspaper that ████ ████████ and WonderWork were offering free burn treatment. They traveled a long way to reach this hospital. Luckily, he was admitted and received surgery the very next day. ████████ was able to separate ████ chin from his chest, so now he can move his head and neck. This allows him to eat normally and sleep with his head flat on his sleeping mat. He will need more surgeries, but this one has had a huge impact on his quality of life.

WON-EX 012096

LAZARUS

EXHIBIT 35


EXHIBIT
Lazarus
85
Blumberg No. 5118

**From:** Robert Currie [robert@cliffsidebeach.com]
**Sent:** Friday, April 22, 2016 11:30 AM
**To:** Karen Lazarus
**Subject:** Re: Thank you for speaking with me regarding the July 25-29 visit

Hi Karen,

Those are all good choices. However, we are going to see a couple of new restaurants open up this season. So, after we try them, there may be more options to add to the list. Vanessa arrives on island on May 1st and we open for the season on May 19th. We will have the concierge services up and running in a formal way after opening. Most restaurants will not accept reservations more than one month in advance. So, we do have some time.

All the best,
Robert



## Robert Currie

President
Cliffside Beach Club & Hotel
PO Box 449, Nantucket, MA 02554
t:   508.228.0618
e: robert@cliffsidebeach.com
w: www.cliffsidebeach.com

On Apr 18, 2016, at 5:02 PM, Karen Lazarus <karen@wonderwork.org> wrote:

Hi Robert,

I was wondering if you or Monique (or your daughter!) could recommend some good restaurants for dinner for the Mullaney/████ visit in July.  I was thinking of (Galley Beach, Cru, Toppers, American Seasons).  If you think there are some other gems I should put in the mix, please let me know.

Thank you very much!  I know we are well ahead of the game here, but just trying to get my ducks in a row now.

All the best,
Karen

**Karen Lazarus**
Director of Strategic Projects
WonderWork
411 Fifth Avenue, Suite 702  **NEW ADDRESS!**

New York, NY  10016
tel: 212.729.1855 ext. 101
cell: 917.848.3508
skype: karen_wonderwork
www.WonderWork.org

Watch two blind sisters see their mom for the first time!
Almost 10,000,000 people have watched this heart-warming video so far. It was the #1 watched video on the
National Geographic website for more than a year.

<9AE44CB1-E63F-4302-9522-2D5FF9C814D7[73].png>

**TIME magazine named WonderWork "One Of 10 Ideas That Can Change The World."**

---

**From:** Karen Lazarus <karen@wonderwork.org>
**Date:** Friday, January 22, 2016 5:55 PM
**To:** Robert Currie <robert@cliffsidebeach.com>
**Subject:** Re: Thank you for speaking with me regarding the July 25-29 visit

Have a good weekend.  Thank you, Karen

**Karen Lazarus**
Director of Strategic Projects
WonderWork

Watch two blind sisters see their mom for the first time!
More than 7.5 million people have watched this heart-warming video!

420 Fifth Avenue, 27th Floor
New York, NY  10018
tel: 212.729.1855 ext. 101
cell: 917.848.3508
skype: karen_wonderwork
www.WonderWork.org

<9AE44CB1-E63F-4302-9522-2D5FF9C814D7[68].png>

**TIME magazine named WonderWork "One of 10 Ideas That Can Change The World."**

---

**From:** Robert Currie <robert@cliffsidebeach.com>
**Date:** Friday, January 22, 2016 4:15 PM
**To:** Karen Lazarus <karen@wonderwork.org>
**Subject:** Re: Thank you for speaking with me regarding the July 25-29 visit

Hi Karen,

Just sent out the two confirmations through our reservation system. You should be receiving them shortly.

All the best,
Robert Currie

<PavilionPhotoEmail.jpg>

**Robert Currie**

President
Cliffside Beach Club & Hotel
PO Box 449, Nantucket, MA 02554
t:   508.228.0618
e: robert@cliffsidebeach.com
w:www.cliffsidebeach.com

On Jan 22, 2016, at 9:15 AM, Karen Lazarus <karen@wonderwork.org> wrote:

Hi Robert, not sure if you received this email yesterday!  Thank you, Karen

**From:** Karen Lazarus <karen@wonderwork.org>
**Date:** Thursday, January 21, 2016 3:01 PM
**To:** Cliffside Reservations <reservations@cliffsidebeach.com>
**Subject:** Re: Thank you for speaking with me regarding the July 25-29 visit

Good afternoon, Robert and Monique.  Brian & Cricket Mullaney, as well as ████████ ████████ are very much looking forward to their stay with you July 25-28.

I know you are both traveling to Las Vegas this weekend, so whenever you can send me the receipt for their rooms (and whatever other information you normally send), that would be great.

Of course, if you need to call me for anything, my numbers are below.  Email is fine, too!

Thank you again!
Karen

**Karen Lazarus**
Director of Strategic Projects
WonderWork

Watch two blind sisters see their mom for the first time!
More than 7.5 million people have watched this heart-warming video!

420 Fifth Avenue, 27th Floor
New York, NY  10018
tel: 212.729.1855 ext. 101
cell: 917.848.3508
skype: karen_wonderwork
www.WonderWork.org

<9AE44CB1-E63F-4302-9522-2D5FF9C814D7[51].png>

**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

**From:** Cliffside Reservations <reservations@cliffsidebeach.com>
**Date:** Thursday, January 14, 2016 3:24 PM
**To:** Karen Lazarus <karen@wonderwork.org>

**Subject:** Re: Thank you for speaking with me regarding the July 25-29 visit

Hi Karen,

Happy to hold it for you but it has to be the first set of dates, July 25-28 (3 nights).

Thank you,

<PavilionPhotoEmail.jpg>

# Cliffside Beach Club & Hotel

PO Box 449, Nantucket, MA 02554
t:508.228.0618
e:reservations@cliffsidebeach.com
w:www.cliffsidebeach.com

On Jan 14, 2016, at 10:25 AM, Karen Lazarus <karen@wonderwork.org> wrote:

> Hi Monique, thank you again for taking so much time to speak with me about your property. I wish I had known about it sooner!
>
> It sounds absolutely perfect and exactly what I am looking for.
>
> If you are able to hold those rooms #126 and #119 for the ████████ and Mullaneys (just through this weekend) that would be excellent. I certainly understand that you are in very high demand and I will do my best to communicate to Brian the urgency we need to consider in reserving your property. Again, the dates will be July 25-28 or July 26-29 (3 nights).
>
> To give you a little background on who we are, WonderWork is one of the world's first major charities focused on providing access to surgery in the developing world. We provide free, life-changing surgeries to children and adults who are blind, severely burned and crippled with clubfoot. We're proud to have provided more than 135,000 free surgeries in just 4 years. As I mentioned, Brian Mullaney is our co-founder. He is also the co-founder and former president of Smile Train, the world's largest cleft organization. When he saw that cleft surgeries had stopped growing and recognized the tremendous underserved need of millions of children and adults suffering from even larger surgical medical problems, he decided to launch WonderWork. The ████████ are our largest benefactors; they are also Smile Train's largest donor. As I mentioned they are extremely generous, understated, and absolutely delightful. They live in Zurich.
>
> If you and/or your husband have 4 free minutes, take a look at a video we have done. It's about 2 blind sisters who received surgery from our partner surgeon in India. All I can tell you is that you will have a big smile on your face after watching it. Just click here: https://vimeo.com/84902120 And feel free to check out our website at www.wonderwork.org.
>
> Avec mes sincères remerciements,
> Karen Lazarus

**Karen Lazarus**
Director of Strategic Projects
WonderWork

Watch two blind sisters see their mom for the first time!
More than 4 million people have watched this heart-warming video!

420 Fifth Avenue, 27th Floor
New York, NY  10018
tel: 212.729.1855 ext. 101
cell: 917.848.3508
skype: karen_wonderwork
www.WonderWork.org

<9AE44CB1-E63F-4302-9522-2D5FF9C814D7[22].png>

**TIME magazine named WonderWork "One of 10 Ideas That Can Change The World."**

<PavilionPhotoEmail.jpg><9AE44CB1-E63F-4302-9522-2D5FF9C814D7[51].png>

<PavilionPhotoEmail.jpg><9AE44CB1-E63F-4302-9522-2D5FF9C814D7[68].png>

LAZARUS

EXHIBIT 36

EXHIBIT
Lazarus
36

Blumberg No. 5118

| Brian Mullaney | $475,000.00 | | 2011= $275k | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | e-mail 1/4/12 $295k | | | | | | | | |
| Dec.2011 | 275,000.00 | | board approved at $475k 6/22/12 per bm e-mail 6/22/12 | | | | | | | | |
| Calendar 2011 | $275,000.00 | | | | notes | | fiscal year | calendar year | | increase | difference |
| | | | | | | | 137,500.00 | $395,000 | | $237,500 | $475,000 |
| Jan.12 | 24,583.33 | | | | BM Salary | | | | | | |
| Feb.12 | 24,583.33 | | | | | 12/15/2011 | 275,000.00 | | | | |
| Mar.12 | 24,583.33 | | | | | 1/15/2012 | 24,583.33 | 39,583.33 | | 15,000.00 | |
| Apr.12 | 24,583.33 | | | | | 2/15/2012 | 24,583.33 | 39,583.33 | | 15,000.00 | |
| May.12 | 24,583.33 | | | | | 3/15/2012 | 24,583.33 | 39,583.33 | | 15,000.00 | |
| June.12 | 24,583.33 | | 190,000.00 additional salary per 6/22/12 hod meeting | | | 4/15/2012 | 24,583.33 | 39,583.33 | | 15,000.00 | |
| FY12 | $612,499.98 | | | | | 5/15/2012 | 24,583.33 | 39,583.33 | | 15,000.00 | |
| | | | | | | 6/15/2012 | 24,583.33 | 39,583.33 | | 15,000.00 | |
| | | | | | | Total for the fiscal year | 147,499.98 | | | 90,000.00 | |
| | | | | | | Calendar year | 137,500.00 | 422,499.98 | | 100,000.00 | |
| July.12 | 39,583.33 | | | | | | | | | | |
| Aug.12 | 39,583.33 | | | | | | | | | | |
| Sep.12 | 39,583.33 | | | | | | | | | | |
| Oct.12 | 18,750.00 | | 20,833.30 less $5500 for camera | | | | | | | | |
| Nov.12 | 0.00 | | | | | | | | | | |
| Dec.12 | 39,583.33 | | | | | | | | | | |
| Calendar 2012 | $475,000.00 | | | | | | | | | | |
| | | | | | | | | | | | |
| Jan.13 | 56,916.63 | | include holdover per BM e-mail 1/2/13 | | | | | | | | |
| Jan.13 additional | 79,166.66 | | Nov.12 and Dec.12 catch up e-mail 1/2/13 | | | | | | | | |
| Feb.13 | 39,583.33 | | | | | | | | | | |
| Mar.13 | 39,583.33 | | | | | | | | | | |
| April.13 | 39,583.33 | | hold at $475k per e-mail 4/4/13 | | | | | | | | |
| May.13 | 39,583.33 | | | | | 7/1/2013 | 250,000.00 | email TD | | | |
| Jun.13 | 39,583.33 | | | | | | | | | | |
| FY13 | $471,499.96 | | | | | | | | | | |
| | | | | | | | | | | | |
| Jul.13 | 39,583.33 | | | | | 1/6/2014 | deduct the $22,000 from my impact up to $228,000 | | | | |
| Aug.13 | 39,583.33 | | | | | | | | | | |
| Sep.13 | 39,583.33 | | | | | 1/6/2014 x | -22,000.00 e-mail BM | | | | |
| Oct.13 | 22,250.07 | | 17,333.26 | | | remaining | -22,000.00 | | | | |
| Nov.13 | 0.00 | | 39,583.33 | | | | | | | | |
| Dec.13 | 0.00 | 39,583.33 | 96,499.92 paid in Jan 2014 | | | 7/1/2013 | Board bonus | 250,000.00 e-mail TD | | | |
| Calendar 2013 | $475,000.00 | | | | | 1/6/2014 | personal reimburse | -22,000.00 e-mail BM 1/6/14 | | | |
| | | | | | | 1/6/2014 | remaining | 228,000.00 | | | |
| Bonus 7/1/13 | | | 0.00 | | | 4/5/2014 x | | 30,000.00 about 50% weekly travel FY14, FY15 | | | |
| Jun.14 | 114,170.19 | 114,170.19 | | | | 4/5/2014 x | | -10,000.00 annual ... | | | |
| Jan.14 additional | 21,913.06 | | $136,083.25 | | | | | | | | |
| Feb.14 | 39,583.33 | | | | | | | | | | |
| Mar.14 | 39,583.33 | | -78,000.00 deducted per 4/5/14 | | | 4/5/2014 x | | -38,000.00 additional contribution | | | |
| Apr.14 | -189,583.33 | | includes $150k bonus per 4/5/14 e-mail | | | | | | | | |
| May.14 | 39,583.33 | | | | | | remaining bonus | 150,000.00 paid 4/15/14 | | | |
| Jun.14 | 30,583.43 | 8,999.90 remaining | | | | | given back | -100,000.00 | | | |
| FY14 | $616,000.06 | | | | | | BM | | | | |
| Jul.14 | 0.00 | 39,583.33 | | | | | Jun.14 | 8,999.90 | | | |
| Aug.14 | 0.00 | 39,583.33 | | | | | Jul.14 | 39,583.33 | | | |

NOTES

CONFIDENTIAL

WON07285

Left ledger:

| Period | | | | Notes |
|---|---|---|---|---|
| Sep.14 | 0.00 | 39,583.33 | | |
| bonus per 10/21/14 | | 250,000.00 | | |
| per e-mail 10/1/14 | | -1,000.00 | | |
| Oct.14 | 0.00 | 39,583.33 | | |
| per e-mail 10/21/14 | | -50,000.00 | | |
| Nov.14 | 0.00 | 39,583.33 | | |
| Dec.14 | 0.00 | 39,583.33 | 445,499.88 | |
| Calendar 2014 | 0.00 | $475,000.00 | | |
| Jan.15 | $50,000.00 | -$10,416.67 | | holiday dinner |
| 1/8/2015 | | | | MAB dinner |
| 2/9/2015 | | -1,300.00 | | end of Jan 15 |
| Feb.15 | 39,583.33 | $431,509.12 | | to bring calendar year to $475k |
| Feb.15 additional | 385,416.67 | | | balance as of Feb.15 |
| | $46,092.45 | | | |
| Mar.15 | 0.00 | 39,583.33 | | |
| Apr.15 | 0.00 | 39,583.33 | -29,000.00 april 2015 emails | |
| May.15 | 0.00 | 39,583.33 | -5,000.00 5/6/15 e-mail | |
| Jun.15 | 0.00 | 39,583.33 | -2,652.47 6/3/15 e-mail | |
| FY15 | $475,000.00 | $204,425.77 | $167,773.60 | balance as of 6/15/15 |
| Jul.15 | 0.00 | 39,583.33 | $207,356.93 | |
| Aug.15 | 0.00 | 39,583.33 | $246,940.26 | |
| Sep.15 | 0.00 | 39,583.33 | $285,173.59 | |
| Oct.15 | 0.00 | 39,583.33 | $322,699.18 | |
| Nov.15 | 0.00 | 39,583.33 | $356,202.29 | |
| Dec.15 | 0.00 | 39,583.33 | $558,860.62 | |
| Calendar 2015 | $475,000.00 | | | |
| Jan.16 | $0.00 | 39,583.33 | 598,443.95 | |
| Feb.16 | $0.00 | 39,583.33 | 638,027.28 | |
| Mar.16 | $0.00 | 39,583.33 | 630,314.37 | |
| Apr.16 | $0.00 | 39,583.33 | $669,481.03 | |
| May.16 | $5.00 | 39,583.33 | $692,616.46 | |
| Jun.16 | $475,000.00 | 39,583.33 | $749,064.36 | 32,166.66 |
| FY16 | $475,000.00 | $274,084.36 | | |
| FY16 bonus per bod | $0.00 | 250,000.00 | $524,064.36 | |
| Jul.16 | $0.00 | 39,583.33 | $534,840.26 | |
| Aug.16 | $0.00 | 39,583.33 | $570,293.06 | |
| Sep.16 | $0.00 | 39,583.33 | $590,654.08 | |
| Oct.16 | $0.00 | 39,583.33 | $592,616.46 | |
| Nov.16 | $0.00 | 39,583.33 | 616,716.79 | |
| Dec.16 | $0.00 | 39,583.33 | 624,800.12 | |
| Calendar 2016 | $475,000.00 | | | |
| Jan.17 | $0.00 | 39,583.32 | 664,383.45 | 475000 |
| Feb.17 | $0.00 | 39,583.33 | 703,966.78 | 250000 |
| Mar.17 | $0.00 | 39,583.33 | 743,550.11 | 725000 |
| Apr.17 | $0.00 | 39,583.33 | 783,133.44 | |
| May.17 | $0.00 | 39,583.33 | | |
| Jun.17 | $0.00 | 39,583.33 | | |
| FY17 | $0.00 | | | |

Right ledger (bonus):

| Period | bonus | Notes |
|---|---|---|
| | 250,000.00 | see e-mail from JJ 10.21.14 |
| Aug.14 | 39,583.33 | |
| Sep.14 | 39,583.33 | |
| Oct.14 (x) | 38,583.33 | per e-mail 10/1/14 / -1,000.00 |
| | -50,000.00 | 10/21/14 email |
| Nov.14 | 39,583.33 | |
| Dec.14 | 39,583.33 | 445,499.88 |
| Jan.15 | 485,083.21 | |
| | -50,000.00 | payroll |
| Jan.15 | 485,083.21 | |
| | 435,083.21 | |
| 1/8/15 email (x) | -2,274.09 | holiday dinner |
| 2/9/15 email | -1,800.00 | MAB dinner |
| | 431,509.12 | |
| Feb.14 | 39,583.33 | |
| | -39,583.33 | paid 7/13/15 |
| paid in Feb | 385,416.67 | to bring calendar 2015 to 475,000 |
| remaining | 46,092.45 | |
| as of today / end of Feb.15 | | |
| Mar.15 | 39,583.33 | |
| Apr.15 | 125,259.11 | |
| | -6,000.00 | 4/20/15 per nb for writer |
| | -3,000.00 | 4/20/15 per nb for Photoshop lessons |
| | 116,259.11 | as of 4/20/15 |
| | -20,000.00 | e-mail 4/21/15 Jun trip |
| May.15 | 39,583.33 | |
| | 330,842.44 | |
| | -5,250.13 | e-mail 5/6/15 $-5,000 for camera equipment |
| | 325,592.12 | e-mail 6/3/15 skyline deductions |
| June.15 | 39,583.33 | |
| | 167,773.60 | June Board 2015 meeting reduction of $150k not included |
| July.15 | 39,583.33 | |
| | 207,356.93 | |
| Aug.15 | 39,583.33 | |
| | 246,940.26 | |
| Sep.15 | 39,583.33 | |
| | 285,173.59 | Sep.15 |
| owed | 285,173.59 | |
| Oct.15 | 39,583.33 | |
| | 322,699.13 | Oct.15 |
| | -36,925.00 | staff bonus email 11/23/15 |
| owed to date | 322,699.13 | |
| Nov.15 (x) | 356,202.29 | Nov.15 |
| | 39,583.33 | |
| Dec.15 | 358,860.62 | |
| | 200,000.00 | bonus per JJ 12/22/15 |
| Jan.16 | 39,583.33 | |

CONFIDENTIAL

WON07286

CONFIDENTIAL

| Taken to date | | Bonuses | |
|---|---|---|---|
| Calendar 2011 | $275,000.00 | | |
| Calendar 2012 | $475,000.00 | | |
| Calendar 2013 | $475,000.00 | July 2013 | $250,000.00 |
| Calendar 2014 | $475,000.00 | July 2014 | $250,000.00 |
| Calendar 2015 | $475,000.00 | July 2015 | $200,000.00 |
| Calendar 2016 | $475,000.00 | July 2016 | $250,000.00 |
| | $2,650,000.00 | | $950,000.00 |

| owed as of Dec. 2016 | $624,800.12 |
|---|---|
| as of April 30, 2017 | $783,333.44 |

| Date | Amount | Description |
|---|---|---|
| Feb.16 | 598,443.95 | dinner with find 2/6/16 e-mail at shoreline |
| | 39,583.33 | |
| | 638,027.28 | golf balls |
| Mar.16 | 39,583.33 | |
| | | langham bills for 2015 per amex 3/11/16 email |
| | | antrak for 2015 per amex |
| | | other taxs for 2015 per amex |
| 3/11/2016 | 630,314.37 | 4 seasons 3/11/16 e-mail 12/4/15-1/22/16  -46,072.49 |
| 3/11/2016 | | |
| Apr.16 | 39,583.33 | |
| | 669,897.70 | |
| May.16 | 39,583.33 | |
| | 709,481.03 | |
| Jun.16 | 39,583.33 | |
| | 749,064.36 | taken June 2016 |
| | -$475,000.00 | remaining |
| | 250,000.00 | bonus per JJ 7/7/16 |
| Jul.16 | 39,583.33 | |
| email 6/7/16 | | 4 seasons 3/18-8/2/16 |
| email 6/7/16 | | skyline deductions through 7/13/16 |
| email 7/31/16 | | langham bills for 2016 per amex through July 31, 2016 |
| email 7/31/16 | | antrak bills for 2016 per amex through July 31, 2016 |
| email 7/31/16 | | other misc taxis bills for 2016 per amex through July 31, 2016 |
| | 534,840.36 | |
| Aug.16 | 39,583.33 | |
| | | 8/14/16 per mb aditional Photoshop lessons |
| | | July 2016 legal |
| | 570,255.06 | |
| email 9/8/16 | | annual ... ast July 2016 email 09/08/16 |
| e-mail 9/12/16 | | trip to black pearl lodge |
| Sep.16 | 39,583.33 | |
| | 596,664.08 | |
| 9/28/2016 | | healthcare (annual) |
| 10/19/2016 | | trip to Bangladesh |
| Oct.16 | 39,583.33 | |
| | 596,247.41 | |
| 10/21/2016 | | camera |
| | 592,633.46 | |
| 10/31/2016 | | computer  email |
| 10/31/2016 | | ai invites  email |
| Nov.16 | 39,583.33 | |
| | 626,716.79 | |
| Dec.16 | 39,583.33 | |
| | | bonus email bn 12/4/16 |
| | -184,060.46 | |
| | $624,800.12 | |
| Jan. 2017 | 39,583.33 | |
| Feb. 2017 | 39,583.33 | |

WON07287



$703,966.78

CONFIDENTIAL

WON07288

| NOTES | | Amount | Description |
|---|---|---|---|
| 1 | personal reimbursement | -22,000.00 | e-mail BM 1/6/14 |
| 2 | 4/5/2014 | -30,000.00 | about 50% weekly travel FY14, FY15 |
| 3 | | -10,000.00 | annual [redacted] visits |
| 4 | 4/5/2014 | -38,000.00 | additional contribution |
| 5 | Oct.14 | -1,000.00 | per e-mail 10/1/14 |
| 6 | 10/21/14email | -50,000.00 | 10/21/14email |
| 7 | 1/8/15 email | -2,274.09 | holiday dinner |
| 8 | 2/9/15 email | -1,300.00 | MAB dinner |
| 9 | | -6,000.00 | 4/20/15 per mb for writer |
| 10 | | -3,000.00 | 4/20/15 per mb for Photoshop lessons |
| 11 | | -20,000.00 | e-mail 4/21/15 June [redacted] trip |
| 12 | | -5,000.00 | e mail 5/6/15 $-5,000 for camera equipment |
| 13 | | -2,652.17 | e-mail 6/3/15 skyline deductions |
| 14 | | -1,350.00 | e-mail 9/23/15 |
| 15 | | -2,057.74 | e-mail 10.08.15 harvard club |
| 16 | Nov. 15 | -6,080.22 | writer on India trip |
| 17 | | -36,925.00 | staff bonus email 11/23/15 |
| 18 | | -1,223.75 | golf balls |
| 19 | | -23,493.86 | langham bills for 2015 per amex 3/11/16 email |
| 20 | 3/11/2016 | -11,028.60 | amtrak for 2015 per amex |
| 21 | 3/11/2016 | -2,977.56 | other taxis for 2015 per amex |
| 22 | | -8,572.47 | 4 seasons 3/11/16 e-mail   1/24/15-1/23/16 |
| 23 | email 6/7/16 | -3,675.46 | 4 seasons 3/18-8/2/16 |
| 24 | email 6/7/16 | -2,975.36 | skyline deductions through 7/13/16 |
| 25 | email 7/31/16 | -13742.29 | langham bills for 2016 per amex through July 31, 2016 |
| 26 | email 7/31/16 | -7,061.00 | amtrak bills for 2016 per amex through July 31, 2016 |
| 27 | email 7/31/16 | -1,353.22 | other misc taxis bills for 2016 per amex through July 31, 2016 |
| 28 | | -3,750.00 | 8/14/16 per mb additional Photoshop lessons |
| 29 | | -378.63 | July 2016 legal |
| 30 | email 9/8/16 | -12,423.33 | annual [redacted] visit July 2016 email 09/08/16 |
| 31 | e-mail 9/12/16 | -790.98 | trip to black pearl lodge |
| 32 | 9/28/2016 | -15,000.00 | healthcare (annual) |
| 33 | 10/19/2016 | -25,000.00 | trip to Banglasdesh |
| 34 | 10/21/2016 | -3,613.95 | camera |
| 35 | 10/31/2016 | -5,000.00 | computer   email |
| 36 | 10/31/2016 | -500.00 | az invites   email |
| 37 | 12/4/2016 | -41,500.00 | bonus email bm 12/4/16 |

CONFIDENTIAL

**Trivigno, Leonardo**

| | |
|---|---|
| **From:** | Brian Mullaney <brian@wonderwork.org> |
| **Sent:** | Tuesday, August 28, 2012 10:18 AM |
| **To:** | Hana Fuchs |
| **Subject:** | my pay |

Hi Hana,

I do not want my pay to exceed the approved $475,000 annual pay amount that the board approved for this calendar year so please stop paying me when I hit this number and accrue it. I can take it next year.

Also, WonderWork bought a camera for me to take on trips but I want to cover the cost out of my pay. It was around $3,500 so please deduct that amount from my pay.

Any questions or concerns feel free to drop by.

Thanks,


Brian


**Brian Mullaney**
Co-Founder/CEO
WonderWork     *(formerly Surgery For The Poor)*
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org



TIME magazine named WonderWork "One of 10 Ideas That Can Change The World."

1

WON07290

**Hana Fuchs**

| | |
|---|---|
| **From:** | Brian Mullaney |
| **Sent:** | Monday, January 06, 2014 4:11 PM |
| **To:** | Hana Fuchs |
| **Subject:** | Re: back pay |

If it is okay with you, I'd like to deduct the $22,000 from my impact loan. Thus, my loan is reduced to $228,000.

Oky?

B.


**Brian Mullaney**
Co-Founder/CEO
WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

**From:** Hana Fuchs <hana@wonderwork.org>
**Date:** Monday, January 6, 2014 4:08 PM
**To:** brian mullaney <brian@wonderwork.org>
**Subject:** RE: back pay

I've attached the spreadsheet we keep based on your expenses above and what WW owes for Oct., Nov. and Dec. 13 which does not include the Impact Loan.
Let me now if you have any questions.
Thanks Hana

| | | Oct.13 | Nov.13 | Dec.13 | Total 2013 |
|---|---|---|---|---|---|
| | | 39,583.33 | | | |
| | paid in Oct. | 22,250.07 | | | |
| | owed to bm | 17,333.26 | 39,583.33 | 39,583.33 | |
| less misc. | per Karen spreadsheet | -2,106.63 | | | |
| | less █████ | -3,797.43 | | | |
| 11/5/2013 | less dinner 4 Seasons | -15,000.00 | | | |
| 12/9/2013 | holiday dinner | -1,009.00 | | | |
| | | -4,579.80 | 39,583.33 | 39,583.33 | 74,586.86 |

**From:** Brian Mullaney
**Sent:** Monday, January 06, 2014 3:41 PM

1

CONFIDENTIAL

WON07291

**To:** Hana Fuchs
**Subject:** back pay

Hi Hana,

Can you please add any extra pay from 2013 that I did not take with my January pay?

This of course does not include the $250,000 bonus which I loaned to WonderWork as part of our impact loan. I should ask Karen to fill out some paperwork for me for this. I am not going to take any interest and I may forgive some or all of it.

Thank you,


Brian


**Brian Mullaney**
Co-Founder/CEO
WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

CONFIDENTIAL

WON07292

| | |
|---|---|
| **From:** | Brian Mullaney |
| **Sent:** | Saturday, April 05, 2014 9:00 AM |
| **To:** | Hana Fuchs |
| **Subject:** | Re: payroll |

Hi Hana,

Can you please deduct $30,000 as a contribution to defray costs of 50% of my weekly travel expenses? This should cover fy 2014 and 2015.

Deduct $10,000 as a contribution to help defray the costs of annual haefner visit – he told me they want to come for another visit this summer.

Deduct $38,000 as an additional contribution.

And then please pay me the remaining amount in my next paycheck which should be around $150,000.

Also, when I hit $475,000 in salary for this calendar year please stop paying me.

Thanks

B.

**Brian Mullaney**
Co-Founder/CEO
WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

**From:** Hana Fuchs <hana@wonderwork.org>
**Date:** Wednesday, April 2, 2014 9:35 AM
**To:** brian mullaney <brian@wonderwork.org>
**Subject:** RE: payroll

Hi Brian,
We squared away your payroll in January and we caught up on what was outstanding. The 2 paychecks added up to $136,083.25 which was the carryover from the prior year and the Jan. 2014 payroll. As of the latest summary of expenses that we keep, please see below.

1

CONFIDENTIAL

WON07293

| $ 380.08 | Owed to WW 2014 |
|---|---|
| | |
| $ 22,293.14 | Owed to WW through 2013 |
| | |
| $ (22,000.00) | deducted from Impact Loan 1/6/14 |
| $ 228,000.00 | remaining Impact Loan |

Let me know if you need additional details.
Thank Hana

---

**From:** Brian Mullaney
**Sent:** Tuesday, April 01, 2014 6:17 PM
**To:** Hana Fuchs
**Subject:** payroll

Hi Hana,

Can you please send me a summary of how much I owe WonderWork and how much WonderWork owes me?

I want to forgive some of my impact loan, take some and reduce the balances all around.

Thanks

B.

**Brian Mullaney**
Co-Founder/CEO
WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org



TIME magazine named WonderWork "One of 10 Ideas That Can Change The World."

CONFIDENTIAL

WON07294

# Hana Fuchs

Hi Hana,

Entertained two donors and one prospect this week at Langham including an expensive dinner for our million-dollar donor ███████

Please deduct $1,000 from my pay to put towards defraying the cost of those dinner/drink charges on my hotel bill.

Thanks

B.


**Brian Mullaney**
Co-Founder/CEO
WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

1

## Hana Fuchs

Please deduct $50,000 from pay owed to me and make it a donation to WonderWork.

I would like $12,500 of it to go towards ███████ travel expenses for this africa trip.

I would like $12,500 of it to pay for my expenses for this africa trip.

Please deduct whatever our xmas party costs and of course, all photoshop lessons.

Thanks

B.


**Brian Mullaney**
Co-Founder/CEO
WonderWork

Watch two blind sisters see their mom for the first time!
More than 1,500,000 people have watched this heart-warming video over the past few weeks!

420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

1

CONFIDENTIAL

WON07296

**Hana Fuchs**

| | |
|---|---|
| **From:** | Brian Mullaney |
| **Sent:** | Monday, November 03, 2014 1:25 PM |
| **To:** | Hana Fuchs |
| **Subject:** | Re: donation |

Thanks. Please have $10,000 of it goes towards any and all expenses at the four seasons.
Thank s
B.

**Brian Mullaney**
Co-Founder/CEO
WonderWork

<u>Watch two blind sisters see their mom for the first time!</u>
More than 1,850,000 people have watched this heart-warming video over the past few weeks!

420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: <u>brian@wonderwork.org</u>
<u>www.WonderWork.org</u>

**From:** Hana Fuchs <<u>hana@wonderwork.org</u>>
**Date:** Monday, November 3, 2014 at 12:51 PM
**To:** brian mullaney <<u>brian@wonderwork.org</u>>
**Subject:** FW: donation

This is what you sent to me –
H

**From:** Brian Mullaney
**Sent:** Tuesday, October 21, 2014 1:34 PM
**To:** Hana Fuchs
**Subject:** donation

Please deduct $50,000 from pay owed to me and make it a donation to WonderWork.

I would like $12,500 of it to go towards ███████ travel expenses for this africa trip.

I would like $12,500 of it to pay for my expenses for this africa trip.

Please deduct whatever our xmas party costs and of course, all photoshop lessons.

Thanks

B.

1

CONFIDENTIAL

WON07297

**Hana Fuchs**

From:        Brian Mullaney
Sent:        Thursday, January 08, 2015 11:14 AM
To:         Hana Fuchs
Subject:    Re: Holiday dinner expense

It was worth it
Please deduct from my pay
B

On Jan 8, 2015, at 4:02 PM, Hana Fuchs <hana@wonderwork.org> wrote:

Invoice arrived yesterday from 4 Seasons
Total $2,274.09

CONFIDENTIAL

WON07298

**Hana Fuchs**

| From: | Brian Mullaney |
|---|---|
| Sent: | Monday, February 09, 2015 7:24 AM |
| To: | Hana Fuchs |
| Subject: | MAB dinner |

Hi Hana,

Our dinner last night was great – but expensive!

Can you please deduct $1,300 from my pay to pay for it?

Thanks,

B.


**Brian Mullaney**
Co-Founder/CEO

WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

Watch two blind sisters see their mom for the first time!
More than 2,100,000 people have watched this heart-warming video over the past few weeks!



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

1

CONFIDENTIAL

WON07299

# Hana Fuchs

Hi Hana,

I want you to know what is going on with the new book I am writing.

As you know, I wrote a book to raise money for Smile Train, and while it was taken off the book shelves just a month before it's launch (and it was actually #50 on Barnes and Nobles pre-sales list), when I mailed a thousand or so copies out that I printed myself at my expense, it raised more than $500,000 for WonderWork and most importantly, it prompted ███ ███████ our $7.5 million Impact Loan and $4 million donor to get in touch with us and start supporting WonderWork.

When Smile Train mailed the coffee table book we put together, it raised $2+ million.

I have no doubt that a new book that talks about our previous success at Smile Train and the transition to WonderWork with all of its potential will help us raise millions of dollars for WonderWork.

Our work at Smile Train and WonderWork is currently prominently featured in two best-selling books: *Think Like A Freak* by Steve Levitt and Stephen Dubner and *A Path Appears* by 2-time Pulitzer prize winner, NY Times columnist Nick Kristof and his 1-time Pulitzer prize winning wife Sheryl WuDunn.

My plan is to write a book proposal within the next month or two and shop it around to publishers just as we did with my first book. I have hired the same author who helped me write the first book as she is a great writer and very experienced with what we do. Her latest book, "He Wanted The Moon" was just reviewed by The New York Times and the reviewer wrote - "cannot put it down." If we cannot find a publisher that will be the end of this project. I had 4 publishers bid on my first book so I am confident this will get published. Any and all out-of-pocket costs incurred by WonderWork in this venture over the next 1-2 years will be deducted from my pay so it will not cost WonderWork any money. In addition, I am paying the author $7,500 directly for the book proposal.

When I sign a contract with a publisher for this book, I will include a provision that WonderWork will be able to purchase 20,000 – 30,000 copies of the book at a very low, wholesale rate of $6-$7 to send to our major donors donors in fundraising appeals. In case this does not work, I will indemnify WonderWork against any losses.

Finally, all of my profits from this book will be donated to WonderWork.

In summary, this project will not cost WonderWork any money. We hope it will raise millions of dollars for WonderWork as well as a lot of awareness just as our viral video has.

I gave told our board of directors all of this and before I sign any agreement with a publisher I will get their formal approval. That should be in 2 months or so.

√ Please make sure all Eve expenses related to this trip to India by deducted from my pay.

Please let me know if you have any concerns, questions or suggestions.

Thanks,

1

CONFIDENTIAL

Brian


**Brian Mullaney**
Co-Founder/CEO

WonderWork
420 Fifth Avenue, 27th Floor
New York, NY  10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

<u>Watch two blind sisters see their mom for the first time!</u>
More than 2,100,000 people have watched this heart-warming video over the past few weeks!



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

CONFIDENTIAL

WON07301

**Hana Fuchs**

From:          Brian Mullaney
Sent:          Tuesday, April 21, 2015 9:06 AM
To:            Hana Fuchs
Subject:       pay deductions

Please let me know my total Boston New York travel expenses and if I have exceed the $30,000 i deducted.

Also, please deduct $20,000 towards this June trip with 

Also, please drop by this morning to discuss this printer. I have no idea if this was a great deal or not so great but want to know why we increased our printing expenses and signed a 3 year lease for $25,000 when we are in very poor financia shape. Doesn't make sense to me but I am hoping you can explain it to me so it does!

Thx

B.


**Brian Mullaney**
Co-Founder/CEO

WonderWork
420 Fifth Avenue, 27th Floor
New York, NY  10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

Watch two blind sisters see their mom for the first time!
Almost  3,000,000 people have watched this heart-warming video over the past few months!



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

CONFIDENTIAL                                                                          WON07302

**Hana Fuchs**

| | |
|---|---|
| **From:** | Brian Mullaney |
| **Sent:** | Wednesday, May 06, 2015 10:14 AM |
| **To:** | Karen Lazarus |
| **Cc:** | Hana Fuchs |
| **Subject:** | FW: Invoice |
| **Attachments:** | BrianMullaneyCanonLenses.4.22.15.xls.pdf; ATT00001.txt |

Please confirm that these prices are as good as the 5% off you said I could get at B&H.

If so, please send him a check with non-profit info.

Hana, please deduct $5,000 from my pay to cover this expense.

Thanks


B.



Brian Mullaney
Co-Founder/CEO

WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

Watch two blind sisters see their mom for the first time! <https://www.wonderwork.org/> Almost 3,000,000 people have watched this heart-warming video over the past few months!



TIME magazine named WonderWork "One of 10 Ideas That Can Change The World."

1

CONFIDENTIAL

WON07303

On 4/23/15, 3:50 PM, "Joshua Lavine" <jlavine@newtonville.camera> wrote:

>Hi Brian,
>
>How does this look?
>

CONFIDENTIAL

WON07304



Newtonville Camera, Inc.
A REAL Camera Store Since 1974
249 Walnut Street
Newton, MA 02460
www.NVCAMERA.com
1-617-965-1240

# Invoice

Bill To:

Brian Mullaney
WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
brian@wonderwork.org

| Date | Your Order # | Our Order # | Sales Rep. | Ship Via | Terms | Tax ID |
|------|-------------|-------------|------------|----------|-------|--------|
| 4/23/15 | | 54321 | JL | | by check | pls. provide |

| Quantity | Description | Item Price | Total |
|----------|-------------|------------|-------|
| 1 | Canon 100-400 | $2,089.05 | $2,089.05 |
| 1 | Canon 24-70 f/2.8 | $1,804.05 | $1,804.05 |
| | | | |
| | | Subtotal | $3,893.10 |
| | Payment and tax exempt certificate due upon receipt. | Tax | $0.00 |
| | | Shipping | |
| | Thanks, Brian!  -Josh | Paid | |
| | | Balance Due | $3,893.10 |

If you have any questions, please call Joshua Lavine at 1.617.965.1240. Thank you for your business!

Sincerely yours,

Joshua Lavine

CONFIDENTIAL

**Hana Fuchs**

Yes, deduct entire amount from my pay and continue to do entire amount going forward.
Thanks
B.

**Brian Mullaney**
Co-Founder/CEO

WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

<u>Watch two blind sisters see their mom for the first time!</u>
More than 4,000,000 people have watched this heart-warming video over the past few months!



**TIME magazine named WonderWork "One of 10 Ideas That Can Change The World."**

**From:** Hana Fuchs
**Date:** Wednesday, May 27, 2015 at 6:20 PM
**To:** brian mullaney
**Subject:** RE: skyline

The skyline invoices for you total $2,600.91
Let me know if you want to deduct the total or some of it.
We can go over all your deductions for FY15 when we meet.
Thanks Hana

**From:** Brian Mullaney
**Sent:** Wednesday, May 27, 2015 4:00 PM
**To:** Hana Fuchs
**Subject:** Re: skyline

How about all skyline fees for tis fiscal year?

**Brian Mullaney**
Co-Founder/CEO

1

CONFIDENTIAL                                                                 WON07306

WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

Watch two blind sisters see their mom for the first time!
Almost 3,000,000 people have watched this heart-warming video over the past few months!



TIME magazine named WonderWork "One of 10 Ideas That Can Change The World."

**From:** Hana Fuchs
**Date:** Wednesday, May 27, 2015 at 3:03 PM
**To:** brian mullaney
**Subject:** RE: skyline

OK – When would you like me to start?
Thanks Hana

**From:** Brian Mullaney
**Sent:** Wednesday, May 27, 2015 1:36 PM
**To:** Hana Fuchs
**Subject:** skyline

Hi Hana,

I remember you told me you thought out skyline fees were high.

Please start deducting all of those from my pay also.

Thanks

B.

**Brian Mullaney**
Co-Founder/CEO

WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

2

CONFIDENTIAL

WON07307

Watch two blind sisters see their mom for the first time!
Almost 3,000,000 people have watched this heart-warming video over the past few months!



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

CONFIDENTIAL

WON07308

| | |
|---|---|
| **From:** | Brian Mullaney |
| **Sent:** | Wednesday, September 23, 2015 10:47 AM |
| **To:** | Hana Fuchs |
| **Cc:** | Karen Lazarus |
| **Subject:** | make it $1,350 deduction from my pay |

**Brian Mullaney**
Co-Founder/CEO

WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

Watch two blind sisters see their mom for the first time!
More than 4,000,000 people have watched this heart-warming video over the past few months!



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

1

CONFIDENTIAL

**Hana Fuchs**

| | |
|---|---|
| **From:** | Hana Fuchs |
| **Sent:** | Thursday, October 08, 2015 3:02 PM |
| **To:** | Hana Fuchs |
| **Subject:** | RE: Harvard Club of New York City-Dues |

The bill for dues is $2,057.74

h

---

**From:** Hana Fuchs
**Sent:** Thursday, October 08, 2015 9:36 AM
**To:** Brian Mullaney; DeLois Greenwood
**Subject:** RE: Harvard Club of New York City-Dues

Ok

h

---

**From:** Brian Mullaney
**Sent:** Thursday, October 08, 2015 9:19 AM
**To:** Hana Fuchs; DeLois Greenwood
**Subject:** FW: Harvard Club of New York City-Dues

Hi,

Hana please pay this and deduct from my pay.

Thanks

B.

**Brian
Mullaney**
Co-Founder/CEO

WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

Watch two blind sisters see their mom for the first time!
More than 4,000,000 people have watched this heart-warming video over the past few months!



1

CONFIDENTIAL

WON07310

**Hana Fuchs**

| | |
|---|---|
| **From:** | Brian Mullaney |
| **Sent:** | Monday, November 16, 2015 6:26 PM |
| **To:** | Hana Fuchs |
| **Subject:** | year end bonuses |

Hi hana,

I would like to give our staff 5% year end bonuses for getting us through a very tough year and please take it out of my pay.

You and Delois should give these bonuses first week of December please before our year end xmas dinner.

Thanks.


Brian

**Brian Mullaney**
Co-Founder/CEO

WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

Watch two blind sisters see their mom for the first time!
More than 4,000,000 people have watched this heart-warming video over the past few months!



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

1

CONFIDENTIAL

WON07311

## Hana Fuchs

Yes we did - in Dec. 2015.
It was 5% and you decided to deduct it from you outstanding pay.
Total of $36,925.00
Regards Hana

---

**From:** Brian Mullaney
**Sent:** Friday, December 02, 2016 4:52 AM
**To:** Hana Fuchs
**Subject:** did we give out year ended bonuses last year? I think we did -please send me what we di. thanks.


**Brian Mullaney**
Co-Founder/CEO

WonderWork
411 Fifth Avenue, Suite 702 **NEW ADDRESS!**
New York, NY 10016
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

Watch two blind sisters see their mom for the first time!
More than 15,000,000 people have watched this heart-warming video so far. It was the #1 watched video on the National Geographic website for more than a year.



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

1

CONFIDENTIAL

WON07312

| | |
|---|---|
| **From:** | Hana Fuchs |
| **Sent:** | Thursday, February 25, 2016 3:27 PM |
| **To:** | Karen Lazarus |
| **Subject:** | golf balls |

25 packs of 12 golfballs.com $1223.75
2/25/14

**Hana Fuchs**
Chief Financial Officer
WonderWork

Watch two blind sisters see their mom for the first time!
More than 7.5 million people have watched this heart-warming video over the past few weeks!

420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855 ext. 103
email: hana@wonderwork.org
www.WonderWork.org



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

CONFIDENTIAL

WON07313



# Thanks for your order!

Order #1701227-2938862
Customer #2938862

Wednesday, January 22, 2014
nicole@wonderwork.org

## Billing & Shipping Information

**Shipped To:**
**Nicole Macagna**
WonderWork
420 Fifth Avenue
27th Floor
New York, NY 10018
2127291855

**Billed To:**
Customer Will Call Please call 1-800-372-2557 and
provide your credit card information.
Be sure to reference your order
number provided after checkout.

**Billing Address:**
**Nicole Macagna**
WonderWork
420 Fifth Avenue
27th Floor
New York, NY 10018
2127291855

## Your Order Items

| Item(s) | Qty | Cost/Pack | Total | Product Note |
|---|---|---|---|---|
|  Titleist Pro V1 Logo Golf Balls (12 pack) | 25 | $48.95 | $1,223.75 | |
| | **Delivery Option:** 10 - 12 business days | | | |
| | | $0.00 | $0.00 |  |

Retail
P-14-02-03-01
W-03-03-01-01
T2023S★CUS

Logo 1: Send artwork to
art@golfballs.com



**Order Notes**
Wonderwork logo w/ tagline

thanks Karen/Nicole!
Traci

| | | |
|---|---|---|
| Sub Total | | $1,223.75 |
| Charge Total | | **$1,223.75** |

---

**From:** Nicole Macagna [mailto:nicole@wonderwork.org]
**Sent:** Wednesday, January 22, 2014 2:43 PM
**To:** Traci Pecot; Karen Lazarus
**Subject:** Re: Wonderwork Proof Awaiting Your Approval

Traci,

We'd like 25 dozen of the Titleist.

**Nicole Macagna**
Development Associate
WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855 ext. 109
email: nicole@wonderwork.org
skype: nicole_wonderwork
www.WonderWork.org

CONFIDENTIAL

WON07314

**Hana Fuchs**

**Brian Mullaney**
Co-Founder/CEO

WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

Watch two blind sisters see their mom for the first time!
Almost 9,000,000 people have watched this heart-warming video so far. It was the #1 watched video on the National Geographic website for 2014.



TIME magazine named WonderWork "One of 10 Ideas That Can Change The World."

1

**Hana Fuchs**

| | |
|---|---|
| **From:** | Brian Mullaney |
| **Sent:** | Friday, March 11, 2016 2:34 PM |
| **To:** | Hana Fuchs |
| **Subject:** | please make sure you charge all 4 seasons bills to my pay and all langham including board dinner this week. thx |

**Brian Mullaney**
Co-Founder/CEO

WonderWork
420 Fifth Avenue, 27th Floor
New York, NY 10018
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

Watch two blind sisters see their mom for the first time!
Almost 9,000,000 people have watched this heart-warming video so far. It was the #1 watched video on the National Geographic website for 2014.



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

1

CONFIDENTIAL

| | |
|---|---|
| **From:** | Brian Mullaney |
| **Sent:** | Sunday, August 14, 2016 3:01 PM |
| **To:** | Hana Fuchs |
| **Subject:** | Re: updated spreadsheet as of 8/3/16 |

Thanks.
Please cut me a check for expenses. Please do not hold expense reimbursement.
Please deduct writer's expenses. Remove notes.
Do not deduct legal expenses. Removes notes.
Make sure you are deducting all weekly travel to ny from boston expenses, all skyline, all 4 seasons, all photoshop lessons, etc.
Send me a new total/spreadsheet and I will make another large giveback.
Thanks
b


**Brian Mullaney**
Co-Founder/CEO

WonderWork
411Fifth Avenue, Suite 702 **NEW ADDRESS!**
New York, NY 10016
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

Watch two blind sisters see their mom for the first time!
More than 11,000,000 people have watched this heart-warming video so far. It was the #1 watched video on the National Geographic website for more than a year.



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

From: Hana Fuchs <hana@wonderwork.org>
Date: Wednesday, August 3, 2016 at 1:46 PM
To: brian mullaney <brian@wonderwork.org>
Subject: updated spreadsheet as of 8/3/16

Hi Brian,
Out of pocket owed to you is on the first spreadsheet = $2,194 in total
Updated spreadsheet for your salary also attached - the first tab has a list of the deductions on the right hand side. The other tabs are only part of the worksheet.
**owed as of Jul. 2016      $534,840.36**

1

CONFIDENTIAL

We can discuss-

Regards,
Hana

**Hana Fuchs**
Chief Financial Officer
WonderWork

Watch two blind sisters see their mom for the first time!
More than 10,000,000 people have watched this heart-warming video so far. It was the #1 watched video on the National Geographic website for more than a year.

411 Fifth Avenue, Suite 702  **NEW ADDRESS!**
New York, NY  10016
tel: 212.729.1855 ext. 103
email: hana@wonderwork.org
www.WonderWork.org



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

CONFIDENTIAL

WON07318

# KAPLAN KRAVET & VOGEL P.C.

630 Third Avenue
5th Floor
New York, NY 10017-6705
Tel: 212.983.6900
Fax: 212.983.9210
Email: info@kkvpc.com

July 31, 2016

INVOICE SUBMITTED TO:

Brian Mullaney
c/o Wonder Work
420 Fifth Avenue, 27th Floor
New York, NY 10018

In Reference To: **"One Smile at a Time"**         Acct. No.:     1271.001

Invoice No.:    30417

---

## BILLING SUMMARY

| | |
|---|---|
| Legal Fees This Bill | $0.00 |
| Expenses This Bill | $378.63 |
| Total interest and finance charges | $0.00 |
| Total payments and other transactions | $0.00 |
| Total previous balance | $0.00 |
| TOTAL BALANCE DUE | $378.63 |

---

Additional expenses:

| | | | Amount |
|---|---|---|---|
| 7/26/2016 KKV | Online Research Westlaw | | 378.63 |
| | **Expenses This Bill** | | $378.63 |
| | **TOTAL BALANCE DUE** | | $378.63 |

Please Include Invoice Number on Check.

CONFIDENTIAL

WON07319

**Hana Fuchs**

Hana Fuchs

| Expense | | Detail | Date | Notes |
|---|---|---|---|---|
| $ | 2,927 | Cliffside Beach Club | 01/22/16 | Mullaney Accommodations |
| $ | 3,519 | Cliffside Beach Club | 01/22/16 | ███ Accommodations |
| $ | 716 | Cape Air | 07/14/16 | ███ Mullaney Flight |
| $ | 593 | Galley Restaurant | 07/25/16 | Galley Restaurant Dinner |
| $ | 451 | Cru Oyster Bar | 07/26/16 | Cru Restaurant Dinner |
| $ | 572 | Galley Restaurant | 07/27/16 | Galley Restaurant Dinner |
| $ | 1,671 | Hertz | 07/28/16 | Car Rental |
| $ | 500 | Nantucket Historical Association | 07/26/16 | Walking Tour |
| $ | 1,200 | Endeavor Sailing | 07/27/16 | Sailing Excursion |
| $ | 200 | Gratuities | 07/28/16 | Gratuities |
| $ | 75 | Restaurant | 07/28/16 | Lunch |
| $ | 12,423 | | | |

**From:** Hana Fuchs
**Sent:** Thursday, September 08, 2016 10:10 AM
**To:** Brian Mullaney
**Cc:** Karen Lazarus
**Subject:** RE: Expenses for Nantucket

Sure-
Thanks H

**From:** Brian Mullaney
**Sent:** Wednesday, September 07, 2016 4:20 PM
**To:** Karen Lazarus
**Cc:** Hana Fuchs
**Subject:** Re: Expenses for Nantucket

Thanks.
Hana, please deduct all my expenses from my pay.
Thanks.

b

**Brian Mullaney**
Co-Founder/CEO

WonderWork
411Fifth Avenue, Suite 702 **NEW ADDRESS!**
New York, NY 10016
tel: 212.729.1855

1

CONFIDENTIAL

cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

Watch two blind sisters see their mom for the first time!
More than 11,000,000 people have watched this heart-warming video so far. It was the #1 watched video on the National Geographic website for more than a year.



TIME magazine named WonderWork "One of 10 Ideas That Can Change The World."

---

**From:** Karen Lazarus <karen@wonderwork.org>
**Date:** Tuesday, August 23, 2016 at 1:27 PM
**To:** brian mullaney <brian@wonderwork.org>
**Cc:** Hana Fuchs <hana@wonderwork.org>
**Subject:** Expenses for Nantucket

I believe this is comprehensive. Let me know if you need anything else.

CONFIDENTIAL

WON07321

**Subject:** FW: BOS-PHL - DEDUCT FROM BRIAN'S PAY
**Date:** Tuesday, September 13, 2016 at 10:37:45 AM Eastern Daylight Time
**From:** Karen Lazarus
**To:** Hana Fuchs

See below.

**From:** Brian Mullaney <brian@wonderwork.org>
**Date:** Monday, September 12, 2016 5:29 PM
**To:** Karen Lazarus <karen@wonderwork.org>
**Subject:** Re: BOS-PHL

Please make sure all my expenses are deducted from my pay. Same with trip to black pearl lodge. B.

**Brian Mullaney**
Co-Founder/CEO

WonderWork
411 Fifth Avenue, Suite 702 **NEW ADDRESS!**
New York, NY 10016
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

Watch two blind sisters see their mom for the first time!
More than 11,000,000 people have watched this heart-warming video so far. It was the #1 watched video on the
National Geographic website for more than a year.



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

**From:** Karen Lazarus <karen@wonderwork.org>
**Date:** Monday, September 12, 2016 at 5:24 PM
**To:** brian mullaney <brian@wonderwork.org>
**Subject:** Re: BOS-PHL

Ok.

**From:** Brian Mullaney <brian@wonderwork.org>
**Date:** Monday, September 12, 2016 4:32 PM
**To:** Karen Lazarus <karen@wonderwork.org>
**Subject:** Re: BOS-PHL

3:00 down and 5:45 coming back. Thanks.
b

Page 1 of 3

WON07322

**Brian Mullaney**
Co-Founder/CEO

WonderWork
411 Fifth Avenue, Suite 702 **NEW ADDRESS!**
New York, NY. 10016
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

Watch two blind sisters see their mom for the first time!
More than 11,000,000 people have watched this heart-warming video so far. It was the #1 watched video on the
National Geographic website for more than a year.



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

**From:** Karen Lazarus <karen@wonderwork.org>
**Date:** Monday, September 12, 2016 at 3:09 PM
**To:** brian mullaney <brian@wonderwork.org>
**Subject:** FW: BOS-PHL

Did you have a preference for any of these?  I don't believe this has been booked yet.

**From:** Karen Lazarus <karen@wonderwork.org>
**Date:** Tuesday, September 6, 2016 1:10 PM
**To:** Brian Mullaney <brian@wonderwork.org>
**Subject:** FW: BOS-PHL

AIRFARE (non-refundable options):

AA1668/AA1308 $458
AA1668/AA0715 $703 (higher cost with the later return)
AA1230/AA1308 $458
AA1230/AA0715 $703 (higher cost with the later return)

Refundable ticket brings the round trip up to $1,400.

Let me know which combo works best for you. Thanks.

| OUTBOUND : | | | | | | Seat Number:<br>Aircraft Type: |
|---|---|---|---|---|---|---|
| | | | | | | |

CONFIDENTIAL

WON07323

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| American Airlines | Flight Number AA1668 | Class: F-First | From: Boston, MA - Terminal B | Leaving: Tue 04 Oct 12:45PM | Destination: Philadelphia, PA | Arriving: Tue 04 Oct 02:13PM | Operated By: Flying Time: Stops: Airline Reference: Status: |

**OR**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | Seat Number: Aircraft Type: |
| American Airlines | Flight Number AA1230 | Class: F-First | From: Boston, MA - Terminal B | Leaving: Tue 04 Oct 03:00PM | Destination: Philadelphia, PA - Terminal A | Arriving: Tue 04 Oct 04:39PM | Operated By: Flying Time: Stops: Airline Reference: Status: |

**RETURN**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | Seat Number: Aircraft Type: |
| American Airlines | Flight Number AA1308 | Class: F-First | From: Philadelphia, PA - Terminal A | Leaving: Thu 06 Oct 03:40PM | Destination: Boston, MA - Terminal B | Arriving: Thu 06 Oct 05:04PM | Operated By: Flying Time: Stops: Airline Reference: Status: |

**OR**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | Seat Number: Aircraft Type: |
| American Airlines | Flight Number AA0715 | Class: F-First | From: Philadelphia, PA | Leaving: Thu 06 Oct 05:45PM | Destination: Boston, MA - Terminal B | Arriving: Thu 06 Oct 07:13PM | Operated By: Flying Time: Stops: Airline Reference: Status: |

CONFIDENTIAL

WON07324

## Hana Fuchs

Hi,

Here's what I think.

We screwed up when we started out with such a rich plan and now are stuck with it. if we change it will feel like a pay cut. Not fair.

Can we just offer disability to our employees that travel to dangerous countries? Me, Delois and Tiffany? That will save some money. I don't think half our folks even realize they are covered – I didn't know.

TASC I would leave the same – I think last year was an exception with Vera and Angie. If we have another year like last year we will drop it next year.

Instead of making people pay 10 – 25% of healthcare, why not offer some of our folks who have other options, a cash incentive to not participate? Say25% of the money we save? Or something like that. I bet some of our younger folks would rather have cash than the insurance.

I would make folks pay 25% of dental insurance since that is very optional and marginal. This too should have an impact.

I would not change spouse/dependents reimbursement.

Finally, Hana take $15,000 out of my pay each year and apply it towards our healthcare costs which will help reduce it.

 Call me anytime to discuss this or replay by email.

Thanks,


b


**Brian Mullaney**
Co-Founder/CEO

WonderWork
411Fifth Avenue, Suite 702 **NEW ADDRESS!**
New York, NY 10016
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

1

CONFIDENTIAL

<u>Watch two blind sisters see their mom for the first time!</u>
More than 11,000,000 people have watched this heart-warming video so far. It was the #1 watched video on the National Geographic website for more than a year.



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

---

**From:** Hana Fuchs <hana@wonderwork.org>
**Date:** Wednesday, September 28, 2016 at 9:00 AM
**To:** Brian Mullaneyo <brian@wonderwork.org>
**Cc:** DeLois Greenwood <delois@wonderwork.org>
**Subject:** FW: FY16.17 Renewal rates summary by employee updated

Hi Brian,
Can we schedule a call today to finalize benefits for FY17? I'm in the office.
Our insurance expires on Friday and we'll need to tell the staff any changes.
Thanks,
Hana

---

**From:** Hana Fuchs
**Sent:** Tuesday, September 27, 2016 3:13 PM
**To:** Brian Mullanev (brian@wonderwork.org)
**Cc:** DeLois Greenwood (delois.greenwood@gmail.com)
**Subject:** FY16.17 Renewal rates summary by employee updated

Hi Brian, DeLois,

Please see attached summary of benefits based on our discussion yesterday.
The broker said that most employer groups pay 100% for the employee but some have the employee pay for dependents between 50 and 100%
Employees can decline coverage but they would have to go to market place, healthcare.gov.
The broker said that we can cap TASC at $1k per employee. If, however, we give the employee a choice to cover dental, we would need to get the plan re-quoted.

**The summary I prepared has 3 options:**
**FY17 Option 1** fully loaded- benefits include WW paying 100% health, reimbursement (TASC) of $1k towards deductible, and dental for spouse and family, and individual long term disability. (Increase of 7% in health premium over last year.) Annual cost to WW $116k.
**FY17 Option 2** benefits include WW paying 100% health for each employee and employee paying 25% towards family, capping reimbursement (TASC) of deductible to $1k per employee, and dental and individual long term disability optional if employee pays. Annual cost to WW $94k.
**FY17 Option 3** benefits include WW paying 100% health for each employee and employee paying 10% towards family, capping reimbursement (TASC) of deductible to $1k per employee, and dental and individual long term disability optional if employee pays. Annual cost to WW $100k.

Let me know if you have any questions. I would like to discuss later today or tomorrow (I'll be in the office) so we can make a decision.
Thanks
Hana

2

WON07326

**Hana Fuchs**
Chief Financial Officer
WonderWork

Watch two blind sisters see their mom for the first time!
More than 10,000,000 people have watched this heart-warming video so far. It was the #1 watched video on the National Geographic website for more than a year.

411 Fifth Avenue, Suite 702  NEW ADDRESS!
New York, NY  10016
tel: 212.729.1855 ext. 103
email: hana@wonderwork.org
www.WonderWork.org



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

CONFIDENTIAL

WON07327

| | |
|---|---|
| **From:** | Brian Mullaney |
| **Sent:** | Wednesday, October 19, 2016 5:36 PM |
| **To:** | DeLois Greenwood; Hana Fuchs |
| **Subject:** | Re: Budget for Bangladesh |

Thanks.
Hana, please deduct $25,000 from my pay to cover all of my expenses and cricket and ███
That reduces the total cost to charity to $20,000.
Thanks
b

**Brian Mullaney**
Co-Founder/CEO

WonderWork
411Fifth Avenue, Suite 702 **NEW ADDRESS!**
New York, NY 10016
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

Watch two blind sisters see their mom for the first time!
More than 12,000,000 people have watched this heart-warming video so far. It was the #1 watched video on the National
Geographic website for more than a year.



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

**From:** DeLois Greenwood <delois@wonderwork.org>
**Date:** Wednesday, October 19, 2016 at 5:31 PM
**To:** Brian Mullaneyo <brian@wonderwork.org>, Hana Fuchs <hana@wonderwork.org>
**Subject:** Budget for Bangladesh

Brian for your review - Trip budget
We discuss.

DG

1

CONFIDENTIAL

WON07328

**Hana Fuchs**

| | |
|---|---|
| **From:** | Karen Lazarus |
| **Sent:** | Friday, October 21, 2016 3:10 PM |
| **To:** | Hana Fuchs |
| **Cc:** | Brian Mullaney |
| **Subject:** | Receipt for camera |

Hana, this is the camera purchase Brian wants deducted from his pay.  Thanks.

**From:** <custserv@e.adorama.com> on behalf of "custserv@e.adorama.com" <custserv@e.adorama.com>
**Date:** Friday, October 21, 2016 1:45 PM
**To:** Karen Lazarus <karen@wonderwork.org>
**Subject:** Adorama - Thank you for your order (A2016102113145268645)

  800-223-2500

# Order Summary

**Order Number:** A2016102113145268645
**Order Date:** 10/21/2016

Hi Brian,

Thanks for shopping with Adorama

### What's Next?

Your order has been placed and will be processed as soon as possible.

Once your package has shipped, we'll send you a confirmation email with a tracking number.

Your credit card will not be charged until the order has shipped.

**Questions?**
Contact Us

1

CONFIDENTIAL

WON07329

## Product Information



New Leaf 3 Year Drops
& Spills Extra
Protection, Cameras
under $6500

Qty: 1

**$114.95**



Canon EOS 5D Mark IV
DSLR Camera Body

Qty: 1

**$3,499.00**

**Delivery Method:** UPS Next Business Day Air

| | |
|---|---|
| **Order Subtotal:** | $3,613.95 |
| **Shipping Cost:** | $0.00 |
| **Taxes:** | $0.00 |
| **Total:** | $3,613.95 |

## Shipping & Billing Info

**Shipping Address**

Brian Mullaney
1 Sumner Lane
Belmont, MA, US, 02478

**Billing Address**

Brian Mullaney  WonderWork
411 Fifth Avenue Suite 702
New York, NY, US, 10016

2

**Payment Method**

Amex ***********6003

**General Return Policy**

**We think you'll agree that Adorama has the best return policy in the industry.**

- You have 30 days from the date of invoice to return the merchandise for full refund on your credit card.

See our complete Return Policy <u>here</u>



Connect with Adorama:



This email was sent to
<u>karen@wonderwork.org</u>

<u>Contact Us</u>   <u>Check Order Status</u>   <u>Account</u>

3

CONFIDENTIAL

WON07331

**Hana Fuchs**

| | |
|---|---|
| **From:** | Brian Mullaney |
| **Sent:** | Monday, October 31, 2016 8:24 AM |
| **To:** | Hana Fuchs |
| **Subject:** | notebook |

Hi Hana,

I have been more than a year for a new notebook to come out with enough storage that I can synch all my egnyte files.

I just bought the new one yesterday, please deduct $5,000 from my pay.

Thanks,

b.

Brian Mullaney
Co-Founder/CEO

WonderWork
411 Fifth Avenue, Suite 702 **NEW ADDRESS!**
New York, NY 10016
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

Watch two blind sisters see their mom for the first time!
More than 12,000,000 people have watched this heart-warming video so far. It was the #1 watched video on the National Geographic website for more than a year.



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

CONFIDENTIAL

WON07333

| **From:** | Brian Mullaney |
|---|---|
| **Sent:** | Monday, October 31, 2016 4:10 PM |
| **To:** | Hana Fuchs |
| **Subject:** | please deduct $500 from my pay to pay for Ann's b day invites... thanks. b |

**Brian Mullaney**
Co-Founder/CEO

WonderWork
411Fifth Avenue, Suite 702 **NEW ADDRESS!**
New York, NY 10016
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

<u>Watch two blind sisters see their mom for the first time!</u>
More than 12,000,000 people have watched this heart-warming video so far. It was the #1 watched video on the National Geographic website for more than a year.



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

CONFIDENTIAL

WON07334

| | |
|---|---|
| **From:** | Hana Fuchs |
| **Sent:** | Sunday, December 04, 2016 10:35 PM |
| **To:** | Brian Mullaney |
| **Subject:** | RE: please send with december payroll tomorrow - thanks DEDUCT FROM MY PAY |

Thanks-
Will run with payroll tomorrow.
Have a safe trip back.
Hana

**From:** Brian Mullaney
**Sent:** Sunday, December 04, 2016 9:21 PM
**To:** Hana Fuchs
**Subject:** please send with december payroll tomorrow - thanks DEDUCT FROM MY PAY


**Brian Mullaney**
Co-Founder/CEO

WonderWork
411 Fifth Avenue, Suite 702 **NEW ADDRESS!**
New York, NY 10016
tel: 212.729.1855
cell: 917.902.7550
email: brian@wonderwork.org
www.WonderWork.org

Watch two blind sisters see their mom for the first time!
More than 15,000,000 people have watched this heart-warming video so far. It was the #1 watched video on the National
Geographic website for more than a year.



**TIME** magazine named WonderWork "One of 10 Ideas That Can Change The World."

CONFIDENTIAL

WON07335

# LAZARUS

# EXHIBIT 37

REDACTED

LAZARUS

EXHIBIT 38

# WALTER HAEFNER STIFTUNG

Postfach, 8022 Zürich
Telefon 044/ 269 53 53 · Telefax 044/ 269 53 63



February 16, 2017

**VIA ECF**

Honorable Stuart M. Bernstein
United States Bankruptcy Judge
Bankruptcy Court for the Southern District of New York
1 Bowling Green
New York, New York 10004

> Re: *In re WonderWork, Inc.*, Case No. 16-13607
> Opposition to HelpMeSee's Motion to Appoint a Trustee

Dear Honorable Judge Bernstein:

1.      The Walter Haefner Foundation ("the Foundation"), one of the founding donors of WonderWork, Inc. ("WonderWork"), formerly known as Surgery For The Poor ("S4TP") herewith respectfully writes to you to vigorously object to HelpMeSee's motion to appoint a trustee. For the reasons set forth below, the Foundation believes that retaining Brian Mullaney ("Brian") as Chief Executive Officer, and his current management team, is in the best interest of WonderWork.

### Start-Up Donation & Relationship With Brian Mullaney

2.      Due in large part to Brian's demonstrated excellence in nonprofit management, fundraising and global partnerships, the Foundation has been an avid contributor of Brian's many charitable endeavors. More precisely, The Foundation is proud of having helped him to grow SmileTrain and to create WonderWorks that together have provided more than 1.2 million surgeries in 90 of the world's poorest countries.

3. When Brian was removed from being CEO of Smile Train and from being on the Board of Directors of SmileTrain, the Foundation decided to end any kind of relationship with SmileTrain and to enable Brian's plan of establishing a new charity

3. Therefore, around December 1, 2011, the Foundation extended a considerable donation of $5 million as start-up capital for WonderWork. The Foundation expected that this gift would be used by Brian to grow the young charity, enabling the organization to help provide life-saving surgeries for children and adults no one else would help. At the same time, the Foundation also understood that its funds would be critical in establishing a comprehensive direct mail fundraising program that would earn the trust and support of thousands of other donors which it has. With its initial donation of $5 million, the Foundation hoped to encourage WonderWork's development as a charity.

4. The Foundation has worked with Brian since he served as the President and Co-Founder of Smile Train, Inc. ("Smile Train"). The Foundation provided an initial donation of approximately $50 million to Smile Train which, together with another initial donation of roughly the same size by Mr. Charles Wang, enabled Brian to start Smile Train. He and his team built the organization into one of the largest charities in the world. That they did so in less than five years is nothing short of miraculous. To date, Smile Train has provided more than 1.4 million cleft surgeries and raised more than $1 billion dollars. However, the Foundation was very disappointed to learn about the removal of Brian from SmileTrain which in the perception of the Foundation has the potential to put SmileTrain's success story at high risk.

5. Brian's excellent leadership at SmileTrain was the motivation for the Foundation to support him again at WonderWork. And so far, he and his team have not dis-

appointed. In less than six years, WonderWork has scaled up to more than 100,000 surgeries per year. This growth rate is even faster than what Brian and his team accomplished at Smile Train.

6. Not only has the Foundation worked with Brian for an extended period, but it also remains involved with WonderWork today. Since WonderWork started, there have been regular meetings between Brian and the Foundation every January. Throughout the year, Brian has kept the Foundation informally updated on how the charity is doing.

### Opposition to the Arbitration Award

7. It is our understanding that the Partial Final Arbitration Award, AAA Case No. 13-20-1300-0650, dated October 13, 2016, inexplicably attempts to redirect funds the Foundation donated to WonderWork, giving them instead to HelpMeSee. As we gather, the arbitrator somehow determined that the Foundation was misled into giving to Wonder-Work. This could not be further from the truth. Again: because of Brian's outstanding record as a nonprofit leader, and the impressive team he leads, the Foundation has chosen to support WonderWork. Without question, the Foundation objects to its contribution being redirected to HelpMeSee without the Foundation's knowledge or consent.

8. As suggested above, the Foundation directed its contribution to Won-derWork based, in large part, on its longstanding relationship with Brian. Brian's many years of success in fundraising for other charities, and his experience working with health care providers around the world, convinced the Foundation to support WonderWork at its inception. The Foundation's contribution was made in absolute reliance on Brian's leadership role in the organization. To date, the Foundation has given WonderWork approximate-

ly *$13 million in donations* and intends to continue to do so as long as Brian remains WonderWork's leader.

### Opposition to Motion

9.    The motion to appoint a trustee in this proceeding is troubling. The Foundation strongly opposes the motion and it fears the appointment of a trustee would mean the end of this very important charity. Like most major donors, the Foundation would stop supporting WonderWork if Brian or his team were removed. The Foundation is convinced that there is no one who could take over all the responsibilities and duties that Brian or WonderWork's management handle.

10.    Among the barrage of litigation waged by HelpMeSee, in this and previous proceedings, it is all too easy to lose sight of the actual difference that WonderWork makes in the world. The Foundation has been very pleased with WonderWork's achievements. The Foundation's support has helped change the lives of more than 225,000 children and adults who have received surgery thanks to WonderWork. The Foundation is very concerned that if Brian is removed WonderWork's critical support for surgeries will halt, and all of these life-saving medical procedures will end. No other charity will fill this void.

11.    Although HelpMeSee alleges the appointment of a trustee is in the best interest of WonderWork, the Foundation opposes HelpMeSee's motion. The Foundation believes that preserving Brian as WonderWork's CEO and Co-Founder, along with the rest of the organization's management, is in our best interest and the best interest of the bankruptcy estate.

12.    The Foundation remains confident that WonderWork's current management will offer a comprehensive plan for reorganization, one that will allow it to satisfy

creditor claims and emerge from bankruptcy. In order to do so, WonderWork desperately needs its leadership to guide the charity through this bankruptcy proceeding and beyond. Brian and his team had the Foundation's vote of confidence before this bankruptcy, and they have our vote of confidence now.

In light of the foregoing, the Foundation opposes this motion.

Respectfully submitted,

Walter Haefner Foundation
Martin Haefner
Vice-President