UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re  WonderWork Inc.                                          Case No. 16-13607 (MKV)

___Debtor___                                          Reporting Period: March 1, 2018 - March 31, 2018

Federal Tax I.D. #    27-4159217

**CORPORATE MONTHLY OPERATING REPORT**

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | attached | |
|    Copies of bank statements | | attached | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | |
| Debtor Questionnaire | MOR-7 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor                                                    Date:

Signature of Authorized Individual* /s/ Stephen Gray, as Trustee        Date:   7/2/18

Printed Name of Authorized Individual: Stephen Gray, as Trustee         Date:   7/2/18

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**Note:** The Monthly Operating Report ("MOR") was based on the books and records of the Debtor and has been submitted by the Chapter 11 Trustee, Stephen Gray, however, certain transactions relating to prior periods reflected herein were prior to the Trustee's appointment on November 22, 2017.

| WonderWork Inc. | Case No. 16-13607 (MKV) |
|---|---|
| Debtor | Reporting Period: March 1, 2018 - March 31, 2018 |

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER | PAYROLL | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING  OF MONTH** | $      106,877.50 | | | | $      106,877.50 |
| **RECEIPTS** | | | | | |
| CASH  SALES | | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | | |
| LOANS AND ADVANCES | | | | | |
| SALE  OF  ASSETS | | | | | |
| OTHER *(ATTACH LIST)* | $      29,879.73 | | | | $      29,879.73 |
| TRANSFERS *(FROM DIP ACCTS)* | $      21,000.00 | | | | $      21,000.00 |
| **TOTAL  RECEIPTS** | $      50,879.73 | | | | $      50,879.73 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | $      17,952.08 | | | | $      17,952.08 |
| PAYROLL TAXES | $      2,985.83 | | | | $      2,985.83 |
| SALES, USE, & OTHER TAXES | | | | | |
| INVENTORY PURCHASES | | | | | |
| SECURED/ RENTAL/ LEASES [Note 1] | $8,732.99 | | | | $      8,732.99 |
| INSURANCE | $      8,590.61 | | | | $      8,590.61 |
| ADMINISTRATIVE | | | | | |
| SELLING | | | | | |
| OTHER *(ATTACH  LIST)* | $      6,832.75 | | | | $      6,832.75 |
| OWNER DRAW * | | | | | |
| TRANSFERS *(TO DIP ACCTS)* | $      79,000.00 | | | | $      79,000.00 |
| PROFESSIONAL FEES | $           - | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | | |
| COURT COSTS | | | | | |
| **TOTAL DISBURSEMENTS** | $      124,094.26 | | | | $      124,094.26 |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $      (73,214.53) | | | | $      (73,214.53) |
| | | | | | |
| CASH – END OF MONTH | $      33,662.97 | | | | $      33,662.97 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

**THE FOLLOWING SECTION MUST BE COMPLETED**

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS** | $ | 124,094.26 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $ | 79,000.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | | 0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ | 45,094.26 |

Note 1: This amount reflects WonderWork's monthly payment to its landlord, which includes rent and certain utilities and other fees.

**OTHER RECEIPTS**

| | |
|---|---|
| Income from List Rental | $6,479.46 |
| Transfer from Vanguard bank to WW HSBC | |
| Donations Received Note 2 | $23,400.27 |
| **TOTAL** | **$29,879.73** |

**OTHER DISBURSEMENTS**

| | |
|---|---|
| Grants | $0.00 |
| Payments to Vendors | $6,221.53 |
| Trustee Bond | |
| Bank Processing Fees | $611.22 |
| 401k Matching Program | $0.00 |
| **TOTAL** | **$6,832.75** |

NOTE 2. Vanguard, Signature and Trustee accounts are below the cash account line of the General Ledger, therefore the interest on these accounts and donation of stock to Vanguard are not included in this report.

**Note:** The Monthly Operating Report ("MOR") was based on the books and records of the Debtor and has been submitted by the Chapter 11 Trustee, Stephen Gray, however, certain transactions relating to prior periods reflected herein were prior to the Trustee's appointment on November 22, 2017.

**In re** WonderWork Inc.

**Debtor**

**Case No.** 16-13607 (MKV)

**Reporting Period:** March 1, 2018 - March 31, 2018

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating # | Payroll # | Tax # | Other # |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | see attached | | | |
| **BANK BALANCE** | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| **ADJUSTED BANK BALANCE** * | | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

**Note:** The Monthly Operating Report ("MOR") was based on the books and records of the Debtor and has been submitted by the Chapter 11 Trustee, Stephen Gray, however, certain transactions relating to prior periods reflected herein were prior to the Trustee's appointment on November 22, 2017.

In re Wonderwork Inc.    16-12607-mkv    Doc 428    Filed 07/03/18    Entered 07/03/18 16:06:48    Main Document
Case No. 16-12607 (mkv)
Pg 5 of 12

Debtor    Reporting Period: March 1, 2018 - March 31, 2018

## STATEMENT OF OPERATIONS  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING AS OF THE TRUSTEE'S APPOINTMENT |
|---|---|---|
| Gross Revenues (Note 1) | $ 23,400.27 | $ 427,514.23 |
| Less:  Returns and Allowances | | |
| Net Revenue | | |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs *(attach schedule)* | | |
| Less:  Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | $ 23,400.27 | $ 427,514.23 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | $ 8,977.74 | $ 17,955.48 |
| Officer/Insider Compensation* | | |
| Insurance | $ (397.53) | $ 13,687.66 |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | $ 8,048.28 | $ 251,417.94 |
| Salaries/Commissions/Fees | $ 19,450.45 | $ 125,007.94 |
| Supplies | $ 80.00 | $ 694.46 |
| Taxes - Payroll | $ 1,497.86 | $ 9,018.76 |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | $ - | $ - |
| Utilities | $ 580.71 | $ 2,322.84 |
| Other *(attach schedule)* | $ 7,017.25 | $ 35,890.96 |
| Total Operating Expenses Before Depreciation | $ 45,254.76 | $ 455,996.04 |
| Depreciation/Depletion/Amortization | $ - | $ 10,692.88 |
| Net Profit (Loss) Before Other Income & Expenses | $ (21,854.49) | $ (39,174.69) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | $ 6,479.46 | $ 21,620.07 |
| Interest Expense | | $ - |
| Other Expense *(attach schedule)* | | |
| Net Profit (Loss) Before Reorganization Items | $ (15,375.03) | $ (17,554.62) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | $ 4,875.00 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ (15,375.03) | $ (22,429.62) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**BREAKDOWN OF "OTHER" CATEGORY**

OTHER COSTS

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| Grants Made [Note 2] | $ - | $ - |
| Consulting Fees/Professional Fees [Note 3] | $ - | $ 6,250.00 |
| Marketing Fees | $ 4,414.10 | $ 14,527.41 |
| Temporary Help | $ - | $ - |
| Cleaning | $ 398.25 | $ 1,578.75 |
| Telephone | $ 1,356.48 | $ 8,515.32 |
| Postage and Delivery | $ 30.79 | $ 1,032.59 |
| Fees, Licenses, Permits & Subscriptions. | $ 54.44 | $ 322.76 |
| Payroll Service | $ 121.97 | $ 613.57 |
| Bank Charges and Fees | $ 641.22 | $ 2,725.56 |
| Web Development | | $ 325.00 |
| **TOTAL** | **$ 7,017.25** | **$ 35,890.96** |

OTHER INCOME

| | | |
|---|---|---|
| Returned Wire | | $ - |
| Income from List Rental | $ 6,479.46 | $ 21,616.32 |
| Final Vanguard account amount | | $ 3.75 |
| **TOTAL** | **$ 6,479.46** | **$ 21,620.07** |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.


Note 1: The number listed in this row is the total donations received by WonderWork on an accrual
basis in the applicable reporting period.

Note 2: No grants have been made since April 12, 2017.

Note 3: Pursuant to the Bankruptcy Court's order, WonderWork has paid post-petition legal fees and
expenses through April 30, 2017, other than the 20% holdback for legal fees.


**Note:** The Monthly Operating Report ("MOR") was based on the books and records of the Debtor and has been submitted
Chapter 11 Trustee, Stephen Gray, however, certain transactions relating to prior periods reflected herein were prior to the
appointment on November 22, 2017.

In re WonderWork Inc.                                          Case No. 16-13607 (MKV)

Debtor                                          Reporting Period: March 1, 2018 - March 31, 2018

### BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| *CURRENT ASSETS* | | | |
| Unrestricted Cash and Equivalents [Note 1] | $ 18,733,991.82 | $ 18,749,236.35 | $ 20,291,068.59 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | | | |
| Notes Receivable | $ - | $ - | $ - |
| Inventories | | | |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | |
| *TOTAL CURRENT ASSETS* | $ 18,733,991.82 | $ 18,749,236.35 | $ 20,291,068.59 |
| *PROPERTY & EQUIPMENT* | | | |
| Real Property and Improvements | | | |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | $ 107,621.65 | $ 107,621.65 | $ 107,621.65 |
| Leasehold Improvements | $ 89,165.14 | $ 89,165.14 | $ 89,165.14 |
| Vehicles | | | |
| Less:  Accumulated Depreciation | $ (175,514.40) | $ (169,855.89) | $ (138,627.19) |
| *TOTAL PROPERTY & EQUIPMENT* | $ 21,272.39 | $ 26,930.90 | $ 47,891.69 |
| *OTHER ASSETS* | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* [Note 2] | $ 56,625.12 | $ 56,625.12 | $ 56,625.12 |
| *TOTAL OTHER ASSETS* | $ 56,625.12 | $ 56,625.12 | $ 56,625.12 |
| *TOTAL ASSETS* | $ 18,811,889.33 | $ 18,832,792.37 | $ 20,395,585.40 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | |
| Accounts Payable | $ 130.50 | | $ 413,877.45 |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Wages Payable | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | $ 3,157,661.66 | $ 3,157,661.66 | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| *TOTAL POST-PETITION LIABILITIES* | $ 3,157,792.16 | $ 3,157,661.66 | $ 413,877.45 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt [Note 3] | $ 26,567,042.28 | $ 26,567,042.28 | $ 26,567,042.28 |
| *TOTAL PRE-PETITION LIABILITIES* | $ 26,567,042.28 | $ 26,567,042.28 | $ 26,567,042.28 |
| *TOTAL LIABILITIES* | $ 29,724,834.44 | $ 29,724,703.94 | $ 26,980,919.73 |
| *OWNERS' EQUITY* | | | |
| Capital Stock | | | |
| Additional Paid-In Capital | | | |
| Partners' Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | $ (8,885,893.53) | $ (8,885,893.53) | $ (7,784,868.78) |
| Retained Earnings - Post-petition | $ (2,027,051.58) | $ (2,006,018.04) | $ 1,209,802.36 |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions  *(attach schedule)* | | | |
| *NET OWNERS' EQUITY* | $ (10,912,945.11) | $ (10,891,911.57) | $ (6,575,066.42) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 18,811,889.33 | $ 18,832,792.37 | $ 20,405,853.31 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

Note 1: All of WonderWork's cash is listed as unrestricted on this spreadsheet because it is all held in bank accounts or invested in liquid assets. As set forth in WonderWork's filings with the Bankruptcy Court, a substantial portion of these funds are "restricted purpose funds" subject to NY Public Charity law.

Note 2: This amount reflects the security deposit held by WonderWork's landlord.

Note 3: This amount includes disputed, contingent and unliquidated amounts.

**Note:** The Monthly Operating Report ("MOR") was based on the books and records of the Debtor and has been submitted by the Chapter 11 Trustee, Stephen Gray, however, certain transactions relating to prior periods reflected herein were prior to the Trustee's appointment on November 22, 2017.

| In re WonderWork Inc. | Case No. 16-13607 (MKV) |
|---|---|
| **Debtor** | **Reporting Period:** March 1, 2018 - March 31, 2018 |

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the
amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | $ - | $ 1,205.94 | $ 1,205.94 | 3/14/2018 | EFT | $ - |
| FICA-Employer | $ - | $ 1,205.92 | $ 1,205.92 | 3/14/2018 | EFT | $ - |
| Unemployment | $ - | $ - | $ - | | EFT | |
| Income | $ - | $ - | $ - | 3/14/2018 | EFT | |
| Other: Medicare | $ - | $ 564.07 | $ 564.07 | 3/14/2018 | EFT | |
| Total Federal Taxes | $ - | $ 2,975.93 | $ 2,975.93 | | | $ - |
| State and Local | | | | | | |
| Withholding | | $ - | $ - | 3/14/2018 | EFT | $ - |
| Sales | | | | | | $ - |
| Excise | | | | | | $ - |
| Unemployment | | $ 9.90 | $ 9.90 | 3/14/2018 | EFT | $ - |
| Real Property | | | | | | $ - |
| Personal Property | | | | | | $ - |
| Other: | | $ - | $ - | 3/14/2018 | EFT | $ - |
| Total State and Local | | $ 9.90 | $ 9.90 | | | $ - |
| | | | | | | |
| **Total Taxes** | $ - | $ 2,985.83 | $ 2,985.83 | | | $ - |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | $ 130.50 | | | | | $ 130.50 |
| Wages Payable | | | | | | $ - |
| Taxes Payable | | | | | | $ - |
| Rent/Leases-Building | | | | | | $ - |
| Rent/Leases-Equipment | | | | | | $ - |
| Secured Debt/Adequate Protection Payments | | | | | | $ - |
| Professional Fees | $ 1,096,281.05 | $ 2,061,380.61 | | | | $ 3,157,661.66 |
| Amounts Due to Insiders | | | | | | $ - |
| Other: Payments | | | | | | $ - |
| Other: | | | | | | $ - |
| **Total Post-petition Debts** | $ 1,096,411.55 | $ 2,061,380.61 | | | | $ 3,157,792.16 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

There are no past due post-petition debts.  WonderWork expects to timely pay all post-petition invoices.

**Note:** The Monthly Operating Report ("MOR") was based on the books and records of the Debtor and has been submitted by the Chapter 11 Trustee, Stephen Gray, however, certain transactions relating to prior periods reflected herein were prior to the Trustee's appointment on November 22, 2017.

**In re** WonderWork Inc.

**Debtor**

**Case No.** 16-13607 (MKV)

**Reporting Period:** March 1, 2018 - March 31, 2018

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| Plus:  Amounts billed during the period | |
| Less:  Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

N/A

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Accounts Receivable | | | | | |
| Less:  Bad Debts (Amount considered uncollectible) | | | | | |
| Net Accounts Receivable | | | | | |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

**Note:** The Monthly Operating Report ("MOR") was based on the books and records of the Debtor and has been submitted by the Chapter 11 Trustee, Stephen Gray, however, certain transactions relating to prior periods reflected herein were prior to the Trustee's appointment on November 22, 2017.

In re  WonderWork Inc.                                    Case No.  16-13607 (MKV)
         Debtor                                Reporting Period:  March 1, 2018 - March 31, 2018

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in
Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For payments to insiders, identify the type of compensation paid
(e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.).  Attach additional sheets if necessary.

| INSIDERS | | | | |
|---|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | DATE | |
| Hana Fuchs | Mar 2018 payroll | 8,891.03 | 212,410.29 | includes vacation |
| Brian Mullaney | | | 395,833.32 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL PAYMENTS TO INSIDERS | | 8,891.03 | 608,243.61 | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

**Note:** The Monthly Operating Report ("MOR") was based on the books and records of the Debtor and has been submitted by the
Chapter 11 Trustee, Stephen Gray, however, certain transactions relating to prior periods reflected herein were prior to the Trustee's
appointment on November 22, 2017.

In re WonderWork Inc.                                        Case No. 16-13607 (MKV)
_____            Reporting Period: March 1, 2018 - March 31, 2018
     **Debtor**

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | x |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | **x** |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | x |
| 8 Are any post petition payroll taxes past due? | | x |
| 9 Are any post petition State or Federal income taxes past due? | | x |
| 10 Are any post petition real estate taxes past due? | | x |
| 11 Are any other post petition taxes past due? | | **x** |
| 12 Have any pre-petition taxes been paid during this reporting period? | | x |
| 13 Are any amounts owed to post petition creditors delinquent? | | x |
| 14 Are any wage payments past due? [Note 1] | | x |
| 15 Have any post petition loans been been received by the Debtor from any party? | | x |
| 16 Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 17 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |
| 18 Have the owners or shareholders received any compensation outside of the normal course of business? | | n/a |

**Note:** The Monthly Operating Report ("MOR") was based on the books and records of the Debtor and has been submitted by the Chapter 11 Trustee, Stephen Gray, however, certain transactions relating to prior periods reflected herein were prior to the Trustee's appointment on November 22, 2017.