# Exhibit D

## Schedule of General Unsecured Claims

# Exhibit D- General Unsecured Claims

| Claimant | POC# | Description | RECOVERY |
|---|---|---|---|
| **Wonderwork (1:16-bk-13607), Debtor** | | | |
| **A. Arbitration/ Litigation Claims** | | | |
| - HelpMeSee, Inc. | 17 | Arbitration Award + related judgement costs | $16,054,348 |
| | | | **$16,054,348** |
| **B. Impact Loan Claims** | | | |
| - Bill & Ann Ziff Foundation | Sch E/F | Impact Loan, Scheduled, no POC filed. | $846,899 |
| - Detter Family Foundation | Sch E/F | Impact Loan, Scheduled, no POC filed. | $106,816 |
| - Joseph Mullaney | Sch E/F | Loan, Scheduled, no POC filed. | $110,562 |
| - Meadowlark Foundation | Sch E/F | Impact Loan, Scheduled, no POC filed. | $525,458 |
| - Raphael & Diana Vinoly Foundation | Sch E/F | Impact Loan, Scheduled, no POC filed. | $60,153 |
| - Thompson Family Foundation | 19 | Impact Loan | $7,987,808 |
| | | | **$9,637,696** |
| **C. Other General Unsecured Claims** | | | |
| - 1 West 34th Street | 4 | Goods Sold (Envelopes) | $55,553 |
| - 411 Fifth Avenue Associates | 11.02 | Lease for Real Property | $0 |
| - Action Mailers | Sch E/F | Services Rendered | $18,839 |
| - American Express Bank, FSB | 7 | Credit Card | $2,225 |
| - Attorney General | 18 | Filed as Statutory Representative on Behalf of Charitable Beneficiaries | $0 |
| - Brian Mullaney | N/A | Unpaid salary and unreimbursed expenses, Scheduled, no POC filed. | $628,470 |
| - CDR Fundraising Group | Sch E/F | Services Rendered | $48,750 |
| - Cenveo | 1 | Goods Sold (Envelopes) | $5,581 |
| - Colortree Group | 15 | Goods (Printing Materials) | $22,455 |
| - Communications Corp of America | Sch E/F | Services Rendered | $6,306 |
| - Copilevitz & Canter, LLC | Sch E/F | Services Rendered | $1,141 |
| - Corporate Press | 9 | Printing and Mailing Services Provided | $7,379 |
| - Corporate Press | 20 | Printing and Mailing Services Provided | $0 |
| - Development Resources, Inc. | Sch E/F | Services Rendered | $10,000 |
| - Direct Mail Processors | 21 | Direct Mail Services | $8,423 |
| - DMI Data MGMT | 12 | Data Processing Services Performed | $5,427 |
| - IDMI | Sch E/F | Services Rendered | $1,629 |
| - Internal Revenue Service | 8.02 | Unpaid 2011 & 2016 Taxes | $1,417 |
| - Kaplan Kravet & Vogel PC | Sch E/F | Services Rendered | $8,259 |
| - Koala Design | Sch E/F | Services Rendered | $8,500 |
| - L&E Meridan | Sch E/F | Services Rendered | $1,359 |
| - Log-On | 14 | Unpaid Invoices for Design Services | $48,334 |
| - MDI Imaging & Mail, L.C. | 5 | Printing and Mailing Services Provided | $5,076 |
| - Nestle Pure Life Direct | Sch E/F | Office Supplies | $22 |
| - Nextiva | Sch E/F | Utilities | $528 |
| - Resource One | Sch E/F | Services Rendered | $2,166 |
| - Skyline Credit Ride, Inc. | Sch E/F | Services Rendered | $43 |
| - Tri-State | 16 | Goods Sold (Envelopes) | $6,052 |
| - Union ID and Mail | Sch E/F | Services Rendered | $3,171 |
| - Valtim Marketing Solutions | 10 | Mailing Services Provided | $1,968 |
| - Vanguard c/o Ascensus | 3 | Recordkeeping services provided | $783 |
| - Wells Fargo Financial Leasing | 2 | Office Equipment Lease (Kyocera Printer/Copier) | $0 |
| - Worldwide Printing & Distribution | 13 | Goods Sold (Printing and Direct Mail Materials) | $2,165 |
| - XPO Logistics | Sch E/F | Services Rendered | $76 |
| | | | **$912,097** |
| | | **Total General Unsecured Claims** | **$26,604,141** |

*Privileged Confidential*