TOGUT, SEGAL & SEGAL LLP      **HEARING DATE:** September 12, 2018 at 10:00 a.m.
One Penn Plaza                                                                          (New York City Time)
Suite 3335
New York, New York 10119     **OBJECTION DEADLINE:** September 7, 2018 at 4:00 p.m.
(212) 594-5000                                                                             (New York City Time)
Albert Togut
Scott E. Ratner

*Counsel to the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                                            : Chapter 11
In re:                                                      :
                                                            :
          WONDERWORK, INC.,              : Case No.: 16-13607 (MKV)
                                                            :
                              Debtor.                 :
                                                             :
---------------------------------------------------------x

**PLAN SUPPLEMENT FOR THE AMENDED CHAPTER 11 PLAN OF
LIQUIDATION FOR THE BANKRUPTCY ESTATE OF WONDERWORK, INC.
<u>AS PROPOSED BY THE CHAPTER 11 TRUSTEE, DATED AUGUST 8, 2018</u>**

Stephen S. Gray, not individually but solely in his capacity as Chapter 11 Trustee (the "Trustee") for the estate of WonderWork, Inc. (the "Debtor"), submits this Plan Supplement (the "Plan Supplement") for the *Amended Chapter 11 Plan Of Liquidation For The Bankruptcy Estate Of Wonderwork, Inc. As Proposed By The Chapter 11 Trustee,* dated August 8, 2018 [Docket No. 435] (as it may be amended from time to time, the "Plan").[1] The documents contained in this Plan Supplement are integral to, part of, and incorporated by reference into the Plan, but these documents have not yet been approved by the Bankruptcy Court, to the extent such approval is required. If the Plan is approved, the documents contained in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the Confirmation Order, as applicable.

## Contents

The Plan Supplement contains the following documents, as each may be amended, modified or supplemented from time to time by the Trustee in accordance with the Plan. To the extent that material amendments or modifications are made to any of the Plan Supplement documents, the Trustee will file a black line with the Bankruptcy Court prior to the Confirmation Hearing marked to reflect same.

| | |
|---|---|
| **Schedule 1:** | **Asset Purchase Agreement, By And Between Chapter 11 Trustee And MiracleFeet, dated August 1, 2018 and related Grant Agreement.** |
| **Schedule 2:** | **Asset Purchase Agreement, By And Between Chapter 11 Trustee And ReSurge International, dated August 6, 2018 and related Grant Agreement.** |
| **Schedule 3:** | **Mutual Release and Settlement Agreement of the Thompson Family Foundation Claim Against the Estate of WonderWork, Inc., dated August 6, 2018.** |
| **Schedule 4:** | **Form of Litigation Trust Agreement, By and Between Chapter 11 Trustee and Litigation Trustee.** |

---

[1] Capitalized terms used herein, but not otherwise defined, shall have the meanings ascribed to them in the Plan.

**Schedule 5:**     **Schedule of Litigation Trust Claims.**

DATED: August 28, 2018
         New York, New York

                             Stephen S. Gray, not individually but solely in his capacity as the Chapter 11 Trustee,
By his Attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

*/s/ Scott E. Ratner*
ALBERT TOGUT
SCOTT E. RATNER
Members of the Firm
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000