TOGUT, SEGAL & SEGAL LLP                    SETTLEMENT DATE:    9/20/18 AT 10:00 A.M.
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Scott E. Ratner

*Attorneys for Stephen S. Gray,*
*Not Individually But Solely in His*
*Capacity as the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :  Chapter 11
In re:                                                :
                                                      :
    WONDERWORK, INC.,                             :  Case No.:  16-13607 (MKV)
                                                      :
                    Debtor.                  :
                                                      :
------------------------------------------------------x

### NOTICE OF SETTLEMENT OF FINDINGS OF FACT AND CONCLUSIONS OF LAW CONFIRMING AMENDED CHAPTER 11 PLAN OF LIQUIDATION FOR THE BANKRUPTCY ESTATE OF WONDERWORK, INC., AS PROPOSED BY THE CHAPTER 11 TRUSTEE

**PLEASE TAKE NOTICE** that the undersigned will present for settlement and signature the proposed *Findings of Fact and Conclusions of Law Confirming Amended Chapter 11 Plan of Liquidation for the Bankruptcy Estate of WonderWork, Inc., as Proposed by the Chapter 11 Trustee* annexed hereto (the "Order") to the Honorable Mary Kay Vyskocil, United States Bankruptcy Judge, in her Chambers at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004, on September 20, 2018 at 10:00 a.m. (the "Settlement Date").

(*continued on the following page*)

**PLEASE TAKE FURTHER NOTICE** that absent any counter-proposals timely filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules for the Southern District of New York, the proposed Order may be signed.

DATED: New York, New York
September 14, 2018

>STEPHEN S. GRAY
>Not Individually But Solely in his
>Capacity as Chapter 11 Trustee
>By His Attorneys,
>TOGUT, SEGAL & SEGAL LLP
>By:
>
>*/s/ Scott E. Ratner*
>ALBERT TOGUT
>SCOTT E. RATNER
>Members of the Firm
>One Penn Plaza, Suite 3335
>New York, New York 10119
>(212) 594-5000