UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
In re:                                                         :    Chapter 11
                                                               :
WONDERWORK, INC.,                                              :    Case No. 16-13607 (MKV)
                                                               :
                    Debtor.                                    :
                                                               :
---------------------------------------------------------------X

**NOTICE OF:  (I) ENTRY OF ORDER CONFIRMING THE TRUSTEE'S
AMENDED CHAPTER 11 PLAN;  AND (II) ESTABLISHING DEADLINES
FOR FILING (A) ADMINISTRATIVE EXPENSE CLAIMS, (B) PROFESSIONAL
FEE CLAIMS, AND (C) EXECUTORY CONTRACT REJECTION CLAIMS**

A.   **TRUSTEE'S CHAPTER 11 PLAN CONFIRMED**

**PLEASE TAKE NOTICE** that on September 21, 2018 (the "Confirmation Date"), the Bankruptcy Court entered an Order [Docket No. 475] (the "Confirmation Order") confirming the *Amended Chapter 11 Plan of Liquidation for the Bankruptcy Estate of WonderWork, Inc. as Proposed by the Chapter 11 Trustee*, dated August 8, 2018 [Docket No. 435] (the "Plan").

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan and the Confirmation Order are available on the Court's website at http://www.ecf.nysb.uscourts.gov.  Further information may be obtained by calling Trustee's counsel at (212) 594-5000 (Attn:  Ms. Denise Cahir).

B.   **ADMINISTRATIVE CLAIMS BAR DATE**

**PLEASE TAKE FURTHER NOTICE** that, except for Professional Fee Claims[1] and United States Trustee quarterly fees, all Persons and Entities including, but not limited to, individuals, partnerships, corporations, estates, trusts and governmental units holding Administrative Expense Claims against the Estate must file a request for allowance of such Administrative Expense Claims **within thirty (30) days after the occurrence of the Effective Date** (the "Administrative Claims Bar Date").  The Trustee shall provide notice of the Effective Date promptly upon its occurrence.  Requests for payment of Administrative Expense Claims, together with supporting documentation, must be filed with the Bankruptcy Court and the original delivered by first-class mail, overnight delivery or hand delivery so as to be received, no later than the

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

Administrative Claims Bar Date, by Trustee's counsel, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, NY 10119 (Attn: Ms. Denise Cahir).

C.     PROFESSIONAL FEE CLAIM BAR DATE

**PLEASE TAKE FURTHER NOTICE** that all Persons and Entities seeking an allowance of their Professional Fee Claim for services rendered and expenses incurred through and including the Confirmation Date under sections 330 or 331 of the Bankruptcy Code shall file their respective applications for allowance of their Professional Fee Claim **by not later than the date which is thirty (30) days after the occurrence of the Effective Date or such other date as may be fixed by the Bankruptcy Court for services rendered through the Confirmation Date** (the "Professional Fee Claims Bar Date"). Applications for payment of Professional Fee Claims, together with supporting documentation, must be filed with the Bankruptcy Court and the original delivered by first-class mail, overnight delivery or hand delivery so as to be received, no later than the Professional Fee Claims Bar Date, by Trustee's counsel, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, NY 10119 (Attn: Ms. Denise Cahir).

D.     EXECUTORY CONTRACT REJECTION BAR DATE

**PLEASE TAKE FURTHER NOTICE** that Claims against the Estate arising out of the rejection of Executory Contracts pursuant to the Plan ("Executory Contract Rejection Claims"), if any, **must be filed with the Court no later than forty-five (45) days after the later of service of (a) notice of entry of an order approving the rejection of such Executory Contract which Order may be the Confirmation Order, and (b) notice of occurrence of the Effective Date** (the "Executory Contract Rejection Bar Date"). Requests for payment of Executory Contract Rejection Claims, together with supporting documentation, must be filed with the Bankruptcy Court and the original delivered by first-class mail, overnight delivery or hand delivery so as to be received, no later than the Executory Contract Rejection Bar Date, by Trustee's counsel, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, NY 10119 (Attn: Ms. Denise Cahir).

**HOLDERS OF ADMINISTRATIVE EXPENSE CLAIMS, PROFESSIONAL FEE CLAIMS, AND EXECUTORY CONTRACT REJECTION CLAIMS WHO FAIL TO FILE A TIMELY REQUEST FOR THE ALLOWANCE OF SUCH CLAIMS SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM ASSERTING SUCH CLAIMS AGAINST THE ESTATE AND SUCH CLAIMANTS SHALL NOT BE ENTITLED TO ANY DISTRIBUTIONS ON ACCOUNT OF SUCH CLAIMS UNDER THE PLAN OR OTHERWISE FROM THE ESTATE.**

**PLEASE TAKE FURTHER NOTICE THAT ALL REQUESTS OR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIMS, PROFESSIONAL FEE CLAIMS, OR EXECUTORY CONTRACT REJECTION CLAIMS MUST BE SUBMITTED IN A FORM CONSISTENT WITH THE BANKRUPTCY CODE, THE BANKRUPTCY RULES AND THE LOCAL RULES OF BANKRUPTCY PROCEDURE FOR THE SOUTHERN DISTRICT OF NEW YORK.**

PLEASE TAKE FURTHER NOTICE THAT THE PLAN AND CONFIRMATION ORDER CONTAIN OTHER PROVISIONS THAT MAY AFFECT YOUR RIGHTS. YOU ARE ENCOURAGED TO REVIEW THE PLAN AND CONFIRMATION ORDER IN THEIR ENTIRETY.

Dated: September 21, 2018
      New York, New York

STEPHEN S. GRAY,
  Not Individually But Solely in
  His Capacity as Chapter 11 Trustee,
By his Counsel:

/s/ Scott E. Ratner
TOGUT, SEGAL & SEGAL LLP
Scott E. Ratner
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000