UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

WONDERWORK, INC.,                            AFFIDAVIT OF SERVICE
                                                                        Case No. 16-13607 (MKV)
                Debtor.


------------------------------------------------------------------X
STATE OF NEW YORK       )
                                 :SS:
COUNTY OF NEW YORK   )

       STEPHANIE WALSH, being duly sworn, deposes and says that she is employed by the law firm of Arnold & Porter Kaye Scholer LLP, is over the age of eighteen years and is not a party to this action.

       On September 25, 2018, deponent served a true and correct copy of *Help Me See, Inc.'s Motion to Estimate the Amount of Brian Mullaney's Claim for Purposes of the Disputed Claims Reserve Under the Plan at Zero Dollars* [ECF No. 480], with exhibit, by personally delivering and leaving the same at the UPS Service Center, located at 888-C 8th Avenue, New York, NY 10019-5704, and enclosed in a sealed, post-paid UPS envelope, to be delivered no later than September 26, 2018, via Next Day Air service, addressed to the following:

Brian Mullaney
1 Sumner LN
Belmont, MA 02478-1433

Related UPS receipt is attached.

                                                                             _____
                                                                                 STEPHANIE WALSH

Sworn to before me this
26th day of September, 2018

_____
Notary Public

ALMA MARIA C. GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6255123
Qualifed in Bronx County
Commission Expires Jan 30, 2020