UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

WONDERWORK, INC.,

                Debtor.

AFFIDAVIT OF SERVICE
Case No. 16-13607 (MKV)

-----------------------------------------------------------------X

STATE OF NEW YORK   )
                               :SS:
COUNTY OF NEW YORK )

        PRINCESS JAMES, being duly sworn, deposes and says that she is employed by the law firm of Arnold & Porter Kaye Scholer LLP, is over the age of eighteen years and is not a party to this action.

        On September 26, 2018 at the office of The United States Trustee, Brian S. Masumoto, Office of the United States Trustee, 201 Varick Street, Room 1006, New York, NY 10014, deponent served a true and correct copy of the *Help Me See, Inc.'s Motion to Estimate the amount of Brian Mullaney's Claim for purposes of the Disputed Claims Reserve under the Plan at Zero Dollars* [ECF No. 480], with exhibit, by delivering and leaving the same, with Illusion Rodriquez, (Associate). Ms. Rodriquez advised deponent that she was authorized to accept service on behalf of Office of the United States Trustee.

        Ms. Rodriquez is a Hispanic female, approximately 28 years of age, approximately 5'6" tall, weighing about 190 pounds, with black hair.

                                                  */s/ Princess James*
                                                    PRINCESS JAMES

Sworn to before me this
28th day of September, 2018

_____
Notary Public
STEVEN G. BARRETT
Notary Public, State of New York
No. 01BA6346274
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Aug. 15, 20__

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:

WONDERWORK, INC.,

                        Debtor.

AFFIDAVIT OF SERVICE
Case No. 16-13607 (MKV)

------------------------------------------------------------------X

STATE OF NEW YORK    )
                                   :SS:
COUNTY OF NEW YORK )

        PRINCESS JAMES, being duly sworn, deposes and says that she is employed by the law firm of Arnold & Porter Kaye Scholer LLP, is over the age of eighteen years and is not a party to this action.

        On September 26, 2018 at the office of Togut, Segal & Segal, LLP, Albert Togut, One Penn Plaza, Suite 3335, New York, NY 10119, deponent served a true and correct copy of the *Help Me See, Inc.'s Motion to Estimate the amount of Brian Mullaney's Claim for purposes of the Disputed Claims Reserve under the Plan at Zero Dollars* [ECF No. 480], with exhibit, by delivering and leaving the same, with Max Ferullo, an Associate. Mr. Ferullo advised deponent that he was authorized to accept service on behalf of Togut, Segal & Segal, LLP.

        Mr. Ferullo is a Caucasian male, approximately 32 years of age, approximately 5'7" tall, weighing about 160 pounds, with dark brown hair.

                                                         _/s/ Princess James_
                                                           PRINCESS JAMES

Sworn to before me this
28th day of September, 2018

_/s/ Notary_
Notary Public

STEVEN G. BARRETT
Notary Public, State of New York
No. 01BA6346274
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Aug. 15, 20__

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

WONDERWORK, INC.,                                   <u>AFFIDAVIT OF SERVICE</u>
                                                    Case No. 16-13607 (MKV)

                Debtor.


------------------------------------------------------------------X
STATE OF NEW YORK      )
                       :SS:
COUNTY OF NEW YORK )

        PRINCESS JAMES, being duly sworn, deposes and says that she is employed by the law firm of Arnold & Porter Kaye Scholer LLP, is over the age of eighteen years and is not a party to this action.

        On September 26, 2018, 2018 at the office of Carter Ledyard & Milburn LLP, 2 Wall Street, New York, NY 10005, deponent served a true and correct copy of the *Help Me See, Inc.'s Motion to Estimate the amount of Brian Mullaney's Claim for purposes of the Disputed Claims Reserve under the Plan at Zero Dollars* [ECF No. 480], with exhibit, by delivering and leaving the same, with Antonio Malaspina, (Assistant Manager). Mr. Malaspina advised deponent that he was authorized to accept service on behalf of Carter Ledyard & Milburn LLP.

        Mr. Malaspina is a Hispanic male, approximately 41 years of age, approximately 5'4" tall, weighing about 160 pounds, with a bald head.

                                                  _/s/ Princess James_
                                                  PRINCESS JAMES

Sworn to before me this
28th day of September, 2018

_/s/_
Notary Public
STEVEN G. BARRETT
Notary Public, State of New York
No. 01BA6346274
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Aug. 15, 20__