

**In re Wonderwork, Ch. 11 Case No. 16-13607**
Jeffrey Chubak
to:
bernstein.chambers@nysb.uscourts.gov
09/28/2018 05:21 PM
Cc:
Bijan Amini, "Peta.Gordon@arnoldporter.com"
Hide Details
From: Jeffrey Chubak <jchubak@storchamini.com>
To: "bernstein.chambers@nysb.uscourts.gov" <bernstein.chambers@nysb.uscourts.gov>
Cc: Bijan Amini <bamini@storchamini.com>, "Peta.Gordon@arnoldporter.com" <Peta.Gordon@arnoldporter.com>

Dear Judge Bernstein's Chambers:

I am writing to request an extension of the deadline to object to Help Me See's motion to estimate the amount of Brian Mullaney's claim for disputed claims reserve purposes (ECF No. 480), from October 3 to October 4. As indicated below, movant's counsel consented to an extension until October 4 at 4 p.m. Please do not hesitate to contact us should you need any additional information.

Thank you,

Jeffrey Chubak

*Granted
SMB
10/1/18*

STORCH AMINI PC
2 GRAND CENTRAL TOWER
140 EAST 45TH STREET, 25TH FLOOR
NEW YORK, NY 10017
212.490.4100 - OFFICE
212.497.8247 - DIRECT
212.490.4208 - FAX
JCHUBAK@STORCHAMINI.COM - EMAIL

www.storchamini.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

**From:** Gordon, Peta <Peta.Gordon@arnoldporter.com>
**Sent:** Friday, September 28, 2018 5:00 PM
**To:** Jeffrey Chubak <jchubak@storchamini.com>
**Cc:** Mintz, Benjamin <Benjamin.Mintz@arnoldporter.com>; Sama, Vincent <Vincent.Sama@arnoldporter.com>; Schumacher, Catherine <Catherine.Schumacher@arnoldporter.com>; Bijan Amini <bamini@storchamini.com>
**Subject:** Re: Wonderwork

We can agree to extend your time to October 4 at 4 pm. While I would usually extend you the courtesy of the additional 2 days, we need that time as our reply is due October 5.

Sent from my iPhone

On Sep 28, 2018, at 3:59 PM, Jeffrey Chubak <jchubak@storchamini.com> wrote:

> All, we were engaged just this afternoon to represent Brian Mullaney in the contested matter

initiated by Help Me See's motion to estimate his claim for disputed claims reserve purposes. I am also going to be out of the office, and out of pocket, Monday-Tuesday for the Jewish holidays. I am writing to request your consent to an extension of our response deadline, from October 3 to October 5 at 4:00 p.m. Would appreciate your letting us know as soon as possible, as chambers needs to approve any requested extension and we do not want to wait until Wednesday to ask chambers.

Thank you, and have a good weekend,

**Jeffrey Chubak**

# STORCH AMINI PC
2 GRAND CENTRAL TOWER
140 EAST 45TH STREET, 25TH FLOOR
NEW YORK, NY 10017
212.490.4100 - OFFICE
212.497.8247 - DIRECT
212.490.4208 - FAX
JCHUBAK@STORCHAMINI.COM - EMAIL

www.storchamini.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com