Benjamin Mintz
Vincent Sama
Peta Gordon
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Fax: (212) 836-8689

*Counsel for Help Me See, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>WONDERWORK, INC.,<br><br>      Debtor. | Chapter 11<br><br>Case No. 16-13607 (SMB)<br><br>Hearing: January 10, 2019 at 10:00 a.m.<br><br>Objection Deadline: January 3, 2019 at 4:00 p.m. |

**SUMMARY COVER SHEET TO THE APPLICATION OF HELP ME SEE, INC. FOR REIMBURSEMENT OF CERTAIN LEGAL FEES PURSUANT TO SECTIONS 503(b)(3)(D) AND 503(b)(4) OF THE BANKRUPTCY CODE**

| Name of Applicant: | Help Me See, Inc. |
|---|---|
| Name of Client: | N/A |
| Time Covered by Application: | January 4, 2017 - September 28, 2018 |
| Total Fees Sought:[1] | $2,750,000 |
| Total Expenses Sought: | $0 |
| Voluntary Reduction of Fees: | $237,030.50 |
| Petition Date: | December 29, 2016 (date of WonderWork, Inc.'s |

---

[1] The HMS Substantial Contribution Claim is not treated as an administrative expense claim, but is a subordinated claim, which is only eligible to receive payment if the Litigation Trust obtains net recoveries in excess of the net claims held by participating creditors in the Litigation Trust.

|   |   |
|---|---|
|   | chapter 11 petition) |
| Retention Date: | N/A |
| Date of Order Approving Employment: | N/A |
| Total Compensation Previously Requested: | N/A |
| Total Expenses Previously Requested: | N/A |
| Total Compensation Previously Awarded: | N/A |
| Total Expenses Previously Awarded: | N/A |
| Blended Rate in this Application for All Attorneys/Law Clerks (pending admission): | $818.03 |
| Number of Professionals Included in this Application: | 34 |
| Number of Professionals Included in this Application who billed more than 15 hours: | 11 |

**SUMMARY OF PROFESSIONALS INCLUDED IN THIS FEE APPLICATION**

| Timekeeper | Title | Department/Group | Year Admitted | Rate[2] | Total Hours | Total Fees |
|---|---|---|---|---|---|---|
| M. Bernstein | Partner | Antitrust | 2005 | $1165 | 1.5 | $1,748.00 |
| P. Gordon | Counsel | Litigation | 2004 | $790-840 | 1170.9 | $944,830.00 |
| B. Mintz | Partner | Bankruptcy | 1996 | $980-1050 | 730.05 | $745,192.00 |
| V. Sama | Partner | Litigation | 1983 | $1450-1550 | 218.95 | $337,100.00 |
| D. Sausen | Partner | Tax | 2002 | $905 | 1.7 | $1,538.00 |
| C. Schumacher | Partner | Litigation | 2002 | $885-940 | 43.6 | $38,757.50 |
| | | | | **TOTAL:** | **2166.7** | **$2,069,165.50** |
| N. Balluku | Associate | Bankruptcy | 2013 | $690 | 32.65 | $22,529.00 |
| S. Fruchter | Associate | Bankruptcy | 2014 | $605 | 12.7 | $7,683.50 |
| R. Graber | Associate | Tax | 2012 | $670 | 5.5 | $3,685.00 |
| B. Gibbons | Associate | Litigation | 2016 | $510-605 | 433.7 | $229,500.00 |
| K. Neaton | Associate | Bankruptcy | 2013 | $575-670 | 42.35 | $26,873.50 |
| D. Norber | Attorney | Litigation | 1993 | $576 | 0.5 | $228.00 |
| K. Pontzer | Law Clerk | Litigation | N/A | $560 | 1.9 | $1,065.00 |
| W. Sharon | Law Clerk | Litigation | N/A | $295 | 3.2 | $944.00 |
| J. Wieboldt | Associate | Litigation | 2014 | $620-715 | 899.3 | $579,997.00 |
| | | | | **TOTAL:** | **1429.3** | **$872,505.00** |
| C. Albert | Clerk | Litigation | N/A | $216 | 0.2 | $41.00 |
| S. Amoo | Paralegal | Litigation | N/A | $275-295 | 48.3 | $13,350.00 |
| L. Champagne | Paralegal | Litigation | N/A | $320 | 14.8 | $4,736.00 |
| K. Felton | Analyst | Research | N/A | $290 | 0.3 | $87.00 |
| F. German | Clerk | Litigation | N/A | $216 | 2.65 | $571.00 |
| A. Gonzalez | Clerk | Litigation | N/A | $115 | 1 | $115.00 |
| J. Goodrich | Manager | Litigation | N/A | $265 | 1.8 | $477.00 |
| T. Hull | Clerk | Litigation | N/A | $205 | 0.8 | $164.00 |
| P. James | Clerk | Litigation | N/A | $120 | 6 | $720.00 |
| T. Langsdorf | Paralegal | Litigation | N/A | $385 | 27.7 | $10,666.00 |
| J. Little | Analyst | Research | N/A | $290 | 0.5 | $145.00 |
| E. Maks | Clerk | Litigation | N/A | $175-195 | 2.5 | $448.00 |
| W. McClendon | Analyst | Litigation | N/A | $355 | 1 | $355.00 |
| S. Rastin | Manager | Litigation | N/A | $370 | 8.6 | $3,182.00 |
| L. Schwall | Paralegal | Litigation | N/A | $370-380 | 4.2 | $1,574.00 |
| T. Tesher | Paralegal | Litigation | N/A | $200 | 20 | $4,000.00 |
| M. Van Roten | Paralegal | Litigation | N/A | $200 | 19.5 | $3,900.00 |
| S. Walsh | Clerk | Litigation | N/A | $115 | 3.8 | $444.00 |
| D. Waltower | Clerk | Litigation | N/A | $110 | 3.5 | $385.00 |
| | | | | **TOTAL:** | **167.15** | **$45,360.00** |
| | | | | **TOTAL FEES:** | **3763.15** | **$2,987,030.50** |
| | | | | **TOTAL FEES SOUGHT:** | | **$2,750,000.00** |

---

[2] Cells with a range represent the 2017 and 2018 rates, which was the only increase during this case.

**BLENDED RATE OF PROFESSIONALS**

| Category of Timekeeper | Total Hours | Total Fees | Blended Hourly Rate Billed this Application |
|---|---|---|---|
| Partners/Counsel | 2166.7 | $2,069,165.50 | $954.98 |
| Associates | 1423.7 | $870,268.00 | $611.27 |
| All Attorneys/Law Clerks | 3596 | $2,941,670.50 | $818.03 |
| All Timekeepers | 3763.15 | $2,987,030.50 | $793.75 |

**SUMMARY OF FEES REQUESTED BY TASK CATEGORY**
**January 4, 2017 - September 28, 2018**

| Category | Task | Hours | Fees |
|---|---|---|---|
| Monitoring and Correcting Debtors' Filings | 001 | 236.65 | $155,492.00 |
| Rule 2004 Discovery | 002 | 532.2 | $357,276.00 |
| Motion to Appoint a Chapter 11 Trustee | 003 | 453.5 | $309,864.00 |
| Examiner Investigation | 004 | 679.8 | $491,389.00 |
| Motion Practice | 005 | 394.15 | $284,038.00 |
| Negotiation and Confirmation of the Plan | 006 | 822.9 | $836,469.50 |
| Administrative Claims | 007 | 643.95 | $552,502.00 |
| **Total Fees:** | | **3763.15** | **$2,987,030.50** |
| **Total Fees Sought:** | | | **$2,750,000.00** |

**SUMMARY OF FEES REQUESTED BY**
**TASK CATEGORY PER PROFESSIONAL**
**January 4, 2017 - September 28, 2018**

| 001 Monitoring and Correcting Debtors' Filings | | | |
|---|---|---|---|
| Timekeeper | Hours | Rate | Fees Amount |
| P. Gordon | 43.1 | $790 | $34,049.00 |
| B. Mintz | 21.35 | $980 | $20,923.00 |
| V. Sama | 1 | $1450 | $1,450.00 |
| C. Schumacher | 1.2 | $885 | $1,062.00 |

| | | | |
|---|---|---|---|
| B. Gibbons | 41.2 | $510 | $21,012.00 |
| K. Neaton | 1 | $575 | $575.00 |
| J. Wieboldt | 116.5 | $620 | $74,013.00 |
| T. Langsdorf | 0.8 | $385 | $308.00 |
| M. Van Roten | 10.5 | $200 | $2,100.00 |
| **001  Total** | **236.65** | | **$155,492.00** |

| 002   Rule 2004 Discovery | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Fees Amount** |
| P. Gordon | 133.2 | $790 | $105,228.00 |
| B. Mintz | 42.1 | $980 | $41,258.00 |
| V. Sama | 3.8 | $1450 | $5,510.00 |
| C. Schumacher | 15.4 | $885 | $13,629.00 |
| N. Balluku | 0.75 | $690 | $518.00 |
| B. Gibbons | 69.9 | $510 | $35,649.00 |
| W. Sharon | 3.2 | $295 | $944.00 |
| J. Wieboldt | 221.85 | $620 | $141,982.00 |
| S. Amoo | 19 | $275 | $5,225.00 |
| F. German | 0.25 | $216 | $54.00 |
| J. Goodrich | 1.8 | $265 | $477.00 |
| T. Langsdorf | 6.35 | $385 | $2,445.00 |
| W. McClendon | 1 | $355 | $355.00 |
| S. Rastin | 8.6 | $370 | $3,182.00 |
| T. Tesher | 3 | $200 | $600.00 |
| D. Waltower | 2 | $110 | $220.00 |
| **002   Total** | **532.2** | | **$357,276.00** |

| 003   Motion to Appoint a Chapter 11 Trustee | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Fees Amount** |
| P. Gordon | 113.5 | $790 | $89,665.00 |
| B. Mintz | 45.5 | $980 | $44,590.00 |

| Timekeeper | Hours | Rate | Fees Amount |
|---|---|---|---|
| V. Sama | 3.7 | $1450 | $5,365.00 |
| C. Schumacher | 16 | $885 | $14,160.00 |
| N. Balluku | 31.9 | $690 | $22,011.00 |
| B. Gibbons | 81.4 | $510 | $41,514.00 |
| K. Neaton | 3.6 | $575 | $2,070.00 |
| J. Wieboldt | 130.05 | $620 | $83,172.00 |
| C. Albert | 0.2 | $216 | $41.00 |
| S. Amoo | 4.1 | $275 | $1,128.00 |
| K. Felton | 0.3 | $290 | $87.00 |
| F. German | 0.7 | $216 | $151.00 |
| A. Gonzalez | 1 | $115 | $115.00 |
| T. Langsdorf | 8.75 | $385 | $3,369.00 |
| E. Maks | 2 | $175 | $350.00 |
| L. Schwall | 0.3 | $370 | $111.00 |
| M. Van Roten | 9 | $200 | $1,800.00 |
| D. Waltower | 1.5 | $110 | $165.00 |
| **003   Total** | **453.5** | | **$309,864.00** |

| 004   Examiner Investigation | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Fees Amount** |
| P. Gordon | 291.35 | $790 | $230,167.00 |
| B. Mintz | 91.05 | $980 | $89,229.00 |
| V. Sama | 8.15 | $1450 | $11,820.00 |
| C. Schumacher | 5.1 | $885 | $4,514.00 |
| B. Gibbons | 114 | $510 | $58,140.00 |
| K. Neaton | 7 | $575 | $4,025.00 |
| D. Norber | 0.5 | $576 | $228.00 |
| J. Wieboldt | 137.15 | $620 | $87,265.00 |
| S. Amoo | 3 | $275 | $825.00 |
| F. German | 1.7 | $216 | $366.00 |
| T. Langsdorf | 2.9 | $385 | $1,117.00 |

| | | | |
|---|---|---|---|
| J. Little | 0.5 | $290 | $145.00 |
| L. Schwall | 0.4 | $370 | $148.00 |
| T. Tesher | 17 | $200 | $3,400.00 |
| **004   Total** | **679.8** | | **$491,389.00** |

| 005   Motion Practice | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Fees Amount** |
| P. Gordon | 134.95 | $790 | $106,611.00 |
| B. Mintz | 81.95 | $980 | $80,311.00 |
| V. Sama | 0.3 | $1450 | $435.00 |
| C. Schumacher | 2.3 | $885 | $2,036.00 |
| B. Gibbons | 38.8 | $510 | $19,788.00 |
| K. Neaton | 4.2 | $575 | $2,415.00 |
| J. Wieboldt | 99.85 | $620 | $62,974.00 |
| S. Amoo | 18.9 | $275 | $5,198.00 |
| T. Langsdorf | 8.9 | $385 | $3,427.00 |
| L. Schwall | 1.5 | $370 | $555.00 |
| S. Walsh | 2.5 | $115 | $288.00 |
| **005   Total** | **394.15** | | **$284,038.00** |

| 006   Negotiation and Confirmation of the Plan | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Fees Amount** |
| M. Bernstein | 0.5 | $1165 | $583.00 |
| P. Gordon (2018) | 227.05 | $840 | $190,722.00 |
| P. Gordon (2017) | 14 | $790 | $11,060.00 |
| B. Mintz (2018) | 314.1 | $1050 | $329,805.00 |
| B. Mintz (2017) | 11.1 | $980 | $10,878.00 |
| V. Sama (2018) | 144.65 | $1550 | $224,207.00 |
| V. Sama (2017) | 3.5 | $1450 | $5,075.00 |
| D. Sausen | 1.7 | $905 | $1,538.00 |
| C. Schumacher (2018) | 0.4 | $940 | $376.00 |

| Timekeeper | Hours | Rate | Fees Amount |
|---|---|---|---|
| C. Schumacher (2017) | 0.5 | $885 | $442.00 |
| S. Fruchter | 3.3 | $605 | $1,996.00 |
| R. Graber | 5.5 | $670 | $3,685.00 |
| B. Gibbons | 9.6 | $605 | $5,808.00 |
| K. Neaton | 7.45 | $670 | $4,991.50 |
| K. Pontzner | 1.9 | $560 | $1,065.00 |
| J. Wieboldt (2018) | 40.65 | $715 | $29,065.00 |
| J. Wieboldt (2017) | 15.2 | $620 | $9,424.00 |
| L. Champagne | 14.8 | $320 | $4,736.00 |
| T. Hull | 0.8 | $205 | $164.00 |
| P. James | 4.5 | $120 | $540.00 |
| L. Schwall | 0.4 | $380 | $152.00 |
| S. Walsh | 1.3 | $115 | $156.00 |
| **006  Total** | **822.9** | | **$836,469.50** |
| | | | |
| **007  Administrative Claims** | | | |
| **Timekeeper** | **Hours** | **Rate** | **Fees Amount** |
| M. Bernstein | 1 | $1165 | $1,165.00 |
| P. Gordon (2018) | 169.3 | $840 | $142,212.00 |
| P. Gordon (2017) | 44.45 | $790 | $35,116.00 |
| B. Mintz (2018) | 110.8 | $1050 | $116,340.00 |
| B. Mintz (2017) | 12.1 | $980 | $11,858.00 |
| V. Sama (2018) | 51.55 | $1550 | $79,903.00 |
| V. Sama (2017) | 2.3 | $1450 | $3,335.00 |
| C. Schumacher | 2.7 | $940 | $2,538.00 |
| S. Fruchter | 9.4 | $605 | $5,687.00 |
| B. Gibbons (2018) | 77.9 | $605 | $47,130.00 |
| B. Gibbons (2017) | 0.9 | $510 | $459.00 |
| K. Neaton | 19.1 | $670 | $12,797.00 |
| J. Wieboldt (2018) | 84.85 | $715 | $60,668.00 |
| J. Wieboldt (2017) | 50.7 | $620 | $31,434.00 |

| | | | |
|---|---:|---:|---:|
| S. Amoo | 3.3 | $295 | $974.00 |
| P. James | 1.5 | $120 | $180.00 |
| E. Maks | 0.5 | $195 | $98.00 |
| L. Schwall | 1.6 | $380 | $608.00 |
| **007 Total** | **643.95** | | **$552,502.00** |