UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                                : Chapter 11

In re:                                   :
                                                :
         WONDERWORK, INC.            : Case No.: 16-13607 (SMB)
                                                :
                           Debtor.          :
                                                :
---------------------------------------------------------x

ORDER GRANTING (I) APPLICATIONS BY PROFESSIONALS
FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF ACTUAL AND NECESSARY EXPENSES INCURRED, AND
(II) FIRST APPLICATION BY CHAPTER 11 TRUSTEE FOR ALLOWANCE OF
INTERIM STATUTORY COMMISSION AND REIMBURSEMENT OF EXPENSES

         Upon consideration of (I) the following fee applications filed by the Chapter 11 Trustee's retained professionals (collectively, the "Fee Applications"): (i) the First and Final Fee Application of CR3 Partners, LLC [Doc. No. 498]; (ii) the First and Final Fee Application of Garfunkel Wild, P.C. [Doc. No. 494]; (iii) the First and Final Fee Application of Gordon Brothers Asset Advisors, LLC [Doc. No. 495]; (iv) the First and Final Fee Application of Togut, Segal & Segal LLP [Doc. No. 499]; and (v) the First and Final Fee Application of Verdolino & Lowey, P.C. [Doc. No. 497], and (II) the First Application of

Chapter 11 Trustee for Allowance of Interim Statutory Commission and Reimbursement of Expenses [Doc. No. 496] (the "Interim Commission Application" and, together with the Fee Applications, the "Applications"); and a hearing having been held before this Court[1] to consider the Applications on January 10, 2019; and notice of the Applications having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and sufficient cause having been shown therefor, it is hereby;

ORDERED that the compensation and reimbursement of expenses sought pursuant to the Fee Applications are awarded on a final basis in the amounts set forth on the attached Schedules A and B; and it is further

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Applications.

**ORDERED** that the Trustee is authorized and directed to pay or cause to be paid the amounts fixed and awarded hereby to each of the applicants, as set forth in columns (4) and (6) on the attached Schedule A;  and it is further

**ORDERED** that the compensation and reimbursement of expenses sought pursuant to the Interim Commission Application are awarded in the amounts of $164,882.42 and $12,291.90, respectively.

Dated: New York, New York
January 10th, 2019

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Schedule A

*In re WonderWork, Inc.,* Case No. 16-13607 (SMB)

### FIRST FEE PERIOD

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Interim Expenses Requested | (6) Expenses Allowed |
|---|---|---|---|---|---|
| **CR3 Partners, LLC** *Accountant for the Chapter 11 Trustee* | 11/19/18 [Docket No. 498] | $485,928.50 | $485,928.50 | $6,011.80 | $6,011.80 |
| **Garfunkel Wild, P.C.** *Special Counsel for the Chapter 11 Trustee* | 11/16/18 [Docket No. 494] | $259,261.50 | $259,261.50 | $89.49 | $89.49 |
| **Gordon Brothers Asset Advisors, LLC** *Intellectual Property Advisor for the Chapter 11 Trustee* | 11/19/18 [Docket No. 495] | $30,000.00 | $30,000.00 | $0 | $0 |
| **Togut, Segal & Segal LLP** *Bankruptcy Counsel for the Chapter 11 Trustee* | 11/19/18 [Docket No. 499] | $899,612.50 | $899,612.50 | $13,760.69 | $13,760.69 |

| | | | | | |
|---|---|---|---|---|---|
| **Verdolino & Lowey, P.C.**<br><br>*Special Accountant for the Chapter 11 Trustee* | 11/19/18<br><br>[Docket No. 497] | $15,000.00 | $15,000.00 | $0 | $0 |

DATED: <u>January 10, 2019</u>                                        INITIALS: <u>SMB</u> USBJ

5

Schedule B

In re WonderWork, Inc., Case No. 16-13607 (SMB)

## FINAL FEE APPLICATION TOTALS

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Approved | (4) Total Expenses Requested | (5) Total Expenses Approved |
|---|---|---|---|---|
| **CR3 Partners, LLC** *Accountant for the Chapter 11 Trustee* | $485,928.50 | $485,928.50 | $6,011.80 | $6,011.80 |
| **Garfunkel Wild, P.C.** *Special Counsel for the Chapter 11 Trustee* | $259,261.50 | $259,261.50 | $89.49 | $89.49 |
| **Gordon Brothers Asset Advisors, LLC** *Intellectual Property Advisor for the Chapter 11 Trustee* | $30,000.00 | $30,000.00 | $0 | $0 |
| **Togut, Segal & Segal LLP** *Bankruptcy Counsel for the Chapter 11 Trustee* | $899,612.50 | $899,612.50 | $13,760.69 | $13,760.69 |
| **Verdolino & Lowey,** | $15,000.00 | $15,000.00 | $0 | $0 |

6

| P.C. *Special Accountant for the Chapter 11 Trustee* | | | | |
|---|---|---|---|---|

DATED: <u>January 10, 2019</u>  INITIALS: <u>SMB</u> USBJ