TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Scott E. Ratner

*Counsel for Stephen S. Gray,*
 *Not Individually But Solely in His Capacity*
 *as Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
|  | : | Chapter 11 |
| In re: | : | |
|  | : | |
| WONDERWORK, INC. | : | Case No.: 16-13607 (SMB) |
|  | : | |
| Debtor. | : | |
|  | : | |
-----------------------------------------------------------x

**TRUSTEE'S POST-CONFIRMATION**
**QUARTERLY OPERATING REPORT**

**FROM: JANUARY 1, 2019 TO MARCH 31, 2019**

      Stephen S. Gray, not individually but solely in his capacity as Chapter 11 Trustee of the estate of WonderWork, Inc., files his Post-Confirmation Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

      **In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed: _[signature]_      Date: 4/29/19
Print
Name: _Stephen S Gray_
Title: _Chapter 11 Trustee_

**Trustee's Address**
**and Phone Number:**

Stephen S. Gray
Gray & Company, LLC

**Attorney's Address**
**and Phone Number:**

Scott E. Ratner, Esq.
Togut, Segal & Segal LLP

207 Union Wharf
Boston, Massachusetts 02109
Telephone: (617) 875-6404

One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000

Note: The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.



## INSTRUCTIONS FOR PREPARATION OF DEBTOR'S
## CHAPTER 11 MONTHLY OPERATING REPORT

### POST-CONFIRMATION

Debtors-in-Possession and Trustees must file with the Bankruptcy Court, and serve on the United States Trustee, post-confirmation operating reports reflecting the activities of debtor(s) each month after their Plan of Reorganization has been confirmed.  These reports are to be submitted by the 20th of the month following the reporting period until such time that a Final Decree has been entered by the Court.  The attached forms are to be used by debtors, post confirmation.

The following additional comments are provided to assist in the preparation of the forms provided by the United States Trustee.

- **ATTACHMENT 1 - QUESTIONNAIRE/INSURANCE INFORMATION.**  You must submit this information each month even if there have been no changes from the prior periods.  If a new insurance policy is issued, coverage is changed, limits are changed, or if there is any other change in insurance coverage, a copy of the new certificate of insurance reflecting such changes must be attached.

- **ATTACHMENT 2 - CHAPTER 11 SCHEDULE OF RECEIPTS AND DISBURSEMENTS.**  The amounts, including operating and plan disbursements, must be recorded on this schedule. The **Total Disbursements** recorded on this schedule, including all operating and plan disbursements, are used to determine the quarterly fees due the United States Trustee.  All items must be answered.  Any which do not apply should be answered "none" or "N/A."

- **ATTACHMENT 3 - BANK ACCOUNT RECONCILIATION.**   You must report each open account, including savings accounts and negotiable instruments (e.g. certificates of deposit, money market accounts, stocks or bonds).

- **ATTACHMENT 4 - CASH/DEBIT/CHECK DISBURSEMENT DETAIL.**  A separate attachment must be utilized for each account.  Itemize all checks written or wire transfers on each account.  Debtors using computerized systems may submit computer-generated registers.  The check disbursement detail must account for **ALL** checks in <u>sequential order</u>, including those that have been voided.  Additionally, the amounts recorded on the check disbursements detail **<u>must</u>** agree with the amounts recorded on the Schedule of Receipts and Disbursements (Attachment 1).

- **The debtor must submit all attachments of the monthly operating report.  Any attachments not applicable must be so noted on the attachment.**  The required reports with attachments should be stapled together and filed with the cover sheet showing the name, address and telephone number of debtor and debtor's attorney.

- **Failure to submit Monthly Operating Reports will seriously jeopardize your case, and may result in the dismissal or conversion of your case to a Chapter 7.  If you have any questions regarding these reports which your attorney cannot answer, <u>your attorney should contact</u> the attorney or bankruptcy analyst in the United States Trustee's office who is assigned to your case.**

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period?[1] | X | |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | | X |
| | | | |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

<u>Notes</u>
**1.) Sale of the Debtor's intellectual property pursuant to the Confirmed Plan Of Reorganization**


| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect?[2] | | X |
| 2. | Are all premium payments current? | X | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

<u>Notes</u>
**2.) All policys have been terminated**


| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY      and      CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |


| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| The Debor consumated the Plan of Reorganization and has begun processing payments to allowed claims. |

**Estimated Date of Filing the Application for Final Decree: __3/31/2019_____**

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | WonderWork, Inc. |
| **Case Number:** | 16-13607 (SMB) |
| **Date of Plan Confirmation:** | September 21, 2018 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | **Monthly** | **Post Confirmation Total** |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 3,510,502.97 | $ 18,643,051.20 |
| | | | |
| 2. | **INCOME or RECEIPTS during the Period** | $ 0.00 | $ 1,956,322.76 |
| | | | |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | $ 170,888.71 | $ 170,888.71 |
| (ii) | Federal Taxes | 0.00 | 0.00 |
| (iii) | State Taxes | 0.00 | 0.00 |
| (iv) | Other Taxes | 0.00 | 0.00 |
| | | | |
| b. | **All Other Operating Expenses:** | $ 10,171.10 | $ 21,177.13 |
| | | | |
| c. | **Plan Payments:*** | | |
| (i) | Administrative Claims | $ 1,888,921.23 | $ 4,384,136.28 |
| (ii) | Priority Claims | 501.24 | 9,382.26 |
| (iii) | General Unsecured Claims: Arbitration/Litigation Claims | 0.00 | 0.00 |
| (iv) | General Unsecured Claims: Impact Loans | 900,811.42 | 1,002,238.72 |
| (v) | General Unsecured Claims: Other (Attach additional pages as needed) | 32,297.88 | 139,766.47 |
| | **Total Disbursements (Operating & Plan)** | $ 3,003,591.58 | $ 5,727,589.57 |
| | | | |
| 4. | **GRANTING OF RESTRICTED FUNDS** | $ 0.00 | $ 14,364,873.00 |
| | | | |
| 1. | **CASH (End of Period)** | $ 506,911.39 | $ 506,911.39 |

**\*  This includes any and all disbursements made under the plan of reorganization or in the ordinary course
  of the reorganized debtor's post-confirmation business, whether the disbursements are made
  through a trust, by a third party, or by the reorganized debtor.**

# CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | HSBC Bank USA NA | HSBC Bank USA NA | HSBC Bank USA NA | Union Bank |
| Account Number: | ███ 9896 | ███ 4089 | ███ 4512 | ███ 4746 |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Operating | Operating | Restricted Funds Account |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking |
| | | | | |
| 1.  **Balance per Bank Statement** | 0.00 | 0.00 | 0.00 | 507,387.12 |
| 2.  **ADD**:  Deposits not credited | 0.00 | 0.00 | 0.00 | 0.00 |
| 3.  **SUBTRACT**:  Outstanding Checks | 0.00 | 0.00 | 0.00 | 475.73 |
| 4.  Other Reconciling Items | 0.00 | 0.00 | 0.00 | 0.00 |
| 5.  **Month End Balance** (Must Agree with Books) | 0.00 | 0.00 | 0.00 | 506,911.39 |
| | | | | |

**Note:  Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach copy of each investment account statement.**

# CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Union Bank | Union Bank | Union Bank | Union Bank |
| Account Number: | ████ 4738 | ████ 4770 | ████ 4789 | ████ 4797 |
| Purpose of Account (Operating/Payroll/Tax) | Restricted Funds Account | Restricted Funds Account | Restricted Funds Account | Restricted Funds Account |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking |
| | | | | |
| 1.  **Balance per Bank Statement** | 0.00 | 0.00 | 0.00 | 0.00 |
| 2.  **ADD**:  Deposits not credited | 0.00 | 0.00 | 0.00 | 0.00 |
| 3.  **SUBTRACT**:  Outstanding Checks | 0.00 | 0.00 | 0.00 | 0.00 |
| 4.  Other Reconciling Items | 0.00 | 0.00 | 0.00 | 0.00 |
| 5.  **Month End Balance** (Must Agree with Books) | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | |

**Note:  Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach copy of each investment account statement.**

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | HSBC Bank USA NA |
|---|---|
| Account Number | ▮9896 |
| **Purpose of Account (Operating/Payroll/Personal)** | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1770 | 1/23/2014 | Cindy L Magden | Write off outstanding check | -300.00 |
| 2188 | 12/12/2014 | The John Fawcett Foundation | Write off outstanding check | -1,000.00 |
| Debit | 4/16/2018 | Pay-by-Pay | Write off outstanding check | -84.82 |
| Debit | 10/3/2018 | FedEx | Vendor payments | 17.74 |
| 3754 | 10/5/2018 | Media Temple, Inc. | Vendor payments | 284.00 |
| 3755 | 10/5/2018 | void | | 0.00 |
| 3756 | 10/5/2019 | Microsoft | Vendor payments | 130.50 |
| 3757 | 10/5/2018 | DMI Data Management Inc. | Vendor payments | 2,500.00 |
| 3758 | 10/5/2018 | Hana  L Fuchs | Vendor payments | 1,826.93 |
| 3759 | 10/9/2018 | Amazon Web Services, Inc | Vendor payments | 511.79 |
| Debit | 10/9/2018 | QuickBooks on line | Vendor payments | 63.75 |
| Debit | 10/17/2018 | HSBC | Bank fees | 697.13 |
| Debit | 10/19/2018 | FedEx | Vendor payments | 18.27 |
| Debit | 10/30/2018 | Egnyte | Vendor payments | 690.00 |
| 3760 | 10/31/2018 | Microsoft | Vendor payments | 130.50 |
| 3760 | 10/31/2018 | Microsoft - void | Write off | -130.50 |
| 3761 | 10/31/2018 | Hana  L Fuchs | Vendor payments | 1,826.93 |
| Debit | 11/7/2018 | Quickbooks Online | Vendor Payments | 63.75 |
| Debit | 11/30/2018 | HSBC Bank | Bank Fees | 465.45 |
| Debit | 12/18/2018 | HSBC Bank | Bank Fees | 360.61 |
| Credit | 1/31/2019 | | Reversal of fees to close account | -1,422.75 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 6,649.28 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

**CHAPTER 11 POST-CONFIRMATION**
CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Union Bank |
|---|---|
| Account Number | ▮▮▮▮4746 |
| **Purpose of Account (Operating/Payroll/Personal)** | Restricted Funds Account |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| EFT | 10/1/2018 | ReSurge International* | Restricted Grant | 1,729,532.00 |
| Debit | 10/1/2018 | Union Bank | Bank fees | 30.00 |
| EFT | 10/19/2018 | Help Me See Inc.* | Restricted Grant | 10,073,193.00 |
| Debit | 10/19/2018 | Union Bank | Bank Fees | 15.00 |
| EFT | 10/23/2018 | Goldin Associates | Professional Fees & Expenses | 473,228.18 |
| Debit | 10/23/2018 | Union Bank | Bank Fees | 30.00 |
| EFT | 10/25/2018 | BDO USA, LLP | Professional Fees & Expenses | 210,000.00 |
| EFT | 10/25/2018 | Jason R. Lilien, Esq. | Professional Fees & Expenses | 380,595.60 |
| EFT | 10/25/2018 | Loeb & Loeb LLP | Professional Fees & Expenses | 1,431,391.27 |
| EFT | 11/27/2018 | International Sureties | Bond Fees | 2,799.00 |
| Debit | 11/27/1999 | Union Bank | Bank Fees | 15.00 |
| 5001 | 12/28/2018 | American Express Bank-FSB | Distribution | 1,351.73 |
| 5002 | 12/28/2018 | CDR Fundraising Group | Distribution | 29,613.61 |
| 5003 | 12/28/2018 | CENVEO | Distribution | 3,390.14 |
| 5004 | 12/28/2018 | Colortree Group | Distribution | 13,640.62 |
| 5005 | 12/28/2018 | COPILEVITZ & CANTER LLC | Distribution | 693.07 |
| 5006 | 12/28/2018 | DEVELOPMENT RESOURCES INC | Distribution | 6,074.59 |
| 5007 | 12/28/2018 | DIRECT MAIL PROCESSORS | Distribution | 4,985.81 |
| 5008 | 12/28/2018 | DMI DATA MGMT | Distribution | 3,296.98 |
| 5009 | 12/28/2018 | HANA FUCHS | Distribution | 8,881.02 |
| 5010 | 12/28/2018 | IRS | Distribution | 860.98 |
| 5011 | 12/28/2018 | KAPLAN KRAVET & VOGEL PC | Distribution | 5,017.02 |
| 5012 | 12/28/2018 | LOG-ON | Distribution | 29,380.63 |
| 5013 | 12/28/2018 | MDI IMAGING & MAIL L.C | Distribution | 3,083.72 |
| 5014 | 12/28/2018 | Raphael & Diana Vinoly Foundation | Distribution | 36,540.72 |
| 5015 | 12/28/2018 | TRI-STATE ENVELOPE CORP | Distribution | 3,589.21 |
| 5016 | 12/28/2018 | VALTIM MARKETING SOLUTIONS | Distribution | 1,195.33 |
| 5017 | 12/28/2018 | Worldwide Printing & Distribution | Distribution | 1,315.15 |
| 5018 | 12/28/2018 | Detter Family Foundation | Distribution | 64,886.58 |
| 5001 | 1/2/2019 | American Express Bank-FSB | Distribution | -1,351.73 |
| EFT | 1/14/2019 | VERDOLINO & LOWEY | Professional fees | 15,000.00 |
| EFT | 1/14/2019 | GORDON BROTHERS | Professional fees | 30,000.00 |
| EFT | 1/14/2019 | GRAY AND COMPANY | Professional fees | 164,107.85 |
| EFT | 1/14/2019 | CR3 PARTNERS | Professional fees | 491,940.30 |
| EFT | 1/14/2019 | TOGUT SEGAL AND SEGAL | Professional fees | 913,373.19 |
| EFT | 1/14/2019 | Garfunkel Wild. P.C. - POST | Professional fees | 11,353.85 |
| Debit | 1/14/2019 | Union Bank | Bank fees | 75.00 |
| 5019 | 2/6/2019 | VERDOLINO & LOWEY | VENDOR PAYMENTS | 100.00 |
| EFT | 2/6/2019 | Ampleton Group Limited | Distribution | 5,163.40 |
| Debit | 2/6/2019 | Union Bank | Bank fees | 20.00 |
| 5020 | 2/6/2019 | Action Mailers | Distribution | 11,444.00 |
| 5021 | 2/6/2019 | Communications Corp of America | Distribution | 3,830.41 |
| 5022 | 2/6/2019 | Corporate Press | Distribution | 4,482.25 |
| 5023 | 2/6/2019 | IDMI | Distribution | 989.26 |
| 5024 | 2/6/2019 | Joseph Mullaney | Distribution | 67,161.64 |
| 5025 | 2/6/2019 | L&E Meridian | Distribution | 804.73 |
| 5026 | 2/6/2019 | Skyline Credit Ride, Inc. | Distribution | 26.15 |
| 5027 | 2/6/2019 | Vanguard c/o Ascensus | Distribution | 475.73 |
| 5028 | 2/6/2019 | XPO Logistics | Distribution | 46.36 |
| 5029 | 2/6/2019 | Bill and Ann Ziff Foundation | Distribution | 250,000.00 |
| 5030 | 2/6/2019 | Meadowlark Foundation | Distribution | 250,000.00 |
| 5031 | 2/6/2019 | Meadowlark Foundation | Distribution | 69,193.78 |
| 5032 | 2/6/2019 | Bill and Ann Ziff Foundation | Distribution | 200,000.00 |
| 5033 | 2/6/2019 | Bill and Ann Ziff Foundation | Distribution | 64,456.00 |
| 5034 | 2/20/2019 | US Trustee | Distribution | 170,888.71 |
| EFT | 2/22/2019 | Garfunkel Wild, P.C. | Professional Fees | 259,350.99 |
| Debit | 2/22/2019 | Union Bank | Bank fees | 15.00 |
| 5035 | 2/27/2019 | Nestle Pure Life | Distribution | 13.56 |
| 5036 | 2/27/2019 | Nextiva | Distribution | 320.47 |
| 5037 | 2/27/2019 | Union ID and Mail | Distribution | 1,926.29 |
| EFT | 2/28/2019 | Gray & Company | Professional Fees | 12,291.90 |
| Debit | 2/28/2019 | Union Bank | Bank fees | 15.00 |
| EFT | 3/4/2019 | Sard Verbinnen and Co | Professional Fees | 2,857.00 |
| Debit | 3/4/2019 | Union Bank | Bank fees | 15.00 |
| EFT | 3/20/2019 | IRS | Distribution | 501.24 |
| EFT | 3/20/2019 | Wells Fargo | Distribution | 4,127.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 17,523,620.29 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |

*Restricted funds granted to approved charities as designated in the Plan.



# STATEMENT OF ACCOUNTS

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES    CA  90051-3840

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC**
**RESTRICTED FUNDS ACCOUNT**
**STEPHEN S GRAY, CHAPTER 11 TRUSTEE**
**CASE# 16-13607 (MKV)**
**207 UNION WHARF**
**BOSTON MA 02109**

■

## Business Value Checking Summary

Account Number: ▮▮▮▮4746

Days in statement period: Days in statement period: 31

| | | |
|---|---|---:|
| **Balance on 1/ 1** | $ | 3,327,994.01 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | -1,842,275.37 |
| Checks paid (17) | -216,425.18 | |
| Electronic debits (6) | -1,625,775.19 | |
| Other debits (5) | -75.00 | |
| **Balance on 1/31** | $ | 1,485,718.64 |

## C R E D I T S

## D E B I T S

### Check Paid

| Number | Date | Amount | Number | Date | Amount |
|---|---|---:|---|---|---:|
| 5002 | 1/7 | 29,613.61 | 5011 | 1/2 | 5,017.02 |
| 5003 | 1/4 | 3,390.14 | 5012 | 1/4 | 29,360.63 |
| 5004 | 1/17 | 13,640.62 | 5013 | 1/2 | 3,083.72 |
| 5005 | 1/4 | 693.07 | 5014 | 1/30 | 36,540.72 |
| 5006 | 1/2 | 6,074.59 | 5015 | 1/2 | 3,589.21 |
| 5007 | 1/3 | 4,985.81 | 5016 | 1/4 | 1,195.33 |
| 5008 | 1/4 | 3,296.98 | 5017 | 1/8 | 1,315.15 |
| 5009 | 1/2 | 8,881.02 | 5018 | 1/9 | 64,886.58 |
| 5010 | 1/4 | 860.98 | | | |
| **17  Checks paid** | | | **Total** | $ | **216,425.18** |

### Electronic debits

| Date | Description | Reference | | Amount |
|---|---|---|---|---:|
| 1/11 | CHECKING TRANSFER 190111 2180022956 0000  60113612 | | $ | 11,353.85 |
| 1/14 | WIRE TRANS TRN 0114000837 011419 UBOC93050522 UB499794N | | | 15,000.00 |
| | Sent To: | | | |
| | CHARLES RIVER BANK | | | |
| | Beneficiary: | | | |
| | 1/Verdolino and Lowey P.C. | | | |

## Electronic debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
| 1/14 | WIRE TRANS TRN 0114000840 011419 UB499785N Sent To: BANK OF AMERICA N.A. Beneficiary: 1/Gordon Brothers Asset Advisors | UBOC93050525 | 30,000.00 |
| 1/14 | WIRE TRANS TRN 0114000835 011419 UB499800N Sent To: THE BOSTON PRIVATE BK. & TR CO Beneficiary: 1/Gray and Company LLC | UBOC93050520 | 164,107.85 |
| 1/14 | WIRE TRANS TRN 0114000836 011419 UB499797N Sent To: REGIONS BANK Beneficiary: 1/CR3 Partners LLC | UBOC93050521 | 491,940.30 |
| 1/14 | WIRE TRANS TRN 0114000832 011419 UB499806N Sent To: CITIBANK, N.A. Beneficiary: 1/Togut Segal and Segal | UBOC93050518 | 913,373.19 |
| | **6  Electronic debits** | **Total** | **$  1,625,775.19** |

## Other debits, fees and adjustments

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
| 1/14 | OUTG DOM WIRE FEE ONLINE FINCTR 190114-000832 | TRN93057667 | $  15.00 |
| 1/14 | OUTG DOM WIRE FEE ONLINE FINCTR 190114-000835 | TRN93057666 | 15.00 |
| 1/14 | OUTG DOM WIRE FEE ONLINE FINCTR 190114-000836 | TRN93057665 | 15.00 |
| 1/14 | OUTG DOM WIRE FEE ONLINE FINCTR 190114-000837 | TRN93057664 | 15.00 |
| 1/14 | OUTG DOM WIRE FEE ONLINE FINCTR 190114-000840 | TRN93057663 | 15.00 |
| | **5  Other debits, fees and adjustments** | **Total** | **$  75.00** |

## Daily Ledger Balance

| Date | Ledger Balance | Date | Ledger Balance |
|------|----------------|------|----------------|
| 1/1 | $  3,327,994.01 | 1/9-1/10 | $  3,161,750.17 |
| 1/2 | 3,301,348.45 | 1/11-1/13 | 3,150,396.32 |
| 1/3 | 3,296,362.64 | 1/14-1/16 | 1,535,899.98 |
| 1/4-1/6 | 3,257,565.51 | 1/17-1/29 | 1,522,259.36 |
| 1/7 | 3,227,951.90 | 1/30-1/31 | 1,485,718.64 |
| 1/8 | 3,226,636.75 | | |

 **Union**Bank

# STATEMENT
# OF ACCOUNTS

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC
RESTRICTED FUNDS ACCOUNT
STEPHEN S GRAY, CHAPTER 11 TRUSTEE
CASE# 16-13607 (MKV)
207 UNION WHARF
BOSTON MA 02109**

■

## Business Value Checking Summary

Account Number: █████4746

Days in statement period: Days in statement period: 28

| | | |
|---|---|---:|
| **Balance on 2/ 1** | $ | **1,485,718.64** |
| **Total Credits** | | **401,708.62** |
| Electronic credits (4) | 401,708.62 | |
| **Total Debits** | | **-1,303,117.94** |
| Checks paid (12) | -1,017,948.99 | |
| Electronic debits (5) | -285,118.95 | |
| Other debits (3) | -50.00 | |
| **Balance on 2/28** | $ | **584,309.32** |

## C R E D I T S

### Electronic credits

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---:|
| 2/25 | CASH MANAGEMENT BKTRANSFER | 93090354 | $ | 54,887.86 |
| 2/25 | CASH MANAGEMENT BKTRANSFER | 93090356 | | 75,722.90 |
| 2/25 | CASH MANAGEMENT BKTRANSFER | 93090352 | | 97,705.46 |
| 2/25 | CASH MANAGEMENT BKTRANSFER | 93090350 | | 173,392.40 |
| | **4  Electronic credits** | **Total** | $ | **401,708.62** |

## D E B I T S

### Check Paid

| Number | Date | Amount | Number | Date | Amount |
|---|---|---:|---|---|---:|
| 5019 | 2/12 | 100.00 | 5029 | 2/14 | 250,000.00 |
| 5020 | 2/13 | 11,444.00 | 5030 | 2/15 | 250,000.00 |
| 5023* | 2/13 | 989.26 | 5031 | 2/15 | 69,193.78 |
| 5025* | 2/12 | 804.73 | 5032 | 2/14 | 200,000.00 |
| 5026 | 2/12 | 26.15 | 5033 | 2/14 | 64,456.00 |
| 5028* | 2/14 | 46.36 | 5034 | 2/20 | 170,888.71 |
| **12  Checks paid** | | | **Total** | $ | **1,017,948.99** |

* Checks missing in sequence. Out of sequence check numbers may also be located in the Electronic Debits section of your statement.

## Electronic debits

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
| 2/6 | WIRE TRANS TRN 0206017579 020619 UBOC93051990 UB359508N Sent To: SVENSKA HANDELSBANKEN LONDON BRANCH Beneficiary: 1/Ampleton Group | | $ 5,163.40 |
| 2/11 | COMMUNICATIONS C ONLINE PMT CCD57050931 UN1878205648POS | | 3,830.41 |
| 2/11 | CORPORATE PRESS ONLINE PMT CCD57050959 UN1878205648POS | | 4,482.25 |
| 2/22 | WIRE TRANS TRN 0222001018 022219 UBOC93050955 UB270132N Sent To: CITIBANK, N.A. Beneficiary: 1/Garfunkel Wild, P.C. | | 259,350.99 |
| 2/28 | WIRE TRANS TRN 0228024828 022819 UBOC93055418 UB228981N Sent To: THE BOSTON PRIVATE BK. & TR CO Beneficiary: 1/Gray and Company LLC | | 12,291.90 |
| | **5  Electronic debits** | **Total** | **$ 285,118.95** |

## Other debits, fees and adjustments

| Date | Description | Reference | Amount |
|------|-------------|-----------|--------|
| 2/6 | OUT INTL USD WIRE FEE ONL FINCTR TRN93056908 190206-017579 | | $ 20.00 |
| 2/22 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93059692 190222-001018 | | 15.00 |
| 2/28 | OUTG DOM WIRE FEE ONLINE FINCTR TRN93052133 190228-024828 | | 15.00 |
| | **3  Other debits, fees and adjustments** | **Total** | **$ 50.00** |

## Daily Ledger Balance

| Date | Ledger Balance | Date | Ledger Balance |
|------|---------------|------|---------------|
| 2/1-2/5 | $ 1,485,718.64 | 2/15-2/19 | $ 625,162.30 |
| 2/6-2/10 | 1,480,535.24 | 2/20-2/21 | 454,273.59 |
| 2/11 | 1,472,222.58 | 2/22-2/24 | 194,907.60 |
| 2/12 | 1,471,291.70 | 2/25-2/27 | 596,616.22 |
| 2/13 | 1,458,858.44 | 2/28 | 584,309.32 |
| 2/14 | 944,356.08 | | |



# STATEMENT OF ACCOUNTS

BANKRUPTCY ESTATE OF WONDERWORK, INC
**Statement Number:** ▮4746
03/01/19 - 03/29/19

Customer Inquiries
800-669-8661

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC
RESTRICTED FUNDS ACCOUNT
STEPHEN S GRAY, CHAPTER 11 TRUSTEE
CASE# 16-13607 (MKV)
207 UNION WHARF
BOSTON MA 02109**

■

## Business Value Checking Summary

Account Number: ▮4746

Days in statement period: Days in statement period: 29

| | | |
|---|---|---|
| **Balance on 3/ 1** | $ | **584,309.32** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **-76,922.20** |
| Checks paid (2) | -67,175.20 | |
| Electronic debits (5) | -9,732.00 | |
| Other debits (1) | -15.00 | |
| **Balance on 3/29** | $ | **507,387.12** |

## C R E D I T S

## D E B I T S

### Check Paid

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 5024 | 3/6 | 67,161.64 | 5035* | 3/7 | 13.56 |
| **2  Checks paid** | | | **Total** | $ | **67,175.20** |

* Checks missing in sequence. Out of sequence check numbers may also be located in the Electronic Debits section of your statement.

### Electronic debits

| Date | Description | Reference | Amount |
|---|---|---|---|
| 3/4 | WIRE TRANS TRN 0304027698 030419 UBOC93055488 UB206253N Sent To: JPMORGAN CHASE BANK Beneficiary: 1/Sard Verbinnen and Co | | $ 2,857.00 |
| 3/4 | NEXTIVA ONLINE PMT CCD UN1878205648POS | 57981648 | 320.47 |
| 3/4 | UNION ID AND MAI ONLINE PMT CCD57983071 UN1878205648POS | | 1,926.29 |
| 3/20 | IRS ONLINE PMT CCD UN1878205648POS | 55929657 | 501.24 |
| 3/20 | WELLS FARGO FINA ONLINE PMT CCD55931586 UN1878205648POS | | 4,127.00 |
| | **5  Electronic debits** | **Total** | $ 9,732.00 |

BANKRUPTCY ESTATE OF WONDERWORK, INC
**Statement Number:** ███4746
03/01/19 - 03/29/19

## Other debits, fees and adjustments

| Date | Description | Reference | | Amount |
|------|-------------|-----------|---|--------|
| 3/4 | OUTG DOM WIRE FEE ONLINE FINCTR 190304-027698 | TRN93058428 | $ | 15.00 |

## Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|------|---|----------------|------|---|----------------|
| 3/1-3/3 | $ | 584,309.32 | 3/7-3/19 | $ | 512,015.36 |
| 3/4-3/5 | | 579,190.56 | 3/20-3/29 | | 507,387.12 |
| 3/6 | | 512,028.92 | | | |

 **UnionBank**

**STATEMENT OF ACCOUNTS**

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES          CA  90051-3840

BANKRUPTCY        ESTATE        OF
WONDERWORK, INC
**Statement Number:** ████4738
01/01/19 - 01/31/19

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC**
**OPERATING ACCOUNT**
**STEPHEN S GRAY, CHAPTER 11 TRUSTEE**
**CASE #16-13607 (MKV)**
**207 UNION WHARF**
**BOSTON MA 02109**

■

## Business Value Checking Summary

Account Number: ████4738

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| **Balance on 1/ 1** | $ | 173,392.40 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 1/31** | $ | 173,392.40 |

## C R E D I T S

## D E B I T S

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 1/1-1/31 | $ | 173,392.40 | | |


**UnionBank**

## STATEMENT OF ACCOUNTS

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES      CA  90051-3840

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC
OPERATING ACCOUNT
STEPHEN S GRAY, CHAPTER 11 TRUSTEE
CASE #16-13607 (MKV)
207 UNION WHARF
BOSTON MA 02109**

■

---

### Business Value Checking Summary

Account Number: ▮▮▮▮4738

Days in statement period: Days in statement period: 28

| | | |
|---|---|---|
| **Balance on 2/ 1** | $ | **173,392.40** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **-173,392.40** |
| Electronic debits (1) | -173,392.40 | |
| **Balance on 2/28** | $ | **0.00** |

## C R E D I T S

## D E B I T S

### Electronic debits

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 2/25 | CASH MANAGEMENT BKTRANSFER | 93090349 | $ | 173,392.40 |

### Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---|---|---|---|
| 2/1-2/24 | $ | 173,392.40 | 2/25-2/28 | $ | 0.00 |



## STATEMENT
## OF ACCOUNTS

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

BANKRUPTCY ESTATE OF WONDERWORK, INC
**Statement Number:** ████ 4738
03/01/19 - 03/29/19

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC
OPERATING ACCOUNT
STEPHEN S GRAY, CHAPTER 11 TRUSTEE
CASE #16-13607 (MKV)
207 UNION WHARF
BOSTON MA 02109**

■

---

### Business Value Checking Summary                              Account Number: ████4738

Days in statement period: Days in statement period: 29

| | | |
|---|---|---|
| **Balance on 3/ 1** | $ | **0.00** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **0.00** |
| **Balance on 3/29** | $ | **0.00** |

## C R E D I T S

## D E B I T S

### Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 3/1-3/29 | $ | 0.00 | | |



# STATEMENT OF ACCOUNTS

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC**
**RESTRICTED FUNDS ACCOUNT - 20/20/20**
**STEPHEN S GRAY, CHAPTER 11 TRUSTEE**
**CASE #16-13607 (MKV)**
**207 UNION WHARF**
**BOSTON MA 02109**

■

## Business Value Checking Summary

Account Number: ████ 4770

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| **Balance on 1/ 1** | $ | 97,705.46 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 1/31** | $ | 97,705.46 |

## C R E D I T S

## D E B I T S

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 1/1-1/31 | $ | 97,705.46 | | |



**STATEMENT OF ACCOUNTS**

BANKRUPTCY ESTATE OF WONDERWORK, INC
**Statement Number:** ▓▓ 4770
02/01/19 - 02/28/19

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES    CA  90051-3840

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC**
**RESTRICTED FUNDS ACCOUNT - 20/20/20**
**STEPHEN S GRAY, CHAPTER 11 TRUSTEE**
**CASE #16-13607 (MKV)**
**207 UNION WHARF**
**BOSTON MA 02109**

---

## Business Value Checking Summary

Account Number: ▓▓ 4770

Days in statement period: Days in statement period: 28

| | | |
|---|---|---|
| **Balance on 2/ 1** | $ | **97,705.46** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **-97,705.46** |
| Electronic debits (1) | -97,705.46 | |
| **Balance on 2/28** | $ | **0.00** |

## C R E D I T S

## D E B I T S

### Electronic debits

| Date | Description | Reference | | Amount |
|---|---|---|---|---|
| 2/25 | CASH MANAGEMENT BKTRANSFER | 93090351 | $ | 97,705.46 |

### Daily Ledger Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 2/1-2/24 | $ 97,705.46 | 2/25-2/28 | $ 0.00 |



## STATEMENT OF ACCOUNTS

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES      CA  90051-3840

BANKRUPTCY ESTATE OF
WONDERWORK, INC
**Statement Number:** ▮▮▮▮4770
03/01/19 - 03/29/19

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC
RESTRICTED FUNDS ACCOUNT - 20/20/20
STEPHEN S GRAY, CHAPTER 11 TRUSTEE
CASE #16-13607 (MKV)
207 UNION WHARF
BOSTON MA 02109**

■

## Business Value Checking Summary

Account Number: ▮▮▮▮4770

Days in statement period: Days in statement period: 29

| | | |
|---|---|---|
| **Balance on 3/ 1** | $ | **0.00** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **0.00** |
| **Balance on 3/29** | $ | **0.00** |

## CREDITS

## DEBITS

## Daily Ledger Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 3/1-3/29 | $    0.00 | | |



## STATEMENT OF ACCOUNTS

BANKRUPTCY ESTATE OF WONDERWORK, INC

**Statement Number:** ████4789

01/01/19 - 01/31/19

Customer Inquiries
800-669-8661

Thank you for banking with us since 2017

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

**BANKRUPTCY ESTATE OF WONDERWORK, INC**
**RESTRICTED FUNDS ACCOUNT - BURNRESCUE**
**STEPHEN S GRAY, CHAPTER 11 TRUSTEE**
**CASE #16-13607 (MKV)**
**207 UNION WHARF**
**BOSTON MA 02109**

■

## Business Value Checking Summary

Account Number: ████4789

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| Balance on 1/ 1 | $ | 54,887.86 |
| Total Credits | | 0.00 |
| Total Debits | | 0.00 |
| Balance on 1/31 | $ | 54,887.86 |

## CREDITS

## DEBITS

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 1/1-1/31 | $ | 54,887.86 | | |

 **UnionBank**

**STATEMENT OF ACCOUNTS**

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC**
**RESTRICTED FUNDS ACCOUNT - BURNRESCUE**
**STEPHEN S GRAY, CHAPTER 11 TRUSTEE**
**CASE #16-13607 (MKV)**
**207 UNION WHARF**
**BOSTON MA 02109**

■

## Business Value Checking Summary

Account Number: ▮▮▮▮4789

Days in statement period: Days in statement period: 28

| | | |
|---|---|---:|
| **Balance on 2/ 1** | $ | **54,887.86** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **-54,887.86** |
| Electronic debits (1) | -54,887.86 | |
| **Balance on 2/28** | $ | **0.00** |

## C R E D I T S

## D E B I T S

### Electronic debits

| Date | Description | Reference | | Amount |
|---|---|---|---|---:|
| 2/25 | CASH MANAGEMENT BKTRANSFER | 93090353 | $ | 54,887.86 |

### Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---:|---|---|---:|
| 2/1-2/24 | $ | 54,887.86 | 2/25-2/28 | $ | 0.00 |

 **UnionBank**

# STATEMENT
# OF ACCOUNTS

BANKRUPTCY ESTATE OF WONDERWORK, INC

**Statement Number:** ████ 4789
03/01/19 - 03/29/19

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES      CA  90051-3840

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC**
**RESTRICTED FUNDS ACCOUNT - BURNRESCUE**
**STEPHEN S GRAY, CHAPTER 11 TRUSTEE**
**CASE #16-13607 (MKV)**
**207 UNION WHARF**
**BOSTON MA 02109**

■

## Business Value Checking Summary

Account Number: ████ 4789

Days in statement period: Days in statement period: 29

| | | |
|---|---|---|
| **Balance on 3/ 1** | $ | **0.00** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **0.00** |
| **Balance on 3/29** | $ | **0.00** |

## C R E D I T S

## D E B I T S

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 3/1-3/29 | $ | 0.00 | | |



## STATEMENT
## OF ACCOUNTS

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC**
**RESTRICTED FUNDS ACCOUNT - 1STSTEP**
**STEPHEN S GRAY, CHAPTER 11 TRUSTEE**
**CASE #16-13607 (MKV)**
**207 UNION WHARF**
**BOSTON MA 02109**

---

### Business Value Checking Summary

Account Number: ▮▮▮▮4797

Days in statement period: Days in statement period: 28

| | | |
|---|---|---:|
| **Balance on 2/ 1** | $ | 75,722.90 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | -75,722.90 |
| Electronic debits (1) | -75,722.90 | |
| **Balance on 2/28** | $ | 0.00 |

## C R E D I T S

## D E B I T S

### Electronic debits

| Date | Description | Reference | | Amount |
|---|---|---|---|---:|
| 2/25 | CASH MANAGEMENT BKTRANSFER | 93090355 | $ | 75,722.90 |

### Daily Ledger Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---:|---|---|---:|
| 2/1-2/24 | $ | 75,722.90 | 2/25-2/28 | $ | 0.00 |



**STATEMENT OF ACCOUNTS**

B A N K R U P T C Y    E S T A T E    O F WONDERWORK, INC
**Statement Number:** ███4797
03/01/19 - 03/29/19

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES          CA   90051-3840

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC**
**RESTRICTED FUNDS ACCOUNT - 1STSTEP**
**STEPHEN S GRAY, CHAPTER 11 TRUSTEE**
**CASE #16-13607 (MKV)**
**207 UNION WHARF**
**BOSTON MA 02109**

---

## Business Value Checking Summary

Account Number: ████4797

Days in statement period: Days in statement period: 29

| | | |
|---|---|---|
| **Balance on 3/ 1** | $ | 0.00 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 3/29** | $ | 0.00 |

**C R E D I T S**

**D E B I T S**

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 3/1-3/29 | $ | 0.00 | | |

 **UnionBank**

**STATEMENT OF ACCOUNTS**

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES          CA  90051-3840

BANKRUPTCY ESTATE OF WONDERWORK, INC
**Statement Number:** ████4797
01/01/19 - 01/31/19

Customer Inquiries
800-669-8661

Thank you for banking with us since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC
RESTRICTED FUNDS ACCOUNT - 1STSTEP
STEPHEN S GRAY, CHAPTER 11 TRUSTEE
CASE #16-13607 (MKV)
207 UNION WHARF
BOSTON MA 02109**

■

## Business Value Checking Summary

Account Number: ████4797

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| **Balance on 1/ 1** | $ | 75,722.90 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 1/31** | $ | 75,722.90 |

**C R E D I T S**

**D E B I T S**

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 1/1-1/31 | $ | 75,722.90 | | |