TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Scott E. Ratner

*Counsel for Stephen S. Gray,*
*Not Individually But Solely in His Capacity*
*as Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------- x
----------

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| WONDERWORK, INC. | : Case No.: 16-13607 (SMB) |
|  | : |
| Debtor. | : |
|  | : |

----------------------------------------------- x
----------

### TRUSTEE'S POST-CONFIRMATION
### <u>QUARTERLY OPERATING REPORT</u>

#### FROM: OCTOBER 1, 2019 TO DECEMBER 31, 2019

Stephen S. Gray, not individually but solely in his capacity as Chapter 11 Trustee of the estate of WonderWork, Inc., files his Post-Confirmation Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.

Signed: *[signature]*                Date: 1/14/19
Print Name: Stephen S Gray
Title: Chapter 11 Trustee

| Trustee's Address | Attorney's Address |
|---|---|
| and Phone Number: | and Phone Number: |

| | |
|---|---|
| Stephen S. Gray | Scott E. Ratner, Esq. |
| Gray & Company, LLC | Togut, Segal & Segal LLP |
| 207 Union Wharf | One Penn Plaza, Suite 3335 |
| Boston, Massachusetts 02109 | New York, New York 10119 |
| Telephone: (617) 875-6404 | Telephone: (212) 594-5000 |

Note: The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period?[1] | | X |
| 2 | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3 | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4 | Is the Debtor current on all post-confirmation plan payments? | | X |
| | | | |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1 | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect?[2] | | X |
| 2 | Are all premium payments current? | X | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

**Notes**
**2.) All policys have been terminated**

| CONFIRMATION OF INSURANCE | | | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|---|
| TYPE of POLICY          and          CARRIER | | Period of Coverage | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |

**Estimated Date of Filing the Application for Final Decree:**          <u>Unknown</u>

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | WonderWork, Inc. |
| **Case Number:** | 16-13607 (SMB) |
| **Date of Plan Confirmation:** | September 21, 2018 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | | **Monthly** | **Post Confirmation Total** |
|---|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | | $ 476,753.44 | $ 18,643,051.20 |
| | | | | |
| 2. | **INCOME or RECEIPTS during the Period** | | $ 0.00 | $ 1,956,322.76 |
| | | | | |
| 3. | **DISBURSEMENTS** | | | |
| | a. | **Operating Expenses (Fees/Taxes):** | | |
| | | (i) U.S. Trustee Quarterly Fees | $ 975.82 | $ 202,639.74 |
| | | (ii) Federal Taxes | 0.00 | 0.00 |
| | | (iii) State Taxes | 0.00 | 0.00 |
| | | (iv) Other Taxes | 0.00 | 0.00 |
| | | | | |
| | b. | **All Other Operating Expenses:** | $ | $ 21,182.13 |
| | | | | |
| | c. | **Plan Payments:*** | | |
| | | (i) Administrative Claims | $ 0.00 | $ 4,384,136.28 |
| | | (ii) Priority Claims | 0.00 | 9,382.26 |
| | | (iii) General Unsecured Claims: Arbitration/Litigation Claims | 0.00 | 0.00 |
| | | (iv) General Unsecured Claims: Impact Loans | 0.00 | 1,002,238.72 |
| | | (v) General Unsecured Claims: Other (Attach additional pages as needed) | -475.73 | 138,668.48 |
| | **Total Disbursements (Operating & Plan)** | | $ 500.09 | $ 5,758,247.61 |
| | | | | |
| 4. | **GRANTING OF RESTRICTED FUNDS** | | $ 0.00 | $ 14,364,873.00 |
| | | | | |
| 1. | **CASH (End of Period)** | | $ 476,253.35 | $ 476,253.35 |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course
   of the reorganized debtor's post-confirmation business, whether the disbursements are made
   through a trust, by a third party, or by the reorganized debtor.

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | HSBC Bank USA NA | HSBC Bank USA NA | HSBC Bank USA NA | Union Bank |
| Account Number: | ████9896 | ████4089 | ████4512 | ████4746 |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Operating | Operating | Restricted Funds Account |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking |
|  |  |  |  |  |
| 1. **Balance per Bank Statement** | 0.00 | 0.00 | 0.00 | 476,253.35 |
| 2. **ADD**: Deposits not credited | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. **SUBTRACT**: Outstanding Checks | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. **Month End Balance** (Must Agree with Books) | 0.00 | 0.00 | 0.00 | 476,253.35 |
|  |  |  |  |  |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Note: Attach copy of each investment account statement.

# CHAPTER 11 POST-CONFIRMATION
# BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Union Bank | Union Bank | Union Bank | Union Bank |
| Account Number: | ████ 4738 | ████ 4770 | ████ 4789 | ████ 4797 |
| Purpose of Account (Operating/Payroll/Tax) | Restricted Funds Account | Restricted Funds Account | Restricted Funds Account | Restricted Funds Account |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking |
| | | | | |
| 1.  Balance per Bank Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 2.  **ADD**: Deposits not credited | 0.00 | 0.00 | 0.00 | 0.00 |
| 3.  **SUBTRACT**: Outstanding Checks | 0.00 | 0.00 | 0.00 | 0.00 |
| 4.  Other Reconciling Items | 0.00 | 0.00 | 0.00 | 0.00 |
| 5.  **Month End Balance** (Must Agree with Books) | 0.00 | 0.00 | 0.00 | 0.00 |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information

Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

## CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | HSBC Bank USA NA |
|---|---|
| Account Number | 9896 |
| **Purpose of Account (Operating/Payroll/Personal)** | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1770 | 1/23/2014 | Cindy L Magden | Write off outstanding check | -300.00 |
| 2188 | 12/12/2014 | The John Fawcett Foundation | Write off outstanding check | -1,000.00 |
| Debit | 4/16/2018 | Pay-by-Pay | Write off outstanding check | -84.82 |
| Debit | 10/3/2018 | FedEx | Vendor payments | 17.74 |
| 3754 | 10/5/2018 | Media Temple, Inc. | Vendor payments | 284.00 |
| 3755 | 10/5/2018 | void | | 0.00 |
| 3756 | 10/5/2019 | Microsoft | Vendor payments | 130.50 |
| 3757 | 10/5/2018 | DMI Data Management Inc. | Vendor payments | 2,500.00 |
| 3758 | 10/5/2018 | Hana  L Fuchs | Vendor payments | 1,826.93 |
| 3759 | 10/9/2018 | Amazon Web Services, Inc | Vendor payments | 511.79 |
| Debit | 10/9/2018 | QuickBooks on line | Vendor payments | 63.75 |
| Debit | 10/17/2018 | HSBC | Bank fees | 697.13 |
| Debit | 10/19/2018 | FedEx | Vendor payments | 18.27 |
| Debit | 10/30/2018 | Egnyte | Vendor payments | 690.00 |
| 3760 | 10/31/2018 | Microsoft | Vendor payments | 130.50 |
| 3760 | 10/31/2018 | Microsoft - void | Write off | -130.50 |
| 3761 | 10/31/2018 | Hana  L Fuchs | Vendor payments | 1,826.93 |
| Debit | 11/7/2018 | Quickbooks Online | Vendor Payments | 63.75 |
| Debit | 11/30/2018 | HSBC Bank | Bank Fees | 465.45 |
| Debit | 12/18/2018 | HSBC Bank | Bank Fees | 360.61 |
| Credit | 1/31/2019 | | Reversal of fees to close account | -1,422.75 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL** | 6,649.28 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

**CHAPTER 11 POST-CONFIRMATION**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Union Bank |
|---|---|
| Account Number | 4746 |
| **Purpose of Account (Operating/Payroll/Personal)** | Restricted Funds Account |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| EFT | 10/1/2018 | ReSurge International* | Restricted Grant | 1,729,532.00 |
| Debit | 10/1/2018 | Union Bank | Bank fees | 30.00 |
| EFT | 10/19/2018 | Help Me See Inc.* | Restricted Grant | 10,073,193.00 |
| Debit | 10/19/2018 | Union Bank | Bank Fees | 15.00 |
| EFT | 10/23/2018 | Goldin Associates | Professional Fees & Expenses | 473,228.18 |
| Debit | 10/23/2018 | Union Bank | Bank Fees | 30.00 |
| EFT | 10/25/2018 | BDO USA, LLP | Professional Fees & Expenses | 210,000.00 |
| EFT | 10/25/2018 | Jason R. Lilien, Esq. | Professional Fees & Expenses | 380,595.60 |
| EFT | 10/25/2018 | Loeb & Loeb LLP | Professional Fees & Expenses | 1,431,391.27 |
| EFT | 11/27/2018 | International Sureties | Bond Fees | 2,799.00 |
| Debit | 11/27/1999 | Union Bank | Bank Fees | 15.00 |
| 5001 | 12/28/2018 | American Express Bank-FSB | Distribution | 1,351.73 |
| 5002 | 12/28/2018 | CDR Fundraising Group | Distribution | 29,613.61 |
| 5003 | 12/28/2018 | CENVEO | Distribution | 3,390.14 |
| 5004 | 12/28/2018 | Colortree Group | Distribution | 13,640.62 |
| 5005 | 12/28/2018 | COPILEVITZ & CANTER LLC | Distribution | 693.07 |
| 5006 | 12/28/2018 | DEVELOPMENT RESOURCES INC | Distribution | 6,074.59 |
| 5007 | 12/28/2018 | DIRECT MAIL PROCESSORS | Distribution | 4,985.81 |
| 5008 | 12/28/2018 | DMI DATA MGMT | Distribution | 3,296.98 |
| 5009 | 12/28/2018 | HANA FUCHS | Distribution | 8,881.02 |
| 5010 | 12/28/2018 | IRS | Distribution | 860.98 |
| 5011 | 12/28/2018 | KAPLAN KRAVET & VOGEL PC | Distribution | 5,017.02 |
| 5012 | 12/28/2018 | LOG-ON | Distribution | 29,360.63 |
| 5013 | 12/28/2018 | MDI IMAGING & MAIL L C | Distribution | 3,083.72 |
| 5014 | 12/28/2018 | Raphael & Diana Vinoly Foundation | Distribution | 36,540.72 |
| 5015 | 12/28/2018 | TRI-STATE ENVELOPE CORP | Distribution | 3,589.21 |
| 5016 | 12/28/2018 | VALTIM MARKETING SOLUTIONS | Distribution | 1,195.33 |
| 5017 | 12/28/2018 | Worldwide Printing & Distribution | Distribution | 1,315.15 |
| 5018 | 12/28/2018 | Detter Family Foundation | Distribution | 64,886.58 |
| 5001 | 1/2/2019 | American Express Bank-FSB | Distribution | -1,351.73 |
| EFT | 1/14/2019 | VERDOLINO & LOWEY | Professional fees | 15,000.00 |
| EFT | 1/14/2019 | GORDON BROTHERS | Professional fees | 30,000.00 |
| EFT | 1/14/2019 | GRAY AND COMPANY | Professional fees | 164,107.85 |
| EFT | 1/14/2019 | CR3 PARTNERS | Professional fees | 491,940.30 |
| EFT | 1/14/2019 | TOGUT SEGAL AND SEGAL | Professional fees | 913,373.19 |
| EFT | 1/14/2019 | Garfunkel Wild, P.C. - POST | Professional fees | 11,353.85 |
| Debit | 1/14/2019 | Union Bank | Bank fees | 75.00 |
| 5019 | 2/6/2019 | VERDOLINO & LOWEY | VENDOR PAYMENTS | 100.00 |
| EFT | 2/6/2019 | Ampleton Group Limited | Distribution | 5,163.40 |
| Debit | 2/6/2019 | Union Bank | Bank fees | 20.00 |
| 5020 | 2/6/2019 | Action Mailers | Distribution | 11,444.00 |
| 5021 | 2/6/2019 | Communications Corp of America | Distribution | 3,830.41 |
| 5022 | 2/6/2019 | Corporate Press | Distribution | 4,482.25 |
| 5023 | 2/6/2019 | IDMI | Distribution | 989.26 |
| 5024 | 2/6/2019 | Joseph Mullaney | Distribution | 67,161.64 |
| 5025 | 2/6/2019 | L&E Meridian | Distribution | 804.73 |
| 5026 | 2/6/2019 | Skyline Credit Ride, Inc. | Distribution | 26.15 |
| 5027 | 2/6/2019 | Vanguard c/o Ascensus | Distribution | 475.73 |
| 5028 | 2/6/2019 | XPO Logistics | Distribution | 46.36 |
| 5029 | 2/6/2019 | Bill and Ann Ziff Foundation | Distribution | 250,000.00 |
| 5030 | 2/6/2019 | Meadowlark Foundation | Distribution | 250,000.00 |
| 5031 | 2/6/2019 | Meadowlark Foundation | Distribution | 69,193.78 |
| 5032 | 2/6/2019 | Bill and Ann Ziff Foundation | Distribution | 200,000.00 |
| 5033 | 2/6/2019 | Bill and Ann Ziff Foundation | Distribution | 64,456.00 |
| 5034 | 2/20/2019 | US Trustee | Professional Fees | 170,888.71 |
| EFT | 2/22/2019 | Garfunkel Wild, P.C. | Professional Fees | 259,350.99 |
| Debit | 2/22/2019 | Union Bank | Bank fees | 15.00 |
| 5035 | 2/27/2019 | Nestle Pure Life | Distribution | 13.56 |
| 5036 | 2/27/2019 | Nextiva | Distribution | 320.47 |
| 5037 | 2/27/2019 | Union ID and Mail | Distribution | 1,926.29 |
| EFT | 2/28/2019 | Gray & Company | Professional Fees | 12,291.90 |
| Debit | 2/28/2019 | Union Bank | Bank fees | 15.00 |
| EFT | 3/4/2019 | Sard Verbinnen and Co | Professional Fees | 2,857.00 |
| Debit | 3/4/2019 | Union Bank | Bank fees | 15.00 |
| EFT | 3/20/2019 | IRS | Distribution | 501.24 |
| EFT | 3/20/2019 | Wells Fargo | Distribution | 4,127.00 |
| EFT | 4/15/2019 | Wells Fargo | Distribution | 238.72 |
| Debit | 4/15/2019 | Union Bank | Bank fees | 5.00 |
| Credit | 5/20/2019 | IRS | Distribution | -860.98 |
| 5040 | 7/2/2019 | US Trustee | Distribution | 30,775.21 |
| EFT | 11/29/2019 | US Trustee | Distribution | 975.82 |
| 5027 | 12/31/2019 | Void check | Distribution | -475.73 |
| | | | TOTAL | 17,554,278.33 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |

*Restricted funds granted to approved charities as designated in the Plan.

 **UnionBank**

# STATEMENT
# OF ACCOUNTS

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

BANKRUPTCY ESTATE OF
WONDERWORK, INC
**Statement Number:** ████ 4738
10/01/19 - 10/31/19

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC
OPERATING ACCOUNT
STEPHEN S GRAY, CHAPTER 11 TRUSTEE
CASE #16-13607 (MKV)
207 UNION WHARF
BOSTON MA 02109**

■

## Business Value Checking Summary

Account Number: ████ 4738

Days in statement period: Days in statement period: 31

| | | |
|---|---|---:|
| **Balance on 10/ 1** | **$** | **0.00** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **0.00** |
| **Balance on 10/31** | **$** | **0.00** |

# C R E D I T S

# D E B I T S

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 10/1-10/31 | $ | 0.00 | | |

 **Union**Bank

# STATEMENT
# OF ACCOUNTS

BANKRUPTCY ESTATE OF WONDERWORK, INC
**Statement Number:** ▮4738
11/01/19 - 11/29/19

Customer Inquiries
800-669-8661

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC**
**OPERATING ACCOUNT**
**STEPHEN S GRAY, CHAPTER 11 TRUSTEE**
**CASE #16-13607 (MKV)**
**207 UNION WHARF**
**BOSTON MA 02109**

■

## Business Value Checking Summary                                                      Account Number: ▮4738

Days in statement period: Days in statement period: 29

| | | |
|---|---|---|
| **Balance on 11/ 1** | **$** | **0.00** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **0.00** |
| **Balance on 11/29** | **$** | **0.00** |

# C R E D I T S

# D E B I T S

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 11/1-11/29 | $ | 0.00 | | |

 **UnionBank**

**STATEMENT
OF ACCOUNTS**

B A N K R U P T C Y      E S T A T E      O F
WONDERWORK, INC
**Statement Number:** ████ 4738
11/30/19 - 12/31/19

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC
OPERATING ACCOUNT
STEPHEN S GRAY, CHAPTER 11 TRUSTEE
CASE #16-13607 (MKV)
207 UNION WHARF
BOSTON MA 02109**

■

---

**Business Value Checking Summary**                                      Account Number: ████ 4738

Days in statement period: Days in statement period: 32

| | | |
|---|---|---|
| **Balance on 11/30** | **$** | **0.00** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **0.00** |
| **Balance on 12/31** | **$** | **0.00** |

**C R E D I T S**

**D E B I T S**

**Daily Ledger Balance**

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 11/30-12/31 | $ | 0.00 | | |

 **Union**Bank

# STATEMENT
# OF ACCOUNTS

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES          CA  90051-3840

BANKRUPTCY ESTATE OF WONDERWORK, INC
**Statement Number:** ▆▆4746
10/01/19 - 10/31/19

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC**
**RESTRICTED FUNDS ACCOUNT**
**STEPHEN S GRAY, CHAPTER 11 TRUSTEE**
**CASE# 16-13607 (MKV)**
**207 UNION WHARF**
**BOSTON MA 02109**

## Business Value Checking Summary

Account Number: ▆▆4746

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| **Balance on 10/ 1** | $ | 477,229.17 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 10/31** | $ | 477,229.17 |

## C R E D I T S

## D E B I T S

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 10/1-10/31 | $ | 477,229.17 | | |



**STATEMENT OF ACCOUNTS**

BANKRUPTCY ESTATE OF WONDERWORK, INC
**Statement Number:** ▮▮▮4746
11/01/19 - 11/29/19

Customer Inquiries
800-669-8661

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC
RESTRICTED FUNDS ACCOUNT
STEPHEN S GRAY, CHAPTER 11 TRUSTEE
CASE# 16-13607 (MKV)
207 UNION WHARF
BOSTON MA 02109**

■

## Business Value Checking Summary

Account Number: ▮▮▮4746

Days in statement period: Days in statement period: 29

| | | |
|---|---|---|
| **Balance on 11/ 1** | $ | **477,229.17** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **-975.82** |
| Electronic debits (1) | -975.82 | |
| **Balance on 11/29** | $ | **476,253.35** |

## C R E D I T S

## D E B I T S

### Electronic debits

| Date | Description | Reference | Amount |
|---|---|---|---|
| 11/29 | UNITED STATES TR ONLINE PMT CCD58047951 UN1878205648POS | | $  975.82 |

### Daily Ledger Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 11/1-11/28 | $  477,229.17 | 11/29 | $  476,253.35 |

 **Union**Bank

## STATEMENT OF ACCOUNTS

BANKRUPTCY ESTATE OF WONDERWORK, INC
**Statement Number:** ████ 4746
11/30/19 - 12/31/19

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES          CA  90051-3840

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC
RESTRICTED FUNDS ACCOUNT
STEPHEN S GRAY, CHAPTER 11 TRUSTEE
CASE# 16-13607 (MKV)
207 UNION WHARF
BOSTON MA 02109**

■

### Business Value Checking Summary

Account Number: ████ 4746

Days in statement period: Days in statement period: 32

| | | |
|---|---|---|
| **Balance on 11/30** | $ | 476,253.35 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 12/31** | $ | 476,253.35 |

## C R E D I T S

## D E B I T S

### Daily Ledger Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 11/30-12/31 | $ 476,253.35 | | |

 **Union**Bank

# STATEMENT
# OF ACCOUNTS

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

BANKRUPTCY  ESTATE  OF
WONDERWORK, INC
**Statement Number:** ▮▮4770
10/01/19 - 10/31/19

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC
RESTRICTED FUNDS ACCOUNT - 20/20/20
STEPHEN S GRAY, CHAPTER 11 TRUSTEE
CASE #16-13607 (MKV)
207 UNION WHARF
BOSTON MA 02109**

■

## Business Value Checking Summary

Account Number: ▮▮4770

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| **Balance on 10/ 1** | $ | **0.00** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **0.00** |
| **Balance on 10/31** | $ | **0.00** |

## C R E D I T S

## D E B I T S

## Daily Ledger Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 10/1-10/31 | $           0.00 | | |

 **UnionBank**

## STATEMENT OF ACCOUNTS

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES      CA  90051-3840

BANKRUPTCY      ESTATE      OF
WONDERWORK, INC
**Statement Number:** ▮▮▮▮4770
11/01/19 - 11/29/19

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC**
**RESTRICTED FUNDS ACCOUNT - 20/20/20**
**STEPHEN S GRAY, CHAPTER 11 TRUSTEE**
**CASE #16-13607 (MKV)**
**207 UNION WHARF**
**BOSTON MA 02109**

■

### Business Value Checking Summary

Account Number: ▮▮▮▮4770

Days in statement period: Days in statement period: 29

| | | |
|---|---|---|
| **Balance on 11/ 1** | $ | **0.00** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **0.00** |
| **Balance on 11/29** | $ | **0.00** |

## C R E D I T S

## D E B I T S

### Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 11/1-11/29 | $ | 0.00 | | |

 **UnionBank**

**STATEMENT OF ACCOUNTS**

BANKRUPTCY ESTATE OF
WONDERWORK, INC
**Statement Number:** ▓▓▓4770
11/30/19 - 12/31/19

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES      CA  90051-3840

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC**
**RESTRICTED FUNDS ACCOUNT - 20/20/20**
**STEPHEN S GRAY, CHAPTER 11 TRUSTEE**
**CASE #16-13607 (MKV)**
**207 UNION WHARF**
**BOSTON MA 02109**

■

## Business Value Checking Summary

Account Number: ▓▓▓4770

Days in statement period: Days in statement period: 32

| | | |
|---|---|---|
| **Balance on 11/30** | $ | 0.00 |
| **Total Credits** | | 0.00 |
| **Total Debits** | | 0.00 |
| **Balance on 12/31** | $ | 0.00 |

**C R E D I T S**

**D E B I T S**

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 11/30-12/31 | $ | 0.00 | | |



## STATEMENT OF ACCOUNTS

BANKRUPTCY ESTATE OF WONDERWORK, INC
**Statement Number:** ████ 4789
10/01/19 - 10/31/19

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES       CA  90051-3840

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC
RESTRICTED FUNDS ACCOUNT - BURNRESCUE
STEPHEN S GRAY, CHAPTER 11 TRUSTEE
CASE #16-13607 (MKV)
207 UNION WHARF
BOSTON MA 02109**

■

## Business Value Checking Summary

Account Number: ████ 4789

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| **Balance on 10/ 1** | $ | **0.00** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **0.00** |
| **Balance on 10/31** | $ | **0.00** |

## C R E D I T S

## D E B I T S

## Daily Ledger Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 10/1-10/31 | $          0.00 | | |



# STATEMENT OF ACCOUNTS

BANKRUPTCY ESTATE OF WONDERWORK, INC
**Statement Number:** ████4789
11/01/19 - 11/29/19

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES      CA  90051-3840

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC
RESTRICTED FUNDS ACCOUNT - BURNRESCUE
STEPHEN S GRAY, CHAPTER 11 TRUSTEE
CASE #16-13607 (MKV)
207 UNION WHARF
BOSTON MA 02109**

■

## Business Value Checking Summary

Account Number: ████4789

Days in statement period: Days in statement period: 29

| | | |
|---|---|---|
| **Balance on 11/ 1** | $ | **0.00** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **0.00** |
| **Balance on 11/29** | $ | **0.00** |

## CREDITS

## DEBITS

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 11/1-11/29 | $ | 0.00 | | |

 **Union**Bank

# STATEMENT
# OF ACCOUNTS

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES        CA  90051-3840

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC
RESTRICTED FUNDS ACCOUNT - BURNRESCUE
STEPHEN S GRAY, CHAPTER 11 TRUSTEE
CASE #16-13607 (MKV)
207 UNION WHARF
BOSTON MA 02109**

■

## Business Value Checking Summary                    Account Number: ▮▮▮4789

Days in statement period: Days in statement period: 32

| | | |
|---|---|---|
| **Balance on 11/30** | $ | **0.00** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **0.00** |
| **Balance on 12/31** | $ | **0.00** |

# C R E D I T S

# D E B I T S

## Daily Ledger Balance

| Date | Ledger Balance | | Date | Ledger Balance |
|---|---|---|---|---|
| 11/30-12/31 | $      0.00 | | | |



# STATEMENT
# OF ACCOUNTS

BANKRUPTCY ESTATE OF WONDERWORK, INC

**Statement Number:** ████ 4797

10/01/19 - 10/31/19

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES      CA  90051-3840

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC**
**RESTRICTED FUNDS ACCOUNT - 1STSTEP**
**STEPHEN S GRAY, CHAPTER 11 TRUSTEE**
**CASE #16-13607 (MKV)**
**207 UNION WHARF**
**BOSTON MA 02109**

■

## Business Value Checking Summary

Account Number: ████ 4797

Days in statement period: Days in statement period: 31

| | | |
|---|---|---|
| **Balance on 10/ 1** | **$** | **0.00** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **0.00** |
| **Balance on 10/31** | **$** | **0.00** |

## C R E D I T S

## D E B I T S

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 10/1-10/31 | $ | 0.00 | | |



# STATEMENT OF ACCOUNTS

BANKRUPTCY ESTATE OF WONDERWORK, INC

**Statement Number:** ████4797

11/01/19 - 11/29/19

```
UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES      CA  90051-3840
```

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC
RESTRICTED FUNDS ACCOUNT - 1STSTEP
STEPHEN S GRAY, CHAPTER 11 TRUSTEE
CASE #16-13607 (MKV)
207 UNION WHARF
BOSTON MA 02109**

■

## Business Value Checking Summary

Account Number: ████4797

Days in statement period: Days in statement period: 29

| | | |
|---|---|---|
| **Balance on 11/ 1** | **$** | **0.00** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **0.00** |
| **Balance on 11/29** | **$** | **0.00** |

## C R E D I T S

## D E B I T S

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|
| 11/1-11/29 | $ | 0.00 | | |



# STATEMENT OF ACCOUNTS

BANKRUPTCY ESTATE OF WONDERWORK, INC
**Statement Number:** ▮4797
11/30/19 - 12/31/19

```
UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 513840
LOS ANGELES     CA  90051-3840
```

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2017

**BANKRUPTCY ESTATE OF WONDERWORK, INC
RESTRICTED FUNDS ACCOUNT - 1STSTEP
STEPHEN S GRAY, CHAPTER 11 TRUSTEE
CASE #16-13607 (MKV)
207 UNION WHARF
BOSTON MA 02109**

■

## Business Value Checking Summary                                Account Number: ▮4797

Days in statement period: Days in statement period: 32

| | | |
|---|---|---:|
| **Balance on 11/30** | $ | **0.00** |
| **Total Credits** | | **0.00** |
| **Total Debits** | | **0.00** |
| **Balance on 12/31** | $ | **0.00** |

## C R E D I T S

## D E B I T S

## Daily Ledger Balance

| Date | | Ledger Balance | Date | Ledger Balance |
|---|---|---:|---|---|
| 11/30-12/31 | $ | 0.00 | | |