**MCDERMOTT WILL & EMERY LLP**
Darren Azman
340 Madison Avenue
New York, New York 10173
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Counsel to MiracleFeet*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| WONDERWORKS, INC., | Case No. 16-13607 (MKV) |
| Debtor. | |

# NOTICE OF WITHDRAWAL OF APPEARANCE
# AND REQUEST FOR REMOVAL FROM SERVICE LISTS

**PLEASE TAKE NOTICE** that the undersigned counsel, having previously filed a Notice of Appearance and Request for Service of Papers (Docket No. 384), hereby withdraws his appearance on behalf of MiracleFeet in the above-captioned bankruptcy case, and requests that he be removed from all service lists in the above-captioned proceedings.

Dated: New York, New York
April 8, 2020

Respectfully Submitted,

**MCDERMOTT WILL & EMERY LLP**

 /s/ Darren Azman
Darren Azman
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Counsel to MiracleFeet*