# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
| --- | --- |
| WONDERWORK, INC., | Case No. 16-13607 (DSJ) |
| Debtor. | |

# ORDER DISALLOWING AND EXPUNGING THE CLAIM OF CREDITOR MULLANEY

Upon the motion, (the "Motion") of Vincent A. Sama, as Litigation Trustee of the WonderWork Litigation Trust (the "Trustee"), and Brian Mullaney ("Mullaney"), for an order disallowing and expunging the claim of Mullaney pursuant to section 502(b) of title 11, United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED** that the Motion is granted to the extent provided herein; and it is further

**ORDERED** that the scheduled claim of Brian Mullaney in the amount of $641,320.07 is hereby disallowed and expunged in its entirety; and it is further

**ORDERED** that the Plan Administrator shall promptly disburse the funds in the Disputed Claim Reserve relating to the Mullaney Claim ($384,049) to HelpMeSee Inc.

Dated: _____, 2021
       New York, New York

                                              _____
                                              HONORABLE DAVID S. JONES
                                              UNITED STATES BANKRUPTCY JUDGE