UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WONDERWORK, INC.,<br><br>                      Debtor. | Chapter 11<br>Case No. 16-13607 (DSJ) |

### AMENDED NOTICE OF JOINT MOTION OF LITIGATION TRUSTEE AND BRIAN MULLANEY TO APPROVE THE AGREED DISALLOWANCE OF BRIAN MULLANEY'S CLAIM

PLEASE TAKE NOTICE that upon the accompanying motion, dated July 14, 2021, Vincent A. Sama, as Litigation Trustee of the WonderWork Litigation Trust and Brian Mullaney will move, before the Honorable David S. Jones, at the United States Bankruptcy Court for the Southern District of New York One Bowling Green, New York, New York 10004, Courtroom 501, on August 5, 2021 at 10:00 a.m., to disallow and expunge the claim of Brian Mullaney, pursuant to section 502(b) of title 11, United States Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure, and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that objections to the motion must be served so as to be received by July 29, 2021 at 4:00 p.m.

Dated: July 15, 2021  
New York, New York

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Benjamin Mintz  
Benjamin Mintz  
Peta Gordon  
250 W. 55th Street  
New York, NY 10019-9710  
Telephone: (212) 836-8000  
benjamin.mintz@arnoldporter.com  
peta.gordon@arnoldporter.com

*Attorneys for Vincent A. Sama, as Litigation Trustee of the WW Litigation Trust*

**AMINI LLC**

By: /s/ Bijan Amini  
Bijan Amini  
Michael Igyarto  
131 West 35th Street, 12th Floor  
New York, New York 10001  
Telephone: (212) 490-4700  
bamini@aminillc.com  
migyarto@aminillc.com

*Attorneys for Brian Mullaney*