UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WONDERWORK, INC.,<br><br>                    Debtor. | Chapter 11<br>Case No. 16-13607 (DSJ) |

## NOTICE OF ADJOURNMENT OF HEARING PREVIOUSLY SCHEDULED FOR AUGUST 5, 2021 AT 10:00 A.M.

**PLEASE TAKE NOTICE THAT** on July 14, 2021 Vincent A. Sama, as Litigation Trustee of the Wonderwork Litigation Trust, and Brian Mullaney filed a joint motion to disallow and expunge the claim of Brian Mullaney (the "Joint Motion") [Dkt. No. 531].

**PLEASE TAKE FURTHER NOTICE THAT** the hearing to consider the Joint Motion, which was previously scheduled for August 5, 2021 at 10:00 a.m. is adjourned to August 12, 2021 at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE THAT** the objections to the Joint Motion must be served so as to be received by August 6, 2021 at 4:00 p.m.

Dated: July 28, 2021
New York, New York

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Benjamin Mintz
Benjamin Mintz
Peta Gordon
250 W. 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
benjamin.mintz@arnoldporter.com
peta.gordon@arnoldporter.com

*Attorneys for Vincent A. Sama, as Litigation Trustee of the WW Litigation Trust*